UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO: 1:21-cr-0175-3 (TJK) |
| | * | |
| ZACHARY REHL, | * | |
| Defendant | * | |

********
ORDER

Upon consideration of the Motion to Dismiss Counts One, Two and Four as Duplicitous and Violative of His Constitutional Rights filed by Zachary Rehl, good cause having been shown, it is

_____ day of _____, 2022, by the United States District Court for the District of Columbia,

**ORDERED:**

1) That the Motion is hereby **GRANTED.**


_____
**HONORABLE TIMOTHY J. KELLY**
**UNITED STATES DISTRICT JUDGE**