IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DOMINIC PEZZOLA,<br><br>            *Defendant*. | No. 1:21-cr-175 (TJK) |

## MOTION TO JOIN AND ADOPT ON MOTIONS TO DISMISS FILED BY ZACHARY REHL

Dominic Pezzola, by his undersigned counsel, respectfully moves for leave to join Defendant Zachary Rehl's motions to dismiss filed under ECF #'s: 437, 439, 440, 442, and 443. Pezzola does not intend to file any separate brief or supplement or present oral argument on Rehl's motions. Therefore, it is respectfully requested that for good cause shown, Pezzola requests to join in all applicable respects Rehl's motion to dismiss filed at ECF 437, 439, 440, 442, and 443 be granted.

Dated:  September 26, 2022

*/s/ Steven A. Metcalf II*

STEVEN A. METCALF II, ESQ.
**METCALF & METCALF, P.C.**
*Attorneys for Pezzola*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
metcalflawnyc@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 27, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

      */s/ Steven A. Metcalf II, Esq.*

      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      STEVEN A. METCALF II, ESQ.
      **Metcalf & Metcalf, P.C.**
      99 Park Avenue, 6th Floor
      New York, NY 10016
      *Phone* 646.253.0514
      *Fax* 646.219.2012
      metcalflawnyc@gmail.com