UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  :<br>  :<br>  :   No. 1:21-cr-175 (TJK)<br>v.  :<br>  :<br>  :<br>ETHAN NORDEAN, et. al.,  :<br>  :<br>Defendants.  : | |

**NOTICE OF FILING**

Pursuant to the Court's scheduling order, ECF No. 426, the government files the attached updated expert notice for FBI Forensic Examiner Jennifer Kathryn Kain.

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Erik M. Kenerson*
     ERIK M. KENERSON // Ohio Bar No. 82960
     JASON B.A. MCCULLOUGH
       D.C. Bar No. 998006
     NADIA E. MOORE // N.Y. Bar No. 4826566
      On Detail to the District of Columbia
     Assistant United States Attorneys
     601 D Street NW
     Washington, D.C. 20530
     (202) 252-7201
     Erik.Kenerson@usdoj.gov

     */s/ Conor Mulroe*
    Conor Mulroe // N.Y. Bar No. 5289640
    Trial Attorney // U.S. Department of Justice,
     Criminal Division
    1301 New York Avenue, Suite 700
    (202) 330-1788
    conor.mulroe@usdoj.gov