# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 21-CR-175 (TJK)** |
| : | |
| : | |
| : | |
| **DOMINIC J. PEZZOLA, et. al.** : | |
| : | |
| *Defendants*. : | |

## PARTIES' JOINT MOTION TO CONTINUE ARGUMENTS OF ECF 473

The parties, through undersigned counsel, respectfully request a continuance and/or extension of tomorrow's hearing on Defendant Pezzola's Motion to Dismiss Count Ten. ECF 473.

As of this Tuesday, the parties were informed that Defendant Pezzola was just transferred to Northern Neck (NNRJ). As such, Defendant Pezzola will not be able to appear for tomorrow's hearing. In light of this, it is requested that this portion of tomorrow's hearing be extended for a date and time convenient for the Court and the parties, and as to allow Defendant Pezzola to be present.

We thank the Court in advance for its consideration and attention on this matter.

Dated:   October 27, 2022

*/s/ Steven A. Metcalf II*
_____
STEVEN A. METCALF II, ESQ.
**Metcalf & Metcalf, P.C.**
*Attorneys for Pezzola*
99 Park Avenue, 6th Floor
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012
[metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)

1

        Respectfully submitted,

        */s/ Erik M. Kenerson*
        ERIK M. KENERSON
        Ohio Bar No. 82960
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

        */s/ Steven A. Metcalf II, Esq.*

        STEVEN A. METCALF II, ESQ.
        **Metcalf & Metcalf, P.C.**
        *Attorneys for Pezzola*
        99 Park Avenue, 6th Floor
        New York, NY 10016
        *Phone* 646.253.0514
        *Fax* 646.219.2012
        metcalflawnyc@gmail.com