# Ministry Of Self Defense

Dec. 27, 2020

    +7

| Time | Name | Message |
|---|---|---|
| 7:54:01 PM | YutYut Cowabunga 586406520 | Ok so I have a question. I've got 3 first degrees (our vetting process is quite extensive) but they are solid and all were at DC last time and followed my orders and want to be a part of this. I make them put 1° in their title until they get their 2nds. I am still wary about adding them however since they aren't officially 2nds. What do you guys think and is there a ruling on this? |
| 7:54:45 PM | Captain Trump 454128414 | How long you keep guys 1sts? |
| 7:55:41 PM | ▮▮▮▮▮▮ | I have a similar situation. My guys are 1st degree for 6 months. |
| 7:57:37 PM | YutYut Cowabunga 586406520 | We keep them as a prospect until they make a public meeting and pass a background check and send us a pic of them with their drivers license. Then we send them into stage 2 prospect if we like them where they have to meet us 3 times as well as allow us to visit their home. Then if we still like them we vet them as 1st degrees at which point they have to attend 3 official meetups and one public charity or event. Then if we still like them we beat them in |
| 7:57:59 PM | YutYut Cowabunga 586406520 | So usually they are 6 months prospect and about 4 as a 1st degree |
| 7:59:20 PM | YutYut Cowabunga 586406520 | These particular dudes I haven't seen intoxicated either, and they are very responsible |
| 8:00:02 PM | NOBLE LEAD 581632416 | *[Empty File]* |
| 8:00:43 PM | NobleBeard 1261651524 | This is how we do it |
| 8:01:03 PM | YutYut Cowabunga 586406520 | So my guys don't get it before the 3 months period. |
| 8:01:26 PM | YutYut Cowabunga 586406520 | These guys were all at the DC rally and followed my commands the entire time |
| 8:01:39 PM | YutYut Cowabunga 586406520 | If no one else is allowing 1st degrees I won't either |
| 8:01:50 PM | YutYut Cowabunga 586406520 | I was just wondering what everyone else was doing |
| 8:02:07 PM | Captain Trump 454128414 | I mean, I didn't, idk about anyone else |
| 8:02:19 PM | Captain Trump 454128414 | Tough call |
| 8:02:53 PM | NobleBeard 1261651524 | I would say 2nd and up |
| 8:02:57 PM | ▮▮▮▮▮▮ | If you trust them enough to add them to something like this, why not just make them a 2nd degree? |
| 8:03:52 PM | YutYut Cowabunga 586406520 | I'm not the prez I'm the VP |
| 8:04:06 PM | ▮▮▮▮▮▮ | We go 45 for first 45 for second but but usually have around 8-10 meetups before the second. I've got one first I want to get he was fantastic in dc. But I'm gonna make him get his 2nd first |
| 8:04:34 PM | YutYut Cowabunga 586406520 | Ok I won't add them |

# Ministry Of Self Defense

Dec. 27, 2020

    

| Time | Name | Message |
|---|---|---|
| 10:04:16 PM | Rufio PNW<br>573782641 | I know. I'm talking about putting funds together for a specific list of items for leadership only. Not everyone can afford them and that's fine, but let's put a list together and I'll see what I can do |
| 10:04:51 PM | Captain Trump<br>454128414 | Yeah exactly, I didn't have issues personally in DC, just heard some others say they did |
| 10:05:47 PM | [redacted] | Leadership uniform suggestion not larpy at all<br><br>[image of person in black stormtrooper-style armor] |
| 10:07:03 PM | Captain Trump<br>454128414 | Lmao, I couldn't imagine the memes that would come from this |
| 10:07:29 PM | [redacted] | I think we should have ran with the stormtroopers for trump shit |
| 10:08:02 PM | NOBLE LEAD<br>581632416 | We do need a purchase list |
| 10:08:06 PM | NOBLE LEAD<br>581632416 | 2 tiers |
| 10:08:11 PM | NOBLE LEAD<br>581632416 | One for broke dudes |
| 10:08:24 PM | NOBLE LEAD<br>581632416 | One for people that can afford some good shit |
| 10:13:03 PM | Captain Trump<br>454128414 | Yeah prob a good place to find some of these things too, amazon only has so much and the quality is always a surprise, lol |
| 10:13:29 PM | [redacted] | Stab vest, and helmet for sure. Bump cap saved me in Kzoo, but it gets knocked off after the first hit |

## Ministry Of Self Defense

Jan. 1, 2021

| Time | Name | Message |
|---|---|---|
| 8:35:32 PM | NOBLE LEAD<br>581632416 | Who's the Prez there? |
| 8:36:51 PM | ▋ | Agreed |
| 8:36:53 PM | ▋ | Our disposition towards the police needs to be reevaluated |
| 8:37:17 PM | ▋ | Not sure what to do about it thought because it would be an escalation that we would never be able to back away from |
| 8:38:38 PM | ▋ | I see it as an inevitability. |
| 8:39:54 PM | ▋ | Very true. I'm ready for the escalation but i worry about some of our guys. |
| 8:40:09 PM | ▋ | We can/should start adopting black bloc style tactics. Not necessarily all black like Antifa, but we should make an effort to hide our identities when in public |
| 8:40:17 PM | ▋ | We could have ran them the fuck over in DC and they wouldn't have been able to do shit |
| 8:40:54 PM | ▋ | We absolutely could have. |
| 8:41:51 PM | ▋ | ▋<br>▋ |
| 8:42:20 PM | NOBLE LEAD<br>581632416 | I had a plan for it…<br><br>But someone talked me out of it |
| 8:42:48 PM | ▋ | Masks, standardized attire, etc. Same thing black bloc does to make individual identification as difficult as possible. |
| 8:44:30 PM | ▋ | Wasn't me. I had 150 pissed off PB that just got maced. It took all i had with Aaron's help to calm them |
| 8:56:05 PM | Joe Biggs<br>654712116 | Yeah. We could have |
| 8:58:03 PM | NobleBeard<br>1261651524 | Cannon kept telling me to give the order to push through them. Lol |
| 8:58:07 PM | NobleBeard<br>1261651524 | He was wild. Lol |
| 8:58:26 PM | Joe Biggs<br>654712116 | I wanna fuck shit up |
| 8:58:54 PM | NobleBeard<br>1261651524 | I should go to BLM plaza and stab 4 people and see what happens to me |
| 8:59:25 PM | NobleBeard<br>1261651524 | Think I would be out on $550 bail in 26 hours? |
| 8:59:46 PM | ▋ | It's coming to it. I mean how much longer are we going to let this shit continue. |
| 9:00:08 PM | NobleBeard<br>1261651524 | #fucktheblue |
| 9:00:35 PM | ▋ | Agree, they chose their fucking side so let's get this done. |
| 9:00:41 PM | NOBLE LEAD<br>581632416 | Lol I was the one that told him to |
| 9:26:09 PM | Joe Biggs<br>654712116 | I'm ready to just be the Zamboni |
| 9:26:16 PM | Joe Biggs<br>654712116 | And roll over mother fuckers |
| 9:29:08 PM | NobleBeard<br>1261651524 | And I was trying to get him to chill cause I figured you wouldn't want us to do that lol |