## PROUD BOYS MEET-UP
## Stations of the Congregation

### STATION 1

**BOLD TYPE IS NOT TO BE READ ALOUD**

**BEFORE THE MEETINGS BEGIN, CLEAR THE AREA OF ALL WOMEN AND OF MEN WHO ARE NOT AT LEAST FIRST DEGREE.**

**IF "DOORS" CANNOT BE CLOSED, THE PROUD BOYS ASSEMBLE TO AN AREA THAT IS AS SECLUDED AS POSSIBLE. THIS AREA IS PROTECTED BY TWO MAIN GUARDS WHO ARE ASSIGNED TO MONITORING THE PERIMETER. THE FOLLOWING IS TO BE READ ALOUD BY THE BROTHER IN CHARGE.**

Brothers, we are about to open this council in the first section. All persons not having received the honors of membership in the first degree shall, please retire from the chamber. The doors shall now be closed and the guards assume their positions.

Brothers, do you vouch that all present are in possession of 1st degree membership?

**ALL MEMBERS SAY "YES SIR"**

Repeat after me.

I am a Western chauvinist...

**WAIT FOR MEMBERS REPEATING STATEMENT**

who refuses to apologize...

**WAIT FOR MEMBERS REPEATING STATEMENT**

for creating the modern world.

**WAIT FOR MEMBERS REPEATING STATEMENT**

New members raise your hands. Welcome gentleman, to the greatest fraternal organization in the world. What happens at this meeting is only to be discussed among other Proud Boys and only if they are your degree or higher. You are our brother, now. We have your back as you have ours. We don't care what race you are or what your sexual preference is. The only pre-requisite of this organization is that you are a man and you recognize the West is the best.

We will commence this meeting by reading a passage from Pat Buchanan's *The Death of the West*.

**NOTE: NON-AMERICAN CHAPTERS SHOULD NEGLECT TO RECITE THE ITALICIZED SENTENCE AT THE END OF PARAGRAPH TWO**

"As fair-minded and mostly Christian folks, [we] concede that there is truth in the indictment of America's past. Our fathers did participate in slavery. We did practice segregation. Our treatment of the Indians was not what one should have expected of people to whom the Sermon on the Mount was divine command. But, having internalized a guilt that gnaws at their souls, these Republicans, in their lifelong quest for absolution, are easy prey for confidence men like Jackson and Sharpton who run the Big Sting.

"The truth? In the story of slavery and the slave trade, Western Man was among the many villains, but Western Man was also the only hero. For the West did not invent slavery, but it alone abolished slavery. Had it not been for the West, African rulers would still be trafficking in the flesh of their kinsmen. Slaves, after all, were the leading cash crop of the friends of Mansa Musa. In Mauritania and Sudan today, slavery has returned, to the deafening silence of intellectuals who have built careers on the moral shakedown of America and the West. *America was a segregated society, but in no other nation do people enjoy greater freedom, opportunity, and prosperity than here in the United States.*

"The time for apologies is past. But if Middle America believes that capitulations and reparations will buy peace in our time, it deludes itself. If there were no more demands, the race racketeers would have to find a new line of work. But as long as the silent majority keeps acceding to their demands, they will keep on making them. Time to just say no.

**RAISE A GLASS AND SAY,** "A toast to the greatest civilization on earth and the men who built it. UHURU!"

**EVERYONE SAYS "UHURU"**

I would also like to make a toast to the entrepreneurs who risk everything to improve our lives.

TO THE ENTREPENEURS

**EVERYONE SAYS "TO THE ENTREPENEURS"**

And to the housewives that create human life, shape it, and build the communities in which we live.

TO THE HOUSEWIVES

**EVERYONE SAYS "TO THE HOUSEWIVES"**

To free speech the #1 amendment

TO FREE SPEECH

**EVERYONE SAYS "TO FREE SPEECH"**

And to our guns, the #2 amendment

TO GUNS

**EVERYONE SAYS "TO GUNS"**

To the heroes who answered their country's call and ultimately laid down their life so we may maintain our great society."

To the veterans and our honored dead

**EVERYONE SAYS "TO THE VETERANS AND OUR HONORED DEAD!"**

And finally, to the parasites both on the streets and in the White House who want to attack us and take what we earn. To the trespassers who want to sabotage our culture our family and our way of life. You want a war? Well, you've got one. To all of our enemies both high and low.

EVERYONE SAYS "BRING IT ON!"

Brothers, before we close this meeting, are there any matters we need to settle before the Sharia court? If you feel you have been wronged by another brother or someone has been unfairly banished or any other grievance, let it be heard now before me and we will settle it like men.

**BROTHER WITH GRIEVANCE PRESENTS IT. DEFENSE IS HEARD. DECISION IS MADE. NOTE: IF THE DEFENDANT ISN'T PRESENT, HE EITHER SUBMITS HIS DEFENSE TO THE JUDGE IN ADVANCE OR THE CASE WILL NOT BE HEARD.**

The matter is now settled. We remain as brothers. First degrees who wish to get their second degrees raise their hands. We will be performing second degrees throughout the night.

I now declare this meeting adjourned. Raise your glass.

UHURU!

PROUD OF YOUR BOY!


**THE ABOVE READING IS ALL THAT'S REQUIRED OF A PROUD-BOYS MEET UP. THE FOLLOWING STATIONS ARE ENCOURAGED BUT NOT MANDATORY.**

**STATION 1 SHOULD BE PRINTED OUT AND BROUGHT TO ALL MEET-UPS. THE FOLLOWING STATIONS ARE NOT MANDATORY AND ARE JUST NOTES TO HELP UNDERSTAND THE ORGANIZATION.**


**NOTE: THE SECRET HANDSHAKE OBVIOUSLY CAN'T BE PRINTED OUT HERE. THIS WILL BE MADE AVAILABLE TO YOUR CHAPTER UPON CONTACT WITH THE ELDERS. TALK TO A 3RD DEGREE IN THE NYC CHAPTER.**

## STATION 2

### PROUD OF YOUR BOY

IT IS HEALTHY TO SING OUR ANTHEM AT LEAST ONCE A NIGHT BUT THIS ISN'T ALWAYS POSSIBLE. IDEALLY WE SEEK OUT VENUES THAT HAVE A JUKEBOX WITH THIS SONG AVAILABLE.

Proud of your boy
I'll make you proud of your boy
Believe me, bad as I've been, Ma
You're in for a pleasant surprise

I've wasted time
I've wasted me
So say I'm slow for my age
A late bloomer, Okay, I agree

That I've been one rotten kid
Some son, some pride and some joy
But I'll get over these lousin' up
Messin' up, screwin' up times

You'll see, Ma, now comes the better part
Someone's gonna make good
Cross his stupid heart
Make good and finally make you
Proud of your boy

Tell me that I've been a louse and loafer
You won't get a fight here, no ma'am
Say I'm a goldbrick, a goof-off, no good
But that couldn't be all that I am

Water flows under the bridge
Let it pass, let it go
There's no good reason that you should believe me
Not yet, I know, but

Someday and soon

> I'll make you proud of your boy
> Though I can't make myself taller
> Or smarter or handsome or wise
>
> I'll do my best, what else can I do?
> Since I wasn't born perfect like Dad or you
> Mom, I will try to
> Try hard to make you
> Proud of your boy

## STATION 3

## HOW TO PERFORM THE THREE DEGREES

### FIRST DEGREE

All that's required here is that the Proud Boy publicly declares the following: "I am a Western chauvinist who refuses to apologize for creating the modern world."

"Public" is open to interpretation. We don't allow anonymous contributions to the Proud Boys because that isn't "Proud" (we also don't except trans men because they aren't "Boys").

It is up to that chapter's discretion to determine how public the first-degree declaration is. At the very least, it must be said on video and submitted to the chapter. At the very most it is said in every possible public platform available.

### SECOND DEGREE

**Five Cereals**
"The Counter" a brother not involved in the fight who counts each cereals after determining its validity leads this ritual.
Before the punching starts, the prospect has to repeat his first-degree oath: "I am a Western Chauvinist who refuses to apologize for creating

the modern world." Then the counter says, "You will now list five breakfast cereals."
While the prospect recites the cereals, five Proud Boys must pound him. Shots to the head and below the belt are discouraged but not against the rules. The proud boy receiving his licks is not meant to fight back though doing so does not negate his second degree.
After the beating, the brother gets a hug from The Counter as he says "Welcome aboard" and everyone says, "Proud of your boy" several times.
Proud Boys in secluded areas have tried to have friends give them their second degree and submit it to a chapter for verification. This doesn't work. Those in remote areas have to create their own chapter and make sure the five men punching them are at least 1st degree Proud Boys.

**No Wanks**
A Proud Boy may not ejaculate alone more often than once every thirty days. That means he must abstain from pornography during that time and if he needs to ejaculate it must be within one yard of a woman with her consent. The woman may not be a prostitute.
This is our religion and our pope is the religion's founder, Dante Nero. Men who are away from their wives for extended periods of time has requested video conferencing as a way around the one-yard rule. This is not allowed.

**THIRD DEGREE**

You need the words "Proud Boy" tattooed anywhere on your body and you must preserve the tenets of your first and second degree. There are no rules on how the words must look though the norm is to pursue the traditional tattoo font of yore.

**FOURTH DEGREE**

This degree is loosely defined as "engaging in a major conflict for the cause." Being arrested is not encouraged although those who are immediately become fourth degrees because the court has registered a major conflict. Serious physical fights also count and it's up to each chapter to determine how serious the conflict must be to determine fourth.

This regulation is not retroactive and it only counts events that occurred after a brother was declared a proud boy.

**SKIPPING DEGREES**
If someone gets a third degree before their second degree, the third degree is placed in a form of stasis until the previous degrees can be completed. This also works with those who get a fourth before their third. If the previous degrees are never completed, the degree remains in stasis.

## STATION 4
## Our Politics

We are not a political group. We are a fraternal brotherhood like the Elk's Lodge or the Shriners. We are a multi-racial group that is socially liberal and welcomes gay members. Again, our only non-negotiable rule is that you are a Western chauvinist who refuses to apologize for creating the modern world (much confusion revolves around the word chauvinist as women tend to assume it means "sexist" – it means "a person displaying aggressive or exaggerated patriotism"). Almost all our members are pro-Trump but there are exceptions (our pope being one of them).
We disavow Nazis and don't want them at our meet-ups. We disavow racists and don't want them at our meet-ups. We allow weak, beta male virgins to join because our fraternity is about helping men improve their lives and that includes all men. If, however, a Proud Boy refuses to step up to the plate -if he doesn't heed our advice and try it - if he doesn't assimilate and engage with the group, he will be asked to leave.

Our founder Gavin McInnes (peace be upon him) often cites his "10 Ways to Save America" list as a compendium of proud Western beliefs. Brothers don't have to ascribe to all of these but it does provide a good idea of where we stand.

**1- ABOLISH PRISON**

There are too many men in prison right now and we need to fix this mass incarceration problem. This obviously doesn't mean bust open the gates right now. It means we need to start going in the opposite direction and recognize the people we are putting in cages are human beings.
The following points lend themselves back to this one.

## 2- GIVE EVERYONE A GUN
Not for free, obviously but gun laws are too strict in about 80% of the country and 90% of the Western world. Right now it's mostly bad guys who have guns. Good guys need them too. This will help prevent crime.

## 3- LEGALIZE DRUGS
The drug war is a failure. Take away the profits from drugs and you take away gangs and soon prisons are losing their best customers.

## 4- END WELFARE
Right now we have incentivized single mothers. This has shattered families, especially poor families. Stop rewarding single mothers for leaving their husbands and we get the family back. With fathers comes discipline and employment. With jobs comes less crime.

## 5- CLOSE THE BORDERS
We have strayed fro a merit-based immigration policy and have replaced it with open borders. We need to build a wall and encourage assimilation. No more Spanish schools or Chinese schools. Everyone speaks English and patriotism is encouraged.

## 6- OUTLAW CENSORSHIP
The West has thrived with the checks and balances open discussion provides. Without it, fascism thrives. We need to fight for free speech not just against the government but against the people who want to shut it down. We are now policing ourselves worse than Big Brother. That needs to stop. Free speech includes all speech - good and bad - and a huge part of this brotherhood is making sure nobody is prevented from speaking. This is arguably our most important cause.

## 7- VENERATE THE HOUSWIFE

Proud Boys are encouraged to put a ring on it and knock her up. We need to make more Proud Boys. The young are encouraged to sow their wild oats but as we get older, committing to a family becomes more and more important.

With the family, comes a deep respect for the housewife. We push back against the feminist notion that shaping human lives is somehow "selling out." We see housewives as sentient beings who have an incredible gift.

## 8- GLORIFY THE ENTREPENEUR

Western liberalism scoffs at the rich and those who put it all on the line to improve our lives. We recognize the incredible sacrifice this takes and we are in awe of all the great entrepreneurs throughout history who got us here.

## 9- RECOGNIZE THE WEST IS THE BEST

This is just a hate fact. America was not stolen from the Indians and it was not built on slavery. Europe and Britain were not built on colonization. We fought hard to be #1 and we won. All other cultures are not merely different than us. They are worse.

## 10- SHUT DOWN THE GOVERNMENT

We have no respect for the institutions that rob us of our hard-earned wages. We don't expect another man to handle our freedom and determine our destiny. We may not be anarchists but we always want the government brought down to the absolute minimum.

## STATION 5
## THE END

This should serve as a general guide for starting your own chapter. There has been a lot of talk about whether Muslims should be allowed in. The elders have not settled this nor will they talk about an antiquated ban on "Abbos."

There are other general guidelines that don't matter. We hate flip-flops and cargo shorts. Fedoras are banned. We like to stick to classics like Levi's, Chuck Taylor, Vans Eras, Clarks desert boots, J Crew wingtips, Pendleton, Woolrich, Filson, and Ray Bans. We encourage Proud Boys to be well dressed in collared shirts especially when talking to the media. The uniform (which is not mandatory but highly encouraged for rallies) is a black Fred Perry polo with gold piping. A goal for the club is for people who try to shut down free speech to feel a deep sense of fear when they see the black and gold appear at a rally. It signifies a group of men who are prepared to fight back.

A recommended shoe is the black Red Wing classic moccasin toe boot. Bootleg Proud Boys t-shirts are all over the Internet and there is no official one as of yet. We encourage the free market and enjoy seeing Proud Boys benefit from their own club.
Each individual chapters have full autonomy. We strongly believe in chapter rights and have no mandatory terms outside of "The West is the best." This is not a Gavin McInnes fan club and although the movement was created via "The Gavin McInnes show," many members haven't even seen the show. This is about taking our civilization back. This is about rebuilding the patriarchy.

There are dozens of chapters and they are all over the world. We have a Proud Boy in the White House (Lucian Wintrich) and we have Proud Boys making international headlines as they destroy the left (Mike Cernovich, Charles C Johnson). There are charity events, fundraisers, rallies for free speech, legions of Proud Boys Girls, and even a comedy tour. We are creating documentaries, shows, podcasts, and magazines and changing the course of history. It's an incredible time to be proud of who you are. We tried shame and apologies. It didn't work. It's more than just a "time to say no." It's time to fight!

UHURU!