Leave to file GRANTED

TIMOTHY J. KELLY DATE
United States District Judge 1/27/23

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 1:21-CR-175-TJK** |
| **v.** | ) | |
| | ) | |
| **ETHAN NORDEAN, et al.** | ) | |
| **Defendants** | ) | |

**WITNESS HENDRICK BLOCK'S MOTION FOR LEAVE TO FILE A MOTION**

**COMES NOW** Mr. Block by Gregory B. English, his court-appointed attorney, and asks this court to allow him to file the motion filed today entitled Hendrick Block's Motion to Quash Subpoena. A draft order implementing this request is attached for the court to consider.

Respectfully submitted,

/signed by/

Gregory B. English, DC Bar #398564
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368/Fax (703) 836-6842
gbeuva@gmail.com
*Counsel for the Defendant*

**Certificate of Service**

I hereby certify that on the 18th day of January, 2023, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>AUSA Erik Kenerson
>Via ECF to Erik.Kenerson@usdoj.gov

>/signed by/
>Gregory B. English, DC Bar #398564
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368/Fax (703) 836-6842
>gbeuva@gmail.com
>*Counsel for the Defendant*