**Kenerson, Erik (USADC)**

| | |
|---|---|
| **From:** | Nicholas Smith <nds@davidbsmithpllc.com> |
| **Sent:** | Friday, December 30, 2022 6:33 PM |
| **To:** | Kenerson, Erik (USADC) |
| **Cc:** | McCullough, Jason (USADC); Moore, Nadia (USADC); Mulroe, Conor (CRM); Carmen D. Hernandez; Nayib Hassan; Sabino Jauregui; J. Daniel Hull; Steven A. Metcalf II, Esq.; Norm Pattis |
| **Subject:** | Re: [EXTERNAL] Rebuttal Expert |

Erik,

Case in chief is a term of art that refers to evidence presented by a party with a burden of proof. When it is used in the context of a defendant in a criminal case, the term refers to an affirmative defense. More, "rebuttal" in "rebuttal expert" does not refer to the case phase (government's case, defense case), it refers to whether the evidence presented by the expert responds to evidence presented by an opposing party or is independent. Here, Duffy Hoffman would not testify as to any affirmative defense but rather respond to repair cost evidence presented by the government. The Rule 16 disclosure requirements do not apply. We will send you cases over the weekend.

On Fri, Dec 30, 2022, 6:10 PM Kenerson, Erik (USADC) <Erik.Kenerson@usdoj.gov> wrote:

> Mr. Smith,
>
> As you know, the defense does not have a rebuttal case, and the rule you cite, 16(b)(1)(C)(i) requires notice to the government of any expert that will be used during the defendant's case-in-chief during trial. The below email does not satisfy the requirements of Rule 16. If you intend to call Mr. Hoffman as an expert at trial, please provide us with notice that satisfies the requirements of Rule 16(b)(1)(C)(iii).
>
> Best,
>
> Erik
>
> **From:** Nicholas Smith <nds@davidbsmithpllc.com>
> **Sent:** Friday, December 30, 2022 3:51 PM
> **To:** McCullough, Jason (USADC) <JMcCullough1@usa.doj.gov>; Moore, Nadia (USADC) <NMoore@usa.doj.gov>; Mulroe, Conor (CRM) <Conor.Mulroe@usdoj.gov>; Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>; Carmen D. Hernandez <chernan7@aol.com>; Nayib Hassan <hassan@nhassanlaw.com>; Sabino Jauregui <sabino@jaureguilaw.com>; J. Daniel Hull <jdhull@hullmcguire.com>; Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>; Norm Pattis <npattis@pattisandsmith.com>
> **Subject:** [EXTERNAL] Rebuttal Expert

Government counsel,

As you know, the parties have a Rule 16 duty to disclose expert witnesses they intend to use in their case-in-chief.  As a government motion in this case indicated, however, that does not extend to rebuttal experts.  Fed. R. Crim. P. 16(b)(1)(C)(i).

As a courtesy to the government and to avoid any claim of surprise, we are notifying the government of Nordean's intent to introduce rebuttal expert testimony, which will depend on the government's evidence concerning repair costs related to the Capitol window and black fence.

The rebuttal expert is Duffy Hoffman, the owner of Hoffman Preservation and Restoration, which has been in the business of repairs at historical buildings for over 30 years.  Mr. Hoffman is the author of a treatise in the field, published by the Window Preservation Standards Collaborative.

Nick Smith