# Kenerson, Erik (USADC)

| | |
|---|---|
| **From:** | Roger Roots <rroots@johnpiercelaw.com> |
| **Sent:** | Friday, March 24, 2023 11:21 PM |
| **To:** | Carmen D. Hernandez; Nicholas Smith |
| **Cc:** | Norm Pattis; John Daniel Hull; Sabino Jauregui; McCullough, Jason (USADC); Mulroe, Conor (CRM); Moore, Nadia (USADC); David Smith; Nayib Hassan; Steven A. Metcalf II, Esq.; Kosinski, Jaclyn N.; Kenerson, Erik (USADC) |
| **Subject:** | [EXTERNAL] RE: Order of Call - Next week |

Pezzola would like to add an additional name to next week. Duffy Hoffman, window preservation expert. Mr. Hoffman has been previously noticed as an expert on historic preservation of windows. He will rebut certain claims made by the witness for the Architect of the Capitol regarding costs of replacing the Capitol's windows.

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



JOHN PIERCE LAW

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.





