# Kenerson, Erik (USADC)

| | |
|---|---|
| **From:** | Kenerson, Erik (USADC) |
| **Sent:** | Sunday, March 26, 2023 12:19 PM |
| **To:** | metcalflawnyc@gmail.com; rroots@johnpiercelaw.com |
| **Cc:** | McCullough, Jason (USADC); Moore, Nadia (USADC); Mulroe, Conor (CRM) |
| **Subject:** | Experts |

Steve and Roger,

I hope you're both having a good weekend. I know I said I would try to get you our position on your expert notice over the weekend, so here it is:

- Steven Hill
    - We object to Mr. Hill's testimony with the notice as written. The notice seemingly covers a wide array of alleged police conduct that has nothing to do with Mr. Pezzola (which we would object to on relevance grounds), and it does not specifically identify what Mr. Hill's opinions (or the bases therefore) are with respect to any alleged excessive force that occurred near Mr. Pezzola.
    - We additionally object based on the late notice. Expert notice was originally due in October 2022, and although you provided some notice of an intent to call a use-of-force expert in January 2023, you originally provided us notice of two different experts. We received Mr. Hill's name and CV on March 21, 2023, and your written notice on March 24, 2023.

- Duffy Hoffman
    - We object to any expert testimony by Mr. Hoffman, as we have received no written notice regarding Mr. Hoffman's opinions or the bases therefor.

Our plan is to send an email to the Court under the trial procedures order this evening to alert it to our objection, but happy to discuss further if you would like.

Erik