## Kenerson, Erik (USADC)

| | |
|---|---|
| **From:** | Kenerson, Erik (USADC) |
| **Sent:** | Monday, March 27, 2023 7:39 AM |
| **To:** | Roger Roots; McCullough, Jason (USADC); Moore, Nadia (USADC); Mulroe, Conor (CRM) |
| **Cc:** | Carmen D. Hernandez; Nicholas Smith; Steven A. Metcalf II, Esq.; Norm Pattis; Sabino Jauregui; Nayib Hassan |
| **Subject:** | RE: rebuttal window expert for Pezzola |

Mr. Roots,

Mr. Smith did not provide written notice on Mr. Hoffman.  The below is not sufficient under Rule 16.

Erik

---

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Monday, March 27, 2023 7:33 AM
**To:** Kenerson, Erik (USADC) <EKenerson@usa.doj.gov>; McCullough, Jason (USADC) <JMcCullough1@usa.doj.gov>; Moore, Nadia (USADC) <NMoore@usa.doj.gov>; Mulroe, Conor (CRM) <Conor.Mulroe@usdoj.gov>
**Cc:** Carmen D. Hernandez <chernan7@aol.com>; Nicholas Smith <nds@davidbsmithpllc.com>; Steven A. Metcalf II, Esq. <metcalflawnyc@gmail.com>; Norm Pattis <npattis@pattisandsmith.com>; Sabino Jauregui <sabino@jaureguilaw.com>; Nayib Hassan <hassan@nhassanlaw.com>
**Subject:** [EXTERNAL] rebuttal window expert for Pezzola

Dear government counsel:

Way back in December, Nick Smith noticed the government of a rebuttal expert witness on window valuation.  The rebuttal expert is Duffy Hoffman, the owner of Hoffman Preservation and Restoration, which has been in the business of repairs at historical buildings for over 30 years.  Mr. Hoffman is the author of a treatise in the field, published by the Window Preservation Standards Collaborative.

Mr. Hoffman's testimony would help rebut the idea that the jury must base their assessment of damage to the window based on the high costs of government contracting relations.

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

1