UNITED STATES DISTRICT FOR THE DISTRICT
OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 21-cr-00303-ABJ |
| | ) |
| DOMINIC PEZZOLA | ) |
| | ) |
| Defendant | ) |

DEFENDANT PEZZOLA'S SUBMISSION OF EXPERT WITNESS JOHN LAMB

Comes now the Accused DOMINIC PEZZOLA ("Pezzola"), by undersigned counsel, and hereby provides notice and submission of expert witness John Lamb. Mr. Lamb is an expert on window repair and installation and will testify that the average cost of repairing and replacing the window described in Count 7 is under one thousand dollars ($1,000).

Under Rule 702, "A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

(b) the testimony is based on sufficient facts or data;

(c) the testimony is the product of reliable principles and methods; and

(d) the expert has reliably applied the principles and methods to the facts of the case.

## EXPERT WITNESS REPORT OF JOHN LAMB

John Lamb



My name is John Lamb and I am a professional remodeler and siding and roofing contractor with over twenty-five years of experience installing doors and windows. I have been a general contractor and have built houses and commercial buildings from the ground all the way to the roof shingles.

At present I am based in Montana, but I have traveled across numerous states as a roofing, window and siding contractor. I've repaired and replaced thousands of windows, sashes and screens, in many different states, including Arkansas, Michigan, Missouri, Oklahoma, Florida, Montana, Louisiana, Indiana, Illinois, Kentucky, Tennessee, Ohio, West Virginia, North Dakota, South Dakota, and Idaho.

My family business builds and delivers greenhouses and we order windows by the pallet and install them.  I have expertise in pricing and bidding for window repairs and installations.

I was a contractor in a variety of FEMA (Federal Emergency Management Agency) projects in the aftermath of Hurricane Katrina back in 2005 and 2006, where I worked with hundreds of other builders and remodelers.  I installed and replaced hundreds of doors and windows during that period alone.

I've also installed and replaced windows and window glass in a number of significant public buildings.  For example I installed the bulletproof glass windows in the Montana State Probation office building in Bozeman, Montana.

## THE WINDOWS AT THE UNITED STATES CAPITOL

After carefully looking at pictures and videos of the broken window panes which defendant Dominic Pezzola is accused of damaging, I offer the following opinion, based on my expertise and experience:

1. The windows in question are not high-tech, or constructed of special materials, or special unbreakable or bulletproof glass.  (I've worked with all varieties of such specialty windows.)
2. It appears from photos that the windows are about 40 inches wide by five feet high, which is a fairly common size in most markets.
3. The windows in question appear to be of a typical style and installation common in thousands of offices, homes and buildings across the United States.

4. It appears the architects and building managers at the Capitol have intended to preserve the historic style of windows used in the building for a long time (perhaps generations).
5. I could definitely replace both sides of the window glass in the window and repair the sash for less than $500.
6. Such a job would take less than one day of labor for one person, and most likely less than a half day. Some installers might use a helper.
7. Materials would cost around $190.
8. Labor would be around $250.
9. Total cost around $440.
10. These prices are typical for such window installations across the country. One can always find contractors who would charge much more; but such contractors would be overcharging the building owner, in my opinion.
11. By no means would such a window repair cost a thousand dollars—even in the most expensive markets.

I can provide links to ads and illustrations and photos of similar windows that contractors can buy to install.

/s/ John Lamb



https://nypost.com/2021/01/15/capitol-rioter-from-ny-smoked-victory-cigar-during-siege-feds/

