

# Metropolitan Police Department
# Investigative Services Bureau
# Narcotics and Special Investigations Division

**2850 New York Avenue, NE Washington, DC 20002 Phone: (202) 299-5555**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Commander<br>Special Operations Division |
| **THRU:** | Commander<br>Narcotics and Special Investigations Division |
| **THRU:** | Captain<br>Narcotics and Special Investigations Division |
| **THRU:** | Lieutenant Zeb Barcus  *Lt. Zeb Barcus*<br>Narcotics and Special Investigations Division |
| **DATE:** | January 10, 2021 |
| **SUBJECT:** | Summary report of Activity for the Electronic Surveillance Unit |

On December 12, 2020, through January 6, 2021, the Electronic Surveillance Unit was called upon to assist the Special Operations Division during Civil Disturbance and First Amendment Demonstrations. While assisting the Special Operations Division, members of the Electronic Surveillance Unit captured video and photographic evidence and information.

**Total Manpower:** The detail consisted of (2) Sergeants, (3) Detectives, and (7) Officers.

| Member |
|---|
| Sgt. Tyrone Harris |
| Sgt. Jacob Lipscomb |
| Officer Kenneth Boone |
| Officer Anthony Faverio |
| Officer Keith Green |
| Officer John Streets |
| Officer Roy Melvin |
| Officer Ryan Roe |
| Detective Ricardo Leiva |
| Detective Oliver Lake |
| Detective Amir Abdalla |
| Officer Albert Sabir |

Below is a summary of that photographic evidence and information obtained:

1. Officer Ryan Roe – ESU# 3589 / SE# 21-393 / CCN#21-002555

On January 6, 2021, at 1319 hours, ESU received an assignment to monitor and record a First Amendment Assembly at the US Capitol Building, where a riot was declared over the SOD Radio. Officer Roe began to record and take photographs of the protesters on the scaffolding and in front of the Capitol building on the First Street, Northwest side. Captured in the recording are evidence of fencing and bike racks being torn down. The recording concluded at 1457 hours after Officer Roe left the area due to heavy law enforcement response utilizing riot munitions.

2. Officer Anthony Faverio – ESU#3593 / SE# 21-396 / CCN#21-002555

On January 6, 2021, Officer Faverio responded to the US Capitol building as ordered by Inspector Glover, to record video and take photos of MPD and the events unfolding on 10-21 for the JOCC to review while live streaming. Also recorded were several arrest made by MPD.

3. Officer Ryan Roe – ESU#3588 / SE# 21-392 / CCN#21-001920

On January 5, 2021, Office Roe received an assignment to monitor a First Amendment Assembly/Protest that was active in the 1500 block of I Street NW. At approximately 2221 hours, Sgt. Harris ordered Officer Roe and Officer Melvin to start recording. Officer Roe observed individuals wearing ballistic vest and another individual walking with a baseball bat. Observed and recorded were protesters verbally confronting a counter protester on more than two occasions. One individual on a bull horn stated, "We are going to kick it tonight, but tomorrow is a different story, as of January 6, you need to choose a side, you're either with the people or against us". The same individual stated, "You are only getting a very small taste of tomorrow". The recording concluded at 2327 hours.

4. Officer Kenneth Boone – ESU#3592 / SE# 21-395 / CCN#21-002555

On January 6, 2021, Officer Boone responded to the area of 16th and I Street, Northwest to assist with a First Amendment Assembly. Officer Boone was then directed to the US Capitol building to record the declared riot which captured civil unrest. Officer Boone later recorded SOD Sgt. Greg Jackson issuing verbal warnings to a group of people violating the curfew that Mayor Bowser implemented for the city. A total of three arrest were made by SOD.

5. Officer Roy Melvin – ESU#3596 / SE# 21-398 / CCN#21-002555

On January 6, 2021, Officer Melvin responded to the US Capitol Grounds to record a declared Riot. The recording captured members of the Metropolitan Police Department attempting to hold a police line to assist US Capitol Police, while being assaulted by several members of the Rioting crowd.  The Riotous crowd was forcing their way into the US Capitol building without authorization.  Due the size of the video files, this video was uploaded to Evidence.com and was stored on an external hard drive in the ESU office.

6. Officer Keith Green – ESU#3594 / SE# 21-397 / CCN#21-002555

On January 6, 2021, Officer Green responded to the US Capitol Grounds to record a declared Riot. The recording captured members of the Metropolitan Police Department attempting to hold a police line to assist US Capitol Police, while being assaulted by several members of the Rioting crowd.  The Riotous crowd was forcing their way into the US Capitol building without authorization.

7. Officer Kenneth Boone – ESU#3590 / SE# 21-394 / CCN#21-001920

On January 5, 2021, Officer Boone responded to the area of 16th & I street N.W., per Lt. Barcus.  Upon arrival Officer Boone began recording video of the Trump supporters that took an aggressive stance with Metropolitan Police Officers screaming and shouting while making threats to Anti-Trump supporters and Antifa members behind the police line.

8. Officer Kenneth Boone – ESU#3583 / SE# 20-390/ CCN#20-176217

On December 12, 2020, Officer Kenneth Boone responded to multiple locations to assist SOD as a plain clothes ESU Technician.  Officer Boone was able to record the actions of the Proud Boys, Anarchist and MAGA participants in the downtown area. Captured on video and audio were the groups clashing and the MPD Response throughout the evening.

9. Officer Ryan Roe – ESU#3585 / SE# 21-391 / CCN#20-00179781

On December 19, 2020, Officer Roe responded to the Fourth District Police Station to monitor a First Amendment Assembly.  While on scene, Inspector Glover advised for all cameras to be activated.  Officer Roe began recording individuals from a large group collecting shields and googles before advancing towards the 4th District Police Station.  Several of the protestors started pulling the bicycle rack barriers apart attempting to gain unlawfully access through an established police line.

Tyrone Harris
Sergeant, NSID