REVISED SEC. 1512 (c) INSTRUCTION

## Obstruction of an Official Proceeding

Count Three of the indictment charges the defendants with corruptly obstructing an official proceeding, which is a violation of the law.

### Elements

In order to find a defendant guilty of corruptly obstructing an official proceeding, you must find that the government proved each of the following four elements beyond a reasonable doubt:

First, the defendant attempted to or did obstruct or impede an official proceeding.

Second, the defendant intended to obstruct or impede the official proceeding.

Third, the defendant acted knowingly, with awareness that the natural and probable effect of his conduct would be to obstruct or impede the official proceeding.

Fourth, the defendant acted corruptly.

### Definitions

The term "official proceeding" includes a proceeding before the Congress. The official proceeding need not be pending or about to be instituted at the time of the offense. If the official proceeding was not pending or about to be instituted, the government must prove beyond a reasonable doubt that the official

proceeding was reasonably foreseeable to the defendant. As used in Count Three, the term "official proceeding" means Congress's Joint Session to certify the Electoral College vote.

A person acts "knowingly" if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident. In deciding whether a defendant acted knowingly, you may consider all of the evidence, including what the defendant did or said.

[To act "corruptly," the defendant must use unlawful means or have a wrongful or an unlawful purpose, or both. The defendant must also act with "consciousness of wrongdoing." "Consciousness of wrongdoing" means with an understanding or awareness that what the person is doing is wrong or unlawful.]

To act corruptly means to act with the intent to secure an unlawful advantage or benefit either for oneself or for another.[1]

Not all attempts to obstruct or impede an official proceeding involve acting corruptly. For example, a witness in a court proceeding may refuse to testify by invoking his constitutional privilege against self-incrimination, thereby obstructing or impeding the proceeding, but he does not act corruptly. **[In addition, the First Amendment to the United States Constitution affords people the right to speak, assemble, and petition the Government for grievances. Accordingly, an individual who does no more than lawfully exercise those rights does not act corruptly.]** In contrast, an individual who obstructs or impedes a court proceeding by engaging in conduct such as offering illegal bribes, engaging in violence, committing

---

[1] In *United States v. Fischer*, No. 22-3038, 2023 WL 2817988 at *17 (D.C. Cir. Apr. 7, 2023), Circuit Judge Walker stated that "corruptly" in the context of a violation of Section 1512 (c) requires that "a defendant to act[ed] 'with an intent to procure an unlawful benefit either for himself or for some other person.'" The concurrence's definition of "corruptly," is derived from *Marinello v. United States*, 138 S. Ct. 1101, 1114 (2018) (Thomas, J., dissenting). *Fischer*, 2023 WL 2817988 at *17. *Marinello* involved a violation of 26 U.S.C. § 7212 (a). *Marinello*, 138 S. Ct. 1101 at 1104. For a violation of Section 7212(a), "corruptly" is defined as follows: "To act corruptly means to act with the intent to secure an unlawful advantage or benefit either for oneself or for another." 1 Modern Federal Jury Instructions-Criminal P 59.05 (2022).

fraud, or through other independently unlawful conduct, is acting corruptly, if such acts are untaken to secure an unlawful advantage or benefit either for oneself or for another.

While the defendant must act with intent to obstruct the official proceeding, this need not be his sole purpose.  A defendant's unlawful intent to obstruct justice is not negated by the simultaneous presence of another purpose for his conduct.

Concluding Remark for Count Three

A defendant may be found guilty of the offense charged in Count Three if the defendant obstructed an official proceeding, attempted to obstruct an official proceeding, aided and abetted the obstruction of an official proceeding, willfully caused others to obstruct an official proceeding, or as a result of co-conspirator liability.  I have already described each of these five theories of liability.  If you find, **[unanimously]** and beyond a reasonable doubt, that the defendant committed the offense of obstruction of an official proceeding in any one of these five ways, you should find the defendant guilty of Count Three and you need not consider whether the defendant committed the offense of obstruction of an official proceeding in the other four ways.