CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  | )<br>) |  |
|---|---|---|
| vs. | )<br>) | Civil/Criminal No.: ___21-CR-175 (TJK)___ |
| ETHAN NORDEAN et al | )<br>)<br>) |  |

## NOTE FROM JURY

Your Honor,
    We have come to a unanimous decision on Count 1 for defendant Pezzola.

After continued deliberations, we remain unable to reach a unanimous decision on the remaining counts:
- Count 2 (Pezzola)
- Count 7 (Nordean, Biggs, Rehl, Tarrio)
- Count 8 (all defendants)

After lengthy discussions, all jurors firmly agree that further deliberations will not lead to a unanimous decision on these counts.

Date: __5/4/2023__

Time: __1:57 pm__

FOREPERSON