UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ETHAN NORDEAN,<br>JOSEPH BIGGS,<br>ZACHARY REHL,<br>ENRIQUE TARRIO, and<br>DOMINIC PEZZOLA,<br><br>*Defendants.* | Criminal Action No. 21-175 (TJK) |

## VERDICT FORM

**Count One: Seditious Conspiracy**

A. **Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count One?**

   No \_\_\_\_\_   Yes __X__

   If your answer is "No," you must enter a verdict of Not Guilty as to Count One for each defendant listed in C below.

   If your answer is "Yes," answer parts B and C below.

B. **Did the conspiracy charged in Count One include one or both of the following goals?**

   **Goal One:** To oppose by force the authority of the Government of the United States?

   No \_\_\_\_\_   Yes __X__

   **Goal Two:** To use force to prevent, hinder, or delay the execution of any law of the United States?

   No \_\_\_\_\_   Yes __X__

1

C. Verdict as to each defendant:

    (1) *Ethan Nordean*

    Not Guilty _____ Guilty _X_

    (2) *Joseph Biggs*

    Not Guilty _____ Guilty _X_

    (3) *Zachary Rehl*

    Not Guilty _____ Guilty _X_

    (4) *Enrique Tarrio*

    Not Guilty _____ Guilty _X_

    (5) *Dominic Pezzola*

    Not Guilty _X_ Guilty _____

---

**Count Two: Conspiracy to Obstruct an Official Proceeding**

A. Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Two?

No _____ Yes _X_

If your answer is "No," you must enter a verdict of Not Guilty as to Count Two for each defendant listed in B below.

If your answer is "Yes," answer part B below.

B. Verdict as to each defendant:

    (1) *Ethan Nordean*

    Not Guilty _____ Guilty _X_

    (2) *Joseph Biggs*

    Not Guilty _____ Guilty _X_

(3) *Zachary Rehl*

Not Guilty _____ Guilty _X_

(4) *Enrique Tarrio*

Not Guilty _____ Guilty _X_

(5) *Dominic Pezzola*

Not Guilty _____ Guilty _____

---

**Count Three: Obstruction of an Official Proceeding**

(1) *Ethan Nordean*

Not Guilty _____ Guilty _X_

(2) *Joseph Biggs*

Not Guilty _____ Guilty _X_

(3) *Zachary Rehl*

Not Guilty _____ Guilty _X_

(4) *Enrique Tarrio*

Not Guilty _____ Guilty _X_

(5) *Dominic Pezzola*

Not Guilty _____ Guilty _X_

---

**Count Four: Conspiracy to Prevent Members of Congress or Federal Officers from Discharging Their Duties**

A. Do you find that the government has proved beyond a reasonable doubt the existence of the conspiracy charged in Count Four?

No _____ Yes _X_

If your answer is "No," you must enter a verdict of Not Guilty as to Count Four for each defendant listed in C below.

If your answer is "Yes," answer parts B and C below.

B. Did the conspiracy charged in Count Four include one or both of the following goals?

    **Goal One:** To prevent a Member of Congress or federal officer from discharging a duty as a Member of Congress or federal officer?

    No _____ Yes _X_

    **Goal Two:** To induce a Member of Congress or federal officer to leave the place where the Member of Congress or federal officer's duties are required to be performed?

    No _____ Yes _X_

C. Verdict as to each defendant:

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty _X_

    **(2) *Joseph Biggs***

    Not Guilty _____ Guilty _X_

    **(3) *Zachary Rehl***

    Not Guilty _____ Guilty _X_

    **(4) *Enrique Tarrio***

    Not Guilty _____ Guilty _X_

    **(5) *Dominic Pezzola***

    Not Guilty _____ Guilty _X_

---

## Count Five: Obstructing Officers During a Civil Disorder

    **(1) *Ethan Nordean***

    Not Guilty _____ Guilty _X_

**(2) *Joseph Biggs***

Not Guilty \_\_\_\_\_   Guilty _X_

**(3) *Zachary Rehl***

Not Guilty \_\_\_\_\_   Guilty _X_

**(4) *Enrique Tarrio***

Not Guilty \_\_\_\_\_   Guilty _X_

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_   Guilty _X_

---

**Count Six: Destruction of Government Property of Value Over $1,000 (fence)**

**(1) *Ethan Nordean***

Not Guilty \_\_\_\_\_   Guilty _X_

**(2) *Joseph Biggs***

Not Guilty \_\_\_\_\_   Guilty _X_

**(3) *Zachary Rehl***

Not Guilty \_\_\_\_\_   Guilty _X_

**(4) *Enrique Tarrio***

Not Guilty \_\_\_\_\_   Guilty _X_

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_   Guilty _X_

If you find a defendant Not Guilty of Count Six, proceed to Count Six (A). If you find a defendant Guilty of Count Six, do not answer Count Six (A).

**Count Six (A): Destruction of Government Property of Value Less Than $1,000 (fence)**

**(1) *Ethan Nordean***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(2) *Joseph Biggs***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(3) *Zachary Rehl***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(4) *Enrique Tarrio***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

---

**Count Seven: Destruction of Government Property of Value Over $1,000 (Capitol window)**

**(1) *Ethan Nordean***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(2) *Joseph Biggs***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(3) *Zachary Rehl***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(4) *Enrique Tarrio***

Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

**(5) *Dominic Pezzola***

Not Guilty \_\_\_\_\_ Guilty __X__

If you find a defendant Not Guilty of Count Seven, proceed to Count Seven (A).   If you find a defendant Guilty of Count Seven, do not answer Count Seven (A).

**Count Seven (A): Destruction of Government Property of Value Less Than $1,000 (Capitol window)**

    **(1)** *Ethan Nordean*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(2)** *Joseph Biggs*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(3)** *Zachary Rehl*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(4)** *Enrique Tarrio*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(5)** *Dominic Pezzola*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

---

**Count Eight: Assaulting, Resisting, or Impeding Certain Officers (water bottle)**

    **(1)** *Ethan Nordean*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(2)** *Joseph Biggs*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(3)** *Zachary Rehl*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

    **(4)** *Enrique Tarrio*

    Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

  **(5)** *Dominic Pezzola*

  Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

---

**Count Nine:** **Assaulting, Resisting, or Impeding Certain Officers (riot shield)**

  **(1)** *Ethan Nordean*

  Not Guilty **X** Guilty \_\_\_\_\_

  **(2)** *Joseph Biggs*

  Not Guilty **X** Guilty \_\_\_\_\_

  **(3)** *Zachary Rehl*

  Not Guilty **X** Guilty \_\_\_\_\_

  **(4)** *Enrique Tarrio*

  Not Guilty **X** Guilty \_\_\_\_\_

  **(5)** *Dominic Pezzola*

  Not Guilty \_\_\_\_\_ Guilty **X**

---

**Count Ten: Robbery of Personal Property of the United States**

  **(5)** *Dominic Pezzola*

  Not Guilty \_\_\_\_\_ Guilty **X**

If you find the defendant Not Guilty of Count Ten, proceed to Count Ten (A). If you find the defendant Guilty of Count Ten, do not answer Count Ten (A).

**Count Ten (A): Theft of United States Government Property**

  **(5)** *Dominic Pezzola*

  Not Guilty \_\_\_\_\_ Guilty \_\_\_\_\_

Date: May 4, 2023

Signature of Foreperson