UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-175-6 (TJK) |
| : | |
| DOMINIC PEZZOLA, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF SENTENCING EXHIBITS**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, respectfully notifies the Court and counsel that it has submitted a video for the Court's consideration at sentencing.[1] The video is cited in the government's individual sentencing memorandum, specifically ECF 855-5, Dominic Pezzola Additional Sentencing Arguments. The chart below summarizes the exhibit submitted herewith via USAfx. The government does not have any objection to the public dissemination the video exhibit summarized below.

| Exhibit Name | Format | Description |
|---|---|---|
| Pezzola Exhibit 1 | Video | Pezzola Interview |

---

[1] The government is not submitting separately any exhibit that was admitted at trial. We will provide copies of any such exhibit to the Court and counsel upon request.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Jason B.A. McCullough*
JASON B.A. MCCULLOUGH
   NY Bar No. 4544953
ERIK M. KENERSON, OH Bar No. 82960
NADIA E. MOORE, NY Bar No. 4826566
   On Detail to the District of Columbia
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530

*/s/ Conor Mulroe*
CONOR MULROE, NY Bar No. 5289640
Trial Attorney
U.S. Department of Justice, Criminal Division
1301 New York Ave. NW, Suite 700
Washington, D.C. 20530
(202) 330-1788
Conor.Mulroe@usdoj.gov