Pezzola Exhibit 1

Pezzola Interview

(Multimedia file submitted via USAFx)