

# EXHIBIT B

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

To Whom It May Concern:                             2-21-21

My name is Sandra L. Curtis, I am Dominic J. Pezzolas Aunt. I've known him all his life. He grew up with my two sons. I have always known him to be athletic, respectful, caring, hard working and family oriented. I am very proud of my nephew for serving in the Marines. It enhanced the already positive qualities he had before he joined. He has always been an extremely hard working man. He is the head of his household and loves his wife and daughters. I know they mean the world to him. I have never known Dominic to be mean to anyone or anything. He has three dogs that I know he treasures. He has never been in trouble or arrested for anything. My sons and Dominic played sports together and went to the same high school. Both my sons and Dominic have alot of the same interests and circle of friends that they've had for years. I know my nephew to be a peaceful, kind and intelligent person. He has always been like a third son to my husband and myself. I respect him and know what a good person he is.

Sincerely,
Sandra L. Curtis