

# EXHIBIT C

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

To Honorable Judge Kelly,

My name is Pete Ztomer and I am writing on Dominic Pezzola's behalf.

I have known Dominic for over 20 years. We met in the Marine Corps Reserves in 1998. Since that day Pezzola (what I call my brother) have been in close contact. Each year I have been invited to each of his daughters birthdays partys. Not only did I see them grow I watched how closely he was with his kids. Pezzola is just a hard working person who would give the shirt off his backs to help people out. His not a perfect person and will make mistakes. What I do know that the accusations about Pezzola are completly false. He is a good man, he is a good father, he is a very hard worker, and he is loyal to a fault.

I went on a trip to Virginia in late September early October and had a chance to spend a few days one on one with Pezzola. Both of us have businesses and we talked about the hard times we were in, the accounts we have lost, and what our next steps were. At this time I know for a fact that Pezzola was not part of the Proud Boys. He thought he was losing himself and believed he needed to protest in some fashion for what he believed was right for himself and his country. We all saw what happened on January 6th and anybody that truly knows Dominic Pezzola knows he was just

caught up in something that was definetly over his head. I know Dominic and I watched it over and over and realized he had no clue what was going on but just going with adrenaline. Caught up in a moment that unfortunately he can't take back, a mistake that I know he truly regrets. I got that from when I picked him up to turn himself in to the FBI. He knew he made a mistake and wanted to do the right thing and turn himself in. He is a good father and friend who made a stupid mistake along with thousands of other people. As a friend I'd needed to write on his behalf. I know his training in the USMC, I know his friendships, I have seen his ups and downs and it just seems he has always adopted to each situation and bettered himself. I'm a prime example of someone who made some costly mistakes, took the time to see what was the most important pieces of my life and chase that. I would have never been able to do this if I didn't have Dominic Pezzola in my corner as a friend and Marine Brother.

I hope you take this letter into consideration and give Dominic the chance to be better and prove to not only you, the world, but to himself. Without mistakes people could never learn to be the person they need to be. Sincerely Peter Titoner