

# EXHIBIT E

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6ᵗʰ Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)



Your Honor Judge Kelly,

As you know I am Dominic Pezzola's mother. On Jan. 6th not only did my son's life change but his entire family's has. For me after that day I've been living a mother's nightmare. Dominic is my eldest son, my 1st born, he made me a mother, something I have enjoyed and cherished everyday of my life. I believe you have a special bond with your 1st born and Dominic and I do. I love my son with all my heart. From the day my son turned himself in and has been incarcerated for over 2 years and 7 months my life has turned upside down. I constantly about my son, I'm nervous he is on my mind 24-7. I can't sleep at nights when I do fall asleep which isn't easy I wake up suddenly during the nights and check on my friend. Still hoping when I wake up that all of this is just a nightmare. But its real too real so much so that it physically hurts. I find myself struggling from one day to the next. Not only with sleep but my entire life. I can't find joy in much. I don't socialize like I used to. Or enjoy normal events that I once used to. For example: Picnics, movies, going out to dinner, travel etc. All these things that I



I once did. I have dedicated my life since Dominic's incarceration on taking care of my sons well being as much as I'm able. A Mother wants her children to eat a healthy diet. Which has been something my son and I have repeatedly been working on getting for him. Dom is very allergic to soy. He has a medical diagnosis that this has been confirmed. I have to call the jail almost on a daily basis because they continue giving him the wrong diet. This has caused me so much stress and worry because as his Mom I feel eating a healthy diet is a fundamental basic need. There isn't much I can do to help my son in his situation and that alone breaks my heart. I long for the day my son returns home to us all. I pray that day is sooner than later. I've cried an ocean of tears lost so much happiness without Dominic in my life. Endless sleepless nights I don't wish this on anyone. My 90 year old Mother asks me all the time "Where's Nicky Coming Home?" I pray its while she's still with us. Not only are my sons previous health issues not being addressed but since his incarceration he has developed several new health problems due to poor diet such as colitis, gout, high blood pressure, swollen knee. No medical



care has been given to him to resolve any of these. This being said has caused tremendous stress, worry and concern to the point that has going to my doctor for help. These have been the hardest, saddest days of my life your Honor, I pray you find it in your heart to see my son had been honest about his actions that day and has served a sentence, which is sufficient and he returns home to his whole family. I realize the decision is up to you Judge. I just want my son back home.

Thank You Your Honor

Sincerely,
Barbara J Turpin