Table 28

## LENGTH OF IMPRISONMENT BY CRIMINAL HISTORY CATEGORY AND TYPE OF CRIME[1]
### Fiscal Year 2022

| | TOTAL | | | CRIMINAL HISTORY CATEGORY | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | I | | | II | | | III | | | IV | | | V | | | VI | | |
| TYPE OF CRIME | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N | Mean Mths | Median Mths | N |
| **TOTAL** | **56** | **30** | **58,815** | **46** | **24** | **22,366** | **40** | **15** | **8,420** | **50** | **24** | **10,538** | **61** | **40** | **6,481** | **75** | **51** | **4,190** | **99** | **77** | **6,820** |
| Administration of Justice | 16 | 12 | 469 | 13 | 9 | 258 | 14 | 12 | 45 | 16 | 12 | 60 | 16 | 18 | 30 | 20 | 18 | 34 | 32 | 30 | 42 |
| Antitrust | 12 | 15 | 3 | 12 | 15 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Arson | 48 | 48 | 99 | 38 | 35 | 46 | 55 | 44 | 12 | 43 | 30 | 17 | 59 | 60 | 10 | 60 | 60 | 3 | 76 | 72 | 11 |
| Assault | 69 | 46 | 782 | 46 | 27 | 255 | 57 | 42 | 84 | 76 | 42 | 143 | 76 | 60 | 99 | 87 | 68 | 72 | 102 | 84 | 129 |
| Bribery/Corruption | 24 | 17 | 277 | 23 | 15 | 246 | 45 | 39 | 8 | 23 | 21 | 11 | 8 | 2 | 4 | -- | -- | 2 | 48 | 41 | 6 |
| Burglary/Trespass | 25 | 18 | 82 | 9 | 5 | 26 | 43 | 14 | 5 | 16 | 19 | 15 | 22 | 21 | 8 | 30 | 31 | 12 | 51 | 33 | 16 |
| Child Pornography | 111 | 96 | 1,417 | 98 | 78 | 1,000 | 135 | 120 | 125 | 136 | 120 | 189 | 162 | 144 | 51 | 191 | 166 | 28 | 158 | 145 | 24 |
| Commercialized Vice | 33 | 20 | 53 | 31 | 18 | 25 | 65 | 60 | 5 | 22 | 15 | 11 | 31 | 27 | 3 | -- | -- | 1 | 41 | 37 | 8 |
| Drug Possession | 6 | 0 | 105 | 2 | 0 | 36 | 3 | 0 | 17 | 3 | 0 | 16 | 13 | 1 | 7 | 2 | 0 | 6 | 17 | 7 | 23 |
| Drug Trafficking | 80 | 60 | 19,254 | 56 | 42 | 7,833 | 72 | 60 | 2,243 | 82 | 66 | 2,990 | 95 | 84 | 1,936 | 107 | 96 | 1,328 | 126 | 120 | 2,924 |
| Environmental | 10 | 7 | 47 | 10 | 7 | 40 | 12 | 8 | 4 | 9 | 11 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 0 |
| Extortion/Racketeering | 52 | 30 | 93 | 33 | 21 | 43 | 17 | 2 | 9 | 68 | 30 | 15 | 49 | 45 | 8 | 86 | 23 | 4 | 107 | 61 | 14 |
| Firearms | 51 | 41 | 8,698 | 28 | 21 | 1,030 | 33 | 27 | 756 | 40 | 33 | 1,778 | 49 | 42 | 1,749 | 58 | 50 | 1,287 | 77 | 63 | 2,098 |
| Food and Drug | 19 | 10 | 24 | 14 | 7 | 20 | 37 | 48 | 3 | -- | -- | 0 | -- | -- | 0 | -- | -- | 1 | -- | -- | 0 |
| Forgery/Counter/Copyright | 19 | 18 | 86 | 10 | 8 | 27 | 9 | 9 | 10 | 14 | 15 | 12 | 25 | 26 | 10 | 27 | 34 | 9 | 35 | 32 | 18 |
| Fraud/Theft/Embezzlement | 28 | 21 | 4,157 | 26 | 18 | 2,744 | 26 | 20 | 362 | 31 | 24 | 437 | 36 | 27 | 211 | 36 | 27 | 146 | 37 | 30 | 257 |
| Immigration | 13 | 9 | 16,854 | 7 | 4 | 5,738 | 10 | 8 | 4,082 | 14 | 12 | 3,927 | 21 | 18 | 1,785 | 29 | 27 | 825 | 35 | 30 | 497 |
| Individual Rights | 63 | 36 | 60 | 60 | 36 | 56 | -- | -- | 1 | -- | -- | 1 | -- | -- | 0 | -- | -- | 1 | -- | -- | 1 |
| Kidnapping | 188 | 168 | 123 | 159 | 121 | 38 | 139 | 120 | 17 | 180 | 186 | 17 | 178 | 168 | 13 | 198 | 210 | 13 | 271 | 235 | 25 |
| Manslaughter | 88 | 74 | 78 | 71 | 60 | 45 | 94 | 87 | 8 | 120 | 97 | 12 | 87 | 87 | 6 | -- | -- | 2 | 176 | 180 | 5 |
| Money Laundering | 69 | 41 | 1,038 | 49 | 30 | 702 | 78 | 57 | 107 | 107 | 78 | 121 | 137 | 99 | 48 | 129 | 108 | 23 | 191 | 180 | 37 |
| Murder | 260 | 240 | 407 | 258 | 221 | 152 | 266 | 240 | 54 | 254 | 216 | 77 | 224 | 192 | 39 | 287 | 270 | 28 | 284 | 300 | 57 |
| National Defense | 46 | 30 | 136 | 26 | 24 | 97 | 35 | 40 | 10 | 47 | 40 | 9 | -- | -- | 1 | -- | -- | 0 | 155 | 180 | 19 |
| Obscenity/Other Sex Offenses | 23 | 18 | 324 | 29 | 18 | 38 | 22 | 12 | 39 | 18 | 13 | 87 | 17 | 16 | 56 | 27 | 27 | 47 | 28 | 25 | 57 |
| Prison Offenses | 12 | 9 | 479 | 8 | 6 | 15 | 4 | 2 | 9 | 6 | 4 | 100 | 11 | 8 | 104 | 13 | 12 | 84 | 18 | 15 | 167 |
| Robbery | 107 | 96 | 1,421 | 84 | 72 | 352 | 97 | 84 | 169 | 105 | 90 | 278 | 113 | 108 | 197 | 120 | 103 | 134 | 133 | 120 | 291 |
| Sexual Abuse | 208 | 180 | 1,492 | 199 | 180 | 999 | 200 | 180 | 151 | 212 | 180 | 139 | 211 | 204 | 73 | 268 | 262 | 79 | 284 | 240 | 51 |
| Stalking/Harassing | 30 | 24 | 232 | 26 | 20 | 104 | 28 | 21 | 38 | 24 | 15 | 29 | 26 | 24 | 18 | 31 | 21 | 14 | 51 | 51 | 29 |
| Tax | 21 | 14 | 302 | 20 | 13 | 248 | 24 | 15 | 30 | 22 | 20 | 13 | 29 | 30 | 3 | -- | -- | 2 | 30 | 24 | 6 |
| Other | 8 | 2 | 223 | 7 | 1 | 150 | 6 | 2 | 17 | 7 | 5 | 31 | 5 | 5 | 12 | 15 | 12 | 5 | 30 | 21 | 8 |

[1] Of the 64,142 cases, 4,738 with zero months of prison ordered were excluded. In addition, 589 cases were excluded due to one or both of the following reasons: missing Criminal History Category (305) or missing or indeterminable sentencing information (336). Sentences of 470 months or greater (including life) were included in the sentence average computations as 470 months. The information in this table does not include conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2022 Datafile, USSCFY22.