Use the Tab key to move from field to field on this form.

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-00175-TJK
)
NORDEAN et al )
)

## NOTICE OF APPEAL

Name and address of appellant:   Dominic J. Pezzola
The Central Detention Facility
1901 D Street, SE
Washington, DC 20003

Name and address of appellant's attorney:   Steven A. Metcalf
99 Park Avenue, 6th floor
New York, NY
10016

Offense:  top charge?

Concise statement of judgment or order, giving date, and any sentence:
Sentenced to Destruction of Property 18 USC 1361, on September 1, 2023.

Name and institution where now confined, if not on bail:   The Central Detention Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/8/23                          /s/ _____
DATE                            APPELLANT

                                _____
                                ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   [ ]
CJA, NO FEE            [✔]
PAID USDC FEE          [ ]
PAID USCA FEE          [ ]

Does counsel wish to appear on appeal?                        YES [✔]   NO [ ]
Has counsel ordered transcripts?                              YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]   NO [✔]