# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-CR-175-6 (TJK)
)
DOMINIC J. PEZZOLA )

## NOTICE OF APPEAL

Name and address of appellant:     United States of America

Name and address of appellant's attorney:   Jason McCullough, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 5.118
Washington, DC 20253

Offense:   18 USC secs. 111(a)(1); 231(a)(3), 2; 372; 1361, 2; 1512(c)(2), 2; 2112

Concise statement of judgment or order, giving date, and any sentence:

> Judgment, entered on September 15, 2023, sentencing defendant to a total 120 months' incarceration, followed by a total 36 months' supervised release; assessment of $600

Name and institution where now confined, if not on bail:   Philadelphia FDC

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| October 16, 2023 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Jason McCullough |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE  ✔
CJA, NO FEE  ☐
PAID USDC FEE  ☐
PAID USCA FEE  ☐

Does counsel wish to appear on appeal?            YES ☐   NO ✔
Has counsel ordered transcripts?                  YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ✔