Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Dominic J. Pezzola

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>    v.<br><br>Dominic J. Pezzola,<br><br>       Defendant. | Case No. 1:21-cr-00175-TJK<br><br>**Notice of Appearance** |

Assistant Federal Public Defender Ryan Norwood will now serve as counsel for Defendant Dominic Pezzola.

Dated this 30th day of July, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

1