Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No. 15604
Ryan_Norwood@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Dominic J. Pezzola

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Dominic J. Pezzola,<br><br>        Defendant. | Case No. 1:21-cr-00175-TJK<br><br>**Unopposed Motion for Access to Non-Public Docket and Sealed Documents** |

Defendant Dominic Pezzola, through counsel, moves this Court for an order permitting the Clerk's office to provide copies of the non-public docket sheet and sealed documents to undersigned counsel and counsel for the government, with the exception of documents filed ex parte. Access is necessary for the parties to assemble and review Mr. Pezzola's record for his direct appeal to the United States Court of Appeals for the District of Columbia. *United States v. Pezzola*, D.C. Cir. No. 23-3160.

Undersigned counsel was appointed to represent Mr. Pezzola on appeal. Access to the non-public docket and sealed documents is necessary for counsel to provide constitutionally adequate representation for Mr. Pezzola and so the parties can accurately provide and cite the record on appeal. *See* Fed. R. App. P. 10(a); *see also, e.g., United States v. Cramer*, No. 1:16-cr-26, 2020 WL 8920386, at *7 (E.D. Tex. Jan. 30, 2020) (noting grant of unopposed motion to permit inspection and copying of nonpublic docket). Accordingly, undersigned counsel requests the Court order the Clerk's office to provide copies of the non-public docket sheet and sealed documents to undersigned counsel and counsel for the government. A proposed order is attached for the Court's convenience.

The government previously filed a motion to provide access to sealed transcripts to appellate counsel of record. ECF No. 938. The motion sought to authorize defense counsel to receive transcripts from sealed proceedings for the purposes of appeal. The Court issued a minute order granting that motion on March 19, 2024. The instant motion supplements the government's prior motion because it

2

would authorize counsel to receive copies of the non-public docket and additional sealed filings beyond the sealed transcripts.

Undersigned counsel has contacted counsel for the government, Assistant United States Attorney Erik Kenerson, and the government does not oppose this motion.

Dated this 30th day of July, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender