IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        CR Nos. 1:21-cr-00175-TJK-1
                                        1:21-cr-00175-TJK-2
v.                                      1:21-cr-00175-TJK-3
                                        1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                         1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                  Washington, D.C.
5-ENRIQUE TARRIO                Wednesday, March 8, 2023
6-DOMINIC J. PEZZOLA,           9:00 a.m.
                      Defendants.

- - - - - - - - - - - - - - - - x

_____

TRANSCRIPT OF JURY TRIAL - DAY 44
*** MORNING SESSION ***
HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Conor Mulroe, Esq.
                          Nadia Moore, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

12438

# C O N T E N T S

**WITNESS:**                                                      **PAGE:**

NICOLE MILLER
Direct Examination by Mr. Kenerson...............12461

1    **P R O C E E D I N G S**

2         THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7         Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9    Defendant 1 is Nicholas Smith.  Present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 4 is Nayib Hassan

12   and Sabino Jauregui; present for Defendant 6 is Roger Roots.

13   Also present are Defendant 1, Mr. Nordean; Defendant 2,

14   Mr. Biggs; Defendant 3, Mr. Rehl; Defendant 5, Mr. Tarrio;

15   and Defendant 6, Mr. Pezzola.

16        THE COURT:  All right.  Good morning to everyone.

17        Some preliminary matters.  I guess, first, did we

18   work out the great -- Mr. Smith, did we work out the great

19   headphone issue?

20        MR. SMITH:  Your Honor, we tried to use the

21   headphones this morning for the audio that we intend to

22   play, and it was not very helpful.  So what we'll do is just

23   use the audio box on the Government's table and see what the

24   jury can hear.

25        THE COURT:  You mean just turn it up.

1          MR. SMITH:  Correct.  Yeah.

2          THE COURT:  Like you didn't want to do before.

3          MR. SMITH:  Well, yeah, but this is -- there's a

4   lot of cross-talk, Judge, here with multiple people speaking

5   at once and, you know, bodies off the -- outside of the

6   frame.  So we'll do what we can with the audio and that's

7   all we can.  So -- but we're grateful for the chance to use

8   the headphones.  Maybe we'll ask Mr. Cramer to use them in

9   cross, but --

10          THE COURT:  Okay.

11          MR. SMITH:  If we do, there's 30 of them.  So

12   there's enough for the jury, for the defense, and Government

13   table and witness.

14          THE COURT:  Okay.  Great.  Number one.

15          Number two, Ms. Hernandez, your -- I got your

16   email.  I, you know -- I think I overruled all these

17   objections yesterday, more or less.  I mean, I agree with

18   you -- I said what I said, and I stand by what I said.  But

19   then Mr. Kenerson asked the question -- at least as to the

20   latter issue, he had the witness clarify --

21          MS. HERNANDEZ:  Well --

22          THE COURT:  -- and so I don't think there's

23   anything more to address.

24          MS. HERNANDEZ:  Well, you overruled the first one,

25   even though you then went back, but the jury doesn't know

 1    that.  And I -- and I'm asking the Court to tell the jury

 2    exactly what you said which is for a witness to say

 3    "consistent with" is not an identification, because you

 4    overruled me in the -- in front of the jury and I thought

 5    you said, you know, you re-thought it and I was correct.

 6    And then on the second one, of course, I understand, but the

 7    Government, in my opinion, led the witness to say what she

 8    said over my objection.  I thought the questions were

 9    leading.

10          THE COURT:  "Did you make an identification as to

11    whose voice that was?"  That was the question.

12          MS. HERNANDEZ:  No.  He said, "Was that Mr. Rehl?"

13    I mean, there's a series of questions and --

14          THE COURT:  That wasn't the -- the question was:

15    "Did you make an identification of the person?"

16          "Yes."

17          "And whose voice is it?"

18          "Mr. Rehl's."

19          MS. HERNANDEZ:  Again, I believe there was --

20    there were leading questions, but nonetheless I think the

21    key is that -- I believe there were leading questions.  The

22    Court ruled otherwise.

23          Two, the Court said we'll take it up later and

24    Mr. Kenerson went back and played the same video over and

25    over again, and the Court -- in fact, the Court believed

1    that it was a different video and I clarified it and the

2    Court understood.  I just think that -- I want the Court --

3    I'm asking the Court to tell the jury that if a witness says

4    a voice is consistent with something, that is not the same

5    as an identification and that you sustained my -- you first

6    overruled but that you sustained the first one --

7            THE COURT:  Right.

8            MS. HERNANDEZ:  -- because when he clarified she

9    still said "consistent with."  And the truth is, Your Honor,

10   I'm concerned that -- as the Court knows, because we had

11   this issue with the -- when we were selecting a jury, when

12   the Court talks from the bench, somebody sitting in the

13   witness stand can hear some of it.  So after that lengthy

14   back-and-forth, the witness changed her -- up until then,

15   three times she'd been asked about Mr. Rehl's identification

16   and three times she said "consistent with."  The first time;

17   then the time he tried to clarify; then the next time; and

18   then she only -- again, I think it -- I don't have it in

19   front of me.  I can pull it.  I think it was as a result of

20   a series of leading questions.

21           But you -- Your Honor ruled.  I understand that.

22   But I do want the jury to understand that you sustained --

23   even though you originally overruled, you sustained, and in

24   particular I want the jury to understand that the Court's

25   decision is that when someone says a voice is consistent

1    with, that's not the same as identifying somebody.  And I

2    can -- from there, I can argue to the jury, "You saw what

3    you saw, she said 'consistent,' and he led her to say

4    something else."

5          THE COURT:  But he didn't lead her.  I mean, I

6    didn't --

7          MS. HERNANDEZ:  No.  I mean, he -- yeah -- well,

8    he asked her questions that led her to say something else.

9    I think I'm entitled to argue that to the jury because it

10   was a lengthy discussion.

11         And just for the record, Your Honor, D.C. Circuit

12   on transcripts: they're aids to the jury; they are not --

13   they're not evidence.  And I've already alerted the

14   Government that while I've not objected them [sic] to [sic]

15   using while we're in court -- like, when they introduce

16   these exhibits, they have these transcripts.  That's not the

17   way the exhibit should go back to the jury.  I've already

18   told them that so that they can correct them before they go

19   to the jury.

20         THE COURT:  Okay.  Well -- I mean, I -- the

21   cleanest way -- I'm sure the Government may not agree it's

22   clean, but -- I mean, I -- the first part -- the first

23   purported identification was about the comment Trump made --

24   or no, it was about whether that was Mr. Trump.  I don't

25   know whether the Government -- I mean, the Government

12444

1    might -- if -- I could simply strike that testimony -- her

2    testimony about who that was or it was consistent with and

3    move on, because I don't think there's anything

4    objectionable or any problem with all the later testimony.

5    I just don't know whether that's something the Government

6    cares about.  I mean, and just in terms of efficiency, I

7    think that would --

8            MS. HERNANDEZ:  Well, I would --

9            THE COURT:  That would address your problem as I

10   see it.  Not, maybe, as you see it, but as I see it.

11           MS. HERNANDEZ:  Right.  As I see it, the problem

12   is that the Court overruled in front of the jury.  That's

13   all they know.  Everything else that the Court said, they

14   don't know.  And all they know is me being a jerk, asking --

15   objecting --

16           THE COURT:  No --

17           MS. HERNANDEZ:  -- over and over again.  I'm -- I

18   don't believe I'm a jerk, but some people may think that.  I

19   know the media reported over and over, "She kept on

20   objecting; she kept on being overruled," but I don't care

21   what the media says.  I don't practice for the media.  The

22   point is the jury heard the Court overrule me even though

23   the Court believes my objection was -- should be sustained.

24   And more importantly, for my purposes, when a witness says a

25   voice is consistent, that is not an identification.  That's

1    what I want the jury to hear so that I can argue whatever it

2    is I want to argue to the jury when it's my turn to argue in

3    closing.

4            THE COURT:  I mean, you can always argue whatever

5    you want to argue, but my point is it -- none of this

6    applies to all the later testimony.  It's --

7            MS. HERNANDEZ:  Well --

8            THE COURT:  -- just the one earlier point.

9            MS. HERNANDEZ:  No, I don't believe so for this

10   reason.  Her original answer is "consistent."  I understand

11   he got her to say something else, but the bottom line is I

12   believe I'm entitled to tell the jury her first reaction is

13   "consistent."  That's not an identification.  No question,

14   after several questions, she said X, Y, and Z, but I'm

15   entitled to argue that to the jury, Your Honor, I believe.

16   And as the Court acknowledged, that is a key -- that was a

17   key passage.

18           THE COURT:  The later --

19           MS. HERNANDEZ:  That's why I made such a big deal

20   about it.  That was --

21           THE COURT:  The later --

22           MS. HERNANDEZ:  -- a key passage.

23           THE COURT:  Right.

24           All right.  What's the Government's view of the

25   world on this?

1      MR. KENERSON:  So a couple of responses to that.

2          Look, the -- I think, as the Government made clear

3      at the bench conference -- one of the bench conferences we

4      had about the later statement, we viewed her statement,

5      "it's consistent with," especially after going back and

6      asking, "Do you have the ability to understand -- to

7      recognize Mr. Rehl's voice" -- we actually viewed that as an

8      identification which is why we moved on at that point.  I

9      think we said that in the bench conference.  So -- and I

10     understand what the Court said about that.  So we'd be happy

11     to go back and ask a similar series of questions about that

12     one, if the Court's considering striking it.  But more to

13     the point, I think, I understand the Court's ruling about it

14     not being a, like, positive identification.  I still think,

15     aside from that, a witness saying a voice is consistent is

16     relevant evidence that a jury could use to make their own

17     determination because they've heard -- they will have lots

18     of evidence of Mr. Rehl's voice from various -- from the

19     MOSD video, from Mr. Rehl's voice messages over Telegram,

20     from various videos that he filmed, as the agent testified

21     to.  So I think even if "consistent with" is not an

22     identification, it is still relevant for the jury's

23     determination as to whether that was, in fact, Mr. Rehl

24     speaking.  And on that particular one, I would note, "It was

25     filmed from his phone," was the testimony, and there was no

```
 1    one else in view.  So you know, we'll --
 2              THE COURT:  Ms. Hernandez, do you want them -- if
 3    you think -- let me put it this way.  I mean, they -- the
 4    witness is on the stand.  They can go back and ask the same
 5    questions they asked --
 6              MS. HERNANDEZ:  No.  403.  Repetitive.  You
 7    already -- on the first question --
 8              THE COURT:  No, but --
 9              MS. HERNANDEZ:  -- on the first question --
10              THE COURT:  Right.
11              MS. HERNANDEZ:  -- you already gave them a chance
12    to go back and she, again, said "consistent."  How many
13    times do you have to ask someone -- it's repetitive.
14              THE COURT:  But I --
15              MS. HERNANDEZ:  The question was asked and
16    answered.
17              THE COURT:  But I didn't sustain your objection.
18    So why would they have gone back?
19              MS. HERNANDEZ:  Because you said to him -- he went
20    back.  Do you want me to read it?  I -- it's -- I can read
21    from the transcript.  You told him to clear it up, and he
22    cleared --
23              THE COURT:  Right.
24              MS. HERNANDEZ:  -- it up, and her response was
25    "consistent."
```

```
1              THE COURT:  I understand what she said.  And then
2    later on -- and then you objected and I didn't sustain the
3    objection.  Look, either they get to go back and clean it
4    up --
5              MS. HERNANDEZ:  They went back.  On the first one,
6    Your Honor, they went back.
7              THE COURT:  I --
8              MS. HERNANDEZ:  On the -- look at --
9              THE COURT:  Okay.
10             MS. HERNANDEZ:  -- the transcript --
11             THE COURT:  I know what happened.
12             MS. HERNANDEZ:  They went back once already.  How
13   many times can they -- are they allowed to go back and ask
14   the same question?
15             THE COURT:  All right.  Do you want -- are you --
16   all right.  If you want me to sustain your objection,
17   okay --
18             MS. HERNANDEZ:  I --
19             THE COURT:  -- and strike the testimony, then the
20   Government can go back and ask questions about it.
21             MS. HERNANDEZ:  I want --
22             THE COURT:  So --
23             MS. HERNANDEZ:  -- the Court to tell the jury that
24   when a witness says "consistent with," that is not the same
25   as a positive identification.  We can then both argue
```

1    whatever we want from the testimony.  That's what the Court

2    said.  That's why I objected, because my understanding is

3    "consistent with" is not an identification.  That's what I

4    want.  If the Court doesn't want to strike, fine, but that's

5    what I want, because that's what I think the law is.

6            THE COURT:  Okay.

7            MS. HERNANDEZ:  If a witness says "consistent

8    with," that's not the same as an identification.  Then he

9    can argue whatever he wants and I can argue whatever I want.

10            THE COURT:  Okay.

11            MS. HERNANDEZ:  As far as going back, on the first

12   question you asked, he was allowed to go back and she,

13   again, said "consistent with."  On the second question, he

14   was allowed to go back and she came back with a different

15   answer.

16            THE COURT:  Okay.  It -- I understand what

17   happened, Ms. Hernandez.

18            I'm not going to rule -- let me put it this way.

19   I'm not going to give your instruction on the fly.  If you

20   show me case law that says that's the law, I'll do it.  I

21   made a ruling on the fly.  All right?  And so I'm not going

22   to instruct the jury about that unless that's a valid

23   statement of law.  Maybe it is and, maybe, you'll give me

24   some case that shows that.  But no, I'm not going to do

25   that.  So if you want me to sustain the -- go back and

1    strike the testimony, I'll do it.  The Government -- I don't

2    know why they wouldn't be able to go back and ask more

3    questions about it, but you don't want that.  So --

4          MS. HERNANDEZ:  Because they already went back and

5    asked --

6          THE COURT:  Okay.  I -- all right.  We've had

7    enough.  We've had enough.  I --

8          MS. HERNANDEZ:  So --

9          THE COURT:  Please --

10          MS. HERNANDEZ:  -- I would ask the Court the

11    following.  I will give the Court instruct- -- I -- case law

12    on what that -- on whether saying "consistent with" is a

13    positive identification, although that's what the Court

14    ruled --

15          THE COURT:  I --

16          MS. HERNANDEZ:  -- but I understand -- I'll give

17    the Court -- I'll look it up and I'll give the Court -- but

18    I would ask the Court to tell the jury that you -- although

19    you overruled my objection, it should have been sustained,

20    but really what I want is the instruction more than

21    anything --

22          THE COURT:  Well --

23          MS. HERNANDEZ:  -- else.

24          THE COURT:  -- you want me to do that, even though

25    I'm going to let the Government go back and ask more

1    questions about it.

2              MS. HERNANDEZ:  Again, I don't understand why the

3    Government gets to ask a third time --

4              THE COURT:  All right.  What --

5              MS. HERNANDEZ:  Why would they be ask- -- allowed

6    to ask a third time?

7              THE COURT:  I'm not going to -- I'm going to

8    leave -- if you give me evidence that that's --

9              MS. HERNANDEZ:  A case --

10             THE COURT:  -- a proper instruction, I'll consider

11   it, but I'm not going to do anything more.

12             MS. HERNANDEZ:  Again, I --

13             THE COURT:  Your --

14             MS. HERNANDEZ:  My position -- and I understand --

15             THE COURT:  All right.

16             MS. HERNANDEZ:  -- the Court's ruling, but just

17   for --

18             THE COURT:  All right.

19             MS. HERNANDEZ:  -- the record, my position is the

20   Government would not -- should not be entitled to go back a

21   third time because that would be asked and answered.

22             THE COURT:  Well, I'm not going to do anything.

23   So I think if they went back --

24             MS. HERNANDEZ:  I understand.

25             THE COURT:  -- without me doing any- -- without --

```
1    on the status quo, I'm not sure they have --
2              MS. HERNANDEZ:  I understand, but I just want the
3    Court to understand that the record reflects that you
4    overruled me twice -- multiple times in front of the jury on
5    things that I believe I -- well, based on what the Court
6    said, I -- it was appropriate for me.  And, again, I know
7    what the Court is saying, but what the Court said yesterday
8    was, "We'll take it up later," and Mr. Kenerson went back
9    over and over again, and the Court said, "No, that's a
10   different video," when -- and when we corrected and he
11   agreed that that was the same video, you moved on.  I just
12   want the Court to understand that the jury's seen something
13   that is, in my opinion, prejudicial to my client.
14             THE COURT:  All right.  Very well.
15             MR. SMITH:  (Indicating.)
16             THE COURT:  Yes, Mr. Smith?
17             MR. SMITH:  Your Honor, on Monday, we raised the
18   issue of scheduling defense witnesses because we indicated
19   that there was a few question marks over when the defense
20   would begin.  The Government represented late -- over the
21   weekend that it anticipated three more witnesses, but there
22   might be more.  We don't know when those witnesses will end.
23   And some defense witnesses might be coming from the West
24   Coast, Your Honor.  Flights from the West Coast need to be
25   booked probably a week in advance, and they can cost upwards
```

1    of $1,000.  There are multiple witnesses coming from the

2    West Coast, and not including the ones that have filed

3    motions to quash.  So Your Honor, I think if the defense

4    doesn't know when the defense case will start, we would

5    either ask for a, kind of, grace period for at least some

6    witnesses next week for Nordean, who has to present

7    witnesses first, or some, you know -- a definite statement

8    from the Government that there will be no more than three

9    witnesses coming.  Without that, we don't know how we're

10   going to plan to bring witnesses in and keep them

11   accommodated here.

12            THE COURT:  Let's get more -- let's do this.

13   Let's talk about that at the end of the day today.  I mean,

14   I -- we'll have at least another day's worth of data of how

15   far along things are, but don't let me do this to you -- at

16   the end of the day --

17            MR. SMITH:  And, Your Honor, let me just make one

18   more point that I think we do have witnesses who, in a

19   pinch, could testify next week if we're talking Thursday or,

20   maybe, late Wednesday, but I just want to let the Court know

21   there are some witnesses who have to travel much greater

22   distances, and for them we would just be asking for a grace

23   period for those rather than forfeiting the right to call

24   the witness.

25            THE COURT:  All right.  Mr. Pattis, do you have

1    your hand up?

2         MR. PATTIS:  Judge, I raise a concern for the

3    Court to consider.  I understand that a properly-instructed

4    jury is presumed to follow the law, but I'm concerned about

5    some developments in the general media that might be

6    unavoidable for a person who's ever heard J6.  It's my

7    understanding that Tucker Carlson broadcast on Fox News his

8    understanding of the Jacob Chansley, also known as QAnon

9    shaman, situation in which he portrayed to the viewing

10   public or those that view him that everything they've been

11   told about J6 is a lie, it wasn't a violent event, and so

12   forth.

13        THE COURT:  I think I instruct- -- I'm sorry to

14   interrupt you, but I think I instructed them on their way

15   out last night.  I had no -- I think it was last night.

16   And I --

17        MR. PATTIS:  I hope it was --

18        THE COURT:  It was fortuitous.  I didn't know that

19   report was coming.

20        MR. PATTIS:  From my head cold, I may not have

21   listened and then -- and that may be moot, but the -- here's

22   the concern I have.  Senator Schumer then went on, you know,

23   a rant of his own, a counter-rant -- which was, in my view,

24   equally irresponsible -- in which he talked about this as a

25   threat to democracy which, I think, is one of the themes

1     that the Government used in its opening statement, if I

2     recall it correctly those many -- lo those many months ago.

3     I'm -- my concern is that this is unavoidable, sort of,

4     publicity for anybody who cares about the republic.  And I'd

5     ask the Court to make some inquiry of the jury about whether

6     they've been -- had any difficulty following the pretrial --

7     the rule about trial publicity.  My concern is the

8     following:  I represent Joe Biggs and he has a unity of

9     interest.  I'm outraged by what Tucker Carlson said, you

10    know?  I don't think any reasonable person who sat through

11    any portion of this trial and saw any of those videotapes

12    could conclude otherwise than that there was violence.  The

13    Government -- and we will argue until the cows come home and

14    a jury returns a verdict on whether it was planned or not or

15    whether there was -- whether it's more than a riot, but I'm

16    worried that a jury's going to hear this and they're going

17    to take it out on our clients, because it appears to me that

18    for whatever reasons, this trial -- this -- not this

19    trial -- the events are becoming politicized, and I don't

20    want this jury -- we fought hard for a change of venue on

21    the grounds that the jury was hostile to us.  I'm concerned

22    that the smallest whiff of this is going to infect the panel

23    and undermine our fair trial rights.  So I know courts are

24    generally reluctant to be proactive, but I do think this

25    is -- I don't want to say unprecedented, but I think it's

```
1    highly unusual, and I don't know whether the Court thinks
2    it's appropriate to inquire of the jury.
3              THE COURT:  Let me hear from the Government --
4              I mean, I'm not -- I think I'm not going to do
5    anything right now, but I'll think about what you said.
6              But let me hear from the Government, their -- your
7    response.
8              MR. MCCULLOUGH:  Your Honor, I don't think it's
9    appropriate.  I don't think that there have been any new
10   developments that would warrant inquiring further at this
11   point.  We have known from the beginning of this case, from
12   the moment that these jurors came in and completed a
13   questionnaire, through the lengthy voir dire process, that
14   this case is about January 6th and is about these
15   defendants.  You have admonished them a number of times that
16   this case is about these defendants.  There is no additional
17   information, whether it be the January 6th report or
18   additional comments about referrals for prosecution --
19   there's nothing about any of that that distracts or would
20   undermine Your Honor's instruction to these jurors.  There's
21   nothing material that's happened here with respect to what
22   any member of the media may say about this case or about
23   January 6th generally, which this is.  And so I think we are
24   just so far afield here, Your Honor, I think it's a
25   distraction.  I think we should bring the witness in.  Let's
```

1    get moving.  This -- we always talk about, you know, kind

2    of, moving this case along.  We should not be sitting here

3    talking about what Tucker Carlson said.

4          MR. PATTIS:  I disagree with Mr. McCullough.

5    While the evidence may be what it is, the public use to

6    which it put -- it has been put is unusual and different.

7    And there are, you know -- obviously, it wasn't foreseeable

8    that there would be 44,000 hours of data dumped on a network

9    that would -- an anchor of which would choose to use it as

10   he chose.  And the case is beginning, at least in terms of

11   media and media reaction to it, to assume the dimensions of

12   what happened in the Sam Sheppard case in United States v.

13   Sheppard.  Now, what distinguishes Sheppard from this case

14   is while the carnival-like atmosphere of the coverage may

15   affect the public at large, decorum within the courtroom has

16   been observed thanks largely to your efforts, Judge.  And so

17   I think the case is distinguishable in that regard from

18   Sheppard.  But in terms of the speak- -- you know -- the

19   Senate Minority Leader and a man with millions of viewers

20   taking information that was not available to the public and

21   using it to pour gasoline on embers that may heat the seats

22   in which the jurors sit, that does raise concern for me.

23   And it's not an issue raised to divert attention or to

24   prevent this witness from getting on the stand.  It's a

25   legitimate concern about whether this information is

1    avoidable by jurors acting in good faith and whether the

2    Court ought to make an inquiry to determine whether they've

3    done so.

4            THE COURT:  You know, one of -- I'll just say --

5    I -- if -- I think we should get going, but I'll just say

6    one thing as far as the backdrop goes.  The jury we picked

7    is not, you know -- not only did we have an extensive

8    process, part of the extensive process that we talked to

9    them about was about avoiding the media.  So it's -- it is

10   in a little bit of a -- I mean, I don't know what happened

11   in that case, but obviously it's a little different than the

12   typical case.  I mean, we did spend a lot of time talking

13   about avoiding the media and the like, number one; and,

14   number two, it is a situation where, you know, unlike a

15   normal -- typical situation where these jurors did have some

16   exposure to the concept of January 6th -- they weren't

17   completely a blank slate that they -- that jurors usually

18   are.  So I guess my point is I, you know -- there's a lot of

19   background noise about January 6th.  I'm not sure this is

20   that much different.  And we have -- through that process,

21   we definitely emphasized that whatever you hear outside this

22   courtroom about evidence, about people -- about a fact or

23   about what somebody out there -- one side or the other --

24   blabbing about a fact, that those things are not what this

25   case is about.

```
1            MR. PATTIS:  The concern is while they've been

2    told to avoid the campfire, when they walk to the

3    courthouse, they can't -- they may not be able to help but

4    to inhale the smoke, and I worry about that.

5            THE COURT:  All right.  Ms. Hernandez, did you

6    have something you wanted to mention?

7            MS. HERNANDEZ:  I want to join Mr. Pattis's

8    request.  Also, with respect to the substance of the

9    information -- that is, whether Carlson has more materials

10   than we do -- this does not need to be taken up now, but

11   something the Government said in response the other day, I

12   would like to respond to, but I think we can take it up at

13   the end of the day, Your Honor.

14           THE COURT:  All right.  Let's --

15           MS. HERNANDEZ:  But I join the request from

16   Mr. Pattis.

17           MR. KENERSON:  (Indicating.)

18           THE COURT:  All right.  Mr. Kenerson?

19           MR. KENERSON:  I would just ask on that front that

20   anything that the defendants want to have motions about as

21   to whether they have everything that Tucker Carlson has,

22   et cetera, et cetera, that they put that in writing and we

23   respond in writing.

24           THE COURT:  I mean, I don't know if that's what

25   Ms. Hernandez is talking about, but we can -- well, let's
```

12460

```
1   take it up at the end of the day.  I don't want to burn any
2   more time.  So let's bring in --
3              MR. KENERSON:  (Indicating.)
4              THE COURT:  Oh.  Mr. Kenerson --
5              MR. KENERSON:  Sorry.
6              THE COURT:  -- something else?
7              MR. KENERSON:  Just one thing that I want to put
8   on the Court and everyone's radar -- I don't think we have
9   to do it -- set anything right now, but just alerting
10  everyone that our next witness after Special Agent Miller
11  finishes would be Special Agent Dubrowski being recalled for
12  largely Telegram messages again.  We provided the deck over
13  the weekend, but just to put that on everyone's radar in
14  case there will be objections.
15             MR. SMITH:  Does the Government intend to call any
16  witnesses after Agent Dubrowski?
17             MR. KENERSON:  Yes.  Officer Carrion.  As we said,
18  three -- those are the three we're thinking of.
19             MR. SMITH:  Okay.  Thank you.
20             MS. HERNANDEZ:  Your Honor, with respect to the
21  tools evidence, I know the Court indicated that it would be
22  willing to entertain a limiting instruction.  I think we're
23  trying to figure out what that limiting instruction would
24  read like.  I just wanted to let the Court know that.
25             THE COURT:  Okay.  Great.  Great.  It -- okay.
```

1          All right.  Let's bring in the witness and the

2    jury, please.

3               (Brief pause.)

4               (Nicole Miller resumed the witness stand.)

5               (Brief pause.)

6          THE DEPUTY CLERK:  Jury panel.

7               (Jury returned to jury box.)

8          THE COURT:  All right.  Everyone may be seated.

9          Welcome back, ladies and gentlemen.

10          And we'll proceed with Mr. Kenerson's direct

11    examination.

12          MR. KENERSON:  Thank you, Your Honor.

13                    DIRECT EXAMINATION

14    BY MR. KENERSON:

15    Q.  Good morning, Special Agent.

16    A.  Good morning.

17    Q.  When we left off yesterday, I think we were talking

18    about the area at the front of the scaffolding; right?

19    A.  Yes.

20    Q.  Can you remind the jury what the colors of the magnets

21    represent.

22    A.  Sure.  So red is going to Ethan Nordean; blue is going

23    to correlate with Joseph Biggs; green is going to correlate

24    with Dominic Pezzola; and yellow will correlate with Zachary

25    Rehl.  It's their locations.

```
 1              MR. KENERSON:  Can we -- Ms. Rohde, can we have

 2    411B, as in, "boy."  I think that this was provisionally

 3    admitted.  To the extent it was, I'd ask for permission to

 4    publish.

 5              THE DEPUTY CLERK:  It's in.

 6              MR. KENERSON:  It's in?  Thank you.

 7    BY MR. KENERSON:

 8    Q.  And, Special Agent, can you tell us about where this

 9    location is.

10    A.  So you're going to be, in this area, looking this

11    direction towards the TV tower.

12              THE COURT REPORTER:  I can't hear.

13              THE WITNESS:  So you're going to be, in this

14    direction, looking towards the TV tower.

15    BY MR. KENERSON:

16    Q.  Thank you.

17              MR. KENERSON:  And, Ms. Rohde, if we could play

18    very briefly.

19              (Video played.)

20              MR. KENERSON:  Can we pause right there.

21    BY MR. KENERSON:

22    Q.  Did you just hear someone say, "Hey, Milkshake"?

23    A.  I did.

24    Q.  Have we heard that term before?

25    A.  We have.
```

1    Q.   In what context?

2    A.   At the Monument and in the marching group.

3    Q.   Thank you.

4              MR. KENERSON:   Play it for a few more seconds.

5              (Video played.)

6              MR. KENERSON:   If we could play -- if we could

7    stop again right here.

8    BY MR. KENERSON:

9    Q.   Do you see any members of the marching group on your

10   screen right now?

11   A.   I do.

12   Q.   Can you count and tell us approximately how many you

13   see.

14   A.   There's approximately five, but there's a bunch more

15   before this video.

16             MR. KENERSON:   And if we could scroll back a

17   little bit, Ms. Rohde.

18   BY MR. KENERSON:

19   Q.   If you could tell us to stop where you see more, Special

20   Agent.

21   A.   Back it up a little bit more.

22             (Brief pause.)

23             Perfect.  Right there.

24   Q.   Approximately how many on this view?

25   A.   About seven.

12464

```
 1    Q.  Thank you.
 2              MR. KENERSON:  If we could play again, please.
 3              (Video played.)
 4              MR. KENERSON:  Could we go to 420B, as in, "boy,"
 5    please.
 6    BY MR. KENERSON:
 7    Q.  And, Special Agent, if you could tell us --
 8              MR. KENERSON:  Oh, is this -- if this is not
 9    admitted yet, I would ask that it be -- permission to
10    publish.  I believe provisionally admitted.
11              THE DEPUTY CLERK:  Correct.
12              THE COURT:  All right.  It will be admitted.  And
13    permission to publish.
14    BY MR. KENERSON:
15    Q.  And where are we in this one, Special Agent?
16    A.  We're in the same location.  You've got the TV tower
17    to -- you'll see it in the back of this video.  And you'll
18    see the scaffolding in front.  The camera's going to turn.
19    Q.  Thank you.
20              MR. KENERSON:  Can we play.
21              (Video played.)
22              MR. KENERSON:  And, Ms. Rohde, if we could go back
23    just so that the last portion was on the screen again.  Back
24    a little bit further.  No, back -- I'm sorry.  Forward.
25    Forward from there.  Stop right here.
```

1    BY MR. KENERSON:

2    Q.  Recognize that person I've circled?

3    A.  I do.  That's Dominic Pezzola.

4          MR. KENERSON:  And if we could go back to just a

5    couple seconds in, Ms. Rohde.  Yes.

6          (Video played.)

7          MR. KENERSON:  If we could pause right here.

8    BY MR. KENERSON:

9    Q.  Do you see any members of the marching group in this

10   shot?

11   A.  I do.

12   Q.  Can you circle them.

13   A.  (Indicating.)  You've got more, but you need to move it

14   forward a little bit.

15   Q.  I'm sorry?  Move forward a little bit?

16   A.  Yeah, move the video forward.

17   Q.  Thank you, Special Agent.

18   A.  (Indicating.)

19   Q.  Thank you.

20         MR. KENERSON:  And now if we can have 451X,

21   please.  This was, I believe, provisionally admitted.  And

22   we would seek permission to publish.

23         THE COURT:  All right.  It will be admitted.  And

24   permission to publish.

25   BY MR. KENERSON:

1    Q.  What are we looking at here?

2    A.  That's going to be the entrance to the scaffolding.

3    Q.  And can you show us on the map where those -- do you see

4    some stairs under the scaffolding?

5    A.  I do.

6    Q.  Can you show us on the map where those lead.

7    A.  (Indicating.)  They lead up here.

8    Q.  Thank you.

9            And is that closer to or further away from the

10   Capitol itself?

11   A.  It's closer to.

12          MR. KENERSON:  Ms. Rohde, can we let this play to

13   about five seconds.

14          (Video played.)

15   BY MR. KENERSON:

16   Q.  Approximately how many officers were across the front

17   line of that scaffolding?

18   A.  Approximately four to five.

19          MR. KENERSON:  Let the video play, please.

20          (Video played.)

21          MR. KENERSON:  If we can pause right here.

22   BY MR. KENERSON:

23   Q.  Who is that who was just highlighted on our screen?

24   A.  That's Charles Donohoe.

25   Q.  Thank you.

```
 1                    (Video played.)

 2    BY MR. KENERSON:

 3    Q.  At the --

 4             MR. KENERSON:  Can we pause right here.

 5    BY MR. KENERSON:

 6    Q.  At 32 seconds, an individual just became highlighted.

 7    Do you recognize that individual?

 8    A.  I do.  That's Milkshake.

 9    Q.  Thank you.

10                    (Video played.)

11    BY MR. KENERSON:

12    Q.  Who's highlighted right now at 40 seconds?

13    A.  Charles Donohoe.

14    Q.  Thank you.

15                    (Video played.)

16             MR. KENERSON:  And pausing again now at 49.

17    BY MR. KENERSON:

18    Q.  On -- there's two things highlighted on the left.  Who

19    is that?

20    A.  Charles Donohoe.

21    Q.  And on the right, who and what?

22    A.  Dominic Pezzola and the riot shield.

23    Q.  Thank you.

24                    (Video played.)

25             MR. KENERSON:  And if we could pause once more.  I
```

1   apologize for all the pausing.  55 seconds.

2   BY MR. KENERSON:

3   Q.  What are the police doing right now?

4   A.  Retreating.

5          MR. KENERSON:  If we could play again.

6          (Video played.)

7   BY MR. KENERSON:

8   Q.  Pausing at 59 seconds, who's highlighted here?

9   A.  Dominic Pezzola.

10  Q.  Thank you.

11         (Video played.)

12         MR. KENERSON:  And one more time at a minute-four.

13  BY MR. KENERSON:

14  Q.  Who's this who I've drawn a circle around just behind

15  Mr. Pezzola?

16  A.  Matthew Greene.

17         (Video played.)

18         MR. KENERSON:  Pausing right here.  If we go back

19  just a half second, maybe.

20  BY MR. KENERSON:

21  Q.  Who's this over to the left now?

22  A.  Milkshake.

23         MR. KENERSON:  Play again, please.

24         (Video played.)

25         MR. KENERSON:  Pause right here.

1   BY MR. KENERSON:

2   Q.  Recognize that American flag bandana?

3   A.  I do.  That's William Pepe.

4            (Video played.)

5            MR. KENERSON:  Can we go to 476X, please, which, I

6   believe, was provisionally admitted.  And would seek

7   permission to publish.

8            THE DEPUTY CLERK:  It's not provisionally

9   admitted.  476X?

10           MR. KENERSON:  It's not?

11  BY MR. KENERSON:

12  Q.  Do you recognize the scene on your screen, Special

13  Agent?

14  A.  I do.

15  Q.  What does that show?

16  A.  It's going to show the exterior of the scene -- of the

17  video we just watched.  It's just a different view.

18  Q.  And does it also contain some highlighting?

19  A.  It does.

20           MR. KENERSON:  I would move to -- for the

21  admission of 476X and seek permission to publish.

22           THE COURT:  All right.  It will be admitted.  And

23  permission to publish.

24  BY MR. KENERSON:

25  Q.  All right.  And, Special Agent, can you just orient the

1    jury to what we're looking at here.

2    A.  So you've got the scaffolding here.  You're going to be

3    looking from this direction.  (Indicating.)

4    Q.  And draw a yellow circle around someone with a blue hat

5    and a coat, sort of, towards the top left corner right under

6    where it says "BG on the scene."  Do you recognize that

7    person?

8    A.  I do.  That's Milkshake.

9            MR. KENERSON:  All right.  If we could play until

10    some circles show up.

11            (Video played.)

12            MR. KENERSON:  If we can pause here at 3 seconds.

13    BY MR. KENERSON:

14    Q.  Do you recognize any of the individuals in the circles?

15    A.  I do.  You've got Joseph Biggs, (indicating); Fonticoba,

16    (indicating); Rusch, (indicating); McDonald, (indicating.)

17    Q.  Thank you.

18            MR. KENERSON:  Ms. Rohde, can we play.

19            (Video played.)

20            MR. KENERSON:  We can keep playing.

21            (Video played.)

22    BY MR. KENERSON:

23    Q.  And what did we just see those individuals you

24    identified in the circles do at the end of that video?

25    A.  They entered the scaffolding.

1          MR. KENERSON:  Can we go to 411C, as in "Charlie,"

2     please.  To the extent it was provisionally admitted, would

3     seek permission to publish.

4          THE COURT:  All right.  It will be admitted, and

5     permission to publish.

6     BY MR. KENERSON:

7     Q.  Are we looking at the same entrance to the scaffolding?

8     A.  We are.

9     Q.  Is this before or after the breach?

10    A.  This is after the breach.

11    Q.  Are we talking minutes?  Seconds?  Hours?

12    A.  Seconds.

13          MR. KENERSON:  Can we play to about 14 seconds,

14    please.

15          (Video played.)

16    BY MR. KENERSON:

17    Q.  Do you see an individual on your screen making a hand

18    gesture?

19    A.  I do.

20    Q.  Do you recognize the hand gesture?

21    A.  I do.  It's the Proud Boys hand gesture.  And --

22    Q.  And --

23    A.  -- that individual was in the marching group.

24    Q.  Thank you.

25          MR. KENERSON:  Can we play until about 20 seconds.

1      (Video played.)

2           MR. KENERSON:  Can we pause there.

3      BY MR. KENERSON:

4      Q.  Did you hear what that individual said?

5      A.  I did.  He said, "We did it, man."

6           MR. KENERSON:  Play until about 29 seconds,

7      please.

8           (Video played.)

9           MR. KENERSON:  Can you pause that and back up just

10     a little bit.

11     BY MR. KENERSON:

12     Q.  The individual I've circled who is wearing an American

13     flag-themed cowboy hat, do you recognize him?

14     A.  I do.  That's Milkshake.

15     Q.  Did we just hear him say something?

16     A.  We did.

17     Q.  What did he say?

18     A.  "Proud of your boy."

19     Q.  And do we see a number of individuals holding up hand

20     signals right now?

21     A.  We do.

22     Q.  What are those?

23     A.  Proud Boys -- hand gestures associated with Proud Boys.

24           MR. KENERSON:  Could we play again.

25           (Video played.)

```
 1                    MR. KENERSON:  If we could pause right there.

 2   BY MR. KENERSON:

 3   Q.  Did we just hear something else said?

 4   A.  We did.

 5   Q.  What was that?

 6   A.  "Yeah.  Taking the Capitol."

 7   Q.  Did you recognize the person who said that?

 8   A.  I did.  That's Worrell.  You saw him earlier

 9   pepper-spraying in the direction of law enforcement, and he

10   was also in the marching group.

11   Q.  Thank you.

12                    MR. KENERSON:  If we could play this to the end,

13   Ms. Rohde.

14                    (Video played.)

15                    MR. KENERSON:  And, Ms. Rohde, if we could go back

16   to 451X briefly and just fast-forward to the five-second

17   mark.  Don't need to play.  If we go frame by frame a little

18   bit here.

19                    (Video played.)

20   BY MR. KENERSON:

21   Q.  Special Agent, do you see any of the individuals we just

22   saw in that last video here?

23   A.  I do.

24   Q.  Who?

25   A.  Christopher Worrell.  The -- he was the one in the
```

1    beginning who held up the hand gesture.  These guys are up

2    against the wall with Milkshake.  (Indicating.)

3    Q.  Thank you.

4              MR. KENERSON:  Can we go to --

5              MS. HERNANDEZ:  Can we have a time when this is --

6    when this --

7              THE WITNESS:  It's 1:49.

8              MS. HERNANDEZ:  Thank you.

9              MR. KENERSON:  420CX, please.

10             (Brief pause.)

11             MR. SMITH:  Number again, please.

12             MR. KENERSON:  420C, as in "Charlie," X.

13             And I think this was provisionally admitted; would

14   seek permission to publish.

15             THE COURT:  It will be admitted.  And permission

16   to publish.

17             MR. KENERSON:  All right.  Can we play just the

18   first couple seconds.

19             (Video played.)

20             MR. KENERSON:  Can we pause it right here.

21   BY MR. KENERSON:

22   Q.  When was this taken relative to the breach of the

23   scaffolding?

24   A.  Within minutes.

25   Q.  And looking out at the crowd with this stopped at two

1    seconds in, do you see any members of the marching group?

2    A.  I do.

3    Q.  Can you circle them.

4    A.  (Indicating.)

5    Q.  And -- you've circled three people.  And the one on the

6    right who was pointing at something, who was that?

7    A.  That's Ethan Nordean.

8    Q.  And in what direction is he pointing?

9    A.  He's pointing in the direction of the scaffolding.

10             MR. KENERSON:  If we could play until about 12

11   seconds, please.

12             (Video played.)

13             MR. KENERSON:  Stop right here.

14   BY MR. KENERSON:

15   Q.  Do you recognize -- do you see anyone else from the

16   marching group in this photo?

17   A.  I do.  Can she back it up just a little bit.

18             MR. KENERSON:  Back it up half a second, please,

19   Ms. Rohde.

20             THE WITNESS:  Perfect.  (Indicating.)

21   BY MR. KENERSON:

22   Q.  And you've circled three people.  And I'll take away the

23   highlighting.  Who are they?

24   A.  Paul Rae.  Guy in the blue is marching group.  And then

25   the guy next to him is Arthur Jackman, Florida Proud Boy.

1    Q.  Thank you.

2            MR. KENERSON:  Could we play to about 35 seconds,

3    please, Ms. Rohde.

4            (Video played.)

5            MR. KENERSON:  If we could pause it right here at

6    36 seconds.

7    BY MR. KENERSON:

8    Q.  Who has now just become highlighted on the screen?

9    A.  That's Joseph Biggs.

10   Q.  And in what direction is he pointing?

11   A.  He's pointing in the direction of where Ethan Nordean is

12   standing.

13   Q.  Thank you.

14           MR. KENERSON:  Can we play to 54 seconds, please.

15           (Video played.)

16           MR. KENERSON:  And we paused now at 55 seconds.

17   BY MR. KENERSON:

18   Q.  A couple of individuals have now become highlighted on

19   the screen.  Who are they?

20   A.  Ethan Nordean and Jason Guarno.

21   Q.  And where have we seen Jason Guarno before?

22   A.  He was in the marching group, and then you saw him in

23   the beginning when the pedestrian walkway barricades were

24   breached.

25   Q.  Thank you.

1              (Video played.)

2              MR. KENERSON:  And pausing now, again, at 1:05.

3      BY MR. KENERSON:

4      Q.  What -- is there an interaction going on between

5      Mr. Nordean and Mr. Guarno?

6      A.  There is.

7      Q.  What type of interaction?

8      A.  You're about to see them hug.

9      Q.  Thank you.

10             (Video played.)

11             MR. KENERSON:  And pausing now at 1:15.

12     BY MR. KENERSON:

13     Q.  Mr. Nordean's highlighted again.  What is he in the

14     process of doing?

15     A.  Putting his mask up.

16     Q.  Thank you.

17             (Video played.)

18     BY MR. KENERSON:

19     Q.  Now, Special Agent, thank you for helpfully answering

20     Ms. Hernandez's question.  But approximately what time did

21     rioters push back police under the scaffolding?

22     A.  1:49.

23             MR. KENERSON:  And can we go to 510-36 which, I

24     believe, is in evidence.

25     BY MR. KENERSON:

1    Q.  Are we looking at another chat from January 6th, 2021?

2    A.  We are.

3    Q.  Which group?

4    A.  Ministry of Self-Defense Main 2, the members chat.

5    Q.  And can you tell us -- well, was there a message posted

6    at 1:52:38 p.m.?

7    A.  There was.

8    Q.  Who was that by?

9    A.  Jeremy Bertino.

10             MR. KENERSON:  And, Ms. Rohde, if we could play

11   the message, please.

12             (Video played.)

13   BY MR. KENERSON:

14   Q.  And if you could just read the series of messages

15   through the end, please.

16   A.  At 1:59:03 p.m., Pedro (Q-Tip) Homelander posts, "This

17   is awesome."

18             Bertino responds, "I have tears in my eyes."

19             Pedro (Q-Tip) says, "They are way up the stairs."

20             To which Bertino says, "Yes, they are taking it

21   back."

22             Stewart says, "Accelerate."

23   Q.  And can you remind us what Stewart's position was within

24   the Ministry of Self-Defense?

25   A.  He was a leader.

1    Q.  Now, was Zach Rehl over at the scaffolding at the time

2    of this breach?

3    A.  He was not.

4          MR. KENERSON:  Can we have Exhibit-546-5 which, I

5    believe, was provisionally admitted.

6          And seek permission to publish.

7          THE COURT:  It shall be admitted.  And permission

8    to publish.

9    BY MR. KENERSON:

10   Q.  Special Agent, do you recognize the text messages on

11   your screen?

12   A.  I do.

13   Q.  Where were they recovered?

14   A.  From Rehl's phone.

15   Q.  What is the date of the messages?

16   A.  January 6th, 2021.

17   Q.  And can you tell us what the relationship is, if you

18   know, between Mr. Rehl and the other two individuals on this

19   thread.

20   A.  They're all Proud Boys within the Philadelphia chapter.

21   Q.  And can you read the text between 1:44:36 and 1:50:04.

22   A.  At 1:44:36, John SJ says "Where are you?  It's crazy.

23   I'm still at the top of the structure.  Look up."

24          Rehl responds "I'm still on the front lines.

25   Right by the tower."

1    Q.  Thank you.  Now, we just saw a group of individuals go

2    up under the scaffolding.  Did Mr. Nordean go up at this

3    point?

4    A.  He did not.

5    Q.  Did Joseph Biggs remain in the scaffolding?

6    A.  He did not.

7    Q.  Did Mr. Pezzola?

8    A.  He did.

9    Q.  Can you move Mr. Pezzola's magnet to approximately the

10   location he wound up.

11   A.  (Indicating.)

12            MR. KENERSON:  Can we go to Exhibit-253, please,

13   which I believe was provisionally admitted.

14            And would seek permission to publish.

15            THE COURT:  All right.  It will be admitted.  And

16   permission to publish.

17   BY MR. KENERSON:

18   Q.  Special Agent, can you tell us what type of camera this

19   was taken from.

20   A.  This is going to be a body camera recovered from an

21   officer.

22   Q.  Is it timestamped?

23   A.  It is.  It's 2:03 p.m.

24            MR. KENERSON:  And, Ms. Rohde, if we can play

25   until approximately six seconds.

```
 1                      (Video played.)
 2    BY MR. KENERSON:
 3    Q.  And I'm going to circle someone over here.  Do you
 4    recognize that person?
 5    A.  I do.  That's Joseph Biggs.
 6    Q.  What does he have in his hand?
 7    A.  He has a fence.
 8    Q.  How does that fence that he had in his hand compare
 9    visually to the type that we saw a breach of yesterday with
10    a whole line of officers near it?
11    A.  It looks the same.
12              MR. KENERSON:  If we can play until about 13
13    seconds, please.
14                      (Video played.)
15              MR. KENERSON:  Pause right here at 13 seconds.
16    BY MR. KENERSON:
17    Q.  What did we just see Mr. Biggs do with that fence?
18    A.  He handed it to some individuals.
19              MR. KENERSON:  Play until about 25 seconds,
20    please.
21                      (Video played.)
22              MR. KENERSON:  And if we could just go a couple of
23    frames forward, Ms. Rohde.
24    BY MR. KENERSON:
25    Q.  Do you see anyone else you recognize, Special Agent?
```

```
 1    A.  I do.  This is Fonticoba (indicating); and you have Paul
 2    Rae right there (indicating.)
 3              MR. KENERSON:  And if we could go a couple more
 4    frames, please.
 5              (Video played.)
 6    BY MR. KENERSON:
 7    Q.  Special Agent, let me know if you recognize anyone else
 8    as --
 9    A.  I do.  She can stop right here.
10    Q.  Okay.
11    A.  That's Trevor McDonald.
12              MR. KENERSON:  Keep going.
13              (Video played.)
14              THE WITNESS:  And she can -- right there.  Yeah.
15    And that's Nordean (indicating.)
16              MR. KENERSON:  Thank you.
17              If we could play again, please.
18              (Video played.)
19              MR. KENERSON:  If we could pause right here.  Oh,
20    back up just, maybe, a half second.
21              (Video played.)
22              MR. KENERSON:  Right there.
23    BY MR. KENERSON:
24    Q.  What do you see individuals doing with the fence that's
25    in view right now?
```

1    A.  They're dismantling it.

2    Q.  And this is, for the record, stopped at 49 seconds.

3    What is the time on the counter right now?

4    A.  2:03:59 p.m.

5            MR. KENERSON:  Could we play it again, please.

6            (Video played.)

7            MR. KENERSON:  Ms. Rohde, could we go to

8    Exhibit-410E, as in "elephant," please.  I believe this was

9    provisionally admitted.

10           And would seek permission to publish.

11           THE COURT:  All right.  It will be admitted.  And

12   permission to publish.

13   BY MR. KENERSON:

14   Q.  Can you tell us, Special Agent, where this video was

15   taken from.

16   A.  This was taken from Nicholas Ochs -- a device belonging

17   to him.

18   Q.  And where on Capitol grounds was this taken?

19   A.  So this is right outside the scaffolding looking in the

20   direction of, kind of, the TV tower where the officers are.

21   Looking this direction, (indicating.)

22   Q.  And in terms of relative to that last video we saw that

23   ended just before 2:04, was this taking minutes, hours,

24   seconds later?

25   A.  Within minutes.  This is approximately 2:06.

```
1              MR. KENERSON:  And, Ms. Rohde, if we could mute
2      this and play it at half speed.
3              (Video played.)
4              MR. KENERSON:  Pause.  Back it up just a beat.
5      BY MR. KENERSON:
6      Q.  Do you see something come on the screen from the right?
7      A.  I do.
8      Q.  Is that consistent with anything that we've seen
9      recently?
10     A.  It is.  It's consistent with the fence that was being
11     teared [sic] apart.
12             MR. KENERSON:  Play again.
13             (Video played.)
14     BY MR. KENERSON:
15     Q.  Again?  See another one?
16     A.  I do.
17             MR. KENERSON:  Stopped at six seconds.  And if we
18     can play until eight seconds, please.
19             (Video played.)
20     BY MR KENERSON:
21     Q.  Do we see something else come on the screen just there?
22     A.  I did.  It was another piece of the fence.
23     Q.  And what group of people were over in the direction
24     where the pieces of fence were traveling?
25     A.  Law enforcement.
```

1          (Brief pause.)

2          MR. KENERSON:  Can we go to --

3     BY MR. KENERSON:

4     Q.  You mentioned Mr. Pezzola was still under the

5     scaffolding; correct?

6     A.  That's correct.

7          MR. KENERSON:  Can we go to 429C, as in "Charlie,"

8     X.

9          This was provisionally admitted.  And seek

10    permission to publish.

11         THE COURT:  Okay.  It will be admitted.  And

12    permission to publish.

13    BY MR. KENERSON:

14    Q.  And how does this location compare to the location that

15    you moved Mr. Pezzola's magnet to?

16    A.  It's in the same area.

17    Q.  Are you able to recognize Mr. Pezzola's voice?

18    A.  Yes.

19    Q.  Have you -- is there a transcript on this video?

20    A.  There is.

21    Q.  Have you reviewed it?

22    A.  I have.

23    Q.  Do you believe it to be accurate?

24    A.  I do.

25         MR. KENERSON:  All right.  Can we play just first

```
 1    couple of seconds.

 2              (Video played.)

 3              MR. KENERSON:  Oh.  Volume still muted?

 4              (Video played.)

 5              MR. KENERSON:  We can pause right here.

 6    BY MR. KENERSON:

 7    Q.  Do you recognize that voice?

 8    A.  I do.

 9    Q.  Whose is it?

10    A.  Dominic Pezzola.

11              MR. KENERSON:  All right.  If we could play.

12              (Video played.)

13              MR. KENERSON:  If we can pause right here.

14    BY MR. KENERSON:

15    Q.  Have we heard references before to picking sides?

16    A.  We have.

17    Q.  Where?

18    A.  During the march when they passed the shack that the law

19    enforcement officers were putting their riot gear on in.

20              MR. KENERSON:  If we could play until the end,

21    please.

22              (Video played.)

23              MR. KENERSON:  If you could pause right there,

24    Ms. Rohde.

25    BY MR. KENERSON:
```

1    Q.  Did you recognize the voice we just heard?

2    A.  I did.

3    Q.  Whose was that?

4    A.  Dominic Pezzola.

5    Q.  And now, these two videos were close in time in this

6    exhibit.  Were they actually a couple of minutes apart in

7    reality?

8    A.  They were.

9             MR. KENERSON:  Can we go to Exhibit-430B, as in

10   "boy," please.

11            To the extent it was provisionally admitted, I

12   would seek permission to publish.

13            THE COURT:  All right.  It will be admitted.  And

14   permission to publish.

15            MR. KENERSON:  Can we play until about seven

16   seconds, please, Ms. Rohde.

17            (Video played.)

18   BY MR. KENERSON:

19   Q.  Over in this area that I've circled here, do you

20   recognize anyone?

21   A.  I do.  Paul Rae, McDonald, Nordean, Fonticoba, and

22   Biggs.

23   Q.  And can you draw arrows or circles -- whichever's

24   easier -- to show who's who.

25   A.  Yeah.  You're going to need to move it forward a little

```
1    bit, but this is Rae, (indicating); McDonald, (indicating);

2    and Fonticoba, (indicating.)  Nordean's right behind him.

3    You just need to --

4              MR. KENERSON:  If we can go frame by frame.

5    BY MR. KENERSON:

6    Q.  And, Special Agent, if you'd tell us when to stop.

7              (Video played.)

8              THE WITNESS:  You can stop -- this is Biggs,

9    (indicating.)  Oh, and then Nordean's right here,

10   (indicating.)  As she keeps moving forward, you'll get a

11   better view.

12             MR. KENERSON:  Can we go frame by frame a little

13   bit more, Ms. Rohde.

14             (Video played.)

15             MR. SMITH:  Your Honor, this is a mis- -- we

16   object.  It's a misidentification.

17             (Bench conference:)

18             MR. SMITH:  Your Honor, Mr. Nordean has been

19   visibly wearing a neck gaiter that has yellow on it in this

20   scene.  This person that Mr. Kenerson just pointed out is

21   plainly not the defendant, Your Honor.  So this is --

22             THE COURT:  Well, why isn't this -- I mean, I take

23   your point, but if she's wrong, she's wrong.  You can cross

24   her under -- over the, you know --

25             MR. SMITH:  Your Honor, it's good-faith basis.
```

1    It's a good-faith basis.  We've seen multiple images of

2    Mr. Nordean wearing a yellow neck gaiter.  This individual

3    in the scene that she just pointed out has no yellow neck

4    gaiter on.  It's a completely different person, Your Honor.

5         THE COURT:  I'm not saying you don't have a

6    good-faith basis to object, but I'm saying I don't -- I

7    mean, it -- if the witness is giving testimony that's -- you

8    find incorrect, that's not really -- how is that an

9    objection?

10        MR. SMITH:  Your Honor, it's an objection to the

11   Government's good-faith basis for foundation.  It's a

12   good-faith basis for even making this identification, Your

13   Honor.

14        THE COURT:  All right.  Mr. Kenerson, why don't

15   you, then, I guess, respond to what Mr. Smith just said.

16        MR. KENERSON:  I -- well, for one, I think we

17   should let this -- let the video play a little bit, but the

18   person that he's looking -- the person that she's

19   identified -- I mean, it's -- the video is not, obviously,

20   the clearest on this particular point, but as I look at the

21   neck gaiter of the individual, it has some yellow markings

22   on it, but --

23        THE COURT:  Where is the person?

24        MR. SMITH:  Your Honor, could we roll back -- can

25   we roll the tape back to show the individual that was just

```
 1   circled?
 2            MR. KENERSON:  You might want to do this out --
 3   take it off for the jury if we're going to do this, but --
 4            THE COURT:  Well, we're not -- all right.  All
 5   right.  All right.
 6            Ms. Harris, will you remove it from the jury.
 7            MR. KENERSON:  I think we should just play and let
 8   her testify.  I mean, we're happy to do it, but let the --
 9            MR. SMITH:  Your Honor, the -- we're just asking
10   to roll back one second, because the Government has just
11   identified someone as Mr. Nordean --
12            THE COURT:  All right.  All right.  All right.
13   All right.  Let's just roll it back very briefly.
14            (Brief pause.)
15            (Video played.)
16            THE COURT:  And who was the person --
17            MR. KENERSON:  So she said -- initially, at the
18   beginning of this, her testimony was, "Mr. Nordean's here,
19   but you need to go forward a little bit to be able to see
20   him."
21            MR. SMITH:  Your Honor, we don't see the
22   figure that -- we need to -- this isn't the right frame with
23   the person with the black neck gaiter.  This is not where
24   they were -- Your Honor, now they're on the screen, if Your
25   Honor can see the --
```

```
 1                  Pause it there, please, Ms. --

 2                  So Your Honor, do you see the flag that's in the

 3       left foreground that has the "Trump" blue flag next to it

 4       and there's a white pole?

 5                  THE COURT:  Yes.

 6                  MR. SMITH:  Then if Your Honor looks immediately

 7       to the left of that, there's a figure with a -- what looks

 8       like a black beanie and a gray neck gaiter on.  It --

 9                  MR. KENERSON:  Stop right there.  That's a hand.

10       That's a hand.

11                  MR. SMITH:  It -- no, no, no.  So this is a

12       different fragment --

13                  THE COURT:  Ah --

14                  MR. SMITH:  -- Your Honor.

15                  THE COURT:  -- okay.

16                  MR. SMITH:  Now --

17                  THE COURT:  Okay.

18                  MR. SMITH:  Now, here, you'll see that this

19       individual's wearing a black hoodie, Your Honor.

20                  THE COURT:  Mm-hmm.

21                  MR. SMITH:  Mr. Nordean --

22                  MS. HERNANDEZ:  Should the witness be looking at

23       this?

24                  MR. SMITH:  I don't know why the frame keeps

25       moving because we're trying to stop it here, but --
```

```
1              THE COURT:  All right.  All right.
2              MR. SMITH:  Okay.  Now, Your Honor can see --
3    okay.  That figure, Your Honor, is not the same one that was
4    circled before.
5              MR. KENERSON:  I disagree.
6              THE COURT:  All right.  Look --
7              MR. KENERSON:  That was the same person who was
8    circled before just --
9              THE COURT:  Let's --
10             MR. KENERSON:  -- a few --
11             THE COURT:  Let's --
12             MR. KENERSON:  -- frames later.
13             THE COURT:  Look, I'm just going to let her
14   testify and you -- Mr. -- if he -- she gets this wrong --
15             MR. SMITH:  Okay.
16             THE COURT:  -- Mr. Smith, you can cross her,
17   but --
18             MR. SMITH:  Your Honor, we would also note that in
19   the -- a previous Government exhibit, 253, there has been a
20   misidentification of Nordean.
21             THE COURT:  All right.  But there's -- okay.  But
22   there's no -- I mean, I can't -- we'll take that up at some
23   other point, but I --
24             MS. HERNANDEZ:  Your Honor --
25             THE COURT:  -- hear what you're saying.
```

1              MS. HERNANDEZ:  Your Honor, I just want to point

2    out that Mr. McCullough was standing near Mr. Kenerson and,

3    like, "Speed up, speed up," and making some hand signals at

4    the -- in front of the -- in front -- and the -- in the

5    courtroom.  I'm not sure that was appropriate.  I'm not sure

6    what the jury's reading into this.

7              THE COURT:  Well, the -- let's just proceed.

8              Mr. Kenerson, you can back it up and proceed.  If

9    she identifies someone in the crowd that Mr. Smith thinks is

10   wrong, he can cross-examine her on it.

11             (Return from bench conference.)

12   BY MR. KENERSON:

13   Q.  We're here at 15 seconds -- stopped at 15 seconds, the

14   same exhibit.  Special Agent, do you see any of the people

15   that we've just been talking about on the screen?

16   A.  I do.

17   Q.  Can you point them out.  Arrows, circles, whatever's

18   easiest.

19   A.  Rae, (indicating); McDonald, (indicating); Fonticoba,

20   (indicating); Biggs, (indicating); Nordean, (indicating.)

21   Q.  Thank you.

22             Do you believe those to be the same people or

23   different people than what you just identified?

24   A.  The same people.

25   Q.  Thank you.

1          MR. KENERSON:  Could we play it for a little bit.

2          (Video played.)

3          MR. KENERSON:  And if we could pause right here at

4    24 seconds.

5    BY MR. KENERSON:

6    Q.  Did we just see that group walking?

7    A.  We did.

8    Q.  Can you show you us the direction on the map they were

9    walking.

10   A.  So they're walking this direction.  Eventually, they

11   turn around and you'll see them, kind of, come out this way.

12   (Indicating.)

13   Q.  Thank you.  So you've indicated -- as we look at --

14   starting from the entrance of the scaffolding to the left on

15   the demonstrative exhibit and then up?

16   A.  To the left, correct, and they're going to turn around

17   because there's something in their way; walk back, kind of,

18   in the direction of the scaffolding, but it's, kind of,

19   like, a U-turn; and they end up on the lawn over here,

20   (indicating.)

21   Q.  Thank you.

22          MR. KENERSON:  All right.  If we could play this

23   until about 48 seconds.

24          (Video played.)

25          MR. KENERSON:  We can pause here.

1    BY MR. KENERSON:

2    Q.  Can you tell us what we're looking at, kind of, this

3    structure off to the right here (indicating.)

4    A.  So that's going to be the scaffolding where Dominic

5    Pezzola currently is.

6    Q.  Where does this, kind of, upper set of stairs where I've

7    drawn the arrow -- where does that lead?

8    A.  To the Upper West Terrace.

9    Q.  I see a police officer here, kind of, at the bottom of

10   that set of stairs that you just testified about.  At the

11   point in this video, had rioters gotten behind the line

12   where that officer is?

13   A.  They had not.

14           MR. KENERSON:  If we could skip to 3 minutes and

15   11 seconds, please.  And if we could just play until about

16   3:14.

17           (Video played.)

18   BY MR. KENERSON:

19   Q.  Do you recognize anyone here?

20   A.  I do.

21   Q.  Point them out, please.

22   A.  This is Joseph Biggs (indicating.)

23   Q.  And for the record, you've indicated someone in the

24   middle of the screen wearing black and gray plaid and a

25   black hat?

```
 1    A.  Yes.
 2              MR. KENERSON:  Can we play until 3:32, please.
 3              (Video played.)
 4              MR. KENERSON:  Right here.
 5    BY MR. KENERSON:
 6    Q.  Do you see a set of bike racks here along the stairs?
 7    A.  I do.
 8    Q.  What is the crowd using those bike racks for?
 9    A.  They're using them to climb up.
10    Q.  And I think you testified earlier that the group,
11    including Nordean and Biggs, wound up on the lawn.  Can you
12    move the magnets to the approximate spot where they wound
13    up.
14    A.  (Indicating.)
15              MR. KENERSON:  Can we, Ms. Rohde, 414D, as in
16    "David," X, please.
17              I believe this has been provisionally admitted.
18    And would seek permission to publish.
19              THE COURT:  All right.  Permission to publish --
20    well, it will be admitted.  And permission to publish
21    granted.
22              MR. KENERSON:  Can we go to about four -- can we
23    play until about four seconds, please, Ms. Rohde.
24              (Video played.)
25    BY MR. KENERSON:
```

1    Q.  And there's a couple of individuals highlighted.  Do you

2    recognize those?

3    A.  I do.

4    Q.  Who are they?

5    A.  The one in the red plaid is Arthur Jackman; the one in

6    front of him is going to be Nate Tuck.

7    Q.  And where have we seen them previously?

8    A.  In the marching group.

9    Q.  And a set of stairs just behind everyone.  That same set

10   of stairs that we've been looking at?

11   A.  It is.

12   Q.  What is --

13           MR. KENERSON:  Well, let's play until about 30

14   seconds.

15           (Video played.)

16   BY MR. KENERSON:

17   Q.  At about 30 seconds where we're paused here, what's

18   starting to happen on those stairs?

19   A.  The crowd has now breached the scaffolding area and is

20   starting to climb up those stairs.

21           MR. KENERSON:  Can we play until about 40 seconds,

22   please, Ms. Rohde.

23           (Video played.)

24   BY MR. KENERSON:

25   Q.  We've paused at 40 seconds.  There's an individual who's

1    just become highlighted.  Who is that?

2    A.  That's Joseph Biggs.

3    Q.  Thank you.

4          (Video played.)

5    BY MR. KENERSON:

6    Q.  Pausing again at 58 seconds.  Who's that?

7    A.  Ethan Nordean.

8          MR. KENERSON:  Can we play again.

9          (Video played.)

10   BY MR. KENERSON:

11   Q.  And, again, at a minute and 11, there's multiple

12   individuals highlighted.  Can you tell us who they are.

13   A.  Sure.  So this is going to be Nate Tuck, (indicating);

14   Kevin Tuck, (indicating); Arthur Jackman, (indicating)

15   marching group; Ethan Nordean, (indicating) marching group.

16   Q.  Thank you.

17         (Video played.)

18         MR. KENERSON:  And, Ms. Rohde, if we could now go

19   to 429C, as in "Charlie," and ask to start at 9:15.  I

20   believe this is already in evidence.

21         (Video played.)

22   BY MR. KENERSON:

23   Q.  And can you tell us where this video was being shot

24   from.

25   A.  This is from inside the scaffolding, and this would be

1    if he was looking behind him.  So from up top looking this

2    direction.  (Indicating.)

3    Q.  What are we about to see happen?

4    A.  The scaffolding's about to be successfully breached and

5    they're going to move forward to the stairs.

6    Q.  Same breach or a different breach from what we just saw

7    from the ground?

8    A.  Different breach.

9    Q.  Different?

10    A.  Oh, wait -- oh.  From the ground?  No, same breach.

11    Q.  Thank you.

12              (Video played.)

13              MR. KENERSON:  If we could pause at 10 minutes,

14    Ms. Rohde, right there.

15    BY MR. KENERSON:

16    Q.  Do you recognize anyone on your screen now?

17    A.  I do.  That's Dominic Pezzola.  (Indicating.)

18    Q.  Thank you.  For the record, you've drawn a circle around

19    someone who is at the bottom screen just to the left of

20    center near the wall; correct?

21    A.  Correct.

22              MR. KENERSON:  All right.  If we could play again.

23              (Video played.)

24    BY MR. KENERSON:

25    Q.  Did we just see another set of barricades come down?

1    A.   We did.

2    Q.   Are you aware of any further barricades between there

3    and the Capitol?

4    A.   No.

5    Q.   Where does Mr. Pezzola go after this breach?

6    A.   He goes -- can I show you?

7    Q.   Sure.   Please.

8    A.   He's going to end up at this door (indicating.)

9    Q.   And for the record, you have put the green magnet into

10   the, kind of, alcove to the left side of the Capitol

11   building; correct?

12   A.   Correct.

13   Q.   What did Mr. Biggs do after this breach?

14   A.   He ends up climbing the wall, and also going to the

15   Upper West Terrace.

16            MR. KENERSON:   Can we have 497L, please, which, I

17   believe, was provisionally admitted.

18            Would seek permission to publish.

19            THE COURT:   It will be admitted.   And permission

20   to publish.

21   BY MR. KENERSON:

22   Q.   And, Special Agent, could you just orient the jury to

23   what we're looking at here?

24   A.   Sure.   So this is after the scaffolding has been

25   successfully breached as they're climbing up the stairs.

1    You are looking at it from the lawn as if you were standing

2    here (indicating) looking this direction (indicating.)

3            MR. KENERSON:  Can we play until about eight

4    seconds, please.

5            (Video played.)

6            MR. KENERSON:  Pause it right there.  Can we skip

7    to 42 seconds.

8    BY MR. KENERSON:

9    Q.  And can you point us on the map at where we are looking

10   at right here.

11   A.  You're going to be looking at this walkway right here,

12   (indicating.)  So the bike racks that are being used to

13   climb are -- to these things.

14   Q.  And for the record, you've indicated, kind of, to the

15   left of the left-most scaffolding as we look at the map;

16   correct?

17   A.  Correct.

18           MR. KENERSON:  All right.  Can we play a little

19   bit here.

20           (Video played.)

21           MR. KENERSON:  I'm sorry, Ms. Rohde.  Can we go

22   back just a couple of seconds, to about 55.  Right there.

23   BY MR. KENERSON:

24   Q.  Do you recognize anyone on your screen?

25   A.  I do.

1    Q.   Who do you see?

2    A.   So this is Paul Rae (indicating); Joseph Biggs

3    (indicating); Fonticoba (indicating.)

4    Q.   What is Mr. Biggs doing?

5    A.   Mr. Biggs is climbing up those racks to get up the tier

6    to where Paul Rae is standing.

7    Q.   Thank you.

8              And for the record, the person you indicated as

9    Fonticoba is the one beneath Mr. Biggs; correct?

10   A.   Yes, the one with the hands on Biggs's legs.

11             MR. KENERSON:  Can we go to 1138X, please, which I

12   believe was provisionally admitted.

13             Seek permission to publish.

14             THE COURT:  It will be admitted.  And permission

15   to publish.

16   BY MR. KENERSON:

17   Q.   Do you recognize this video?

18   A.   I do.

19   Q.   Can you tell the jury to -- where we were going to be

20   seeing on the map in this video.

21   A.   Sure.

22             So this bike rack here, (indicating) is going to

23   be up against, kind of, the scaffolding area.  So you're

24   going to see the -- you're going to see Biggs.  After he

25   climbs, he's going to go this way, (indicating) and this

1    video captures that.

2    Q.  Thank you.

3             MR. KENERSON:  Can we play, please.

4             (Video played.)

5    BY MR. KENERSON:

6    Q.  And pausing at nine seconds, who is highlighted right

7    now?

8    A.  Paul Rae and Joseph Biggs.

9    Q.  And which one of the two is in the front?

10   A.  Rae is.

11   Q.  Thank you.

12            (Video played.)

13   BY MR. KENERSON:

14   Q.  Those stairs that we just saw Mr. Rae and Biggs on at

15   the end, are those the same stairs or different stairs from

16   what Mr. Pezzola had previously gone up?

17   A.  Same stairs.

18            MR. KENERSON:  Can we have 429B, as in "boy," X,

19   please, which I think was provisionally admitted.

20            Seek permission to publish.

21            THE COURT:  All right.  It will be admitted.  And

22   permission to publish.

23   BY MR. KENERSON:

24   Q.  And, Special Agent, could you just tell the jury where

25   on Capitol grounds this video was filmed from?

```
1   A.  We're now on the Upper West Terrace, kind of, looking

2   down at the lawn where Biggs just came from.  Looking this

3   way (indicating.)

4   Q.  Thank you.

5           MR. KENERSON:  Can we play, please.

6           (Video played.)

7   BY MR. KENERSON:

8   Q.  And pausing at two seconds right now, who is that who

9   was just highlighted?

10  A.  That's Joseph Biggs.

11  Q.  What's he doing with his arms?

12  A.  He has them up as in a celebratory fashion.

13  (Indicating.)

14  Q.  Thank you.

15          (Video played.)

16          MR. KENERSON:  Can we now have 414A, as in

17  "alpha," X.

18          Seek permission to publish.  I believe this was

19  provisionally admitted.

20  BY MR. KENERSON:

21  Q.  And, Special Agent, while this is coming up, can you

22  move Mr. Biggs's magnet to the approximate area he wound up.

23  A.  (Indicating.)

24          THE COURT:  It will be admitted, and permission to

25  publish.
```

1    BY MR. KENERSON:

2    Q.  Can you tell us whereabout this video was filmed from.

3    A.  So this video's going to be filmed from the lawn that

4    Mr. Biggs just came from.

5    Q.  Thank you.

6            MR. KENERSON:  If we can play, please.

7            (Video played.)

8    BY MR. KENERSON:

9    Q.  And at -- stopping at four seconds, who is highlighted

10   right now?

11   A.  Joseph Biggs.

12   Q.  Thank you.

13           (Video played.)

14   BY MR. KENERSON:

15   Q.  Pausing now at 12 seconds.  Who has just joined

16   Mr. Biggs?

17   A.  Paul Rae.

18   Q.  Thank you.

19           MR. KENERSON:  Play until 16.

20           (Video played.)

21           MR. KENERSON:  And pause here.

22   BY MR. KENERSON:

23   Q.  What direction is Mr. Biggs pointing right now?

24   A.  He's pointing in the direction of the same set of stairs

25   he just climbed.

```
 1    Q.  Thank you.

 2              (Video played.)

 3              MR. KENERSON:  Ms. Rohde, can we have -- now have

 4    414B, as in "boy," X.  I believe this was also provisionally

 5    admitted.

 6              Seek permission to publish.

 7              THE COURT:  It will be admitted.  And permission

 8    to publish.

 9              MR. KENERSON:  And, Ms. Rohde, if we can play just

10    so we can see what's on -- where this video was taken from.

11              (Video played.)

12    BY MR. KENERSON:

13    Q.  Can you tell us where this video was taken from.

14    A.  From the lawn area.

15    Q.  Same lawn area as before?

16    A.  Same lawn area.

17    Q.  Thank you.

18              MR. KENERSON:  Can we play until about seven

19    seconds.

20              (Video played.)

21    BY MR. KENERSON:

22    Q.  Who's this individual right here?

23    A.  Ethan Nordean.

24    Q.  Who has -- just became highlighted at seven seconds?

25    A.  Yes.
```

1    Q.  Thank you.

2              (Video played.)

3    BY MR. KENERSON:

4    Q.  Stopping at 17 seconds.  Who is that?

5    A.  Ethan Nordean.

6    Q.  What direction is he looking?

7    A.  In the direction of where Biggs is.

8    Q.  Thank you.

9              (Video played.)

10   BY MR. KENERSON:

11   Q.  Did -- yesterday, we discussed Mr. Biggs's Google cloud.

12   Do you remember that?

13   A.  I do.

14   Q.  Were there any photos recovered from the Upper West

15   Terrace from Mr. Biggs's Google cloud?

16   A.  There was.

17              MR. KENERSON:  Can we have 404UU, please, which I

18   believe was already admitted.

19              THE DEPUTY CLERK:  Uh-uh.  404UU?

20              MR. KENERSON:  (Indicates affirmatively.)

21              THE DEPUTY CLERK:  No.

22              MR. KENERSON:  No?  Okay.

23   BY MR. KENERSON:

24   Q.  Do you recognize this, Special Agent?

25   A.  I do.

```
1      Q.  Where was this recovered?

2      A.  From Biggs's Google.

3      Q.  Who's pictured?

4      A.  Joseph Biggs and Paul Rae and another guy in the

5      marching group.

6              MR. KENERSON:  Seek to admit 404UU.

7              THE COURT:  All right.  It will be admitted and

8      permission to publish.

9      BY MR. KENERSON:

10     Q.  And where was this -- now that this is up, Special

11     Agent, where was this taken?  Where on Capitol grounds?

12     Excuse me.

13     A.  So the video we just saw of him cheering, that -- this

14     is a photo from that location.

15     Q.  And is Mr. Biggs in the foreground or the background --

16     A.  He's in the opposite side of the camera.  It's a selfie.

17     Q.  Thank you.

18              You said -- I think you testified that Paul Rae

19     was in this.  Can you circle Paul Rae.

20     A.  (Indicating.)

21     Q.  And you said another member of the marching group.  Can

22     you circle that individual.

23     A.  (Indicating.)

24     Q.  Thank you.

25              MR. KENERSON:  Can we have 159X, please.
```

```
 1              I believe this was provisionally admitted.  Seek
 2      permission to publish.
 3              THE COURT:  All right.  It will be admitted.  And
 4      permission to publish.
 5      BY MR. KENERSON:
 6      Q.  And, Special Agent, is this Capitol surveillance video?
 7      A.  It is.
 8      Q.  Where on Capitol grounds?  If you can tell the jury
 9      where we are.
10      A.  We are just from -- the same location we just saw Biggs
11      cheer from.  He was -- yeah, after he climbed the stairs,
12      ran across here, cheered.  (Indicating.)
13      Q.  And what time is it right now?
14      A.  2:12:33 p.m.
15              MR. KENERSON:  All right.  Can we play until about
16      10 seconds.
17              (Video played.)
18      BY MR. KENERSON:
19      Q.  A circle just appeared on the screen.  Do you recognize
20      the individuals within the circle here at 10 seconds?
21      A.  I do.
22      Q.  Who are they?
23      A.  Biggs and Rae.
24              MR. KENERSON:  Can we play to about 16 -- or,
25      excuse me, play until 38.
```

```
 1                   (Video played.)
 2              MR. KENERSON:  Pause right here.
 3    BY MR. KENERSON:
 4    Q.  What do we see Mr. Biggs doing with his hand?
 5    A.  It appears he's pulling his mask down and he has a
 6    camera in his hand.  He's filming.
 7    Q.  Thank you.
 8              MR. KENERSON:  Can we play again.
 9                   (Video played.)
10              MR. KENERSON:  Pause right here.
11    BY MR. KENERSON:
12    Q.  Did you see just -- someone run over and embrace someone
13    else?
14    A.  I do.
15    Q.  Who did the running over?
16    A.  So it looked like they, both, kind of, ran towards each
17    other.
18    Q.  I'm sorry.  Who ran from our right to our left as we
19    look at this?
20    A.  Paul Rae.
21    Q.  And did you recognize the person he embraced with?
22    A.  I did.
23    Q.  Are we going to see that individual again later?
24    A.  We will.
25              MR. KENERSON:  If we could play, please.
```

```
 1                  (Video played.)
 2    BY MR. KENERSON:
 3    Q.  What direction has this group just wound up walking?
 4    A.  Towards the direction where Pezzola is, towards the
 5    Senate wing doors.
 6    Q.  And if we could move Mr. Biggs's magnet in the direction
 7    that he wound up going.
 8    A.  (Indicating.)  It's going to be the same spot as
 9    Pezzola.  There's just not enough room.
10    Q.  I think previously, you had testified that Mr. Rehl was
11    in the vicinity of the TV tower.  Do you remember that?
12    A.  I do.
13    Q.  Was he still around there at this point?
14    A.  He was, but he had moved forward a little bit.
15    Q.  Okay.
16              MR. KENERSON:  Can we have 400P, as in "Paul,"
17    please, which, I believe, is admitted.
18              THE COURT:  All right.
19    BY MR. KENERSON:
20    Q.  Do you recognize this?
21    A.  I do.
22    Q.  What is this, Special Agent Miller?
23    A.  This is video recovered from Rehl's phone.
24    Q.  And do you have with you Exhibit-1132 which, we
25    discussed yesterday, was the metadata from Mr. Rehl's phone?
```

1    A.  I do.

2    Q.  What time does the metadata say this was taken?

3    A.  January 6th, 2021, at 2:13:14 p.m.

4    Q.  And do you recognize the approximate location of the

5    camera on Capitol grounds?

6    A.  His camera or --

7    Q.  Yes, his camera.

8    A.  Yes.  Yes.

9    Q.  Can you tell the jury where that is.

10   A.  Sure.  So he will have moved from here to this vicinity,

11   and he's looking this direction (indicating.)

12   Q.  And when you say "this direction," it's towards -- to

13   the left and up is where you pointed on our diagram?

14            MR. ROOTS:  Objection.  Leading.

15            MR. KENERSON:  Just describing for the record what

16   she did.

17            THE COURT:  You may complete your question,

18   Mr. Kenerson.

19   BY MR. KENERSON:

20   Q.  For the record, you indicated left and up on the

21   diagram?

22   A.  Yes, I did.

23            THE COURT:  I mean -- so overruled.

24            MR. KENERSON:  All right.  Can we play, please.

25            (Video played.)

12513

1    BY MR. KENERSON:

2    Q.  What area of the Capitol grounds was this camera focused

3    on?

4    A.  The Upper West Terrace which had just been breached.

5            MR. KENERSON:  All right.  If we could have

6    Exhibit-425, please.

7    BY MR. KENERSON:

8    Q.  And, Special Agent, do you recognize the area of the

9    Capitol the camera's pointing to right now?

10   A.  I do.

11   Q.  Can you point it out on the map.

12   A.  This area (indicating.)

13   Q.  Thank you.  For the record, you've indicated the same

14   area that Mr. -- you had previously moved Mr. Pezzola's

15   magnet to; correct?

16   A.  Correct.

17           MR. KENERSON:  Can we play, please.

18           (Video played.)

19           MR. KENERSON:  Pause right here.

20   BY MR. KENERSON:

21   Q.  Do you recognize the person who just came on the screen

22   towards the bottom?

23   A.  I do.

24   Q.  Who's that?

25   A.  Dominic Pezzola.

1              MR. KENERSON:  Can we go frame by frame,

2     Ms. Rohde.

3                 (Video played.)

4              MR. KENERSON:  Right there is good.

5     BY MR. KENERSON:

6     Q.  Do you see anything in Mr. Pezzola's hand?

7     A.  I do.  It's a phone.

8     Q.  What's he doing?

9     A.  He appears to be filming.

10    Q.  Thank you.

11             MR. KENERSON:  Can we play again until about 41

12    seconds.

13                (Video played.)

14    BY MR. KENERSON:

15    Q.  Do you see Mr. Pezzola again on this screen?

16    A.  I do.

17    Q.  Can you circle him.

18    A.  (Indicating.)

19    Q.  For the record, you've indicated the person with the

20    riot shield in his hands; correct?

21    A.  Yes.

22    Q.  Okay.  What's Mr. Pezzola doing with the riot shield?

23    A.  He is smashing the window.

24    Q.  And as we look at it, is he smashing the left pane or

25    the right pane?

1    A.   The left pane.

2    Q.   Thank you.

3             MR. KENERSON:  Can we play.

4             (Video played.)

5             MR. KENERSON:  Pause again.

6    BY MR. KENERSON:

7    Q.   At 44 seconds, what did we just see him do?

8    A.   He hit the right pane.

9             MR. KENERSON:  Play again.

10            (Video played.)

11            MR. KENERSON:  Pause here.

12   BY MR. KENERSON:

13   Q.   What did we just see happen to the left pane after that

14   last strike?

15   A.   The window is completely smashed out, unattached to its

16   frame.

17            MR. KENERSON:  Can we play again.

18            (Video played.)

19            MR. KENERSON:  Pausing -- and if we could back up

20   just two seconds, Ms. Rohde, to 58.  A little further back.

21   A little further back.  About there.

22   BY MR. KENERSON:

23   Q.   Now that these two panes have been smashed out, what is

24   happening?

25   A.   People are now going inside.

1    Q.  What do we see Mr. Pezzola doing right here at 57

2    seconds?

3    A.  He's helping a rioter into the window.

4    Q.  At this point prior to this, had rioters entered the

5    building?

6    A.  They had not.

7            MR. KENERSON:  Can we play until about a

8    minute 20.

9            (Video played.)

10            MR. KENERSON:  If we could stop it here.

11    BY MR. KENERSON:

12    Q.  Do we see Mr. Pezzola go through the window?

13    A.  We do.

14    Q.  Approximately what number, in terms of 1 to 100, was he

15    entering the building?

16    A.  He's approximately --

17            MR. METCALF:  Objection, Your Honor.  That answer

18    can't be answered by just looking at this one particular

19    video.

20            THE COURT:  Well, you can clarify, Mr. Kenerson,

21    your question.

22    BY MR. KENERSON:

23    Q.  Based on what we see in this video only, approximately

24    what number was he, 1 through 100, in entering the building?

25    A.  He's --

```
1              MR. METCALF:  Objection as to form, Your Honor.

2              THE COURT:  Overruled.

3              MR. METCALF:  Your Honor, can we be heard?

4              (Bench conference:)

5              MR. METCALF:  Your Honor, there is -- there's a --

6    clearly a video inside that shows that there's another

7    window and another door that people are entering --

8              THE COURT:  Right, and --

9              MR. METCALF:  -- before this window.

10             THE COURT:  That's why Mr. Kenerson limited his

11   question to what you can see in this video.

12             MR. METCALF:  No, he -- I heard -- I may have

13   heard him wrong.  I heard him say "the building."

14             THE COURT:  "Based on what we see in this video

15   only, approximately what number was he?"

16             MR. METCALF:  Okay.  I thought it was the building

17   in total.

18             THE COURT:  All right.  You may proceed, Mr. --

19             MR. KENERSON:  Can I -- while we're here, I don't

20   want to do this on -- I didn't want to do this in front of

21   the jury, but I note that Mr. Metcalf has made some

22   objections and Mr. Roots just made an objection not prior --

23   before this.  I don't know who is -- whose this witness is,

24   but I would ask the Court to enforce the one-lawyer rule.

25             THE COURT:  That is a good -- there's so many
```

1    lawyers here.  Which of you will be objecting going forward?

2              MR. METCALF:  I'll be objecting, Your Honor.

3              THE COURT:  All right.  Very well.

4              (Return from bench conference.)

5    BY MR. KENERSON:

6    Q.  All right.  Special Agent, based just on this video,

7    approximately what number, 1 to 100, was Mr. Pezzola

8    entering the building?

9    A.  He's approximately five or six.

10              MR. KENERSON:  Can we have -- just for the

11    witness -- 498A, please.

12    BY MR. KENERSON:

13    Q.  Do you recognize this?

14    A.  I do.

15    Q.  Appear to depict the -- well, can you describe what it

16    depicts.

17    A.  It's going to -- it's a photograph of Dominic Pezzola

18    smashing the window with the riot shield.

19    Q.  Appear to depict the same events we just saw?

20    A.  It does.

21              MR. KENERSON:  Move for admission of 498A.

22              THE COURT:  All right.  It will be admitted, and

23    permission to publish.

24    BY MR. KENERSON:

25    Q.  And can you just circle Mr. Pezzola on this.

1    A.   (Indicating.)

2    Q.   And for the record, he's -- you've indicated the

3    individual holding the riot shield; correct?

4    A.   Yes.

5            MR. KENERSON:  Can we go to 112, please, which I

6    believe has been admitted.  If not, I would ask permission

7    to publish.

8            THE COURT:  All right.  Mr. Kenerson, is it a good

9    time to take a pause?

10           MR. KENERSON:  As good a time as any, Your Honor.

11           THE COURT:  All right.  Let's take our morning

12   break for the court reporter.  Ladies and gentlemen, we'll

13   see you in 10 minutes.

14           (Jury returned to jury room.)

15           THE COURT:  All right.  You all may be seated.

16           Agent, you may step down.

17           (Witness steps down.)

18           (Brief pause.)

19           MS. HERNANDEZ:  Your Honor, I recognize the

20   usefulness of the chart for the Government's presentation,

21   but I've been getting up to see where it is, but, obviously,

22   the defendants can't really see.  I don't know whether, at

23   some point -- how, you know -- whether, maybe, they could

24   have the same thing on a piece of paper that's shown on the

25   screen or something so that it can be seen?  I mean, I

1    understand they're using it, effectively --

2              THE COURT:  Right.  I mean, I --

3              MS. HERNANDEZ:  It's a problem.

4              THE COURT:  I hear what you're saying.  I don't

5    know.  I'll -- look, I'd ask the parties to think about

6    that.  I mean, it -- I don't know that in -- I don't know

7    that the things they're depicting here are truly disputed.

8    Is that -- isn't that fair?  I mean, I --

9              MS. HERNANDEZ:  Yeah, it's just -- I know I find

10   it helpful to see where the movement is.  Maybe it's my lack

11   of spatial intelligence.  So you know --

12             THE COURT:  Any attorney should get up and do

13   whatever you need to do to see it.  I'm not disputing that.

14   But I also think the movements that it describes are not

15   really --

16             MS. HERNANDEZ:  Yeah.  We'll talk to the

17   Government and see if there's some accommodation that can

18   happen.

19             THE COURT:  All right.  Let's take 10 minutes for

20   the court reporter.

21             THE DEPUTY CLERK:  All rise.  This Honorable Court

22   stands in recess for 10 minutes.

23             (Brief recess taken.)

24             (Nicole Miller resumed the witness stand.)

25             (Brief pause.)

```
1              THE DEPUTY CLERK:  Jury panel.

2              (Jury returned to jury box.)

3              THE DEPUTY CLERK:  All rise.  This Honorable Court

4    is again in session, the Honorable Judge Timothy J. Kelly

5    presiding.  Please be seated and come to order.

6              We're back on the record in Criminal Matter

7    21-175, United States of America v. Ethan Nordean, et al.

8              THE COURT:  Mr. Kenerson, you may proceed.

9              MR. KENERSON:  Thank you.

10             And, Ms. Rhode, if we could have 112 which I do

11   believe has been admitted.

12   BY MR. KENERSON:

13   Q.  And can you tell us, Special Agent, where we're looking

14   at in this video?

15   A.  So we're looking at the Senate wing doors.  Inside of

16   this hallway.  (Indicating.)

17   Q.  And, Special Agent, if you could just actually -- if you

18   could do it again from the right so everyone on this side of

19   the courtroom can see it, too.  I'm sorry to ask you to do

20   it twice.

21   A.  This hallway.  (Indicating.)

22   Q.  Thank you.  What's the time that this video starts?

23   A.  2:12.

24   Q.  P.m. or a.m.?

25   A.  P.m.
```

1        MR. KENERSON:  All right.  If we can play, please.

2            (Video played.)

3        MR KENERSON:  Pause right there.

4    BY MR. KENERSON:

5    Q.  At about 41 seconds, do we see something happen over in

6    this area?  (Indicating.)

7    A.  We do.

8    Q.  What was that?

9    A.  It looked to be glass from the window being broken.

10       MR. KENERSON:  Can we just roll back to about 39

11   and play, Ms. Rohde.

12           (Video played.)

13       MR. KENERSON:  And pausing right here.

14   BY MR. KENERSON:

15   Q.  Do you -- what is that that I've just circled on the

16   floor?

17   A.  That's the panel of the window.  The glass piece.

18   Q.  Thank you.

19           (Video played.)

20       MR. KENERSON:  And pausing at about one minute.

21   BY MR. KENERSON:

22   Q.  Did we just see a police officer come on the screen?

23   A.  We did.

24   Q.  What's the relative size of the crowd versus that

25   officer?

1    A.  The crowd is much larger.

2    Q.  Thank you.

3            MR. KENERSON:  Can we please play.

4            (Video played.)

5            MR. KENERSON:  Can we pause right here.

6    BY MR. KENERSON:

7    Q.  Do you see anyone you recognize just now?

8    A.  I do.

9    Q.  Who is --

10   A.  (Indicating.)

11   Q.  Thank you.

12   A.  Pezzola.

13   Q.  Who is that?  Thank you.

14           MR. KENERSON:  Can we play, please.

15           (Video played.)

16   BY MR. KENERSON:

17   Q.  Pausing right here at the 1:29 mark on the counter.  Do

18   we see something in Mr. Pezzola's hand?

19   A.  We do.  It's a phone.

20           MR. KENERSON:  Can we play, please.

21           (Video played.)

22           MR. KENERSON:  And can we pause right here.

23   BY MR. KENERSON:

24   Q.  Do we see Mr. Pezzola go off screen?

25   A.  We do.

1    Q.  And can you tell the jury approximately where he went

2    from here, using the map.

3    A.  Once he's in, he's going to hang a left and go down this

4    hallway, (indicating); then goes back this way,

5    (indicating.)  There's a stairwell right here, (indicating.)

6    He takes the stairs up and he ends up in the Ohio Clock

7    Corridor which is this over here, (indicating.)

8    Q.  And sorry to ask you to do it again.  But can you do it

9    again from the other side.

10   A.  All right.  He goes in.  He's going to go down this

11   hallway here, (indicating); up this way, (indicating.)

12   There's a stairwell right here, (indicating.)  He's going to

13   take the stairs up to the next floor and he ends up in the

14   Ohio Clock Corridor which is in this vicinity, (indicating.)

15   Q.  Thank you.

16           If you could move Mr. Pezzola's magnet to the area

17   where he winds up.

18   A.  (Indicating.)

19           MR. KENERSON:  And I'm going to ask Ms. Rohde to

20   play.

21   BY MR. KENERSON:

22   Q.  And as this plays, can you let us know if you see any

23   members of the marching group come in.

24   A.  Sure.

25           (Video played.)

1              THE WITNESS:  Marching group, (indicating.)  Oh,

2      sorry.  (Indicating.)

3              (Brief pause.)

4              Marching group, (indicating.)

5              (Brief pause.)

6              Stop -- marching group, (indicating); Biggs,

7      (indicating); Fonticoba, (indicating.)

8              MR. KENERSON:  Thank you.

9              THE WITNESS:  Oh, Paul Rae, (indicating.)

10             MR. KENERSON:  Thank you.

11             For the record --

12             And if we can stop right here.

13     BY MR. KENERSON:

14     Q.  For the record, it was about 2:26 when you had indicated

15     Mr. Biggs and another member of the marching group, Mr. Rae,

16     and Mr. Fonticoba came in.  Had you been focusing on the

17     door to that point --

18     A.  Yes.

19     Q.  -- in terms of people coming in?

20             MR. KENERSON:  Can we back up, Ms. Rohde --

21     I'll -- back --

22             (Brief pause.)

23             -- to about 1:38 or so.

24             (Brief pause.)

25             That's good.

1    BY MR. KENERSON:

2    Q.  Now, I'm going to ask you the same question.  If you

3    could focus on the window on the right.

4    A.  Okay.

5    Q.  Let us know if you see any members of the marching group

6    come through that window.

7                (Video played.)

8                THE WITNESS:  Marching group.  (Indicating.)

9                MR. KENERSON:  For the record, we're stopped at

10   1:48.

11               (Video played.)

12               THE WITNESS:  Marching group.  (Indicating.)

13               MR. KENERSON:  For the record, that was at 1:50.

14               (Video played.)

15   BY MR. KENERSON:

16   Q.  And we've now just seen Mr. Biggs enter again; correct?

17   A.  We have.

18               MR. KENERSON:  All right.  Ms. Rohde, if we could

19   play a couple more seconds.  Pause right here.  Back up,

20   maybe, a half second.

21               (Brief pause.)

22               Maybe a little bit more.

23   BY MR. KENERSON:

24   Q.  Able to see Mr. Biggs's face here paused at 2:25?

25   A.  Yes.

1    Q.  What's the expression on his face?

2    A.  He looks happy.

3    Q.  And what time is it on the camera -- or excuse me, on

4    the timestamp on the CCTV right now?

5    A.  2:14:25 p.m.

6    Q.  Thank you.

7            MR. KENERSON:  Can we play to the end.

8            (Video played.)

9            MR. KENERSON:  Can we have Exhibit-510-37, please,

10   which, I believe, was provisionally admitted.

11           Would seek permission to publish --

12           Actually, before we publish, Ms. Rohde, can we

13   just scroll down.  Okay.  Thank you.

14           THE COURT:  All right.  It will be admitted.  And

15   permission to publish.

16   BY MR. KENERSON:

17   Q.  What's the date of this chat?

18   A.  January 6th, 2021.

19   Q.  Which group?

20   A.  The Ministry of Self-Defense Main 2 which is the members

21   chat.

22   Q.  And is there a message at 2:19:39?

23   A.  There is.

24   Q.  Who is it from?

25   A.  Gilbert which is Fonticoba.

1    Q.  And had we just seen Mr. Fonticoba?

2    A.  We have.

3    Q.  What does Mr. Fonticoba write at 2:19:39?

4    A.  "We just stormed the Capitol."

5    Q.  And do you see someone below that at 2:24, turtle,

6    turtle, President Elect Leo Kuznetsov, with two more

7    turtles, send another message?

8    A.  He does.

9    Q.  What was that?

10   A.  It's a link to Twitter.

11   Q.  And is that link/tweet, then, embedded below?

12   A.  Yes.

13            MR. KENERSON:  Can we play, please.

14            (Video played.)

15            MR. KENERSON:  If we could scroll down, Ms. Rohde.

16            (Brief pause.)

17   BY MR. KENERSON:

18   Q.  2:25:30.  What does Mr. -- or the individual President

19   Elect Leo Kuznetsov post?

20   A.  "My dick is going to explode."

21   Q.  Can you read the rest of the messages down to the

22   bottom.

23   A.  Sure.

24            Pedro then says "Oh, fuck yeah."

25            President Elect Leo says "I'm on the clock and not

```
 1    getting a fucking thing done."

 2            Noble Beard the Immortal -- it's a blank message.

 3    And then Noble Beard, which is Bertino, says "They are in."

 4    Q.  And what time does Mr. Bertino send the "They are in"

 5    message?

 6    A.  2:27:47 p.m.

 7    Q.  Have you reviewed video of Mr. Fonticoba on the evening

 8    of January 6th?

 9    A.  I have.

10    Q.  Where did he go?

11    A.  He went to Enrique Tarrio's hotel.

12            MR. KENERSON:  Can we go to Exhibit-432X, please,

13    which I believe has been provisionally admitted.

14            And seek permission to publish.

15            THE COURT:  All right.  It will be admitted.  And

16    permission to publish.

17            MR. KENERSON:  If we could play until about three

18    seconds.

19            (Video played.)

20            MR. KENERSON:  If we could pause right here.

21    Pause at four seconds.

22    BY MR. KENERSON:

23    Q.  Who's highlighted?

24    A.  That's Dominic Pezzola.

25    Q.  Can you tell us where in the Capitol this was filmed.
```

1    A.  It's upon -- right after entering, hanging a left.  It's

2    going to be in that hallway.

3    Q.  Thank you.

4            MR. KENERSON:  Go ahead.  Play, Ms. Rohde.

5            (Video played.)

6            MR. KENERSON:  Ms. Rohde, can you stop it right

7    here and just go a couple frames so we have a -- well,

8    actually, you can go back.  That's fine.

9    BY MR. KENERSON:

10   Q.  Special Agent, you mentioned, I think, earlier that

11   Mr. Pezzola went up the stairs.  Do we see the stairs here?

12   A.  We do.

13   Q.  Can you point out where they are.

14   A.  (Indicating.)

15           MR. KENERSON:  Can we have Exhibit-499A, please,

16   which I believe is already in evidence.

17   BY MR. KENERSON:

18   Q.  Do you recognize the location of this photograph?

19   A.  I do.  It's the Ohio Clock Corridor.

20   Q.  And do you see Mr. Pezzola?

21   A.  I do.  (Indicating.)

22   Q.  And for the record, you've indicated the individual with

23   longer -- or sunglasses on his head in the middle,

24   approximately, of the photograph; correct?

25   A.  I'd say mid-right, but yes.

1    Q.  Mid-right?  Okay.

2            MR. KENERSON:  Can we have 498B, as in "boy,"

3    please, which I believe is already -- also in evidence --

4    thank you -- 499B, as in "boy."

5    BY MR. KENERSON:

6    Q.  Do you recognize the location of this photograph?

7    A.  I do.

8    Q.  Where's this?

9    A.  Ohio Clock Corridor.

10   Q.  Do you see Mr. Pezzola?

11   A.  (Indicating.)

12   Q.  And for the record, you've indicated the individual in

13   the right of the photograph holding a riot shield?

14   A.  That's correct.

15           MR. KENERSON:  All right.  Can we go to

16   Exhibit-448, please, which, I believe, was provisionally

17   admitted.

18           Would seek permission to publish.

19           THE COURT:  It will be admitted.  And permission

20   to publish.

21   BY MR. KENERSON:

22   Q.  Now, we just -- I think you just testified to Mr. Biggs

23   entering the building on surveillance video; correct?

24   A.  Correct.

25   Q.  Is there video from on the ground that shows that entry,

1    as well?

2    A.  There is.

3         MR. KENERSON:  Can we play 498, please -- or,

4    excuse me, whatever number this is.  448.

5         (Video played.)

6    BY MR. KENERSON:

7    Q.  Did we just see an individual at the end of that?

8    A.  We did.

9    Q.  Who was that?

10   A.  Joseph Biggs.

11   Q.  Did we hear him say something?

12   A.  He does.

13   Q.  What did we hear him say?

14   A.  "This is awesome."

15   Q.  Now, have you reviewed other videos showing Mr. Biggs's

16   route through the building?

17   A.  Yes, I have.

18   Q.  And can you show for the jurors, and then later for this

19   side of the courtroom, what that route was.

20   A.  Sure.  So Biggs ends up entering twice.  I'm going to

21   show you his first route.  First route is through the middle

22   doors here, down the same hallway, goes here, he ends up,

23   kind of, mulling around here for a minute, but then he

24   leaves out this door (indicating.)

25   Q.  And if you could do the same thing, please.

```
 1    A.   Yep.  He's going to enter through these middle doors
 2    here, guys.  He's going to go down this hallway, so this is
 3    where he, kind of, hangs out here for a minute, and then
 4    goes out the doors here to the back -- to the east side.
 5              MR. KENERSON:  And, Ms. Rohde, if we could now
 6    have Exhibit-409A, please.  I believe this was provisionally
 7    admitted.
 8              And would seek permission to publish.
 9              THE COURT:  All right.  It will be admitted.  And
10    permission to publish.
11    BY MR. KENERSON:
12    Q.   Do you recognize the video on your screen, Special
13    Agent?
14    A.   I do.
15    Q.   Do you know whose phone -- well, do you know where this
16    was recovered?
17    A.   From one of Paul Rae's devices.
18    Q.   And then you testified, I think, at the beginning of
19    your testimony about some things you did to familiarize
20    yourself with the voices of the defendants.  Do you remember
21    that?
22    A.   I do.
23    Q.   Did you do anything like that with Mr. Rae?
24    A.   I did.
25    Q.   Can you tell us what you did?
```

```
 1   A.  I went through Mr. Rae's cell phone extraction and got
 2   familiar with audio messages he sent along with videos he
 3   sent.
 4   Q.  Thank you.
 5            MR. KENERSON:  Could we play until about five
 6   seconds.
 7            (Video played.)
 8            MR. KENERSON:  Pause it right here.
 9   BY MR. KENERSON:
10   Q.  Who is that that we see currently on our -- the middle
11   of our screen?
12   A.  Paul Rae.
13            MR. KENERSON:  And if we could back up, maybe, a
14   half to a quarter second, Ms. Rohde.
15   BY MR. KENERSON:
16   Q.  Do you recognize the individual now on at four seconds
17   behind Mr. Rae?
18   A.  I do.  That's Fonticoba.
19   Q.  Thank you.
20            MR. KENERSON:  Can we play.
21            (Video played.)
22            MR. KENERSON:  Can we pause right here.
23   BY MR. KENERSON:
24   Q.  Do we just hear anything said on this video?
25   A.  Yes.
```

1    Q.  What did we hear said?

2    A.  Rae says "Let's go find Pelosi.  Holy shit."

3    Q.  And I'm sorry if you said it at the beginning.  Did you

4    recognize the voice?

5    A.  Oh.  I did.

6    Q.  Whose voice was it?

7    A.  Paul Rae.

8    Q.  Thank you.

9              MR. KENERSON:  Can we play.

10             (Video played.)

11             MR. KENERSON:  Can we pause right here at a minute

12   four.

13   BY MR. KENERSON:

14   Q.  What -- can you describe what we just saw, Special

15   Agent.

16   A.  So there's a snack shop upon entering and that's where

17   they are.

18   Q.  What did we see them do?

19   A.  They removed a bunch of snacks.

20   Q.  Did they make any attempt to pay that we can see?

21   A.  They did not.

22             MR. KENERSON:  Can we play, please.

23             (Video played.)

24             MR. KENERSON:  If we could pause it right here,

25   please.

1    BY MR. KENERSON:

2    Q.  Were there -- you mentioned earlier Mr. Biggs's Google

3    account; correct?

4    A.  Yes.

5    Q.  Were there any photos or videos recovered from

6    Mr. Biggs's Google account in this area?

7    A.  There was.

8            MR. KENERSON:  Can we have Exhibit-404V, as in

9    "Victor," V, as in "Victor," please, which I believe was

10   admitted.

11   BY MR. KENERSON:

12   Q.  Tell us what you see here.

13   A.  This is going to be a selfie of Mr. Biggs in the area we

14   just saw in the video.

15   Q.  And where was this recovered?

16   A.  From Biggs's Google.

17   Q.  Thank you.

18           MR. KENERSON:  Could we go back to the video,

19   please.  And if we could play until about a minute 57.

20           (Video played.)

21           MR. KENERSON:  Pause right there.

22   BY MR. KENERSON:

23   Q.  Did we hear just -- just some -- did -- hear something

24   said?  [sic]

25   A.  We did.

1    Q.  What did we hear?

2    A.  "Oh, fuck that.  They're arresting people.  They're

3    arresting people."

4    Q.  Did you recognize that voice?

5    A.  I did.  Paul Rae.

6    Q.  Thank you.

7              MR. KENERSON:  All right.  Can we play until the

8    end, please.

9              (Video played.)

10             MR. KENERSON:  Ms. Rohde, can we have

11   Exhibit 120X, please, which I believe was provisionally

12   admitted.

13             Would seek permission to publish.

14             THE COURT:  Permission -- it's admitted.  And

15   permission to publish is granted.

16   BY MR. KENERSON:

17   Q.  Special Agent, can you tell us what we are looking at in

18   this video.

19   A.  So this is going to be the Senate carriage doors which

20   are the doors that Biggs and crew end up exiting.

21   Q.  And what time is it that this video was started?

22   A.  2:15:50 p.m.

23             MR. KENERSON:  And if we could play --

24   BY MR. KENERSON:

25   Q.  Well, are you able to tell from this view who was

1    circled in this video?

2    A.    Yes.

3    Q.    Who is that?

4    A.    This is Biggs.    And then you have McDonald right here

5    (indicating.)

6    Q.    Thank you.

7              MR. KENERSON:    If we could play.

8              (Video played.)

9              MR. KENERSON:    And pausing at six seconds.

10    BY MR. KENERSON:

11    Q.    Did we see a group of people approaching at the bottom?

12    A.    Law enforcement.

13    Q.    What did we see the group who was circled do as that --

14    those individuals approached?

15    A.    Turn around and run the opposite way.

16              MR. KENERSON:    Can we play until about 18 seconds,

17    please.

18              (Video played.)

19              MR. KENERSON:    And, Ms. Rohde, if we could skip

20    ahead to 49 seconds.

21    BY MR. KENERSON:

22    Q.    Same door?

23    A.    Same door.

24              (Video played.)

25    BY MR. KENERSON:

1    Q.  And there's now -- pausing at 52 seconds -- a number of

2    individuals highlighted.  Do you recognize any of them?

3    A.  I do.

4    Q.  Can you point out who they are.

5    A.  Yes.

6            So this is Biggs, (indicating); this is Rae,

7    (indicating) -- this is going to be easier probably if you

8    guys move it forward a little bit -- but McDonald,

9    (indicating); marching group, (indicating); marching group,

10   (indicating.)

11           MR. KENERSON:  Thank you.  Can we move forward a

12   little bit.

13   BY MR. KENERSON:

14   Q.  Let us know if there's an easier spot for you.

15           (Brief pause.)

16   A.  Yeah, you can stop it here.

17           MR. KENERSON:  For the record, we're stopped at 58

18   seconds.

19           THE WITNESS:  So again, McDonald, (indicating);

20   marching group, (indicating); marching group, (indicating);

21   Biggs, (indicating); Rae, (indicating.)

22           MR. KENERSON:  Thank you.

23           (Video played.)

24           MR. KENERSON:  Pause it right there.  Back up just

25   a little bit.  We can go frame by frame right here,

1      Ms. Rohde.

2            (Video played.)

3      BY MR. KENERSON:

4      Q.  Do you see something in Mr. McDonald's hands here at

5      1:07?

6      A.  I do.

7      Q.  What is it?

8      A.  It's a baton.

9      Q.  Thank you.

10           MR. KENERSON:  And if we could go back to just the

11     very end of that -- of that again just so we can get the

12     timestamp.

13     BY MR. KENERSON:

14     Q.  What's the time at the end of this video?

15     A.  2:16:59 p.m.

16     Q.  All right.  Special Agent, we testified a little bit

17     earlier -- or you testified, excuse me, a little bit earlier

18     about Mr. Biggs on the northwest lawn, and I think you

19     pointed out Arthur Jackman and a couple of other

20     individuals.  Do you remember that testimony?

21     A.  I do.

22     Q.  Did those other individuals stay on the northwest lawn?

23     A.  They did not.

24           MR. KENERSON:  Can we go to Exhibit-430C, as in

25     "Charlie," please, which, I believe, has been provisionally

1    admitted.

2              And would seek permission to publish.

3              THE COURT:  It will be admitted.  And permission

4    to publish.

5              MR. KENERSON:  And if we could let this play for

6    just a few seconds.

7              (Video played.)

8    BY MR. KENERSON:

9    Q.  Do you recognize the approximate location of Capitol

10   grounds that the camera's in right now?

11   A.  I do.

12   Q.  Can you point on the map for us.

13   A.  It's going to be this way (indicating.)

14   Q.  Is that the direction the camera travels?

15   A.  Yes.

16   Q.  For the record, that -- you have indicated up along the

17   north side of the Capitol building; correct?

18   A.  Correct.

19             MR. KENERSON:  All right.  Can we skip ahead to

20   1 minute and 25 seconds, please.

21   BY MR. KENERSON:

22   Q.  And do you recognize any of the individuals on your

23   screen here?

24   A.  I do.

25   Q.  Can you circle them and let us know who they are?

1    A.  Nate Tuck (indicating.)  Kevin Tuck (indicating.)

2    Jackman (indicating.)

3    Q.  And where have we heard Nate Tuck and Kevin Tuck before?

4    A.  They were with Nordean and Biggs earlier.

5    Q.  Thank you.

6              MR. KENERSON:  If we could play, please.

7              (Video played.)

8              MR. KENERSON:  Pause here.

9    BY MR. KENERSON:

10   Q.  Do you recognize the individual who just joined those

11   three?

12   A.  I do.

13   Q.  Who's that?

14   A.  Eddie George.

15   Q.  Do you know who Eddie George is?

16   A.  He's a Proud Boy out of Florida.

17   Q.  Thank you.

18             MR. KENERSON:  Let this play.

19             (Video played.)

20             MR. KENERSON:  Can we go to 163X, please, which I

21   believe has been provisionally admitted.

22             Seek permission to publish.

23             THE COURT:  It will be admitted.  And permission

24   to publish.

25   BY MR. KENERSON:

1    Q.  What time is -- does this video start?

2    A.  2:23:22 p.m.

3    Q.  And is this another Capitol surveillance video?

4    A.  It is.

5    Q.  Can you describe for the jury where it is -- where we

6    are looking at in this video.

7    A.  So this is going to be the east side.  Right through

8    here (indicating) is going to be those doors that Biggs and

9    crew just exited.

10   Q.  Thank you.

11        MR. KENERSON:  Can we play until about six

12   seconds.

13        (Video played.)

14        MR. KENERSON:  I'm sorry.  Can we play until nine

15   seconds.

16        (Video played.)

17   BY MR. KENERSON:

18   Q.  Do you recognize any of the individuals circled?

19   A.  I do.

20   Q.  Can you let us know.

21   A.  Biggs (indicating); Jackman (indicating); and I believe

22   that's a Tuck (indicating.)

23   Q.  So Biggs and a couple of the individuals we just saw on

24   that other video?

25   A.  Yes.

1    Q.  Now, in the Capitol, were there clashes between police

2    and rioters?

3    A.  Yes.

4              MR. KENERSON:  Can we go to Exhibit-485, please,

5    which I believe is in evidence.

6              (Brief pause.)

7              If we can play to just about six seconds,

8    Ms. Rohde.

9              (Video played.)

10             MR. KENERSON:  We can pause right here.

11   BY MR. KENERSON:

12   Q.  Do you recognize that person?

13   A.  I do.  That's Gabriel Garcia.

14   Q.  And did we see any of his messages yesterday?

15   A.  We did.

16             MR. KENERSON:  Can we go back just a couple of

17   seconds so we can get the statement.  Thank you.

18             (Video played.)

19             MR. KENERSON:  Pause there.

20   BY MR. KENERSON:

21   Q.  Did you hear what the individual said?

22   A.  "We just stormed the Capitol."

23             MR. KENERSON:  Could we go to a minute 56, please.

24   BY MR. KENERSON:

25   Q.  Do you recognize the person on the screen now?

```
 1    A.  Garcia.
 2              MR. KENERSON:  Can we play, please.
 3              (Video played.)
 4              MR. KENERSON:  Pause here.  Can we skip to 5:08,
 5    please.  And can we play to the end.
 6              (Video played.)
 7    BY MR. KENERSON:
 8    Q.  Special Agent, we last saw Ethan Nordean on the
 9    northwest lawn; correct?
10    A.  Correct.
11              MR. KENERSON:  Can we have Exhibit-153X, which I
12    believe has been provisionally admitted.
13              Would seek permission to publish.
14              THE COURT:  It will be admitted.  And permission
15    to publish.
16    BY MR. KENERSON:
17    Q.  What's the timestamp at the beginning of this video?
18    A.  2:23:56 p.m.
19    Q.  And can you orient the jury to where the camera is
20    pointed right now.
21    A.  It's pointing at the same set of stairs that Biggs and
22    Rae just climbed.  So here (indicating.)
23    Q.  Thank you.
24              MR. KENERSON:  Can we play until about five
25    seconds.
```

```
 1                    (Video played.)

 2    BY MR. KENERSON:

 3    Q.  An individual who just came on the screen circled --

 4    pausing at five seconds -- do you recognize that person?

 5    A.  I do.  That's Ethan Nordean.

 6    Q.  How did he get up to the stairs, based on this video?

 7    A.  It appeared he was helped by other people there.

 8              MR. KENERSON:  Could we play.

 9                    (Video played.)

10              MR. KENERSON:  All right.  We can pause it right

11    here.

12    BY MR. KENERSON:

13    Q.  Where does Mr. Nordean go from here?

14    A.  He's going to the Upper West Terrace.

15    Q.  And where does he wind up on the Upper West Terrace?

16    A.  At a door.

17    Q.  Can -- are you familiar with which door he wound up at?

18    A.  The Upper West -- well, the one in the middle.  I can

19    show you.

20    Q.  Please.

21    A.  It would be this door (indicating.)

22    Q.  Thank you.  And for the record, you moved the red magnet

23    to the door in the middle of the Upper West Terrace;

24    correct?

25    A.  Correct.
```

1    Q.  All right.  Can you tell us where Mr. Pezzola went after

2    the Ohio Clock Corridor?

3    A.  He goes back into the hallway, comes back into the

4    corridor, back into the hallway, and then goes down the same

5    stairs that he took to go up, and ends up back in the

6    hallway of the door where he entered, just, kind of, hanging

7    in the hallway for a minute.

8           MR. KENERSON:  Can we go to Exhibit-113X, please,

9    which I believe has been provisionally admitted.

10          Seek permission to publish.

11          THE COURT:  It will be admitted.  And permission

12   to publish.

13   BY MR. KENERSON:

14   Q.  And can you just tell us what doors we're looking at?

15   A.  This is the Senate wing doors.  Pezzola entered through

16   this window over here (indicating.)  And this is the hallway

17   (indicating.)

18   Q.  What time does this exhibit start?

19   A.  2:25:01 p.m.

20   Q.  Thank you.

21          MR. KENERSON:  Can we play it -- press play,

22   please.

23          (Video played.)

24   BY MR. KENERSON:

25   Q.  The individual circled, who's that?

```
1    A.  Pezzola.
2                (Brief pause.)
3                MR. KENERSON:  Pausing at 54 -- excuse me.  Pause.
4    Keep going.  I apologize.
5                (Video played.)
6    BY MR. KENERSON:
7    Q.  Pausing at 54 seconds.  Did we just see Mr. Pezzola do
8    something with his right arm?
9    A.  We did.
10   Q.  What did he do with his right arm?
11   A.  It appears that there is the end of a radio, kind of,
12   connected.  It's the headpiece, and it looked like he was
13   trying to talk into it.
14   Q.  Where did Mr. Pezzola go from here?
15   A.  He goes to the crypt.
16   Q.  And can you point out where the crypt is on the map.
17   A.  It's going to be in here, but lower.  (Indicating.)
18   Q.  Thank you.  Can you move Mr. Pezzola's magnet there.
19   A.  (Indicating.)
20   Q.  And for the record, you stuck the magnet in the middle
21   of the dome; right?
22   A.  I did.
23   Q.  You said it's a couple of floors below that?
24   A.  Yes.
25   Q.  A floor or two, depending.
```

```
 1                   Did Mr. Rehl stay by the TV tower?

 2    A.  He did not.

 3    Q.  Where did he go?

 4    A.  He goes up the stairs to the Upper West Terrace.

 5              MR. KENERSON:  Can we have Exhibit 401P, as in

 6    "Paul," please, which I believe has been admitted.

 7    BY MR. KENERSON:

 8    Q.  Do you recognize this photo?

 9    A.  I do.

10    Q.  Where was it recovered?

11    A.  From Rehl's phone.

12    Q.  And do you recognize the stairway that we see?

13    A.  I do.

14    Q.  What is it?

15    A.  It's the same one that Biggs, Nordean, and Pezzola all

16    just used.

17              MR. KENERSON:  Can we have 401Q, please, which I

18    believe is also admitted.

19    BY MR. KENERSON:

20    Q.  Do you recognize this?

21    A.  I do.

22    Q.  Where was this recovered?

23    A.  Rehl's phone.

24    Q.  And do you recognize the location of the photograph?

25    A.  Yes.  It's still on the same stairway.  It's just facing
```

1    the other direction.

2    Q.  And according to the metadata from Mr. Rehl's phone,

3    what time were these photos taken?

4    A.  The first one was on January 6th at 2:26:43 p.m., and

5    the one you're looking at now was 2:27:16 p.m. on

6    January 6th.

7    Q.  Where did Mr. Rehl go next?

8    A.  To the Upper West Terrace.

9    Q.  Can you move his magnet to the approximate location he

10    wound up.

11    A.  (Indicating.)

12    Q.  And for the record, you've put it on the Upper West

13    Terrace slightly to the left of center; correct?

14    A.  Yes.

15    Q.  Once Mr. Rehl got to the -- well, sorry.

16           Were there any video recovered from Mr. Rehl's

17    phone shot from the Upper West Terrace?

18    A.  There was.

19           MR. KENERSON:  Can we have 400Q, please, which I

20    believe has been admitted.

21           THE DEPUTY CLERK:  Not.

22           MR. KENERSON:  Not?  Okay.

23    BY MR. KENERSON:

24    Q.  Do you recognize this?

25    A.  Yes.

1    Q.  What is it?

2    A.  It's a video taken from Rehl's phone.

3    Q.  What does it show?

4    A.  It's going to show the Upper West Terrace.

5             MR. KENERSON:  Move for admission of 400Q.

6             THE COURT:  All right.  It will be admitted --

7             MS. HERNANDEZ:  400 or 401?

8             MR. KENERSON:  400.

9             THE COURT:  400Q.  It will be admitted.  And

10   permission to publish.

11   BY MR. KENERSON:

12   Q.  And, Special Agent, could you just tell the jury what we

13   are looking at in terms of where we are on the Capitol

14   grounds?

15   A.  So you're going to be on the Upper West Terrace.  Right

16   now, he's looking this direction (indicating.)  The video's

17   going to pan, though.

18   Q.  Thank you.

19            MR. KENERSON:  If we can just play the video.

20            (Video played.)

21   BY MR. KENERSON:

22   Q.  Was Mr. Rehl by himself on the Upper West Terrace?

23   A.  He was not.

24   Q.  Who was he with?

25   A.  He was with people he came with.

1    Q.  Proud Boys or non-Proud Boys?

2    A.  Some are Proud Boys.  I don't know about others.

3              MR. KENERSON:  Okay.  Can we have 401T, as in

4    "Tom," please, which I believe is in evidence.

5    BY MR. KENERSON:

6    Q.  Do you recognize this photograph?

7    A.  I do.

8    Q.  Who's in this photograph?

9    A.  You have Zach Rehl, (indicating.)  Do you want me to

10   name or --

11   Q.  Yeah.  Sure.

12   A.  Okay.  This is Finley, (indicating) also in the marching

13   group.  Giddings, (indicating) he came with Rehl; also in

14   the marching group.  This one, (indicating) we have yet to

15   identify.  This is Healion, (indicating) marching group;

16   came with Rehl.  And this is Vy, (indicating) marching

17   group; came with Rehl.

18   Q.  Thank you.

19             Can you tell me what hand gestures those

20   individuals are making.

21   A.  The Proud Boys hand gesture.

22   Q.  And according to the metadata from Mr. Rehl's phone,

23   what time was this taken?

24   A.  This was taken at -- January 6th at 2:30:09 p.m.

25   Q.  Around this time, was Mr. Biggs over on the east side?

```
 1    A.  He is.

 2    Q.  Did he take any photo or videos over there?

 3    A.  He did.

 4           MR. KENERSON:  Can we go to 405I, as in "indigo,"

 5    please, which I believe was admitted.

 6    BY MR. KENERSON:

 7    Q.  And before this starts, do you recognize where on the

 8    Capitol grounds this was taken from?

 9    A.  We're on the east side.

10    Q.  Can you show approximately on the map where?

11    A.  Here (indicating), looking this way (indicating.)

12    Q.  Thank you.  And you've indicated looking off the top of

13    the map; correct?

14    A.  Yes.

15           MR. KENERSON:  Can we play the video, please.

16           (Video played.)

17    BY MR. KENERSON:

18    Q.  There was something said at the beginning of that.  Did

19    you catch what was said?

20    A.  I did.  It says "We've taken the Capitol."

21    Q.  Did you recognize the voice?

22    A.  I did.  It was Biggs.

23    Q.  And remind us where this was recovered.

24    A.  From Biggs's Google.

25           MR. KENERSON:  Can we have 405N, as in "Nancy,"
```

1    please.

2    BY MR. KENERSON:

3    Q.  Where was this photograph recovered?

4    A.  From Biggs's Google.

5    Q.  And can you tell us the approximate location on the

6    Capitol for this one.

7    A.  It's the same location.

8    Q.  Do you recognize the individuals in this photograph?

9    A.  I do.

10   Q.  Who are they?

11   A.  Eddie George, (indicating); Paul Rae, (indicating);

12   Jackman, (indicating); Tuck, (indicating); and Biggs,

13   (indicating.)

14   Q.  Which Tuck, if you know?

15   A.  Kevin Tuck.

16   Q.  Thank you.

17        MR. KENERSON:  Can we have now 405M, as in "Mary."

18   BY MR. KENERSON:

19   Q.  Where was this photo recovered?

20   A.  Biggs's Google.

21   Q.  And do you recognize the people in this photograph?

22   A.  I do.

23   Q.  Who are they?

24   A.  Same people from last photograph.  Kevin Tuck,

25   (indicating); Joseph Biggs, (indicating); Paul Rae,

1    (indicating); Eddie George, (indicating); Jackman,

2    (indicating.)

3    Q.  See a couple hand gestures?

4    A.  We do.  They are --

5    Q.  What --

6    A.  -- Proud Boys hand gestures.

7    Q.  Thank you.

8            And according to the Google metadata, at what time

9    was this photograph taken?

10   A.  January 6th, 2021, at 2:30:50 p.m.

11   Q.  Now, around -- do you know around this point in time

12   where Mr. Pezzola was?

13   A.  He had already exited -- oh, wait.  He exited at 2:37.

14   Excuse me.  So he's in the crypt right now.

15   Q.  Thank you.

16           MR. KENERSON:  Can we go to 123X, please, which I

17   believe was provisionally admitted.

18           Seek permission to publish.

19           THE COURT:  It will be admitted.  And permission

20   to publish.

21           MR. KENERSON:  Can we play this until about three

22   seconds, please, Ms. Rohde.

23           (Video played.)

24   BY MR. KENERSON:

25   Q.  Who's that person circled?

1    A.   That's Dominic Pezzola.

2    Q.   And what's he holding right now?

3    A.   A riot shield.

4         MR. KENERSON:  Can we skip to two minutes and

5    seven seconds.  And if we can play just a couple of seconds.

6         (Video played.)

7         MR. KENERSON:  Stop right there.

8    BY MR. KENERSON:

9    Q.   What did we see Mr. Pezzola doing?

10   A.   Smoking.

11        MR. KENERSON:  Can we go to 140X, please, which I

12   believe has been provisionally admitted.

13        Seek permission to publish.

14        THE COURT:  All right.  It will be admitted.  And

15   permission to publish.

16   BY MR. KENERSON:

17   Q.   What area of the Capitol is this?

18   A.   The crypt.

19   Q.   Same area or a different area as the video we just saw?

20   A.   Same area.

21        MR. KENERSON:  And, Ms. Rohde, if we could zoom in

22   on the middle of this.  And can we skip ahead to four

23   minutes in the video.  And if we could just go up and left

24   so we can see the timestamp.

25   BY MR. KENERSON:

1    Q.  What time is the --

2    A.  2:34:20 p.m.

3    Q.  Thank you.

4            MR. KENERSON:  Can we play.

5            (Video played.)

6    BY MR. KENERSON:

7    Q.  Starting out at 4:16, what do we see -- are you able to

8    see Mr. Pezzola at this point?

9    A.  I am.

10   Q.  Can you tell what he has in his hand?

11   A.  He has his phone in his hand.

12           MR. KENERSON:  Can we keep going.

13           (Video played.)

14           MR. KENERSON:  All right.  We can pause here at

15   4:28.

16   BY MR. KENERSON:

17   Q.  What did we just see Mr. Pezzola do?

18   A.  Put his phone away.

19   Q.  What did we see him do before he put his phone away?

20   A.  Oh.  He was filming.

21   Q.  And what kind of motion was he making with his body, if

22   any?

23   A.  He just did a circle.

24   Q.  Thank you.  Did the FBI recover any videos that appear

25   to match Mr. Pezzola's motion we just saw on CCTV?

```
1    A.  Yes.
2              MR. KENERSON:  Can we have 403G, please, which I
3    believe is already in evidence.
4    BY MR. KENERSON:
5    Q.  Do you recognize what we're about to see?
6    A.  I do.
7    Q.  Do you know where this was recovered from?
8    A.  Rehl's phone.
9    Q.  And according to the metadata, what time was this taken?
10   A.  2:34:32 p.m. on January 6th.
11   Q.  If you know, what room in the Capitol is this?
12   A.  We're in the Rotunda.
13   Q.  The Rotunda?
14   A.  Oh, sorry.  Crypt.
15             MR. KENERSON:  Can we play -- press play, please.
16             (Video played.)
17   BY MR. KENERSON:
18   Q.  Where did Mr. Pezzola go from here?
19   A.  He ends up leaving.
20   Q.  The building?
21   A.  Yes.
22   Q.  By what route?
23   A.  The same route he took to get into the crypt.  So
24   hallway, and then he exits the same window that he came in
25   through.
```

1    Q.  If you could just move Mr. Pezzola's magnet out of the

2    building.

3    A.  (Indicating.)

4    Q.  Thank you.

5        Was Enrique Tarrio in D.C. on January 6th?

6    A.  No.

7    Q.  Are you aware of any evidence that he was following

8    along with the events in the Capitol?

9    A.  Yes.

10       MR. KENERSON:  Could we have 600-58 which, I

11   believe, was provisionally admitted.

12       Seek permission to publish.

13       THE COURT:  It will be admitted.  And permission

14   to publish.

15   BY MR. KENERSON:

16   Q.  Can you tell us what type of messages we are looking at

17   here.

18   A.  We're looking at Parler messages.

19   Q.  What date?

20   A.  January 6th, 2021.

21   Q.  Who posted these Parler messages?

22   A.  Tarrio.

23   Q.  What did he post at 2:35:55?

24   A.  He posts a picture of the emperor from The Empire

25   Strikes Back.

1    Q.  Is that a movie?

2    A.  It's a movie.

3    Q.  And then at 2:36:26, what did he post?

4    A.  "After I finish watching this, I'll make a statement

5    about my arrest, but for now, I'm enjoying the show.  Do

6    what must be done.  Hashtag, we the people."

7    Q.  Now, we last left Mr. Nordean at that door in the middle

8    of the Upper West Terrace.  Did he enter there?

9    A.  He does.

10    Q.  And do you know where he went once he entered?

11    A.  He goes into the Rotunda.

12    Q.  Do you remember the approximate time he entered?

13    A.  2:37.

14    Q.  P.m. or a.m.?

15    A.  A.m. -- or no, p.m.

16    Q.  Can you move Mr. Nordean's magnet.

17    A.  (Indicating.)

18    Q.  When we left Mr. Biggs, was he still on the east side?

19    A.  He was.

20           MR. KENERSON:  Could we go to 431A, as in "alpha,"

21    please, which I believe was provisionally admitted.

22           Seek permission to publish.

23           THE COURT:  All right.  It will be admitted.  And

24    permission to publish.

25    BY MR. KENERSON:

1    Q.  Do you recognize the location that we are looking at

2    here, Special Agent?

3    A.  I do.  This is the Columbus door on the east side.

4    Q.  And can you point us about where that is on the map.

5    A.  It's going to be the door -- so basically, it mirrors

6    this on this side (indicating.)

7    Q.  And you're indicating the --

8    A.  Mirrors this on this side (indicating.)

9    Q.  Thank you.

10              And you've indicated the door that you just said

11   Nordean went through mirrors that, but on the other side of

12   the Capitol?

13   A.  Yes.

14              MR. KENERSON:  If we can play this until about 15

15   seconds.

16              (Video played.)

17              MR. KENERSON:  We can pause right here.

18   BY MR. KENERSON:

19   Q.  Are the doors open at this point?

20   A.  They are not.

21   Q.  And do we see members of law enforcement up there?

22   (Indicating.)

23   A.  We do.

24              MR. KENERSON:  Could we skip to a minute 50,

25   please.

1    BY MR. KENERSON:

2    Q.  Do you recognize these two people down at the bottom who

3    I've just drawn a circle around?

4    A.  I do.

5    Q.  Who are they?

6    A.  Ronald Loehrke and James Haffner.  They were both in the

7    marching group.

8    Q.  And have we seen some text messages between Mr. Nordean

9    and Mr. Loehrke yesterday?

10   A.  We have.

11               MR. KENERSON:  Can we play.

12               (Video played.)

13               MR. KENERSON:  Pause right there.

14   BY MR. KENERSON:

15   Q.  Were you able to tell from whose body that hand came?

16   A.  It's from Haffner's.

17   Q.  What's in Mr. Haffner's hand?

18   A.  It appears to be some kind of chemical irritant he is

19   spraying.

20   Q.  And who is in the direction he is spraying?

21   A.  Law enforcement.

22   Q.  Where was, if you know, Mr. Biggs relative to the scenes

23   that we just saw here?

24   A.  He's this way (indicating), but he's relatively close.

25   Q.  And you've indicated off screen towards the bottom

1    right?

2    A.  Yes.

3            MR. KENERSON:  Can we have 433C, as in "Charlie,"

4    please.

5    BY MR. KENERSON:

6    Q.  And can you tell us where --

7            MR. KENERSON:  Well, I think this is provisionally

8    admitted.  Seek to publish to the jury.

9            THE DEPUTY CLERK:  It's not provisionally

10   admitted.

11           MR. KENERSON:  Not provisionally?

12           THE COURT:  It --

13   BY MR. KENERSON:

14   Q.  Well, do you recognize the scene?

15   A.  Yes.  It's the continuation of what we just watched.

16   Columbus doors.

17           MR. KENERSON:  Move for admission.

18           THE COURT:  All right.  It will be admitted.  And

19   permission to publish.

20   BY MR. KENERSON:

21   Q.  All right.  Can you -- you said that this was the

22   Columbus doors.  Can you circle the doors from here.

23   A.  (Indicating.)

24   Q.  And are they open or closed now?

25   A.  They're open.

12564

```
 1    Q.  And in terms of time relative to the last clip we saw,
 2    is this seconds, minutes, or hours later?
 3    A.  Seconds.
 4            MR. KENERSON:  Can we play until about eight
 5    seconds.
 6            (Video played.)
 7            MR. KENERSON:  Stop right -- oh, back up just a
 8    little bit.  One or two frames forward, please.  Maybe one
 9    more.  All right.  Right here.  Stopped at nine seconds.
10    BY MR. KENERSON:
11    Q.  Do you recognize anyone?
12    A.  I do.  This is Biggs (indicating.)  And Jackman
13    (indicating.)
14    Q.  And for the record, you indicated the person in the
15    gray-and-black plaid as Biggs and the person in the
16    red-and-black plaid as Jackman; correct?
17    A.  Correct.
18            MR. KENERSON:  All right.  Can we play.
19            (Video played.)
20            MR. KENERSON:  Pause right here.
21    BY MR. KENERSON:
22    Q.  Do you recognize anyone else who's just come on screen?
23    A.  I do.  This is Paul Rae and Jackman, (indicating.)  You
24    have George right here, (indicating) but he just zoomed out
25    of -- you're going to have to back it up a little bit or let
```

```
1      it play forward a little bit.

2      Q.   Thank you.

3               MR. KENERSON:  We could play.

4               (Video played.)

5               THE WITNESS:  Right there, (indicating.)  Stop.

6      Right here, (indicating.)  That's George, (indicating.)

7               MR. KENERSON:  Thank you.  At 27 seconds.

8               (Video played.)

9      BY MR. KENERSON:

10     Q.   Special Agent Miller, was there Capitol surveillance

11     cameras on the other side of those doors?

12     A.   Yes.

13              MR. KENERSON:  Can we have 172X, please, which I

14     believe has been provisionally admitted.

15              Seek permission to publish.

16              THE COURT:  It will be admitted and permission to

17     publish.

18     BY MR. KENERSON:

19     Q.   Can you just orient us as to what we're looking at at

20     the beginning of this exhibit?

21     A.   So where the people are coming in, that's going to be

22     the doors we were looking at from the outside.  That's the

23     Columbus doors.  And then this is the hallway on the inside.

24              MR. KENERSON:  Could we play, please.

25              (Video played.)
```

```
 1              MR. KENERSON:  We can pause right here at 15
 2    seconds.
 3    BY MR. KENERSON:
 4    Q.  Do you recognize any of the individuals highlighted?
 5    A.  I do.  The one in the front is Kevin Tuck, followed by
 6    Joseph Biggs, Jackman, Rae -- or not Rae, excuse me.  That's
 7    George.
 8    Q.  Thank you.
 9              MR. KENERSON:  If we could play.
10              (Video played.)
11              MR. KENERSON:  Pause right here.
12    BY MR. KENERSON:
13    Q.  Paused at 40 seconds.  Can you tell us what time it is
14    on the timestamp.
15    A.  It's 2:40:59 p.m.
16    Q.  Where had that group involving Joe Biggs just gone at
17    the end of this video?
18    A.  They go up the stairwell that's located right there.
19    Q.  Can you tell us where that stairwell leads.
20    A.  So they're going to end up taking it to the third floor.
21    Q.  Thank you.
22    A.  And for what matters, there's Rae.  (Indicating.)
23    Q.  Thank you.
24              You've indicated someone, sort of, in the middle
25    of the photograph left to right and slightly above center
```

```
1    vertically; correct?
2    A.  Yes.
3              MR. KENERSON:  All right.  If we can go to 459A,
4    as in "alpha," please, which I believe has been
5    provisionally admitted.
6              Seek permission to publish.
7              THE COURT:  It will be admitted.  And permission
8    to publish.
9              THE DEPUTY CLERK:  It wasn't provisionally --
10             MR. KENERSON:  I'm sorry?
11             THE DEPUTY CLERK:  It wasn't provisionally
12    admitted.
13    BY MR. KENERSON:
14    Q.  Well, Special Agent, do you recognize the scene on this
15    video?
16    A.  I do.
17    Q.  What is it?
18    A.  It's going to show the stairwell they just went up.
19             MR. KENERSON:  Move for admission of 459A.
20             THE COURT:  All right.  It will be admitted.  And
21    permission to publish.
22             MR. KENERSON:  All right.  Can we play, please.
23             (Video played.)
24             MR. KENERSON:  If we can pause right here.
25    BY MR. KENERSON:
```

1  Q.  This doorway on the right, do you recognize what doors

2  those are?

3  A.  Yes.  It's the doors they just entered.  The Columbus

4  doors.

5  Q.  Did we hear the crowd chanting anything just now?

6  A.  "Treason."

7            MR. KENERSON:  Can we play.

8            (Video played.)

9            MR. KENERSON:  Pause right here.

10  BY MR. KENERSON:

11  Q.  Who did we just see come around?

12  A.  Biggs, Jackman, George, and then in front is Kevin Tuck.

13  (Indicating.)

14  Q.  Thank you.

15            MR. KENERSON:  Can we play.

16            (Video played.)

17  BY MR. KENERSON:

18  Q.  So we just saw Mr. Biggs and a group enter around 2:40;

19  correct?

20  A.  Yes.

21  Q.  We had previously seen some Parler posts from Enrique

22  Tarrio.  Was he still active in messaging around this point

23  in time?

24  A.  He was.

25            MR. KENERSON:  Can we have Exhibit-600-59 which, I

1     think, was provisionally admitted.

2              And seek to publish.

3              THE DEPUTY CLERK:  It's already in.

4              MR. KENERSON:  In?  Thank you.

5     BY MR. KENERSON:

6     Q.  Are these still -- Parler messages from Mr. Tarrio on

7     January 6th, 2021?

8     A.  They are.

9     Q.  Can you read the message that he posted at 2:38:13.

10    A.  Tarrio says "Don't fucking leave."

11    Q.  Now, around this time, was he only posting to Parler?

12    A.  No.

13              MR. KENERSON:  Can we go to 530-5 which, I think,

14    is in evidence.

15    BY MR. KENERSON:

16    Q.  Do you recognize these?

17    A.  I do.

18    Q.  What are they?

19    A.  They're messages between Jeremy Bertino and Tarrio.

20    Q.  What date?

21    A.  January 6th, 2021.

22    Q.  Can you read the text messages between the two starting

23    at 2:39:46 and going through 2:40:46.

24    A.  At 2:39:46, Bertino says "Brother, you know we made this

25    happen."  He then says "I'm so proud of my country today."

1          Tarrio responds "I know."

2          Bertino says "love you, brother.  We did it."

3          Tarrio responds "Love you, too, Brig."

4          MR. KENERSON:  And if we could go back to 600-59,

5     please.

6     BY MR. KENERSON:

7     Q.  What does Enrique Tarrio post about a minute after those

8     last messages ended?

9     A.  He posts "Proud of my boys and my country."

10          MR. KENERSON:  Can we go back to 530-5, please.

11     BY MR. KENERSON:

12     Q.  And if we could read the messages between Mr. Bertino

13     and Mr. Tarrio from 2:42:34 to 2:44:48.

14     A.  Bertino says "I'm in tears, bro."

15          Tarrio responds "This is it."

16          Bertino "1776, motherfucker."

17          Tarrio "The Winter Palace."

18     Q.  Now, in addition to posting on Parler and texting with

19     Mr. Bertino, was Tarrio posted [sic] in Telegram chats

20     around this time?

21     A.  Yes.

22          MR. KENERSON:  Can we have 500-84, please.  I

23     think it's provisionally admitted.

24          Would seek permission to publish.

25          THE COURT:  All right.  It will be admitted.  And

1    permission to publish.

2    BY MR. KENERSON:

3    Q.   What's the date of these chats?

4    A.   January 6th, 2021.

5    Q.   What group?

6    A.   Skull and Bones which is the elders chat.

7    Q.   Can you tell us what Chris Cannon posted at 2:28:46.

8    A.   "Hey, @NobleLead, I told you we should have rushed the

9    police line on the 12th.  This could have been us, but

10   you're" -- an N-word.

11   Q.   How did Mr. Tarrio -- well, what did Mr. Tarrio respond

12   approximately 10 minutes later?

13   A.   He says "This is so much better."

14   Q.   What did Mr. Cannon, then, ask at 2:39:39?

15   A.   He says "Are we a militia yet?"

16           MR. KENERSON:  Can we scroll down.

17   BY MR. KENERSON:

18   Q.   Did Mr. Tarrio send a voice message in response?

19   A.   He did.

20           MR. KENERSON:  Can we play that, please.

21           (Audio played.)

22   BY MR. KENERSON:

23   Q.   Mr. Tarrio post a couple messages just over a minute

24   after that?

25   A.   He did.

 1    Q.  Can you read them to the jury, please.

 2    A.  Sure.

 3          So at 2:40:55 p.m., Tarrio says "Make no mistake"

 4    followed by "We did this."

 5          MR. KENERSON:  Can we scroll down.

 6    BY MR. KENERSON:

 7    Q.  Is there a video posted by Chris Cannon after that?

 8    A.  There is.

 9          MR. KENERSON:  Can we play that.

10          (Video played.)

11    BY MR. KENERSON:

12    Q.  What did Mr. Cannon post just after that video?

13    A.  "Oh, I know."

14    Q.  I think you previously testified that Nordean went into

15    the Rotunda after he entered.  Did he stay in the Rotunda?

16    A.  He did not.

17    Q.  Where did he wind up going shortly after Mr. Biggs was

18    going up the stairs?

19    A.  He ends up in the hallway that -- of the Columbus door.

20          MR. KENERSON:  Could we go to Exhibit-410G,

21    please, as in "gamma," which I think has been provisionally

22    admitted.

23          And seek permission to publish.

24          THE COURT:  It will be admitted.  And permission

25    to publish.

1    BY MR. KENERSON:

2    Q.  Do you recognize this video?

3    A.  Yes.

4    Q.  Whose phone was it recovered from?

5    A.  Ochs.

6    Q.  Can you remind us who Ochs is.

7    A.  He's an elder in the Proud Boys.

8    Q.  Do you recognize the stairs that we're looking at here

9    at the beginning?

10   A.  I do.  These are the ones that Biggs and crew went up.

11           MR. KENERSON:  Can we play.

12           (Video played.)

13           MR. KENERSON:  Pause right here, please.

14   BY MR. KENERSON:

15   Q.  Do you recognize any of the individuals on your screen?

16   A.  I do.

17   Q.  Who do you recognize?

18   A.  This is Nordean (indicating.)  And this is Paul Rae

19   (indicating.)

20   Q.  What are their facial expressions right now?

21   A.  They look very happy.

22   Q.  And did you recognize this woman off to the right who

23   was with them?

24   A.  I did.  She had entered with Joe Biggs earlier.

25           MR. KENERSON:  And if we can just back up until

```
1    about 27 seconds, Ms. Rohde, and then play this until the

2    end.

3              (Video played.)

4              MR. KENERSON:  Could we have Exhibit 459B, as in

5    "boy," X, please.

6    BY MR. KENERSON:

7    Q.  And I'm sorry -- while that comes up, where have we seen

8    Mr. Rae prior to that video?

9    A.  He was with Joseph Biggs.  He entered with Joseph Biggs.

10   In the marching group.

11   Q.  Do you recognize where we are right now?

12   A.  We're on the third floor.

13   Q.  And where is this relative to the staircase that we just

14   saw Mr. Biggs and Mr. Jackman on?

15   A.  It's right next to it.  It's the hallway.

16             MR. KENERSON:  I think this has been provisionally

17   admitted.  To the extent it's not, I would move it into

18   evidence, but either way, seek to publish.

19             THE COURT:  This is 459BX?

20             MR. KENERSON:  B, as in, "boy," X.

21             THE COURT:  All right.  It will be admitted.

22             THE DEPUTY CLERK:  It was not provisionally

23   admitted.

24             THE COURT:  It will be admitted and permission to

25   publish.
```

1    BY MR. KENERSON:

2    Q.  Are we looking at the hallway you just described?

3    A.  We are.

4              MR. KENERSON:  Can we play, please.

5              (Video played.)

6    BY MR. KENERSON:

7    Q.  Who was just highlighted here at two seconds?

8    A.  It's Joseph Biggs.

9    Q.  Thank you.

10             (Video played.)

11             MR. KENERSON:  Can we pause right here, Ms. Rohde.

12   If we can back up, maybe, a half second.  Maybe go one more

13   frame ahead.

14   BY MR. KENERSON:

15   Q.  Do you see this thing I've, kind of, circled in the

16   middle of the screen towards the bottom?  (Indicating.)

17   A.  I do.

18   Q.  Do you have a sense of what that is?

19   A.  It's going to be a divider.  So something they would,

20   maybe, use at an amusement park to, kind of, keep the line

21   separated.

22   Q.  And on the video that we have just seen, have we seen

23   ropes connecting those dividers?

24   A.  We have.

25   Q.  On this one?

1    A.  Oh, not on this one.  We will.

2              MR. KENERSON:  Could we go to Exhibit 129X,

3    please, which I believe has been provisionally admitted.

4              Seek permission to publish.

5              THE COURT:  All right.  It will be admitted.  And

6    permission to publish.

7    BY MR. KENERSON:

8    Q.  And is this more surveillance video?

9    A.  It is.

10   Q.  Can you tell us -- do you recognize the hallway we're

11   in?

12   A.  Yes.

13   Q.  Which hallway?

14   A.  It's the -- so it's still on the third floor.  It's a

15   continuation of the hallway you just saw them walking

16   through just as they round the corner.

17   Q.  Are we looking from the same side as the video we saw

18   before or the opposite side?

19   A.  Opposite side.

20             MR. KENERSON:  Can we play, please.

21             (Video played.)

22             MR. KENERSON:  Pause here at 15 seconds.

23   BY MR. KENERSON:

24   Q.  Who's circled?

25   A.  Joseph Biggs, Jackman, and Tuck, and then -- yeah.

1    Q.  What have we seen Mr. Biggs doing to this point?

2    A.  He's walking through the hallway.  We're about to see

3    him un-connect these dividers.

4              MR. KENERSON:  Play further.

5              (Video played.)

6              MR. KENERSON:  And if we could just get the

7    timestamp of that last video up, please, Ms. Rohde, at the

8    very end.

9    BY MR. KENERSON:

10   Q.  What time was it?

11   A.  2:42:20 p.m.

12   Q.  And remind us about what time Mr. Biggs entered.

13   A.  2:40.

14   Q.  Thank you.

15             MR. KENERSON:  Could we go to 131X, please, which

16   I believe has been provisionally admitted.

17             Seek permission to publish.

18             THE COURT:  All right.  It will be admitted --

19   BY MR. KENERSON:

20   Q.  Do you recognize this location?

21             THE COURT:  -- and permission to publish.

22             THE WITNESS:  Yes.  This is going to be right

23   outside the Senate.

24   BY MR. KENERSON:

25   Q.  And what time is it now on the timestamps?

1    A.  2:42:48 p.m.

2    Q.  And I should have asked you to do this earlier.  But

3    could you move Mr. Biggs's magnet to the approximate

4    location we are at now.

5    A.  (Indicating.)  A little further down.  (Indicating.)

6    Q.  There's a set of doors on the right.  What is through

7    those set of doors?

8    A.  The Senate gallery.

9    Q.  What is the Senate gallery?

10   A.  It's where chambers [sic] had just been -- or where the

11   counting of everything was.

12             MR. KENERSON:  Can we play this, please.

13             (Video played.)

14   BY MR. KENERSON:

15   Q.  Do you recognize the individuals who are circled on

16   the --

17             MR. KENERSON:  You can keep playing, Ms. Rohde.

18   BY MR. KENERSON:

19   Q.  Do you recognize the individuals who are circled on the

20   screen right now?

21   A.  I do.  It's the same individuals: Biggs, Jackman, Tuck,

22   and George.

23             (Video played.)

24   BY MR. KENERSON:

25   Q.  Where's that group going right now?

```
 1    A.  Inside.
 2              MR. KENERSON:  And can we pause the video here,
 3    Ms. Rohde.  Paused at 45 seconds.
 4    BY MR. KENERSON:
 5    Q.  What time is it right now?
 6    A.  2:43:34 p.m.
 7              MR. KENERSON:  Can we have 459C, as in "Charlie,"
 8    please.  Go a little bit further, Ms. Rohde.  Sorry.  There
 9    we are.
10    BY MR. KENERSON:
11    Q.  Do you recognize this?
12    A.  I do.
13    Q.  What does it show?
14    A.  It's the same hallway we were just in.
15    Q.  Approximate same time?
16    A.  Yes.
17              MR. KENERSON:  Can we -- I would move for
18    admission of 459C.
19              THE COURT:  All right.  It will be admitted.  And
20    permission to publish.
21    BY MR. KENERSON:
22    Q.  And those doors we see on the right, how do those
23    compare to the doors we just saw on surveillance video?
24    A.  It's the same doors.
25              MR. KENERSON:  Could we play it, please.
```

```
 1                    (Video played.)

 2      BY MR. KENERSON:

 3      Q.  Do you recognize --

 4                 MR. KENERSON:  Can we play a little bit further,

 5      Ms. Rohde.  Sorry.

 6      BY MR. KENERSON:

 7      Q.  Recognize this person?

 8      A.  That's Jackman.

 9                    (Video played.)

10                 MR. KENERSON:  Can we have Exhibit-455A, please,

11      just for the witness right now.

12                 THE DEPUTY CLERK:  It's in.

13      BY MR. KENERSON:

14      Q.  Do you recognize this?

15      A.  I do.

16                 MR. KENERSON:  Oh.  It's in?

17                 THE DEPUTY CLERK:  Mm-hmm.

18                 MR. KENERSON:  Okay.  Well, it's admitted.

19      BY MR. KENERSON:

20      Q.  Do you recognize this?

21      A.  I do.

22      Q.  And where was this recovered?

23      A.  From Biggs's Google.

24      Q.  And who do we see in the foreground of the photo?

25      A.  Joseph Biggs.
```

1    Q.  And what do we see, kind of, one floor below?

2    A.  It's empty, but that's the Senate chamber.

3    Q.  Thank you.

4              MR. KENERSON:  Your Honor, I would note it's, I

5    think, about 12:30.  So now's a good time as any.

6              THE COURT:  If now's a good time.

7              It's 12:28.  We'll break for the lunch hour.

8    Thank you very much, ladies and gentlemen.  We'll see you

9    after lunch.

10             (Jury returned to jury room.)

11             THE COURT:  Agent, you may step down.

12             (Witness steps down.)

13             THE COURT:  All right.  We'll see everyone at

14   1:30.

15             MR. SMITH:  We have a motion.

16             THE COURT:  Say again.

17             MR. SMITH:  We have a motion, Your Honor.

18             THE COURT:  All right.

19             MR. SMITH:  Okay.  So this will take 20 seconds.

20   We're moving for a mistrial.  The Government displayed a

21   Nazi marching brown shirts montage.  A defendant did not

22   make the post.  This is a parity of inadmissible 403

23   evidence.  The suggestion that we have to scour every

24   embedded link in the Government's thousands of pages of

25   exhibits to find bad-faith arguments to object to is absurd.

1    Its use of this clip is self-evident bad faith.  License was

2    given to the Government to admit all vaguely defined tools

3    evidence, and this is the direct consequence.  But what's

4    especially objectionable about this exhibit, Your Honor, is,

5    whether the Government knows it or not, this montage appears

6    to have been sourced from an artistic commentary on the use

7    of visual montages in the criminal justice system used to

8    manipulate emotion.  So we think that's a particularly

9    ironic use of this clip of marching Nazis, given that it was

10   used as a commentary on the abuse of emotion in the criminal

11   justice system.

12           Thank you.

13           MR. PATTIS:  Biggs joins.

14           MR. ROOTS:  Pezzola joins.

15           MR. JAUREGUI:  Tarrio joins.

16           MS. HERNANDEZ:  Your Honor, it was on Skull and

17   Bones which is not accessible to my client.  So I join,

18   also.

19           THE COURT:  I'm going to -- Mr. Kenerson, I'll

20   hear from you briefly and -- I'm not going to rule now, but

21   I -- I'll just say, it -- this wasn't an issue teed up for

22   me to decide at all, obviously.  Mr. Kenerson, what's your

23   response?

24           MR. KENERSON:  This has been in the sets of

25   exhibits we've put to these defendants for this witness

1    since the get-go.  They found plenty of things in the

2    Telegram exhibits that they wanted to object to, some of

3    which included embedded links.  So I really don't understand

4    where this argument is coming from, number one.

5            Number two, it was made exactly after Enrique

6    Tarrio posted a voice note.  So it puts into context

7    Mr. Tarrio's voice note.  He never says "That's not what I

8    was talking about."  And this isn't, like, what some of the

9    defendants' arguments have said about rebuking:  "We don't

10   know if he was even there; we don't know if he was even

11   paying attention."  Mr. Tarrio sent a message immediately

12   prior to this video.  So I -- that's all I would say.

13           MR. SMITH:  So Your Honor, there are hundreds of

14   pages of exhibits.  The suggestion that the defense has to

15   hunt and peck and click every link embedded within exhibits

16   to preemptively object to bad-faith arguments on their face

17   is absurd.  This is a --

18           THE COURT:  Mr. Smith --

19           MR. SMITH:  -- a bad-faith argument.

20           THE COURT:  -- that's why we've employed a

21   procedure.  I mean, I'm not going to rule on your motion

22   right now.  And I think you all should think about whether

23   you -- there's alternative relief you want to seek which is

24   just -- if I were to grant it, just to say you -- that's --

25   the jury should disregard that.  But I mean, it's -- I think

1    both -- let me put it this way.  Yes, the whole point of

2    providing you the exhibits is that -- so that one of you has

3    a chance to object.  No one objected.  So here we are.  I --

4    look, I -- I'm not going to rule on it right now.  I'll

5    think about it.  I don't think we're in mistrial territory,

6    but I think you -- one of -- you all should think about

7    whether there's alternative relief you want to seek.

8            MR. SMITH:  So Your Honor, the problem with --

9    just the last comment.  The problem with an instruction on

10   images of Nazis marching and Adolf Hitler is it's an

11   emotional impact, a gut impact that can't be reasoned with.

12   That's precisely why this use of it is in bad faith.  It's

13   not designed to elicit a guilty verdict based on the facts;

14   it's designed to poison the well, is another expression for

15   this.  And, Your Honor, there is no reasonable argument for

16   this.  There's none.  This case has nothing to do with

17   marching Nazis and Adolf Hitler.  That is probably -- if

18   there's anything that would prompt a mistrial, it's the

19   injection of a video of marching brown shirts and Nazis.

20   And the suggestion that we had to go through hundreds of

21   pages and not just review the content but to click every

22   embedded link within them -- the reason we weren't put on

23   notice of that, Your Honor, is oftentimes -- the Court will

24   see -- there are chats with links that the Government does

25   not display.  So what does the defense do?  Spend all of its

```
 1    time reviewing websites that --
 2              THE COURT:  Mr. Smith --
 3              MR. SMITH:  -- with links --
 4              THE COURT:  -- I'm not trying to -- look, look,
 5    look, yes, the point of giving the exhibits is to see if
 6    there is an objection.  I'll consider this, but I'm not
 7    going to --
 8              MR. JAUREGUI:  Judge --
 9              THE COURT:  -- take any action on it --
10              MR. JAUREGUI:  -- Jauregui for Tarrio.  And in
11    other instances, the Government themselves would say "This
12    is going to be a controversial exhibit" and they would tee
13    it up for Your Honor and for us.  I mean, it's obvious that
14    marching Nazis and Hitler should have been teed up for us
15    and for Your Honor.  It's obviously unduly prejudicial.
16    It's obviously designed to inflame the passions of the jury.
17    And Tarrio doesn't even respond to this Nazi video.  He
18    doesn't respond to it at all.
19              MS. HERNANDEZ:  Your Honor, just so you understand
20    how these exhibits come on, if we're looking at the -- at
21    the Adobe document, at the PDF document, you wouldn't access
22    the link because the link has to be on one of the -- if it's
23    on the -- I don't know how to describe it.  But we often
24    just look at the PDF which has all the language on it.  But
25    on one of these links where you actually have to play a
```

 1    video like this one, you wouldn't have noticed that -- I
 2    wouldn't have noticed that it -- what it was.
 3              THE COURT:  But it was --
 4              MS. HERNANDEZ:  Again, it's after -- it's, you
 5    know -- it's among Tarrio and Cannon, I guess, who's an
 6    elder, who, you know, is not a conspirator --
 7              THE COURT:  I hear you.  I, you know, again --
 8              MS. HERNANDEZ:  I'm just explaining the background
 9    of why --
10              THE COURT:  But it was certainly produced to you
11    in a position where you could have pressed play, but I --
12              MS. HERNANDEZ:  We had six pages of this stuff,
13    you know --
14              THE COURT:  All right.  Mr. Pattis --
15              MS. HERNANDEZ:  -- you know, Your Honor, and we've
16    been arguing over tools and everything else.  I -- just so
17    the Court understands, it isn't that we're not paying
18    attention.  It's that --
19              THE COURT:  Mr. Pattis?
20              MR. SMITH:  Your Honor, we can't play the videos
21    in the Telegram exhibits.  That's another fact for the
22    record.  Thank you.
23              THE COURT:  Mr. --
24              MR. KENERSON:  No one has said that to us.  If
25    they really have that issue, that has never been brought to

1    our attention.

2            THE COURT:  Mr. --

3            MR. KENERSON:  Not once.

4            THE COURT:  Mr. Pattis, would you like to be

5    heard?

6            MR. PATTIS:  I'm guessing the suggestion that we

7    didn't use our time well -- Mr. Biggs renews his motion for

8    a mistrial on grounds that given the deluge of material that

9    the congressional committee published on -- as this

10   proceeding began -- at least one of us has spent his time

11   looking through that material rather than the trial

12   material.  And I join my colleagues' remarks in that the

13   Government was previously on notice of Nazi material as

14   being highly objectionable, and to slip that one in under

15   the radar and say, "Oh, we gave them notice," is too cute

16   for words, frankly.

17           THE COURT:  Let me hear from the Government --

18   let's -- we'll go to lunch and come back at 1:45, which is

19   just a touch longer than an hour, and we'll go from there.

20   I'll take it under advisement.

21           Mr. Kenerson?

22           MR. KENERSON:  Tarrio's statements in that exhibit

23   were referenced in the indictment.  We have made reference

24   to what Mr. Tarrio posted in that chat throughout detention

25   litigation in this case, throughout everywhere in this case.

1    So the notion that defense counsel would not focus on the

2    Telegram exhibit that included those messages rather than

3    waiting to spring a mistrial motion after we play it is

4    absurd.

5            THE COURT:  Well, let me just -- well, let's go to

6    lunch and we'll -- I'll, you know -- I'll consider your

7    motion.

8            MR. PATTIS:  (Indicating.)

9            THE COURT:  Yes, Mr. Pattis?

10           MR. PATTIS:  Just because I can, if I can get that

11   last word in, the Government's responsibility here is to

12   strike hard blows but fair blows, and this was simply

13   unfair, and to suggest that it's our fault; we should have

14   known the Nazis --

15           THE COURT:  No.

16           MR. PATTIS:  -- was buried in their exhibit is a

17   suggestion that I resist.

18           THE COURT:  I -- fair enough.  And I'm not

19   exonerating the Government in pointing out that I didn't

20   have it teed up -- it teed up before me.

21           We'll come back in -- at 1:45.

22           THE DEPUTY CLERK:  All rise.  This Honorable Court

23   stands in recess until the return of Court at 1:45.

24           (Luncheon recess taken at 12:37 p.m.)

25                   * * * * * * * * * * * *

12589

1      <u>CERTIFICATE OF OFFICIAL COURT REPORTER</u>

2      I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify

3      that the above and foregoing constitutes a true and accurate

4      transcript of my stenographic notes and is a full, true and

5      complete transcript of the proceedings to the best of my

6      ability, dated this 8th day of March 2023.

7                          <u>/s/Timothy R. Miller, RPR, CRR, NJ-CCR</u>
                           Official Court Reporter
8                          United States Courthouse
                           Room 6722
9                          333 Constitution Avenue, NW
                           Washington, DC 20001

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

12590

## $

**$1,000** [1] - 12453:1

## '

**'consistent** [1] - 12443:3

## /

**/s/Timothy** [1] - 12589:7

## 0

**06511** - 12436:22

## 1

**1** [7] - 12439:3, 12439:9, 12439:13, 12516:14, 12516:24, 12518:7, 12541:20
**1-ETHAN** [1] - 12436:4
**10** [7] - 12499:13, 12509:16, 12509:20, 12519:13, 12520:19, 12520:22, 12571:12
**100** [3] - 12516:14, 12516:24, 12518:7
**10003** [1] - 12436:18
**10016** [1] - 12437:13
**1014** [1] - 12437:9
**11** [2] - 12495:15, 12498:11
**112** [2] - 12519:5, 12521:10
**113** [1] - 12437:15
**1138X** [1] - 12502:11
**12** [2] - 12475:10, 12505:15
**120X** [1] - 12537:11
**123X** [1] - 12555:16
**129X** [1] - 12576:2
**12:28** [1] - 12581:7
**12:30** [1] - 12581:5
**12:37** [1] - 12588:24
**12th** [1] - 12571:9
**13** [2] - 12481:12, 12481:15
**131X** [1] - 12577:15
**14** [1] - 12471:13
**140X** [1] - 12556:11
**1420** [1] - 12436:24
**15** [5] - 12493:13, 12561:14, 12566:1, 12576:22
**153** [1] - 12437:5
**159X** [1] - 12508:25

**16** [2] - 12505:19, 12509:24
**163X** [1] - 12542:20
**17** [1] - 12507:4
**172X** [1] - 12565:13
**1776** [1] - 12570:16
**18** [1] - 12538:16
**1:05** [1] - 12477:2
**1:07** [1] - 12540:5
**1:15** [1] - 12477:11
**1:21-cr-00175-TJK-1** [1] - 12436:2
**1:21-cr-00175-TJK-2** [1] - 12436:3
**1:21-cr-00175-TJK-3** [1] - 12436:3
**1:21-cr-00175-TJK-5** [1] - 12436:4
**1:21-cr-00175-TJK-6** [1] - 12436:4
**1:29** [1] - 12523:17
**1:30** [1] - 12581:14
**1:38** [1] - 12525:23
**1:44:36** [2] - 12479:21, 12479:22
**1:45** [3] - 12587:18, 12588:21, 12588:23
**1:48** [1] - 12526:10
**1:49** [2] - 12474:7, 12477:22
**1:50** [1] - 12526:13
**1:50:04** [1] - 12479:21
**1:52:38** [1] - 12478:6
**1:59:03** [1] - 12478:16
**1st** [1] - 12436:21

## 2

**2** [5] - 12439:4, 12439:9, 12439:13, 12478:4, 12527:20
**2-JOSEPH** [1] - 12436:5
**20** [3] - 12471:25, 12516:8, 12581:19
**20001** [2] - 12437:19, 12589:9
**20005** [1] - 12436:22
**202** [3] - 12436:15, 12436:25, 12437:20
**2021** [9] - 12478:1, 12479:16, 12512:3, 12527:18, 12555:10, 12559:20, 12569:7, 12569:21, 12571:4
**2023** [2] - 12436:6, 12589:6
**203** [1] - 12436:22
**20530** [1] - 12436:15
**20777** [1] - 12437:3

**209** - 12437:6
**20th** [1] - 12436:17
**21-175** [2] - 12439:2, 12521:7
**24** [1] - 12494:4
**240** [1] - 12437:3
**25** [2] - 12481:19, 12541:20
**252-7233** [1] - 12436:15
**253** [1] - 12492:19
**253-0514** [1] - 12437:13
**27** [2] - 12565:7, 12574:1
**29** [1] - 12472:6
**2:03** [1] - 12480:23
**2:03:59** [1] - 12483:4
**2:04** [1] - 12483:23
**2:06** [1] - 12483:25
**2:12** [1] - 12521:23
**2:12:33** [1] - 12509:14
**2:13:14** [1] - 12512:3
**2:14:25** [1] - 12527:5
**2:15:50** [1] - 12537:22
**2:16:59** [1] - 12540:23
**2:19:39** [2] - 12527:22, 12528:3
**2:23:22** [1] - 12543:2
**2:23:56** [1] - 12545:18
**2:24** [1] - 12528:5
**2:25** [1] - 12526:24
**2:25:01** [1] - 12547:19
**2:25:30** [1] - 12528:18
**2:26** [1] - 12525:14
**2:26:43** [1] - 12550:4
**2:27:16** [1] - 12550:5
**2:27:47** [1] - 12529:6
**2:28:46** [1] - 12571:7
**2:30:09** [1] - 12552:24
**2:30:50** [1] - 12555:10
**2:34:20** [1] - 12557:2
**2:34:32** [1] - 12558:10
**2:35:55** [1] - 12559:23
**2:36:26** [1] - 12560:3
**2:37** [2] - 12555:13, 12560:13
**2:38:13** [1] - 12569:9
**2:39:39** [1] - 12571:14
**2:39:46** [2] - 12569:23, 12569:24
**2:40** [2] - 12568:18, 12577:13
**2:40:46** [1] - 12569:23
**2:40:55** [1] - 12572:3
**2:40:59** [1] - 12566:5
**2:42:20** [1] - 12577:11
**2:42:34** [1] - 12570:13
**2:42:48** [1] - 12578:1

**2:43:34** [1] - 12579:6
**2:44:48** [1] - 12570:13

## 3

**3** [5] - 12439:4, 12439:10, 12439:14, 12470:12, 12495:14
**3-ZACHARY** [1] - 12436:5
**30** [3] - 12440:11, 12497:13, 12497:17
**305** [2] - 12437:7, 12437:10
**32** [1] - 12467:6
**33012** [1] - 12437:6
**33014** [1] - 12437:6
**333** [2] - 12437:19, 12589:9
**35** [1] - 12476:2
**354-3111** [1] - 12437:20
**36** [1] - 12476:6
**38** [1] - 12509:25
**383** [1] - 12436:21
**39** [1] - 12522:10
**393-3017** [1] - 12436:22
**3:14** [1] - 12495:16
**3:32** [1] - 12496:2

## 4

**4** [1] - 12439:11
**40** [4] - 12467:12, 12497:21, 12497:25, 12566:13
**400** [2] - 12551:7, 12551:8
**400P** [1] - 12511:16
**400Q** [3] - 12550:19, 12551:5, 12551:9
**401** [1] - 12551:7
**401P** [1] - 12549:5
**401Q** [1] - 12549:17
**401T** [1] - 12552:3
**403** [2] - 12447:6, 12581:22
**403-7323** [1] - 12437:7
**403G** [1] - 12558:2
**404UU** [3] - 12507:17, 12507:19, 12508:6
**405I** [1] - 12553:4
**405M** [1] - 12554:17
**405N** [1] - 12553:25
**41** [2] - 12514:11, 12522:5
**411B** [1] - 12462:2
**411C** [1] - 12471:1
**414A** [1] - 12504:16

**414B** [1] - 12506:4
**414D** [1] - 12496:15
**42** [1] - 12501:7
**420B** [1] - 12464:4
**420C** [1] - 12474:12
**420CX** [1] - 12474:9
**429-6520** [1] - 12436:25
**429B** [1] - 12503:18
**429C** [2] - 12485:7, 12498:19
**431A** [1] - 12560:20
**433C** [1] - 12563:3
**44** [2] - 12436:8, 12515:7
**44,000** [1] - 12457:8
**448** [1] - 12532:4
**45** [1] - 12579:3
**451X** [2] - 12465:20, 12473:16
**459A** [2] - 12567:3, 12567:19
**459B** [1] - 12574:4
**459BX** [1] - 12574:19
**459C** [2] - 12579:7, 12579:18
**472-3391** [1] - 12437:3
**476X** [3] - 12469:5, 12469:9, 12469:21
**48** [1] - 12494:23
**49** [4] - 12437:9, 12467:16, 12483:2, 12538:20
**497L** [1] - 12500:16
**498** [1] - 12532:3
**498A** [2] - 12518:11, 12518:21
**498B** [1] - 12531:2
**499B** [1] - 12531:4
**4:16** [1] - 12557:7
**4:28** [1] - 12557:15
**4r** [1] - 12436:18
**4th** - 12436:14

## 5

**5** [2] - 12439:5, 12439:14
**5-ENRIQUE** [1] - 12436:6
**50** [1] - 12561:24
**500-84** [1] - 12570:22
**510-36** [1] - 12477:23
**52** [1] - 12539:1
**530-5** [2] - 12569:13, 12570:10
**54** [3] - 12476:14, 12548:3, 12548:7
**55** [3] - 12468:1, 12476:16, 12501:22

**555** [1] - 12436:14
**56** [1] - 12544:23
**57** [2] - 12516:1, 12536:19
**58** [3] - 12498:6, 12515:20, 12539:17
**59** [1] - 12468:8
**59047** [1] - 12437:16
**5:08** [1] - 12545:4

## 6

**6** [3] - 12439:5, 12439:12, 12439:15
**6-DOMINIC** [1] - 12436:6
**600-58** [1] - 12559:10
**600-59** [1] - 12570:4
**6175** [1] - 12437:5
**646** [1] - 12437:13
**6722** [2] - 12437:18, 12589:8
**6th** [21] - 12437:12, 12456:14, 12456:17, 12456:23, 12458:16, 12458:19, 12478:1, 12479:16, 12512:3, 12527:18, 12529:8, 12550:4, 12550:6, 12552:24, 12555:10, 12558:10, 12559:5, 12559:20, 12569:7, 12569:21, 12571:4

## 7

**7** [1] - 12436:17
**7166** [1] - 12437:2
**764-9347** [1] - 12437:16
**775** [1] - 12437:16

## 8

**8** [1] - 12436:6
**822-2901** [1] - 12437:10
**8th** [1] - 12589:6

## 9

**902-3869** [1] - 12436:19
**917** [1] - 12436:19
**99** [1] - 12437:12
**9:00** [1] - 12436:6
**9:15** [1] - 12498:19

## A

**A.m** [1] - 12560:15
**a.m** [3] - 12436:6, 12521:24, 12560:14
**ability** [2] - 12446:6, 12589:6
**able** [8] - 12450:2, 12459:3, 12485:17, 12490:19, 12526:24, 12537:25, 12557:7, 12562:15
**absurd** [3] - 12581:25, 12583:17, 12588:4
**abuse** [1] - 12582:10
**accelerate** [1] - 12478:22
**access** [1] - 12585:21
**accessible** [1] - 12582:17
**accommodated** [1] - 12453:11
**accommodation** [1] - 12520:17
**according** [4] - 12550:2, 12552:22, 12555:8, 12558:9
**account** [2] - 12536:3, 12536:6
**accurate** [2] - 12485:23, 12589:3
**acknowledged** [1] - 12445:16
**acting** [1] - 12458:1
**action** [1] - 12585:9
**active** [1] - 12568:22
**addition** [1] - 12570:18
**additional** [2] - 12456:16, 12456:18
**address** [2] - 12440:23, 12444:9
**admission** [6] - 12469:21, 12518:21, 12551:5, 12563:17, 12567:19, 12579:18
**admit** [2] - 12508:6, 12582:2
**admitted** [100] - 12462:3, 12464:9, 12464:10, 12464:12, 12465:21, 12465:23, 12469:6, 12469:9, 12469:22, 12471:2, 12471:4, 12474:13, 12474:15, 12479:5, 12479:7, 12480:13, 12480:15, 12483:9, 12483:11, 12485:9, 12485:11, 12487:11,

12487:13, 12496:17, 12496:20, 12500:17, 12500:19, 12502:12, 12502:14, 12503:19, 12503:21, 12504:19, 12504:24, 12506:5, 12506:7, 12507:18, 12508:7, 12509:1, 12509:3, 12511:17, 12518:22, 12519:6, 12521:11, 12527:10, 12527:14, 12529:13, 12529:15, 12531:17, 12531:19, 12533:7, 12533:9, 12536:10, 12537:12, 12537:14, 12541:1, 12541:3, 12542:21, 12542:23, 12545:12, 12545:14, 12547:9, 12547:11, 12549:6, 12549:18, 12550:20, 12551:6, 12551:9, 12553:5, 12555:17, 12555:19, 12556:12, 12556:14, 12559:11, 12559:13, 12560:21, 12560:23, 12563:8, 12563:10, 12563:18, 12565:14, 12565:16, 12567:5, 12567:7, 12567:12, 12567:20, 12569:1, 12570:23, 12570:25, 12572:22, 12572:24, 12574:17, 12574:21, 12574:23, 12574:24, 12576:3, 12576:5, 12577:16, 12577:18, 12579:19, 12580:18
**admonished** [1] - 12456:15
**Adobe** [1] - 12585:21
**Adolf** [2] - 12584:10, 12584:17
**advance** [1] - 12452:25
**advisement** [1] - 12587:20
**affect** [1] - 12457:15
**affirmatively** [1] - 12507:20
**afield** [1] - 12456:24
**Agent** [43] - 12460:10, 12460:11, 12460:16, 12461:15, 12462:8, 12463:20, 12464:7, 12464:15, 12465:17, 12469:13, 12469:25, 12473:21, 12477:19, 12479:10, 12480:18,

12481:25, 12482:7, 12483:14, 12488:6, 12493:14, 12500:22, 12503:24, 12504:21, 12507:24, 12508:11, 12509:6, 12511:22, 12513:8, 12518:6, 12519:16, 12521:13, 12521:17, 12530:10, 12533:13, 12535:15, 12537:17, 12540:16, 12545:8, 12551:12, 12561:2, 12565:10, 12567:14, 12581:11
**agent** [1] - 12446:20
**ago** [1] - 12455:2
**agree** [2] - 12440:17, 12443:21
**agreed** [1] - 12452:11
**ahead** [5] - 12530:4, 12538:20, 12541:19, 12556:22, 12575:13
**aided** [1] - 12443:12
**aids** [1] - 12443:12
**al** [1] - 12521:7
**alcove** [1] - 12500:10
**alerted** [1] - 12443:13
**alerting** [1] - 12460:9
**allowed** [4] - 12448:13, 12449:12, 12449:14, 12451:5
**alpha** [3] - 12504:17, 12560:20, 12567:4
**alternative** [2] - 12583:23, 12584:7
**AMERICA** [1] - 12436:2
**America** [2] - 12439:3, 12521:7
**American** [2] - 12469:2, 12472:12
**amusement** [1] - 12575:20
**anchor** [1] - 12457:9
**answer** [3] - 12445:10, 12449:15, 12516:17
**answered** [3] - 12447:16, 12451:21, 12516:18
**answering** [1] - 12477:19
**anticipated** [1] - 12452:21
**apart** [2] - 12484:11, 12487:6
**apologize** [2] - 12668:1, 12548:4
**appear** [3] - 12518:15, 12518:19, 12557:24
**APPEARANCES** [2] -

12436:11, 12437:1
**appeared** [2] - 12509:19, 12546:7
**applies** [1] - 12445:6
**approached** [1] - 12538:14
**approaching** [1] - 12538:11
**appropriate** [4] - 12452:6, 12456:2, 12456:9, 12493:5
**approximate** [9] - 12496:12, 12504:22, 12512:4, 12541:9, 12550:9, 12554:5, 12560:12, 12578:3, 12579:15
**area** [22] - 12461:18, 12462:10, 12485:16, 12487:19, 12497:19, 12502:23, 12504:22, 12506:14, 12506:15, 12506:16, 12513:2, 12513:8, 12513:12, 12513:14, 12522:6, 12524:16, 12536:6, 12536:13, 12556:17, 12556:19, 12556:20
**argue** [12] - 12443:2, 12443:9, 12445:1, 12445:2, 12445:4, 12445:5, 12445:15, 12448:25, 12449:9, 12455:13
**arguing** [1] - 12586:16
**argument** [3] - 12583:4, 12583:19, 12584:15
**arguments** [3] - 12581:25, 12583:9, 12583:16
**arm** [2] - 12548:8, 12548:10
**arms** [1] - 12504:11
**arrest** [1] - 12560:5
**arresting** [2] - 12537:2, 12537:3
**arrow** [1] - 12495:7
**arrows** [2] - 12487:23, 12493:17
**Arthur** [4] - 12475:25, 12497:5, 12498:14, 12540:19
**artistic** [1] - 12582:6
**aside** [1] - 12446:15
**associated** [1] - 12472:23
**assume** [1] - 12457:11
**AT** [1] - 12437:15
**atmosphere** [1] -

12457:14
**attempt** [1] - 12535:20
**attention** [4] -
12457:23, 12583:11,
12586:18, 12587:1
**ATTORNEY** [1] -
12437:15
**attorney** [1] -
12520:12
**ATTORNEY'S** [1] -
12436:14
**audio** [5] - 12439:21,
12439:23, 12440:6,
12534:2, 12571:21
**available** [1] -
12457:20
**Avenue** [3] -
12437:12, 12437:19,
12589:9
**avoid** [1] - 12459:2
**avoidable** [1] -
12458:1
**avoiding** [2] -
12458:9, 12458:13
**aware** [2] - 12500:2,
12559:7
**awesome** [2] -
12478:17, 12532:14

## B

**B.A** [1] - 12436:12
**back-and-forth** [1] -
12442:14
**backdrop** [1] -
12458:6
**background** [3] -
12458:19, 12508:15,
12586:8
**bad** [5] - 12581:25,
12582:1, 12583:16,
12583:19, 12584:12
**bad-faith** [3] -
12581:25, 12583:16,
12583:19
**bandana** [1] - 12469:2
**barricades** [3] -
12476:23, 12499:25,
12500:2
**based** [6] - 12452:5,
12516:23, 12517:14,
12518:6, 12546:6,
12584:13
**basis** [5] - 12488:25,
12489:1, 12489:6,
12489:11, 12489:12
**baton** [1] - 12540:8
**beanie** [1] - 12491:8
**Beard** [2] - 12529:2,
12529:3

**beat** [1] - 12484:4
**became** [2] - 12467:6,
12506:24
**become** [3] - 12476:8,
12476:18, 12498:1
**becoming** [1] -
12455:19
**BEFORE** [1] - 12436:9
**began** [1] - 12587:10
**begin** [1] - 12452:20
**beginning** [11] -
12456:11, 12457:10,
12474:1, 12476:23,
12490:18, 12533:18,
12535:3, 12545:17,
12553:18, 12565:20,
12573:9
**behind** [6] - 12468:14,
12488:2, 12495:11,
12497:9, 12499:1,
12534:17
**believes** [1] -
12444:23
**belonging** [1] -
12483:16
**below** [4] - 12528:5,
12528:11, 12548:23,
12581:1
**bench** [6] - 12442:12,
12446:3, 12446:9,
12493:11, 12518:4
**Bench** [2] - 12488:17,
12517:4
**beneath** [1] - 12502:9
**Bertino** [12] - 12478:9,
12478:18, 12478:20,
12529:3, 12529:4,
12569:19, 12569:24,
12570:2, 12570:12,
12570:14, 12570:16,
12570:19
**best** [1] - 12589:5
**better** [2] - 12488:11,
12571:13
**between** [9] - 12477:4,
12479:18, 12479:21,
12500:2, 12544:1,
12562:8, 12569:19,
12569:22, 12570:12
**BG** [1] - 12470:6
**big** [1] - 12445:19
**BIGGS** [1] - 12436:5
**Biggs** [79] - 12439:2,
12439:14, 12455:8,
12461:23, 12470:15,
12476:9, 12480:5,
12481:5, 12481:17,
12487:22, 12488:8,
12493:20, 12495:22,
12496:11, 12498:2,

12500:13, 12502:2,
12502:4, 12502:5,
12502:9, 12502:24,
12503:8, 12503:14,
12504:2, 12504:10,
12505:4, 12505:11,
12505:16, 12505:23,
12507:7, 12508:4,
12508:15, 12509:10,
12509:23, 12510:4,
12525:6, 12525:15,
12526:16, 12531:22,
12532:10, 12532:20,
12536:13, 12537:20,
12538:4, 12539:6,
12539:21, 12540:18,
12542:4, 12543:8,
12543:21, 12543:23,
12545:21, 12549:15,
12552:25, 12553:22,
12554:12, 12554:25,
12560:18, 12562:22,
12564:12, 12564:14,
12566:6, 12566:16,
12568:12, 12568:18,
12572:17, 12573:10,
12573:24, 12574:9,
12574:14, 12575:8,
12576:25, 12577:1,
12577:12, 12578:21,
12580:25, 12582:13,
12587:7
**Biggs's** [16] -
12502:10, 12504:22,
12507:11, 12507:15,
12508:2, 12511:6,
12526:24, 12532:15,
12536:2, 12536:6,
12536:16, 12553:24,
12554:4, 12554:20,
12578:3, 12580:23
**bike** [4] - 12496:6,
12496:8, 12501:12,
12502:22
**bit** [27] - 12458:10,
12463:17, 12463:21,
12464:24, 12465:14,
12465:15, 12472:10,
12473:18, 12475:17,
12488:1, 12488:13,
12489:17, 12490:19,
12494:1, 12501:19,
12511:14, 12526:22,
12539:8, 12539:12,
12539:25, 12540:16,
12540:17, 12564:8,
12564:25, 12565:1,
12579:8, 12580:4
**blabbing** [1] -
12458:24

**black** [7] - 12490:23,
12491:8, 12491:19,
12495:24, 12495:25,
12564:15, 12564:16
**blank** [2] - 12458:17,
12529:2
**blows** [2] - 12588:12
**blue** [4] - 12461:22,
12470:4, 12475:24,
12491:3
**bodies** [1] - 12440:5
**body** [3] - 12480:20,
12557:21, 12562:15
**Bones** [2] - 12571:6,
12582:17
**booked** [1] - 12452:25
**bottom** [9] - 12445:11,
12495:9, 12499:19,
12513:22, 12528:22,
12538:11, 12562:2,
12562:25, 12575:16
**box** [3] - 12439:23,
12461:7, 12522:2
**boy** [10] - 12462:2,
12464:4, 12472:18,
12487:10, 12503:18,
12506:4, 12531:2,
12531:4, 12574:5,
12574:20
**Boy** [2] - 12475:25,
12542:16
**boys** [1] - 12570:9
**Boys** [10] - 12471:21,
12472:23, 12479:20,
12552:1, 12552:2,
12552:21, 12555:6,
12573:7
**breach** [11] - 12471:9,
12471:10, 12474:22,
12479:2, 12481:9,
12499:6, 12499:8,
12499:10, 12500:5,
12500:13
**breached** [5] -
12476:24, 12497:19,
12499:4, 12500:25,
12513:4
**break** [2] - 12519:12,
12581:7
**Brief** [11] - 12461:3,
12461:5, 12490:14,
12519:18, 12520:23,
12520:25, 12525:3,
12525:5, 12525:24,
12544:6, 12548:2
**brief** [7] - 12463:22,
12474:10, 12485:1,
12525:22, 12526:21,
12528:16, 12539:15
**briefly** [4] - 12462:18,

12473:16, 12490:13,
12582:20
**Brig** [1] - 12570:3
**bring** [4] - 12453:10,
12456:25, 12460:2,
12461:1
**bro** [1] - 12570:14
**broadcast** [1] -
12454:7
**broken** [1] - 12522:9
**Brother** [1] - 12569:24
**brother** [1] - 12570:2
**brought** [1] -
12586:25
**brown** [2] - 12581:21,
12584:19
**building** [12] -
12500:11, 12516:5,
12516:15, 12516:24,
12517:13, 12517:16,
12518:8, 12531:23,
12532:16, 12541:17,
12558:20, 12559:2
**bunch** [2] - 12463:14,
12535:19
**buried** [1] - 12588:16
**burn** [1] - 12460:1
**BY** [229] - 12461:14,
12462:7, 12462:15,
12462:21, 12463:8,
12463:18, 12464:6,
12464:14, 12465:1,
12465:8, 12465:25,
12466:15, 12466:22,
12467:2, 12467:5,
12467:11, 12467:17,
12468:2, 12468:7,
12468:13, 12468:20,
12469:1, 12469:11,
12469:24, 12470:13,
12470:22, 12471:6,
12471:16, 12472:3,
12472:11, 12473:2,
12473:20, 12474:21,
12475:14, 12475:21,
12476:7, 12476:17,
12477:3, 12477:12,
12477:18, 12477:25,
12478:13, 12479:9,
12480:17, 12481:2,
12481:16, 12481:24,
12482:6, 12482:23,
12483:13, 12484:5,
12484:14, 12484:20,
12485:3, 12485:13,
12486:6, 12486:14,
12486:25, 12487:18,
12488:5, 12493:12,
12494:5, 12495:1,
12495:18, 12496:5,

12593

12496:25, 12497:16,
12497:24, 12498:5,
12498:10, 12498:22,
12499:15, 12499:24,
12500:21, 12501:8,
12501:23, 12502:16,
12503:5, 12503:13,
12503:23, 12504:7,
12504:20, 12505:1,
12505:8, 12505:14,
12505:22, 12506:12,
12506:21, 12507:3,
12507:10, 12507:23,
12508:9, 12509:5,
12509:18, 12510:3,
12510:11, 12511:2,
12511:19, 12512:19,
12513:1, 12513:7,
12513:20, 12514:5,
12514:14, 12515:6,
12515:12, 12515:22,
12516:11, 12516:22,
12518:5, 12518:12,
12518:24, 12521:12,
12522:4, 12522:14,
12522:21, 12523:6,
12523:16, 12523:23,
12524:21, 12525:13,
12526:1, 12526:15,
12526:23, 12527:16,
12528:17, 12529:22,
12530:9, 12530:17,
12531:5, 12531:21,
12532:6, 12533:11,
12534:9, 12534:15,
12534:23, 12535:13,
12536:1, 12536:11,
12536:22, 12537:16,
12537:24, 12538:10,
12538:21, 12538:25,
12539:13, 12540:3,
12540:13, 12541:8,
12541:21, 12542:9,
12542:25, 12543:17,
12544:11, 12544:20,
12544:24, 12545:7,
12545:16, 12546:2,
12546:12, 12547:13,
12547:24, 12548:6,
12549:7, 12549:19,
12550:23, 12551:11,
12551:21, 12552:5,
12553:6, 12553:17,
12554:2, 12554:18,
12555:24, 12556:8,
12556:16, 12556:25,
12557:6, 12557:16,
12558:4, 12558:17,
12559:15, 12560:25,
12561:18, 12562:1,
12562:14, 12563:5,

12563:13, 12563:20,
12564:10, 12564:21,
12565:9, 12565:18,
12566:3, 12566:12,
12567:13, 12567:25,
12568:10, 12568:17,
12569:5, 12569:15,
12570:6, 12570:11,
12571:2, 12571:17,
12571:22, 12572:6,
12572:11, 12573:1,
12573:14, 12574:6,
12575:1, 12575:6,
12575:14, 12576:7,
12576:23, 12577:9,
12577:19, 12577:24,
12578:14, 12578:18,
12578:24, 12579:4,
12579:10, 12579:21,
12580:2, 12580:6,
12580:13, 12580:19

## C

**camera** [11] -
12480:18, 12480:20,
12508:16, 12510:6,
12512:5, 12512:6,
12512:7, 12513:2,
12527:3, 12541:14,
12545:19
**camera's** [3] -
12464:18, 12513:9,
12541:10
**cameras** [1] -
12565:11
**campfire** [1] - 12459:2
**cannon** [2] -
12571:14, 12572:12
**Cannon** [3] - 12571:7,
12572:7, 12586:5
**Capitol** [28] -
12466:10, 12473:6,
12483:18, 12500:3,
12500:10, 12503:25,
12508:11, 12509:6,
12509:8, 12512:5,
12513:2, 12513:9,
12528:4, 12529:25,
12541:9, 12541:17,
12543:3, 12544:1,
12544:22, 12551:13,
12553:8, 12553:20,
12554:6, 12556:17,
12558:11, 12559:8,
12561:12, 12565:10
**captures** [1] - 12503:1
**care** [1] - 12444:20
**cares** [1] - 12444:6,
12455:4

**Carlson** [5] - 12454:7,
12455:9, 12457:3,
12459:9, 12459:21
**Carmen** [2] - 12437:2,
12439:11
**carnival** [1] - 12457:14
**carnival-like** [1] -
12457:14
**carriage** [1] -
12537:19
**Carrion** [1] - 12460:17
**case** [21] - 12449:20,
12449:24, 12450:11,
12451:9, 12453:4,
12456:11, 12456:14,
12456:16, 12456:22,
12457:2, 12457:10,
12457:12, 12457:13,
12457:17, 12458:11,
12458:12, 12458:25,
12460:14, 12584:16,
12587:25
**catch** [1] - 12553:19
**CCR** [3] - 12437:17,
12589:2, 12589:7
**CCTV** [2] - 12527:4,
12557:25
**celebratory** [1] -
12504:12
**cell** [1] - 12534:1
**center** [3] - 12499:20,
12550:13, 12566:25
**certainly** [1] -
12586:10
**CERTIFICATE** [1] -
12589:1
**certify** [1] - 12589:2
**cetera** [2] - 12459:22
**chamber** [1] - 12581:2
**chambers** [1] -
12578:10
**chance** [3] - 12440:7,
12447:11, 12584:3
**change** [1] - 12455:20
**changed** [1] -
12442:14
**Chansley** [1] -
12454:8
**chanting** [1] - 12568:5
**chapter** [1] - 12479:20
**Charles** [3] -
12466:24, 12467:13,
12467:20
**Charlie** [7] - 12471:1,
12474:12, 12485:7,
12498:19, 12540:25,
12563:3, 12579:7
**chart** [1] - 12519:20
**chat** [6] - 12478:1,
12478:4, 12527:17,

12527:21, 12571:6,
12587:24
**chats** [3] - 12570:19,
12571:3, 12584:24
**cheer** [1] - 12509:11
**cheered** [1] -
12509:12
**cheering** [1] -
12508:13
**chemical** [1] -
12562:18
**choose** [1] - 12457:9
**chose** [1] - 12457:10
**Chris** [2] - 12571:7,
12572:7
**Christopher** [1] -
12473:25
**circle** [16] - 12465:12,
12468:14, 12470:4,
12475:3, 12481:3,
12499:18, 12508:19,
12508:22, 12509:19,
12509:20, 12514:17,
12518:25, 12541:25,
12557:23, 12562:3,
12563:22
**circled** [19] - 12465:2,
12472:12, 12475:5,
12475:22, 12487:19,
12490:1, 12492:4,
12492:8, 12522:15,
12538:1, 12538:13,
12543:18, 12546:3,
12547:25, 12555:25,
12575:15, 12576:24,
12578:15, 12578:19
**circles** [5] - 12470:10,
12470:14, 12470:24,
12487:23, 12493:17
**Circuit** [1] - 12443:11
**clarified** [2] - 12442:1,
12442:8
**clarify** [3] - 12440:20,
12442:17, 12516:20
**clashes** [1] - 12544:1
**clean** [2] - 12443:22,
12448:3
**cleanest** [1] -
12443:21
**clear** [2] - 12446:2,
12447:21
**cleared** [1] - 12447:22
**clearest** [1] - 12489:20
**clearly** [1] - 12517:6
**CLERK** [19] - 12439:2,
12461:6, 12462:5,
12464:11, 12469:8,
12507:19, 12507:21,
12520:21, 12521:1,
12521:3, 12550:21,

12563:9, 12567:9,
12567:11, 12569:3,
12574:22, 12580:12,
12580:17, 12588:22
**click** [2] - 12583:15,
12584:21
**client** [2] - 12452:13,
12582:17
**clients** [1] - 12455:17
**climb** [3] - 12496:9,
12497:20, 12501:13
**climbed** [3] -
12505:25, 12509:11,
12545:22
**climbing** [3] -
12500:14, 12500:25,
12502:5
**climbs** [1] - 12502:25
**clip** [3] - 12564:1,
12582:1, 12582:9
**clock** [1] - 12528:25
**Clock** [5] - 12524:6,
12524:14, 12530:19,
12531:9, 12547:2
**close** [2] - 12487:5,
12562:24
**closed** [1] - 12563:24
**closer** [2] - 12466:9,
12466:11
**closing** [1] - 12445:3
**cloud** [2] - 12507:11,
12507:15
**Coast** [3] - 12452:24,
12453:2
**coat** [1] - 12470:5
**cold** [1] - 12454:20
**colleagues'** [1] -
12587:12
**colors** [1] - 12461:20
**COLUMBIA** [1] -
12436:1
**Columbus** [6] -
12561:3, 12563:16,
12563:22, 12565:23,
12568:3, 12572:19
**coming** [8] -
12452:23, 12453:1,
12453:9, 12454:19,
12504:21, 12525:19,
12565:21, 12583:4
**comment** [2] -
12443:23, 12584:9
**commentary** [2] -
12582:6, 12582:10
**comments** [1] -
12456:18
**committee** [1] -
12587:9
**compare** [2] -
12481:8, 12485:14,

12579:23
**complete** [2] - 12512:17, 12589:5
**completed** [1] - 12456:12
**completely** [3] - 12458:17, 12489:4, 12515:15
**computer** [1] - 12437:21
**computer-aided** [1] - 12437:21
**concept** [1] - 12458:16
**concern** [7] - 12454:2, 12454:22, 12455:3, 12455:7, 12457:22, 12457:25, 12459:1
**concerned** [3] - 12442:10, 12454:4, 12455:21
**conclude** [1] - 12455:12
**conference** [6] - 12446:3, 12446:9, 12488:17, 12493:11, 12517:4, 12518:4
**conferences** [1] - 12446:3
**congressional** [1] - 12587:9
**connect** [1] - 12577:3
**connected** [1] - 12548:12
**connecting** [1] - 12575:23
**Conor** [2] - 12436:13, 12439:8
**consequence** [1] - 12582:3
**consider** [4] - 12451:10, 12454:3, 12585:6, 12588:6
**considering** [1] - 12446:12
**consistent** [21] - 12441:3, 12442:4, 12442:9, 12442:16, 12442:25, 12444:2, 12444:25, 12445:10, 12445:13, 12446:5, 12446:15, 12446:21, 12447:12, 12447:25, 12448:24, 12449:3, 12449:7, 12449:13, 12450:12, 12484:8, 12484:10
**conspirator** [1] - 12586:6
**constitutes** [1] -

12589:3
**Constitution** [2] - 12437:19, 12589:9
**contain** [1] - 12469:18
**content** [1] - 12584:21
**context** [2] - 12463:1, 12583:6
**continuation** [1] - 12563:15, 12576:15
**CONTINUED** [1] - 12437:1
**controversial** [1] - 12585:12
**corner** [2] - 12470:5, 12576:16
**correct** [36] - 12440:1, 12441:5, 12443:18, 12464:11, 12485:5, 12485:6, 12494:16, 12499:20, 12499:21, 12500:11, 12500:12, 12501:16, 12501:17, 12502:9, 12513:15, 12513:16, 12514:20, 12519:3, 12526:16, 12530:24, 12531:14, 12531:23, 12531:24, 12536:3, 12541:17, 12541:18, 12545:9, 12545:10, 12546:24, 12546:25, 12550:13, 12553:13, 12564:16, 12564:17, 12567:1, 12568:19
**corrected** [1] - 12452:10
**correctly** [1] - 12455:2
**correlate** [2] - 12461:23, 12461:24
**Corridor** [5] - 12524:7, 12524:14, 12530:19, 12531:9, 12547:2
**corridor** [1] - 12547:4
**cost** [1] - 12452:25
**counsel** [1] - 12588:1
**count** [1] - 12463:12
**counter** [3] - 12454:23, 12483:3, 12523:17
**counter-rant** [1] - 12454:23
**counting** [1] - 12578:11
**country** [2] - 12569:25, 12570:9
**couple** [19] - 12446:1, 12465:5, 12474:18, 12476:18, 12481:22, 12482:3, 12486:1, 12487:6, 12497:1,

12501:22, 12526:19, 12530:7, 12540:19, 12543:23, 12544:16, 12548:23, 12555:3, 12556:5, 12571:23
**course** [1] - 12441:6
**COURT** [178] - 12436:1, 12439:16, 12439:25, 12440:2, 12440:10, 12440:14, 12440:22, 12441:10, 12441:14, 12442:7, 12443:5, 12443:20, 12444:9, 12444:16, 12445:4, 12445:8, 12445:18, 12445:21, 12445:23, 12447:2, 12447:8, 12447:10, 12447:14, 12447:17, 12447:23, 12448:1, 12448:7, 12448:9, 12448:11, 12448:15, 12448:19, 12448:22, 12449:6, 12449:10, 12449:16, 12450:6, 12450:9, 12450:15, 12450:22, 12450:24, 12451:4, 12451:7, 12451:10, 12451:13, 12451:15, 12451:18, 12451:22, 12451:25, 12452:14, 12452:16, 12453:12, 12453:25, 12454:13, 12454:18, 12456:3, 12458:4, 12459:5, 12459:14, 12459:18, 12459:24, 12460:4, 12460:6, 12460:25, 12461:8, 12462:12, 12464:12, 12465:23, 12469:22, 12471:4, 12474:15, 12479:7, 12480:15, 12483:11, 12485:11, 12487:13, 12488:22, 12489:5, 12489:14, 12489:23, 12490:4, 12490:12, 12490:16, 12491:5, 12491:13, 12491:15, 12491:17, 12491:20, 12492:1, 12492:6, 12492:9, 12492:11, 12492:13, 12492:16, 12492:21, 12492:25, 12493:7, 12496:19, 12500:19, 12502:14, 12503:20, 12504:24, 12506:7, 12508:7, 12509:3, 12511:18, 12512:17, 12512:23, 12516:20,

12517:2, 12517:8, 12517:10, 12517:14, 12517:18, 12517:25, 12518:3, 12518:22, 12519:8, 12519:11, 12519:15, 12520:2, 12520:4, 12520:12, 12520:19, 12521:8, 12527:14, 12529:15, 12531:19, 12533:9, 12537:14, 12541:3, 12542:23, 12545:14, 12547:11, 12551:6, 12551:9, 12555:19, 12556:14, 12559:13, 12560:23, 12563:12, 12563:18, 12565:16, 12567:7, 12567:20, 12570:25, 12572:24, 12574:19, 12574:21, 12574:24, 12576:5, 12577:18, 12577:21, 12579:19, 12581:6, 12581:11, 12581:13, 12581:16, 12581:18, 12582:19, 12583:18, 12583:20, 12585:2, 12585:4, 12585:9, 12586:3, 12586:7, 12586:10, 12586:14, 12586:19, 12586:23, 12587:2, 12587:4, 12587:17, 12588:5, 12588:9, 12588:15, 12588:18, 12589:1
**Court** [12] - 12437:17, 12437:18, 12441:1, 12452:9, 12454:3, 12460:8, 12520:21, 12521:3, 12586:17, 12588:22, 12588:23, 12589:7
**court** [40] - 12441:22, 12441:23, 12441:25, 12442:2, 12442:3, 12442:10, 12442:12, 12443:15, 12444:12, 12444:13, 12444:22, 12444:23, 12445:16, 12446:10, 12448:23, 12449:1, 12449:4, 12450:10, 12450:11, 12450:13, 12450:17, 12450:18, 12452:3, 12452:5, 12452:7, 12452:12, 12453:20, 12455:5, 12456:1, 12458:2, 12460:21, 12460:24, 12517:24, 12519:12, 12520:20, 12584:23

**court's** [2] - 12442:24, 12446:12
**Court's** [2] - 12446:13, 12451:16
**Courthouse** [2] - 12437:18, 12589:8
**courthouse** [1] - 12459:3
**courtroom** [5] - 12457:15, 12458:22, 12493:5, 12521:19, 12532:19
**courts** [1] - 12455:23
**coverage** [1] - 12457:14
**cowboy** [1] - 12472:13
**cows** [1] - 12455:13
**CR** [1] - 12436:2
**Cramer** [1] - 12440:8
**crazy** [1] - 12479:22
**crew** [3] - 12537:20, 12543:9, 12573:10
**Criminal** [2] - 12439:2, 12521:6
**criminal** [2] - 12582:7, 12582:10
**cross** [5] - 12440:4, 12440:9, 12488:23, 12492:16, 12493:10
**cross-examine** [1] - 12493:10
**cross-talk** [1] - 12440:4
**crowd** [7] - 12474:25, 12493:9, 12496:8, 12497:19, 12522:24, 12523:1, 12568:5
**CRR** [3] - 12437:17, 12589:2, 12589:7
**crypt** [6] - 12548:15, 12548:16, 12555:14, 12556:18, 12558:14, 12558:23
**CT** [1] - 12436:22
**cute** [1] - 12587:15

## D

**D.C** [3] - 12436:5, 12443:11, 12559:5
**data** [2] - 12453:14, 12457:8
**date** [5] - 12479:15, 12527:17, 12559:19, 12569:20, 12571:3
**dated** [1] - 12589:6
**DAVID** [1] - 12436:17
**David** [1] - 12496:16
**DAY** [1] - 12436:8
**day's** [1] - 12453:14

12595

**DC** [4] - 12436:15, 12436:25, 12437:19, 12589:9

**deal** [1] - 12445:19

**decide** [1] - 12582:22

**decision** [1] - 12442:25

**deck** [1] - 12460:12

**decorum** [1] - 12457:15

**defendant** [2] - 12488:21, 12581:21

**Defendant** [15] - 12439:3, 12439:4, 12439:5, 12439:9, 12439:10, 12439:11, 12439:12, 12439:13, 12439:14, 12439:15

**defendants** [6] - 12456:15, 12456:16, 12459:20, 12519:22, 12533:20, 12582:25

**Defendants** [3] - 12436:7, 12436:16, 12437:2

**defendants'** [1] - 12583:9

**defense** [9] - 12440:12, 12452:18, 12452:19, 12452:23, 12453:3, 12453:4, 12583:14, 12584:25, 12588:1

**Defense** [3] - 12478:4, 12478:24, 12527:20

**defined** [1] - 12582:2

**definite** [1] - 12453:7

**definitely** [1] - 12458:21

**deluge** [1] - 12587:8

**democracy** [1] - 12454:25

**demonstrative** [1] - 12494:15

**depict** [2] - 12518:15, 12518:19

**depicting** [1] - 12520:7

**depicts** [1] - 12518:16

**DEPUTY** [19] - 12439:2, 12461:6, 12462:5, 12464:11, 12469:8, 12507:19, 12507:21, 12520:21, 12521:1, 12521:3, 12550:21, 12563:9, 12567:9, 12567:11, 12569:3, 12574:22, 12580:12, 12580:17, 12588:22

**describe** [4] - 12518:15, 12535:14, 12543:5, 12585:23

**described** [1] - 12575:2

**describes** [1] - 12520:14

**describing** [1] - 12512:15

**designed** [3] - 12584:13, 12584:14, 12585:16

**detention** [1] - 12587:24

**determination** [2] - 12446:17, 12446:23

**determine** [1] - 12458:2

**developments** [2] - 12454:5, 12456:10

**device** [1] - 12483:16

**devices** [1] - 12533:17

**diagram** [2] - 12512:13, 12512:21

**dick** [1] - 12528:20

**different** [15] - 12442:1, 12449:14, 12452:10, 12457:6, 12458:11, 12458:20, 12469:17, 12489:4, 12491:12, 12493:23, 12499:6, 12499:8, 12499:9, 12503:15, 12556:19

**difficulty** [1] - 12455:6

**dimensions** [1] - 12457:11

**dire** [1] - 12456:13

**Direct** [1] - 12438:3

**direct** [2] - 12461:10, 12582:3

**DIRECT** [1] - 12461:13

**direction** [29] - 12462:11, 12462:14, 12470:3, 12473:9, 12475:8, 12475:9, 12476:10, 12476:11, 12483:20, 12483:21, 12484:23, 12494:8, 12494:10, 12494:18, 12499:2, 12501:2, 12505:23, 12505:24, 12507:6, 12507:7, 12511:3, 12511:4, 12511:6, 12512:11, 12512:12, 12541:14, 12550:1, 12551:16, 12562:20

**disagree** [2] - 12457:4, 12492:5

**discussed** [2] - 12507:11, 12511:25

**discussion** [1] - 12443:10

**dismantling** [1] - 12483:1

**display** [1] - 12584:25

**displayed** [1] - 12581:20

**disputed** [1] - 12520:7

**disputing** [1] - 12520:13

**disregard** [1] - 12583:25

**distances** [1] - 12453:22

**distinguishable** [1] - 12457:17

**distinguishes** [1] - 12457:13

**distraction** [1] - 12456:25

**distracts** [1] - 12456:19

**DISTRICT** [3] - 12436:1, 12436:1, 12436:10

**divert** [1] - 12457:23

**divider** [1] - 12575:19

**dividers** [2] - 12575:23, 12577:3

**document** [2] - 12585:21

**dome** [1] - 12548:21

**Dominic** [13] - 12439:5, 12461:24, 12465:3, 12467:22, 12468:9, 12486:10, 12487:4, 12495:4, 12499:17, 12513:25, 12518:17, 12529:24, 12556:1

**done** [3] - 12458:3, 12529:1, 12560:6

**Donohoe** [3] - 12466:24, 12467:13, 12467:20

**door** [16] - 12500:8, 12517:7, 12525:17, 12532:24, 12538:22, 12538:23, 12546:16, 12546:17, 12546:21, 12546:23, 12547:6, 12560:7, 12561:3, 12561:5, 12561:10, 12572:19

**doors** [25] - 12511:5, 12521:15, 12532:22, 12533:1, 12533:4, 12537:19, 12537:20,

12543:8, 12547:14, 12547:15, 12561:19, 12563:16, 12563:22, 12565:11, 12565:22, 12565:23, 12568:1, 12568:3, 12568:4, 12578:6, 12578:7, 12579:22, 12579:23, 12579:24

**doorway** [1] - 12568:1

**down** [19] - 12499:25, 12504:2, 12510:5, 12519:16, 12519:17, 12524:3, 12524:10, 12527:13, 12528:15, 12528:21, 12532:22, 12533:2, 12547:4, 12562:2, 12571:16, 12572:5, 12578:5, 12581:11, 12581:12

**draw** [2] - 12470:4, 12487:23

**drawn** [4] - 12468:14, 12495:7, 12499:18, 12562:3

**Drive** [1] - 12437:15

**Dubrowski** [2] - 12460:11, 12460:16

**dumped** [1] - 12457:8

**during** [1] - 12486:18

# E

**easier** [3] - 12487:24, 12539:7, 12539:14

**easiest** [1] - 12493:18

**East** [2] - 12436:17, 12437:15

**east** [6] - 12533:4, 12543:7, 12552:25, 12553:9, 12560:18, 12561:3

**Eddie** [4] - 12542:14, 12542:15, 12554:11, 12555:1

**effectively** [1] - 12520:1

**efficiency** [1] - 12444:6

**efforts** [1] - 12457:16

**eight** [3] - 12484:18, 12501:3, 12564:4

**either** [3] - 12448:3, 12453:5, 12574:18

**elder** [2] - 12573:7, 12586:6

**elders** [1] - 12571:6

**Elect** [3] - 12528:6, 12528:19, 12528:25

**elephant** [1] - 12483:8

**elicit** [1] - 12584:13

**email** [1] - 12440:16

**embedded** [5] - 12528:11, 12581:24, 12583:3, 12583:15, 12584:22

**embers** [1] - 12457:21

**embrace** [1] - 12510:12

**embraced** [1] - 12510:21

**emotion** [2] - 12582:8, 12582:10

**emotional** [1] - 12584:11

**emperor** [1] - 12559:24

**emphasized** [1] - 12458:21

**Empire** [1] - 12559:24

**employed** [1] - 12583:20

**empty** [1] - 12581:2

**end** [24] - 12452:22, 12453:13, 12453:16, 12459:13, 12460:1, 12470:24, 12473:12, 12478:15, 12486:20, 12494:19, 12500:8, 12503:15, 12527:7, 12532:7, 12537:8, 12537:20, 12540:11, 12540:14, 12545:5, 12548:11, 12566:17, 12566:20, 12574:2, 12577:8

**ended** [2] - 12483:23, 12570:8

**ends** [8] - 12500:14, 12524:6, 12524:13, 12532:20, 12532:22, 12547:5, 12558:19, 12572:19

**enforce** [1] - 12517:24

**enforcement** [6] - 12473:9, 12484:25, 12486:19, 12538:12, 12561:21, 12562:21

**enjoying** [1] - 12560:5

**Enrique** [6] - 12439:5, 12529:11, 12559:5, 12568:21, 12570:7, 12583:5

**enter** [4] - 12526:16, 12533:1, 12560:8, 12568:18

**entered** [11] - 12470:25, 12516:4, 12547:6, 12547:15, 12560:10, 12560:12,

12596

12568:3, 12572:15,
12573:24, 12574:9,
12577:12
**entering** [8] -
12516:15, 12516:24,
12517:7, 12518:8,
12530:1, 12531:23,
12532:20, 12535:16
**entertain** [1] -
12460:22
**entitled** [4] - 12443:9,
12445:12, 12445:15,
12451:20
**entrance** [3] -
12466:2, 12471:7,
12494:14
**entry** [1] - 12531:25
**equally** [1] - 12454:24
**Erik** [2] - 12436:12,
12439:8
**especially** [2] -
12446:5, 12582:4
**Esq** [12] - 12436:12,
12436:12, 12436:13,
12436:13, 12436:16,
12436:20, 12436:23,
12437:2, 12437:4,
12437:8, 12437:11,
12437:14
**et** [3] - 12459:22,
12521:7
**Ethan** [12] - 12439:3,
12461:22, 12475:7,
12476:11, 12476:20,
12498:7, 12498:15,
12506:23, 12507:5,
12521:7, 12545:8,
12546:5
**evening** [1] - 12529:7
**event** [1] - 12454:11
**events** [3] - 12455:19,
12518:19, 12559:8
**eventually** [1] -
12494:10
**everywhere** [1] -
12587:25
**evidence** [19] -
12443:13, 12446:16,
12446:18, 12451:8,
12457:5, 12458:22,
12460:21, 12477:24,
12498:20, 12530:16,
12531:3, 12544:5,
12552:4, 12558:3,
12559:7, 12569:14,
12574:18, 12581:23,
12582:3
**evident** [1] - 12582:1
**exactly** [2] - 12441:2,
12583:5

**examination** [1] -
12461:11
**Examination** [1] -
12438:3
**EXAMINATION** [1] -
12461:13
**examine** [1] -
12493:10
**excuse** [8] - 12508:12,
12509:25, 12527:3,
12532:4, 12540:17,
12548:3, 12555:14,
12566:6
**Exhibit** [4] - 12537:11,
12549:5, 12574:4,
12576:2
**exhibit** [12] -
12443:17, 12487:6,
12492:19, 12493:14,
12494:15, 12547:18,
12565:20, 12582:4,
12585:12, 12587:22,
12588:2, 12588:16
**Exhibit-1132** [1] -
12511:24
**Exhibit-113X** [1] -
12547:8
**Exhibit-153X** [1] -
12545:11
**Exhibit-253** [1] -
12480:12
**Exhibit-404V** [1] -
12536:8
**Exhibit-409A** [1] -
12533:6
**Exhibit-410E** [1] -
12483:8
**Exhibit-410G** [1] -
12572:20
**Exhibit-425** [1] -
12513:6
**Exhibit-430B** [1] -
12487:9
**Exhibit-430C** [1] -
12540:24
**Exhibit-432X** [1] -
12529:12
**Exhibit-448** [1] -
12531:16
**Exhibit-455A** [1] -
12580:10
**Exhibit-485** [1] -
12544:4
**Exhibit-499A** [1] -
12530:15
**Exhibit-510-37** [1] -
12527:9
**Exhibit-546-5** [1] -
12479:4
**Exhibit-600-59** [1] -

12568:25
**exhibits** [10] -
12443:16, 12581:25,
12582:25, 12583:2,
12583:14, 12583:15,
12584:2, 12585:5,
12585:20, 12586:21
**exited** [3] - 12543:9,
12555:13
**exiting** [1] - 12537:20
**exits** [1] - 12558:24
**exonerating** [1] -
12588:19
**explaining** [1] -
12586:8
**explode** [1] -
12528:20
**exposure** [1] -
12458:16
**expression** [2] -
12527:1, 12584:14
**expressions** [1] -
12573:20
**extensive** [2] -
12458:7, 12458:8
**extent** [4] - 12462:3,
12471:2, 12487:11,
12574:17
**exterior** [1] - 12469:16
**extraction** [1] -
12534:1
**eyes** [1] - 12478:18

# F

**face** [3] - 12526:24,
12527:1, 12583:16
**facial** [1] - 12573:20
**facing** [1] - 12549:25
**fact** [5] - 12441:25,
12446:23, 12458:22,
12458:24, 12586:21
**facts** [1] - 12584:13
**fair** [4] - 12455:23,
12520:8, 12588:12,
12588:18
**faith** [11] - 12458:1,
12488:25, 12489:1,
12489:6, 12489:11,
12489:12, 12581:25,
12582:1, 12583:16,
12583:19, 12584:12
**familiar** [2] - 12534:2,
12546:17
**familiarize** [1] -
12533:19
**far** [4] - 12449:11,
12453:15, 12456:24,
12458:6
**fashion** [1] - 12504:12

**fast** [1] - 12473:16
**fast-forward** [1] -
12473:16
**fault** [1] - 12588:13
**FBI** [1] - 12557:24
**fence** [7] - 12481:7,
12481:8, 12481:17,
12482:24, 12484:10,
12484:22, 12484:24
**few** [4] - 12452:19,
12463:4, 12492:10,
12541:6
**figure** [4] - 12460:23,
12490:22, 12491:7,
12492:3
**filed** [1] - 12453:2
**filmed** [6] - 12446:20,
12446:25, 12503:25,
12505:2, 12505:3,
12529:25
**filming** [3] - 12510:6,
12514:9, 12557:20
**fine** [2] - 12449:4,
12530:8
**finish** [1] - 12560:4
**finishes** [1] -
12460:11
**Finley** [1] - 12552:12
**first** [18] - 12439:17,
12440:24, 12442:5,
12442:6, 12442:16,
12443:22, 12445:12,
12447:7, 12447:9,
12448:5, 12449:11,
12453:7, 12474:18,
12485:25, 12532:21,
12550:4
**five** [8] - 12463:14,
12466:13, 12466:18,
12473:16, 12518:9,
12534:5, 12545:24,
12546:4
**five-second** [1] -
12473:16
**FL** [2] - 12437:6,
12437:9
**flag** [4] - 12469:2,
12472:13, 12491:2,
12491:3
**flag-themed** [1] -
12472:13
**flights** [1] - 12452:24
**floor** [7] - 12522:16,
12524:13, 12548:25,
12566:20, 12574:12,
12576:14, 12581:1
**Floor** [2] - 12436:21,
12437:12
**floors** [1] - 12548:23
**Florida** [2] - 12475:25,

12542:16
**fly** [2] - 12449:19,
12449:21
**focus** [2] - 12526:3,
12588:1
**focused** [1] - 12513:2
**focusing** [1] -
12525:16
**follow** [1] - 12454:4
**followed** [2] -
12566:5, 12572:4
**following** [4] -
12450:11, 12455:6,
12455:8, 12559:7
**Fonticoba** [14] -
12470:15, 12482:1,
12487:21, 12488:2,
12493:19, 12502:3,
12502:9, 12525:7,
12525:16, 12527:25,
12528:1, 12528:3,
12529:7, 12534:18
**FOR** [1] - 12436:1
**foregoing** [1] -
12589:3
**foreground** [3] -
12491:3, 12508:15,
12580:24
**foreseeable** [1] -
12457:7
**forfeiting** [1] -
12453:23
**form** [1] - 12517:1
**forth** [2] - 12442:14,
12454:12
**fortuitous** [1] -
12454:18
**forward** [17] -
12464:24, 12464:25,
12465:14, 12465:15,
12465:16, 12473:16,
12481:23, 12487:25,
12488:10, 12490:19,
12499:5, 12511:14,
12518:1, 12539:8,
12539:11, 12564:8,
12565:1
**fought** [1] - 12455:20
**foundation** [1] -
12489:11
**four** [9] - 12466:18,
12468:12, 12496:22,
12496:23, 12505:9,
12529:21, 12534:16,
12535:12, 12556:22
**Fox** [1] - 12454:7
**fragment** [1] -
12491:12
**frame** [15] - 12440:6,
12473:17, 12488:4,

12597

12488:12, 12490:22, 12491:24, 12514:1, 12515:16, 12539:25, 12575:13
**frames** [5] - 12481:23, 12482:4, 12492:12, 12530:7, 12564:8
**frankly** [1] - 12587:16
**front** [16] - 12441:4, 12442:19, 12444:12, 12452:4, 12459:19, 12461:18, 12464:18, 12466:16, 12479:24, 12493:4, 12497:6, 12503:9, 12517:20, 12566:5, 12568:12
**fuck** [2] - 12528:24, 12537:2
**fucking** [2] - 12529:1, 12569:10
**full** [1] - 12589:4

## G

**Gabriel** [1] - 12544:13
**gaiter** [6] - 12488:19, 12489:2, 12489:4, 12489:21, 12490:23, 12491:8
**gallery** [2] - 12578:8, 12578:9
**gamma** [1] - 12572:21
**Garcia** [2] - 12544:13, 12545:1
**gasoline** [1] - 12457:21
**gear** [1] - 12486:19
**general** [1] - 12454:5
**generally** [2] - 12455:24, 12456:23
**gentlemen** [3] - 12461:9, 12519:12, 12581:8
**George** [9] - 12542:14, 12542:15, 12554:11, 12555:1, 12564:24, 12565:6, 12566:7, 12568:12, 12578:22
**gesture** [5] - 12471:18, 12471:20, 12471:21, 12474:1, 12552:21
**gestures** [4] - 12472:23, 12552:19, 12555:3, 12555:6
**get-go** [1] - 12583:1
**Giddings** [1] - 12552:13
**Gilbert** [1] - 12527:25

**given** [3] - 12582:2, 12582:9, 12587:8
**glass** [2] - 12522:9, 12522:17
**good-faith** [5] - 12488:25, 12489:1, 12489:6, 12489:11, 12489:12
**Google** [11] - 12507:11, 12507:15, 12508:2, 12536:2, 12536:6, 12536:16, 12553:24, 12554:4, 12554:20, 12555:8, 12580:23
**government** [33] - 12439:7, 12440:12, 12441:7, 12443:14, 12443:21, 12443:25, 12444:5, 12446:2, 12448:20, 12450:1, 12450:25, 12451:3, 12451:20, 12452:20, 12453:8, 12455:1, 12455:13, 12456:3, 12456:6, 12459:11, 12460:15, 12490:10, 12492:19, 12520:17, 12581:20, 12582:2, 12582:5, 12584:24, 12585:11, 12587:13, 12587:17, 12588:19
**Government's** [1] - 12445:24
**government's** [5] - 12439:23, 12489:11, 12519:20, 12581:24, 12588:11
**grace** [2] - 12453:5, 12453:22
**grant** [1] - 12583:24
**granted** [2] - 12496:21, 12537:15
**grateful** [1] - 12440:7
**gray** [3] - 12491:8, 12495:24, 12564:15
**gray-and-black** [1] - 12564:15
**great** [5] - 12439:18, 12440:14, 12460:25
**greater** [1] - 12453:21
**green** [2] - 12461:23, 12500:9
**Greene** [1] - 12468:16
**ground** [3] - 12499:7, 12499:10, 12531:25
**grounds** [11] - 12455:21, 12483:18, 12503:25, 12508:11, 12509:8, 12512:5,

12513:2, 12541:10, 12551:14, 12553:8, 12587:8
**group** [45] - 12463:2, 12463:9, 12465:9, 12471:23, 12473:10, 12475:1, 12475:16, 12475:24, 12476:22, 12478:3, 12480:1, 12484:23, 12494:6, 12496:10, 12497:8, 12498:15, 12508:5, 12508:21, 12511:3, 12524:23, 12525:1, 12525:4, 12525:6, 12525:15, 12526:5, 12526:8, 12526:12, 12527:19, 12538:11, 12538:13, 12539:9, 12539:20, 12552:13, 12552:14, 12552:15, 12552:17, 12562:7, 12566:16, 12568:18, 12571:5, 12574:10, 12578:25
**Guarno** [3] - 12476:20, 12476:21, 12477:5
**guess** [4] - 12439:17, 12458:18, 12489:15, 12586:5
**guessing** [1] - 12587:6
**guilty** [1] - 12584:13
**gut** [1] - 12584:11
**guy** [3] - 12475:24, 12475:25, 12508:4
**guys** [3] - 12474:1, 12533:2, 12539:8

## H

**Haffner** [1] - 12562:6
**Haffner's** [2] - 12562:16, 12562:17
**half** [7] - 12468:19, 12475:18, 12482:20, 12484:2, 12526:20, 12534:14, 12575:12
**hallway** [22] - 12521:16, 12521:21, 12524:4, 12524:11, 12530:2, 12532:22, 12533:2, 12547:3, 12547:4, 12547:6, 12547:7, 12547:16, 12558:24, 12565:23, 12572:19, 12574:15, 12575:2, 12576:10, 12576:13, 12576:15,

12577:2, 12579:14
**hand** [24] - 12454:1, 12471:17, 12471:20, 12471:21, 12472:19, 12472:23, 12474:1, 12481:6, 12481:8, 12491:9, 12491:10, 12493:3, 12510:4, 12510:6, 12514:6, 12523:18, 12552:19, 12552:21, 12555:3, 12555:6, 12557:10, 12557:11, 12562:15, 12562:17
**handed** [1] - 12481:18
**hands** [3] - 12502:10, 12514:20, 12540:4
**hang** [1] - 12524:3
**hanging** [2] - 12530:1, 12547:6
**hangs** [1] - 12533:3
**happy** [4] - 12446:10, 12490:8, 12527:2, 12573:21
**hard** [2] - 12455:20, 12588:12
**Harris** [1] - 12490:6
**hashtag** [1] - 12560:6
**Hassan** [2] - 12437:4, 12439:11
**HASSAN** [1] - 12437:5
**hat** [3] - 12470:4, 12472:13, 12495:25
**Haven** [1] - 12436:22
**head** [2] - 12454:20, 12530:23
**headphone** [1] - 12439:19
**headphones** [2] - 12439:21, 12440:8
**headpiece** [1] - 12548:12
**Healion** [1] - 12552:15
**hear** [26] - 12439:24, 12442:13, 12445:1, 12455:16, 12456:3, 12456:6, 12458:21, 12462:12, 12462:22, 12472:4, 12472:15, 12473:3, 12492:25, 12520:4, 12532:11, 12532:13, 12534:24, 12535:1, 12536:23, 12537:1, 12544:21, 12568:5, 12582:20, 12586:7, 12587:17
**heard** [12] - 12444:22, 12446:17, 12454:6, 12462:24, 12486:15, 12487:1, 12517:3,

12517:12, 12517:13, 12542:3, 12587:5
**heat** [1] - 12457:21
**held** [1] - 12474:1
**HELD** [1] - 12436:9
**help** [1] - 12459:3
**helped** [1] - 12546:7
**helpful** [2] - 12439:22, 12520:10
**helpfully** [1] - 12477:19
**helping** [1] - 12516:3
**hereby** [1] - 12589:2
**HERNANDEZ** [61] - 12440:21, 12440:24, 12441:12, 12441:19, 12442:8, 12443:7, 12444:8, 12444:11, 12444:17, 12445:7, 12445:9, 12445:19, 12445:22, 12447:6, 12447:9, 12447:11, 12447:15, 12447:19, 12447:24, 12448:5, 12448:8, 12448:10, 12448:12, 12448:18, 12448:21, 12448:23, 12449:7, 12449:11, 12450:4, 12450:8, 12450:10, 12450:16, 12450:23, 12451:2, 12451:5, 12451:9, 12451:12, 12451:14, 12451:16, 12451:19, 12451:24, 12452:2, 12459:7, 12459:15, 12460:20, 12474:5, 12474:8, 12492:1, 12492:24, 12493:1, 12519:19, 12520:3, 12520:9, 12520:16, 12551:7, 12582:16, 12585:19, 12586:4, 12586:8, 12586:12, 12586:15
**Hernandez** [7] - 12437:2, 12439:11, 12440:15, 12442:12, 12449:17, 12459:5, 12459:25
**Hernandez's** [1] - 12477:20
**Hialeah** [1] - 12437:9
**Highland** [1] - 12437:3
**highlighted** [19] - 12466:23, 12467:6, 12467:12, 12467:18, 12468:8, 12476:8, 12476:18, 12477:13, 12497:1, 12498:1,

12598

12498:12, 12503:6,
12504:9, 12505:9,
12506:24, 12529:23,
12539:2, 12566:4,
12575:7
**highlighting** [2] -
12469:18, 12475:23
**highly** [2] - 12456:1,
12587:14
**himself** [1] - 12551:22
**hit** [1] - 12515:8
**Hitler** [3] - 12584:10,
12584:17, 12585:14
**hmm** [2] - 12491:20,
12580:17
**holding** [4] -
12472:19, 12519:3,
12531:13, 12556:2
**Hollow** [1] - 12437:2
**holy** [1] - 12535:2
**home** [1] - 12455:13
**Homelander** [1] -
12478:16
**Honor** [56] - 12439:20,
12442:9, 12442:21,
12443:11, 12445:15,
12448:6, 12452:17,
12452:24, 12453:3,
12453:17, 12456:8,
12456:24, 12459:13,
12460:20, 12461:12,
12488:15, 12488:18,
12488:21, 12488:25,
12489:4, 12489:10,
12489:13, 12489:24,
12490:9, 12490:21,
12490:24, 12490:25,
12491:2, 12491:6,
12491:14, 12491:19,
12492:2, 12492:3,
12492:18, 12492:24,
12493:1, 12516:17,
12517:1, 12517:3,
12517:5, 12518:2,
12519:10, 12519:19,
12581:4, 12581:17,
12582:4, 12582:16,
12583:13, 12584:8,
12584:15, 12584:23,
12585:13, 12585:15,
12585:19, 12586:15,
12586:20
**Honor's** [1] - 12456:20
**HONORABLE** [1] -
12436:9
**Honorable** [4] -
12520:21, 12521:3,
12521:4, 12588:22
**hoodie** [1] - 12491:19
**hope** [1] - 12454:17

**hostile** [1] - 12455:21
**hotel** [1] - 12529:11
**hour** [2] - 12581:7,
12587:19
**hours** [4] - 12457:8,
12471:11, 12483:23,
12564:2
**hug** [1] - 12477:8
**Hull** [2] - 12436:23,
12439:10
**HULL** [1] - 12436:24
**hundreds** [2] -
12583:13, 12584:20
**hunt** [1] - 12583:15

## I

**identification** [16] -
12441:3, 12441:10,
12441:15, 12442:5,
12442:15, 12443:23,
12444:25, 12445:13,
12446:8, 12446:14,
12446:22, 12448:25,
12449:3, 12449:8,
12450:13, 12489:12
**identified** [4] -
12470:24, 12489:19,
12490:11, 12493:23
**identifies** [1] -
12493:9
**identify** [1] - 12552:15
**identifying** [1] -
12443:1
**II** [1] - 12437:11
**images** [2] - 12489:1,
12584:10
**immediately** [2] -
12491:6, 12583:11
**Immortal** [1] - 12529:2
**impact** [2] - 12584:11
**importantly** [1] -
12444:24
**IN** [1] - 12436:1
**inadmissible** [1] -
12581:22
**included** [2] -
12583:3, 12588:2
**including** [2] -
12453:2, 12496:11
**incorrect** [1] - 12489:8
**indicated** [19] -
12452:18, 12460:21,
12494:13, 12495:23,
12501:14, 12502:8,
12512:20, 12513:13,
12514:19, 12519:2,
12525:14, 12530:22,
12531:12, 12541:16,
12553:12, 12561:10,

12562:25, 12564:14,
12566:24
**Indicates** [1] -
12507:20
**indicating** [154] -
12452:15, 12459:17,
12460:3, 12465:13,
12465:18, 12466:7,
12470:3, 12470:15,
12470:16, 12474:2,
12475:4, 12475:20,
12480:11, 12482:1,
12482:2, 12482:15,
12483:21, 12488:1,
12488:2, 12488:9,
12488:10, 12493:19,
12493:20, 12494:12,
12494:20, 12495:3,
12495:22, 12496:14,
12498:13, 12498:14,
12498:15, 12499:2,
12499:17, 12500:8,
12501:2, 12501:12,
12502:2, 12502:3,
12502:22, 12502:25,
12504:3, 12504:13,
12504:23, 12508:20,
12508:23, 12509:12,
12511:8, 12512:11,
12513:12, 12514:18,
12519:1, 12521:16,
12521:21, 12522:6,
12523:10, 12524:4,
12524:5, 12524:7,
12524:11, 12524:12,
12524:14, 12524:18,
12525:1, 12525:2,
12525:4, 12525:6,
12525:7, 12525:9,
12526:8, 12526:12,
12530:14, 12530:21,
12531:11, 12532:24,
12538:5, 12539:6,
12539:7, 12539:9,
12539:10, 12539:19,
12539:20, 12539:21,
12541:13, 12542:1,
12542:2, 12543:8,
12543:21, 12543:22,
12545:22, 12546:21,
12547:16, 12547:17,
12548:17, 12548:19,
12550:11, 12551:16,
12552:9, 12552:12,
12552:13, 12552:14,
12552:15, 12552:16,
12553:11, 12554:11,
12554:12, 12554:13,
12554:25, 12555:1,
12555:2, 12559:3,
12560:17, 12561:6,

12561:7, 12561:8,
12561:22, 12562:24,
12563:23, 12564:12,
12564:13, 12564:23,
12564:24, 12565:5,
12565:6, 12566:22,
12568:13, 12573:18,
12573:19, 12575:16,
12578:5, 12588:8
**indictment** [1] -
12587:23
**indigo** [1] - 12553:4
**individual** [23] -
12467:6, 12467:7,
12471:17, 12471:23,
12472:4, 12472:12,
12489:2, 12489:21,
12489:25, 12497:25,
12506:22, 12508:22,
12510:23, 12519:3,
12528:18, 12530:22,
12531:12, 12532:7,
12534:16, 12542:10,
12544:21, 12546:3,
12547:25
**individual's** [1] -
12491:19
**individuals** [26] -
12470:14, 12470:23,
12472:19, 12473:21,
12476:18, 12479:18,
12480:1, 12481:18,
12482:24, 12497:1,
12498:12, 12509:20,
12538:14, 12539:2,
12540:20, 12540:22,
12541:22, 12543:18,
12543:23, 12552:20,
12554:8, 12566:4,
12573:15, 12578:15,
12578:19, 12578:21
**infect** [1] - 12455:22
**inflame** [1] - 12585:16
**information** [4] -
12456:17, 12457:20,
12457:25, 12459:9
**inhale** [1] - 12459:4
**injection** [1] -
12584:19
**inquire** [1] - 12456:2
**inquiring** [1] -
12456:10
**inquiry** [2] - 12455:5,
12458:2
**inside** [6] - 12498:25,
12515:25, 12517:6,
12521:15, 12565:23,
12579:1
**instances** [1] -
12585:11

**instruct** [3] -
12449:22, 12450:11,
12454:13
**instructed** [2] -
12454:3, 12454:14
**instruction** [7] -
12449:19, 12450:20,
12451:10, 12506:20,
12460:22, 12460:23,
12584:9
**intelligence** [1] -
12520:11
**intend** [2] - 12439:21,
12460:15
**interaction** [2] -
12477:4, 12477:7
**interest** [1] - 12455:9
**interrupt** [1] -
12454:14
**introduce** [1] -
12443:15
**involving** [1] -
12566:16
**ironic** [1] - 12582:9
**irresponsible** [1] -
12454:24
**irritant** [1] - 12562:18
**issue** [7] - 12439:19,
12440:20, 12442:11,
12452:18, 12457:23,
12582:21, 12586:25
**itself** [1] - 12466:10
**IV** [1] - 12436:23

## J

**J6** [2] - 12454:6,
12454:11
**Jackman** [17] -
12475:25, 12497:5,
12498:14, 12540:19,
12542:2, 12543:21,
12554:12, 12555:1,
12564:12, 12564:16,
12564:23, 12566:6,
12568:12, 12574:14,
12576:25, 12578:21,
12580:8
**Jacob** [1] - 12454:8
**James** [1] - 12562:6
**January** [20] -
12456:14, 12456:17,
12456:23, 12458:16,
12458:19, 12478:1,
12479:16, 12512:3,
12527:18, 12529:8,
12550:4, 12550:6,
12552:24, 12555:10,
12558:10, 12559:5,
12559:20, 12569:7,

12599

12569:21, 12571:4
**Jason** [4] - 12436:12, 12439:7, 12476:20, 12476:21
**Jauregui** [3] - 12437:8, 12439:12, 12585:10
**JAUREGUI** [4] - 12437:8, 12582:15, 12585:8, 12585:10
**Jeremy** [2] - 12478:9, 12569:19
**jerk** [2] - 12444:14, 12444:18
**Joe** [3] - 12455:8, 12566:16, 12573:24
**John** [3] - 12436:23, 12439:10, 12479:22
**join** [4] - 12459:7, 12459:15, 12582:17, 12587:12
**joined** [2] - 12505:15, 12542:10
**joins** [3] - 12582:13, 12582:14, 12582:15
**Joseph** [21] - 12439:4, 12461:23, 12470:15, 12476:9, 12480:5, 12481:5, 12495:22, 12498:2, 12502:2, 12503:8, 12504:10, 12505:11, 12508:4, 12532:10, 12554:25, 12566:6, 12574:9, 12575:8, 12576:25, 12580:25
**Judge** [3] - 12440:4, 12457:16, 12521:4
**JUDGE** [1] - 12436:10
**judge** [2] - 12454:2, 12585:8
**jurors** [7] - 12456:12, 12456:20, 12457:22, 12458:1, 12458:15, 12458:17, 12532:18
**jury** [57] - 12439:24, 12440:12, 12440:25, 12441:1, 12441:4, 12442:3, 12442:11, 12442:22, 12442:24, 12443:2, 12443:9, 12443:12, 12443:17, 12443:19, 12444:12, 12444:22, 12445:1, 12445:2, 12445:12, 12445:15, 12446:16, 12448:23, 12449:22, 12450:18, 12452:4, 12454:4, 12455:5, 12455:14, 12455:20,

12455:21, 12456:2, 12458:6, 12461:2, 12461:6, 12461:7, 12461:20, 12470:1, 12490:3, 12490:6, 12500:22, 12502:19, 12503:24, 12509:8, 12512:9, 12517:21, 12519:14, 12521:1, 12521:2, 12524:1, 12543:5, 12545:19, 12551:12, 12563:8, 12572:1, 12581:10, 12583:25, 12585:16
**Jury** [4] - 12461:7, 12519:14, 12521:2, 12581:10
**JURY** [1] - 12436:8
**jury's** [4] - 12446:22, 12452:12, 12455:16, 12493:6
**justice** [2] - 12582:7, 12582:11

# K

**keep** [7] - 12453:10, 12470:20, 12482:12, 12548:4, 12557:12, 12575:20, 12578:17
**keeps** [2] - 12488:10, 12491:24
**Kelly** [1] - 12521:4
**KELLY** [1] - 12436:9
**KENERSON** [572] - 12446:1, 12459:17, 12459:19, 12460:3, 12460:5, 12460:7, 12460:17, 12461:12, 12461:14, 12462:1, 12462:6, 12462:7, 12462:15, 12462:17, 12462:20, 12462:21, 12463:4, 12463:6, 12463:8, 12463:16, 12463:18, 12464:2, 12464:4, 12464:6, 12464:8, 12464:14, 12464:20, 12464:22, 12465:1, 12465:4, 12465:7, 12465:8, 12465:20, 12465:25, 12466:12, 12466:15, 12466:19, 12466:21, 12466:22, 12467:2, 12467:4, 12467:5, 12467:11, 12467:16, 12467:17, 12467:25, 12468:2, 12468:5, 12468:7, 12468:12,

12468:13, 12468:18, 12468:20, 12468:23, 12468:25, 12469:1, 12469:5, 12469:10, 12469:11, 12469:20, 12469:24, 12470:9, 12470:12, 12470:13, 12470:18, 12470:20, 12470:22, 12471:1, 12471:6, 12471:13, 12471:16, 12471:25, 12472:2, 12472:3, 12472:6, 12472:9, 12472:11, 12472:24, 12473:1, 12473:2, 12473:12, 12473:15, 12473:20, 12474:4, 12474:9, 12474:12, 12474:17, 12474:20, 12474:21, 12475:10, 12475:13, 12475:14, 12475:18, 12475:21, 12476:2, 12476:5, 12476:7, 12476:14, 12476:16, 12476:17, 12477:2, 12477:3, 12477:11, 12477:12, 12477:18, 12477:23, 12477:25, 12478:10, 12478:13, 12479:4, 12479:9, 12480:12, 12480:17, 12480:24, 12481:2, 12481:12, 12481:15, 12481:16, 12481:19, 12481:22, 12481:24, 12482:3, 12482:6, 12482:12, 12482:16, 12482:19, 12482:22, 12482:23, 12483:5, 12483:7, 12483:13, 12484:1, 12484:4, 12484:5, 12484:12, 12484:14, 12484:17, 12484:20, 12485:2, 12485:3, 12485:7, 12485:13, 12485:25, 12486:3, 12486:5, 12486:6, 12486:11, 12486:13, 12486:14, 12486:20, 12486:23, 12486:25, 12487:9, 12487:15, 12487:18, 12488:4, 12488:5, 12488:12, 12489:16, 12490:2, 12490:7, 12490:17, 12491:9, 12492:5, 12492:7, 12492:10, 12492:12, 12493:12, 12494:1, 12494:3, 12494:5, 12494:22,

12494:25, 12495:1, 12495:14, 12495:18, 12496:2, 12496:4, 12496:5, 12496:15, 12496:22, 12496:25, 12497:13, 12497:16, 12497:21, 12497:24, 12498:5, 12498:8, 12498:10, 12498:18, 12498:22, 12499:13, 12499:15, 12499:22, 12499:24, 12500:16, 12500:21, 12501:3, 12501:6, 12501:8, 12501:18, 12501:21, 12501:23, 12502:11, 12502:16, 12503:3, 12503:5, 12503:13, 12503:18, 12503:23, 12504:5, 12504:7, 12504:16, 12504:20, 12505:1, 12505:6, 12505:8, 12505:14, 12505:19, 12505:21, 12505:22, 12506:3, 12506:9, 12506:12, 12506:18, 12506:21, 12507:3, 12507:10, 12507:17, 12507:20, 12507:22, 12507:23, 12508:6, 12508:9, 12508:25, 12509:5, 12509:15, 12509:18, 12509:24, 12510:2, 12510:3, 12510:8, 12510:10, 12510:11, 12510:25, 12511:2, 12511:16, 12511:19, 12512:15, 12512:19, 12512:24, 12513:1, 12513:5, 12513:7, 12513:17, 12513:19, 12513:20, 12514:1, 12514:4, 12514:5, 12514:11, 12514:14, 12515:3, 12515:5, 12515:6, 12515:9, 12515:11, 12515:12, 12515:17, 12515:19, 12515:22, 12516:7, 12516:10, 12516:11, 12516:22, 12517:19, 12518:5, 12518:10, 12518:12, 12518:21, 12518:24, 12519:5, 12519:10, 12521:9, 12521:12, 12522:1, 12522:3, 12522:4, 12522:10, 12522:13, 12522:14, 12522:20, 12522:21, 12523:3,

12523:5, 12523:6, 12523:14, 12523:16, 12523:20, 12523:22, 12523:23, 12524:19, 12524:21, 12525:8, 12525:10, 12525:13, 12525:20, 12526:1, 12526:9, 12526:13, 12526:15, 12526:18, 12526:23, 12527:7, 12527:9, 12527:16, 12528:13, 12528:15, 12528:17, 12529:12, 12529:17, 12529:20, 12529:22, 12530:4, 12530:6, 12530:9, 12530:15, 12530:17, 12531:2, 12531:5, 12531:15, 12531:21, 12532:3, 12532:6, 12533:5, 12533:11, 12534:5, 12534:8, 12534:9, 12534:13, 12534:15, 12534:20, 12534:22, 12534:23, 12535:9, 12535:11, 12535:13, 12535:22, 12535:24, 12536:1, 12536:8, 12536:11, 12536:18, 12536:21, 12536:22, 12537:7, 12537:10, 12537:16, 12537:23, 12537:24, 12538:7, 12538:9, 12538:10, 12538:16, 12538:19, 12538:21, 12538:25, 12539:11, 12539:13, 12539:17, 12539:22, 12539:24, 12540:3, 12540:10, 12540:13, 12540:24, 12541:5, 12541:8, 12541:19, 12541:21, 12542:6, 12542:8, 12542:9, 12542:18, 12542:20, 12542:25, 12543:11, 12543:14, 12543:17, 12544:4, 12544:10, 12544:11, 12544:16, 12544:19, 12544:20, 12544:23, 12544:24, 12545:2, 12545:4, 12545:7, 12545:11, 12545:16, 12545:24, 12546:2, 12546:8, 12546:10, 12546:12, 12547:8, 12547:13, 12547:21, 12547:24, 12548:3, 12548:6, 12549:5, 12549:7, 12549:17,

12600

12549:19, 12550:19, 12550:22, 12550:23, 12551:5, 12551:8, 12551:11, 12551:19, 12551:21, 12552:3, 12552:5, 12553:4, 12553:6, 12553:15, 12553:17, 12553:25, 12554:2, 12554:17, 12554:18, 12555:16, 12555:21, 12555:24, 12556:4, 12556:7, 12556:8, 12556:11, 12556:16, 12556:21, 12556:25, 12557:4, 12557:6, 12557:12, 12557:14, 12557:16, 12558:2, 12558:4, 12558:15, 12558:17, 12559:10, 12559:15, 12560:20, 12560:25, 12561:14, 12561:17, 12561:18, 12561:24, 12562:1, 12562:11, 12562:13, 12562:14, 12563:3, 12563:5, 12563:7, 12563:11, 12563:13, 12563:17, 12563:20, 12564:4, 12564:7, 12564:10, 12564:18, 12564:20, 12564:21, 12565:3, 12565:7, 12565:9, 12565:13, 12565:18, 12565:24, 12566:1, 12566:3, 12566:9, 12566:11, 12566:12, 12567:3, 12567:10, 12567:13, 12567:19, 12567:22, 12567:24, 12567:25, 12568:7, 12568:9, 12568:10, 12568:15, 12568:17, 12568:25, 12569:4, 12569:5, 12569:13, 12569:15, 12570:4, 12570:6, 12570:10, 12570:11, 12570:22, 12571:2, 12571:16, 12571:17, 12571:20, 12571:22, 12572:5, 12572:6, 12572:9, 12572:11, 12572:20, 12573:1, 12573:11, 12573:13, 12573:14, 12573:25, 12574:4, 12574:6, 12574:14, 12574:20, 12575:1, 12575:4, 12575:6, 12575:11, 12575:14, 12576:2, 12576:7,

12576:20, 12576:22, 12576:23, 12577:4, 12577:6, 12577:9, 12577:15, 12577:19, 12577:24, 12578:12, 12578:14, 12578:17, 12578:18, 12578:24, 12579:2, 12579:4, 12579:7, 12579:10, 12579:17, 12579:21, 12579:25, 12580:2, 12580:4, 12580:6, 12580:10, 12580:13, 12580:16, 12580:18, 12580:19, 12581:4, 12582:24, 12586:24, 12587:3, 12587:22

**Kenerson** [19] - 12436:12, 12439:8, 12440:19, 12441:24, 12452:8, 12459:18, 12460:4, 12488:20, 12489:14, 12493:2, 12493:8, 12512:18, 12516:20, 12517:10, 12519:8, 12521:8, 12582:19, 12582:22, 12587:21

**Kenerson's** [1] - 12461:10

**Kenerson..............
12461** [1] - 12438:3

**kept** [2] - 12444:19, 12444:20

**Kevin** [7] - 12498:14, 12542:1, 12542:3, 12554:15, 12554:24, 12566:5, 12568:12

**key** [4] - 12441:21, 12445:16, 12445:17, 12445:22

**kind** [23] - 12453:5, 12457:1, 12483:20, 12494:11, 12494:17, 12494:18, 12495:2, 12495:6, 12495:9, 12500:10, 12501:14, 12502:23, 12504:1, 12510:16, 12532:23, 12533:3, 12547:6, 12548:11, 12557:21, 12562:18, 12575:15, 12575:20, 12581:1

**known** [3] - 12454:8, 12456:11, 12588:14

**knows** [2] - 12442:10, 12582:5

**Kuznetsov** [2] - 12528:6, 12528:19

# L

**lack** [1] - 12520:10
**ladies** [3] - 12461:9, 12519:12, 12581:8
**Lake** [1] - 12437:15
**Lakes** [1] - 12437:6
**language** [1] - 12585:24
**large** [1] - 12457:15
**largely** [2] - 12457:16, 12460:12
**larger** [1] - 12523:1
**last** [14] - 12454:15, 12464:23, 12473:22, 12483:22, 12515:14, 12545:8, 12554:24, 12560:7, 12564:1, 12570:8, 12577:7, 12584:9, 12588:11
**late** [2] - 12452:20, 12453:20
**latter** [1] - 12440:20
**law** [12] - 12449:5, 12449:20, 12449:23, 12450:11, 12454:4, 12473:9, 12484:25, 12486:18, 12538:12, 12561:21, 12562:21
**LAW** [3] - 12437:5, 12437:8, 12437:15
**lawn** [11] - 12494:19, 12496:11, 12501:1, 12504:2, 12505:3, 12506:14, 12506:15, 12506:16, 12540:18, 12540:22, 12545:9
**lawyer** [1] - 12517:24
**lawyers** [1] - 12518:1
**lead** [4] - 12443:5, 12466:6, 12466:7, 12495:7
**leader** [1] - 12478:25
**Leader** [1] - 12457:19
**leading** [5] - 12441:9, 12441:20, 12441:21, 12442:20, 12512:14
**leads** [1] - 12566:19
**least** [5] - 12440:19, 12453:5, 12453:14, 12457:10, 12587:10
**leave** [2] - 12451:8, 12569:10
**leaves** [1] - 12532:24
**leaving** [1] - 12558:19
**led** [3] - 12441:7, 12443:3, 12443:8
**left** [25] - 12461:17, 12467:18, 12468:21, 12470:5, 12491:3,

12491:7, 12494:14, 12494:16, 12499:19, 12500:10, 12501:15, 12510:18, 12512:13, 12512:20, 12514:24, 12515:1, 12515:13, 12524:3, 12530:1, 12550:13, 12556:23, 12560:7, 12560:18, 12566:25
**left-most** [1] - 12501:15
**legitimate** [1] - 12457:25
**legs** [1] - 12502:10
**lengthy** [3] - 12442:13, 12443:10, 12456:13
**Leo** [3] - 12528:6, 12528:19, 12528:25
**less** [1] - 12440:17
**license** [1] - 12582:1
**lie** [1] - 12454:11
**limited** [1] - 12517:10
**limiting** [2] - 12460:22, 12460:23
**line** [6] - 12445:11, 12466:17, 12481:10, 12495:11, 12571:9, 12575:20
**lines** [1] - 12479:24
**link** [6] - 12528:10, 12581:24, 12583:15, 12584:22, 12585:22
**link/tweet** [1] - 12528:11
**links** [4] - 12583:3, 12584:24, 12585:3, 12585:25
**listened** [1] - 12454:21
**litigation** [1] - 12587:25
**Livingston** [1] - 12437:16
**LLC** [1] - 12436:20
**lo** [1] - 12455:2
**located** [1] - 12566:18
**location** [18] - 12462:9, 12464:16, 12480:10, 12485:14, 12508:14, 12509:10, 12512:4, 12530:18, 12531:6, 12541:9, 12549:24, 12550:9, 12554:5, 12554:7, 12561:1, 12577:20, 12578:4
**locations** [1] - 12461:25

**Loehrke** [2] - 12562:6, 12562:9
**look** [19] - 12446:2, 12448:3, 12448:8, 12450:17, 12479:23, 12489:20, 12492:6, 12492:13, 12494:13, 12501:15, 12510:19, 12514:24, 12520:5, 12573:21, 12584:4, 12585:4, 12585:5, 12585:24
**looked** [3] - 12510:16, 12522:9, 12548:12
**looking** [46] - 12462:10, 12462:14, 12466:1, 12470:1, 12470:3, 12471:7, 12474:25, 12478:1, 12483:19, 12483:21, 12489:18, 12491:22, 12495:2, 12497:10, 12499:1, 12500:23, 12501:1, 12501:2, 12501:9, 12501:11, 12504:1, 12504:2, 12507:6, 12512:11, 12516:18, 12521:13, 12521:15, 12537:17, 12543:6, 12547:14, 12550:5, 12551:13, 12551:16, 12553:11, 12553:12, 12559:16, 12559:18, 12561:1, 12565:19, 12565:22, 12573:8, 12575:2, 12576:17, 12585:20, 12587:11
**looks** [4] - 12481:11, 12491:6, 12491:7, 12527:2
**love** [1] - 12570:2
**Love** [1] - 12570:3
**lower** [1] - 12548:17
**lunch** [4] - 12581:7, 12581:9, 12587:18, 12588:6
**Luncheon** [1] - 12588:24

# M

**machine** [1] - 12437:21
**magnet** [14] - 12480:9, 12485:15, 12500:9, 12504:22, 12511:6, 12513:15, 12524:16, 12546:22, 12548:18, 12548:20, 12550:9,

12559:1, 12560:16, 12578:3
**magnets** [2] - 12461:20, 12496:12
**Main** [2] - 12478:4, 12527:20
**man** [2] - 12457:19, 12472:5
**manipulate** [1] - 12582:8
**map** [13] - 12466:3, 12466:6, 12494:8, 12501:9, 12501:15, 12502:20, 12513:11, 12524:2, 12541:12, 12548:16, 12553:10, 12553:13, 12561:4
**march** [1] - 12486:18
**March** [2] - 12436:6, 12589:6
**marching** [38] - 12463:2, 12463:9, 12465:9, 12471:23, 12473:10, 12475:1, 12475:16, 12475:24, 12476:22, 12497:8, 12498:15, 12508:5, 12508:21, 12524:23, 12525:1, 12525:4, 12525:6, 12525:15, 12526:5, 12526:8, 12526:12, 12539:9, 12539:20, 12552:12, 12552:14, 12552:15, 12552:16, 12562:7, 12574:10, 12581:21, 12582:9, 12584:10, 12584:17, 12584:19, 12585:14
**mark** [2] - 12473:17, 12523:17
**markings** [1] - 12489:21
**marks** [1] - 12452:19
**Mary** [1] - 12554:17
**mask** [2] - 12477:15, 12510:5
**match** [1] - 12557:25
**material** [5] - 12456:21, 12587:8, 12587:11, 12587:12, 12587:13
**materials** [1] - 12459:9
**Matter** [2] - 12439:2, 12521:6
**matters** [2] - 12439:17, 12566:22
**Matthew** [1] - 12468:16

**MCCULLOUGH** [1] - 12456:8
**McCullough** [4] - 12436:12, 12439:7, 12457:4, 12493:2
**McDonald** [8] - 12470:16, 12482:11, 12487:21, 12488:1, 12493:19, 12538:4, 12539:8, 12539:19
**McDonald's** [1] - 12540:4
**MCGUIRE** [1] - 12436:24
**MD** [1] - 12437:3
**mean** [29] - 12439:25, 12440:17, 12441:13, 12443:5, 12443:7, 12443:20, 12443:22, 12443:25, 12444:6, 12445:4, 12447:3, 12453:13, 12456:4, 12458:10, 12458:12, 12459:24, 12488:22, 12489:7, 12489:19, 12490:8, 12492:22, 12512:23, 12519:25, 12520:2, 12520:6, 12520:8, 12583:21, 12583:25, 12585:13
**media** [9] - 12444:19, 12444:21, 12454:5, 12456:22, 12457:11, 12458:9, 12458:13
**member** [3] - 12456:22, 12508:21, 12525:15
**members** [8] - 12463:9, 12465:9, 12475:1, 12478:4, 12524:23, 12526:5, 12527:20, 12561:21
**mention** [1] - 12459:6
**mentioned** [3] - 12485:4, 12530:10, 12536:2
**message** [9] - 12478:5, 12478:11, 12527:22, 12528:7, 12529:2, 12529:5, 12569:9, 12571:18, 12583:11
**messages** [19] - 12446:19, 12460:12, 12478:14, 12479:10, 12479:15, 12528:21, 12534:2, 12544:14, 12559:16, 12559:18, 12559:21, 12562:8, 12569:6, 12569:19,

12569:22, 12570:8, 12570:12, 12571:23, 12588:2
**messaging** [1] - 12568:22
**metadata** [6] - 12511:25, 12512:2, 12550:2, 12552:22, 12555:8, 12558:9
**Metcalf** [2] - 12437:11, 12517:21
**METCALF** [10] - 12437:11, 12516:17, 12517:1, 12517:3, 12517:5, 12517:9, 12517:12, 12517:16, 12518:2
**Miami** [1] - 12437:6
**mid** [2] - 12530:25, 12531:1
**mid-right** [2] - 12530:25, 12531:1
**middle** [12] - 12495:24, 12530:23, 12532:21, 12533:1, 12534:10, 12546:18, 12546:23, 12548:20, 12556:22, 12560:7, 12566:24, 12575:16
**might** [5] - 12444:1, 12452:22, 12452:23, 12454:5, 12490:2
**militia** [1] - 12571:15
**Milkshake** [6] - 12462:22, 12467:8, 12468:22, 12470:8, 12472:14, 12474:2
**MILLER** [2] - 12438:3, 12589:2
**Miller** [7] - 12437:17, 12460:10, 12461:4, 12511:22, 12520:24, 12565:10, 12589:7
**millions** [1] - 12457:19
**Ministry** [3] - 12478:4, 12478:24, 12527:20
**Mink** [1] - 12437:2
**Minority** [1] - 12457:19
**minute** [14] - 12468:12, 12498:11, 12516:8, 12522:20, 12532:23, 12533:3, 12535:11, 12536:19, 12541:20, 12544:23, 12547:7, 12561:24, 12570:7, 12571:23
**minute-four** [1] - 12468:12

**minutes** [14] - 12471:11, 12474:24, 12483:23, 12483:25, 12487:6, 12495:14, 12499:13, 12519:13, 12520:19, 12520:22, 12556:4, 12556:23, 12564:2, 12571:12
**mirrors** [3] - 12561:5, 12561:8, 12561:11
**mis** [1] - 12488:15
**misidentification** [2] - 12488:16, 12492:20
**mistake** [1] - 12572:3
**mistrial** [5] - 12581:20, 12584:5, 12584:18, 12587:8, 12588:3
**moment** [1] - 12456:12
**Monday** [1] - 12452:17
**montage** [2] - 12581:21, 12582:5
**montages** [1] - 12582:7
**months** [1] - 12455:2
**Monument** [1] - 12463:2
**Moore** [2] - 12436:13, 12439:8
**moot** [1] - 12454:21
**MORNING** [1] - 12436:9
**morning** [5] - 12439:16, 12439:21, 12461:15, 12461:16, 12519:11
**MOSD** [1] - 12446:19
**most** [1] - 12501:15
**motherfucker** [1] - 12570:16
**motion** [8] - 12557:21, 12557:25, 12581:15, 12581:17, 12583:21, 12587:7, 12588:3, 12588:7
**motions** [2] - 12453:3, 12459:20
**move** [25] - 12444:3, 12465:13, 12465:15, 12465:16, 12469:20, 12480:9, 12487:25, 12496:12, 12499:5, 12504:22, 12511:6, 12518:21, 12524:16, 12539:8, 12539:11, 12548:18, 12550:9, 12551:5, 12559:1, 12560:16, 12563:17, 12567:19, 12574:17,

12578:3, 12579:17
**moved** [7] - 12446:8, 12452:11, 12485:15, 12511:14, 12512:10, 12513:14, 12546:22
**movement** [1] - 12520:10
**movements** [1] - 12520:14
**movie** [2] - 12560:1, 12560:2
**moving** [5] - 12457:1, 12457:2, 12468:10, 12491:25, 12581:20
**MR** [631] - 12439:20, 12440:1, 12440:3, 12440:11, 12446:1, 12452:15, 12452:17, 12453:17, 12454:2, 12454:17, 12454:20, 12456:8, 12457:4, 12459:1, 12459:17, 12459:19, 12460:3, 12460:5, 12460:7, 12460:15, 12460:17, 12460:19, 12461:12, 12461:14, 12462:1, 12462:6, 12462:7, 12462:15, 12462:17, 12462:20, 12462:21, 12463:4, 12463:6, 12463:8, 12463:16, 12463:18, 12464:2, 12464:4, 12464:6, 12464:8, 12464:14, 12464:20, 12464:22, 12465:1, 12465:4, 12465:7, 12465:8, 12465:20, 12465:25, 12466:12, 12466:15, 12466:19, 12466:21, 12466:22, 12467:2, 12467:4, 12467:5, 12467:11, 12467:16, 12467:17, 12467:25, 12468:2, 12468:5, 12468:7, 12468:12, 12468:13, 12468:18, 12468:20, 12468:23, 12468:25, 12469:1, 12469:5, 12469:10, 12469:11, 12469:20, 12469:24, 12470:9, 12470:12, 12470:13, 12470:18, 12470:20, 12470:22, 12471:1, 12471:6, 12471:13, 12471:16, 12471:25, 12472:2, 12472:3, 12472:6, 12472:9,

12602

12472:11, 12472:24,
12473:1, 12473:2,
12473:12, 12473:15,
12473:20, 12474:4,
12474:9, 12474:11,
12474:12, 12474:17,
12474:20, 12474:21,
12475:10, 12475:13,
12475:14, 12475:18,
12475:21, 12476:2,
12476:5, 12476:7,
12476:14, 12476:16,
12476:17, 12477:2,
12477:3, 12477:11,
12477:12, 12477:18,
12477:23, 12477:25,
12478:10, 12478:13,
12479:4, 12479:9,
12480:12, 12480:17,
12480:24, 12481:2,
12481:12, 12481:15,
12481:16, 12481:19,
12481:22, 12481:24,
12482:3, 12482:6,
12482:12, 12482:16,
12482:19, 12482:22,
12482:23, 12483:5,
12483:7, 12483:13,
12484:1, 12484:4,
12484:5, 12484:12,
12484:14, 12484:17,
12484:20, 12485:2,
12485:3, 12485:7,
12485:13, 12485:25,
12486:3, 12486:5,
12486:6, 12486:11,
12486:13, 12486:14,
12486:20, 12486:23,
12486:25, 12487:9,
12487:15, 12487:18,
12488:4, 12488:5,
12488:12, 12488:15,
12488:18, 12488:25,
12489:10, 12489:16,
12489:24, 12490:2,
12490:7, 12490:9,
12490:17, 12490:21,
12491:6, 12491:9,
12491:11, 12491:14,
12491:16, 12491:18,
12491:21, 12491:24,
12492:2, 12492:5,
12492:7, 12492:10,
12492:12, 12492:15,
12492:18, 12493:12,
12494:1, 12494:3,
12494:5, 12494:22,
12494:25, 12495:1,
12495:14, 12495:18,
12496:2, 12496:4,
12496:5, 12496:15,

12496:22, 12496:25,
12497:13, 12497:16,
12497:21, 12497:24,
12498:5, 12498:8,
12498:10, 12498:18,
12498:22, 12499:13,
12499:15, 12499:22,
12499:24, 12500:16,
12500:21, 12501:3,
12501:6, 12501:8,
12501:18, 12501:21,
12501:23, 12502:11,
12502:16, 12503:3,
12503:5, 12503:13,
12503:18, 12503:23,
12504:5, 12504:7,
12504:16, 12504:20,
12505:1, 12505:6,
12505:8, 12505:14,
12505:19, 12505:21,
12505:22, 12506:3,
12506:9, 12506:12,
12506:18, 12506:21,
12507:3, 12507:10,
12507:17, 12507:20,
12507:22, 12507:23,
12508:6, 12508:9,
12508:25, 12509:5,
12509:15, 12509:18,
12509:24, 12510:2,
12510:3, 12510:8,
12510:10, 12510:11,
12510:25, 12511:2,
12511:16, 12511:19,
12512:14, 12512:15,
12512:19, 12512:24,
12513:1, 12513:5,
12513:7, 12513:17,
12513:19, 12513:20,
12514:1, 12514:4,
12514:5, 12514:11,
12514:14, 12515:3,
12515:5, 12515:6,
12515:9, 12515:11,
12515:12, 12515:17,
12515:19, 12515:22,
12516:7, 12516:10,
12516:11, 12516:17,
12516:22, 12517:1,
12517:3, 12517:5,
12517:9, 12517:12,
12517:16, 12517:19,
12518:2, 12518:5,
12518:10, 12518:12,
12518:21, 12518:24,
12519:5, 12519:10,
12521:9, 12521:12,
12522:1, 12522:3,
12522:4, 12522:10,
12522:13, 12522:14,
12522:20, 12522:21,

12523:3, 12523:5,
12523:6, 12523:14,
12523:16, 12523:20,
12523:22, 12523:23,
12524:19, 12524:21,
12525:8, 12525:10,
12525:13, 12525:20,
12526:1, 12526:9,
12526:13, 12526:15,
12526:18, 12526:23,
12527:7, 12527:9,
12527:16, 12528:13,
12528:15, 12528:17,
12529:12, 12529:17,
12529:20, 12529:22,
12530:4, 12530:6,
12530:9, 12530:15,
12530:17, 12531:2,
12531:5, 12531:15,
12531:21, 12532:3,
12532:6, 12533:5,
12533:11, 12534:5,
12534:8, 12534:9,
12534:13, 12534:15,
12534:20, 12534:22,
12534:23, 12535:9,
12535:11, 12535:13,
12535:22, 12535:24,
12536:1, 12536:8,
12536:11, 12536:18,
12536:21, 12536:22,
12537:7, 12537:10,
12537:16, 12537:23,
12537:24, 12538:7,
12538:9, 12538:10,
12538:16, 12538:19,
12538:21, 12538:25,
12539:11, 12539:13,
12539:17, 12539:22,
12539:24, 12540:3,
12540:10, 12540:13,
12540:24, 12541:5,
12541:8, 12541:19,
12541:21, 12542:6,
12542:8, 12542:9,
12542:18, 12542:20,
12542:25, 12543:11,
12543:14, 12543:17,
12544:4, 12544:10,
12544:11, 12544:16,
12544:19, 12544:20,
12544:23, 12544:24,
12545:2, 12545:4,
12545:7, 12545:11,
12545:16, 12545:24,
12546:2, 12546:8,
12546:10, 12546:12,
12547:8, 12547:13,
12547:21, 12547:24,
12548:3, 12548:6,
12549:5, 12549:7,

12549:17, 12549:19,
12550:19, 12550:22,
12550:23, 12551:5,
12551:8, 12551:11,
12551:19, 12551:21,
12552:3, 12552:5,
12553:4, 12553:6,
12553:15, 12553:17,
12553:25, 12554:2,
12554:17, 12554:18,
12555:16, 12555:21,
12555:24, 12556:4,
12556:7, 12556:8,
12556:11, 12556:16,
12556:21, 12556:25,
12557:4, 12557:6,
12557:12, 12557:14,
12557:16, 12558:2,
12558:4, 12558:15,
12558:17, 12559:10,
12559:15, 12560:20,
12560:25, 12561:14,
12561:17, 12561:18,
12561:24, 12562:1,
12562:11, 12562:13,
12562:14, 12563:3,
12563:5, 12563:7,
12563:11, 12563:13,
12563:17, 12563:20,
12564:4, 12564:7,
12564:10, 12564:18,
12564:20, 12564:21,
12565:3, 12565:7,
12565:9, 12565:13,
12565:18, 12565:24,
12566:1, 12566:3,
12566:9, 12566:11,
12566:12, 12567:3,
12567:10, 12567:13,
12567:19, 12567:22,
12567:24, 12567:25,
12568:7, 12568:9,
12568:10, 12568:15,
12568:17, 12568:25,
12569:4, 12569:5,
12569:13, 12569:15,
12570:4, 12570:6,
12570:10, 12570:11,
12570:22, 12571:2,
12571:16, 12571:17,
12571:20, 12571:22,
12572:5, 12572:6,
12572:9, 12572:11,
12572:20, 12573:1,
12573:11, 12573:13,
12573:14, 12573:25,
12574:4, 12574:6,
12574:16, 12574:20,
12575:1, 12575:4,
12575:6, 12575:11,
12575:14, 12576:2,

12576:7, 12576:20,
12576:22, 12576:23,
12577:4, 12577:6,
12577:9, 12577:15,
12577:19, 12577:24,
12578:12, 12578:14,
12578:17, 12578:18,
12578:24, 12579:2,
12579:4, 12579:7,
12579:10, 12579:17,
12579:21, 12579:25,
12580:2, 12580:4,
12580:6, 12580:10,
12580:13, 12580:16,
12580:18, 12580:19,
12581:4, 12581:15,
12581:17, 12581:19,
12582:13, 12582:14,
12582:15, 12582:24,
12583:13, 12583:19,
12584:8, 12585:3,
12585:8, 12585:10,
12586:20, 12586:24,
12587:3, 12587:6,
12587:22, 12588:8,
12588:10, 12588:16
**MS** [61] - 12440:21,
12440:24, 12441:12,
12441:19, 12442:8,
12443:7, 12444:8,
12444:11, 12444:17,
12445:7, 12445:9,
12445:19, 12445:22,
12447:6, 12447:9,
12447:11, 12447:15,
12447:19, 12447:24,
12448:5, 12448:8,
12448:10, 12448:12,
12448:18, 12448:21,
12448:23, 12449:7,
12449:11, 12450:4,
12450:8, 12450:10,
12450:16, 12450:23,
12451:2, 12451:5,
12451:9, 12451:12,
12451:14, 12451:16,
12451:19, 12451:24,
12452:2, 12459:7,
12459:15, 12460:20,
12474:5, 12474:8,
12491:22, 12492:24,
12493:1, 12519:19,
12520:3, 12520:9,
12520:16, 12551:7,
12582:16, 12585:19,
12586:4, 12586:8,
12586:12, 12586:15
**MT** [1] - 12437:16
**mulling** [1] - 12532:23
**Mulroe** [2] - 12436:13,
12439:8

**multiple** [5] - 12440:4, 12452:4, 12453:1, 12489:1, 12498:11
**must** [1] - 12560:6
**mute** [1] - 12484:1
**muted** [1] - 12486:3

# N

**N-word** [1] - 12571:10
**Nadia** [2] - 12436:13, 12439:8
**name** [1] - 12552:10
**Nancy** [1] - 12553:25
**Nate** [4] - 12497:6, 12498:13, 12542:1, 12542:3
**Nayib** [2] - 12437:4, 12439:11
**NAYIB** [1] - 12437:5
**Nazi** [3] - 12581:21, 12585:17, 12587:13
**Nazis** [6] - 12582:9, 12584:10, 12584:17, 12584:19, 12585:14, 12588:14
**near** [3] - 12481:10, 12493:2, 12499:20
**neck** [6] - 12488:19, 12489:2, 12489:3, 12489:21, 12490:23, 12491:8
**need** [9] - 12452:24, 12459:10, 12465:13, 12473:17, 12487:25, 12488:3, 12490:19, 12490:22, 12520:13
**network** [1] - 12457:8
**never** [2] - 12583:7, 12586:25
**New** [3] - 12436:18, 12436:22, 12437:13
**new** [1] - 12456:9
**News** [1] - 12454:7
**next** [9] - 12442:17, 12453:6, 12453:19, 12460:10, 12475:25, 12491:3, 12524:13, 12550:7, 12574:15
**Nicholas** [3] - 12436:16, 12439:9, 12483:16
**Nicole** [2] - 12461:4, 12520:24
**NICOLE** [1] - 12438:3
**night** [2] - 12454:15
**nine** [3] - 12503:6, 12543:14, 12564:9
**NJ** [3] - 12437:17, 12589:2, 12589:7

**NJ-CCR** [3] - 12437:17, 12589:2, 12589:7
**Noble** [2] - 12529:2, 12529:3
**NobleLead** [1] - 12571:8
**noise** [1] - 12458:19
**non** [1] - 12552:1
**non-Proud** [1] - 12552:1
**none** [2] - 12445:5, 12584:16
**nonetheless** [1] - 12441:20
**Nordean** [33] - 12439:3, 12439:13, 12453:6, 12461:22, 12475:7, 12476:11, 12476:20, 12477:5, 12480:2, 12482:15, 12487:21, 12488:18, 12489:2, 12490:11, 12491:21, 12492:20, 12493:20, 12496:11, 12498:7, 12498:15, 12506:23, 12507:5, 12521:7, 12542:4, 12545:8, 12546:5, 12546:13, 12549:15, 12560:7, 12561:11, 12562:8, 12572:14, 12573:18
**NORDEAN** [1] - 12436:4
**Nordean's** [5] - 12477:13, 12488:2, 12488:9, 12490:18, 12560:16
**normal** [1] - 12458:15
**Norman** [2] - 12436:20, 12439:10
**north** [1] - 12541:17
**northwest** [3] - 12540:18, 12540:22, 12545:9
**Nos** [1] - 12436:2
**note** [6] - 12446:24, 12492:18, 12517:21, 12581:4, 12583:6, 12583:7
**notes** [1] - 12589:4
**nothing** [3] - 12456:19, 12456:21, 12584:16
**notice** [3] - 12584:23, 12587:13, 12587:15
**noticed** [2] - 12586:1, 12586:2
**notion** [1] - 12588:1

**now's** [2] - 12581:5, 12581:6
**number** [15] - 12440:14, 12440:15, 12456:15, 12458:13, 12458:14, 12472:19, 12474:11, 12516:14, 12516:24, 12517:15, 12518:7, 12532:4, 12539:1, 12583:4, 12583:5
**NW** [5] - 12436:14, 12436:24, 12437:5, 12437:19, 12589:9
**NY** [2] - 12436:18, 12437:13

# O

**object** [6] - 12488:16, 12489:6, 12581:25, 12583:2, 12583:16, 12584:3
**objected** [4] - 12443:14, 12448:2, 12449:2, 12584:3
**objecting** [4] - 12444:15, 12444:20, 12518:1, 12518:2
**objection** [13] - 12441:8, 12444:23, 12447:17, 12448:3, 12448:16, 12450:19, 12489:9, 12489:10, 12512:14, 12516:17, 12517:1, 12517:22, 12585:6
**objectionable** [3] - 12444:4, 12582:4, 12587:14
**objections** [3] - 12440:17, 12460:14, 12517:22
**observed** [1] - 12457:16
**obvious** [1] - 12585:13
**obviously** [7] - 12457:7, 12458:11, 12489:19, 12519:21, 12582:22, 12585:15, 12585:16
**Ochs** [3] - 12483:16, 12573:5, 12573:6
**OF** [5] - 12436:1, 12436:2, 12436:8, 12437:5, 12589:1
**OFFICE** [1] - 12436:14
**Officer** [1] - 12460:17
**officer** [5] - 12480:21,

12495:9, 12495:12, 12522:22, 12522:25
**officers** [4] - 12466:16, 12481:10, 12483:20, 12486:19
**OFFICES** [1] - 12437:5
**OFFICIAL** [1] - 12589:1
**Official** [2] - 12437:18, 12589:7
**often** [1] - 12585:23
**oftentimes** [1] - 12584:23
**Ohio** [5] - 12524:6, 12524:14, 12530:19, 12531:9, 12547:2
**once** [7] - 12440:5, 12448:12, 12467:25, 12524:3, 12550:15, 12560:10, 12587:3
**one** [57] - 12440:14, 12440:24, 12441:6, 12442:6, 12445:8, 12446:3, 12446:12, 12446:24, 12447:1, 12448:5, 12453:17, 12454:25, 12458:4, 12458:6, 12458:13, 12458:23, 12460:7, 12464:15, 12468:12, 12473:25, 12475:5, 12484:15, 12489:16, 12490:10, 12492:3, 12497:5, 12502:9, 12502:10, 12503:9, 12516:18, 12517:24, 12522:20, 12533:17, 12546:18, 12549:15, 12550:4, 12550:5, 12552:14, 12554:6, 12564:8, 12566:5, 12575:12, 12575:25, 12576:1, 12581:1, 12583:4, 12584:2, 12584:3, 12584:6, 12585:22, 12585:25, 12586:1, 12586:24, 12587:10, 12587:14
**one-lawyer** [1] - 12517:24
**ones** [2] - 12453:2, 12573:10
**open** [3] - 12561:19, 12563:24, 12563:25
**opening** [1] - 12455:1
**opinion** [2] - 12441:7, 12452:13
**opposite** [4] - 12508:16, 12538:15,

12576:18, 12576:19
**Orange** [1] - 12436:21
**order** [1] - 12521:5
**orient** [4] - 12469:25, 12500:22, 12545:19, 12565:19
**original** [1] - 12445:10
**originally** [1] - 12442:23
**otherwise** [2] - 12441:22, 12455:12
**ought** [1] - 12458:2
**outraged** [1] - 12455:9
**outside** [5] - 12440:5, 12458:21, 12483:19, 12565:22, 12577:23
**overrule** [1] - 12444:22
**overruled** [11] - 12440:16, 12440:24, 12441:4, 12442:6, 12442:23, 12444:12, 12444:20, 12450:19, 12452:4, 12512:23, 12517:2
**own** [2] - 12446:16, 12454:23

# P

**P.A** [2] - 12437:5, 12437:8
**P.C** [1] - 12437:11
**P.m** [3] - 12521:24, 12521:25, 12560:14
**p.m** [26] - 12478:6, 12478:16, 12480:23, 12483:4, 12509:14, 12512:3, 12527:5, 12529:6, 12537:22, 12540:15, 12543:2, 12545:18, 12547:19, 12550:4, 12550:5, 12552:24, 12555:10, 12557:2, 12558:10, 12560:15, 12566:15, 12572:3, 12577:11, 12578:1, 12579:6, 12588:24
**PAGE** [1] - 12438:2
**pages** [4] - 12581:24, 12583:14, 12584:21, 12586:12
**Palace** [1] - 12570:17
**pan** [1] - 12551:17
**pane** [5] - 12514:24, 12514:25, 12515:1, 12515:8, 12515:13
**panel** [4] - 12455:22, 12461:6, 12521:1,

12604

12522:17
**panes** [1] - 12515:23
**paper** [1] - 12519:24
**parity** [1] - 12581:22
**Park** [1] - 12437:12
**park** [1] - 12575:20
**Parler** [6] - 12559:18,
12559:21, 12568:21,
12569:6, 12569:11,
12570:18
**part** [2] - 12443:22,
12458:8
**particular** [4] -
12442:24, 12446:24,
12489:20, 12516:18
**particularly** [1] -
12582:8
**parties** [1] - 12520:5
**passage** [2] -
12445:17, 12445:22
**passed** [1] - 12486:18
**passions** [1] -
12585:16
**Pattis** [8] - 12436:20,
12439:10, 12453:25,
12459:16, 12586:14,
12586:19, 12587:4,
12588:9
**PATTIS** [11] -
12436:20, 12454:2,
12454:17, 12454:20,
12457:4, 12459:1,
12582:13, 12587:6,
12588:8, 12588:10,
12588:16
**Pattis's** [1] - 12459:7
**Paul** [22] - 12475:24,
12482:1, 12487:21,
12502:2, 12502:6,
12503:8, 12505:17,
12508:4, 12508:18,
12508:19, 12510:20,
12511:16, 12525:9,
12533:17, 12534:12,
12535:7, 12537:5,
12549:6, 12554:11,
12554:25, 12564:23,
12573:18
**pause** [77] - 12461:3,
12461:5, 12462:20,
12463:22, 12465:7,
12466:21, 12467:4,
12467:25, 12468:25,
12470:12, 12472:2,
12472:9, 12473:1,
12474:10, 12474:20,
12476:5, 12481:15,
12482:19, 12484:4,
12485:1, 12486:5,
12486:13, 12486:23,

12490:14, 12491:1,
12494:3, 12494:25,
12499:13, 12501:6,
12505:21, 12510:2,
12510:10, 12513:19,
12515:5, 12515:11,
12519:9, 12519:18,
12520:25, 12522:3,
12523:5, 12523:22,
12525:3, 12525:5,
12525:22, 12525:24,
12526:19, 12526:21,
12528:16, 12529:20,
12529:21, 12534:8,
12534:22, 12535:11,
12535:24, 12536:21,
12539:15, 12539:24,
12542:8, 12544:6,
12544:10, 12544:19,
12545:4, 12546:10,
12548:2, 12548:3,
12557:14, 12561:17,
12562:13, 12564:20,
12566:1, 12566:11,
12567:24, 12568:9,
12573:13, 12575:11,
12576:22, 12579:2
**paused** [6] -
12476:16, 12497:17,
12497:25, 12526:24,
12566:13, 12579:3
**pausing** [19] -
12467:16, 12468:1,
12468:8, 12468:18,
12477:2, 12477:11,
12498:6, 12503:6,
12504:8, 12505:15,
12515:19, 12522:13,
12522:20, 12523:17,
12538:9, 12539:1,
12546:4, 12548:3,
12548:7
**pay** [1] - 12535:20
**paying** [2] - 12583:11,
12586:17
**PC** [1] - 12436:24
**PDF** [2] - 12585:21,
12585:24
**peck** [1] - 12583:15
**pedestrian** [1] -
12476:23
**Pedro** [3] - 12478:16,
12478:19, 12528:24
**Pelosi** [1] - 12535:2
**people** [23] - 12440:4,
12444:18, 12458:22,
12475:5, 12475:22,
12484:23, 12493:14,
12493:22, 12493:23,
12493:24, 12515:25,

12517:7, 12525:19,
12537:2, 12537:3,
12538:11, 12546:7,
12551:25, 12554:21,
12554:24, 12560:6,
12562:2, 12565:21
**Pepe** [1] - 12469:3
**pepper** [1] - 12473:9
**pepper-spraying** [1] -
12473:9
**perfect** [2] - 12463:23,
12475:20
**period** [2] - 12453:5,
12453:23
**permission** [84] -
12462:3, 12464:9,
12464:13, 12465:22,
12465:24, 12469:7,
12469:21, 12469:23,
12471:3, 12471:5,
12474:14, 12474:15,
12479:6, 12479:7,
12480:14, 12480:16,
12483:10, 12483:12,
12485:10, 12485:12,
12487:12, 12487:14,
12496:18, 12496:19,
12496:20, 12500:18,
12500:19, 12502:13,
12502:14, 12503:20,
12503:22, 12504:18,
12504:24, 12506:6,
12506:7, 12508:8,
12509:2, 12509:4,
12518:23, 12519:6,
12527:11, 12527:15,
12529:14, 12529:16,
12531:18, 12531:19,
12533:8, 12533:10,
12537:13, 12537:14,
12537:15, 12541:2,
12541:3, 12542:22,
12542:23, 12545:13,
12545:14, 12547:10,
12547:11, 12551:10,
12555:18, 12555:19,
12556:13, 12556:15,
12559:12, 12559:13,
12560:22, 12560:24,
12563:19, 12565:15,
12565:16, 12567:6,
12567:7, 12567:21,
12570:24, 12571:1,
12572:23, 12572:24,
12574:24, 12576:4,
12576:6, 12577:17,
12577:21, 12579:20
**person** [26] -
12441:15, 12454:6,
12455:10, 12465:2,

12470:7, 12473:7,
12481:4, 12488:20,
12489:4, 12489:18,
12489:23, 12490:16,
12490:23, 12492:7,
12502:8, 12510:21,
12513:21, 12514:19,
12544:12, 12544:25,
12546:4, 12555:25,
12564:14, 12564:15,
12580:7
**PEZZOLA** [1] -
12436:6
**Pezzola** [44] -
12439:6, 12439:15,
12461:24, 12465:3,
12467:22, 12468:9,
12468:15, 12480:7,
12485:4, 12486:10,
12487:4, 12495:5,
12499:17, 12500:5,
12503:16, 12511:4,
12511:9, 12513:25,
12514:15, 12514:22,
12516:1, 12516:12,
12518:7, 12518:17,
12518:25, 12523:12,
12523:24, 12529:24,
12530:11, 12530:20,
12531:10, 12547:1,
12547:15, 12548:1,
12548:7, 12548:14,
12549:15, 12555:12,
12556:1, 12556:9,
12557:8, 12557:17,
12558:18, 12582:14
**Pezzola's** [10] -
12480:9, 12485:15,
12485:17, 12513:14,
12514:6, 12523:18,
12524:16, 12548:18,
12557:25, 12559:1
**Philadelphia** [1] -
12479:20
**phone** [19] - 12446:25,
12479:14, 12511:23,
12511:25, 12514:7,
12523:19, 12533:15,
12534:1, 12549:11,
12549:23, 12550:2,
12550:17, 12551:2,
12552:22, 12557:11,
12557:18, 12557:19,
12558:8, 12573:4
**photo** [6] - 12475:16,
12508:14, 12549:8,
12553:2, 12554:19,
12580:24
**photograph** [14] -
12518:17, 12530:18,

12530:24, 12531:6,
12531:13, 12549:24,
12552:6, 12552:8,
12554:3, 12554:8,
12554:21, 12554:24,
12555:9, 12566:25
**photos** [1] - 12507:14,
12536:5, 12550:3
**picked** [1] - 12458:6
**picking** [1] - 12486:15
**picture** [1] - 12559:24
**pictured** [1] - 12508:3
**piece** [3] - 12484:22,
12519:24, 12522:17
**pieces** [1] - 12484:24
**pinch** [1] - 12453:19
**plaid** [4] - 12495:24,
12497:5, 12564:15,
12564:16
**plainly** [1] - 12488:21
**plan** [1] - 12453:10
**planned** [1] -
12455:14
**play** [131] - 12439:22,
12462:17, 12463:4,
12463:6, 12464:2,
12464:20, 12466:12,
12466:19, 12468:5,
12468:23, 12470:9,
12470:18, 12471:13,
12471:25, 12472:6,
12472:24, 12473:12,
12473:17, 12474:17,
12475:10, 12476:2,
12476:14, 12478:10,
12480:24, 12481:12,
12481:19, 12482:17,
12483:5, 12484:2,
12484:12, 12484:18,
12485:25, 12486:11,
12486:20, 12487:15,
12489:17, 12490:7,
12494:1, 12494:22,
12495:15, 12496:2,
12496:23, 12497:13,
12497:21, 12498:8,
12499:22, 12501:3,
12501:18, 12503:3,
12504:5, 12505:6,
12505:19, 12506:9,
12506:18, 12509:15,
12509:24, 12509:25,
12510:8, 12510:25,
12512:24, 12513:17,
12514:11, 12515:3,
12515:9, 12515:17,
12516:7, 12522:1,
12522:11, 12523:3,
12523:14, 12523:20,
12524:20, 12526:19,

12605

12527:7, 12528:13,
12529:17, 12530:4,
12532:3, 12534:5,
12534:20, 12535:9,
12535:22, 12536:19,
12537:7, 12537:23,
12538:7, 12538:16,
12541:5, 12542:6,
12542:18, 12543:11,
12543:14, 12544:7,
12545:2, 12545:5,
12545:24, 12546:8,
12547:21, 12551:19,
12553:15, 12555:21,
12556:5, 12557:4,
12558:15, 12561:14,
12562:11, 12564:4,
12564:18, 12565:1,
12565:3, 12565:24,
12566:9, 12567:22,
12568:7, 12568:15,
12571:20, 12572:9,
12573:11, 12574:1,
12575:4, 12576:20,
12577:4, 12578:12,
12579:25, 12580:4,
12585:25, 12586:11,
12586:20, 12588:3
**played** [161] -
12441:24, 12462:19,
12463:5, 12464:3,
12464:21, 12465:6,
12466:14, 12466:20,
12467:1, 12467:10,
12467:15, 12467:24,
12468:6, 12468:11,
12468:17, 12468:24,
12469:4, 12470:11,
12470:19, 12470:21,
12471:15, 12472:1,
12472:8, 12472:25,
12473:14, 12473:19,
12474:19, 12475:12,
12476:4, 12476:15,
12477:1, 12477:10,
12477:17, 12478:12,
12481:1, 12481:14,
12481:21, 12482:5,
12482:13, 12482:18,
12482:21, 12483:6,
12484:3, 12484:13,
12484:19, 12486:2,
12486:4, 12486:12,
12486:22, 12487:17,
12488:7, 12488:14,
12490:15, 12494:2,
12494:24, 12495:17,
12496:3, 12496:24,
12497:15, 12497:23,
12498:4, 12498:9,
12498:17, 12498:21,

12499:12, 12499:23,
12501:5, 12501:20,
12503:4, 12503:12,
12504:6, 12504:15,
12505:7, 12505:13,
12505:20, 12506:2,
12506:11, 12506:20,
12507:2, 12507:9,
12509:17, 12510:1,
12510:9, 12511:1,
12512:25, 12513:18,
12514:3, 12514:13,
12515:4, 12515:10,
12515:18, 12516:9,
12522:2, 12522:12,
12522:19, 12523:4,
12523:15, 12523:21,
12524:25, 12526:7,
12526:11, 12526:14,
12527:8, 12528:14,
12529:19, 12530:5,
12532:5, 12534:7,
12534:21, 12535:10,
12535:23, 12536:20,
12537:9, 12538:8,
12538:18, 12538:24,
12539:23, 12540:2,
12541:7, 12542:7,
12542:19, 12543:13,
12543:16, 12544:9,
12544:18, 12545:3,
12545:6, 12546:1,
12546:9, 12547:23,
12548:5, 12551:20,
12553:16, 12555:23,
12556:6, 12557:5,
12557:13, 12558:16,
12561:16, 12562:12,
12564:6, 12564:19,
12565:4, 12565:8,
12565:25, 12566:10,
12567:23, 12568:8,
12568:16, 12571:21,
12572:10, 12573:12,
12574:3, 12575:5,
12575:10, 12576:21,
12577:5, 12578:13,
12578:23, 12580:1,
12580:9
**playing** [2] - 12470:20,
12578:17
**plays** [1] - 12524:22
**plenty** [1] - 12583:1
**PLLC** [1] - 12436:17
**point** [34] - 12444:22,
12445:5, 12445:8,
12446:8, 12446:13,
12453:18, 12456:11,
12458:18, 12480:3,
12488:23, 12489:20,

12492:23, 12493:1,
12493:17, 12495:11,
12495:21, 12501:9,
12511:13, 12513:11,
12516:4, 12519:23,
12525:17, 12530:13,
12539:4, 12541:12,
12548:16, 12555:11,
12557:8, 12561:4,
12561:19, 12568:22,
12577:1, 12584:1,
12585:5
**pointed** [5] -
12488:20, 12489:3,
12512:13, 12540:19,
12545:20
**pointing** [10] -
12475:6, 12475:8,
12475:9, 12476:10,
12476:11, 12505:23,
12505:24, 12513:9,
12545:21, 12588:19
**poison** [1] - 12584:14
**pole** [1] - 12491:4
**police** [6] - 12468:3,
12477:21, 12495:9,
12522:22, 12544:1,
12571:9
**politicized** [1] -
12455:19
**portion** [2] - 12455:11,
12464:23
**portrayed** [1] -
12454:9
**position** [4] -
12451:14, 12451:19,
12478:23, 12586:11
**positive** [3] -
12446:14, 12448:25,
12450:13
**post** [7] - 12528:19,
12559:23, 12560:3,
12570:7, 12571:23,
12572:12, 12581:22
**posted** [8] - 12478:5,
12559:21, 12569:9,
12570:19, 12571:7,
12572:7, 12583:6,
12587:24
**posting** [2] -
12569:11, 12570:18
**posts** [4] - 12478:16,
12559:24, 12568:21,
12570:9
**pour** [1] - 12457:21
**practice** [1] -
12444:21
**precisely** [1] -
12584:12
**preemptively** [1] -

12583:16
**prejudicial** [2] -
12452:13, 12585:15
**preliminary** [1] -
12439:17
**present** [8] - 12439:7,
12439:8, 12439:9,
12439:10, 12439:11,
12439:12, 12439:13,
12453:6
**presentation** [1] -
12519:20
**President** [3] -
12528:6, 12528:18,
12528:25
**presiding** [1] -
12521:5
**press** [2] - 12547:21,
12558:15
**pressed** [1] -
12586:11
**presumed** [1] -
12454:4
**pretrial** [1] - 12455:6
**prevent** [1] - 12457:24
**previous** [1] -
12492:19
**previously** [7] -
12497:7, 12503:16,
12511:10, 12513:14,
12568:21, 12572:14,
12587:13
**proactive** [1] -
12455:24
**problem** [6] - 12444:4,
12444:9, 12444:11,
12520:3, 12584:8,
12584:9
**procedure** [1] -
12583:21
**proceed** [5] -
12461:10, 12493:7,
12493:8, 12517:18,
12521:8
**proceeding** [1] -
12587:10
**Proceedings** [1] -
12437:21
**proceedings** [1] -
12589:5
**process** [5] -
12456:13, 12458:8,
12458:20, 12477:14
**produced** [2] -
12437:21, 12586:10
**prompt** [1] - 12584:18
**proper** [1] - 12451:2
**properly** [1] - 12454:3
**properly-instructed**
[1] - 12454:3

**prosecution** [1] -
12456:18
**Proud** [13] - 12471:21,
12472:23, 12475:25,
12479:20, 12542:16,
12552:1, 12552:2,
12552:21, 12555:6,
12570:9, 12573:7
**proud** [2] - 12472:18,
12569:25
**provided** [1] -
12460:12
**providing** [1] -
12584:2
**provisionally** [46] -
12462:2, 12464:10,
12465:21, 12469:6,
12469:8, 12471:2,
12474:14, 12479:5,
12480:13, 12483:9,
12485:9, 12487:11,
12496:17, 12500:17,
12502:12, 12503:19,
12504:19, 12506:4,
12509:1, 12527:10,
12529:13, 12531:16,
12533:6, 12537:11,
12540:25, 12542:21,
12545:12, 12547:9,
12555:17, 12556:12,
12559:11, 12560:21,
12563:7, 12563:9,
12563:11, 12565:14,
12567:5, 12567:9,
12567:11, 12569:1,
12570:23, 12572:21,
12574:16, 12574:22,
12576:3, 12577:16
**public** [4] - 12454:10,
12457:5, 12457:15,
12457:20
**publicity** [2] -
12455:4, 12455:7
**publish** [87] - 12462:4,
12464:10, 12464:13,
12465:22, 12465:24,
12469:7, 12469:21,
12469:23, 12471:3,
12471:5, 12474:14,
12474:16, 12479:6,
12479:8, 12480:14,
12480:16, 12483:10,
12483:12, 12485:10,
12485:12, 12487:12,
12487:14, 12496:18,
12496:19, 12496:20,
12500:18, 12500:20,
12502:13, 12502:15,
12503:20, 12503:22,
12504:18, 12504:25,

12506:6, 12506:8, 12508:8, 12509:2, 12509:4, 12518:23, 12519:7, 12527:11, 12527:12, 12527:15, 12529:14, 12529:16, 12531:18, 12531:20, 12533:8, 12533:10, 12537:13, 12537:15, 12541:2, 12541:4, 12542:22, 12542:24, 12545:13, 12545:15, 12547:10, 12547:12, 12551:10, 12555:18, 12555:20, 12556:13, 12556:15, 12559:12, 12559:14, 12560:22, 12560:24, 12563:8, 12563:19, 12565:15, 12565:17, 12567:6, 12567:8, 12567:21, 12569:2, 12570:24, 12571:1, 12572:23, 12572:25, 12574:18, 12574:25, 12576:4, 12576:6, 12577:17, 12577:21, 12579:20

**published** [1] - 12587:9
**pull** [1] - 12442:19
**pulling** [1] - 12510:5
**purported** [1] - 12443:23
**purposes** [1] - 12444:24
**push** [1] - 12477:21
**put** [14] - 12447:3, 12449:18, 12457:6, 12459:22, 12460:7, 12460:13, 12500:9, 12550:12, 12557:18, 12557:19, 12582:25, 12584:1, 12584:22
**puts** [1] - 12583:6
**putting** [1] - 12477:15, 12486:19

## Q

**Q-Tip** [2] - 12478:16, 12478:19
**QAnon** [1] - 12454:8
**quarter** [1] - 12534:14
**quash** [1] - 12453:3
**questionnaire** [1] - 12456:13
**questions** [12] - 12441:8, 12441:13, 12441:20, 12441:21, 12442:20, 12443:8,

12445:14, 12446:11, 12447:5, 12448:20, 12450:3, 12451:1
**quo** [1] - 12452:1

## R

**rack** [1] - 12502:22
**racks** [4] - 12496:6, 12496:8, 12501:12, 12502:5
**radar** [3] - 12460:8, 12460:13, 12587:15
**radio** [1] - 12548:11
**Rae** [35] - 12475:24, 12482:2, 12487:21, 12488:1, 12493:19, 12502:2, 12502:6, 12503:8, 12503:10, 12503:14, 12505:17, 12508:4, 12508:18, 12508:19, 12509:23, 12510:20, 12525:9, 12525:15, 12533:23, 12534:12, 12534:17, 12535:2, 12535:7, 12537:5, 12539:6, 12539:21, 12554:22, 12554:11, 12554:25, 12564:23, 12566:6, 12566:22, 12573:18, 12574:8
**Rae's** [2] - 12533:17, 12534:1
**raise** [2] - 12454:2, 12457:22
**raised** [3] - 12452:17, 12457:23
**ran** [3] - 12509:12, 12510:16, 12510:18
**rant** [2] - 12454:23
**rather** [3] - 12453:23, 12587:11, 12588:2
**re** [1] - 12441:5
**re-thought** [1] - 12441:5
**reaction** [2] - 12445:12, 12457:11
**read** [10] - 12447:20, 12460:24, 12478:14, 12479:21, 12528:21, 12569:9, 12569:22, 12570:12, 12572:1
**reading** [1] - 12493:6
**reality** [1] - 12487:7
**really** [6] - 12450:20, 12489:8, 12519:22, 12520:15, 12583:3, 12586:25
**reason** [1] - 12445:10,

12584:22
**reasonable** [2] - 12455:10, 12584:15
**reasoned** [1] - 12584:11
**reasons** [1] - 12455:18
**rebuking** [1] - 12583:9
**recalled** [1] - 12460:11
**recently** [1] - 12484:9
**recess** [4] - 12520:22, 12520:23, 12588:23, 12588:24
**recognize** [83] - 12446:7, 12465:2, 12467:7, 12469:2, 12469:12, 12470:6, 12470:14, 12471:20, 12472:13, 12473:7, 12475:15, 12479:10, 12481:4, 12481:25, 12482:7, 12485:17, 12486:7, 12487:1, 12487:20, 12495:19, 12497:2, 12499:16, 12501:24, 12502:12, 12507:24, 12509:19, 12510:21, 12511:20, 12512:4, 12513:8, 12513:21, 12518:13, 12519:19, 12523:7, 12530:18, 12531:6, 12533:12, 12534:16, 12535:4, 12537:4, 12539:2, 12541:1, 12541:22, 12542:10, 12543:18, 12544:12, 12544:25, 12546:4, 12549:8, 12549:12, 12549:20, 12549:24, 12550:24, 12552:6, 12553:7, 12553:21, 12554:8, 12554:21, 12558:5, 12561:1, 12562:2, 12563:14, 12564:11, 12564:22, 12566:4, 12567:14, 12568:1, 12569:16, 12573:2, 12573:8, 12573:15, 12573:17, 12573:22, 12574:11, 12576:10, 12577:20, 12578:15, 12578:19, 12579:11, 12580:3, 12580:7, 12580:14, 12580:20
**record** [28] - 12443:11, 12451:19, 12452:3, 12483:2, 12495:23, 12499:18,

12500:9, 12501:14, 12502:8, 12512:15, 12512:20, 12513:13, 12514:19, 12519:2, 12521:6, 12525:11, 12525:14, 12526:9, 12526:13, 12530:22, 12531:12, 12539:17, 12541:16, 12546:22, 12548:20, 12550:12, 12564:14, 12586:22
**recorded** [1] - 12437:21
**recover** [1] - 12557:24
**recovered** [17] - 12479:13, 12480:20, 12507:14, 12508:1, 12511:23, 12533:16, 12536:5, 12536:15, 12549:10, 12549:22, 12550:16, 12553:23, 12554:3, 12554:19, 12558:7, 12573:4, 12580:22
**red** [4] - 12461:22, 12497:5, 12546:22, 12564:16
**red-and-black** [1] - 12564:16
**reference** [1] - 12587:23
**referenced** [1] - 12587:23
**references** [1] - 12486:15
**referrals** [1] - 12456:18
**reflects** [1] - 12452:3
**regard** [1] - 12457:17
**REHL** [1] - 12436:5
**Rehl** [17] - 12439:4, 12439:14, 12441:12, 12446:23, 12461:25, 12479:1, 12479:18, 12479:24, 12511:10, 12549:1, 12550:7, 12550:15, 12551:22, 12552:9, 12552:13, 12552:16, 12552:17
**Rehl's** [15] - 12441:18, 12442:15, 12446:7, 12446:18, 12446:19, 12479:14, 12511:23, 12511:25, 12549:11, 12549:23, 12550:2, 12550:16, 12551:2, 12552:22, 12558:8
**relationship** [1] - 12479:17
**relative** [6] - 12474:22,

12483:22, 12522:24, 12562:22, 12564:1, 12574:13
**relatively** [1] - 12562:24
**relevant** [2] - 12446:16, 12446:22
**relief** [2] - 12583:23, 12584:7
**reluctant** [1] - 12455:24
**remain** [1] - 12480:5
**remarks** [1] - 12587:12
**remember** [5] - 12507:12, 12511:11, 12533:20, 12540:20, 12560:12
**remind** [5] - 12461:20, 12478:23, 12553:23, 12573:6, 12577:12
**remove** [1] - 12490:6
**removed** [1] - 12535:19
**renews** [1] - 12587:7
**repetitive** [2] - 12447:6, 12447:13
**report** [2] - 12454:19, 12456:17
**reported** [1] - 12444:19
**Reporter** [3] - 12437:17, 12437:18, 12589:7
**reporter** [2] - 12519:12, 12520:20
**REPORTER** [2] - 12462:12, 12589:1
**represent** [2] - 12455:8, 12461:21
**represented** [1] - 12452:20
**republic** [1] - 12455:4
**request** [2] - 12459:8, 12459:15
**resist** [1] - 12588:17
**respect** [3] - 12459:21, 12459:8, 12460:20
**respond** [6] - 12459:12, 12459:23, 12489:15, 12571:11, 12585:17, 12585:18
**responds** [5] - 12478:18, 12479:24, 12570:1, 12570:3, 12570:15
**response** [5] - 12447:24, 12456:7, 12459:11, 12571:18,

12607

12582:23
**responses** [1] -
12446:1
**responsibility** [1] -
12588:11
**rest** [1] - 12528:21
**result** [1] - 12442:19
**resumed** [2] -
12461:4, 12520:24
**retreating** [1] -
12468:4
**Return** [2] - 12493:11,
12518:4
**return** [1] - 12588:23
**returned** [4] - 12461:7,
12519:14, 12521:2,
12581:10
**returns** [1] - 12455:14
**review** [1] - 12584:21
**reviewed** [3] -
12485:21, 12529:7,
12532:15
**reviewing** [1] -
12585:1
**Rhode** [1] - 12521:10
**rights** [1] - 12455:23
**riot** [9] - 12455:15,
12467:22, 12486:19,
12514:20, 12514:22,
12518:18, 12519:3,
12531:13, 12556:3
**rioter** [1] - 12516:3
**rioters** [4] - 12477:21,
12495:11, 12516:4,
12544:2
**rise** [3] - 12520:21,
12521:3, 12588:22
**Road** [1] - 12437:2
**Roger** [2] - 12437:14,
12439:12
**ROGER** [1] - 12437:15
**Rohde** [52] - 12462:1,
12462:17, 12463:17,
12464:22, 12465:5,
12466:12, 12470:18,
12473:13, 12473:15,
12475:19, 12476:3,
12478:10, 12480:24,
12481:23, 12483:7,
12484:1, 12486:24,
12487:16, 12488:13,
12496:15, 12496:23,
12497:22, 12498:18,
12499:14, 12501:21,
12506:3, 12506:9,
12514:2, 12515:20,
12522:11, 12524:19,
12525:20, 12526:18,
12527:12, 12528:15,
12530:4, 12530:6,

12533:5, 12534:14,
12537:10, 12538:19,
12540:1, 12544:8,
12555:22, 12556:21,
12574:1, 12575:11,
12577:7, 12578:17,
12579:3, 12579:8,
12580:5
**roll** [5] - 12489:24,
12489:25, 12490:10,
12490:13, 12522:10
**Ronald** [1] - 12562:6
**room** [4] - 12511:9,
12519:14, 12558:11,
12581:10
**Room** [2] - 12437:18,
12589:8
**roots** [1] - 12517:22
**Roots** [2] - 12437:14,
12439:12
**ROOTS** [3] -
12437:15, 12512:14,
12582:14
**ropes** [1] - 12575:23
**Rotunda** [5] -
12558:12, 12558:13,
12560:11, 12572:15
**round** [1] - 12576:16
**route** [6] - 12532:16,
12532:19, 12532:21,
12558:22, 12558:23
**RPR** [3] - 12437:17,
12589:2, 12589:7
**rule** [6] - 12449:18,
12455:7, 12517:24,
12582:20, 12583:21,
12584:4
**ruled** [3] - 12441:22,
12442:21, 12450:14
**ruling** [3] - 12446:13,
12449:21, 12451:16
**run** [2] - 12510:12,
12538:15
**running** [1] - 12510:15
**Rusch** [1] - 12470:16
**rushed** [1] - 12571:8

# S

**Sabino** [2] - 12437:8,
12439:12
**Sam** [1] - 12457:12
**sat** [1] - 12455:10
**saw** [27] - 12443:2,
12443:3, 12455:11,
12473:8, 12473:22,
12476:22, 12480:1,
12481:9, 12483:22,
12499:6, 12503:14,
12508:13, 12509:10,

12518:19, 12535:14,
12536:14, 12543:23,
12545:8, 12556:19,
12557:25, 12562:23,
12564:1, 12568:18,
12574:14, 12576:15,
12576:17, 12579:23
**scaffolding** [24] -
12461:18, 12464:18,
12466:2, 12466:4,
12466:17, 12470:2,
12470:25, 12471:7,
12474:23, 12475:9,
12477:21, 12479:1,
12480:2, 12480:5,
12483:19, 12485:5,
12494:14, 12494:18,
12495:4, 12497:19,
12498:25, 12500:24,
12501:15, 12502:23
**scaffolding's** [1] -
12499:4
**scene** [7] - 12469:12,
12469:16, 12470:6,
12488:20, 12489:3,
12563:14, 12567:14
**scenes** [1] - 12562:22
**scheduling** [1] -
12452:18
**Schumer** [1] -
12454:22
**scour** [1] - 12581:23
**screen** [32] -
12463:10, 12464:23,
12466:23, 12469:12,
12471:17, 12476:8,
12476:19, 12479:11,
12484:6, 12484:21,
12490:24, 12493:15,
12495:24, 12499:16,
12499:19, 12501:24,
12509:19, 12513:21,
12514:15, 12519:25,
12522:22, 12523:24,
12533:12, 12534:11,
12541:23, 12544:25,
12546:3, 12562:25,
12564:22, 12573:15,
12575:16, 12578:20
**scroll** [5] - 12463:16,
12527:13, 12528:15,
12571:16, 12572:5
**seated** [3] - 12461:8,
12519:15, 12521:5
**seats** [1] - 12457:21
**second** [10] - 12441:6,
12449:13, 12468:19,
12473:16, 12475:18,
12482:20, 12490:10,
12526:20, 12534:14,

12575:12
**seconds** [93] -
12463:4, 12465:5,
12466:13, 12467:6,
12467:12, 12468:1,
12468:8, 12470:12,
12471:11, 12471:12,
12471:13, 12471:25,
12472:6, 12474:18,
12475:1, 12475:11,
12476:2, 12476:6,
12476:14, 12476:16,
12480:25, 12481:13,
12481:15, 12481:19,
12483:2, 12483:24,
12484:17, 12484:18,
12486:1, 12487:16,
12493:13, 12494:4,
12494:23, 12495:15,
12496:23, 12497:14,
12497:17, 12497:21,
12497:25, 12498:6,
12501:4, 12501:7,
12501:22, 12503:6,
12504:8, 12505:9,
12505:15, 12506:19,
12506:24, 12507:4,
12509:16, 12509:20,
12514:12, 12515:7,
12515:20, 12516:2,
12522:5, 12526:19,
12529:18, 12529:21,
12534:6, 12534:16,
12538:9, 12538:16,
12538:20, 12539:1,
12539:18, 12541:6,
12541:20, 12543:12,
12543:15, 12544:7,
12544:17, 12545:25,
12546:4, 12548:7,
12555:22, 12556:5,
12561:15, 12564:2,
12564:3, 12564:5,
12564:9, 12565:7,
12566:2, 12566:13,
12574:1, 12575:7,
12576:22, 12579:3,
12581:19
**see** [103] - 12439:23,
12444:10, 12444:11,
12463:9, 12463:13,
12463:19, 12464:17,
12464:18, 12465:9,
12466:3, 12470:23,
12471:17, 12472:19,
12473:21, 12475:1,
12475:15, 12477:8,
12481:17, 12481:25,
12482:24, 12484:6,
12484:15, 12484:21,
12490:19, 12490:21,

12490:25, 12491:2,
12491:18, 12492:2,
12493:14, 12494:6,
12494:11, 12495:9,
12496:6, 12499:3,
12499:25, 12502:1,
12502:24, 12506:10,
12510:4, 12510:12,
12510:23, 12514:6,
12514:15, 12515:7,
12515:13, 12516:1,
12516:12, 12516:23,
12517:11, 12517:14,
12519:13, 12519:21,
12519:22, 12520:10,
12520:13, 12520:17,
12521:19, 12522:5,
12522:22, 12523:7,
12523:18, 12523:24,
12524:22, 12526:5,
12526:24, 12528:5,
12530:11, 12530:20,
12531:10, 12532:7,
12534:10, 12535:18,
12535:20, 12536:12,
12538:11, 12538:13,
12540:4, 12544:14,
12548:7, 12549:12,
12555:3, 12556:9,
12556:24, 12557:7,
12557:8, 12557:17,
12557:19, 12558:5,
12561:21, 12568:11,
12575:15, 12577:2,
12579:22, 12580:24,
12581:1, 12581:8,
12581:13, 12584:24,
12585:5
**seeing** [1] - 12502:20
**seek** [42] - 12465:22,
12469:6, 12469:21,
12471:3, 12474:14,
12479:6, 12480:14,
12483:10, 12485:9,
12487:12, 12496:18,
12500:18, 12502:13,
12503:20, 12504:18,
12506:6, 12508:6,
12509:1, 12527:11,
12529:14, 12531:18,
12533:8, 12537:13,
12541:2, 12542:22,
12545:13, 12547:10,
12555:18, 12556:13,
12559:12, 12560:22,
12563:8, 12565:15,
12567:6, 12569:2,
12570:24, 12572:23,
12574:18, 12576:4,
12577:17, 12583:23,
12584:7

**selecting** [1] - 12442:11
**self** [1] - 12582:1
**Self** [3] - 12478:4, 12478:24, 12527:20
**Self-Defense** [3] - 12478:4, 12478:24, 12527:20
**self-evident** [1] - 12582:1
**selfie** [2] - 12508:16, 12536:13
**Senate** [9] - 12457:19, 12511:5, 12521:15, 12537:19, 12547:15, 12577:23, 12578:8, 12578:9, 12581:2
**Senator** [1] - 12454:22
**send** [3] - 12528:7, 12529:4, 12571:18
**sense** [1] - 12575:18
**sent** [3] - 12534:2, 12534:3, 12583:11
**separated** [1] - 12575:21
**series** [4] - 12441:13, 12442:20, 12446:11, 12478:14
**SESSION** [1] - 12436:9
**session** [1] - 12521:4
**set** [11] - 12460:9, 12495:6, 12495:10, 12496:6, 12497:9, 12499:25, 12505:24, 12545:21, 12578:6, 12578:7
**sets** [1] - 12582:24
**seven** [5] - 12463:25, 12487:15, 12506:18, 12506:24, 12556:5
**several** [1] - 12445:14
**shack** [1] - 12486:18
**shall** [1] - 12479:7
**shaman** [1] - 12454:9
**Sheppard** [4] - 12457:12, 12457:13, 12457:18
**shield** [7] - 12467:22, 12514:20, 12514:22, 12518:18, 12519:3, 12531:13, 12556:3
**shirts** [2] - 12581:21, 12584:19
**shit** [1] - 12535:2
**shop** [1] - 12535:16
**shorthand** [1] - 12437:21
**shortly** [1] - 12572:17
**shot** [3] - 12465:10,

12498:23, 12550:17
**show** [19] - 12449:20, 12466:3, 12466:6, 12469:15, 12469:16, 12470:10, 12487:24, 12489:25, 12494:8, 12500:6, 12532:18, 12532:21, 12546:19, 12551:3, 12551:4, 12553:10, 12560:5, 12567:18, 12579:13
**showing** [1] - 12532:15
**shown** [1] - 12519:24
**shows** [3] - 12449:24, 12517:6, 12531:25
**sic** [6] - 12443:14, 12484:11, 12536:24, 12570:19, 12578:10
**side** [20] - 12458:23, 12500:10, 12508:16, 12521:18, 12524:9, 12532:19, 12533:4, 12541:17, 12543:7, 12552:25, 12553:9, 12560:18, 12561:3, 12561:6, 12561:8, 12561:11, 12565:11, 12576:17, 12576:18, 12576:19
**sides** [1] - 12486:15
**signals** [2] - 12472:20, 12493:3
**similar** [1] - 12446:11
**simply** [2] - 12444:1, 12588:12
**sit** [1] - 12457:22
**sitting** [2] - 12442:12, 12457:2
**situation** [3] - 12454:9, 12458:14, 12458:15
**six** [7] - 12480:25, 12484:17, 12518:9, 12538:9, 12543:11, 12544:7, 12586:12
**size** [1] - 12522:24
**SJ** [1] - 12479:22
**skip** [8] - 12495:14, 12501:6, 12538:19, 12541:19, 12545:4, 12556:4, 12556:22, 12561:24
**Skull** [2] - 12571:6, 12582:16
**slate** [1] - 12458:17
**slightly** [2] - 12550:13, 12566:25
**slip** [1] - 12587:14
**smallest** [1] -

12455:22
**smashed** [2] - 12515:15, 12515:23
**smashing** [3] - 12514:23, 12514:24, 12518:18
**Smith** [9] - 12436:16, 12439:9, 12439:18, 12452:16, 12489:15, 12492:16, 12493:9, 12583:18, 12585:2
**SMITH** [37] - 12436:17, 12436:20, 12439:20, 12440:1, 12440:3, 12440:11, 12452:15, 12452:17, 12453:17, 12460:15, 12460:19, 12474:11, 12488:15, 12488:18, 12488:25, 12489:10, 12489:24, 12490:9, 12490:21, 12491:6, 12491:11, 12491:14, 12491:16, 12491:18, 12491:21, 12491:24, 12492:2, 12492:15, 12492:18, 12581:15, 12581:17, 12581:19, 12583:13, 12583:19, 12584:8, 12585:3, 12586:20
**smoke** [1] - 12459:4
**smoking** [1] - 12556:10
**snack** [1] - 12535:16
**snacks** [1] - 12535:19
**someone** [13] - 12442:25, 12447:13, 12462:22, 12470:4, 12481:3, 12490:11, 12493:9, 12495:23, 12499:19, 12510:12, 12528:5, 12566:24
**sorry** [17] - 12454:13, 12460:5, 12464:24, 12465:15, 12501:21, 12510:18, 12521:19, 12524:8, 12525:2, 12535:3, 12543:14, 12550:15, 12558:14, 12567:10, 12574:7, 12579:8, 12580:5
**sort** [3] - 12455:3, 12470:5, 12566:24
**sourced** [1] - 12582:6
**spatial** [1] - 12520:11
**speaking** [2] - 12440:4, 12446:24
**special** [1] - 12545:8
**Special** [39] -

12460:10, 12460:11, 12461:15, 12462:8, 12463:19, 12464:7, 12464:15, 12465:17, 12469:12, 12469:25, 12473:21, 12477:19, 12479:10, 12480:18, 12481:25, 12482:7, 12483:14, 12488:6, 12493:14, 12500:22, 12503:24, 12504:21, 12507:24, 12508:10, 12509:6, 12511:22, 12513:8, 12518:6, 12521:13, 12521:17, 12530:10, 12533:12, 12535:14, 12537:17, 12540:16, 12551:12, 12561:2, 12565:10, 12567:14
**Speed** [1] - 12493:3
**speed** [2] - 12484:2, 12493:3
**spend** [2] - 12458:12, 12584:25
**spent** [1] - 12587:10
**spot** [3] - 12496:12, 12511:8, 12539:14
**spraying** [3] - 12473:9, 12562:19, 12562:20
**spring** [1] - 12588:3
**staircase** [1] - 12574:13
**stairs** [27] - 12466:4, 12478:19, 12495:6, 12495:10, 12496:6, 12497:9, 12497:10, 12497:18, 12497:20, 12499:5, 12500:25, 12503:14, 12503:15, 12503:17, 12505:24, 12509:11, 12524:6, 12524:13, 12530:11, 12545:21, 12546:6, 12547:5, 12549:4, 12572:18, 12573:8
**stairway** [2] - 12549:12, 12549:25
**stairwell** [5] - 12524:5, 12524:12, 12566:18, 12566:19, 12567:18
**stand** [6] - 12440:18, 12442:13, 12447:4, 12457:24, 12461:4, 12520:24
**standing** [4] - 12476:12, 12493:2, 12501:1, 12502:6
**stands** [2] - 12520:22,

12588:23
**start** [4] - 12453:4, 12498:19, 12543:1, 12547:18
**started** [1] - 12537:21
**starting** [5] - 12494:14, 12497:18, 12497:20, 12557:7, 12569:22
**starts** [2] - 12521:22, 12553:7
**statement** [7] - 12446:4, 12449:23, 12453:7, 12455:1, 12544:17, 12560:4
**statements** [1] - 12587:22
**STATES** [3] - 12436:1, 12436:2, 12436:10
**States** [5] - 12436:12, 12439:3, 12457:12, 12521:7, 12589:8
**status** [1] - 12452:1
**stay** [3] - 12540:22, 12549:1, 12572:15
**stenographic** [1] - 12589:4
**step** [2] - 12519:16, 12581:11
**steps** [2] - 12519:17, 12581:12
**Steven** [1] - 12437:11
**Stewart** [1] - 12478:22
**Stewart's** [1] - 12478:23
**still** [13] - 12442:9, 12446:14, 12446:22, 12479:23, 12479:24, 12485:4, 12486:3, 12511:13, 12549:25, 12560:18, 12568:22, 12569:6, 12576:14
**stop** [7] - 12463:7, 12463:19, 12464:25, 12475:13, 12482:9, 12488:6, 12488:8, 12491:9, 12491:25, 12516:10, 12525:6, 12525:12, 12530:6, 12539:16, 12556:7, 12564:7, 12565:5
**stopped** [7] - 12474:25, 12483:2, 12484:17, 12493:13, 12526:9, 12539:17, 12564:9
**stopping** [2] - 12505:9, 12507:4
**stormed** [2] - 12528:4, 12544:22

**Street** [6] - 12436:14, 12436:17, 12436:21, 12436:24, 12437:5, 12437:9
**strike** [6] - 12444:1, 12448:19, 12449:4, 12450:1, 12515:14, 12588:12
**Strikes** [1] - 12559:25
**striking** [1] - 12446:12
**structure** [2] - 12479:23, 12495:3
**stuck** [1] - 12548:20
**stuff** [1] - 12586:12
**substance** [1] - 12459:8
**successfully** [2] - 12499:4, 12500:25
**suggest** [1] - 12588:13
**suggestion** [5] - 12581:23, 12583:14, 12584:20, 12587:6, 12588:17
**Suite** [2] - 12436:18, 12437:6
**sunglasses** [1] - 12530:23
**surveillance** [6] - 12509:6, 12531:23, 12543:3, 12565:10, 12576:8, 12579:23
**sustain** [4] - 12447:17, 12448:2, 12448:16, 12449:25
**sustained** [6] - 12442:5, 12442:6, 12442:22, 12442:23, 12444:23, 12450:19
**system** [2] - 12582:7, 12582:11

# T

**table** [2] - 12439:23, 12440:13
**talks** [1] - 12442:12
**tape** [1] - 12489:25
**TARRIO** [1] - 12436:6
**Tarrio** [27] - 12439:5, 12439:14, 12559:5, 12559:22, 12568:22, 12569:6, 12569:10, 12569:19, 12570:1, 12570:3, 12570:7, 12570:13, 12570:15, 12570:17, 12570:19, 12571:11, 12571:18, 12571:23, 12572:3, 12582:15, 12583:6,

12583:11, 12585:10, 12585:17, 12586:5, 12587:24
**Tarrio's** [3] - 12529:11, 12583:7, 12587:22
**teared** [1] - 12484:11
**tears** [2] - 12478:18, 12570:14
**tee** [1] - 12585:12
**teed** [4] - 12582:21, 12585:14, 12588:20
**Telegram** [9] - 12446:19, 12460:12, 12570:19, 12583:2, 12586:21, 12588:2
**term** [1] - 12462:24
**terms** [8] - 12444:6, 12457:10, 12457:18, 12483:22, 12516:14, 12525:19, 12551:13, 12564:1
**Terrace** [16] - 12495:8, 12500:15, 12504:1, 12507:15, 12513:4, 12546:14, 12546:15, 12546:23, 12549:4, 12550:8, 12550:13, 12550:17, 12551:4, 12551:15, 12551:22, 12560:8
**territory** [1] - 12584:5
**testified** [10] - 12446:20, 12495:10, 12496:10, 12508:18, 12511:10, 12531:22, 12533:18, 12540:16, 12540:17, 12572:14
**testify** [3] - 12453:19, 12490:8, 12492:14
**testimony** [12] - 12444:1, 12444:2, 12444:4, 12445:6, 12446:25, 12448:19, 12449:1, 12450:1, 12489:7, 12490:18, 12533:19, 12540:20
**text** [4] - 12479:10, 12479:21, 12562:8, 12569:22
**texting** [1] - 12570:18
**THE** [210] - 12436:1, 12436:1, 12436:9, 12439:2, 12439:16, 12439:25, 12440:2, 12440:10, 12440:14, 12440:22, 12441:10, 12441:14, 12442:7, 12443:5, 12443:20, 12444:9, 12444:16,

12445:4, 12445:8, 12445:18, 12445:21, 12445:23, 12447:2, 12447:8, 12447:10, 12447:14, 12447:17, 12447:23, 12448:1, 12448:7, 12448:9, 12448:11, 12448:15, 12448:19, 12448:22, 12449:6, 12449:10, 12449:16, 12450:6, 12450:9, 12450:15, 12450:22, 12450:24, 12451:4, 12451:7, 12451:10, 12451:13, 12451:15, 12451:18, 12451:22, 12451:25, 12452:14, 12452:16, 12453:12, 12453:25, 12454:13, 12454:18, 12456:3, 12458:4, 12459:5, 12459:14, 12459:18, 12459:24, 12460:4, 12460:6, 12460:25, 12461:6, 12461:8, 12462:5, 12462:12, 12462:13, 12464:11, 12464:12, 12465:23, 12469:8, 12469:22, 12471:4, 12474:7, 12474:15, 12475:20, 12479:7, 12480:15, 12482:14, 12483:11, 12485:11, 12487:13, 12488:8, 12488:22, 12489:5, 12489:14, 12489:23, 12490:4, 12490:12, 12490:16, 12491:5, 12491:13, 12491:15, 12491:17, 12491:20, 12492:1, 12492:6, 12492:9, 12492:11, 12492:13, 12492:16, 12492:21, 12492:25, 12493:7, 12496:19, 12500:19, 12502:14, 12503:21, 12504:24, 12506:7, 12507:19, 12507:21, 12508:7, 12509:3, 12511:18, 12512:17, 12512:23, 12516:20, 12517:2, 12517:8, 12517:10, 12517:14, 12517:18, 12517:25, 12518:3, 12518:22, 12519:8, 12519:11, 12519:15, 12520:2, 12520:4, 12520:12, 12520:19, 12520:21, 12521:1,

12521:3, 12521:8, 12525:1, 12525:9, 12526:8, 12526:12, 12527:14, 12529:15, 12531:19, 12533:9, 12537:14, 12539:19, 12541:3, 12542:23, 12545:14, 12547:11, 12550:21, 12551:6, 12551:9, 12555:19, 12556:14, 12559:13, 12560:23, 12563:9, 12563:12, 12563:18, 12565:5, 12565:16, 12567:7, 12567:9, 12567:11, 12567:20, 12569:3, 12570:25, 12572:24, 12574:19, 12574:21, 12574:22, 12574:24, 12576:5, 12577:18, 12577:21, 12577:22, 12579:19, 12580:12, 12580:17, 12581:6, 12581:11, 12581:13, 12581:16, 12581:18, 12582:19, 12583:18, 12583:20, 12585:2, 12585:4, 12585:9, 12586:3, 12586:7, 12586:10, 12586:14, 12586:19, 12586:23, 12587:2, 12587:4, 12587:17, 12588:5, 12588:9, 12588:15, 12588:18, 12588:22
**themed** [1] - 12472:13
**themes** [1] - 12454:25
**themselves** [1] - 12585:11
**they've** [5] - 12446:17, 12454:10, 12455:6, 12458:2, 12459:1
**thinking** [1] - 12460:18
**thinks** [2] - 12456:1, 12493:9
**third** [6] - 12451:3, 12451:6, 12451:21, 12566:20, 12574:12, 12576:14
**thousands** [1] - 12581:24
**thread** [1] - 12479:19
**threat** [1] - 12454:25
**three** [11] - 12442:15, 12442:16, 12452:21, 12453:8, 12460:18, 12475:5, 12475:22, 12529:17, 12542:11,

12555:21
**throughout** [2] - 12587:24, 12587:25
**Thursday** [1] - 12453:19
**tier** [1] - 12502:5
**timestamp** [6] - 12527:4, 12540:12, 12545:17, 12556:24, 12566:14, 12577:7
**timestamped** [1] - 12480:22
**timestamps** [1] - 12577:25
**TIMOTHY** [2] - 12436:9, 12589:2
**Timothy** [2] - 12437:17, 12521:4
**Tip** [2] - 12478:16, 12478:19
**today** [2] - 12453:13, 12569:25
**Tom** [1] - 12552:4
**took** [2] - 12547:5, 12558:23
**tools** [3] - 12460:21, 12582:2, 12586:16
**top** [4] - 12470:5, 12479:23, 12499:1, 12553:12
**total** [1] - 12517:17
**touch** [1] - 12587:19
**towards** [10] - 12462:11, 12462:14, 12470:5, 12510:16, 12511:4, 12512:12, 12513:22, 12562:25, 12575:16
**tower** [7] - 12462:11, 12462:14, 12464:16, 12479:25, 12483:20, 12511:11, 12549:1
**transcript** [6] - 12437:21, 12447:21, 12448:10, 12485:19, 12589:4, 12589:5
**TRANSCRIPT** [1] - 12436:8
**transcription** [1] - 12437:21
**transcripts** [2] - 12443:12, 12443:16
**travel** [1] - 12453:21
**traveling** [1] - 12484:24
**travels** [1] - 12541:14
**treason** [1] - 12568:6
**Trevor** [1] - 12482:11
**trial** [6] - 12455:7, 12455:11, 12455:18,

12610

12455:19, 12455:23, 12587:11
**TRIAL** [1] - 12436:8
**tried** [2] - 12439:20, 12442:17
**true** [2] - 12589:3, 12589:4
**truly** [1] - 12520:7
**Trump** [3] - 12443:23, 12443:24, 12491:3
**truth** [1] - 12442:9
**trying** [4] - 12460:23, 12491:25, 12548:13, 12585:4
**Tuck** [16] - 12497:6, 12498:13, 12498:14, 12542:1, 12542:3, 12543:22, 12554:12, 12554:14, 12554:15, 12554:24, 12566:5, 12568:12, 12576:25, 12578:21
**Tucker** [4] - 12454:7, 12455:9, 12457:3, 12459:21
**turn** [7] - 12439:25, 12445:2, 12464:18, 12494:11, 12494:16, 12494:19, 12538:15
**turtle** [2] - 12528:5, 12528:6
**turtles** [1] - 12528:7
**TV** [6] - 12462:11, 12462:14, 12464:16, 12483:20, 12511:11, 12549:1
**twice** [3] - 12452:4, 12521:20, 12532:20
**Twitter** [1] - 12528:10
**two** [19] - 12440:15, 12441:23, 12458:14, 12467:18, 12474:25, 12479:18, 12487:5, 12503:9, 12504:8, 12515:20, 12515:23, 12528:6, 12548:25, 12556:4, 12562:2, 12564:8, 12569:22, 12575:7, 12583:5
**type** [4] - 12477:7, 12480:18, 12481:9, 12559:16
**typical** [2] - 12458:12, 12458:15

## U

**U-turn** [1] - 12494:19
**U.S** [2] - 12436:14, 12437:18

**un-connect** [1] - 12577:3
**unattached** [1] - 12515:15
**unavoidable** [2] - 12454:6, 12455:3
**under** [8] - 12466:4, 12470:5, 12477:21, 12480:2, 12485:4, 12488:24, 12587:14, 12587:20
**undermine** [2] - 12455:23, 12456:20
**understood** [1] - 12442:2
**unduly** [1] - 12585:15
**unfair** [1] - 12588:13
**UNITED** [3] - 12436:1, 12436:2, 12436:10
**United** [5] - 12436:12, 12439:3, 12457:12, 12521:7, 12589:8
**unity** [1] - 12455:8
**unless** [1] - 12449:22
**unlike** [1] - 12458:14
**unprecedented** [1] - 12455:25
**unusual** [2] - 12456:1, 12457:6
**up** [101] - 12439:25, 12441:23, 12442:14, 12447:21, 12447:24, 12448:4, 12450:17, 12452:8, 12454:1, 12459:10, 12459:12, 12460:1, 12463:21, 12466:7, 12470:10, 12472:9, 12472:19, 12474:1, 12475:17, 12475:18, 12477:15, 12478:19, 12479:23, 12480:2, 12480:10, 12482:20, 12484:4, 12492:22, 12493:3, 12493:8, 12494:15, 12494:19, 12496:9, 12496:11, 12496:13, 12497:20, 12499:1, 12500:8, 12500:14, 12500:25, 12502:5, 12502:23, 12503:16, 12504:12, 12504:21, 12504:22, 12508:10, 12511:3, 12511:7, 12512:13, 12512:20, 12515:19, 12519:21, 12520:12, 12524:6, 12524:11, 12524:13, 12524:17, 12525:20, 12526:19, 12530:11,

12532:20, 12532:22, 12534:13, 12537:20, 12539:24, 12541:16, 12546:6, 12546:15, 12546:17, 12547:5, 12549:4, 12550:10, 12556:23, 12558:19, 12561:21, 12564:7, 12564:25, 12566:18, 12566:20, 12567:18, 12572:17, 12572:18, 12572:19, 12573:10, 12573:25, 12574:7, 12575:12, 12577:7, 12582:21, 12585:13, 12586:14, 12588:20
**upper** [1] - 12495:6
**Upper** [17] - 12495:8, 12500:15, 12504:1, 12507:14, 12513:4, 12546:14, 12546:15, 12546:18, 12546:23, 12549:4, 12550:8, 12550:12, 12550:17, 12551:4, 12551:15, 12551:22, 12560:8
**upwards** [1] - 12452:25
**usefulness** [1] - 12519:20

## V

**vaguely** [1] - 12582:2
**valid** [1] - 12449:22
**various** [2] - 12446:18, 12446:20
**venue** [1] - 12455:20
**verdict** [2] - 12455:14, 12584:13
**versus** [1] - 12522:24
**vertically** [1] - 12567:1
**vicinity** [3] - 12511:11, 12512:10, 12524:14
**Victor** [2] - 12536:9
**Video** [154] - 12462:19, 12463:5, 12464:3, 12464:21, 12465:6, 12466:14, 12466:20, 12467:1, 12467:15, 12467:24, 12468:6, 12468:11, 12468:17, 12468:24, 12469:4, 12470:11, 12470:19, 12470:21, 12471:15, 12472:1, 12472:25, 12473:14, 12473:19, 12474:19, 12475:12, 12476:4, 12476:15, 12477:1,

12477:10, 12477:17, 12478:12, 12481:1, 12481:14, 12481:21, 12482:5, 12482:13, 12482:18, 12482:21, 12483:6, 12484:3, 12484:13, 12484:19, 12486:2, 12486:4, 12486:12, 12486:22, 12487:17, 12488:7, 12488:14, 12494:2, 12494:24, 12495:17, 12496:3, 12496:24, 12497:15, 12497:23, 12498:4, 12498:9, 12498:17, 12498:21, 12499:12, 12499:23, 12501:5, 12501:20, 12503:4, 12503:12, 12504:6, 12504:15, 12505:7, 12505:13, 12505:20, 12506:2, 12506:11, 12506:20, 12507:2, 12507:9, 12509:17, 12510:1, 12510:9, 12511:1, 12512:25, 12513:18, 12514:3, 12514:13, 12515:4, 12515:10, 12515:18, 12516:9, 12522:2, 12522:12, 12522:19, 12523:4, 12523:15, 12523:21, 12524:25, 12526:7, 12526:11, 12526:14, 12527:8, 12528:14, 12529:19, 12530:5, 12532:5, 12534:7, 12534:21, 12535:10, 12535:23, 12536:20, 12537:9, 12538:8, 12538:18, 12538:24, 12539:23, 12540:2, 12541:7, 12542:7, 12542:19, 12543:13, 12543:16, 12544:9, 12544:18, 12545:3, 12545:6, 12546:1, 12546:9, 12547:23, 12548:5, 12551:20, 12553:16, 12555:23, 12556:6, 12557:5, 12557:13, 12558:16, 12561:16, 12562:12, 12564:6, 12564:19, 12565:4, 12565:8, 12565:25, 12566:10, 12567:23, 12568:8, 12568:16, 12572:10, 12573:12, 12574:3, 12575:5, 12575:10,

12576:21, 12577:5, 12580:1, 12580:9
**video** [81] - 12441:24, 12442:1, 12446:19, 12452:10, 12452:11, 12463:15, 12464:17, 12465:16, 12466:19, 12467:10, 12469:17, 12470:24, 12472:8, 12473:22, 12483:14, 12483:22, 12485:19, 12489:17, 12489:19, 12490:15, 12495:11, 12498:23, 12502:17, 12502:20, 12503:1, 12503:25, 12505:2, 12506:10, 12506:13, 12508:13, 12509:6, 12511:23, 12516:19, 12516:23, 12517:6, 12517:11, 12517:14, 12518:6, 12521:14, 12521:22, 12529:7, 12531:23, 12531:25, 12533:12, 12534:24, 12536:14, 12536:18, 12537:18, 12537:21, 12538:1, 12540:14, 12543:1, 12543:3, 12543:6, 12543:24, 12545:17, 12546:6, 12550:16, 12551:2, 12551:19, 12553:15, 12556:19, 12556:23, 12566:17, 12567:15, 12572:7, 12572:12, 12573:2, 12574:8, 12575:22, 12576:8, 12576:17, 12577:7, 12578:13, 12578:23, 12579:2, 12579:23, 12583:12, 12584:19, 12585:17, 12586:1
**video's** [2] - 12505:3, 12551:16
**videos** [8] - 12446:20, 12487:5, 12532:15, 12534:2, 12536:5, 12553:2, 12557:24, 12586:20
**videotapes** [1] - 12455:11
**view** [9] - 12445:24, 12447:1, 12454:10, 12454:23, 12463:24, 12469:17, 12482:25, 12488:11, 12537:25
**viewed** [2] - 12446:4, 12446:7
**viewers** [1] - 12457:19

**viewing** [1] - 12454:9
**violence** [1] - 12455:12
**violent** [1] - 12454:11
**visibly** [1] - 12488:19
**visual** [1] - 12582:7
**visually** [1] - 12481:9
**voice** [19] - 12441:11, 12441:17, 12442:4, 12442:25, 12444:25, 12446:7, 12446:15, 12446:18, 12446:19, 12485:17, 12486:7, 12487:1, 12535:4, 12535:6, 12537:4, 12553:21, 12571:18, 12583:6, 12583:7
**voices** [1] - 12533:20
**voir** [1] - 12456:13
**volume** [1] - 12486:3
**Vy** [1] - 12552:16

## W

**wait** [2] - 12499:10, 12555:13
**waiting** [1] - 12588:3
**walk** [2] - 12459:2, 12494:17
**walking** [6] - 12494:6, 12494:9, 12494:10, 12511:3, 12576:15, 12577:2
**walkway** [2] - 12476:23, 12501:11
**wall** [3] - 12474:2, 12499:20, 12500:14
**wants** [1] - 12449:9
**warrant** [1] - 12456:10
**Washington** [5] - 12436:5, 12436:15, 12436:25, 12437:19, 12589:9
**watched** [2] - 12469:17, 12563:15
**watching** [1] - 12560:4
**wearing** [5] - 12472:12, 12488:19, 12489:2, 12491:19, 12495:24
**websites** [1] - 12585:1
**Wednesday** [2] - 12436:6, 12453:20
**week** [3] - 12452:25, 12453:6, 12453:19
**weekend** [2] - 12452:21, 12460:13
**welcome** [1] - 12461:9
**West** [21] - 12437:9,

12452:23, 12452:24, 12453:2, 12495:8, 12500:15, 12504:1, 12507:14, 12513:4, 12546:14, 12546:15, 12546:18, 12546:23, 12549:4, 12550:8, 12550:12, 12550:17, 12551:4, 12551:15, 12551:22, 12560:8
**whatever's** [1] - 12493:17
**whereabout** [1] - 12505:2
**whichever's** [1] - 12487:23
**whiff** [1] - 12455:22
**white** [1] - 12491:4
**whole** [2] - 12481:10, 12584:1
**William** [1] - 12469:3
**willing** [1] - 12460:22
**wind** [2] - 12546:15, 12572:17
**window** [13] - 12514:23, 12515:15, 12516:3, 12516:12, 12517:7, 12517:9, 12518:18, 12522:9, 12522:17, 12526:3, 12526:6, 12547:16, 12558:24
**winds** [1] - 12524:17
**wing** [3] - 12511:5, 12521:15, 12547:15
**Winter** [1] - 12570:17
**witness** [25] - 12440:13, 12440:20, 12441:2, 12441:7, 12442:3, 12442:13, 12442:14, 12444:24, 12446:15, 12447:4, 12448:24, 12449:7, 12453:24, 12456:25, 12457:24, 12460:10, 12461:1, 12461:4, 12489:7, 12491:22, 12517:23, 12518:11, 12520:24, 12580:11, 12582:25
**WITNESS** [13] - 12438:2, 12462:13, 12474:7, 12475:20, 12482:14, 12488:8, 12525:1, 12525:9, 12526:8, 12526:12, 12539:19, 12565:5, 12577:22
**Witness** [2] - 12519:17, 12581:12

**witnesses** [12] - 12452:18, 12452:21, 12452:22, 12452:23, 12453:1, 12453:6, 12453:7, 12453:9, 12453:10, 12453:18, 12453:21, 12460:16
**woman** [1] - 12573:22
**word** [2] - 12571:10, 12588:11
**words** [1] - 12587:16
**world** [1] - 12445:25
**Worrell** [2] - 12473:8, 12473:25
**worried** [1] - 12455:16
**worry** [1] - 12459:4
**worth** [1] - 12453:14
**wound** [8] - 12480:10, 12496:11, 12496:12, 12504:22, 12511:3, 12511:7, 12546:17, 12550:10
**write** [1] - 12528:3
**writing** [2] - 12459:22, 12459:23

## Y

**yellow** [6] - 12461:24, 12470:4, 12488:19, 12489:2, 12489:3, 12489:21
**yesterday** [8] - 12440:17, 12452:7, 12461:17, 12481:9, 12507:11, 12511:25, 12544:14, 12562:9
**York** [2] - 12436:18, 12437:13
**yourself** [1] - 12533:20

## Z

**Zach** [2] - 12479:1, 12552:9
**Zachary** [2] - 12439:4, 12461:24
**zoom** [1] - 12556:21
**zoomed** [1] - 12564:24