```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Tuesday, March 14, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                       Defendants.
- - - - - - - - - - - - - - - - - x
```

---

TRANSCRIPT OF JURY TRIAL - DAY 47
*** MORNING SESSION ***
HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE

---

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Nadia Moore, Esq.
                          Conor Mulroe, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

NICOLE MILLER
Cross-Examination by Mr. Pattis...................13266
Cross-Examination by Ms. Hernandez...............13331

1          **P R O C E E D I N G S**

2          THE DEPUTY CLERK:  We are on the record in

3     Criminal Matter 21-175, United States of America v.

4     Defendant 1, Ethan Nordean; Defendant 2, Joseph R. Biggs;

5     Defendant 3, Zachary Rehl; Defendant 5, Enrique Tarrio; and

6     Defendant 6, Dominic J. Pezzola.

7          Present for the Government are Jason McCullough,

8     Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9     Defendant 1 is Nicholas Smith; present for Defendant 2 are

10    John Hull and Norman Pattis; present for Defendant 3 is

11    Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12    and Sabino Jauregui; and present for Defendant 6 are Steven

13    Metcalf and Roger Roots.  Also present are Defendant 1,

14    Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

15    Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16          THE COURT:  All right.  Good morning to everyone.

17          So let's tick through some of the things we left

18    off with that we need to take up outside the presence of the

19    jury.

20          First, there was the issue of when the Government

21    would respond to both Mr. Rehl's motion regarding the Sixth

22    Amendment issue and Mr. Roots's motion that he filed the

23    other day.  When can the Government tell me it will be able

24    to respond to those two items?

25          MR. MCCULLOUGH:  Your Honor, the Government would

```
 1    be able to respond to Ms. Hernandez's motion on the Sixth
 2    Amendment issues by next Monday.  And we anticipate that we
 3    will be able to respond to Mr. Roots's motion in advance of
 4    that, if that would be -- if we could set the deadline for
 5    both, but I would anticipate that we'd respond to
 6    Mr. Roots's motion in advance of that, as well.
 7              THE COURT:  All right.  That was the date I was
 8    picking out that I thought was reasonable and allows us
 9    to -- to address it.
10              Ms. Hernandez, assuming the Government responds by
11    the 20th, would you be able to reply, let's say, by the 22nd
12    or so, if you're going to -- if you were going to reply?
13    You don't have to, but just give you that option.
14              MS. HERNANDEZ:  I would say yes, unless something
15    else is happening, in which case I will let the Court know.
16    And I mean something else -- as the Court knows, every day
17    is a new day.
18              THE COURT:  Right.  Something else definitely will
19    be happening.  The question is -- but -- all right.  We'll
20    make it -- we'll make your reply due the 22nd and,
21    Mr. Roots, when -- if you would like to file a reply to
22    whenever the Government opposes your motion, you'll have two
23    business days to do it.  So if they respond earlier, you'll
24    have two business days to do that.
25              MR. ROOTS:  (Indicating.)
```

13244

```
 1              THE COURT:  Yes, sir.
 2              MR. ROOTS:  There's another -- there's the
 3    previous motion to dismiss that the Government has responded
 4    to, and I'm hoping to get that reply in ASAP, maybe tonight
 5    or tomorrow.
 6              THE COURT:  All right.  I mean, I think it
 7    probably makes sense for me to deal with those -- both
 8    motions together.  So that's fine.  All right.
 9              MS. HERNANDEZ:  I'm sorry, Your Honor.  I don't
10    think we have to discuss this now, but in the -- depending
11    on what the response is and whether we need an evidentiary
12    hearing, I guess the Court will take that up somehow.
13              THE COURT:  Yeah.  I mean, what I asked the
14    Government to do is -- they're going to presumably oppose
15    that and explain why I don't have to -- I need one, but --
16    so that's all baked into -- I'll receive the papers and, if
17    I think we need one, I'll schedule it; and if I think we
18    don't, I won't.
19              MS. HERNANDEZ:  Well, I'll alert the Court that I
20    believe that the assertion about what -- how the detainees
21    are informed about the procedures is not accurate.  And so
22    we might -- I might request -- or I might need someone from
23    FCI Philadelphia.  I can get that moving in advance or I
24    will wait to see what the Government comes back with.
25              THE COURT:  I mean, I -- it seems to me that's
```

1    appropriate -- an appropriate thing for you to include in

2    your reply, depending on what they represent and what they

3    put forth.

4              MS. HERNANDEZ:  Thank you.

5              THE COURT:  All right.  Very well.  So that's

6    those two things.

7              Let's see.  The other issue was -- or another,

8    sort of, scheduling issue was the timing of objections to

9    the next wave of exhibit -- the next wave of slides and

10   exhibits the Government wants to introduce through Agent

11   Dubrowski.  I don't know, you know, what day -- when we'll

12   exactly get to that, but I realized, as I was preparing for

13   this morning, that, you know, we're in a relatively -- a

14   short time period before Mr. -- Agent Dubrowski may be on

15   the stand, you know?  I -- we've had the series of -- I've

16   obviously ruled on -- at least some of these exhibits the

17   Government says are already in evidence.  And then we've had

18   a lot of rulings on, sort of -- I think the parties are

19   probably well aware on, kind of, the lines I've drawn.  So

20   maybe, this is not, you know -- maybe, this is not the

21   most -- maybe, this won't take up that much time.  But

22   when -- let me just ask from -- I -- is the Government going

23   to ask that the defendants articulate objections by this

24   evening?  I suppose that's the only, I mean, practical way

25   to do this at this point.

1          MR. MCCULLOUGH:  Yes, Your Honor.  I mean, I think

2    that's, kind of, where we think we're headed, is that we

3    would think that Special Agent Dubrowski would hit the stand

4    tomorrow, if not -- frankly -- we would hope that -- even

5    though it would be disappointing not to get him on the stand

6    this afternoon, I mean, I think there's a very good

7    possibility that he would be.  So if we hit the end of the

8    day and we haven't resolved this, I think we tick over until

9    tomorrow, but I think we've got to resolve this by first

10   thing tomorrow morning.  And -- so to do that, I think we've

11   got to hear from the defendants at some reasonable hour

12   tonight so that we can come in prepared to explain to you

13   why we're right.

14          THE COURT:  All right.  Any -- then I think I

15   have -- look, if we -- we'll see where today goes, and if we

16   hit this point earlier today, we'll cross that bridge, but

17   let's assume for the moment we don't hit it today.  I think

18   it makes sense for the defendants to let the Government know

19   of any objections by, let's say, 8:00 this evening.  Again,

20   this -- some of this will just be for the -- for -- may

21   just, sort of, be for the record in the sense that you all

22   know the lines I've drawn and -- and, you know, you can

23   preserve whatever objections you need to.  But -- so I'll

24   ask the defense, then -- I'll order the defense to

25   articulate any objections by 8:00, and copy chambers on

1    those objections. And in particular, if there's any, you

2    know -- if there's any particular piece of evidence that you

3    think there's, sort of, a new or a very fact-specific

4    objection you have, like something we're about to talk about

5    in a moment that may come up today, that you highlight that

6    for me so I can be prepared to address it.

7             MS. HERNANDEZ: Your Honor, on that point, I know

8    the Government has insisted on scope of cross. I don't know

9    if the Court will recall, when Agent Dubrowski was last on

10   the stand, I reserved asking him questions post January 5th

11   regarding a communication between my client and someone who

12   held himself out as a CHS. And I've -- I'm just alerting

13   the -- I would ask that if the Government's going to object

14   to my getting into those text messages, which may be

15   technically beyond the scope of his direct examination -- I

16   thought we had gotten an -- I thought I had reserved the

17   right to bring that out.

18             THE COURT: I think -- I -- my -- that's my

19   memory. So putting aside the issue of the merits of this

20   dispute, I think that's right that we -- that you reserved

21   that right. The Government, sort of, acknowledged that.

22   And we said we would, you know -- you would argue about it

23   another day. Whether you can do what you want to do is a

24   different question. But is that the Government's

25   understanding and memory?

1          MR. MCCULLOUGH:  I think that's right, Your Honor.

2    If we can just ask, through the Court, that Ms. Hernandez

3    just identify those exhibits just so we can just get this

4    cleared away in advance of Dubrowski hitting the stand.

5          MS. HERNANDEZ:  I believe they've been -- I

6    believe they were identified at the time, but I'll do it

7    again.

8          THE COURT:  Okay.

9          MR. MCCULLOUGH:  Great.

10          THE COURT:  All right.  Great.

11          All right.  So 8:00 o'clock tonight for the

12    Dubrowski objections.

13          The -- let's see.  I'm trying to take these in an

14    order that we can -- they can be addressed quicker.  The

15    quicker ones first.

16          Mr. Smith, on your issue about the 20th, I am

17    going to allow you to take a witness out of order if you --

18    if it comes to it.  So -- we'll see.  Maybe we won't get

19    there.  We may be a day or two -- you may -- we may not --

20    the Government may well have wrapped up its case by then.

21    If it hasn't, I'll allow you the opportunity to put that

22    witness on on the 20th.  We'll simply explain to the jury,

23    you know, for witness's -- for a witness's schedule, we're

24    going to be taking this out of order, explain that this is

25    the beginning of the defendant's case taken out of order,

1    and -- and roll on.

2            MR. SMITH:  Thank you, Your Honor.

3            THE COURT:  Very well.

4            And then before we get to the exhibit today,

5    there's where we left off on the CHS issue.  So you know, in

6    thinking about this, here's where -- I mean, it's been teed

7    up -- or it was teed up for me with regard to Mr. -- well,

8    Mr. Smith had, sort of, teed it up and then, kind of, ended

9    up punting it to let subsequent counsel address it.  I do

10   think that if -- and he had teed it up with regard to one

11   particular person that we've been talking about and who

12   there had been representations about, kind of, that

13   person's -- how that person has showed up in other evidence

14   in the case writ large.  And I think -- and I'll hear the

15   Government in response.  I think they have a good-faith

16   basis -- they surely have a good-faith basis to ask the

17   question about that person.  I think it's within the, you

18   know -- this witness has been testifying, "Here's this

19   person.  They're" -- "here's this person and here's who they

20   are; here's this person and here's who they are."  It seems

21   to me that if that person shows up in videotape on the day

22   in question, number one; and, two, given, I'll just say, the

23   other things we know that -- about that person that have

24   been -- the other ways in which that person has shown up in

25   the evidence in this case, that it's fair for them to ask

1    this question and take it as far as they will, subject to

2    the rules of foundation and all the rest, with this witness,

3    you know?  This isn't just somebody, sort of -- let's just

4    put it this way.  I think it would be a different issue if

5    there was some person floating in the background who --

6    let's just imagine a scenario of a person showing up that

7    day loosely linked to the marching group who doesn't have

8    any -- there's no other particular relevance to that person.

9    I think that would be a different issue.  But I think, kind

10   of, similar to the way I, kind of, handled this in --

11   virtually, if there -- in other words, with the Telegram

12   messages -- if there is some particular factual salience or

13   if that person is, sort of, more closely, you know,

14   interlocked with the evidence -- some of the evidence in the

15   case, I think it is fair for them to be able to ask that

16   question and make whatever hay they want to make out of it.

17          Now, again, I think you're going to -- they're

18   going to run into the issues of foundation and scope and

19   potentially hearsay and all sorts of other things that won't

20   really -- that inquiry may not go that far, but that's my

21   general thought on the issue.  And then, of course, just

22   like in virtual -- the virtual sense, I think if they wanted

23   to ask a question generally, not tethered to any particular

24   person also, "Were there people -- were there CHSes, you

25   know, there that day," without getting into a particular

1    person, that that's probably fair game, too.  The agent can

2    answer whatever she knows about that one way or the other.

3           So let me -- does the Government want to respond

4    to any of that?  And at least in the case of -- to make

5    clear, at least in the case of that one person, it would be

6    that the person's, you know -- the person's -- in connection

7    with other evidence in the case, that person's status would

8    end up being a public -- in the public record.

9           (Brief pause.)

10           The Government's opportunity to respond is not

11    open forever.

12           MR. MCCULLOUGH:  We appreciate that, Your Honor.

13           The -- I think, fundamentally, the issue is

14    whether it is appropriate, at this point, to put identifying

15    information of these individuals into the public sphere.

16    Obviously, putting that person on the screen and identifying

17    them as such does that.  As you know, we have argued that

18    that, kind of, particular technique of, kind of, "this

19    person" as opposed to "there's someone here that is in that

20    category" would be, in our view, the better way to do it;

21    appreciate Your Honor's ruling.  I think as to the -- and so

22    I think we would continue to object to that in terms of the

23    specifically-identifying information at this juncture in the

24    case.  Just -- we don't think that that -- the -- we think

25    that the prejudice to the Government, kind of, outweighs the

```
 1        probative value, the probative value of, is there someone in
 2        that category here?  Sure.  Fine.  So that's our --
 3                  THE COURT:  All right.
 4                  MR. MCCULLOUGH:  -- position on it and --
 5                  THE COURT:  All right.
 6                  MR. MCCULLOUGH:  -- appreciate that Your Honor has
 7        considered it and, I think, considered it carefully, and we
 8        appreciate that effort.
 9                  On -- as to this last individual, just so we're
10        not, kind of, on a --
11                  THE COURT:  And -- go ahead.
12                  MR. MCCULLOUGH:  Just so we're not on a -- on a
13        factual issue, it's our understanding that the individual
14        that we, kind of, are now teed up on was, as a factual
15        matter as we understand it -- and we think that the defense
16        has this information as well -- was not, kind of, on the
17        march with them but rather, kind of --
18                  THE COURT:  Right.
19                  MR. MCCULLOUGH:  -- arrived at, kind of, that
20        moment.  And so, you know, again, I think that also limits
21        the -- frankly, the probative value of all of this to a
22        significant extent.  I mean, I'll, you know -- someone that,
23        kind of, shows up for 15, 20 minutes, it does limit the
24        probative value.  So with those -- that's our position.
25                  THE COURT:  Okay.
```

```
1              MR. MCCULLOUGH:  And I think Your Honor has --
2              THE COURT:  Okay.
3              MR. MCCULLOUGH:  -- like I said, considered it.
4              THE COURT:  I have.  And, again, I'm not -- so I
5      think we -- the ground rules, as I see it, then, are general
6      questions that don't identify a person, number one, which I
7      think the Government had conceded was fair game.  And then
8      with regard to this particular person, given the scope of
9      this witness's direct and what they're testifying about,
10     again, to the extent they're present in some video, I think
11     it's fair that that opens the door to these questions.
12     We're not talking about any other particular person right
13     now.  So just to be clear, it's a -- it will be a
14     case-by-case basis if some other particular person is
15     raised.
16             All right.  So that's my ruling on that.  Last
17     thing I have is the issue that got raised at the last minute
18     with regard to that one exhibit.  Mr. Smith?
19             MR. SMITH:  Yes, Your Honor.  I just want to read
20     from the transcript yesterday.  This concerns the tool AJ
21     Fischer.  I asked Agent Miller, "Do you know whether AJ
22     Fischer has ever met Nordean before January 6th?"
23             Answer --
24             THE COURT:  Hold on.  Mr. Smith, why don't I let
25     the Government articulate what their basis is first.  We're
```

1    talking about this exhibit; right?

2            MR. SMITH:  Yes, Your Honor.  I think we

3    understand the -- so it -- I --

4            THE COURT:  Let me -- let's just hear what the --

5            MR. SMITH:  Okay.

6            THE COURT:  I want to hear from them what the

7    basis is --

8            MR. SMITH:  Okay.

9            THE COURT:  -- because I thought I understood, but

10    then I saw what the date of the Telegram exhibit is.  Let's

11    just let them at least articulate what the basis for

12    admission would be.

13            MR. KENERSON:  Certainly.  And, Your Honor, I --

14    we'll also go to the transcript.  It's the same basic spot.

15    I don't know if, you know -- I don't know exactly what --

16            THE COURT:  Well, just -- you don't have to

17    reference the transcript to explain, I don't think, what

18    the -- what you think the salience is.

19            MR. KENERSON:  Sure.  I -- sure.  And I do want to

20    get the transcripts, because I think it goes to one of the

21    objections that Mr. Smith raised over email.  But the

22    relevance is that, essentially, the import of Mr. Smith's

23    questioning was AJ Fischer and Ethan Nordean don't know each

24    other.  That was the import of the questioning.  This

25    exhibit shows, one, that they do.  And it's in

1    combination -- it's coming in -- or the Government would

2    seek to introduce it in combination with another one which

3    it seems like they didn't have objection to which is a post

4    from Mr. Biggs's Parler account from December 13th or 14th,

5    somewhere around there, showing Mr. Nordean, Mr. Biggs, and

6    then AJ Fischer in the background, and it's some sort of an

7    indoor location which certainly goes to show that they had

8    met each other prior to January 6th.  Yeah.  It looks like a

9    private residence.  The -- now, fast-forward to the date of

10   this exhibit.

11              THE COURT:  The 20th --

12              MR. KENERSON:  Yes --

13              THE COURT:  -- I think.

14              MR. KENERSON:  -- the 20th of January.  It's

15   relevant to the whole import to the questioning.  And the

16   question I would actually point the Court to was,

17   question -- "So apart from these things, you don't know

18   whether they know each other at all," was the question.  And

19   this goes to, one, they do know each other at all; two, they

20   were still speaking after January 6th.  And I understand

21   Mr. Smith's objection to the language that his client used,

22   but this is -- this shows not only do they know each other,

23   but they know each other well enough to be speaking like

24   this around each other in what is -- I know the Court

25   doesn't have the ins and outs of this chat.  This is a

1    relatively small chat of which Mr. Nordean was the admin.

2    So it is relevant -- very relevant, we would proffer to the

3    Court, to combat the questioning by Mr. Smith about his

4    client's relationship with AJ Fischer.

5            MR. SMITH:  Your Honor --

6            THE COURT:  Hold on, Mr. Smith.

7            (Brief pause.)

8            Okay.  I'll hear from you, Mr. Smith.

9            MR. SMITH:  Your Honor, could -- we just heard

10   Mr. Kenerson say that -- he started quoting from a

11   transcript, yesterday's at Page 123.  The transcript has

12   been reordered as of a couple minutes ago, but as of last

13   night it was Page 123.  Mr. Kenerson began reading it:  "So

14   apart from those things, you don't know whether Mr. Nordean

15   and AJ Fischer know each other at all?"  What Mr. Kenerson

16   just omitted from his representation to the Court were the

17   lines immediately above that.  So the lines that I was

18   trying to read for the Court are the following.  They're

19   very few.  "Do you know whether AJ Fischer has ever met

20   Mr. Nordean before January 6th?

21           "Answer:  I know he was in the MOSD chat group.

22           "Question:  Okay.

23           "And I know" -- "Answer:  And I know he was at --

24   well, outside of that, no.

25           "Question:  So apart from those things" --

1    meaning, apart from the chat groups -- "do you know whether

2    they know each other at all?"

3           There was no challenge to the witness's statement

4    that they had been in chat groups together, Your Honor.  So

5    showing -- so the first point is showing a chat between

6    Mr. Nordean and Mr. Fischer does not rebut anything the

7    witness was challenged on in her testimony.

8           The second point, Your Honor, is the suggestion

9    that this chat involving inflammatory, racist words is the

10   only chat that shows Mr. Nordean chatting with Mr. Fischer

11   is patently false.  Just one example, Your Honor, is in

12   Nordean Exhibit-110 at Page 112.  There's a chat between

13   Mr. Fischer and Mr. Nordean on January 5th -- on January

14   5th -- which is more relevant than the chat, under the

15   Government's own logic, between Mr. Nordean and Mr. Fischer

16   on January 20th, because the question to the Court -- the

17   witness was whether they knew each other before January 6th.

18   Here is a chat in Nordean Exhibit-110, Page 157 -- 112,

19   showing a chat between them the day before January 6th.

20   That would suit every purpose that Mr. Kenerson has just

21   identified.  But in the chat we have here, it's comments

22   about fried chicken and --

23           THE COURT:  I'm aware of what it says.

24           MR. SMITH:  Okay.  It's a Rule 403 issue.  The

25   probative value is nil when you compare it with the fact

1    that the Government could simply use another chat from

2    January 5th.  And the unfair prejudice is out of sight,

3    given what the jury is like.  So -- yeah.

4              THE COURT:  I understand your argument.

5              MR. SMITH:  Okay.

6              THE COURT:  Mr. Kenerson?

7              MR. KENERSON:  So two things.

8              So first of all, the question -- or the answer, I

9    guess, that preceded that question was "I know he was in the

10   MOSD chat group."  That's what modifies Mr. Smith's later

11   question.  So this is, one, a separate chat group.  It has a

12   separate purpose.  I confess, I don't know off the top of my

13   head what Nordean-110 is, whether that's the MOSD chat group

14   or not, but this shows a closeness outside of the MOSD chat

15   group which is, I think, the import of Mr. Smith's questions

16   and answers.  I -- and I would -- also on the, you know,

17   representation Mr. Smith just made, obviously, we don't have

18   a reason to doubt what's in the chats.  I would point the

19   Court back to January 17th where Mr. Smith was accusing the

20   Government of making false and misleading representations

21   because Mr. Fischer's counsel indicated there were zero

22   communications between Mr. Fischer and these defendants.

23   He's now saying, "Well, here they are.  The Government

24   should use those."  But his -- the question he asked was

25   about MOSD.  The -- or the answer the witness gave was about

1    MOSD.  His question later was about whether they knew each

2    other.  This chat certainly suggests in very probative terms

3    that not only do they know each other; they are close.

4            MR. SMITH:  Your Honor, the other chat --

5    Mr. Kenerson keeps identifying the purpose to show that

6    chats show they're close, but that does not require a chat

7    involving inflammatory racism.  There were many chats

8    between them that the Government could be using.  The fact

9    that they happened to be in one chat versus another does not

10   establish closeness.  They could -- and the closeness could

11   be established with the photograph, which we are not even

12   objecting to because we agree that it's responsive to our

13   question about whether they had met, and --

14           THE COURT:  Okay.  I understand your argument.

15           So here's where, I think, I come down on this.  I

16   agree with -- on the first part of this, in terms of the

17   relevance, I agree -- Mr. Smith tried to, sort of, tee this

18   up as, oh, this isn't really relevant because of the

19   particular line of questioning.  And I agree with the

20   Government at least on the issue of is this relevant in the

21   sense that it does show a closeness -- I think that's fair.

22           But the second part of the analysis is 403.  And

23   I've got to say, again -- and this is apart from the fact

24   that there may or may not be other evidence that shows the

25   closeness.  You've mentioned the photo.  You've mentioned

 1    there may be other texts.  But I think given the particulars

 2    of what are -- and I fully recognize that, in general, I

 3    haven't ordered the Government to redact all sorts of, kind

 4    of, rough-around-the-edges language that the defendants have

 5    used in this case because I did rule, and I think it's

 6    correct, that in general, the Government -- that -- using

 7    rough language does show a closeness and does -- especially

 8    when we're talking about a conspiracy charge.  But this

 9    person is not a co-conspirator and, in this particular

10    instance, I'm going to rule this out on 403 grounds.  And if

11    the Government has other chats, they can use those.  They

12    can use the photo.  But I think -- I do think, on 403

13    grounds, this needs to be excluded.

14            Mr. Kenerson?

15            MR. KENERSON:  I understand the Court's ruling on

16    that point, not asking you to revisit.  One thing we would

17    ask, since I don't -- it seems very unlikely we get to

18    redirect before lunch, is the opportunity to propose some

19    redactions.

20            THE COURT:  Well, I thought of that.  I -- I'll --

21    sure.  You can try.  Sure.

22            MR. KENERSON:  Okay.  Thank you.

23            THE COURT:  Okay.  All right.  Is -- if there's

24    nothing further, we're -- we've gone through all the issues

25    I would have liked -- I wanted to address before we bring in

1    the jury and the witness, I'd like to proceed.

2                MS. HERNANDEZ:  (Indicating.)

3                THE COURT:  Ms. Hernandez?

4                MS. HERNANDEZ:  Your Honor, I was going to ask the

5    witness about -- without accusing her of doing anything

6    wrong, just the fact that she and other agents had reviewed

7    or accessed emails between Mr. Rehl and her -- and his

8    former attorney.  I wasn't going to, you know, accuse her of

9    doing something illegal or any -- or unethical or anything.

10   Just that in their -- in her Jencks, this had -- she

11   apparently had had some review of his emails or something

12   like that.

13               THE COURT:  Right.  I've already ruled that's out

14   as both beyond the scope and on 403 grounds.  So we're going

15   to litigate -- we are going to litigate the question of

16   whether your client's Sixth Amendment rights were violated,

17   as you know, but, no, I don't think it's appropriate

18   questioning of this witness.

19               MS. HERNANDEZ:  So I thought you had said that to

20   Mr. Nordean.  And there's a difference, I believe, in the

21   standing.  Again, I'm not -- my plan was not to accuse her

22   or even suggest that it was illegal.  I just wanted to

23   establish the fact.

24               THE COURT:  I don't think it's appropriate for the

25   reasons I've articulated.  I take your point that -- it's

 1    fair for you to raise it, given that you're differently

 2    positioned, but I'm -- I'm still going to sustain a 403 --

 3    an objection to that as beyond the scope and 403.

 4            MS. HERNANDEZ:  You're going to sustain the

 5    objection that is to be made?

 6            THE COURT:  Well, it won't be made because I'm

 7    telling you right now.

 8            MS. HERNANDEZ:  I'm just saying --

 9            THE COURT:  I understand.  Well, it's not a secret

10    that that's their position.

11            MS. HERNANDEZ:  Okay.  Thank you.

12            THE COURT:  All right.  Very well.  Let's bring in

13    the jury and the witness, Ms. Harris.  Thank you much.

14            (Brief pause.)

15            (Nicole Miller resumed the witness stand.)

16            (Brief pause.)

17            THE DEPUTY CLERK:  Jury panel.

18            (Jury returned to jury box.)

19            THE COURT:  All right.  Everyone may be seated.

20            Ladies and gentlemen, welcome back.

21            And we'll continue with Mr. Pattis's

22    cross-examination on behalf of Mr. Biggs.

23            Before Mr. -- Mr. Pattis, before you proceed, can

24    I have counsel pick up the telephone for a minute.

25            (Bench conference:)

1          THE COURT:  All right.  One thing I just realized

2    that I thought it made sense to be absolutely clear about.

3    The person that Mr. -- there are two CHSes we've been

4    talking about here in connection with this cross.  One was

5    the person who Mr. Smith had planned to raise and see if

6    this witness knew something about a statement he had made to

7    the handler.  That person -- I don't think that person's

8    name is in play and relevant at this point.  The second

9    person was the other person we talked about whose name has

10   come up at various points during the trial, and that

11   person -- pursuant to the ruling I made just a moment ago, I

12   think the person's name is in play if the defense wants to

13   do something with that.  But I just wanted to make clear the

14   prior person, the name I don't think is relevant, and so I

15   don't think we need to go into that.

16          Mr. Pattis, I just want to make sure we all

17   understand where we are.

18          MR. PATTIS:  Well, I appreciate your raising that.

19   I was bluffing, pretending I understood this morning.

20   Are -- that second name you're referring to is Mr. Lizardo,

21   I believe.

22          THE COURT:  Correct.

23          MR. PATTIS:  Okay.  So I have permission to use

24   that name and his identity as a CHS?

25          THE COURT:  As long as you -- if you can point

1    out -- again, I think you're going to have to point out

2    where on the -- I mean, she's a -- someone who's testified

3    about video -- all this video --

4            MR. PATTIS:  Right.

5            THE COURT:  -- evidence.  If you can point out him

6    on the video, I think -- yeah, I think --

7            MR. PATTIS:  Okay.  Got it.

8            THE COURT:  -- that's right.

9            MR. PATTIS:  Got it.  There may be an alternative

10   way.  If I think I've found it, I'll ask for permission --

11           THE COURT:  Okay.

12           MR. PATTIS:  -- to speak to you first --

13           THE COURT:  But I just --

14           MR. PATTIS:  -- so -- okay.

15           THE COURT:  Fair enough.  I just want to make sure

16   the other person -- I don't think there is any value --

17           MR. PATTIS:  I don't have any -- I'm not

18   attempting to go there.

19           THE COURT:  All right.  Ms. Hernandez has her hand

20   up.  So I'm sorry, Mr. Pattis, but --

21           Go ahead.

22           MS. HERNANDEZ:  Yes, Your Honor.  So on the other

23   person, being the Kansas City CHS, you do not want us to

24   mention the name.  But can we identify him as -- from where

25   he's -- the location or do -- you don't want that either?

```
 1    And the only reason -- I'm sorry.  The only reason I mention
 2    that is because at least one of the marchers is from that
 3    same Proud Boy club or whatever it's called.
 4              THE COURT:  What's the relevance, though?  I
 5    guess.
 6              MS. HERNANDEZ:  To identify the location -- the
 7    club he's from -- that he's from Kansas City --
 8              THE COURT:  Again, what's the relevance of that?
 9              MS. HERNANDEZ:  -- the chapter.  Again, as I
10    said -- I mean, some of the other -- some of the,
11    quote-unquote, tools that have been identified, I believe --
12    I believe it's -- Mr. Chrestman is from --
13              THE COURT:  No --
14              MS. HERNANDEZ:  -- that same chapter.
15              THE COURT:  -- Mr. Chrestman hasn't been
16    identified or argued to be a tool.
17              MS. HERNANDEZ:  Well, I thought he'd been pointed
18    out --
19              THE COURT:  Yeah, he was pointed out.  But no, I
20    think that's out.
21              MS. HERNANDEZ:  Okay.  So we can't --
22              THE COURT:  Again, you can point out that he --
23    we -- Mr. Smith already did it.  You can point out that he
24    was a CHS.  This witness has already said, "I don't know
25    anything more about it," but --
```

```
 1                  MS. HERNANDEZ:  Right.

 2                  THE COURT:  Yeah.

 3                  MS. HERNANDEZ:  I just wanted to make sure I

 4     understood the Court's parameters.

 5                  THE COURT:  Understood.  Okay.

 6                  MS. HERNANDEZ:  Thanks.

 7                  THE COURT:  Very well.

 8                  Mr. Kenerson, did you want to be heard on

 9     anything?  I just see your -- no.

10                  MR. KENERSON:  No, I think -- I agree with the

11     lines the Court just drew.

12                  THE COURT:  All right.  Very well.

13                  (Return from bench conference.)

14                             CROSS-EXAMINATION

15     BY MR. PATTIS:

16     Q.  Good morning, Agent Miller.  Welcome back.

17     A.  Good morning.

18     Q.  I wanted to tidy up something that I made a mess of

19     yesterday.

20                  You said you were one of six case agents in this

21     case?

22     A.  Yes.

23     Q.  Is one of them the lead agent?  In other words, is there

24     one person in charge?

25     A.  Not necessarily in charge.  We're all responsible for
```

1    the case.

2    Q.  I get that.  But suppose that there's a difference

3    between two of you about what to do in a particular area.

4    How does a decision get made?  If you want to go one way and

5    another person wants to go a separate way, who decides which

6    way to go?

7    A.  We discuss it amongst the team and then we decide as a

8    team.

9    Q.  Okay.  And is one of the members of the team Special

10   Agent Hanak, who is present and sitting at the counsel

11   table?

12   A.  It is.

13   Q.  Has he taken a lead role in this case?

14   A.  He is a lead agent as well, yes.

15   Q.  Okay.  And you would designate yourself as a lead agent,

16   as well; correct?

17   A.  Along with the other -- there's four --

18   Q.  Who are the other four lead agents?

19   A.  Kate Camiliere, Brandon Camiliere, Peter Dubrowski,

20   and -- we have one more -- I can't think of the other one.

21   Come back to me on that.

22   Q.  Are Kate and Brandon married?

23   A.  They are.

24   Q.  Okay.  That's a little odd, isn't it?

25              So you mentioned -- we ended yesterday with -- you

1    were saying you had not reviewed any reports involving

2    confidential informants in this case.  Do you recall that?

3    A.  I do.

4    Q.  And --

5    A.  So --

6    Q.  And those reports -- as with so much in the world of the

7    Federal Bureau of Investigation, you operate by use of

8    pre-printed forms; correct?

9    A.  What do you mean by -- on certain things, but not

10   everything.

11   Q.  No -- but, for example, if I were to come in and you

12   were to question me and take notes, those notes would be

13   recorded in what's known as a 302; correct?

14   A.  Yes.

15   Q.  And a 302 is a pre-printed form used for writing

16   information of subject -- about subject interviews; correct?

17   A.  Parts of the form are pre-printed, but you actually

18   write, kind of, what happened from the interview onto the

19   form.

20   Q.  I get it.  There would be a caption --

21   A.  Yes.

22   Q.  -- and then a whole area in which you could write, and

23   then some stuff at the bottom where you might make

24   signatures and so forth; correct?

25   A.  Yes.

1    Q.  And there's a separate form for the use of CHSes, or

2    confidential human sources, a reporting document.  And

3    that's known as form FD-1023; correct?

4    A.  It goes in a completely different system.  Yes.

5    Q.  Okay.  I didn't -- okay.  I can -- we can get to

6    everything.  We just can't do it all at once.  Okay?

7    A.  Mm-hmm.

8    Q.  So there is a form known as an FD-1023; correct?

9    A.  Yes.

10   Q.  Have you reviewed any FD-1023 forms in this case in

11   association -- and when -- by "this case," I mean the Proud

12   Boy case, the case we're on trial for here.

13   A.  Not that I can think of --

14   Q.  Okay.

15   A.  -- but I do believe that some were serialized to the

16   case file, but that wasn't my responsibility or my role

17   within my team.

18   Q.  So you don't recall reviewing any; correct?

19   A.  Not off the top of my head, no.

20   Q.  I'd like to show you a binder.

21           MR. PATTIS:  May I approach the witness, Judge?

22           THE COURT:  Yes, you may, sir.

23   BY MR. PATTIS:

24   Q.  Ma'am, I've just handed you a binder.  It's about an

25   inch-and-a-half thick.  It contains a series of forms.

1    Would you look through those and tell me whether that

2    refreshes your recollections about having reviewed any forms

3    involving confidential human sources.

4              (Brief pause.)

5    A.   And just to clarify, you're asking me if this binder has

6    reporting from confidential human sources in it?

7    Q.   No.  I'm asking you -- the question I thought I had

8    asked you is if you had reviewed any forms involving

9    confidential human sources in this case.  You said you

10   couldn't recall.

11   A.   Right.

12   Q.   And so I'm showing you a binder filled with forms and

13   asking you whether that refreshes your recollection.  In

14   other words, as you look through these, if you say to

15   yourself, "Oh, I recall seeing that one," that would be the

16   answer.

17   A.   Okay.  Give me a minute because this binder's, kind of,

18   big.

19   Q.   Yeah, it is.

20             (Brief pause.)

21   A.   I'm still going through, but I did -- I have seen one of

22   these out of this binder so far, and that would have --

23   Q.   Fold --

24   A.   -- been in June of 2021.

25   Q.   Fold the page over in half when you get to one you've

1    seen before before you return the binder to me.

2    A.  (Indicating.)

3    Q.  Put a bigger fold in it than that.  I'll never see that.

4    A.  (Indicating.)

5    Q.  Thank you.

6              (Brief pause.)

7              MR. PATTIS:  May I approach the witness, sir?

8              THE COURT:  You may, sir.

9    BY MR. PATTIS:

10   Q.  Now, you mentioned that the forms -- and I want to get

11   the right number -- the FD-1023, they're kept in a separate

12   location from the case file?

13   A.  So when an agent or a case handler gets the information

14   from the confidential human source, they input it into an

15   FBI system.  So only that case agent and if there's a

16   co-handler, those are the only people that can view the

17   reporting.  The case agent can, then, send that to the case

18   file if it's reporting on an individual or a -- if the

19   investigation of which the confidential human source is

20   providing information on -- they would put it to that case

21   file so that a normal agent could see it.  The name of the

22   subject -- of the confidential human source would just be --

23   it's just a number that's associated with the person.

24   Q.  So that's just a way of saying "yes" to my question.

25   A.  Yes --

1    Q.  It's a --

2    A.  -- it is.

3    Q.  -- separate file.  Right.

4         And if somebody is working on a case, they have

5    access to it on a need-to-know basis; is that a fair

6    statement?

7    A.  So it's not a "yes and no" question.

8    Q.  Okay.

9    A.  They don't have access to the one-on-one reporting from

10   the handler to the -- so to the confidential human source,

11   but the handler would serialize -- so would put whatever the

12   confidential human source said to the case file associated

13   with the person.

14   Q.  Okay.  You're -- the book I showed you, you're aware

15   that that is material involving CHSes that was disclosed

16   to the --

17              MR. KENERSON:  Objection.

18              MR. PATTIS:  -- defense?  Are you aware of that?

19              THE COURT:  Sustained.

20   BY MR. PATTIS:

21   Q.  Were you made aware -- well, withdrawn.

22        How many confidential human sources were with the

23   group of Proud Boys in the marching group that day?  Did you

24   make a determination of that?

25              MR. KENERSON:  Objection to specific numbers.

1    MR. PATTIS:  I don't think that's -- well,

2    withdrawn.  I oppose that.  I think it's relevant in terms

3    of identification of groups, group characteristics, and

4    group mind.

5    THE COURT:  I'm sorry.  Mr. Pattis, what did you

6    just say?

7    MR. PATTIS:  I think it's relevant in terms of

8    composition of the group, group characteristics, and group

9    mind insofar as the Government has advanced a tools theory

10   here.

11   THE COURT:  All right.  The objection's overruled.

12   BY MR. PATTIS:

13   Q.  How many confidential human sources were with the

14   marching group on January 6th of 2021?  And when I say "with

15   the marching group," I mean from the time at which they were

16   at the Washington Monument until the Capitol was first

17   breached.

18   A.  I'm only aware of one.

19   MR. PATTIS:  May we go to the phones for a moment,

20   Judge?

21   (Bench conference:)

22   MR. PATTIS:  I'd like to ask her who that was.

23   THE COURT:  Well, let me ask the Government.

24   What's -- who is the person we're talking about, do you

25   think?

1    MR. KENERSON: My understanding -- which,

2    obviously, I haven't talked to the witness about this

3    particular point -- but my expectation is that her answer

4    would be the person that Mr. Smith pointed out yesterday.

5    THE COURT: Right. So Mr. Pattis, I think this is

6    tricky. I mean, I don't think an open-ended question like

7    that makes sense. Again, if you want to point out this --

8    go ahead. Because we could be treading into territory

9    that's irrelevant and have this person's -- if indeed it is

10   the person Mr. Kenerson's talking about, there's an easy way

11   to do this. Just show the -- show what Mr. Smith had shown

12   her yesterday.

13   MR. PATTIS: Yeah, let me -- without --

14   THE COURT: Actually, it has to be that person

15   because she testified yesterday --

16   MR. PATTIS: Right.

17   THE COURT: -- about that person.

18   MR. PATTIS: Okay. Got it.

19   THE COURT: All right.

20   (Return from bench conference.)

21   BY MR. PATTIS:

22   Q. Did that person --

23   MR. PATTIS: May I proceed, sir?

24   THE COURT: Yes.

25   MR. PATTIS: I'm sorry. I didn't hear the -- with

1    the cold, I couldn't tell if it was the noise machine or me.

2    BY MR. PATTIS:

3    Q.  That person, did we see a photograph of that person

4    yesterday?

5    A.  We did.

6    Q.  And that was the older man -- I have to be careful where

7    I tread here -- but that was the older man walking up from

8    the Peace Circle toward the Capitol?

9    A.  It was the individual in the black track suit, yes.

10   Q.  Okay.  Is it your testimony, ma'am, that there were no

11   other confidential sources that you are aware of walking

12   with the Proud Boys from the moment they left the monument

13   until they first -- until a group first breached the Peace

14   Circle?

15   A.  That I'm aware of, that's correct.

16   Q.  Okay.  And when you say "that I'm aware of," did you

17   make an effort to find out?

18   A.  I did not.

19   Q.  Why not?

20   A.  I don't want to know.

21   Q.  You don't want to know?

22   A.  Well, it's not my -- so each -- again, sources are very

23   sensitive in nature, and as far as the handler is

24   concerned -- so the person who runs the source -- they're

25   responsible for the source itself and the reporting of the

1    source.  My role within this investigation was not related

2    to sources.

3    Q.  But your role in regards to this investigation was

4    trying to understand the composition of the group; correct?

5    A.  Correct.

6    Q.  And you understand -- and -- withdrawn.

7           Before you testified in this case -- I think you

8    started last Wednesday, if memory serves me; it could have

9    been Tuesday -- you met with the prosecutors; correct?

10   A.  I did.

11   Q.  You met with Agent Hanak; correct?

12   A.  I've worked with Agent Hanak for the last two years.

13   Q.  You met with Agent Hanak in preparation for testifying

14   in this case when he -- when you met with the prosecutors.

15   You met as a group; correct?

16   A.  No, Agent Hanak was not present for any of my

17   preparations.

18   Q.  Okay.  And in your preparations, you were -- you went

19   over the topics that you would cover in this case; correct?

20   A.  For my testimony, yes.

21   Q.  Including composition of the group; correct?

22   A.  Yes.

23   Q.  And it was explained to you that the Government was

24   advancing a theory here of the --

25          MR. KENERSON:  Objection --

1    MR. PATTIS: -- members of the group --

2    MR. KENERSON: -- to the Government's theory.

3    MR. PATTIS: -- a so-called --

4    THE COURT: Sustained.

5    MR. KENERSON: Objection.

6    THE COURT: Sustained.

7    BY MR. PATTIS:

8    Q. No -- your understanding is the Government was advancing

9    a theory --

10    MR. KENERSON: Objection.

11    THE COURT: Sustained.

12    MR. PATTIS: Different question. Understanding

13    and what she did to explore her understanding, sir.

14    THE COURT: I --

15    MR. PATTIS: Different question.

16    THE COURT: You can complete the question.

17    BY MR. PATTIS:

18    Q. And it was your understanding that the Government was

19    developing a theory here that members of the group were

20    tools --

21    MR. KENERSON: Objection.

22    MR. PATTIS: -- of these defendants --

23    THE COURT: Sustained.

24    MR. PATTIS: -- correct?

25    THE COURT: Sustained, Mr. Pattis. It's --

1    BY MR. PATTIS:

2    Q.   What was your understanding of what the import of your

3    testimony --

4             MR. KENERSON:   Objection.

5             MR. PATTIS:   -- would be here today?

6             That is relevant.

7             MR. KENERSON:   No, it's not.

8             THE COURT:   What was -- sustained.

9    BY MR. PATTIS:

10    Q.   So you came here to testify and you -- to identify

11    people who were in the group; correct -- the marching group,

12    as you referred to it; correct?

13    A.   Correct.

14    Q.   And at various points, you were able to assign names to

15    those persons; correct?

16    A.   I was.

17    Q.   At other points, you could simply identify a person as

18    having been a member of the group; correct?

19    A.   I'm sorry.   Re-ask that question.

20    Q.   At various points, you were able to say, "I recognize

21    this as Joe Blow from Toledo, you know; Mark Roe from

22    Cleveland" -- I don't know why I picked two Ohio towns --

23    "and this" -- "and X and Y who were members of the marching

24    group."   Do you recall offering that --

25    A.   Yes.

1    Q.  -- testimony?

2         And that's because you were unable to identify

3    those persons other than to say that you had seen them in

4    the marching group; correct?

5    A.  Not correct.

6    Q.  Is it fair to say, ma'am, that you identified by name

7    each and every person in the marching group?

8    A.  Not each and every person, no.

9    Q.  Some of them are unknown to you; correct?

10   A.  Correct.

11   Q.  And you want to know their identities; correct?

12   A.  I would like to know their identities, yes.

13   Q.  So in fact, you would want to know what a confidential

14   human source would have to say about who was present in the

15   group, wouldn't you?

16        MR. KENERSON:  Objection.  Relevance to what she

17   wants.

18        MR. PATTIS:  She said she didn't want to know

19   certain things.  It's within the scope of her answers.

20        THE COURT:  She can answer the question.

21   BY MR. PATTIS:

22   Q.  In fact, you would want to know the identity of each and

23   every person in the group; correct?

24   A.  Yes.

25   Q.  And the confidential human sources present in the group

1   would assist in that, wouldn't they?  Yes or no?

2   A.  Yes.

3   Q.  But you chose not to know that for other reasons;

4   correct?

5   A.  That wasn't my role within this case.

6   Q.  Your role was to help this jury determine what the truth

7   is; correct?

8           MR. KENERSON:  Objection.

9           THE COURT:  Sustained.

10  BY MR. PATTIS:

11  Q.  Your role in this case was to present facts as you

12  understood them; correct?

13          MR. KENERSON:  Objection.

14          THE COURT:  Sustained.

15  BY MR. PATTIS:

16  Q.  And you chose not to speak to the handlers of certain --

17  of confidential informants in this case; correct?

18  A.  You asked, I chose not to speak to the handlers?

19  Q.  Yeah.

20  A.  That was not my role.

21  Q.  That's a decision you made, what your role was; correct?

22  Nobody told you you can't do it.  That's a decision you

23  made; correct?

24  A.  That was not my designated role within this

25  investigation.

1    Q.  Okay.  We'll move on.

2             In terms of this case in particular, do you have

3    any idea how many confidential sources -- human sources were

4    embedded in the Proud Boys on January 6th, 2021?  Any idea?

5             MR. KENERSON:  Objection.

6             THE COURT:  Overruled.

7             THE WITNESS:  I don't know.

8    BY MR. PATTIS:

9    Q.  Five?

10   A.  I don't know.

11   Q.  Ten?

12            MR. KENERSON:  Objection.  Asked and answered.

13            THE COURT:  Sustained.

14            THE WITNESS:  I don't know.

15   BY MR. PATTIS:

16   Q.  Fifteen?  Twenty?

17            MR. KENERSON:  Objection.  Objection.

18            THE COURT:  Sustained.  Sustained.

19            (Laughter.)

20            MR. PATTIS:  I'll move on, move on.

21   BY MR. PATTIS:

22   Q.  As to the date of January 6th, 2021, the Proud Boys met

23   that morning at the Washington Monument; correct?

24   A.  They did.

25   Q.  And you testified yesterday that you spent

1    approximately -- I think we added -- did the math -- maybe

2    four months of real time viewing videos, photographs, and

3    reports in order to understand what took place that day;

4    correct?

5    A.  Yes.

6    Q.  You also spent some time gathering background

7    information about the Proud Boys to understand what they had

8    done previously; correct?

9    A.  It was a team effort; not by myself, but yes.

10   Q.  But you were given access to that information; correct?

11   A.  The background information?

12   Q.  Yeah.  Yeah.

13   A.  Yes.

14   Q.  And you knew that the Washington Monument was a common

15   rallying point for them at protests in Washington, D.C.;

16   correct?

17   A.  I don't know that I knew that was a common rallying

18   point for them.

19   Q.  Did you -- okay.  Did you know that they had gathered

20   there on December 12th, 2020?

21   A.  I knew they were in Washington, D.C. on December 12th.

22   Q.  Did you know that they had gathered at the Washington

23   Monument as a rallying point on December 12th, 2020?

24   A.  I did not.  That was not my area of focus.

25   Q.  Did you know that they'd done so on July 4th, 2020?

13283

1    A.  I did not.

2    Q.  Did you know that they'd done so on Memorial Day 2020?

3    A.  I did not.

4    Q.  And I'm assuming you didn't familiarize yourself with

5    the rallying points they used in the year 2019, as well;

6    correct?

7    A.  Correct.

8              MR. PATTIS:  May we see, please, Ms. Rohde,

9    Government's Exhibit-510-31.

10             And may it be displayed to the jury, Judge?  It's

11   already in evidence.

12             THE COURT:  Yes, permission to publish is granted.

13   BY MR. PATTIS:

14   Q.  This is a text message -- or a video -- or a chat

15   message that you'd previously reviewed; correct?

16   A.  Yes.

17   Q.  From Johnny Blackbeard on January 6th, 2021; correct?

18   A.  Yes.

19   Q.  And this is from Johnny Blackbeard; correct?

20   A.  Yes.

21   Q.  In the Ministry of Self-Defense Main 2, a chat group

22   that they formed after the arrest of Mr. Tarrio; correct?

23   A.  Yes.

24   Q.  Remind us again, who's Johnny Blackbeard?

25   A.  John Stewart.

1    Q.  I'd like you to go down to a line about eight from the

2    bottom.  And can you read where it begins, "Uh, uh,

3    Rufio" -- can you read from there until the conclusion,

4    please.

5    A.  "Uh, uh, Rufio, do your best and, uh, we'll have an

6    after-action report session.  We'll talk about what went

7    well, what didn't go to so well, and we'll make adjustments

8    for the next time.  This is going to be an iterative thing,

9    so keep your head up and, uh, do your best.  Have a good

10    time."

11    Q.  Now, January 6th, 2021, that was the date of the riot at

12    the Capitol; correct?

13    A.  Correct.

14    Q.  The date of the events that give rise to these charges;

15    correct?

16    A.  Correct.

17    Q.  A uniquely disruptive day in the history of the Capitol;

18    correct?

19    A.  Correct.

20    Q.  What do you think he was referring to when he said

21    "We'll make adjustments for the next time"?  Did you think

22    they were going to have, like, quadrennial insurrections?

23            MR. KENERSON:  Objection.  Speculation.

24            THE COURT:  Sustained.

25    BY MR. PATTIS:

1    Q.  Did you reach any conclusions when you heard "We'll make

2    adjustments for next time"?  What was the significance of

3    that line in your investigation?

4              MR. KENERSON:  Objection.  Relevance and

5    speculation.

6              MR. PATTIS:  In terms of her investigation?

7    Relevance?

8              THE COURT:  Sustained.

9    BY MR. PATTIS:

10   Q.  "This is going to be an iterative thing."  "Iterative,"

11   that means something that repeats over and over again.

12   There are many iterations; correct?

13   A.  Yes.

14             MR. PATTIS:  Can we please go to 510-32, please.

15   BY MR. PATTIS:

16   Q.  We see a -- this is, again, another chat message from

17   the Ministry of Self-Defense; correct?

18   A.  Correct.

19   Q.  Main 2; correct?

20   A.  Yes.

21   Q.  January 6th, 2021; correct?

22   A.  Yes.

23   Q.  "This is a mirror of the 12th," somebody named -- going

24   by the name Do You Want Total War says.  But do you know who

25   that is?

1    A.  I do.

2    Q.  Who?

3    A.  That's going to be -- it's one of the Tucks.  I think

4    it's Nate Tuck.

5    Q.  Okay.  Mr. Tuck says "This is a mirror of the 12th.

6    Exact same plan."  What was the significance of that

7    language?

8                  MR. KENERSON:  Objection.  Relevance.

9    Speculation.

10                 THE COURT:  Sustained.

11                 MR. PATTIS:  Can we go to the bottom, please.

12   BY MR. PATTIS:

13   Q.  "I hope there's no" -- Johnny Blackbeard says "I hope

14   there's no back-the-blue bullshit, because if there is I'm

15   going to rape you."  Again, the significance of that in this

16   investigation?

17                 MR. KENERSON:  Objection.  Relevance.

18   Speculation.

19                 THE COURT:  Sustained.

20                 MR. PATTIS:  509-30, please.

21   BY MR. PATTIS:

22   Q.  This is another Government's exhibit.  This is another

23   message from Johnny Blackbeard.  At the end, it says "You

24   guys are doing the best you can with the situation you have,

25   so let's just do the AAR and pivot next time."  What's an

1    AAR?

2    A.  So do you want me to say what I believe it is?

3    Q.  Yes.

4    A.  I believe it's an after-action report.

5    Q.  So after something occurs, people gather together and

6    discuss what has happened; correct?

7    A.  That would be what an after-action report is, yes.

8    Q.  Typically, with an aim of improving their performance

9    for the next time; correct?

10   A.  Could be.

11   Q.  And, in fact, that's what this suggests:  "You guys are

12   doing the best you can with the situation that you have.  So

13   he's [sic] just do the AAR report and pivot next time, I

14   guess"; correct?

15   A.  That's what this says, yes.

16   Q.  Was that going to be the next insurrection?

17           MR. KENERSON:  Objection.  Relevance.

18   Speculation.

19           THE COURT:  Sustained.

20   BY MR. PATTIS:

21   Q.  Now, this -- events at the Capitol you would describe as

22   sometimes violent; correct?

23   A.  I would.

24   Q.  And you understand that these men have been faced with

25   conspiring to use force to oppose the authority of the

 1    United States Government, among other charges; correct?

 2    A.  Yes.

 3          MR. PATTIS:  May we see 509-32, please.

 4    BY MR. PATTIS:

 5    Q.  Aaron of the Bloody East -- that is Aaron Wolkind;

 6    correct?

 7    A.  Yes.

 8    Q.  "Find some eggs and rotten tomatoes."  Did you think

 9    that he was urging people to throw eggs and tomatoes at

10    others?

11          MR. KENERSON:  Objection.  Relevance.

12    Speculation.

13          THE COURT:  Sustained.

14    BY MR. PATTIS:

15    Q.  Was that consistent with your investigation of the use

16    of violence against the Capitol --

17          MR. KENERSON:  Objection.

18          MR. PATTIS:  -- or the United States Government on

19    January 6th, 2021?

20          MR. KENERSON:  Relevance.  Speculation.

21          THE COURT:  Sustained.

22          MR. PATTIS:  512-08, please.

23    BY MR. PATTIS:

24    Q.  This is another message sent on January 6th, 2021;

25    correct?

1    A.   Yes.

2    Q.   Noble Beard the Immortal says, at 1:00 o'clock,

3    "Storming the Capitol building right now"; correct?

4    A.   Yes.

5    Q.   Jeremy Bertino; correct?

6    A.   Correct.

7    Q.   He wasn't there that day; correct?

8    A.   Correct.

9    Q.   He instructs others -- or says "Get there" to others in

10   the Boots on the Ground chat group; correct?

11   A.   He does.

12          MR. PATTIS:   Can we go down, please.

13   BY MR. PATTIS:

14   Q.   Matthew the People's Chairman Walter says he's en route;

15   correct?

16   A.   He does.

17   Q.   Bertino says "Laugh out loud.  I love you"; correct?

18   A.   He does.

19   Q.   Mr. Wolkind, "Storming the Capitol building right now,"

20   three times; correct -- four times?

21   A.   Correct.

22   Q.   How does Aaron end at 1:04:22?

23   A.   "Go find eggs and rotten tomatoes.  Throw feces at these

24   jerk-offs."

25   Q.   That's an ugly image; is it not?

```
 1              MR. KENERSON:  Objection.  Relevance.

 2              THE COURT:  Overruled.

 3    BY MR. PATTIS:

 4    Q.  That's an ugly image, throwing feces at someone;

 5    correct?

 6    A.  It is.

 7    Q.  When was the last time that a government was overthrown

 8    by thrown feces?

 9              MR. KENERSON:  Objection.  Relevance.

10              THE COURT:  Overruled.

11              THE WITNESS:  I don't know.

12    BY MR. PATTIS:

13    Q.  So the fact is you were trying to figure out who was

14    involved in the event; correct?

15    A.  Yes.

16    Q.  And for purposes of this case, you've made your best

17    effort to do so; correct?

18    A.  Correct.

19              MR. PATTIS:  May we look at Exhibit-201, please.

20              And may I have a moment with Mr. Kenerson, Judge?

21              THE COURT:  Yes, sir.

22    BY MR. PATTIS:

23    Q.  Now, it --

24              MR. PATTIS:  And, Judge, do I need to ask each

25    time for permission to publish?  These will all be admitted
```

```
 1    exhibits unless I --
 2              THE COURT:  If they're admitted exhibits, there's
 3    no need to request.
 4              MR. PATTIS:  Thank you.
 5    BY MR. PATTIS:
 6    Q.  This is a -- what -- I'll refer to this as a panorama
 7    shot.  Is that a fair characterization?
 8    A.  Yes.
 9    Q.  And I think with respect to your testimony on the
10    Government's case in chief, you were able to identify people
11    who were members of the marching group; correct?
12    A.  I was.
13    Q.  And you did so by circling the screen; correct?
14    A.  Correct.
15    Q.  Can you circle the screen for us again to identify those
16    members of the marching group, please.
17    A.  Is there any way you can zoom in a little or no or did
18    you want to do the --
19    Q.  I'm sorry, ma'am?
20    A.  Can you zoom in a little or no?
21    Q.  I don't know.
22    A.  Oh.
23    Q.  There you go.
24    A.  Perfect.
25              MR. PATTIS:  Thanks.
```

```
 1              (Brief pause.)

 2              THE WITNESS:  (Indicating.)  I think I've got most

 3    of them.

 4    BY MR. PATTIS:

 5    Q.  That's a -- I asked you to do that, ma'am, because I

 6    took a photograph of the exhibit that -- as you circled it

 7    in your direct testimony from the Government.  You've

 8    actually identified more people this time than you did last

 9    time.  Would you agree with that?

10    A.  Possibly.  I don't know what I -- I can't -- I didn't

11    see last time's.

12              MR. PATTIS:  Judge, I shared with the Government

13    the photograph I had.  May I approach the witness to use it

14    with her?

15              THE COURT:  You may.

16              MR. KENERSON:  My only request is that this get an

17    exhibit number, be printed, and be preserved.

18              MR. PATTIS:  I will do so after the witness --

19    I'll do so at the end of the day.

20              THE COURT:  And, Mr. Pattis, does the Government

21    have a -- at the moment, does the Government have a copy of

22    this?

23              MR. PATTIS:  Mr. Kenerson does, yes.

24              THE COURT:  Okay.

25              MR. PATTIS:  And I heard Mr. McCullough ask if I
```

1   sought permission to use a camera in the courtroom.  I

2   didn't think I needed one [sic] to take a photograph of an

3   exhibit on my screen that I was going to use for impeachment

4   purposes.  So I didn't.

5           THE COURT:  Well, you may -- for now, you may

6   proceed.

7   BY MR. PATTIS:

8   Q.  Ma'am, I'm showing you a copy of a photograph of an

9   exhibit that previously took place.  It has about nine

10  circles on it; correct?

11  A.  Correct.

12  Q.  This one has -- well, how many -- count the number of

13  circles you have on this.

14  A.  Do you want this as one or three?

15  Q.  You tell me.  You did it.

16  A.  Nine.

17  Q.  Well, okay.  That -- so you count nine there and you

18  count nine on this?

19  A.  Yeah.

20  Q.  Okay.  There's a circle --

21  A.  I'd say eight, maybe, on there -- this one --

22  Q.  There's a circle that you put on the exhibit as you

23  currently testify -- there's a yellow line pointed -- that's

24  absent on the initial 201; correct?

25  A.  Correct.

13294

1   Q.  Did you just miss that person innocently last time --

2   A.  Yes.

3   Q.  -- or -- and the circles that you have in this area, you

4   count that as one; correct?

5   A.  I do.

6   Q.  On the prior exhibit, that was actually two; correct?

7   Two separate circles?

8   A.  Oh, sorry.  I just -- hold on.  I think I just --

9   (indicating.)

10  Q.  Let me count these with you.  One, two, three, four,

11  five, six, seven, eight, nine, ten, eleven, twelve,

12  thirteen.  That's another way of reckoning the marks you

13  just put on this exhibit; is it not?

14  A.  Yes, all the circles are in similar spots, though.

15  Q.  Well, they're roughly in the same area.  But they

16  encompass different people; correct?

17  A.  Yes.

18  Q.  And the --

19  A.  Well --

20  Q.  -- point -- may I get my phone back?

21  A.  Yep.  Sorry.

22  Q.  The point I'm trying to make, ma'am, is that these

23  identifications that you've made from afar, they're not

24  guesswork.  In some instances, you have very clear

25  identifying information, and in some instances that's

1    clearer than others; correct?

2    A.  I'm sorry.  Repeat your question.

3    Q.  So for example, if I'm standing in a crowd and I have a

4    red hat on that says "Go Whalers," you know, with the hockey

5    team in an area, and a white jacket, that might make me

6    identifiable; correct?

7    A.  Correct.

8    Q.  More easily identifiable if I'm in a room with people

9    with black jackets and black hats; correct?

10   A.  Sure.

11   Q.  If I'm standing together with a bunch of people and

12   we're all dressed in darker clothing, it might be harder to

13   identify me; correct?

14   A.  It could be.

15   Q.  Now, in this group -- and I want to get rid of the -- I

16   don't -- you've identified members of the Proud Boys

17   marching group; correct?

18   A.  I have.

19   Q.  Do you recognize members of any other groups?

20   A.  No.

21   Q.  Would you -- are you in a position to recognize members

22   of other groups?  In other words, did you study the

23   membership of other groups?

24   A.  I did not.

25   Q.  Okay.  So is it fair to say that, as you prepared to

 1   testify, you steeped yourself in what you could learn --

 2   what you could discern and observe about the Proud Boys with

 3   an aim of identifying either members of the Proud Boys or

 4   the marching group in the exhibits you were shown?  That was

 5   your purpose; correct?

 6   A.  Yes.

 7   Q.  You don't know who these other people were?

 8   A.  Correct.

 9   Q.  You don't know who they were affiliated with; correct?

10   A.  I don't.

11   Q.  I'd like to show you several other panorama photos.

12             MR. PATTIS:  May we see 160CX, please.

13   BY MR. PATTIS:

14   Q.  That's another panorama shot; correct?

15   A.  It's a shot from the dome cam.

16   Q.  And when I say panorama, I just mean a shot with a broad

17   view encompassing a lot of territory; correct?

18   A.  Yes.

19   Q.  And I can't estimate crowd sizes.  Can you?

20   A.  Very large.

21   Q.  Well -- yeah.  You could say the same thing of a

22   Wolverines football stadium.  I'd say this is maybe 1,000,

23   2,000 people?

24   A.  It's a lot of people.

25   Q.  Who -- do you know who all the people -- can you

 1    identify all the people along the front line here?  The

 2    front perimeter.

 3    A.  Law enforcement.

 4    Q.  And just beyond them?

 5    A.  People not wearing law enforcement clothing.

 6    Q.  That's my point.  A lot of people; correct?

 7    A.  Yes.

 8    Q.  A lot of different motives?

 9    A.  A lot of different people, yes.

10    Q.  Potentially a lot of different affiliations?

11    A.  Potentially.

12    Q.  Potentially even some confidential informants,

13    confidential human sources; correct?

14    A.  Could be.

15    Q.  And your goal wasn't to identify the CHSes but to

16    identify Proud Boys; correct?

17    A.  No, my role was to go over the video from January 6th.

18    So I watched the marching group, which consisted of Proud

19    Boys, and those are what I identified.

20    Q.  That's what I asked you.  Where are the Proud Boys with

21    respect to this panorama shot?  Can you circle them, please?

22    A.  Can you let this play a little bit?  It actually zooms

23    in.

24              MR. PATTIS:  Sure.  I need help, Ms. Rohde.

25              (Video played.)

```
 1                THE WITNESS:  (Indicating.)
 2                MR. PATTIS:  I think we lost the video.  There we
 3    are.
 4                (Video played.)
 5    BY MR. PATTIS:
 6    Q.  Tell us when you'd like us to stop at.
 7    A.  You can stop it.  That's fine.
 8    Q.  Okay.  Where are the Proud Boys?  Members and group
 9    members.
10    A.  So the ones who are sitting at the table are not going
11    to be in this clip because this is going to be approximately
12    1:25.  And by now, the group has, kind of, dispersed and
13    spread out a little bit.
14    Q.  Ma'am, I just asked a simple question.  Where are the
15    Proud Boys or their affiliates in this photograph?
16    A.  So there's one here, (indicating.)
17    Q.  Well, that -- that's one person.  Okay.
18    A.  Correct.
19    Q.  Mm-hmm.
20    A.  (Indicating.)
21    Q.  Is that one person or several people?
22    A.  That's three people.
23    Q.  Okay.
24                (Brief pause.)
25    A.  Are we able to let this play a little bit, see if it
```

1    gets a little clearer?

2    Q.  Whatever you would like.

3              (Video played.)

4    BY MR. PATTIS:

5    Q.  Can we stop it?  Any more?

6    A.  You can stop it.

7              (Brief pause.)

8              So I know, based off my review, not in this

9    video -- well, not clearly seen -- that there are some right

10   here, (indicating.)

11   Q.  Anywhere else?

12   A.  (Indicating.)

13   Q.  Okay.  That's what I was going to ask you about.

14   Earlier, you told us those were members of the Proud Boys;

15   correct?

16   A.  Correct.

17   Q.  Who are they?

18   A.  Charles Donohoe, Matthew Greene, and Dominic Pezzola.

19   Q.  Okay.  Do you know who -- now, you see these yellow

20   flags intermittently?

21   A.  I do.

22   Q.  Those are so-called Gadsden flags, you've heard of

23   those, the "Don't Tread on Me" insignia; correct?

24   A.  I have.

25   Q.  Made popular during the Revolutionary War; correct?

1    A.  I don't know when they were made popular, but I know

2    what they are.

3    Q.  Frequently associated with people who are protesting

4    what they believe to be overreach of government; correct?

5    A.  I don't know.

6    Q.  You don't know?

7    A.  I don't know if that's what they're associated with.

8    Q.  Okay.  That's all right.  And you saw -- and you see

9    American flags; correct?

10   A.  Yes.

11   Q.  And you see Trump flags; correct?

12   A.  I do.

13   Q.  And you understood that many of the people who appeared

14   to protest that day were under the belief that the election

15   had been stolen; correct?

16   A.  People protested for different reasons.  I don't know

17   what each person was there for.

18   Q.  Do you think anybody was there supporting President

19   Biden?

20   A.  I don't know.

21   Q.  You have no idea?

22   A.  If they were there supporting Biden?  I don't know.

23   Q.  Okay.  Who are these folks here with the "Don't Tread on

24   Me" flags?  Who were they affiliated with?

25   A.  I don't know.

1     Q.  Who was the person here on -- right next to law

2     enforcement with the American flag -- who was he affiliated

3     with or she affiliated with?

4     A.  I don't know.

5     Q.  The people to that person's -- to your -- to the right

6     of that person up to the next Gadsden flag, who were those

7     folks affiliated with?

8     A.  That looks like law enforcement.

9     Q.  Just to the other side of law enforcement, who were they

10    affiliated with?

11    A.  I don't know.

12    Q.  Same question -- up to the next American flag.  Do you

13    know?

14    A.  I don't know.

15    Q.  The next group.  Who were they affiliated with?

16    A.  I don't know.

17    Q.  There were a lot of people who were at the rallies -- or

18    the rally and the riot that day who appeared to be angry, as

19    you observed the videos; correct?

20    A.  Yes.

21              MR. PATTIS:  May we see 261, please.  And can we

22    play this video for a bit.

23              (Video played.)

24              MR. PATTIS:  Okay.  Can we stop it.

25    BY MR. PATTIS:

1    Q.  That's Ray Epps again?

2    A.  I believe so.

3    Q.  And he -- you spotted him in several videos; correct?

4    A.  The First Street breach and then this video.

5    Q.  But did you tell us yesterday you did not -- did you

6    review videos of January 5th, 2021?

7    A.  No.

8    Q.  Did you -- are you aware that the FBI possesses videos

9    of January 5th, 2021 --

10   A.  I don't know.

11   Q.  Comes as a surprise to you to learn that today?

12   A.  No.

13   Q.  Okay.  But you don't know?

14   A.  It wasn't my focus.

15   Q.  Your focus was identifying people who were in the crowd

16   and what they were doing; correct?

17   A.  My focus was January 6th.

18   Q.  Your focus was identifying people who were in the crowd

19   and what they were doing on January 6th; correct?

20   A.  My focus was the marching group leading up to the

21   activity on the grounds on January 6th involving the

22   marching group.

23   Q.  And their activities once they got to the various breach

24   points; correct?

25   A.  Correct.

```
 1    Q.   Context matters, does it not?

 2    A.   Yes.

 3    Q.   In interpreting a person's behavior; correct?

 4    A.   Yes.

 5    Q.   You don't think that looking at this man's activities on

 6    January 5th, 2021, might have provided you with some useful

 7    context as to what he was doing there that morning?

 8              MR. KENERSON:   Objection.  Relevance.

 9    Speculation.

10              THE COURT:   Overruled.

11              (Brief pause.)

12    BY MR. PATTIS:

13    Q.   You don't --

14              THE COURT:   You --

15              MR. PATTIS:  -- think that viewing --

16              THE COURT:   You can answer the question.

17              THE WITNESS:   Oh.

18              MR. PATTIS: -- activities the night before in the

19    area of the Capitol would have provided you with some

20    context for what he was doing there that day?  January 6th,

21    2021.

22              THE WITNESS:   Possibly.

23              MR. PATTIS:  May we see G-492, please.

24              THE DEPUTY CLERK:   492G?

25              MR. PATTIS:  492, yes.  No, I -- G, Government --
```

1        THE DEPUTY CLERK:  So wait a minute.

2        MR. KENERSON:  Yeah, there's multiple 492s.

3        MR. PATTIS:  Okay.

4        THE DEPUTY CLERK:  Which 492?

5        MR. PATTIS:  492E as in "Edward."

6        Thank you, Mr. Kenerson.

7        Can we play it a little bit, please.

8        (Video played.)

9        MR. PATTIS:  Okay.  Can we stop it for a moment.

10   BY MR. PATTIS:

11   Q.  Do you know who this man is?  (Indicating.)

12   A.  I need to see a face shot.

13   Q.  So based on the -- you didn't need to see face shots

14   when reviewing people in the various panorama photos;

15   correct?

16   A.  Correct.

17   Q.  You -- and that was because, based on your comprehensive

18   review of material over three to four months, you were able

19   to gather enough information that you could observe

20   someone -- tell who they were basically just from looking

21   down at them; correct?

22   A.  Correct.

23   Q.  What they were wearing, their body type, their

24   mannerisms, their gestures, that sort of thing; correct?

25   A.  Correct.

```
 1    Q.  This is a person who's unfamiliar to you; correct?

 2    A.  I just want to make sure I don't make a false ID.

 3    Q.  Do you think he's a member of the Proud Boys or a Proud

 4    Boy group?

 5    A.  There's one individual he looks like that was in the

 6    marching group, but without seeing his face, I can't confirm

 7    that.

 8    Q.  What about this individual?  (Indicating.)

 9    A.  With the bandana?

10    Q.  Mm-hmm.

11    A.  That's William Pepe.

12    Q.  This individual?  (Indicating.)

13    A.  That's Anthony Martinez.

14    Q.  This individual?  (Indicating.)

15    A.  I don't know that individual.

16    Q.  Okay.  I'd like to do another panorama shot.

17              MR. PATTIS:  This one would be 145AX.

18              (Video played.)

19    BY MR. PATTIS:

20    Q.  This is a different shot.  And can you point on the

21    demonstrative --

22              MR. PATTIS:  Can you stop it, Ms. Rohde.

23    BY MR. PATTIS:

24    Q.  Can you point out on the demonstrative exhibit behind

25    you where we are again, just to get us oriented.
```

1    A.   (Indicating.)

2    Q.   Okay.  And describe what -- that's the lower --

3    A.   Lower --

4    Q.   -- inaugural stage area?

5    A.   Yes.

6    Q.   Okay.  Again, Proud Boys, do you see any in this -- or

7    those affiliated with the Proud Boys -- in this video -- in

8    the still from this video at this point?

9    A.   I'm sorry.  What did you ask me?  Do I see any --

10   Q.   Members that you associate with the Proud Boys in this

11   still shot.

12   A.   Yes.

13   Q.   Okay.  Can you circle them, please.

14   A.   (Indicating.)  And I know, based off my review, there's

15   some over here.  They're just not clear in this shot.

16   Q.   So you've made seven notations on the screen.  I'd like

17   to take them one at a time.

18          Do you know who the Proud -- we'll refer to these

19   two as one.  Who are the Proud Boys there?  (Indicating.)

20   A.   So I know they're in the marching group.  I think this

21   one is Paul Rae.

22   Q.   And the other?  Or others, I should say, if there are

23   more than one other?

24   A.   So I can't say 100 percent, but that might be

25   Freedom Vy.

1    Q.   Okay.  Area No. 2?

2    A.   That's Brian Healion.

3    Q.   Anyone else?

4    A.   Not for that area.

5    Q.   No. 3?

6    A.   Troy Garrett, Fonticoba.

7    Q.   Anyone else?

8    A.   There's only two people circled.  No.  That's both of

9    them.

10   Q.   Area No. 4 there?  That line.

11   A.   That's Zach Rehl.

12   Q.   5?

13   A.   You just covered the face.

14   Q.   Sorry about that.  I didn't do it on purpose.

15   A.   Ethan Nordean, Tucker Weston, Joe Biggs, Travis Nugent.

16   Q.   And No. 6?

17   A.   That is Quaglin.

18   Q.   I'm sorry?

19   A.   Quaglin.

20   Q.   Okay.  So do you -- do you know who the people were in

21   the -- this area?  (Indicating.)  Do you have any

22   identification of them?  The non-law enforcement people?

23   A.   Sure.  AJ Fischer is going to be over there.  Zachary

24   Johnson is going to be over there.

25   Q.   In this area right here?  (Indicating.)

1    A.  Correct.

2    Q.  Okay.  So you didn't identify them moments ago; correct?

3    A.  Correct.

4    Q.  They're not members of -- or affiliates --

5    A.  I think this might be Fischer, but I can't say 100

6    percent because I need a different angle.

7    Q.  Okay.  This area, (indicating)?

8    A.  Nicholas Quested.

9    Q.  Okay.  He was a photographer; correct?

10   A.  He was.

11   Q.  Not affiliated with the Proud Boys?

12   A.  Just following them around on January 6th.

13   Q.  Taking -- doing his job?

14   A.  Yes.

15   Q.  This area?  (Indicating.)

16   A.  Correct.  Now, again, I know that Greene and Pezzola are

17   in this vicinity.  You just can't see them in this shot.

18   Q.  Okay.  How many people all together in this shot?

19   A.  Maybe 15.

20   Q.  Did it -- do you know if any members of the -- the

21   unidentified folks in that group were member -- were

22   affiliated with other organizations, Groypers, Three

23   Percenters, et cetera?

24   A.  I don't know.

25   Q.  Do you know whether there were any confidential human

1    sources in this area?  (Indicating.)

2    A.  Not that I know of.

3    Q.  Did you ever ask anyone?

4    A.  I did not.

5    Q.  Did you make any effort to find out?

6    A.  I did not.

7                MR. PATTIS:  253, please.

8                (Video played.)

9                MR. PATTIS:  Can we stop.

10   BY MR. PATTIS:

11   Q.  Who is this guy?  (Indicating.)

12   A.  I do not know.

13   Q.  So you're not associating him with the Proud Boys?

14   A.  Correct.

15   Q.  Confidential human source?

16   A.  Not that I'm aware of.

17   Q.  Member of another organization?

18   A.  Not that I know of.

19   Q.  How about these three?  Same questions.  (Indicating.)

20   A.  I do not know.

21   Q.  How about this guy?  (Indicating.)

22   A.  I do not know.

23   Q.  This guy?  (Indicating.)

24   A.  I do not know.

25   Q.  These folks?  (Indicating.)

1    A.  I do not know.

2            MR. PATTIS:  Can we please go to No. 425.

3            (Video played.)

4    BY MR. PATTIS:

5    Q.  This is the -- we'll soon come to areas where windows

6    are broken.  You recognize this; correct?

7    A.  Yes.

8            MR. PATTIS:  Okay.  Can we stop for a moment.  And

9    can we go back a couple of frames.  Stop and then go forward

10   and stop when you get to the fellow with the red sweatshirt

11   on.

12           (Video played.)

13   BY MR. PATTIS:

14   Q.  Do you know who this is?  (Indicating.)

15   A.  I do not.

16   Q.  Do you know whether anybody ever figured out who he was?

17   A.  I do not know.

18   Q.  Have you seen him elsewhere in the videos?

19   A.  Not that I can think of.

20   Q.  Did you see a picture of a young woman who had been shot

21   and killed that day inside the Capitol?

22           MR. KENERSON:  Objection.  Relevance.

23           MR. PATTIS:  Goes to this man.

24           MR. KENERSON:  Objection.  Relevance.

25           THE COURT:  Let me hear you at sidebar,

1    Mr. Pattis.

2             (Bench conference:)

3             MR. PATTIS:  He was behind Ms. Babbitt as she

4    died.  And I mean, one would think that his being, you

5    know -- his being displayed in two areas of such dramatic

6    activity might have caught her attention.  It's a nominal

7    impeachment point.  No more than that.

8             THE COURT:  All right, then.  I'm going to just

9    sustain the objection.

10            MR. PATTIS:  Okay.

11            THE COURT:  Very well.

12            (Return from bench conference.)

13            MR. PATTIS:  I mean, can you proceed with the

14   video, Ms. Rohde.

15            (Video played.)

16            MR. PATTIS:  Stop it for a moment.

17   BY MR. PATTIS:

18   Q.  That -- it appears the man with the red baseball cap

19   threw a two-by-four -- a long two-by-four through the

20   windowpane to the right.  Did I interpret that correctly?

21   A.  Yes.

22            MR. PATTIS:  Please proceed.

23            (Video played.)

24            MR. PATTIS:  Stop for a moment.

25   BY MR. PATTIS:

1    Q.  Did you ever determine who this fellow was?

2    (Indicating.)

3    A.  Not to my knowledge.

4    Q.  The fellow standing next to him at this point, all you

5    can see is him holding up a cell phone.  But did you

6    determine who that was?

7    A.  Not that I know of.

8          MR. PATTIS:  Can you please proceed with the

9    video, Ms. Rhode.

10          (Video played.)

11          MR. PATTIS:  Stop.

12   BY MR. PATTIS:

13   Q.  This fellow?  (Indicating.)

14   A.  No.

15   Q.  Do you know whether any of them were confidential human

16   sources?

17   A.  I do not.

18          MR. PATTIS:  Please proceed.

19          (Video played.)

20          MR. PATTIS:  Stop for a moment.

21   BY MR. PATTIS:

22   Q.  This charming young man, (indicating) do you know who he

23   was?

24   A.  I do not.

25   Q.  This fellow?  (Indicating.)

```
1    A.  Is that the same guy from earlier?

2    Q.  Couldn't tell.

3    A.  Nope.  I don't know.

4           MR. PATTIS:  Please proceed.

5           (Video played.)

6           MR. PATTIS:  Now, stop.

7    BY MR. PATTIS:

8    Q.  That, (indicating) we know to be Mr. Pezzola; correct?

9    A.  Correct.

10           MR. PATTIS:  Okay.  Please proceed.

11           (Video played.)

12           MR. PATTIS:  Can we stop for a moment.

13    BY MR. PATTIS:

14    Q.  Now, I hear a number of people saying "Go, go, go, go."

15    Do you hear that?

16    A.  Can you back it up and play it again?

17    Q.  Yes.

18           MR. PATTIS:  Can we please play.

19           (Video played.)

20           MR. PATTIS:  Stop.

21    BY MR. PATTIS:

22    Q.  Did you hear someone saying "Go"?

23    A.  I heard "Go," yes.

24    Q.  Do you know who said that?

25    A.  I do not.
```

1    Q.   Okay.  You're not saying that was a Proud Boy?

2    A.   I don't know who said it.

3    Q.   Who's this?  (Indicating.)

4    A.   I don't know.

5    Q.   That's the first person through; correct?

6    A.   Yes.

7    Q.   Who's this?  (Indicating.)

8    A.   I don't know.

9    Q.   Second -- well, let's proceed.

10              (Video played.)

11              MR. PATTIS:  Stop, please.

12   BY MR. PATTIS:

13   Q.   Who's this fellow with the MAGA sticker on his helmet?

14   A.   His name's Robert Gieswein.

15              MR. PATTIS:  Okay.  Next.

16              (Video played.)

17   BY MR. PATTIS:

18   Q.   And this fellow, (indicating) the guy -- unfortunately,

19   just his heinie is on the screen now.  But did -- when we

20   had a better, more flattering view of him, were you able to

21   identify him?

22   A.   I was not.

23   Q.   Okay.

24              (Video played.)

25   BY MR. PATTIS:

1    Q.  And this fellow right there, (indicating) do you know

2    who that is?

3    A.  The one -- this one?  (Indicating.)

4    Q.  No.  I've got a dot on his --

5    A.  Oh.  Nope.  I do --

6    Q.  -- on his back.

7    A.  -- not.

8    Q.  Okay.  Now, this appears to be Mr. Pezzola; correct?

9    (Indicating.)

10   A.  Yes.

11   Q.  Okay.  What about this fellow?  (Indicating.)

12   A.  I do not know who he is.

13   Q.  This fellow?  (Indicating.)

14   A.  Do not know.

15   Q.  This fellow?  (Indicating.)

16   A.  Do not know.

17          MR. PATTIS:  Can we go to 429C, please.

18          (Video played.)

19          MR. PATTIS:  And I have a timestamp of 10:12.

20   Does that -- I hope that corresponds to this tape.

21   Ms. Rohde, do we have a timestamp of 10:12 on this video or

22   are my notes a mess?

23          THE COURT:  Mr. Pattis, is now a good time to take

24   a quick break for the court reporter?

25          MR. PATTIS:  Sure.  Yes.

```
1              THE COURT:  All right.  Ladies and gentlemen,
2    we'll take our morning break for the court reporter's sake.
3    We'll be back in 10 minutes.
4              (Jury returned to jury room.)
5              THE COURT:  All right.  Agent, you may step down.
6              (Witness steps down.)
7              THE COURT:  All right.  And everyone may be
8    seated.
9              Before we take our break, Mr. Pattis, I'm not
10   going to -- I was not going to go into this in front of the
11   jury, but it is a serious violation of this courthouse's
12   rules to photograph -- or to use recording technology in the
13   courtroom without the judge's permission.  So I guess -- I'm
14   going to think about what the appropriate response is on my
15   part, but at a minimum, I'm going to ask you to review the
16   local -- the rules of this courthouse.  They're consistent
17   with the rules in every federal courthouse in the United
18   States that prohibit that kind of recording.  I understand
19   the way you used it here was innocuous in the sense that
20   it -- how you were using it.  But there are very good
21   reasons for those rules.  I'm, frankly, surprised that
22   someone with your experience would either not know the rule
23   or choose to disregard the rule, but that's -- there are --
24   there's an important line around recording -- using the --
25   any recording devices in a federal courthouse and in
```

1    particular, under the local rules of this court, in this

2    courthouse.  So I'm going to think about the appropriate

3    response on my part, but at a minimum I think it's

4    appropriate for you to review the rules of this -- local

5    rules of this courthouse so you can ensure your familiarity

6    with them.  Am I understood?

7          MR. PATTIS:  Yes.

8          THE COURT:  Mr. Roots?

9          MR. ROOTS:  Yeah, I would just say, in

10   Mr. Pattis's defense, the alternative is letting the

11   Government get away with lies on the witness stand.

12         THE COURT:  Mr. Roots, number one, Mr. Pattis is

13   super capable of speaking on his own behalf, as he's

14   demonstrated throughout this trial.  And, number two, that

15   is completely irrelevant.  I mean, it is not -- there is no

16   exception to the rule because the defense wants to make a

17   particular point.  There are all sorts of ways of

18   cross-examining the witness.  I've -- and those are

19   appropriate.  It's not appropriate to violate the local

20   rules of the courthouse in order to do so.

21         Ms. Hernandez?

22         MS. HERNANDEZ:  I'm not here to defend Mr. Pattis,

23   because I know he is quite capable --

24         THE COURT:  You're --

25         MS. HERNANDEZ:  -- but I -- since the Court

1    brought it up, I have been thinking -- I would like to ask

2    the Court to allow defense counsel to take a picture or

3    memorialize in some fashion these charts that the Government

4    puts up and has little stickers and stuff like that at some

5    point.  I don't know how -- I think a picture would be the

6    appropriate way to do it.  So I'd just ask the Court to

7    consider that.

8                THE COURT:  Okay.  Why don't you speak with the

9    Government about that, you know, and see if the parties can

10   agree on how to memorialize it.

11               MR. PATTIS:  (Indicating.)

12               THE COURT:  Yes, Mr. Pattis?

13               MR. PATTIS:  I made no secret of what I did.  I

14   shared it with the Government immediately thereafter.  I

15   didn't think it was a violation of the rule.  I thought -- I

16   didn't know how best to preserve that in the moment when it

17   occurred, and I expected to use it in that way.  I have

18   respect for the rules of this court, and I apologize to you

19   if I have broken them.  It was inadvertent and done in a

20   spirit of zealous advocacy on behalf of my client.

21               THE COURT:  And I accept that it was done in that

22   spirit and not for any nefarious purpose.  And I'm -- I did

23   not know -- I think it does color my understanding of the

24   situation that at least you informed the Government at that

25   time.

1          MR. PATTIS:  At that time, and provided them with

2     a copy of it and reviewed it with them beforehand to avoid

3     any issues in front of the jury.

4          MR. KENERSON:  And --

5          THE COURT:  Fair enough.  And, again, I'm not

6     going to raise this in front of the jury.  But I do take

7     that rule very seriously for all sorts of reasons that I'm

8     sure are not -- that you were not intending to create a, you

9     know -- that aren't really specifically relevant here, but

10    it is a hard line for, I think, very good reason and -- but

11    I understand your point and I understand the zealous

12    advocacy point.

13         MR. PATTIS:  Were there no photos taken --

14    there -- I may misrecall the record.  There was a dispute at

15    some point about alteration of a demonstrative exhibit and a

16    protest that certain defense stickers had been placed on it.

17    I -- I thought photos had been taken.  Were it my exhibit, I

18    would have done so, in violation of the rule yet again,

19    but -- I say all that by way of mitigation for whatever your

20    consideration --

21         THE COURT:  I don't remember that ever being

22    brought to my attention one way or the other.

23         Mr. -- but Mr. Kenerson may be about to.

24         MR. KENERSON:  No, I don't -- I have -- my memory

25    of the other exhibit that Mr. Pattis is referring to is

1    that -- at least I'm not aware of any photos being taken of

2    it.  But the -- two things.  Just, one, to note, I agree

3    with Mr. Pattis's representations.  He did send me the

4    photo.  And to the extent that we had an obligation either

5    to tell Mr. Pattis -- it, frankly, didn't come to my mind;

6    it should have -- or to tell the Court, I apologize for not

7    having raised it ahead of time.  But he did, in fact, send

8    us a copy of the photo.  So I want to make sure the record

9    was clear on that.

10           Number two is that just -- we would make a

11    request -- I don't know if there have been other photos

12    taken by any counsel during this case.  If they are, we

13    would ask that they be provided.

14           THE COURT:  Photos, videos, you know, anything

15    else, now is the time to come forward and fess up.

16           MR. PATTIS:  Nothing from the Biggs team.

17           THE COURT:  All right.  Very well.  But as I said,

18    I think it's important to note, Mr. Pattis, given -- your

19    providing that to the Government at the time, I think, is a

20    significant part of the circumstances here that, I think,

21    is, you know -- is mitigating in your favor, to be very

22    blunt about it.

23           Ms. Hernandez?

24           MS. HERNANDEZ:  I took a photograph, but I believe

25    I'm in compliance with the rules of the court because it was

1    after the court had recessed.  And the photograph I took was

2    of the -- if the Court may recall, the Government had a

3    chart of the different leadership chats and they had omitted

4    a number of chats that my client was not on and I had put a

5    bunch of stickies on the chart and the Government, I thought

6    inappropriately, without asking for permission, took all

7    those little charts [sic] off, but I did take a photograph.

8    I looked at the rule.  I believe the rule says while it's

9    in -- "while the court is in session."  And the Court had --

10   Your Honor had already left the courtroom and I was still

11   trying to get my stuff out.  But I can show the photograph.

12   I haven't done anything with it.  I just wanted to

13   memorialize what I had done.

14           THE COURT:  Given what we're discussing here, it

15   was appropriate for you to mention that.  I'll have to look

16   at the rule.  I -- you, apparently, have looked at it.  I --

17           MS. HERNANDEZ:  I looked at it after -- I'll fess

18   up that I looked at it after I did it.

19           THE COURT:  All right.  Very well.  Let's take our

20   10-minute break, come back at five after the hour.

21           THE DEPUTY CLERK:  All rise.  This Honorable Court

22   stands in recess for 10 minutes.

23           (Brief recess taken.)

24           THE DEPUTY CLERK:  Jury panel.

25           (Jury returned to jury box.)

```
 1                  (Nicole Miller resumed the witness stand.)
 2                  THE DEPUTY CLERK:  We are back on the record in
 3     criminal matter 21-175, United States of America v. Ethan
 4     Nordean, et al.
 5                  THE COURT:  Proceed with Mr. Pattis's
 6     cross-examination on behalf of Mr. Biggs.
 7                  MR. PATTIS:  Thank you, Judge.
 8     BY MR. PATTIS:
 9     Q.  Welcome back, Agent Miller.
10     A.  Welcome back.
11                  MR. PATTIS:  Ms. Rohde, may we see 492G, please.
12     BY MR. PATTIS:
13     Q.  Now, this -- can you orient us with respect to the
14     demonstrative exhibits behind you one more time, please.
15     A.  It would be in this area, (indicating.)
16     Q.  And this is another breach point; correct?
17     A.  Correct.
18     Q.  The individual staring at us, who's that?
19     A.  Dominic Pezzola.
20     Q.  Okay.  Now, there's an individual on -- at the top of
21     the steps in the upper left area.  This man, (indicating.)
22     Do you know who that is?
23     A.  I do not.
24                  MR. PATTIS:  Can we play the video, Ms. Rohde.
25                  (Video played.)
```

13323

1              MR. PATTIS:  Stop for a moment.

2   BY MR. PATTIS:

3   Q.  The man with green gloves, he appears to be raising his

4   fist to the crowd; correct?

5   A.  He does.

6   Q.  Does he appear to be cooperating with law enforcement?

7   A.  Play it a little more, but no.

8              (Video played.)

9   BY MR. PATTIS:

10  Q.  Are we watching this in slow motion?

11  A.  Yes.

12             MR. PATTIS:  Can we watch it in real time, please?

13             Okay.  I'm told it was recorded in slow motion.

14  So my mistake.

15  BY MR. PATTIS:

16  Q.  And the man goes back to the top of the stairs; correct?

17  A.  Yes.

18             MR. PATTIS:  And can we play the video again,

19  please.

20             (Video played.)

21  BY MR. PATTIS:

22  Q.  He's pointing out to the crowd, shaking his hand;

23  correct?

24  A.  Correct.

25  Q.  Hollering?  You can see his mouth open; correct?

1    A.   Yes.

2    Q.   Officers appear to be trying to force him from the top

3    of the area; correct?

4    A.   It looks like they're trying to move him, yes.

5    Q.   He won't be moved.  He's raising his fist again.  What

6    do you -- how -- and he appears to be hollering again;

7    correct?

8    A.   Correct.

9    Q.   You don't know who he is?

10   A.   I do not.

11   Q.   No idea?

12   A.   I do not know who he is.

13            MR. PATTIS:  Okay.  Can we stop that clip, please.

14   BY MR. PATTIS:

15   Q.   At some point in your testimony over the last several

16   days, you offered commentary on videos showing a thrown

17   water bottle.  Do you recall testifying?

18   A.   I do.

19            MR. PATTIS:  May we see 440AX, please.

20            (Video played.)

21   BY MR. PATTIS:

22   Q.   Who's that in the circle?

23   A.   Charles Donohoe.

24            MR. PATTIS:  May we proceed, please.

25            (Video played.)

1    BY MR. PATTIS:

2    Q.  What -- and who is that again?

3    A.  Charles Donohoe.

4    Q.  And what's he doing?

5    A.  Winding up.

6    Q.  To do what?

7    A.  Throw a water bottle.

8         MR. PATTIS:  And then may we proceed again.

9         (Video played.)

10   BY MR. PATTIS:

11   Q.  I missed the water bottle in this.  Did you see

12   Mr. Biggs anywhere within earshot of him at this point?

13   A.  No.

14        MR. PATTIS:  Can we take a look at 160BX, please.

15   BY MR. PATTIS:

16   Q.  This is another panoramic view; correct?

17   A.  Correct.

18   Q.  It also reflects Mr. Donohoe at or about the time he

19   tossed the bottle?

20   A.  Yes.

21   Q.  Again -- and was that him throwing it just there?

22        MR. PATTIS:  Stop it, please.

23        THE WITNESS:  It was.

24   BY MR. PATTIS:

25   Q.  And anywhere within this panorama, do you see Mr. Biggs?

13326

```
1    A.  No.

2    Q.  With respect to the demonstrative exhibit, do you have

3    any idea whether -- where Mr. Biggs was at the time

4    Mr. Donohoe threw that water bottle?

5    A.  Yes, he was on the west lawn.

6    Q.  Can you point to the area on the demonstrative exhibit,

7    please.

8    A.  It's going to be in this area, (indicating) but on the

9    lawn.

10   Q.  It's off the chart, so to speak?

11   A.  Correct.

12   Q.  And you've been to the area; correct?

13   A.  I have.

14   Q.  You've developed an intuitive sense of distances from

15   one point to another; correct?

16   A.  Yes.

17   Q.  About how far would you estimate Mr. Biggs was from

18   Mr. Donohoe when Mr. Donohoe threw that water bottle?

19   A.  Pretty far away.

20   Q.  Three hundred yards?

21   A.  At least.

22   Q.  Maybe two football fields.  But no more than that?

23   A.  Correct.

24   Q.  And it was a very loud crowd; correct?

25   A.  Yes.
```

1    Q.  Do you have any -- based on your observations and -- of

2    the videos and your review of the audios, do you have any

3    reason to believe that Mr. Donohoe could have heard anything

4    that Mr. Biggs hollered from that distance?

5    A.  No.

6    Q.  No reason at all; correct?

7    A.  Correct.

8              MR. PATTIS:  429C, please, at the 10:12 timestamp.

9              (Video played.)

10             MR. PATTIS:  All right.  Yeah.  I'll have no

11   questions on that exhibit.  My notes are wrong.

12             (Brief pause.)

13             One moment, please, Judge.

14             THE COURT:  Yes, sir.

15             MR. PATTIS:  130, please.

16   BY MR. PATTIS:

17   Q.  This is the hallway outside the chaplain's area, I think

18   you referred to it as; correct?

19   A.  Correct.

20   Q.  And this hallway leads from -- was it the Senate

21   chamber?

22   A.  From the hallway -- the Senate -- yeah, the hallway

23   outside the Senate chamber.

24   Q.  And these individuals walking down the hall are?

25   A.  It's going to be Eddie George, Joseph Biggs, Arthur

```
 1    Jackman, and Kevin Tuck.

 2    Q.  Okay.  And they go in -- some of them go into a men's

 3    room?

 4    A.  Yes.

 5    Q.  Anything nefarious about that?

 6    A.  No.

 7              (Brief pause.)

 8              MR. PATTIS:  300-62, please.

 9              (Brief pause.)

10    BY MR. PATTIS:

11    Q.  All right.  Ma'am, so as I understand your testimony --

12              MR. PATTIS:  I'll withdraw the request for that.

13    That may have been a different exhibit.

14    BY MR. PATTIS:

15    Q.  As I understand your testimony, you are a special agent

16    of the FBI?

17    A.  Yes.

18    Q.  You've been assigned to this case since the day the

19    events giving rise to it occurred; correct?

20    A.  To the January 6th investigation, yes.

21    Q.  Correct.  And you have been assigned to investigating

22    the movements of the Proud Boys on January 6th, 2021;

23    correct -- well, the movement of these defendants; correct?

24    A.  Correct.

25    Q.  And you understand them to be members of a group known
```

1    as the Proud Boys; correct?

2    A.  I do.

3    Q.  You made it your business to develop a working knowledge

4    of who they may or may not have been associated with that

5    day; correct?

6    A.  Yes.

7    Q.  And you made your best efforts over the course of many

8    months to identify not just them but those you believed to

9    be associated with them on -- for -- on their movements that

10   day; correct?

11   A.  Correct.

12   Q.  And by association, you meant present at a marching

13   group, correct, in part?

14   A.  Yes.

15   Q.  And so any number of people that you've identified here

16   as associated with them or members of the marching group

17   were people you saw marching with those men across the Mall;

18   correct?

19   A.  Yes.

20   Q.  Appearing later at the Capitol; correct?

21   A.  Yes.

22   Q.  You don't know who all of them are; correct?

23   A.  Correct.

24   Q.  You know who some of them are; correct?

25   A.  Correct.

1    Q.  You are able to identify some of them in the crowd

2    photos and panoramic -- the videos that we've seen here;

3    correct?

4    A.  Yes.

5    Q.  But not all of them; correct?

6    A.  Correct.

7    Q.  And you don't know who the overwhelming majority of

8    people in those crowds were; correct?

9    A.  Correct.

10   Q.  Because it wasn't your job to identify everyone in the

11   group; correct?

12   A.  Correct.

13   Q.  Only those people you were asked to identify; correct?

14   A.  Correct.

15   Q.  And you were asked to identify the Proud Boys; correct?

16   A.  People who were in the marching group.

17   Q.  Have you ever heard the expression that to a carpenter

18   holding a hammer, everything looks like a nail?

19              MR. KENERSON:  Objection.

20              THE COURT:  Sustained.

21              MR. PATTIS:  Nothing further, Judge.

22              (Brief pause.)

23              MS. HERNANDEZ:  May it please the Court.

24              THE COURT:  Yes.

25              MS. HERNANDEZ:  Good afternoon, Your Honor -- or

1    good morning -- good afternoon.  Whatever.

2              THE COURT:  It's still morning, but you may

3    proceed.

4              MS. HERNANDEZ:  I've been up since very early, I

5    guess.

6                        CROSS-EXAMINATION

7    BY MS. HERNANDEZ:

8    Q.  Good morning, Special Agent Miller.

9    A.  Good morning.

10   Q.  My name's Carmen Hernandez, and I represent Zachary

11   Rehl.

12             And you did a lot of work on Mr. Rehl's case, did

13   you not?

14   A.  I did.

15   Q.  It appeared to me, based on the documents that the

16   Government produced, that you were probably the primary

17   agent who reviewed his electronic devices, his phone, his

18   Parler posts, his Telegram posts; am I correct?

19   A.  I reviewed Mr. Rehl's phone, but with the assistance of

20   others because it was very large.

21   Q.  But it was -- but that was one of your primary

22   responsibilities; is that accurate to say?

23   A.  So I was not the case agent on Mr. Rehl.  It would have

24   been an agent out of Philadelphia.  But I assisted with the

25   extraction or, kind of, reviewing the results of the

1    extraction of his --

2    Q.  And who was the case agent?

3    A.  Ted Wang -- no, actually, I don't know who the case

4    agent is off the top of my head.  Sorry.

5    Q.  So I just want to go through -- I'm going to ask you

6    some questions -- some overview questions first, and then

7    I'm going to go back and try to ask some questions about

8    your testimony in the last few days.  I was going to say

9    today, but you've been testifying now for a long time.

10          So for -- so -- and you told -- you've said

11   several times that you have, in preparation for today, and

12   also, during your investigation of this case -- you've

13   reviewed many hours of videos; is that correct?

14   A.  Yes.

15   Q.  And I -- did I hear you say hundreds of hours --

16   A.  Yes.

17   Q.  -- of video?

18          Okay.  So -- and you've also met with these

19   prosecutors in advance of your testimony today?

20   A.  I have.

21   Q.  How many times?

22   A.  Maybe six or seven.

23   Q.  Okay.  And those six or seven times were to prepare your

24   testimony --

25   A.  Yes.

1    Q.   -- correct?

2              And some of the exhibits that they've introduced

3    through you?

4    A.   To show me those, yes.

5    Q.   To show you and to discuss how your testimony -- what

6    you were going to say about those exhibits and that type of

7    thing?

8    A.   To show me the exhibits, yes.

9    Q.   Well, you did discuss with them what your testimony

10   about the exhibits was going to be; correct?

11   A.   Yes.

12   Q.   There's nothing wrong with that.  We agree?

13   A.   Yes.

14   Q.   It's preparation -- it's how we -- it's how lawyers

15   prepare witnesses; correct?

16   A.   Correct.

17   Q.   And this is not your first time testifying in a case, or

18   is it?

19   A.   In an FBI case, it is.

20   Q.   Okay.  Because previously you had been a police -- a

21   local police officer in Florida?

22   A.   Correct.

23   Q.   But as an FBI agent, this is -- am I correct to say this

24   is probably your first big case?

25   A.   Within the FBI, yes.

1    Q.  Okay.  So having reviewed all those videos, I just

2    wanted to ask some questions about -- none of the -- I'm

3    sorry.

4            (Brief pause.)

5            MS. HERNANDEZ:  It's not good to have -- it's --

6    maybe I can get some help from one of the young ladies.  My

7    computer just -- okay.  There it goes.  Never mind.

8    BY MS. HERNANDEZ:

9    Q.  So I wanted to -- the first question I wanted to ask you

10   is about Mr. Rehl's conduct on January 6th.

11   A.  Okay.

12   Q.  So we've seen a number of videos in the courtroom;

13   correct?

14   A.  We have.

15   Q.  And you've pointed out where Mr. Rehl was standing or

16   where he was -- where he was standing; correct?

17   A.  I have.

18   Q.  So -- none of those videos showed Mr. Rehl breaking any

19   windows; is that correct?

20   A.  That's correct.

21   Q.  Mr. Rehl did not wrest away any police shields?

22   A.  That's correct.

23   Q.  He did not break any fences?

24   A.  That's correct.

25   Q.  He did not break any bike racks?

1    A.  Not that I've seen.

2    Q.  And, again, I think we had -- you had this discussion

3    with Mr. Pattis.  We, obviously -- I'm only asking what you

4    can testify to.  So if somebody else has seen something

5    else, that's not for you to answer; correct?

6    A.  Correct.

7    Q.  So you haven't seen any evidence from the videos -- many

8    videos you've reviewed that he broke any windows; correct?

9    A.  Correct.

10   Q.  Took away any police shields?

11   A.  Correct.

12   Q.  Broke any fences or took them apart?

13   A.  Correct.

14   Q.  Or any bike racks?

15   A.  Correct.

16   Q.  Or destroyed any other property?

17   A.  Correct.

18   Q.  Okay.  And let's talk about -- again, the same type of

19   questions, but this time about whether he attacked anyone.

20   So you haven't seen any evidence -- and there is no evidence

21   that Mr. Rehl threw a water bottle at anyone; correct?

22             MR. KENERSON:  Objection.  Compound.

23             THE COURT:  Sustained as to compound.

24             MS. HERNANDEZ:  Whether he's --

25   BY MS. HERNANDEZ:

13336

1    Q.   You have seen no videos -- let me back up.

2              You were not there on January 6th; correct?

3    A.   Correct.

4    Q.   So essentially, your testimony today as to what happened

5    on January 6th is based on videos you've reviewed?

6    A.   Correct.

7    Q.   Okay.  So you have seen no videos of Mr. Rehl attacking

8    any person?

9    A.   Correct.

10   Q.   He didn't throw any water bottles at anyone?

11   A.   Not that I've seen.

12   Q.   So the answer's no?

13   A.   No.

14   Q.   And he didn't pepper-spray anyone?

15   A.   No.

16   Q.   He didn't shove any officer?

17   A.   No.

18   Q.   He didn't toss any fence posts at anyone?

19   A.   No.

20   Q.   He didn't toss any other projectiles at anyone?

21   A.   No.

22   Q.   Because some -- some of the videos, it appeared as if

23   things were flying across the screen.  But Mr. Rehl was not

24   the one doing that?

25   A.   Correct.

1    Q.   Okay.  And when I say attack any person, we're talking

2    about any officer or other person that day.

3    A.   Okay.

4    Q.   Okay.  Is that correct?

5    A.   Correct.

6    Q.   Okay.  And you didn't see him, like, helping anyone do

7    any of those things either -- physically helping anyone do

8    any of those things?

9    A.   Not that I can think of, no.

10   Q.   Okay.  All right.  So I want to talk a moment about the

11   timeline of Capitol events.  And by that I mean there have

12   been certain events that the prosecutors have focused on

13   which you discussed, I believe, during your testimony.  And

14   the first one I'm going to point to is there's a bike rack

15   that's knocked over; is that correct?

16   A.   I'm not sure which one you're talking about, because

17   there's multiple.

18   Q.   The first time the bike rack is knocked over.

19   A.   So First Street barricade?

20   Q.   Yes.

21   A.   Okay.

22   Q.   That's a bike rack?

23   A.   Yes.

24   Q.   It's not -- and I say "a bike rack" in contrast to a

25   fence.

1    A.  I believe it's a metal bike rack.

2    Q.  Okay.  And that was about 12:53 p.m.?

3    A.  It was a little before that, but yes, for the one you're

4    talking about.

5    Q.  Yeah.

6    A.  Yes.

7    Q.  And then the next event that I believe you've pointed to

8    was there was a black fence that was knocked over?

9    A.  Pulled down, but yes.

10   Q.  Pulled down.  I'm sorry.  Pulled down.

11            And when you say "pulled down" versus "knocked

12   over" -- well, it doesn't matter.  The bottom line is that

13   black fence ended up on the ground?

14   A.  It did.

15   Q.  Okay.  And that was -- would you say that was about

16   1:30 p.m.?

17   A.  No, that would have been -- 12:56, 12:57 was the second

18   one.

19   Q.  Okay.  And then there was stairs or scaffolding that --

20   there was a push up a set of stairs and scaffolding.  Was

21   that around 1:49 p.m.?

22   A.  That's correct.

23   Q.  Okay.  And then the window is -- the window to the U.S.

24   Capitol, that takes place around 2:13 p.m. when it's broken?

25   A.  2:12.

1    Q.  2:12?

2         And at none of those events is Mr. Rehl the person

3    knocking over or pushing the fence down; correct?

4    A.  Not from what I've seen, no.

5    Q.  And he's not in that video of people pushing up the

6    stairs into the scaffolding?  There seems to be a bit of a

7    confrontation.

8    A.  Not in that video, no.

9    Q.  Okay.  And he also is not breaking the window -- any

10   window?

11   A.  No.

12   Q.  Okay.  And there was a video that was played -- I

13   believe it was around 1:48 p.m. -- in which Mr. Nordean and

14   Mr. Biggs are on the grass somewhere with a -- several

15   people?  You don't know which one I'm talking about?

16   A.  No, because I think it was before that that you're

17   talking about, because 1:48 would have been right before the

18   scaffolding was breached.

19   Q.  So you think the video with Mr. Nordean and Biggs

20   where -- I think you described it as a victory video.  That

21   was before 1:48?

22   A.  No, that -- okay.  That -- explain your video to me

23   again and I'll tell you where it goes.

24   Q.  I thought there was a video in which Mr. Biggs,

25   Mr. Nordean, and some of these people that you've been

1    pointing to as people who were marching, they were on the

2    grass.

3    A.  Okay.  That would have been approximately 3:30.

4    Q.  Before then.

5            MR. KENERSON:  Just -- objection.  Vague.  Which

6    video?

7            THE COURT:  Sustained.

8            MS. HERNANDEZ:  All right.

9            THE COURT:  Sustain the objection.

10            MS. HERNANDEZ:  I believe Ms. Rohde -- the

11    ever-helpful Ms. Rohde -- is trying to --

12            MR. KENERSON:  Can I have a moment to confer with

13    Ms. Hernandez?

14            THE COURT:  Yes, please.  If you'll confer and

15    then be able to identify the exhibit number for the record

16    when we proceed.

17            (Brief pause.)

18            MS. HERNANDEZ:  So Your Honor, I want to play

19    Government Exhibit-404LL.  I believe -- has been admitted

20    into evidence --

21    BY MS. HERNANDEZ:

22    Q.  And Mr. Rehl is not -- this is the video I'm talking

23    about.

24    A.  Okay.

25    Q.  And I believe --

1        MS. HERNANDEZ:  Can you play it just a little bit.

2            (Video played.)

3        MS. HERNANDEZ:  Okay.  Can we stop that.

4    BY MS. HERNANDEZ:

5    Q.  So that video is around 1:28 p.m.; is that correct?  Do

6    you know?

7    A.  It is 1:27:30 p.m.

8    Q.  Okay.  And although he's saying "We stormed the fucking

9    Capitol," quote-unquote, in fact, nobody has entered the

10   Capitol at that point; is that correct?

11   A.  They're on restricted grounds.

12   Q.  Yeah.  But they have not entered the U.S. Capitol;

13   correct?

14   A.  They've not entered the building itself.

15   Q.  And the building is the U.S. Capitol building?

16   A.  Yes.

17   Q.  And what -- the distinction you're trying to make is

18   that there are Capitol grounds?

19   A.  Correct.

20   Q.  Now, you understand that the Capitol grounds have

21   traditionally been used for demonstrations?

22       MR. KENERSON:  Objection.  Relevance.  Scope.

23       THE COURT:  Sustained.

24   BY MS. HERNANDEZ:

25   Q.  Well, let me ask you a question.  Are you -- you have --

1    you understand, from your training and experience, that

2    there are First Amendment activities that happen outside the

3    Capitol; correct?

4            MR. KENERSON:  Same objection.

5            THE COURT:  Overruled.

6    BY MS. HERNANDEZ:

7    Q.  Correct?

8    A.  I understand that people can protest, yes.

9    Q.  And when they protest outside the Capitol, that's called

10   First Amendment activity?

11   A.  It can be, yes.

12   Q.  And, in fact, you've referred to it as First Amendment

13   activity; correct?

14   A.  Yes.

15   Q.  In some communications or some text messaging between

16   yourself and other members of the -- investigating FBI

17   agents; correct?

18   A.  For the January 6th investigation, yes.

19   Q.  Correct?  Right.

20           And so what you've said about it is that whatever

21   happened outside --

22           MR. KENERSON:  Objection.

23           THE COURT:  The objection's sustained.

24           MS. HERNANDEZ:  Before I even ask my question?

25   Okay.

1           THE COURT:  Well, I --

2           MS. HERNANDEZ:  That's fine.

3           THE COURT:  Is -- what is the objection?

4           MR. KENERSON:  It's both hearsay and relevance.

5           THE COURT:  Right.  Sustained as to hearsay.

6           MS. HERNANDEZ:  It's not hearsay, Your Honor.  I'm

7    trying to --

8           THE COURT:  You --

9           MS. HERNANDEZ:  I don't mean to -- I was trying to

10   explain myself, but okay.  I was actually trying to impeach

11   her with her prior statement.

12          THE COURT:  Let's go to the sidebar, then.

13          (Bench conference:)

14          THE COURT:  Ms. --

15          MS. HERNANDEZ:  So --

16          THE COURT:  Go ahead.

17          MS. HERNANDEZ:  So there's two text messages from

18   the original -- not the expanded materials that we

19   received -- where it appears that there's a text message

20   from Ms. Miller to an FBI agent named VI Marsh [ph] and she

21   says "If they went into the Capitol, it's a violation."  And

22   on the next sentence, she said "Outside of that, I would

23   think we'd put it there because it's First Amendment."

24          THE COURT:  It -- this is -- wow.  Okay.  Well,

25   it -- let's put it this way.  I'm going to over- -- I'm

1    going to -- I would sustain an objection to this as to --

2    because it's a legal conclusion and as to 403.  I mean,

3    you're trying to suggest that anything that happened outside

4    the Capitol but within restricted area would be lawful, and

5    we know that that is factually untrue.  So I --

6         MS. HERNANDEZ:  That's not -- that's what I'm -- I

7    mean, we tried to set a very fine line between whether --

8    things that happened inside the Capitol or not, and I'm just

9    trying to confront her with statements that she has

10   previously made about the First Amendment and being outside

11   of a --

12        THE COURT:  Well, I didn't -- for example, I

13   didn't sustain the objection -- you had asked a question

14   about whether things happened outside the Capitol that are

15   First Amendment.  I didn't sustain an objection to that,

16   because the way you asked that question I thought it was

17   fair, but --

18        MS. HERNANDEZ:  I'm sorry.  I'll just ask one

19   question and move on from that, Your Honor.

20        THE COURT:  All right.  What's --

21        MS. HERNANDEZ:  I'll ask one question that will --

22        THE COURT:  What --

23        MS. HERNANDEZ:  -- be --

24        THE COURT:  All right.  What's the question, just

25   so we don't have to come back?

1          MS. HERNANDEZ:  Just to -- I think, just to end

2     this line of questioning, she has acknowledged that some of

3     the activities -- some of the demonstrations outside the

4     Capitol are subject to First Amendment protections.  I mean,

5     this is, I think --

6          THE COURT:  Well --

7          MS. HERNANDEZ:  I can go into -- she said she

8     received training at Quantico about --

9          THE COURT:  Okay.  Before you -- just ask her the

10    question without reference to the prior statement.  She may

11    just agree.  You're not impeaching her then.  And I think

12    it's fine for you to ask, "Are there situations where

13    protests outside the Capitol are First Amendment protected?"

14    But without reference to beyond a line or --

15         MS. HERNANDEZ:  I'll do that.

16         THE COURT:  All right.

17         (Return from bench conference.)

18    BY MS. HERNANDEZ:

19    Q.  So Agent Miller, just -- so there are activities --

20    demonstration activities outside the Capitol that can be

21    protected by the First Amendment.  Would you agree with that

22    statement?

23    A.  Sure.

24    Q.  Okay.  And I'll go farther than that.  I'm not

25    suggesting that throwing -- punching a police officer in the

1    face is protected by the First Amendment.  We both agree on

2    that?

3    A.  Okay.

4    Q.  Okay.  Right?

5    A.  Okay.

6    Q.  There are limits to the First Amendment?

7    A.  Okay.

8    Q.  Yes or no?

9    A.  Yes.

10   Q.  Okay.  And I'm not -- that's it.  I'm not suggesting

11   more than that.  There is permissible activity that -- of a

12   demonstration -- of the type of demonstration that is

13   outside the Capitol.  I'm not trying to address any

14   particular conduct that happened on January 6th.  Is that

15   correct?

16   A.  Are you asking me a question?

17   Q.  Yes.  Okay.  Let me back up.

18            Yesterday, you talked about your training at

19   Quantico; correct?

20   A.  Yes.

21   Q.  And among the things you learn, do you -- are you given

22   an overview of things like the First Amendment?

23   A.  Yes.

24   Q.  As it -- and when I say an overview of the -- the First

25   Amendment as it applies to your responsibilities as an FBI

1    agent?

2                    MR. KENERSON:  Objection.  Relevance.  403.

3                    THE COURT:  Overruled.

4                    THE WITNESS:  Repeat your question.

5    BY MS. HERNANDEZ:

6    Q.  So the training you received at Quantico as an FBI

7    agent, among other things, gives you a bit of an overview

8    about the First Amendment; correct?

9    A.  It teaches you what it is.  Correct.

10   Q.  And in particular, it teaches you what it is as it

11   applies to your responsibilities as an FBI agent; correct?

12   A.  Not exactly.

13   Q.  Okay.

14   A.  It just teaches you what the First Amendment is.

15   Q.  And how -- what do you mean by that?

16   A.  So protected speech.

17   Q.  And protected speech, you're told -- taught about

18   protected speech in terms of how you may come up with it as

19   an FBI agent?

20   A.  So they'll give you examples on a test you would take

21   and they would give examples and ask you if it's protected

22   speech, yes or no.

23   Q.  And why are you being asked -- why are you being taught

24   about protected speech?  Is it because it somehow may impact

25   your responsibilities as an FBI agent?

1      MR. KENERSON:  Objection.  Relevance to this

2  agent's understanding as to why they're taught about free

3  speech.

4      THE COURT:  Overruled.

5      THE WITNESS:  We're taught the First Amendment,

6  Second Amendment, Third Amendment, Fourth Amendment, Fifth

7  Amendment, Sixth, and so on, and we're tested on all of

8  those at the same time.

9  BY MS. HERNANDEZ:

10  Q.  And those -- that instruction that you're given is not

11  so that you can go out and become an attorney; correct?

12  A.  Correct.

13  Q.  It's just so that you're aware of these fundamental

14  legal concepts as you carry out your responsibilities as an

15  FBI agent?  Would you agree with me on that?

16  A.  Sure.

17  Q.  Okay.  That's all I want to dwell on that.

18      Okay.  So that video that we watched about --

19  which Mr. Biggs mentioned that he had -- they had stormed

20  the Capitol; in fact, they had not entered the U.S. Capitol

21  building at that point; correct?

22  A.  Correct.

23  Q.  And in that video, you can see Mr. Nordean and Mr. Biggs

24  and some other people.  But Mr. Rehl is not with them?

25  A.  Correct.

13349

```
1    Q.  And you showed a lot of -- or you were shown a lot of
2    videos where Mr. Rehl was with Mr. Biggs, Mr. Nordean,
3    Mr. Donohoe in the general vicinity of where they were
4    standing, correct?
5    A.  Correct.
6    Q.  But there came a time when Mr. Biggs -- Mr. Rehl was no
7    longer with them.  Are you -- do you agree with me on that?
8    A.  I do.
9    Q.  Do you know exactly when that moment happened?
10   A.  They separated -- oh.
11   Q.  Yes.  Go ahead.
12   A.  They separated roughly -- a little before 2:20 -- nope,
13   that's incorrect.  Hold on.  Sorry.
14   Q.  Much earlier --
15   A.  I'm going through the time -- yeah, sorry -- in my head.
16           (Brief pause.)
17           I want to say after 1:18.
18   Q.  After 1:18, you pretty much don't see them together?
19   A.  Correct.
20   Q.  Okay.  So after 1:18 -- let's talk about when Mr. Rehl
21   enters -- after 1:18, would you say Mr. Rehl pretty much is
22   with members of the Philadelphia Proud Boys?
23   A.  Yes.
24   Q.  And the members of the Philadelphia Proud Boys were some
25   gentlemen that traveled to D.C. with Mr. Rehl?
```

1    A.  There were three of them that traveled with Mr. Rehl.

2            MS. HERNANDEZ:  Okay.  And, Your Honor, I'd like

3    to show Government Exhibit-401CC.

4            THE COURT:  All right.  Is it in evidence already?

5            MS. HERNANDEZ:  I believe so.

6            THE COURT:  All right.

7            MS. HERNANDEZ:  And I might be able to do it --

8    okay.

9    BY MS. HERNANDEZ:

10   Q.  So this is Mr. Rehl in the front; is that correct?

11   A.  Correct.

12   Q.  And to his right -- or -- that person, (indicating)

13   that's Isaiah Giddings, is that correct?

14   A.  That's correct.

15   Q.  And Mr. Giddings came to -- he's from Philadelphia?

16   A.  He is.

17   Q.  And he's a Philadelphia Proud Boy?

18   A.  He was at this time, yes.

19   Q.  Okay.  And -- have you interviewed Mr. Giddings?

20   A.  I have.

21   Q.  Okay.  And Mr. Giddings has pleaded guilty; correct?

22           MR. KENERSON:  Objection.

23           THE COURT:  Sustained.

24   BY MS. HERNANDEZ:

25   Q.  Mr. Giddings came to -- traveled by car from

1    Philadelphia to D.C. on January 5th with Mr. Rehl; correct?

2    A.  Yes.

3    Q.  And they stayed at the same hotel?

4    A.  Yes.

5    Q.  And they were pretty much together most of January 6th?

6    A.  Yes.

7    Q.  Okay.  And then this gentleman on this side,

8    (indicating) with the American flag over his face, that's

9    another one of the Philadelphia Proud Boys that came to

10   D.C.?

11   A.  Correct.

12   Q.  And, again, they came to D.C. by car with Mr. Rehl?

13   A.  Yes.

14   Q.  They stayed at the same hotel?

15   A.  Correct.

16   Q.  And they were together most of that day -- most of

17   January -- January 5th and January 6th?

18   A.  For the most part, yes.

19   Q.  Right.  And I believe they returned to Philadelphia

20   together in the same car on January 7th.  Does that sound

21   true?

22   A.  I don't know if they all rode home together.  I know

23   Giddings was with Rehl on the way home, but I don't know

24   about the others.

25   Q.  Okay.  And then this gentleman back here,

1    (indicating) -- I don't know if you can see who that is.

2    Can you identify him?

3    A.  I can.  That's Brian Healion.

4    Q.  Brian Healion?  And he's another Philadelphia Proud Boy?

5    A.  He is.

6    Q.  Another one who came down to D.C. from Philadelphia with

7    Mr. Rehl in the car?

8    A.  Yes.

9    Q.  And they stayed at the same hotel?

10   A.  Correct.

11   Q.  And were together most of January 6th?

12   A.  Yes.

13   Q.  And all three of these gentlemen are members of the

14   Ministry of Self-Defense; is that correct?

15   A.  Yes.

16   Q.  Right.  And the three gentlemen that I'm talking about

17   is Mr. Giddings, Mr. Isaiah -- I'm sorry, Isaiah Giddings,

18   Brian Healion, and Freedom Vy; correct?

19   A.  Correct.

20   Q.  And they're members of the Ministry of Self-Defense

21   brought into the Ministry of Self-Defense by Mr. Rehl?

22   A.  I don't know who brought them in.

23   Q.  Okay.  I can show you, if you'd like -- I'll come back

24   to that.

25           But all three of these gentlemen on January 6th

1    entered the Capitol with Mr. Rehl?

2    A.  They did.

3    Q.  And none of them on January 6th destroyed any property;

4    correct?

5    A.  So Healion pulled barricades, and so did Giddings.

6    Q.  And were they together -- were they with Mr. Rehl when

7    that happened?

8    A.  Mr. Rehl was in the area --

9    Q.  But they were not --

10   A.  -- but he wasn't directly next to them, no.

11   Q.  Okay.  He was not directly next to them?

12        Did -- and he didn't direct them to do -- to pull

13   down barricades, did he -- did they?  [sic]

14   A.  I don't know what conversations they had with Mr. Rehl.

15   Q.  At the moment that this was happening.

16   A.  They weren't next to Mr. Rehl.

17   Q.  Mr. Giddings -- you interviewed Mr. Giddings; correct?

18   A.  I did.

19   Q.  He never told you that Mr. --

20        MR. KENERSON:  Objection.  Hearsay.

21        MS. HERNANDEZ:  It's not.  It's a --

22        THE COURT:  Sustained.

23        MS. HERNANDEZ:  -- statement against penal

24   interest, Your Honor.

25        THE COURT:  Let me hear counsel at the phones.

1          (Bench conference:)

2          THE COURT:  Ms. --

3          Well, let me hear the objection first, I guess.

4          MR. KENERSON:  Well, the objection was hearsay.

5    I -- she was asking him [sic] what someone said in an

6    interview out of court.  I -- Ms. Hernandez has proffered

7    that this is a statement against penal interest.  I -- she

8    has not yet proffered exactly which statement she was

9    eliciting yet.  We would note that she has requested, and we

10   have agreed, to make all cooperating witnesses, which would

11   include Mr. Giddings, available for the defense should they

12   want to call them.  So he's not unavailable for purposes of

13   that hearsay exception regardless of any other merits.

14         MS. HERNANDEZ:  So Your Honor, I anticipate that I

15   will put Mr. Giddings on the stand because the Government

16   has decided not to call him, but I don't think that limits

17   my ability to ask a question about -- at this moment in the

18   middle of my examination if, in fact, these were questions

19   that were asked of Mr. Giddings which -- the answers to

20   which would have been statements against penal interest.

21         THE COURT:  But he has to be unavailable.  And

22   he's not unavailable; correct?

23         MS. HERNANDEZ:  Well, I hope he's not going to be

24   unavailable, but at this moment -- in other words, he's a --

25   he has signed a cooperating -- cooperation agreement.  The

1    Government has told me they're not bringing him in.  So I --

2              THE COURT:  All right.

3              MS. HERNANDEZ:  -- hope that he can come in, but I

4    don't know whether he's going to assert a Fifth Amendment.

5              THE COURT:  Well, none of that -- at least at this

6    point, none of that makes him unavailable and, in fact, if

7    he's -- well, at the moment, none of that makes him

8    unavailable under the law.  So I'll sustain the objection.

9              (Return from bench conference.)

10   BY MS. HERNANDEZ:

11   Q.  So you -- yesterday, I think one of the last things you

12   testified to on direct was Mr. Rehl's entry into the Capitol

13   building.

14   A.  I'm not -- I don't know if I testified to that yesterday

15   or not, but I have testified to it, yes.

16   Q.  Okay.  You mean it may have been a different day than

17   yesterday?

18   A.  Yes.

19   Q.  Okay.  But you did testify to it; correct?

20   A.  I have, yes.

21   Q.  And Mr. Rehl, when he entered the Capitol, he entered

22   with Mr. Giddings; with Mr. Freedom Vy; and with another

23   gentleman named Jeff Finley?

24   A.  He did, and he also -- and you forgot Healion.

25   Q.  I'm sorry.

1    A.  Healion entered, as well.

2    Q.  Yes, Healion also.

3         And Finley is the president of the -- or was the

4    president of the West Virginia Proud Boys; is that correct?

5    A.  I'm not sure.  I know he was a Proud Boy.

6    Q.  Okay.  Were you involved in the investigation of the

7    case against him?

8    A.  I was not.

9    Q.  Okay.  But when they -- when Mr. Rehl entered the

10   Capitol through a door, there was no alarm sounding on the

11   door; is that correct?

12   A.  I don't recall.

13        MS. HERNANDEZ:  Okay.  Can we have -- I believe

14   it's Government Exhibit-1006 which, I believe, the

15   Government played.

16        THE COURT:  What's the exhibit number,

17   Ms. Hernandez?

18        MS. HERNANDEZ:  I'd like to have Government

19   Exhibit-1006.  I believe -- maybe, the Government, by

20   stipulation, will agree --

21        MR. KENERSON:  Can we be heard?

22        (Bench conference:)

23        MR. KENERSON:  So 1006 is a montage similar to

24   1000 and 1001.  The Government provided it to defense

25   counsel in a draft form.  We told them months ago that we

1    weren't going to be using it in trial; would be using

2    separate clips.  Part of the reason for that is that we were

3    never able to finalize and get accurate the maps.  So the

4    exhibit as they have it has inaccuracies on it.  That's

5    why we've not relied on it.  And so we would object to

6    admitting it on that basis.  I don't know which clip she's

7    referring to.

8          MS. HERNANDEZ:  I'm referring to the clip starting

9    at 17:00 which, I believe, starts with Mr. Finley.

10          THE COURT:  Well, is there -- is this exact

11   same -- I mean, Ms. Hernandez --

12          MS. HERNANDEZ:  This is a document --

13          THE COURT:  -- you --

14          MS. HERNANDEZ:  -- a video that they produced in

15   discovery --

16          THE COURT:  Right.  I understand.  It's an -- no,

17   it's an exhibit that they told you they're not using.  So I

18   think it's hard for you to --

19          MS. HERNANDEZ:  Well, the video portion that I'm

20   trying to introduce is -- I understand it's a montage and

21   there are all sorts of different things, but the portion

22   that I'm trying to introduce is a straight video from --

23   some of it is from inside the Capitol --

24          THE COURT:  Is --

25          MS. HERNANDEZ:  -- and some of it is from outside

1    the Capitol.

2            THE COURT:  Is the same video part of one of these

3    other exhibits that have already been admitted?

4            MS. HERNANDEZ:  I thought I was introducing the

5    video that the Government introduced yesterday, but I guess

6    he's telling me that that's not the video he introduced.  So

7    if -- I'm happy to work from the video that the Government

8    introduced yesterday.

9            THE COURT:  All right.  Do -- are you --

10            MR. KENERSON:  I think the only video of

11    Mr. Rehl's entry that we introduced in our case was the CCTV

12    which, of course, doesn't have sound one way or the other.

13            THE COURT:  Ms. Hernandez, why don't you -- here's

14    what I propose, is if there's -- for you to come back to

15    this -- well, first, to continue on and, over lunch, try to

16    get to the bottom of this, I mean --

17            MS. HERNANDEZ:  That's fine.

18            THE COURT:  -- one way or the other.

19            MS. HERNANDEZ:  That's fine.

20            THE COURT:  All right.

21            MS. HERNANDEZ:  Thank you.

22            THE COURT:  All right.

23            (Return from bench conference.)

24    BY MS. HERNANDEZ:

25    Q.  So with the gentleman -- we're going to move on and I'm

1    going to come back to this later.

2         So let me ask you some questions.  You testified

3    throughout the last few days about different persons that

4    were at the U.S. Capitol at different -- different Proud

5    Boys or different -- I think you referred to them as -- let

6    me -- march- -- members of the marching group?

7    A.  Yes.

8    Q.  And there were multiple numbers of people that you

9    pointed to that -- said, this is a member of the marching

10   group, that's a member of the marching group; correct?

11   A.  Correct.

12   Q.  And some of these people that you identified as members

13   of the marching group were people who tossed things at

14   police officers?

15   A.  Yes.

16   Q.  Or did other things of that nature?

17   A.  Yes.

18   Q.  And in your testimony, at times, you would say, "There's

19   Mr." -- "There's one of the defendants high-fiving one of

20   these guys"; correct?

21   A.  Correct.

22   Q.  Or, "Hugging one of these guys"; correct?

23   A.  Correct.

24   Q.  There was no video of Mr. Rehl high-fiving any of those

25   guys; correct?

1    A.  I don't think that's correct.

2    Q.  Okay.  Do you -- when is it that you think there was a

3    video of Mr. Rehl high-fiving one of them?

4    A.  So I think him and Johnson and Fischer all high-five.

5    Q.  Do you remember which video that is?

6    A.  It's when the police are trying to reform their line in

7    this area.  (Indicating.)

8    Q.  Okay.  Do you --

9    A.  It's after Trevor McDonald had pepper-sprayed and came

10   back and there was a lot of high-fiving and fist-bumping.

11   Q.  Okay.  Do you remember what video it was?

12   A.  I don't know the number of the video, no.

13   Q.  Can you pull it up during your lunchtime?

14   A.  Do I have access to those?

15   Q.  I'm asking.  You said you've looked at all these videos

16   multiple times; correct?

17   A.  Correct.

18   Q.  And you are now trying to recollect a particular video;

19   correct?

20   A.  Because you asked me, correct.

21   Q.  Correct.  And this video was played in court, you said?

22   A.  Yes.

23   Q.  And you're saying now on the stand that at the time you

24   testified about this video, you indicated that Mr. Rehl

25   high-fived these people, or is this new testimony?

1    A.   Oh, I'm not sure what you're asking me.   I'm sorry?

2    Q.   Okay.   You're saying there was a video played in

3    court --

4    A.   Correct.

5    Q.   -- during your direct testimony?

6    A.   Correct.

7    Q.   And you're saying now on the stand that you saw Mr. Rehl

8    high-five some of these people?   That's what you're telling

9    us now; correct?

10   A.   I think so, yes.

11   Q.   Is that what you're saying now?

12   A.   Did he high-five somebody while he was on the ground?

13   Yes, I believe so.

14   Q.   And you're saying you saw this on a video yesterday or

15   sometime during your testimony?

16   A.   During my video review, yes.

17   Q.   During your testimony?

18   A.   I believe it was played for the testimony.

19   Q.   And you think that during your testimony here, you

20   testified that you saw Mr. Rehl high-fiving these people?

21   A.   Or fist-bumping.

22   Q.   That's what you recollect?

23   A.   That's what I recollect.

24   Q.   Okay.   But you don't know which video it was right now?

25   A.   It was when -- so again, I think it was when the police

1   were trying to reform the line.

2   Q.  Do you know what time that was?

3   A.  It would have been after 1:10 p.m.

4   Q.  Okay.  And where exactly?

5   A.  (Indicating.)

6   Q.  I'm sorry.  What is that area called?

7   A.  Lower west terrace.

8   Q.  And who is it that you thought Mr. Rehl fist-bumped?

9   A.  I want to say Zach Johnson and AJ Fischer.  It's, like,

10  a group.

11  Q.  And you think it was around 1:10?

12  A.  I believe so.

13  Q.  So that's --

14  A.  Probably a little after 1:10.

15  Q.  So that was before the second fence was brought down?

16  A.  No.

17  Q.  The second fence was at 1:30?

18  A.  No.  So the initial barricade breach is at 12:53,

19  roughly.  That's at First Street.  The next one is at 12:56,

20  12:57.

21  Q.  That's the one where the Government claims that

22  Mr. Biggs and Mr. Nordean are near that fence?

23  A.  Correct.

24  Q.  And you're saying that you saw, sometime after that,

25  Mr. Rehl fist-bumping these people?

1    A.  Yes.

2    Q.  Okay.  And that's your recollection of your testimony?

3    A.  Yes.

4    Q.  Okay.  We'll come back to that.

5            You're -- you testified as to the fact that there

6    was -- there's this Telegram message from Stewart in which

7    he talks about future events and teams of 10.  Do you

8    remember that?

9    A.  I'm sorry.  Repeat your question.

10   Q.  There's a Telegram message from Mr. Stewart in which he

11   testifies about the MOSD and their plans; correct?

12   A.  Yes.

13   Q.  And that plan, if you recall, entails bringing people --

14   having teams -- having leaders and teams; correct?

15   A.  Can you show me which message you're referring to?

16   Q.  Okay.

17            (Brief pause.)

18            Let me go back to the video.  I think it's

19   Government Exhibit-115X, and we'll come back to that.

20            So this is the video to which you testified

21   yesterday; correct?

22   A.  Correct.

23   Q.  And that's at 2:53 p.m.?

24   A.  It is.

25   Q.  And Mr. Rehl is about to come into the Capitol there?

1    (Indicating.)

2    A.  Yes.

3    Q.  And this is through an open door; correct?

4    A.  It's open now, yes.

5    Q.  It was open at the time he entered?

6    A.  At the time he entered, yes.

7    Q.  And this is around 2:53 and 17 minutes [sic]; correct?

8    A.  Correct.

9    Q.  And this -- and he's also coming in with Mr. Giddings?

10   A.  Correct.

11   Q.  And Mr. Vy?

12   A.  Correct.

13   Q.  Mr. Healion?

14   A.  Correct.

15   Q.  And Mr. Finley?

16   A.  Correct.

17          MS. HERNANDEZ:  Can you play it.  Keep on playing,

18   please.

19          (Video played.)

20   BY MS. HERNANDEZ:

21   Q.  And there are no police officers in that area at that

22   time; correct?

23   A.  Not that I can see.

24          MS. HERNANDEZ:  Can you stop that, please.

25   BY MS. HERNANDEZ:

1    Q.  Again -- obviously, any time I ask you a question,

2    it's -- if you can't see something, you obviously can't see

3    it.  If you don't know it, you obviously don't know it.  So

4    as you're looking at this, there are no police officers in

5    the area at the moment, correct?

6    A.  Not that I can see.

7    Q.  So would that be no, there are no police officers in the

8    area?

9    A.  Not that I can see.

10   Q.  If you could see them, then the answer would be yes,

11   there are police officers; correct?

12   A.  So you have other angles coming from different hallways.

13   There's another hallway -- there's a hallway on each side.

14   There could be police officers in there.  Based off what I'm

15   watching here, I do not see any.

16   Q.  So what I'm asking you -- in this video, there are no

17   police officers; correct?

18   A.  Not that I can see.  Correct.

19            MS. HERNANDEZ:  Keep on playing it, please.

20            (Video played.)

21   BY MS. HERNANDEZ:

22   Q.  If at any time you see a police officer, you can let me

23   know.

24   A.  Okay.  Right here, (indicating.)

25   Q.  And you don't see the police officers trying to stop

1   anyone; is that correct?

2   A.  Not at this point in time.

3               (Brief pause.)

4               MS. HERNANDEZ:  You can stop it.  Thank you.

5   BY MS. HERNANDEZ:

6   Q.  At no time while Mr. Rehl was inside the Capitol did he

7   meet with Mr. Biggs inside the Capitol; is that correct?

8   A.  Not that I've seen.  Correct.

9   Q.  And at no time while Mr. Rehl was inside the Capitol did

10  he meet with Mr. Nordean?

11  A.  Not that I've seen.  Correct.

12  Q.  And at no time while Mr. Rehl was inside the Capitol did

13  he meet with Mr. Pezzola?

14  A.  Correct.

15  Q.  And at no time while Mr. Rehl was inside the Capitol did

16  he meet with Mr. Donohoe?

17  A.  Correct.

18  Q.  Okay.  And at no time while Mr. Rehl was inside the

19  Capitol -- strike that.

20              And, in fact, Mr. Rehl did not meet with Biggs,

21  Nordean, Pezzola at any time before he -- at any time as he

22  entered the Capitol or after he left the Capitol; correct?

23  A.  I don't know about after he left, but not while he was

24  inside.  That's correct.

25  Q.  And he left the Capitol around 2:13 -- I'm sorry, 3:13?

1    A.  Correct, but he did not leave Capitol grounds until

2    after that.

3    Q.  Right.  But we're talking about the Capitol.

4    A.  He left the building, the inside of the building.

5    Q.  Correct.  The Capitol grounds -- I mean, you keep on

6    bringing up the Capitol grounds.  There are a lot of areas

7    of the Capitol grounds that are designated for

8    demonstrations.  Are you aware of that?

9            MR. KENERSON:  Objection.  Relevance.  Scope.

10            MS. HERNANDEZ:  Your Honor, she brings up the

11    Capitol -- she continues to make the distinction.  That's

12    why I want to ask.

13            THE COURT:  Sustained.

14    BY MS. HERNANDEZ:

15    Q.  Sustained.  That means you don't have to answer.

16    A.  Yeah.  I got it.

17    Q.  You testified to some messaging between Mr. Loehrke and

18    Mr. Nordean.  Do you recall that?

19    A.  I do.

20    Q.  That was not -- that was private messaging between the

21    two of them; is that correct?

22    A.  Correct.

23    Q.  That was not messaging in which Mr. Rehl participated?

24    A.  Correct.

25    Q.  It was not MOSD messaging?

13368

1   A.  Correct.

2   Q.  And Mr. Loehrke is not a member of MOSD?

3   A.  Not that I'm aware of.

4   Q.  Okay.  And you testified about somebody named Milkshake;

5   is that correct?

6   A.  I did.

7   Q.  Mr. Milkshake or -- not Mr. Milkshake, but Milkshake,

8   Mr. -- Milkshake is Dan Scott?

9   A.  Dan Lyons Scott, yes.

10  Q.  Okay.  And he is not a member of MOSD; is that correct?

11  A.  He is not.

12  Q.  Okay.  And he was not a member of -- was he on Boots on

13  the Ground?

14  A.  Not that we're aware of.

15  Q.  Okay.  And you understand that Mr. Rehl had a problem

16  with Mr. -- with Milkshake from January 5th -- the evening

17  of January 5th; is that correct?

18  A.  I don't know what problems Mr. Rehl had with Milkshake.

19  Q.  Yeah.  The question I'm asking you is, do you understand

20  there was some problem that he had with Milkshake on the

21  evening of January 5th?  If you do.

22  A.  I don't.

23  Q.  You didn't see any text messaging about concerns that

24  Mr. Rehl had with Milkshake?

25  A.  Not that I'm aware of.  Can you refresh --

1    Q.  Yeah, I'll show them to you.

2    A.  Okay.

3    Q.  There is a video that was played for you where, I think,

4    Mr. Nordean refers to Milkshake in terms -- like "That's

5    Milkshake.  What do you expect?"  Or something like that.

6    Do you remember that?

7    A.  I do.

8    Q.  So is it your understanding that Milkshake was deemed to

9    be a rather irrational or aggressive or -- how would you

10   describe it?

11           MR. KENERSON:  Objection to -- I think that's

12   character evidence she's offering.

13           MS. HERNANDEZ:  No.

14           THE COURT:  Sustained as to the question.

15   BY MS. HERNANDEZ:

16   Q.  You testified that you overheard on one of the videos

17   testimony from -- or a statement by Mr. Nordean referring to

18   Milkshake as "That's Milkshake," or something like that.  Do

19   you remember that?

20   A.  I do.

21   Q.  And it appeared -- I mean, tell me if you agree -- that

22   he -- that Nordean was commenting on Milkshake, how he

23   acted; correct?

24           MR. KENERSON:  Objection.  Vague.  Acted at what

25   time?

1          MS. HERNANDEZ:  At the moment that he made the

2     statement.

3          THE COURT:  All right.  The object- --

4     BY MS. HERNANDEZ:

5     Q.  At the moment that Mr. Nordean made the statement about

6     Milkshake, he was commenting -- it was his opinion of

7     Milkshake that he was expressing; correct?

8     A.  I don't know what he was expressing.

9     Q.  Well, you testified to --

10    A.  Well, based off the question you're asking me.  Can you

11    re-ask me the question?

12    Q.  So you testified to it; right?

13    A.  Can you ask me the question?

14    Q.  You testified on direct --

15    A.  Okay.

16    Q.  -- about a video that was played for you by the

17    prosecution; correct?

18    A.  I did.  But which video?

19    Q.  And that video included a comment by Mr. Nordean about

20    Milkshake; correct?

21    A.  There was a video that was played that I testified to,

22    yes, that included a comment.  Correct.

23    Q.  A comment by Nordean -- by Mr. Nordean?

24    A.  In response to a comment by Milkshake, yes.

25    Q.  Right.  And do you recall what Mr. Nordean said?

1    A.  I'd need to see the video clip again, but I think it was

2    something to reference of "That's Milkshake, man."

3    Q.  "That's Milkshake, man"?

4         And did you -- what did you understand that to

5    mean as you played it -- as the Government played it for

6    you?

7         MR. KENERSON:  Objection to her understanding of

8    what that meant.  Speculation as to Nordean's state of mind.

9         THE COURT:  She can answer if, based on her review

10   of the evidence --

11        MR. SMITH:  Objection.

12        THE COURT:  She --

13        MS. HERNANDEZ:  That's all right.  If the

14   Government -- if Mr. Nordean's counsel doesn't want me to

15   talk about that point.

16   BY MS. HERNANDEZ:

17   Q.  So you've testified today that you think sometime after

18   1:18 p.m., Mr. Rehl was no longer with the other defendants

19   in this case?

20   A.  Correct.

21   Q.  Okay.  And at that point, he was over with the

22   Philadelphia Proud boys --

23        THE COURT REPORTER:  I'm sorry.  What?

24   BY MS. HERNANDEZ:

25   Q.  At that point, he was -- he gathered with the

1    Philadelphia Proud Boys and other persons; correct?

2    A.  After 1:18?

3    Q.  Yes.

4    A.  Correct.

5    Q.  At that point, he was not with any of these gentlemen

6    that you're referring to as the marching group?

7    A.  Well, Healion and Vy were both in the marching group and

8    he was with them.

9    Q.  Correct.  But it's not the people you pointed out during

10   your direct testimony multiple times as, "That's a member of

11   the marching group, that's a member of the marching group";

12   correct?

13   A.  So there might have been some near him, but he wasn't

14   directly with them.

15   Q.  He wasn't with them?

16   A.  Not directly with them like he was with Vy and Healion

17   and Giddings.

18   Q.  So you're making a distinction between the way he was

19   with Brian Healion and Giddings and the -- and where -- and

20   his contacts with these other members of the marching group

21   that you've --

22   A.  You're asking me after 1:18 p.m.?

23   Q.  Yes, after 1:18 p.m.

24   A.  Mr. Rehl stayed with Vy, Healion, and Giddings.

25   Q.  Okay.  So let me ask you some other things about the

1    timeline.  You talked about the timeline; correct?

2    A.  Yes.

3    Q.  So it's your understanding that the House was called to

4    order at noon; is that correct?

5    A.  I'm unsure of when the House was called to order.

6    Q.  Okay.  It's your understanding that the House -- if

7    it's -- if you know -- at the time that Mr. Rehl entered the

8    Capitol, the House was not in session; is that correct?

9    A.  I don't believe so.

10   Q.  And do you know whether, at 1:18, the House was in

11   session?

12          MR. KENERSON:  Objection.  Scope and foundation.

13          THE COURT:  She can answer -- the question was

14   does she know.  She can answer, if she knows.

15          THE WITNESS:  I don't know.

16   BY MS. HERNANDEZ:

17   Q.  Do you know when the House went into recess?

18   A.  I do not know.

19   Q.  Do you know whether, when the breach of the bike rack

20   and the second breach -- do you know whether the House was

21   in session at that time?

22   A.  I don't know.

23          (Brief pause.)

24          MS. HERNANDEZ:  Your Honor, I have -- I wanted

25   to -- I want to play the video that the Government had an

1    objection to.  So if the -- if this is a good time to break,

2    I'd ask the Court to break now.

3         THE COURT:  Let's just -- let me hear you at

4    the -- at sidebar.

5         (Bench conference:)

6         THE COURT:  Mr. Kenerson, is there a way -- I

7    mean, I'd rather not give up the 15 minutes if there's a way

8    to quickly identify that the passage that Ms. Hernandez

9    wants to play is part of an admitted exhibit.  Is there a

10   way to just have you all confer and see -- do you think it

11   might -- it will be productive to just see if you all can

12   confer to see if that's the case?  I don't know whether

13   these exhibits -- the two different exhibits you're talking

14   about are, sort of, identical or not.

15        MR. KENERSON:  We might.  I just don't know how

16   quickly -- I'm not sure.  My guess is that whatever exhibit

17   she's talking about is on our exhibit list somewhere.  I

18   just -- based on her description, I don't know the number of

19   it, so I don't know how easy it will -- to find.

20        MR. SMITH:  Carmen, what are you trying to play?

21   I can let you know of --

22        MS. HERNANDEZ:  I'm sorry.  That's all right.

23   I'll have to key that up with the Government after.  Can --

24        THE COURT:  All right.

25        MS. HERNANDEZ:  I'll move on to --

1          MR. KENERSON:  I was going to say, if the Court

2     gives us five minutes to confer, we might be able to figure

3     it out.  I don't --

4          THE COURT:  All right.  Let's just take it --

5     let's just take, you know -- we're now down to, you know, 12

6     minutes or so.  Let's just -- I'll give you this

7     opportunity.  I'll -- let me just send them to lunch and

8     we'll just -- we'll bake this into the lunch break.

9          (Return from bench conference.)

10         THE COURT:  All right.  Ladies and gentlemen,

11    we're going to break just a few minutes early for lunch.  So

12    we'll see you on the other side of our lunch hour plus a few

13    minutes.

14         (Jury returned to jury room.)

15         THE COURT:  All right.  Agent, you may step down.

16         (Witness steps down.)

17         THE COURT:  And we'll see everyone at 1:30.

18         THE DEPUTY CLERK:  All rise.  This Honorable Court

19    stands in recess until the return of Court at 1:30.

20         (Luncheon recess taken at 12:19 p.m.)

21              * * * * * * * * * * * *

22         <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

23    **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

24    **that the above and foregoing constitutes a true and accurate**

25    **transcript of my stenographic notes and is a full, true and**

complete transcript of the proceedings to the best of my ability, dated this 14th day of March 2023.

/s/Timothy R. Miller, RPR, CRR, NJ-CCR
Official Court Reporter
United States Courthouse
Room 6722
333 Constitution Avenue, NW
Washington, DC 20001

13377

## /

**/s/Timothy** [1] - 13376:3

## 0

**06511** [1] - 13239:22

## 1

**1** [3] - 13242:4, 13242:9, 13242:13
**1,000** [1] - 13296:22
**1-ETHAN** [1] - 13239:4
**10** [3] - 13316:3, 13321:22, 13363:7
**10-minute** [1] - 13321:20
**100** [2] - 13306:24, 13308:5
**1000** [1] - 13356:24
**10003** [1] - 13239:18
**1001** [1] - 13356:24
**10016** [1] - 13240:13
**1006** [1] - 13356:23
**1014** [1] - 13240:9
**10:12** [3] - 13315:19, 13315:21, 13327:8
**112** [2] - 13257:12, 13257:18
**113** [1] - 13240:15
**12** [1] - 13375:5
**123** [2] - 13256:11, 13256:13
**12:19** [1] - 13375:20
**12:53** [2] - 13338:2, 13362:18
**12:56** [2] - 13338:17, 13362:19
**12:57** [2] - 13338:17, 13362:20
**12th** [5] - 13282:20, 13282:21, 13282:23, 13285:23, 13286:5
**130** [1] - 13327:15
**13th** [1] - 13255:4
**14** [1] - 13239:6
**1420** [1] - 13239:24
**145AX** [1] - 13305:17
**14th** [2] - 13255:4, 13376:2
**15** [3] - 13252:23, 13308:19, 13374:7
**153** [1] - 13240:5
**157** [1] - 13257:18
**160BX** [1] - 13325:14
**160CX** [1] - 13296:12
**17** [1] - 13364:7
**17:00** [1] - 13357:9

**17th** [1] - 13258:19
**1:00** [1] - 13289:2
**1:04:22** [1] - 13289:22
**1:10** [3] - 13362:3, 13362:11, 13362:14
**1:18** [9] - 13349:17, 13349:18, 13349:20, 13349:21, 13371:18, 13372:2, 13372:22, 13372:23, 13373:10
**1:21-cr-00175-TJK-1** [1] - 13239:2
**1:21-cr-00175-TJK-2** [1] - 13239:3
**1:21-cr-00175-TJK-3** [1] - 13239:4
**1:21-cr-00175-TJK-5** [1] - 13239:4
**1:21-cr-00175-TJK-6** [1] - 13239:4
**1:25** [1] - 13298:12
**1:27:30** [1] - 13341:7
**1:28** [1] - 13341:5
**1:30** [4] - 13338:16, 13362:17, 13375:17, 13375:19
**1:48** [3] - 13339:13, 13339:17, 13339:21
**1:49** [1] - 13338:21
**1st** [1] - 13239:21

## 2

**2** [6] - 13242:4, 13242:9, 13242:14, 13283:21, 13285:19, 13307:1
**2,000** [1] - 13296:23
**2-JOSEPH** [1] - 13239:5
**20** [1] - 13252:23
**20001** [2] - 13240:19, 13376:5
**20005** [1] - 13239:25
**201** [1] - 13293:24
**2019** [1] - 13283:5
**202** [3] - 13239:15, 13239:25, 13240:20
**2020** [4] - 13282:20, 13282:23, 13282:25, 13283:2
**2021** [14] - 13270:24, 13273:14, 13281:4, 13281:22, 13283:17, 13284:11, 13285:21, 13288:19, 13288:24, 13302:6, 13302:9, 13303:6, 13303:21, 13328:22
**2023** [2] - 13239:6,

13376:2
**203** [1] - 13239:22
**20530** [1] - 13239:15
**20777** [1] - 13240:3
**209** [1] - 13240:6
**20th** [7] - 13239:17, 13243:11, 13248:16, 13248:22, 13255:11, 13255:14, 13257:16
**21-175** [2] - 13242:3, 13322:3
**22nd** [2] - 13243:11, 13243:20
**240** [1] - 13240:3
**252-7233** [1] - 13239:15
**253** [1] - 13309:7
**253-0514** [1] - 13240:13
**261** [1] - 13301:21
**2:12** [2] - 13338:25, 13339:1
**2:13** [2] - 13338:24, 13366:25
**2:20** [1] - 13349:12
**2:53** [2] - 13363:23, 13364:7

## 3

**3** [4] - 13242:5, 13242:10, 13242:14, 13307:5
**3-ZACHARY** [1] - 13239:5
**300-62** [1] - 13328:8
**302** [2] - 13268:13, 13268:15
**305** [2] - 13240:7, 13240:10
**33012** [1] - 13240:9
**33014** [1] - 13240:6
**333** [2] - 13240:19, 13376:5
**354-3111** [1] - 13240:20
**383** [1] - 13239:21
**393-3017** [1] - 13239:22
**3:13** [1] - 13366:25
**3:30** [1] - 13340:3

## 4

**4** [1] - 13307:10
**403** [9] - 13257:24, 13259:22, 13260:10, 13260:12, 13261:14, 13262:2, 13262:3, 13344:2, 13347:2

**403-7323** [1] - 13240:7
**425** [1] - 13310:2
**429-6520** [1] - 13239:25
**429C** [2] - 13315:17, 13327:8
**440AX** [1] - 13324:19
**47** [1] - 13239:8
**472-3391** [1] - 13240:3
**49** [1] - 13240:9
**492** [2] - 13303:25, 13304:4
**492E** [1] - 13304:5
**492G** [2] - 13303:24, 13322:11
**492s** [1] - 13304:2
**4r** [1] - 13239:18
**4th** [2] - 13239:14, 13282:25

## 5

**5** [4] - 13242:5, 13242:11, 13242:15, 13307:12
**5-ENRIQUE** [1] - 13239:6
**509-30** [1] - 13286:20
**509-32** [1] - 13288:3
**510-32** [1] - 13285:14
**512-08** [1] - 13288:22
**555** [1] - 13239:14
**59047** [1] - 13240:16
**5th** [12] - 13247:10, 13257:13, 13257:14, 13258:2, 13302:6, 13302:9, 13303:6, 13351:1, 13351:17, 13368:16, 13368:17, 13368:21

## 6

**6** [4] - 13242:6, 13242:12, 13242:15, 13307:16
**6-DOMINIC** [1] - 13239:6
**6175** [1] - 13240:5
**646** [1] - 13240:13
**6722** [2] - 13240:18, 13376:4
**6th** [33] - 13240:12, 13253:22, 13255:8, 13255:20, 13256:20, 13257:17, 13257:19, 13273:14, 13281:4, 13281:22, 13283:17, 13284:11, 13285:21, 13288:19, 13288:24,

13297:17, 13302:17, 13302:19, 13302:21, 13303:20, 13308:12, 13328:20, 13328:22, 13334:10, 13336:2, 13336:5, 13342:18, 13346:14, 13351:5, 13351:17, 13352:11, 13352:25, 13353:3

## 7

**7** [1] - 13239:17
**7166** [1] - 13240:2
**764-9347** [1] - 13240:16
**775** [1] - 13240:16
**7th** [1] - 13351:20

## 8

**822-2901** [1] - 13240:10
**8:00** [3] - 13246:19, 13246:25, 13248:11

## 9

**902-3869** [1] - 13239:19
**917** [1] - 13239:19
**99** [1] - 13240:12
**9:00** [1] - 13239:6

## A

**a.m** [1] - 13239:6
**AAR** [3] - 13286:25, 13287:1, 13287:13
**Aaron** [3] - 13288:5, 13289:22
**ability** [2] - 13354:17, 13376:2
**able** [16] - 13242:23, 13243:1, 13243:3, 13243:11, 13250:15, 13278:14, 13278:20, 13291:10, 13298:25, 13304:18, 13314:20, 13330:1, 13340:15, 13350:7, 13357:3, 13375:2
**absent** [1] - 13293:24
**absolutely** [1] - 13263:2
**accept** [1] - 13318:21
**access** [4] - 13272:5, 13272:9, 13282:10, 13360:14
**accessed** [1] -

13261:7
**account** [1] - 13255:4
**accurate** [4] -
13244:21, 13331:22,
13357:3, 13375:24
**accuse** [2] - 13261:8,
13261:21
**accusing** [2] -
13258:19, 13261:5
**acknowledged** [2] -
13247:21, 13345:2
**acted** [2] - 13369:23,
13369:24
**action** [3] - 13284:6,
13287:4, 13287:7
**activities** [7] -
13302:23, 13303:5,
13303:18, 13342:2,
13345:3, 13345:19,
13345:20
**activity** [5] - 13302:21,
13311:6, 13342:10,
13342:13, 13346:11
**added** [1] - 13282:1
**address** [5] - 13243:9,
13247:6, 13249:9,
13260:25, 13346:13
**addressed** [1] -
13248:14
**adjustments** [3] -
13284:7, 13284:21,
13285:2
**admin** [1] - 13256:1
**admission** [1] -
13254:12
**admitted** [5] -
13290:25, 13291:2,
13340:19, 13358:3,
13374:9
**admitting** [1] -
13357:6
**advance** [5] - 13243:3,
13243:6, 13244:23,
13248:4, 13332:19
**advanced** [1] -
13273:9
**advancing** [2] -
13276:24, 13277:8
**advocacy** [2] -
13318:20, 13319:12
**afar** [1] - 13294:23
**affiliated** [10] -
13296:9, 13300:24,
13301:2, 13301:3,
13301:7, 13301:10,
13301:15, 13306:7,
13308:11, 13308:22
**affiliates** [2] -
13298:15, 13308:4
**affiliations** [1] -

13297:10
**after-action** [3] -
13284:6, 13287:4,
13287:7
**afternoon** [3] -
13246:6, 13330:25,
13331:1
**agent** [22] - 13251:1,
13266:23, 13267:14,
13267:15, 13271:13,
13271:15, 13271:17,
13271:21, 13328:15,
13331:17, 13331:23,
13331:24, 13332:2,
13332:4, 13333:23,
13343:20, 13347:1,
13347:7, 13347:11,
13347:19, 13347:25,
13348:15
**Agent** [16] - 13245:10,
13245:14, 13246:3,
13247:9, 13253:21,
13266:16, 13267:10,
13276:11, 13276:12,
13276:13, 13276:16,
13316:5, 13322:9,
13331:8, 13345:19,
13375:15
**agent's** [1] - 13348:2
**agents** [4] - 13261:6,
13266:20, 13267:18,
13342:17
**aggressive** [1] -
13369:9
**ago** [4] - 13256:12,
13263:11, 13308:2,
13356:25
**agree** [15] - 13259:12,
13259:16, 13259:17,
13259:19, 13266:10,
13292:9, 13318:10,
13320:2, 13333:12,
13345:11, 13345:21,
13346:1, 13348:15,
13349:7, 13356:20,
13369:21
**agreed** [1] - 13354:10
**agreement** [1] -
13354:25
**ahead** [6] - 13252:11,
13264:21, 13274:8,
13320:7, 13343:16,
13349:11
**aided** [1] - 13240:21
**aim** [2] - 13287:8,
13296:3
**AJ** [9] - 13253:20,
13253:21, 13254:23,
13255:6, 13256:4,
13256:15, 13256:19,

13307:23, 13362:9
**al** [1] - 13322:4
**alarm** [1] - 13356:10
**alert** [1] - 13244:19
**alerting** [1] - 13247:12
**allow** [3] - 13248:17,
13248:21, 13318:2
**allows** [1] - 13243:8
**alteration** [1] -
13319:15
**alternative** [2] -
13264:9, 13317:10
**Amendment** [24] -
13242:22, 13243:2,
13261:16, 13342:2,
13342:10, 13342:12,
13343:23, 13344:10,
13344:15, 13345:4,
13345:13, 13345:21,
13346:1, 13346:6,
13346:22, 13346:25,
13347:8, 13347:14,
13348:5, 13348:6,
13348:7, 13355:4
**AMERICA** [1] -
13239:2
**America** [2] - 13242:3,
13322:3
**American** [4] -
13300:9, 13301:2,
13301:12, 13351:8
**analysis** [1] -
13259:22
**angle** [1] - 13308:6
**angles** [1] - 13365:12
**angry** [1] - 13301:18
**Answer** [1] - 13256:23
**answer** [15] - 13251:2,
13253:23, 13256:21,
13258:8, 13258:25,
13270:16, 13274:3,
13279:20, 13303:16,
13335:5, 13365:10,
13367:15, 13371:9,
13373:13, 13373:14
**answer's** [1] -
13336:12
**answered** [1] -
13281:12
**answers** [3] -
13258:16, 13279:19,
13354:19
**Anthony** [1] -
13305:13
**anticipate** [3] -
13243:2, 13243:5,
13354:14
**apart** [6] - 13255:17,
13256:14, 13256:25,
13257:1, 13259:23,

13335:12
**apologize** [2] -
13318:18, 13320:6
**appear** [2] - 13323:6,
13324:2
**APPEARANCES** [2] -
13239:11, 13240:1
**appeared** [5] -
13300:13, 13301:18,
13331:15, 13336:22,
13369:21
**appearing** [1] -
13329:20
**applies** [2] - 13346:25,
13347:11
**appreciate** [5] -
13251:12, 13251:21,
13252:6, 13252:8,
13263:18
**approach** [3] -
13269:21, 13271:7,
13292:13
**appropriate** [12] -
13245:1, 13251:14,
13261:17, 13261:24,
13316:14, 13317:2,
13317:4, 13317:19,
13318:6, 13321:15
**area** [30] - 13267:3,
13268:22, 13282:24,
13294:3, 13294:19,
13295:5, 13303:19,
13306:4, 13307:1,
13307:4, 13307:10,
13307:21, 13307:25,
13308:7, 13308:15,
13309:1, 13322:15,
13322:21, 13324:3,
13326:6, 13326:8,
13326:12, 13327:17,
13344:4, 13353:8,
13360:7, 13362:6,
13364:21, 13365:5,
13365:8
**areas** [3] - 13310:5,
13311:5, 13367:6
**argue** [1] - 13247:22
**argued** [2] - 13251:17,
13265:16
**argument** [2] -
13258:4, 13259:14
**arrest** [1] - 13283:22
**arrived** [1] - 13252:19
**Arthur** [1] - 13327:25
**articulate** [4] -
13245:23, 13246:25,
13253:25, 13254:11
**articulated** [1] -
13261:25
**ASAP** [1] - 13244:4

13335:19
**aside** [1] - 13247:19
**assert** [1] - 13355:4
**assertion** [1] -
13244:20
**assign** [1] - 13278:14
**assigned** [2] -
13328:18, 13328:21
**assist** [1] - 13280:1
**assistance** [1] -
13331:19
**assisted** [1] -
13331:24
**associate** [1] -
13306:10
**associated** [7] -
13271:23, 13272:12,
13300:3, 13300:7,
13329:4, 13329:9,
13329:16
**associating** [1] -
13309:13
**association** [2] -
13269:11, 13329:12
**assume** [1] - 13246:17
**assuming** [2] -
13243:10, 13283:4
**AT** [1] - 13240:15
**attack** [1] - 13337:1
**attacked** [1] -
13335:19
**attacking** [1] -
13336:7
**attempting** [1] -
13264:18
**attention** [2] -
13311:6, 13319:22
**attorney** [2] - 13261:8,
13348:11
**ATTORNEY** [1] -
13240:15
**ATTORNEY'S** [1] -
13239:14
**audios** [1] - 13327:2
**authority** [1] -
13287:25
**available** [1] -
13354:11
**Avenue** [3] -
13240:12, 13240:19,
13376:5
**avoid** [1] - 13319:2
**aware** [17] - 13245:19,
13257:23, 13272:14,
13272:18, 13272:21,
13273:18, 13275:11,
13275:15, 13275:16,
13302:8, 13309:16,
13320:1, 13348:13,
13367:8, 13368:3,
13368:14, 13368:25

13379

## B

**B.A** [1] - 13239:12
**Babbitt** [1] - 13311:3
**back-the-blue** [1] - 13286:14
**background** [4] - 13250:5, 13255:6, 13282:6, 13282:17
**bake** [1] - 13375:8
**baked** [1] - 13244:16
**bandana** [1] - 13305:9
**barricade** [2] - 13337:19, 13362:18
**barricades** [2] - 13353:5, 13353:13
**baseball** [1] - 13311:18
**based** [11] - 13299:8, 13304:13, 13304:17, 13306:14, 13327:1, 13331:15, 13336:5, 13365:14, 13370:10, 13371:9, 13374:18
**basic** [1] - 13254:14
**basis** [8] - 13249:16, 13253:14, 13253:25, 13254:7, 13254:11, 13272:5, 13357:6
**Beard** [1] - 13289:2
**become** [1] - 13348:11
**BEFORE** [1] - 13239:9
**beforehand** [1] - 13319:2
**began** [1] - 13256:13
**beginning** [1] - 13248:25
**begins** [1] - 13284:2
**behalf** [4] - 13262:22, 13317:13, 13318:20, 13322:6
**behavior** [1] - 13303:3
**behind** [3] - 13305:24, 13311:3, 13322:14
**belief** [1] - 13300:14
**bench** [7] - 13266:13, 13274:20, 13311:12, 13345:17, 13355:9, 13358:23, 13375:9
**Bench** [7] - 13262:25, 13273:21, 13311:2, 13343:13, 13354:1, 13356:22, 13374:5
**Bertino** [2] - 13289:5, 13289:17
**best** [8] - 13284:5, 13284:9, 13286:24, 13287:12, 13290:16, 13318:16, 13329:7, 13376:1

**better** [2] - 13251:20, 13314:20
**between** [14] - 13247:11, 13257:5, 13257:12, 13257:15, 13257:19, 13258:22, 13259:8, 13261:7, 13267:3, 13342:15, 13344:7, 13367:17, 13367:20, 13372:18
**beyond** [5] - 13247:15, 13261:14, 13262:3, 13297:4, 13345:14
**Biden** [2] - 13300:19, 13300:22
**big** [2] - 13270:18, 13333:24
**bigger** [1] - 13271:3
**BIGGS** [1] - 13239:5
**Biggs** [23] - 13242:4, 13242:14, 13255:5, 13262:22, 13307:15, 13320:16, 13322:6, 13325:12, 13325:25, 13326:3, 13326:17, 13327:4, 13327:25, 13339:14, 13339:19, 13339:24, 13348:19, 13348:23, 13349:2, 13349:6, 13362:22, 13366:7, 13366:20
**Biggs's** [1] - 13255:4
**bike** [8] - 13334:25, 13335:14, 13337:14, 13337:18, 13337:22, 13337:24, 13338:1, 13373:19
**binder** [6] - 13269:20, 13269:24, 13270:5, 13270:12, 13270:22, 13271:1
**binder's** [1] - 13270:17
**bit** [8] - 13297:22, 13298:13, 13298:25, 13301:22, 13304:7, 13339:6, 13341:1, 13347:7
**black** [5] - 13275:9, 13295:9, 13338:8, 13338:13
**Blackbeard** [5] - 13283:17, 13283:19, 13283:24, 13286:13, 13286:23
**Bloody** [1] - 13288:5
**Blow** [1] - 13278:21
**blue** [1] - 13286:14
**bluffing** [1] - 13263:19

**blunt** [1] - 13320:22
**body** [1] - 13304:23
**book** [1] - 13272:14
**Boots** [2] - 13289:10, 13368:12
**bottle** [7] - 13324:17, 13325:7, 13325:11, 13325:19, 13326:4, 13326:18, 13335:21
**bottles** [1] - 13336:10
**bottom** [5] - 13268:23, 13284:2, 13286:11, 13338:12, 13358:16
**box** [2] - 13262:18, 13321:25
**Boy** [7] - 13265:3, 13269:12, 13305:4, 13314:1, 13350:17, 13352:4, 13356:5
**boys** [1] - 13371:22
**Boys** [30] - 13272:23, 13275:12, 13281:4, 13281:22, 13282:7, 13295:16, 13296:2, 13296:3, 13297:16, 13297:19, 13297:20, 13298:8, 13298:15, 13299:14, 13305:3, 13306:6, 13306:7, 13306:10, 13306:19, 13308:11, 13309:13, 13328:22, 13329:1, 13330:15, 13349:22, 13349:24, 13351:9, 13356:4, 13359:5, 13372:1
**Brandon** [2] - 13267:19, 13267:22
**breach** [6] - 13302:4, 13302:23, 13322:16, 13362:18, 13373:19, 13373:20
**breached** [3] - 13273:17, 13275:13, 13339:18
**break** [10] - 13315:24, 13316:2, 13316:9, 13321:20, 13334:23, 13334:25, 13374:1, 13374:2, 13375:8, 13375:11
**breaking** [2] - 13334:18, 13339:9
**Brian** [5] - 13307:2, 13352:3, 13352:4, 13352:18, 13372:19
**bridge** [1] - 13246:16
**brief** [9] - 13256:7, 13270:4, 13292:1, 13303:11, 13327:12,

13328:7, 13328:9, 13349:16, 13373:23
**Brief** [13] - 13251:9, 13262:14, 13262:16, 13270:20, 13271:6, 13298:24, 13299:7, 13321:23, 13330:22, 13334:4, 13340:17, 13363:17, 13366:3
**bring** [3] - 13247:17, 13260:25, 13262:12
**bringing** [3] - 13355:1, 13363:13, 13367:6
**brings** [1] - 13367:10
**broad** [1] - 13296:16
**broke** [2] - 13335:8, 13335:12
**broken** [3] - 13310:6, 13318:19, 13338:24
**brought** [5] - 13318:1, 13319:22, 13352:21, 13352:22, 13362:15
**building** [3] - 13289:3, 13289:19, 13341:14, 13341:15, 13348:21, 13355:13, 13367:4
**bullshit** [1] - 13286:14
**bumped** [1] - 13362:8
**bumping** [3] - 13360:10, 13361:21, 13362:25
**bunch** [2] - 13295:11, 13321:5
**Bureau** [1] - 13268:7
**business** [3] - 13243:23, 13243:24, 13329:3
**BY** [94] - 13266:15, 13269:23, 13271:9, 13272:20, 13273:12, 13274:21, 13275:2, 13277:7, 13277:17, 13278:1, 13278:9, 13279:21, 13280:10, 13280:15, 13281:8, 13281:15, 13281:21, 13283:13, 13284:25, 13285:9, 13285:15, 13286:12, 13286:21, 13287:20, 13288:4, 13288:14, 13288:23, 13289:13, 13290:3, 13290:12, 13290:22, 13291:5, 13292:4, 13293:7, 13296:13, 13298:5, 13299:4, 13301:25, 13303:12, 13304:10, 13305:19, 13305:23, 13309:10, 13310:4, 13310:13,

13311:17, 13311:25, 13312:12, 13312:21, 13313:7, 13313:13, 13313:21, 13314:12, 13314:17, 13314:25, 13322:8, 13322:12, 13323:2, 13323:9, 13323:15, 13323:21, 13324:14, 13324:21, 13325:1, 13325:10, 13325:15, 13325:24, 13327:16, 13328:10, 13328:14, 13331:7, 13334:8, 13335:25, 13340:21, 13341:4, 13341:24, 13342:6, 13345:18, 13347:5, 13348:9, 13350:9, 13350:24, 13355:10, 13358:24, 13364:20, 13364:25, 13365:21, 13366:5, 13367:14, 13369:15, 13370:4, 13371:16, 13371:24, 13373:16

## C

**cam** [1] - 13296:15
**camera** [1] - 13293:1
**Camiliere** [2] - 13267:19
**cap** [1] - 13311:18
**capable** [2] - 13317:13, 13317:23
**Capitol** [55] - 13273:16, 13275:8, 13284:12, 13284:17, 13287:21, 13288:16, 13289:3, 13289:19, 13303:19, 13310:21, 13329:20, 13337:11, 13338:24, 13341:9, 13341:10, 13341:12, 13341:15, 13341:18, 13341:20, 13342:3, 13342:9, 13343:21, 13344:4, 13344:8, 13344:14, 13345:4, 13345:13, 13345:20, 13346:13, 13348:20, 13353:1, 13355:12, 13355:21, 13356:10, 13357:23, 13358:1, 13359:4, 13363:25, 13366:6, 13366:7, 13366:9, 13366:12, 13366:15, 13366:19, 13366:22, 13366:25, 13367:1, 13367:3, 13367:5, 13367:6,

13380

13367:7, 13367:11, 13373:8
**caption** [1] - 13268:20
**car** [4] - 13350:25, 13351:12, 13351:20, 13352:7
**careful** [1] - 13275:6
**carefully** [1] - 13252:7
**Carmen** [4] - 13240:2, 13242:11, 13331:10, 13374:20
**carpenter** [1] - 13330:17
**carry** [1] - 13348:14
**case** [55] - 13243:15, 13248:20, 13248:25, 13249:14, 13249:25, 13250:15, 13251:4, 13251:5, 13251:7, 13251:24, 13253:14, 13260:5, 13266:20, 13266:21, 13267:1, 13267:13, 13268:2, 13269:10, 13269:11, 13269:12, 13269:16, 13270:9, 13271:12, 13271:13, 13271:15, 13271:17, 13271:20, 13272:4, 13272:12, 13276:7, 13276:14, 13276:19, 13280:5, 13280:11, 13280:17, 13281:2, 13290:16, 13291:10, 13320:12, 13328:18, 13331:12, 13331:23, 13332:2, 13332:3, 13332:12, 13333:17, 13333:19, 13333:24, 13356:7, 13358:11, 13371:19, 13374:12
**case-by-case** [1] - 13253:14
**category** [2] - 13251:20, 13252:2
**caught** [1] - 13311:6
**CCR** [3] - 13240:17, 13375:23, 13376:3
**CCTV** [1] - 13358:11
**cell** [1] - 13312:5
**certain** [5] - 13268:9, 13279:19, 13280:16, 13319:16, 13337:12
**certainly** [3] - 13254:13, 13255:7, 13259:2
**CERTIFICATE** [1] - 13375:22
**certify** [1] - 13375:23
**cetera** [1] - 13308:23

**Chairman** [1] - 13289:14
**challenge** [1] - 13257:3
**challenged** [1] - 13257:7
**chamber** [2] - 13327:21, 13327:23
**chambers** [1] - 13246:25
**chaplain's** [1] - 13327:17
**chapter** [2] - 13265:9, 13265:14
**character** [1] - 13369:12
**characteristics** [2] - 13273:3, 13273:8
**characterization** [1] - 13291:7
**charge** [3] - 13260:8, 13266:24, 13266:25
**charges** [2] - 13284:14, 13288:1
**Charles** [3] - 13299:18, 13324:23, 13325:3
**charming** [1] - 13312:22
**chart** [3] - 13321:3, 13321:5, 13326:10
**charts** [2] - 13318:3, 13321:7
**chat** [26] - 13255:25, 13256:1, 13256:21, 13257:1, 13257:4, 13257:5, 13257:9, 13257:10, 13257:12, 13257:14, 13257:18, 13257:19, 13257:21, 13258:1, 13258:10, 13258:11, 13258:13, 13258:14, 13259:2, 13259:4, 13259:6, 13259:9, 13283:14, 13283:21, 13285:16, 13289:10
**chats** [6] - 13258:18, 13259:6, 13259:7, 13260:11, 13321:3, 13321:4
**chatting** [1] - 13250:10
**chicken** [1] - 13257:22
**chief** [1] - 13291:10
**choose** [1] - 13316:23
**chose** [3] - 13280:3, 13280:16, 13280:18
**Chrestman** [2] - 13265:12, 13265:15

**CHS** [5] - 13247:12, 13249:5, 13263:24, 13264:23, 13265:24
**CHSes** [5] - 13250:24, 13263:3, 13269:1, 13272:15, 13297:15
**Circle** [2] - 13275:8, 13275:14
**circle** [6] - 13291:15, 13293:20, 13293:22, 13297:21, 13306:13, 13324:22
**circled** [2] - 13292:6, 13307:8
**circles** [5] - 13293:10, 13293:13, 13294:3, 13294:7, 13294:14
**circling** [1] - 13291:13
**circumstances** [1] - 13320:20
**City** [2] - 13264:23, 13265:7
**claims** [1] - 13362:21
**clarify** [1] - 13270:5
**clear** [7] - 13251:5, 13253:13, 13263:2, 13263:13, 13294:24, 13306:15, 13320:9
**cleared** [1] - 13248:4
**clearer** [2] - 13295:1, 13299:1
**clearly** [1] - 13299:9
**CLERK** [9] - 13242:2, 13262:17, 13303:24, 13304:1, 13304:4, 13321:21, 13321:24, 13322:2, 13375:18
**Cleveland** [1] - 13278:22
**client** [4] - 13247:11, 13255:21, 13318:20, 13321:4
**client's** [2] - 13256:4, 13261:16
**clip** [5] - 13298:11, 13324:13, 13357:6, 13357:8, 13371:1
**clips** [1] - 13357:2
**close** [2] - 13259:3, 13259:6
**closely** [1] - 13250:13
**closeness** [6] - 13258:14, 13259:10, 13259:21, 13259:25, 13260:7
**clothing** [2] - 13295:12, 13297:5
**club** [2] - 13265:3, 13265:7
**co** [2] - 13260:9,

13271:16
**co-conspirator** [1] - 13260:9
**co-handler** [1] - 13271:16
**cold** [1] - 13275:1
**color** [1] - 13318:23
**COLUMBIA** [1] - 13239:1
**combat** [1] - 13256:3
**combination** [2] - 13255:1, 13255:2
**coming** [3] - 13255:1, 13364:9, 13365:12
**comment** [4] - 13370:19, 13370:22, 13370:23, 13370:24
**commentary** [1] - 13324:16
**commenting** [2] - 13369:22, 13370:6
**comments** [1] - 13257:21
**common** [2] - 13282:14, 13282:17
**communication** [1] - 13247:11
**communications** [2] - 13258:22, 13342:15
**compare** [1] - 13257:25
**complete** [2] - 13277:16, 13376:1
**completely** [2] - 13269:4, 13317:15
**compliance** [1] - 13320:25
**composition** [3] - 13273:8, 13276:4, 13276:21
**compound** [2] - 13335:22, 13335:23
**comprehensive** [1] - 13304:17
**computer** [2] - 13240:21, 13334:7
**computer-aided** [1] - 13240:21
**conceded** [1] - 13253:7
**concepts** [1] - 13348:14
**concerned** [1] - 13275:24
**concerns** [2] - 13253:20, 13368:23
**conclusion** [2] - 13284:3, 13344:2
**conclusions** [1] - 13285:1

**conduct** [2] - 13334:10, 13346:14
**confer** [5] - 13340:12, 13340:14, 13374:10, 13374:12, 13375:2
**conference** [14] - 13262:25, 13266:13, 13273:21, 13274:20, 13311:2, 13311:12, 13343:13, 13345:17, 13354:1, 13355:9, 13356:22, 13358:23, 13374:5, 13375:9
**confess** [1] - 13258:12
**confidential** [22] - 13268:2, 13269:2, 13270:3, 13270:6, 13270:9, 13271:14, 13271:19, 13271:22, 13272:10, 13272:12, 13272:22, 13273:13, 13275:11, 13279:13, 13279:25, 13280:17, 13281:3, 13297:12, 13297:13, 13308:25, 13309:15, 13312:15
**confirm** [1] - 13305:6
**confront** [1] - 13344:9
**confrontation** [1] - 13339:7
**connection** [2] - 13251:6, 13263:4
**Conor** [2] - 13239:13, 13242:8
**consider** [1] - 13318:7
**consideration** [1] - 13319:20
**considered** [3] - 13252:7, 13253:3
**consisted** [1] - 13297:18
**consistent** [2] - 13288:15, 13316:16
**conspiracy** [1] - 13260:8
**conspirator** [1] - 13260:9
**conspiring** [1] - 13287:25
**constitutes** [1] - 13375:24
**Constitution** [2] - 13240:19, 13376:5
**contacts** [1] - 13372:20
**contains** [1] - 13269:25
**context** [3] - 13303:1, 13303:7, 13303:20
**continue** [3] -

13381

13251:22, 13262:21, 13358:15
**CONTINUED** [1] - 13240:1
**continues** [1] - 13367:11
**contrast** [1] - 13337:24
**conversations** [1] - 13353:14
**cooperating** [3] - 13323:6, 13354:10, 13354:25
**cooperation** [1] - 13354:25
**copy** [5] - 13246:25, 13292:21, 13293:8, 13319:2, 13320:8
**correct** [320] - 13260:6, 13263:22, 13267:16, 13268:8, 13268:13, 13268:16, 13268:24, 13269:3, 13269:8, 13269:18, 13275:15, 13276:4, 13276:5, 13276:9, 13276:11, 13276:15, 13276:19, 13276:21, 13277:24, 13278:11, 13278:12, 13278:13, 13278:15, 13278:18, 13279:4, 13279:5, 13279:9, 13279:10, 13279:11, 13279:23, 13280:4, 13280:7, 13280:12, 13280:17, 13280:21, 13280:23, 13281:23, 13282:4, 13282:8, 13282:10, 13282:16, 13283:6, 13283:7, 13283:15, 13283:17, 13283:19, 13283:22, 13284:12, 13284:13, 13284:15, 13284:16, 13284:18, 13284:19, 13285:12, 13285:17, 13285:18, 13285:19, 13285:21, 13287:6, 13287:9, 13287:14, 13287:22, 13288:1, 13288:6, 13288:25, 13289:3, 13289:5, 13289:6, 13289:7, 13289:8, 13289:10, 13289:15, 13289:17, 13289:20, 13289:21, 13290:5, 13290:14, 13290:17, 13290:18, 13291:11, 13291:13, 13291:14,

13293:10, 13293:11, 13293:24, 13293:25, 13294:4, 13294:6, 13294:16, 13295:1, 13295:6, 13295:7, 13295:9, 13295:13, 13295:17, 13296:5, 13296:8, 13296:9, 13296:14, 13296:17, 13297:6, 13297:13, 13297:16, 13298:18, 13299:15, 13299:16, 13299:23, 13299:25, 13300:4, 13300:9, 13300:11, 13300:15, 13301:19, 13302:3, 13302:16, 13302:19, 13302:24, 13302:25, 13303:3, 13304:15, 13304:16, 13304:21, 13304:22, 13304:24, 13304:25, 13305:1, 13308:1, 13308:2, 13308:3, 13308:9, 13308:16, 13309:14, 13310:6, 13313:8, 13313:9, 13314:5, 13315:8, 13322:16, 13322:17, 13323:4, 13323:16, 13323:23, 13323:24, 13323:25, 13324:3, 13324:7, 13324:8, 13325:16, 13325:17, 13326:11, 13326:12, 13326:15, 13326:23, 13326:24, 13327:6, 13327:7, 13327:18, 13327:19, 13328:19, 13328:21, 13328:23, 13328:24, 13329:1, 13329:5, 13329:10, 13329:11, 13329:13, 13329:18, 13329:20, 13329:22, 13329:23, 13329:24, 13329:25, 13330:3, 13330:5, 13330:6, 13330:8, 13330:9, 13330:11, 13330:12, 13330:13, 13330:14, 13330:15, 13331:18, 13332:13, 13333:1, 13333:10, 13333:15, 13333:16, 13333:22, 13333:23, 13334:13, 13334:16, 13334:19, 13334:20, 13334:22, 13334:24, 13335:5, 13335:6, 13335:8, 13335:9, 13335:11, 13335:13, 13335:15,

13335:17, 13335:21, 13336:2, 13336:3, 13336:6, 13336:9, 13336:25, 13337:4, 13337:5, 13337:15, 13338:22, 13339:3, 13341:5, 13341:10, 13341:13, 13341:19, 13342:3, 13342:7, 13342:13, 13342:17, 13342:19, 13346:15, 13346:19, 13347:8, 13347:9, 13347:11, 13348:11, 13348:12, 13348:21, 13348:22, 13348:25, 13349:4, 13349:5, 13349:19, 13350:10, 13350:11, 13350:13, 13350:14, 13350:21, 13351:1, 13351:11, 13351:15, 13352:10, 13352:14, 13352:18, 13352:19, 13353:4, 13353:17, 13354:22, 13355:19, 13356:4, 13356:11, 13359:10, 13359:11, 13359:20, 13359:21, 13359:22, 13359:23, 13359:25, 13360:1, 13360:16, 13360:17, 13360:19, 13360:20, 13360:21, 13361:4, 13361:6, 13361:9, 13362:23, 13363:11, 13363:14, 13363:21, 13363:22, 13364:3, 13364:7, 13364:8, 13364:10, 13364:12, 13364:14, 13364:16, 13364:22, 13365:5, 13365:11, 13365:17, 13365:18, 13366:1, 13366:7, 13366:8, 13366:11, 13366:14, 13366:17, 13366:22, 13366:24, 13367:1, 13367:5, 13367:21, 13367:22, 13367:24, 13368:1, 13368:5, 13368:10, 13368:17, 13369:23, 13370:7, 13370:17, 13370:20, 13370:22, 13371:20, 13372:1, 13372:4, 13372:9, 13372:12, 13373:1, 13373:4, 13373:8
**correctly** [1] - 13311:20
**corresponds** [1] -

13315:20
**counsel** [9] - 13249:9, 13258:21, 13262:24, 13267:10, 13318:2, 13320:12, 13353:25, 13356:25, 13371:14
**count** [5] - 13293:12, 13293:17, 13293:18, 13294:4, 13294:10
**couple** [2] - 13256:12, 13310:9
**course** [3] - 13250:21, 13329:7, 13358:12
**court** [29] - 13243:15, 13243:16, 13244:12, 13247:9, 13248:2, 13255:16, 13255:24, 13256:3, 13256:16, 13256:18, 13257:16, 13258:19, 13266:11, 13315:24, 13316:2, 13317:1, 13317:25, 13318:2, 13318:18, 13320:25, 13321:1, 13321:2, 13321:9, 13354:6, 13360:21, 13361:3, 13374:2, 13375:1
**Court** [10] - 13240:17, 13240:18, 13244:19, 13318:6, 13320:6, 13321:21, 13330:23, 13375:18, 13375:19, 13376:3
**COURT** [188] - 13239:1, 13242:16, 13243:7, 13243:18, 13244:1, 13244:6, 13244:13, 13244:25, 13245:5, 13246:14, 13247:18, 13248:8, 13248:10, 13249:3, 13252:3, 13252:5, 13252:11, 13252:18, 13252:25, 13253:2, 13253:4, 13253:24, 13254:4, 13254:6, 13254:9, 13254:16, 13255:11, 13255:13, 13256:6, 13257:23, 13258:4, 13258:6, 13259:14, 13260:20, 13260:23, 13261:3, 13261:13, 13261:24, 13262:6, 13262:9, 13262:12, 13262:19, 13263:1, 13263:22, 13263:25, 13264:5, 13264:8, 13264:11, 13264:13, 13264:15,

13264:19, 13265:4, 13265:8, 13265:13, 13265:15, 13265:19, 13265:22, 13266:2, 13266:5, 13266:7, 13266:12, 13269:22, 13271:8, 13272:19, 13273:5, 13273:11, 13273:23, 13274:5, 13274:14, 13274:17, 13274:19, 13274:24, 13277:4, 13277:6, 13277:11, 13277:14, 13277:16, 13277:23, 13277:25, 13278:8, 13279:20, 13280:9, 13280:14, 13281:6, 13281:13, 13281:18, 13283:12, 13284:24, 13285:8, 13286:10, 13286:19, 13287:19, 13288:13, 13288:21, 13290:2, 13290:10, 13290:21, 13291:2, 13292:15, 13292:20, 13292:24, 13293:5, 13303:10, 13303:14, 13303:16, 13310:25, 13311:8, 13311:11, 13315:23, 13316:1, 13316:5, 13316:7, 13317:8, 13317:12, 13317:24, 13318:8, 13318:12, 13318:21, 13319:5, 13319:21, 13320:14, 13320:17, 13321:14, 13321:19, 13322:5, 13327:14, 13330:20, 13330:24, 13331:2, 13335:23, 13340:7, 13340:9, 13340:14, 13341:23, 13342:5, 13342:23, 13343:1, 13343:3, 13343:5, 13343:8, 13343:12, 13343:14, 13343:16, 13343:24, 13344:12, 13344:20, 13344:22, 13344:24, 13345:6, 13345:9, 13345:16, 13347:3, 13348:4, 13350:4, 13350:6, 13350:23, 13353:22, 13353:25, 13354:2, 13354:21, 13355:2, 13355:5, 13356:16, 13357:10, 13357:13, 13357:16, 13357:24, 13358:2, 13358:9, 13358:13, 13358:18, 13358:20,

13382

13358:22, 13367:13, 13369:14, 13370:3, 13371:9, 13371:12, 13371:23, 13373:13, 13374:3, 13374:6, 13374:24, 13375:4, 13375:10, 13375:15, 13375:17, 13375:22
**Court's** [1] - 13260:15
**court's** [1] - 13266:4
**courthouse** [6] - 13316:16, 13316:17, 13316:25, 13317:2, 13317:5, 13317:20
**Courthouse** [2] - 13240:18, 13376:4
**courthouse's** [1] - 13316:11
**courtroom** [4] - 13293:1, 13316:13, 13321:10, 13334:12
**cover** [1] - 13276:19
**covered** [1] - 13307:13
**CR** [1] - 13239:2
**create** [1] - 13319:8
**Criminal** [1] - 13242:3
**criminal** [1] - 13322:3
**cross** [6] - 13246:16, 13247:8, 13262:22, 13263:4, 13317:18, 13322:6
**Cross** [2] - 13241:3, 13241:4
**CROSS** [2] - 13266:14, 13331:6
**cross-examination** [2] - 13262:22, 13322:6
**Cross-Examination** [2] - 13241:3, 13241:4
**CROSS-EXAMINATION** [2] - 13266:14, 13331:6
**cross-examining** [1] - 13317:18
**crowd** [8] - 13295:3, 13296:19, 13302:15, 13302:18, 13323:4, 13323:22, 13326:24, 13330:1
**crowds** [1] - 13330:8
**CRR** [3] - 13240:17, 13375:23, 13376:3
**CT** [1] - 13239:22

## D

**D.C** [8] - 13239:5, 13282:15, 13282:21,

13349:25, 13351:1, 13351:10, 13351:12, 13352:6
**Dan** [2] - 13368:8, 13368:9
**darker** [1] - 13295:12
**date** [6] - 13243:7, 13254:10, 13255:9, 13281:22, 13284:11, 13284:14
**dated** [1] - 13376:2
**DAVID** [1] - 13239:17
**DAY** [1] - 13239:8
**days** [5] - 13243:23, 13243:24, 13324:16, 13332:8, 13359:3
**DC** [4] - 13239:15, 13239:25, 13240:19, 13376:5
**deadline** [1] - 13243:4
**deal** [1] - 13244:7
**December** [4] - 13255:4, 13282:20, 13282:21, 13282:23
**decide** [1] - 13267:7
**decided** [1] - 13354:16
**decides** [1] - 13267:5
**decision** [3] - 13267:4, 13280:21, 13280:22
**deemed** [1] - 13369:8
**defend** [1] - 13317:22
**Defendant** [15] - 13242:4, 13242:5, 13242:6, 13242:9, 13242:10, 13242:11, 13242:12, 13242:13, 13242:14, 13242:15
**defendant's** [1] - 13248:25
**defendants** [9] - 13245:23, 13246:11, 13246:18, 13258:22, 13260:4, 13277:22, 13328:23, 13359:19, 13371:18
**Defendants** [3] - 13239:7, 13239:16, 13240:2
**defense** [11] - 13246:24, 13252:15, 13263:12, 13272:18, 13317:10, 13317:16, 13318:2, 13319:16, 13354:11, 13356:24
**Defense** [5] - 13283:21, 13285:17, 13352:14, 13352:20, 13352:21

**definitely** [1] - 13243:18
**demonstrated** [1] - 13317:14
**demonstration** [3] - 13345:20, 13346:12
**demonstrations** [3] - 13341:21, 13345:3, 13367:8
**demonstrative** [6] - 13305:21, 13305:24, 13319:15, 13322:14, 13330:24
**DEPUTY** [9] - 13242:2, 13262:17, 13303:24, 13304:1, 13304:4, 13321:21, 13321:24, 13322:2, 13375:18
**describe** [3] - 13287:21, 13306:2, 13369:10
**described** [1] - 13339:20
**description** [1] - 13374:18
**designate** [1] - 13267:15
**designated** [2] - 13280:24, 13367:7
**destroyed** [2] - 13335:16, 13353:3
**detainees** [1] - 13244:20
**determination** [1] - 13272:24
**determine** [3] - 13280:6, 13312:1, 13312:6
**develop** [1] - 13329:3
**developed** [1] - 13326:14
**developing** [1] - 13277:19
**devices** [2] - 13316:25, 13331:17
**died** [1] - 13311:4
**difference** [2] - 13261:20, 13267:2
**different** [23] - 13247:24, 13250:4, 13250:9, 13269:4, 13277:12, 13277:15, 13294:16, 13297:8, 13297:9, 13297:10, 13300:16, 13305:20, 13308:6, 13321:3, 13328:13, 13355:16, 13357:21, 13359:3, 13359:4, 13359:5, 13365:12, 13374:13

**differently** [1] - 13262:1
**direct** [8] - 13247:15, 13253:9, 13292:7, 13353:12, 13355:12, 13361:5, 13370:14, 13372:10
**directly** [4] - 13353:10, 13353:11, 13372:14, 13372:16
**disappointing** [1] - 13246:5
**discern** [1] - 13296:2
**disclosed** [1] - 13272:15
**discovery** [1] - 13357:15
**discuss** [5] - 13244:10, 13267:7, 13287:6, 13333:5, 13333:9
**discussed** [1] - 13337:13
**discussing** [1] - 13321:14
**discussion** [1] - 13335:2
**dismiss** [1] - 13244:3
**dispersed** [1] - 13298:12
**displayed** [2] - 13283:10, 13311:5
**dispute** [2] - 13247:20, 13319:14
**disregard** [1] - 13316:23
**disruptive** [1] - 13284:17
**distance** [1] - 13327:4
**distances** [1] - 13326:14
**distinction** [3] - 13341:17, 13367:11, 13372:18
**DISTRICT** [3] - 13239:1, 13239:1, 13239:10
**document** [2] - 13269:2, 13357:12
**documents** [1] - 13331:15
**dome** [1] - 13296:15
**Dominic** [3] - 13242:6, 13299:18, 13322:19
**done** [8] - 13282:8, 13282:25, 13283:2, 13318:19, 13318:21, 13319:18, 13321:12, 13321:13
**Donohoe** [10] -

13299:18, 13324:23, 13325:3, 13325:18, 13326:4, 13326:18, 13327:3, 13349:3, 13366:16
**door** [4] - 13253:11, 13356:10, 13356:11, 13364:3
**dot** [1] - 13315:4
**doubt** [1] - 13258:18
**down** [18] - 13259:15, 13284:1, 13289:12, 13304:21, 13316:5, 13316:6, 13327:24, 13338:9, 13338:10, 13338:11, 13339:3, 13352:6, 13353:13, 13362:15, 13375:15, 13375:16
**draft** [1] - 13356:25
**dramatic** [1] - 13311:5
**drawn** [2] - 13245:19, 13246:22
**dressed** [1] - 13295:12
**drew** [1] - 13266:11
**Drive** [1] - 13240:15
**Dubrowski** [7] - 13245:11, 13245:14, 13246:3, 13247:9, 13248:4, 13248:12, 13267:19
**due** [1] - 13243:20
**during** [12] - 13263:10, 13299:25, 13320:12, 13332:12, 13337:13, 13360:13, 13361:5, 13361:15, 13361:16, 13361:17, 13361:19, 13372:9
**dwell** [1] - 13348:17

## E

**early** [2] - 13331:4, 13375:11
**earshot** [1] - 13325:12
**easily** [1] - 13295:8
**East** [3] - 13239:17, 13240:15, 13288:5
**easy** [2] - 13274:10, 13374:19
**Eddie** [1] - 13327:25
**edges** [1] - 13260:4
**Edward** [1] - 13304:5
**effort** [5] - 13252:8, 13275:17, 13282:9, 13290:17, 13309:5
**efforts** [1] - 13329:7
**eggs** [3] - 13288:8,

13383

13288:9, 13289:23
**eight** [3] - 13284:1,
13293:21, 13294:11
**either** [5] - 13264:25,
13296:3, 13316:22,
13320:4, 13337:7
**election** [1] -
13300:14
**electronic** [1] -
13331:17
**eleven** [1] - 13294:11
**eliciting** [1] - 13354:9
**elsewhere** [1] -
13310:18
**email** [1] - 13254:21
**emails** [2] - 13261:7,
13261:11
**embedded** [1] -
13281:4
**en** [1] - 13289:14
**encompass** [1] -
13294:16
**encompassing** [1] -
13296:17
**end** [6] - 13246:7,
13251:8, 13286:23,
13289:22, 13292:19,
13345:1
**ended** [4] - 13249:8,
13267:25, 13274:6,
13338:13
**enforcement** [7] -
13297:3, 13297:5,
13301:2, 13301:8,
13301:9, 13307:22,
13323:6
**Enrique** [1] - 13242:5
**ensure** [1] - 13317:5
**entails** [1] - 13363:13
**entered** [13] - 13341:9,
13341:12, 13341:14,
13348:20, 13353:1,
13355:21, 13356:1,
13356:9, 13364:5,
13364:6, 13366:22,
13373:7
**enters** [1] - 13349:21
**entry** [2] - 13355:12,
13358:11
**Epps** [1] - 13302:1
**Erik** [2] - 13239:12,
13242:8
**especially** [1] -
13260:7
**Esq** [12] - 13239:12,
13239:12, 13239:13,
13239:13, 13239:16,
13239:20, 13239:23,
13240:2, 13240:4,
13240:8, 13240:11,

13240:14
**essentially** [2] -
13254:22, 13336:4
**establish** [2] -
13259:10, 13261:23
**established** [1] -
13259:11
**estimate** [2] -
13296:19, 13326:17
**et** [2] - 13308:23,
13322:4
**Ethan** [4] - 13242:4,
13254:23, 13307:15,
13322:3
**evening** [4] -
13245:24, 13246:19,
13368:16, 13368:21
**event** [2] - 13290:14,
13338:7
**events** [7] - 13284:14,
13287:21, 13328:19,
13337:11, 13337:12,
13339:2, 13363:7
**ever-helpful** [1] -
13340:11
**evidence** [17] -
13245:17, 13247:2,
13249:13, 13249:25,
13250:14, 13251:7,
13259:24, 13264:5,
13283:11, 13335:7,
13335:20, 13340:20,
13350:4, 13369:12,
13371:10
**evidentiary** [1] -
13244:11
**exact** [2] - 13286:6,
13357:10
**exactly** [6] - 13245:12,
13254:15, 13347:12,
13349:9, 13354:8,
13362:4
**examination** [4] -
13247:15, 13262:22,
13322:6, 13354:18
**EXAMINATION** [2] -
13266:14, 13331:6
**Examination** [2] -
13241:3, 13241:4
**examining** [1] -
13317:18
**example** [4] -
13257:11, 13268:11,
13295:3, 13344:12
**examples** [2] -
13347:20, 13347:21
**exception** [2] -
13317:16, 13354:13
**excluded** [1] -
13260:13

**exhibit** [30] - 13245:9,
13249:4, 13253:18,
13254:1, 13254:10,
13254:25, 13255:10,
13286:22, 13292:6,
13292:17, 13293:3,
13293:9, 13293:22,
13294:6, 13294:13,
13305:24, 13319:15,
13319:17, 13319:25,
13326:2, 13326:6,
13327:11, 13328:13,
13340:15, 13356:16,
13357:4, 13357:17,
13374:9, 13374:16,
13374:17
**Exhibit-1006** [2] -
13356:14, 13356:19
**Exhibit-110** [2] -
13257:12, 13257:18
**Exhibit-115X** [1] -
13363:19
**Exhibit-201** [1] -
13290:19
**Exhibit-401CC** [1] -
13350:3
**Exhibit-404LL** [1] -
13340:19
**Exhibit-510-31** [1] -
13283:9
**exhibits** [14] -
13245:10, 13245:16,
13248:3, 13291:1,
13291:2, 13296:4,
13322:14, 13333:2,
13333:6, 13333:8,
13333:10, 13358:3,
13374:13
**expanded** [1] -
13343:18
**expect** [1] - 13369:5
**expectation** [1] -
13274:3
**expected** [1] -
13318:17
**experience** [2] -
13316:22, 13342:1
**explain** [7] - 13244:15,
13246:12, 13248:22,
13248:24, 13254:17,
13339:22, 13343:10
**explained** [1] -
13276:23
**explore** [1] - 13277:13
**expressing** [2] -
13370:7, 13370:8
**expression** [1] -
13330:17
**extent** [3] - 13252:22,
13253:10, 13320:4

**extraction** [2] -
13331:25, 13332:1

## F

**face** [6] - 13304:12,
13304:13, 13305:6,
13307:13, 13346:1,
13351:8
**faced** [1] - 13287:24
**fact** [18] - 13247:3,
13257:25, 13259:8,
13259:23, 13261:6,
13261:23, 13279:13,
13279:22, 13287:11,
13290:13, 13320:7,
13341:9, 13342:12,
13348:20, 13354:18,
13355:6, 13363:5,
13366:20
**fact-specific** [1] -
13247:3
**facts** [1] - 13280:11
**factual** [3] - 13250:12,
13252:13, 13252:14
**factually** [1] - 13344:5
**fair** [14] - 13249:25,
13250:15, 13251:1,
13253:7, 13253:11,
13259:21, 13262:1,
13264:15, 13272:5,
13279:6, 13291:7,
13295:25, 13319:5,
13344:17
**faith** [2] - 13249:15,
13249:16
**false** [3] - 13257:11,
13258:20, 13305:2
**familiarity** [1] -
13317:5
**familiarize** [1] -
13283:4
**far** [6] - 13250:1,
13250:20, 13270:22,
13275:23, 13326:17,
13326:19
**fashion** [1] - 13318:3
**fast** [1] - 13255:9
**fast-forward** [1] -
13255:9
**favor** [1] - 13320:21
**FBI** [14] - 13271:15,
13302:8, 13328:16,
13333:19, 13333:23,
13333:25, 13342:16,
13343:20, 13346:25,
13347:6, 13347:11,
13347:19, 13347:25,
13348:15
**FCI** [1] - 13244:23

**FD-1023** [4] - 13269:3,
13269:8, 13269:10,
13271:11
**feces** [3] - 13289:23,
13290:4, 13290:8
**Federal** [1] - 13268:7
**federal** [2] - 13316:17,
13316:25
**fellow** [11] - 13310:10,
13312:1, 13312:4,
13312:13, 13312:25,
13314:13, 13314:18,
13315:1, 13315:11,
13315:13, 13315:15
**fence** [8] - 13336:18,
13337:25, 13338:8,
13338:13, 13339:3,
13362:15, 13362:17,
13362:22
**fences** [2] - 13334:23,
13335:12
**fess** [2] - 13320:15,
13321:17
**few** [5] - 13256:19,
13332:8, 13359:3,
13375:11, 13375:12
**fields** [1] - 13326:22
**fifteen** [1] - 13281:16
**Fifth** [2] - 13348:6,
13355:4
**figure** [2] - 13290:13,
13375:2
**figured** [1] - 13310:16
**file** [7] - 13243:21,
13269:16, 13271:12,
13271:18, 13271:21,
13272:3, 13272:12
**filed** [1] - 13242:22
**filled** [1] - 13270:12
**finalize** [1] - 13357:3
**fine** [8] - 13244:8,
13252:2, 13298:7,
13343:2, 13344:7,
13345:12, 13358:17,
13358:19
**Finley** [4] - 13355:23,
13356:3, 13357:9,
13364:15
**First** [19] - 13302:4,
13337:19, 13342:3,
13342:10, 13342:12,
13343:23, 13344:10,
13344:15, 13345:4,
13345:13, 13345:21,
13346:1, 13346:6,
13346:22, 13346:24,
13347:8, 13347:14,
13348:5, 13362:19
**first** [20] - 13242:20,
13246:9, 13248:15,

13384

13253:25, 13257:5, 13258:8, 13259:16, 13264:12, 13273:16, 13275:13, 13314:5, 13332:6, 13333:17, 13333:24, 13334:9, 13337:14, 13337:18, 13354:3, 13358:15

**Fischer** [16] - 13253:21, 13253:22, 13254:23, 13255:6, 13256:4, 13256:15, 13256:19, 13257:6, 13257:10, 13257:13, 13257:15, 13258:22, 13307:23, 13308:5, 13360:4, 13362:9

**Fischer's** [1] - 13258:21

**fist** [6] - 13323:4, 13324:5, 13360:10, 13361:21, 13362:8, 13362:25

**fist-bumped** [1] - 13362:8

**fist-bumping** [3] - 13360:10, 13361:21, 13362:25

**five** [7] - 13281:9, 13294:11, 13321:20, 13360:4, 13361:8, 13361:12, 13375:2

**fived** [1] - 13360:25

**fiving** [5] - 13359:19, 13359:24, 13360:3, 13360:10, 13361:20

**FL** [2] - 13240:6, 13240:9

**flag** [4] - 13301:2, 13301:6, 13301:12, 13351:8

**flags** [5] - 13299:20, 13299:22, 13300:9, 13300:11, 13300:24

**flattering** [1] - 13314:20

**floating** [1] - 13250:5

**Floor** [2] - 13239:21, 13240:12

**Florida** [1] - 13333:21

**flying** [1] - 13336:23

**focus** [6] - 13282:24, 13302:14, 13302:15, 13302:17, 13302:18, 13302:20

**focused** [1] - 13337:12

**fold** [3] - 13270:23, 13270:25, 13271:3

**folks** [4] - 13300:23,

13301:7, 13308:21, 13309:25

**following** [2] - 13256:18, 13308:12

**Fonticoba** [1] - 13307:6

**football** [2] - 13296:22, 13326:22

**FOR** [1] - 13239:1

**force** [2] - 13287:25, 13324:2

**foregoing** [1] - 13375:24

**forever** [1] - 13251:11

**forgot** [1] - 13355:24

**form** [7] - 13268:15, 13268:17, 13268:19, 13269:1, 13269:3, 13269:8, 13356:25

**formed** [1] - 13283:22

**former** [1] - 13261:8

**forms** [7] - 13268:8, 13269:10, 13269:25, 13270:2, 13270:8, 13270:12, 13271:10

**forth** [2] - 13245:3, 13268:24

**forward** [3] - 13255:9, 13310:9, 13320:15

**foundation** [3] - 13250:2, 13250:18, 13373:12

**four** [8] - 13267:17, 13267:18, 13282:2, 13289:20, 13294:10, 13304:18, 13311:19

**Fourth** [1] - 13348:6

**frames** [1] - 13310:9

**frankly** [4] - 13246:4, 13252:21, 13316:21, 13320:5

**free** [1] - 13348:2

**Freedom** [3] - 13306:25, 13352:18, 13355:22

**frequently** [1] - 13300:3

**fried** [1] - 13257:22

**front** [6] - 13297:1, 13297:2, 13316:10, 13319:3, 13319:6, 13350:10

**fucking** [1] - 13341:8

**full** [1] - 13375:25

**fully** [1] - 13260:2

**fundamental** [1] - 13348:13

**fundamentally** [1] - 13251:13

**future** [1] - 13363:7

## G

**G-492** [1] - 13303:23

**Gadsden** [2] - 13299:22, 13301:6

**game** [2] - 13251:1, 13253:7

**Garrett** [1] - 13307:6

**gather** [2] - 13287:5, 13304:19

**gathered** [3] - 13282:19, 13282:22, 13371:25

**gathering** [1] - 13282:6

**general** [5] - 13250:21, 13253:5, 13260:2, 13260:6, 13349:3

**generally** [1] - 13250:23

**gentleman** [4] - 13351:7, 13351:25, 13355:23, 13358:25

**gentlemen** [8] - 13262:20, 13316:1, 13349:25, 13352:13, 13352:16, 13352:25, 13372:5, 13375:10

**George** [1] - 13327:25

**gestures** [1] - 13304:24

**Giddings** [19] - 13350:13, 13350:15, 13350:19, 13350:21, 13350:25, 13351:23, 13352:17, 13353:5, 13353:17, 13354:11, 13354:15, 13354:19, 13355:22, 13364:9, 13372:17, 13372:19, 13372:24

**Gieswein** [1] - 13314:14

**given** [10] - 13249:22, 13253:8, 13258:3, 13260:1, 13262:1, 13282:10, 13320:18, 13321:14, 13346:21, 13348:10

**gloves** [1] - 13323:3

**goal** [1] - 13297:15

**good-faith** [2] - 13249:15, 13249:16

**government** [56] - 13242:7, 13242:20, 13242:25, 13243:10, 13243:22, 13244:14, 13244:24, 13245:10, 13245:17, 13245:22,

13246:18, 13247:8, 13248:20, 13249:15, 13251:3, 13251:25, 13253:7, 13253:25, 13255:1, 13258:1, 13258:20, 13259:8, 13259:20, 13260:3, 13260:6, 13260:11, 13273:9, 13273:23, 13276:23, 13277:18, 13290:7, 13292:7, 13292:12, 13292:20, 13292:21, 13300:4, 13318:3, 13318:9, 13318:14, 13318:24, 13320:19, 13321:2, 13321:5, 13331:16, 13354:15, 13355:1, 13356:15, 13356:19, 13356:24, 13358:5, 13358:7, 13362:21, 13371:5, 13371:14, 13373:25, 13374:23

**Government** [14] - 13242:23, 13244:3, 13247:21, 13258:23, 13277:8, 13288:1, 13288:18, 13303:25, 13317:11, 13340:19, 13350:3, 13356:14, 13356:18, 13363:19

**government's** [5] - 13247:13, 13247:24, 13251:10, 13257:15, 13291:10

**Government's** [3] - 13277:2, 13283:9, 13286:22

**granted** [1] - 13283:12

**grass** [2] - 13339:14, 13340:2

**great** [2] - 13248:9, 13248:10

**green** [1] - 13323:3

**Greene** [2] - 13299:18, 13308:16

**Ground** [2] - 13289:10, 13368:13

**ground** [3] - 13253:5, 13338:13, 13361:12

**grounds** [11] - 13260:10, 13260:13, 13261:14, 13302:21, 13341:11, 13341:18, 13341:20, 13367:1, 13367:5, 13367:6, 13367:7

**group** [62] - 13250:7, 13256:21, 13258:10, 13258:11, 13258:13,

13258:15, 13272:23, 13273:3, 13273:4, 13273:8, 13273:14, 13273:15, 13275:13, 13276:4, 13276:15, 13276:21, 13277:1, 13277:19, 13278:11, 13278:18, 13278:24, 13279:4, 13279:7, 13279:15, 13279:23, 13279:25, 13283:21, 13289:10, 13291:11, 13291:16, 13295:15, 13295:17, 13296:4, 13297:18, 13298:8, 13298:12, 13301:15, 13302:20, 13302:22, 13305:4, 13305:6, 13306:20, 13308:21, 13328:25, 13329:13, 13329:16, 13330:11, 13330:16, 13359:6, 13359:10, 13359:13, 13362:10, 13372:6, 13372:7, 13372:11, 13372:20

**groups** [6] - 13257:1, 13257:4, 13273:3, 13295:19, 13295:22, 13295:23

**Groypers** [1] - 13308:22

**guess** [9] - 13244:12, 13258:9, 13265:5, 13287:14, 13316:13, 13331:5, 13354:3, 13358:5, 13374:16

**guesswork** [1] - 13294:24

**guilty** [1] - 13350:21

**guy** [5] - 13309:11, 13309:21, 13309:23, 13313:1, 13314:18

**guys** [5] - 13286:24, 13287:11, 13359:20, 13359:22, 13359:25

## H

**half** [2] - 13269:25, 13270:25

**hall** [1] - 13327:24

**hallway** [6] - 13327:17, 13327:20, 13327:22, 13365:13

**hallways** [1] - 13365:12

**hammer** [1] - 13330:18

**Hanak** [5] - 13267:10,

13385

13276:11, 13276:12,
13276:13, 13276:16
**hand** [2] - 13264:19,
13323:22
**handed** [1] - 13269:24
**handled** [1] -
13250:10
**handler** [6] - 13263:7,
13271:13, 13271:16,
13272:10, 13272:11,
13275:23
**handlers** [2] -
13280:16, 13280:18
**happy** [1] - 13358:7
**hard** [2] - 13319:10,
13357:18
**harder** [1] - 13295:12
**Harris** [1] - 13262:13
**Hassan** [1] - 13240:4,
13242:11
**HASSAN** [1] - 13240:5
**hat** [1] - 13295:4
**hats** [1] - 13295:9
**Haven** [1] - 13239:22
**hay** [1] - 13250:16
**head** [5] - 13258:13,
13269:19, 13284:9,
13332:4, 13349:15
**headed** [1] - 13246:2
**Healion** [13] - 13307:2,
13352:3, 13352:4,
13352:18, 13353:5,
13355:24, 13356:1,
13356:2, 13364:13,
13372:7, 13372:16,
13372:19, 13372:24
**hear** [14] - 13246:11,
13249:14, 13254:4,
13254:6, 13256:8,
13274:25, 13310:25,
13313:14, 13313:15,
13313:22, 13332:15,
13353:25, 13354:3,
13374:3
**heard** [9] - 13256:9,
13266:8, 13285:1,
13292:25, 13299:22,
13313:23, 13327:3,
13330:17, 13356:21
**hearing** [1] - 13244:12
**hearsay** [7] -
13250:19, 13343:4,
13343:5, 13343:6,
13353:20, 13354:4,
13354:13
**heinie** [1] - 13314:19
**HELD** [1] - 13239:9
**held** [1] - 13247:12
**helmet** [1] - 13314:13
**help** [3] - 13280:6,

13297:24, 13334:6
**helpful** [1] - 13340:11
**helping** [2] - 13337:6,
13337:7
**hereby** [1] - 13375:23
**Hernandez** [15] -
13240:2, 13242:11,
13243:10, 13248:2,
13261:3, 13264:19,
13317:21, 13320:23,
13331:10, 13340:13,
13354:6, 13356:17,
13357:11, 13358:13,
13374:8
**HERNANDEZ** [102] -
13243:14, 13244:9,
13244:19, 13245:4,
13247:7, 13248:5,
13261:2, 13261:4,
13261:19, 13262:4,
13262:8, 13262:11,
13264:22, 13265:6,
13265:9, 13265:14,
13265:17, 13265:21,
13266:1, 13266:3,
13266:6, 13317:22,
13317:25, 13320:24,
13321:17, 13330:23,
13330:25, 13331:4,
13331:7, 13334:5,
13334:8, 13335:24,
13335:25, 13340:8,
13340:10, 13340:18,
13340:21, 13341:1,
13341:3, 13341:4,
13341:24, 13342:6,
13342:24, 13343:2,
13343:6, 13343:9,
13343:15, 13343:17,
13344:6, 13344:18,
13344:21, 13344:23,
13345:1, 13345:7,
13345:15, 13345:18,
13347:5, 13348:9,
13350:2, 13350:5,
13350:7, 13350:9,
13350:24, 13353:21,
13353:23, 13354:14,
13354:23, 13355:3,
13355:10, 13356:13,
13356:18, 13357:8,
13357:12, 13357:14,
13357:19, 13357:25,
13358:4, 13358:17,
13358:19, 13358:21,
13358:24, 13364:17,
13364:20, 13364:24,
13364:25, 13365:19,
13365:21, 13366:4,
13366:5, 13367:10,

13367:14, 13369:13,
13369:15, 13370:1,
13370:4, 13371:13,
13371:16, 13371:24,
13373:16, 13373:24,
13374:22, 13374:25
**Hernandez's** [1] -
13243:1
**Hernandez..............**
**13331** [1] - 13241:4
**Hialeah** [1] - 13241:9
**high** [9] - 13359:19,
13359:24, 13360:3,
13360:4, 13360:10,
13360:25, 13361:8,
13361:12, 13361:20
**Highland** [1] - 13240:3
**highlight** [1] - 13247:5
**himself** [1] - 13247:12
**history** [1] - 13284:17
**hit** [4] - 13246:3,
13246:7, 13246:16,
13246:17
**hitting** [1] - 13248:4
**hmm** [3] - 13269:7,
13298:19, 13305:10
**hockey** [1] - 13295:4
**hold** [4] - 13253:24,
13256:6, 13294:8,
13349:13
**holding** [2] - 13312:5,
13330:18
**hollered** [1] - 13327:4
**hollering** [2] -
13323:25, 13324:3
**Hollow** [1] - 13240:2
**home** [2] - 13351:22,
13351:23
**Honor** [30] - 13242:25,
13244:9, 13246:1,
13247:7, 13248:1,
13249:2, 13251:12,
13252:6, 13253:1,
13253:19, 13254:2,
13254:13, 13256:5,
13256:9, 13257:4,
13257:8, 13257:11,
13259:4, 13261:4,
13264:22, 13321:10,
13330:25, 13340:18,
13343:6, 13344:19,

13350:2, 13353:24,
13354:14, 13367:10,
13373:24
**Honor's** [1] - 13251:21
**HONORABLE** [1] -
13239:9
**Honorable** [2] -
13321:21, 13375:18
**hope** [6] - 13246:4,
13286:13, 13315:20,
13354:23, 13355:3
**hoping** [1] - 13244:4
**hotel** [3] - 13351:3,
13351:14, 13352:9
**hour** [3] - 13246:11,
13321:20, 13375:12
**hours** [2] - 13332:13,
13332:15
**house** [4] - 13373:3,
13373:5, 13373:6,
13373:8
**House** [1] - 13373:10,
13373:17, 13373:20
**Hugging** [1] -
13359:22
**Hull** [2] - 13239:23,
13242:10
**HULL** [1] - 13239:24
**human** [18] - 13269:2,
13270:3, 13270:6,
13270:9, 13271:14,
13271:19, 13271:22,
13272:10, 13272:12,
13272:22, 13273:13,
13279:14, 13279:25,
13281:3, 13297:13,
13308:25, 13309:15,
13312:15
**hundred** [1] -
13326:20
**hundreds** [1] -
13332:15

# I

**ID** [1] - 13305:2
**idea** [5] - 13281:3,
13281:4, 13300:21,
13324:11, 13326:3
**identical** [1] -
13374:14
**identifiable** [2] -
13295:6, 13295:8
**identification** [2] -
13273:3, 13307:22
**identifications** [1] -
13294:23
**identified** [10] -
13248:6, 13257:21,
13265:11, 13265:16,

13279:6, 13292:8,
13295:16, 13297:19,
13329:15, 13359:12
**identify** [23] - 13248:3,
13253:6, 13264:24,
13265:6, 13278:10,
13278:17, 13279:2,
13291:10, 13291:15,
13295:13, 13297:1,
13297:15, 13297:16,
13308:2, 13314:21,
13329:8, 13330:1,
13330:10, 13330:13,
13330:15, 13340:15,
13352:2, 13374:8
**identifying** [8] -
13251:14, 13251:16,
13251:23, 13259:5,
13294:25, 13296:3,
13302:15, 13302:18
**identities** [2] -
13279:11, 13279:12
**identity** [2] -
13263:24, 13279:22
**II** [1] - 13240:11
**illegal** [2] - 13261:9,
13261:22
**image** [2 - 13289:25,
13290:4
**imagine** [1] - 13250:6
**immediately** [2] -
13256:17, 13318:14
**Immortal** [1] - 13289:2
**impact** [1] - 13347:24
**impeach** [1] -
13343:10
**impeaching** [1] -
13345:11
**impeachment** [2] -
13293:3, 13311:7
**import** [2] - 13254:22,
13254:24, 13255:15,
13258:15, 13278:2
**important** [2] -
13316:24, 13320:18
**improving** [1] -
13287:8
**IN** [1] - 13239:1
**inaccuracies** [1] -
13357:4
**inadvertent** [1] -
13318:19
**inappropriately** [1] -
13321:6
**inaugural** [1] -
13306:4
**inch** [1] - 13269:25
**inch-and-a-half** [1] -
13269:25
**include** [2] - 13245:1,

13354:11
**included** [2] -
13370:19, 13370:22
**including** [1] -
13276:21
**incorrect** [1] -
13349:13
**indeed** [1] - 13274:9
**indicated** [2] -
13258:21, 13360:24
**indicating** [54] -
13243:25, 13261:2,
13271:2, 13271:4,
13292:2, 13294:9,
13298:1, 13298:16,
13298:20, 13299:10,
13299:12, 13304:11,
13305:8, 13305:12,
13305:14, 13306:1,
13306:14, 13306:19,
13307:21, 13307:25,
13308:7, 13308:15,
13309:1, 13309:11,
13309:19, 13309:21,
13309:23, 13309:25,
13310:14, 13312:2,
13312:13, 13312:22,
13312:25, 13313:8,
13314:3, 13314:7,
13314:18, 13315:1,
13315:3, 13315:9,
13315:11, 13315:13,
13315:15, 13318:11,
13322:15, 13322:21,
13326:8, 13350:12,
13351:8, 13352:1,
13360:7, 13362:5,
13364:1, 13365:24
**individual** [11] -
13252:9, 13252:13,
13271:18, 13275:9,
13305:5, 13305:8,
13305:12, 13305:14,
13305:15, 13322:18,
13322:20
**individuals** [2] -
13251:15, 13327:24
**indoor** [1] - 13255:7
**inflammatory** [2] -
13257:9, 13259:7
**informants** [3] -
13268:2, 13280:17,
13297:12
**information** [11] -
13251:15, 13251:23,
13252:16, 13268:16,
13271:13, 13271:20,
13282:7, 13282:10,
13282:11, 13294:25,
13304:19

**informed** [2] -
13244:21, 13318:24
**initial** [1] - 13293:24,
13362:18
**innocently** [1] -
13294:1
**innocuous** [1] -
13316:19
**input** [1] - 13271:14
**inquiry** [1] - 13250:20
**inside** [11] - 13310:21,
13344:8, 13357:23,
13366:6, 13366:7,
13366:9, 13366:12,
13366:15, 13366:18,
13366:24, 13367:4
**insignia** [1] -
13299:23
**insisted** [1] - 13247:8
**insofar** [1] - 13273:9
**instance** [1] -
13260:10
**instances** [2] -
13294:24, 13294:25
**instruction** [1] -
13348:10
**instructs** [1] - 13289:9
**insurrection** [1] -
13287:16
**insurrections** [1] -
13284:22
**intending** [1] -
13319:8
**interest** [3] -
13353:24, 13354:7,
13354:20
**interlocked** [1] -
13250:14
**intermittently** [1] -
13299:20
**interpret** [1] -
13311:20
**interpreting** [1] -
13303:3
**interview** [2] -
13268:18, 13354:6
**interviewed** [2] -
13350:19, 13353:17
**interviews** [1] -
13268:16
**introduce** [4] -
13245:10, 13255:2,
13357:20, 13357:22
**introduced** [5] -
13333:2, 13358:5,
13358:6, 13358:8,
13358:11
**introducing** [1] -
13358:4
**intuitive** [1] -

13326:14
**investigating** [2] -
13328:21, 13342:16
**investigation** [12] -
13271:19, 13276:1,
13276:3, 13280:25,
13285:3, 13285:6,
13286:16, 13288:15,
13328:20, 13332:12,
13342:18, 13356:6
**Investigation** [1] -
13268:7
**involved** [2] -
13290:14, 13356:6
**involving** [7] -
13257:9, 13259:7,
13268:1, 13270:3,
13270:8, 13272:15,
13302:21
**irrational** [1] - 13369:9
**irrelevant** [2] -
13274:9, 13317:15
**Isaiah** [3] - 13350:13,
13352:17
**issue** [15] - 13242:20,
13242:22, 13245:7,
13245:8, 13247:19,
13248:16, 13249:5,
13250:4, 13250:9,
13250:21, 13251:13,
13252:13, 13253:17,
13257:24, 13259:20
**issues** [4] - 13243:2,
13250:18, 13260:24,
13319:3
**items** [1] - 13242:24
**iterations** [1] -
13285:12
**iterative** [3] - 13284:8,
13285:10
**itself** [2] - 13275:25,
13341:14
**IV** [1] - 13239:23

## J

**jacket** [1] - 13295:5
**jackets** [1] - 13295:9
**Jackman** [1] - 13328:1
**January** [49] -
13247:10, 13253:22,
13255:8, 13255:14,
13255:20, 13256:20,
13257:13, 13257:16,
13257:17, 13257:19,
13258:2, 13258:19,
13273:14, 13281:4,
13281:22, 13283:17,
13284:11, 13285:21,
13288:19, 13288:24,

13297:17, 13302:6,
13302:9, 13302:17,
13302:19, 13302:21,
13303:6, 13303:20,
13308:12, 13328:20,
13328:22, 13334:10,
13336:2, 13336:5,
13342:18, 13346:14,
13351:1, 13351:5,
13351:17, 13351:20,
13352:11, 13352:25,
13353:3, 13368:16,
13368:17, 13368:22
**Jason** [2] - 13239:12,
13242:7
**Jauregui** [2] -
13240:8, 13242:12
**JAUREGUI** [1] -
13240:8
**Jeff** [1] - 13355:23
**Jencks** [1] - 13261:10
**Jeremy** [1] - 13289:5
**jerk** [1] - 13289:24
**jerk-offs** [1] -
13289:24
**job** [2] - 13308:13,
13330:10
**Joe** [2] - 13278:21,
13307:15
**John** [3] - 13239:23,
13242:10, 13283:25
**Johnny** [5] -
13283:17, 13283:19,
13283:24, 13286:13,
13286:23
**Johnson** [3] -
13307:24, 13360:4,
13362:9
**Joseph** [2] - 13242:4,
13327:25
**judge** [1] - 13292:12
**JUDGE** [1] - 13239:10
**Judge** [8] - 13269:21,
13273:20, 13283:10,
13290:20, 13290:24,
13322:7, 13327:13,
13330:21
**judge's** [1] - 13316:13
**July** [1] - 13282:25
**juncture** [1] -
13251:23
**June** [1] - 13270:24
**Jury** [4] - 13262:18,
13316:4, 13321:25,
13375:14
**jury** [16] - 13242:19,
13248:22, 13258:3,
13261:1, 13262:13,
13262:17, 13262:18,
13280:6, 13283:10,

13316:4, 13316:11,
13319:3, 13319:6,
13321:24, 13321:25,
13375:14
**JURY** [1] - 13239:8

## K

**Kansas** [2] -
13264:23, 13265:7
**Kate** [2] - 13267:19,
13267:22
**keep** [4] - 13284:9,
13364:17, 13365:19,
13367:5
**keeps** [1] - 13259:5
**KELLY** [1] - 13239:9
**KENERSON** [64] -
13254:13, 13254:19,
13255:12, 13255:14,
13258:7, 13260:15,
13260:22, 13266:10,
13272:17, 13272:25,
13274:1, 13276:25,
13277:2, 13277:5,
13277:10, 13277:21,
13278:4, 13278:7,
13279:16, 13280:8,
13280:13, 13281:5,
13281:12, 13281:17,
13284:23, 13285:4,
13286:8, 13286:17,
13287:17, 13288:11,
13288:17, 13288:20,
13290:1, 13290:9,
13292:16, 13303:8,
13304:2, 13310:22,
13310:24, 13319:4,
13319:24, 13330:19,
13335:22, 13340:5,
13340:12, 13341:22,
13342:4, 13342:22,
13347:3, 13347:2,
13348:1, 13350:22,
13353:20, 13354:4,
13356:21, 13356:23,
13358:10, 13367:9,
13369:11, 13369:24,
13371:7, 13373:12,
13374:15, 13375:1
**Kenerson** [15] -
13239:12, 13242:8,
13256:10, 13256:13,
13256:15, 13257:20,
13258:6, 13259:5,
13260:14, 13266:8,
13290:20, 13292:23,
13304:6, 13319:23,
13374:6
**Kenerson's** [1] -

13387

13274:10
**kept** [1] - 13271:11
**Kevin** [1] - 13328:1
**key** [1] - 13374:23
**killed** [1] - 13310:21
**kind** [21] - 13245:19,
13246:2, 13249:8,
13249:12, 13250:9,
13250:10, 13251:18,
13251:25, 13252:10,
13252:14, 13252:16,
13252:17, 13252:19,
13252:23, 13260:3,
13268:18, 13270:17,
13298:12, 13316:18,
13331:25
**knocked** [4] -
13337:15, 13337:18,
13338:8, 13338:11
**knocking** [1] -
13339:3
**knowledge** [2] -
13312:3, 13329:3
**known** [4] - 13268:13,
13269:3, 13269:8,
13328:25
**knows** [3] - 13243:16,
13251:2, 13373:14

## L

**ladies** [4] - 13262:20,
13316:1, 13334:6,
13375:10
**Lake** [1] - 13240:15
**Lakes** [1] - 13240:6
**language** [4] -
13255:21, 13260:4,
13260:7, 13286:7
**large** [3] - 13249:14,
13296:20, 13331:20
**last** [15] - 13247:9,
13252:9, 13253:16,
13253:17, 13256:12,
13276:8, 13276:12,
13290:7, 13292:8,
13292:11, 13294:1,
13324:15, 13332:8,
13355:11, 13359:3
**Laugh** [1] - 13289:17
**laughter** [1] -
13281:19
**LAW** [3] - 13240:5,
13240:8, 13240:15
**law** [8] - 13297:3,
13297:5, 13301:1,
13301:8, 13301:9,
13307:22, 13323:6,
13355:8
**lawful** [1] - 13344:4

**lawn** [2] - 13326:5,
13326:9
**lawyers** [1] - 13333:14
**leads** [5] - 13266:23,
13267:13, 13267:14,
13267:15, 13267:18
**leaders** [1] - 13363:14
**leadership** [1] -
13321:3
**leading** [1] - 13302:20
**leads** [1] - 13327:20
**learn** [3] - 13296:1,
13302:11, 13346:21
**least** [10] - 13245:16,
13251:4, 13251:5,
13254:11, 13259:20,
13265:2, 13318:24,
13320:1, 13326:21,
13355:5
**leave** [1] - 13367:1
**left** [9] - 13242:17,
13249:5, 13275:12,
13321:10, 13322:21,
13366:22, 13366:23,
13366:25, 13367:4
**legal** [2] - 13344:2,
13348:14
**letting** [1] - 13317:10
**lies** [1] - 13317:11
**limit** [1] - 13252:23
**limits** [3] - 13252:20,
13346:6, 13354:16
**line** [14] - 13259:19,
13284:1, 13285:3,
13293:23, 13297:1,
13307:10, 13316:24,
13319:10, 13338:12,
13344:7, 13345:2,
13345:14, 13360:6,
13362:1
**lines** [5] - 13245:19,
13246:22, 13256:17,
13266:11
**linked** [1] - 13250:7
**list** [1] - 13374:17
**litigate** [1] - 13261:15
**Livingston** [1] -
13321:16
**Lizardo** [1] - 13263:20
**LLC** [1] - 13239:20
**local** [5] - 13316:16,
13317:1, 13317:4,
13317:19, 13333:21
**location** [4] - 13255:7,
13264:25, 13265:6,
13271:12
**Loehrke** [2] -
13367:17, 13368:2
**logic** [1] - 13257:15
**look** [6] - 13246:15,

**looked** [5] - 13321:8,
13321:16, 13321:17,
13321:18, 13360:15
**looking** [3] - 13303:5,
13304:20, 13365:4
**looks** [5] - 13255:8,
13301:8, 13305:5,
13324:4, 13350:19
**loosely** [1] - 13250:7
**lost** [1] - 13298:2
**loud** [2] - 13289:17,
13326:24
**love** [1] - 13289:17
**lower** [3] - 13306:2,
13306:3, 13362:7
**lunch** [6] - 13260:18,
13358:15, 13375:7,
13375:8, 13375:11,
13375:12
**Luncheon** [1] -
13375:20
**lunchtime** [1] -
13360:13
**Lyons** [1] - 13368:9

## M

**ma'am** [9] - 13269:24,
13275:10, 13279:6,
13291:19, 13292:5,
13293:8, 13294:22,
13298:14, 13328:11
**machine** [2] -
13240:21, 13275:1
**MAGA** [1] - 13314:13
**Main** [2] - 13283:21,
13285:19
**majority** [1] - 13330:7
**Mall** [1] - 13329:17
**man** [11] - 13275:6,
13275:7, 13304:11,
13310:23, 13311:18,
13312:22, 13322:21,
13323:3, 13323:16,
13371:3, 13371:3
**man's** [1] - 13303:5
**mannerisms** [1] -
13304:24
**maps** [1] - 13357:3
**march** [2] - 13252:17,
13359:6
**March** [2] - 13239:6,
13376:2
**marchers** [1] -
13265:2
**marching** [31] -
13250:7, 13272:23,

**13273**:14, 13273:15,
13278:11, 13278:23,
13279:4, 13279:7,
13291:11, 13291:16,
13295:17, 13296:4,
13297:18, 13302:20,
13302:22, 13305:6,
13306:20, 13329:12,
13329:16, 13329:17,
13330:16, 13340:1,
13359:6, 13359:9,
13359:10, 13359:13,
13372:6, 13372:7,
13372:11, 13372:20
**Mark** [1] - 13278:21
**marks** [1] - 13294:12
**married** [1] - 13267:22
**Marsh** [1] - 13343:20
**Martinez** [1] -
13305:13
**material** [2] -
13272:15, 13304:18
**materials** [1] -
13343:18
**math** [1] - 13282:1
**Matter** [1] - 13242:3
**matter** [3] - 13252:15,
13322:3, 13338:12
**matters** [1] - 13303:1
**Matthew** [2] -
13289:14, 13299:18
**McCullough** [3] -
13239:12, 13242:7,
13292:25
**MCCULLOUGH** [11] -
13242:25, 13246:1,
13248:1, 13248:9,
13251:12, 13252:4,
13252:6, 13252:12,
13252:19, 13253:1,
13253:3
**McDonald** [1] -
13360:9
**MCGUIRE** [1] -
13239:24
**MD** [1] - 13240:3
**mean** [32] - 13243:16,
13244:6, 13244:13,
13244:25, 13245:24,
13246:1, 13246:6,
13249:6, 13252:22,
13264:2, 13265:10,
13268:9, 13269:11,
13273:15, 13274:6,
13296:16, 13311:4,
13311:13, 13317:15,
13337:11, 13343:9,
13344:2, 13344:7,
13345:4, 13347:15,
13355:16, 13357:11,

**13358**:16, 13367:5,
13369:21, 13371:5,
13374:7
**meaning** [1] - 13257:1
**means** [2] - 13285:11,
13367:15
**meant** [2] - 13329:12,
13371:8
**meet** [5] - 13366:7,
13366:10, 13366:13,
13366:16, 13366:20
**member** [11] -
13278:18, 13305:3,
13308:21, 13309:17,
13359:9, 13359:10,
13368:2, 13368:10,
13368:12, 13372:10,
13372:11
**members** [26] -
13267:9, 13277:1,
13277:19, 13278:23,
13291:11, 13291:16,
13295:16, 13295:19,
13295:21, 13296:3,
13298:8, 13298:9,
13299:14, 13306:10,
13308:4, 13308:20,
13328:25, 13329:16,
13342:16, 13349:22,
13349:24, 13352:13,
13352:20, 13359:6,
13359:12, 13372:20
**membership** [1] -
13295:23
**Memorial** [1] -
13283:2
**memorialize** [3] -
13318:3, 13318:10,
13321:13
**memory** [4] -
13247:19, 13247:25,
13276:8, 13319:24
**men** [2] - 13287:24,
13329:17
**men's** [1] - 13328:2
**mention** [3] -
13264:24, 13265:1,
13321:15
**mentioned** [5] -
13259:25, 13267:25,
13271:10, 13348:19
**merits** [2] - 13247:19,
13354:13
**mess** [2] - 13266:18,
13315:22
**message** [9] -
13283:14, 13283:15,
13285:16, 13286:23,
13288:24, 13343:19,
13363:6, 13363:10,

13388

13363:15
**messages** [3] -
13247:14, 13250:12,
13343:17
**messaging** [6] -
13342:15, 13367:17,
13367:20, 13367:23,
13367:25, 13368:23
**met** [11] - 13253:22,
13255:8, 13256:19,
13259:13, 13276:9,
13276:11, 13276:13,
13276:14, 13276:15,
13281:22, 13332:18
**metal** [1] - 13338:1
**Metcalf** [2] - 13240:11,
13242:13
**METCALF** [2] -
13240:11
**Miami** [1] - 13240:6
**middle** [1] - 13354:18
**might** [15] - 13244:22,
13268:23, 13295:5,
13295:12, 13303:6,
13306:24, 13308:5,
13311:6, 13350:7,
13372:13, 13374:11,
13374:15, 13375:2
**Milkshake** [21] -
13368:4, 13368:7,
13368:8, 13368:16,
13368:18, 13368:20,
13368:24, 13369:4,
13369:5, 13369:8,
13369:18, 13369:22,
13370:6, 13370:7,
13370:20, 13370:24,
13371:2, 13371:3
**Miller** [10] - 13240:17,
13253:21, 13262:15,
13266:16, 13322:1,
13322:9, 13331:8,
13343:20, 13345:19,
13376:3
**MILLER** [2] - 13241:3,
13375:23
**mind** [5] - 13273:4,
13273:9, 13320:5,
13334:7, 13371:8
**minimum** [2] -
13316:15, 13317:3
**Ministry** [5] -
13283:21, 13285:17,
13352:14, 13352:20,
13352:21
**Mink** [1] - 13240:2
**minute** [4] - 13253:17,
13262:24, 13270:17,
13304:1
**minutes** [10] -

13252:23, 13256:12,
13316:3, 13321:22,
13364:7, 13374:7,
13375:2, 13375:6,
13375:11, 13375:13
**mirror** [2] - 13285:23,
13286:5
**misleading** [1] -
13258:20
**misrecall** [1] -
13319:14
**miss** [1] - 13294:1
**missed** [1] - 13325:11
**mistake** [1] - 13323:14
**mitigating** [1] -
13320:21
**mitigation** [1] -
13319:19
**modifies** [1] -
13258:10
**moment** [27] -
13246:17, 13247:5,
13252:20, 13263:11,
13273:19, 13275:12,
13290:20, 13292:21,
13304:9, 13310:8,
13311:16, 13311:24,
13312:20, 13313:12,
13318:16, 13323:1,
13327:13, 13337:10,
13340:12, 13349:9,
13353:15, 13354:17,
13354:24, 13355:7,
13365:5, 13370:1,
13370:5
**moments** [1] -
13308:2
**Monday** [1] - 13243:2
**montage** [2] -
13356:23, 13357:20
**months** [4] - 13282:2,
13304:18, 13329:8,
13356:25
**Monument** [4] -
13273:16, 13281:23,
13282:14, 13282:23
**monument** [1] -
13275:12
**Moore** [2] - 13239:13,
13242:8
**morning** [13] -
13242:16, 13245:13,
13246:10, 13263:19,
13266:16, 13266:17,
13281:23, 13303:7,
13316:2, 13331:1,
13331:2, 13331:8,
13331:9
**MORNING** [1] -
13239:9

**MOSD** [10] - 13256:21,
13258:10, 13258:13,
13258:14, 13258:25,
13259:1, 13363:11,
13367:25, 13368:2,
13368:10
**most** [7] - 13245:21,
13292:2, 13351:5,
13351:16, 13351:18,
13352:11
**motion** [9] - 13242:21,
13242:22, 13243:1,
13243:3, 13243:6,
13243:22, 13244:3,
13323:10, 13323:13
**motions** [1] - 13244:8
**motives** [1] - 13297:8
**mouth** [1] - 13323:25
**move** [7] - 13281:1,
13281:20, 13324:4,
13344:19, 13358:25,
13374:25
**moved** [1] - 13324:5
**movement** [1] -
13328:23
**movements** [2] -
13328:22, 13329:9
**moving** [1] - 13244:23
**MR** [269] - 13242:25,
13243:25, 13244:2,
13246:1, 13248:1,
13248:9, 13249:2,
13251:12, 13252:4,
13252:6, 13252:12,
13252:19, 13253:1,
13253:3, 13253:19,
13254:2, 13254:5,
13254:8, 13254:13,
13254:19, 13255:12,
13255:14, 13256:9,
13256:9, 13257:24,
13258:5, 13258:7,
13259:4, 13260:15,
13260:22, 13263:18,
13263:23, 13264:4,
13264:7, 13264:9,
13264:12, 13264:14,
13264:17, 13266:10,
13266:15, 13269:21,
13269:23, 13271:7,
13271:9, 13272:17,
13272:18, 13272:20,
13272:25, 13273:1,
13273:7, 13273:12,
13273:19, 13273:22,
13274:1, 13274:13,
13274:16, 13274:18,
13274:21, 13274:23,
13274:25, 13275:2,
13276:25, 13277:1,

13277:2, 13277:3,
13277:5, 13277:7,
13277:10, 13277:12,
13277:17, 13277:21,
13277:22, 13277:24,
13278:1, 13278:4,
13278:5, 13278:7,
13278:9, 13279:16,
13279:18, 13279:21,
13280:8, 13280:10,
13280:13, 13280:15,
13281:5, 13281:8,
13281:12, 13281:15,
13281:17, 13281:20,
13281:21, 13283:8,
13283:13, 13284:23,
13284:25, 13285:4,
13285:6, 13285:9,
13285:14, 13285:15,
13286:8, 13286:11,
13286:12, 13286:17,
13286:20, 13286:21,
13287:17, 13287:20,
13288:3, 13288:4,
13288:11, 13288:14,
13288:17, 13288:18,
13288:20, 13288:22,
13288:23, 13289:12,
13289:13, 13290:1,
13290:3, 13290:9,
13290:12, 13290:19,
13290:22, 13290:24,
13291:4, 13291:5,
13291:25, 13292:4,
13292:12, 13292:16,
13292:18, 13292:23,
13292:25, 13293:7,
13296:12, 13296:13,
13297:24, 13298:2,
13298:5, 13299:4,
13301:21, 13301:24,
13301:25, 13303:8,
13303:12, 13303:15,
13303:18, 13303:23,
13303:25, 13304:2,
13304:3, 13304:5,
13304:9, 13304:10,
13305:17, 13305:19,
13305:22, 13305:23,
13309:7, 13309:9,
13309:10, 13310:2,
13310:4, 13310:8,
13310:13, 13310:22,
13310:23, 13310:24,
13311:3, 13311:10,
13311:13, 13311:16,
13311:17, 13311:22,
13311:24, 13311:25,
13312:8, 13312:11,
13312:12, 13312:18,
13312:20, 13312:21,

13313:4, 13313:6,
13313:7, 13313:10,
13313:12, 13313:13,
13313:18, 13313:20,
13313:21, 13314:11,
13314:12, 13314:15,
13314:17, 13314:25,
13315:17, 13315:19,
13315:25, 13317:7,
13317:9, 13318:11,
13318:13, 13319:1,
13319:4, 13319:13,
13319:24, 13320:16,
13322:7, 13322:8,
13322:11, 13322:12,
13322:24, 13323:1,
13323:2, 13323:9,
13323:12, 13323:15,
13323:18, 13323:21,
13324:13, 13324:14,
13324:19, 13324:21,
13324:24, 13325:1,
13325:8, 13325:10,
13325:14, 13325:15,
13325:22, 13325:24,
13327:8, 13327:10,
13327:15, 13327:16,
13328:8, 13328:10,
13328:12, 13328:14,
13330:19, 13330:21,
13335:22, 13340:5,
13340:12, 13341:22,
13342:4, 13342:22,
13343:4, 13347:2,
13348:1, 13350:22,
13353:20, 13354:4,
13356:21, 13356:23,
13358:10, 13367:9,
13369:11, 13369:24,
13371:7, 13371:11,
13373:12, 13374:15,
13374:20, 13375:1
**MS** [102] - 13243:14,
13244:9, 13244:19,
13244:5, 13247:7,
13248:5, 13261:2,
13261:4, 13261:19,
13262:4, 13262:8,
13262:11, 13264:22,
13265:6, 13265:9,
13265:14, 13265:17,
13265:21, 13266:1,
13266:3, 13266:6,
13317:22, 13317:25,
13324:24, 13321:17,
13330:23, 13330:25,
13331:4, 13331:7,
13334:5, 13334:8,
13335:24, 13335:25,
13340:8, 13340:10,
13340:18, 13340:21,

13341:1, 13341:3, 13341:4, 13341:24, 13342:6, 13342:24, 13343:2, 13343:6, 13343:9, 13343:15, 13343:17, 13344:6, 13344:18, 13344:21, 13344:23, 13345:1, 13345:7, 13345:15, 13345:18, 13347:5, 13348:9, 13350:2, 13350:5, 13350:7, 13350:9, 13350:24, 13353:21, 13353:23, 13354:14, 13354:23, 13355:3, 13355:10, 13356:13, 13356:18, 13357:8, 13357:12, 13357:14, 13357:19, 13357:25, 13358:4, 13358:17, 13358:19, 13358:21, 13358:24, 13364:17, 13364:20, 13364:24, 13364:25, 13365:19, 13365:21, 13366:4, 13366:5, 13367:10, 13367:14, 13369:13, 13369:15, 13370:1, 13370:4, 13371:13, 13371:16, 13371:24, 13373:16, 13373:24, 13374:22, 13374:25
**MT** [1] - 13240:16
**Mulroe** [2] - 13239:13, 13242:8
**multiple** [5] - 13304:2, 13337:17, 13359:8, 13360:16, 13372:10

## N

**Nadia** [2] - 13239:13, 13242:8
**nail** [1] - 13330:18
**name** [10] - 13263:8, 13263:9, 13263:12, 13263:14, 13263:20, 13263:24, 13264:24, 13271:21, 13279:6, 13285:24
**name's** [2] - 13314:14, 13331:10
**named** [4] - 13285:23, 13343:20, 13355:23, 13368:4
**names** [1] - 13278:14
**Nate** [1] - 13286:4
**nature** [2] - 13275:23, 13359:16

**Nayib** [2] - 13240:4, 13242:11
**NAYIB** [1] - 13240:5
**near** [2] - 13362:22, 13372:13
**necessarily** [1] - 13266:25
**need** [15] - 13242:18, 13244:11, 13244:15, 13244:17, 13244:22, 13246:23, 13263:15, 13272:5, 13290:24, 13291:3, 13297:24, 13304:12, 13304:13, 13308:6, 13371:1
**need-to-know** [1] - 13272:5
**needed** [1] - 13293:2
**needs** [1] - 13260:13
**nefarious** [2] - 13318:22, 13328:5
**never** [4] - 13271:3, 13334:7, 13353:19, 13357:3
**new** [3] - 13243:17, 13247:3, 13360:25
**New** [3] - 13239:18, 13239:22, 13240:13
**next** [22] - 13243:2, 13245:9, 13284:8, 13284:21, 13285:2, 13286:25, 13287:9, 13287:13, 13287:16, 13301:1, 13301:6, 13301:12, 13301:15, 13312:4, 13314:15, 13338:7, 13343:22, 13353:10, 13353:11, 13353:16, 13362:19
**Nicholas** [3] - 13239:16, 13242:9, 13308:8
**NICOLE** [1] - 13241:3
**Nicole** [2] - 13262:15, 13322:1
**night** [2] - 13256:13, 13303:18
**nil** [1] - 13257:25
**nine** [5] - 13293:9, 13293:16, 13293:17, 13293:18, 13294:11
**NJ** [3] - 13240:17, 13375:23, 13376:3
**NJ-CCR** [3] - 13240:17, 13375:23, 13376:3
**Noble** [1] - 13289:2
**nobody** [2] - 13280:22, 13341:9
**noise** [1] - 13275:1

**nominal** [1] - 13311:6
**non** [1] - 13307:22
**non-law** [1] - 13307:22
**none** [7] - 13334:2, 13334:18, 13339:2, 13353:3, 13355:5, 13355:6, 13355:7
**noon** [1] - 13373:4
**Nordean** [34] - 13242:4, 13242:14, 13253:22, 13254:23, 13255:5, 13256:1, 13256:14, 13256:20, 13257:6, 13257:10, 13257:12, 13257:13, 13257:15, 13257:18, 13261:20, 13307:15, 13322:4, 13339:13, 13339:19, 13339:25, 13348:23, 13349:2, 13362:22, 13366:10, 13366:21, 13367:18, 13369:4, 13369:17, 13369:22, 13370:5, 13370:19, 13370:23, 13370:25
**NORDEAN** [1] - 13239:4
**Nordean's** [2] - 13371:8, 13371:14
**Nordean-110** [1] - 13258:13
**normal** [1] - 13271:21
**Norman** [2] - 13239:20, 13242:10
**Nos** [1] - 13239:2
**notations** [1] - 13306:16
**note** [3] - 13320:2, 13320:18, 13354:9
**notes** [5] - 13268:12, 13315:22, 13327:11, 13375:25
**nothing** [4] - 13260:24, 13320:16, 13330:21, 13333:12
**Nugent** [1] - 13307:15
**number** [17] - 13249:22, 13253:6, 13271:11, 13271:23, 13292:17, 13293:12, 13313:14, 13317:14, 13317:14, 13320:10, 13321:4, 13329:15, 13334:12, 13340:15, 13356:16, 13360:12, 13374:18
**numbers** [2] - 13272:25, 13359:8

**NW** [5] - 13239:14, 13239:24, 13240:5, 13240:19, 13376:5
**NY** [2] - 13239:18, 13240:13

## O

**o'clock** [2] - 13248:11, 13289:2
**object** [4] - 13247:13, 13251:22, 13357:5, 13370:3
**objecting** [1] - 13259:12
**objection** [57] - 13247:4, 13255:3, 13255:21, 13262:3, 13262:5, 13272:17, 13272:25, 13276:25, 13277:5, 13277:10, 13277:21, 13278:4, 13279:16, 13280:8, 13280:13, 13281:5, 13281:12, 13281:17, 13284:23, 13285:4, 13286:8, 13286:17, 13287:17, 13288:11, 13288:17, 13290:1, 13290:9, 13303:8, 13310:22, 13310:24, 13311:9, 13330:19, 13335:22, 13340:5, 13340:9, 13341:22, 13342:4, 13342:22, 13343:3, 13344:1, 13344:13, 13344:15, 13347:2, 13348:1, 13350:22, 13353:20, 13354:3, 13354:4, 13355:8, 13367:9, 13369:11, 13369:24, 13371:7, 13371:11, 13373:12, 13374:1
**objection's** [2] - 13273:11, 13342:23
**objections** [8] - 13245:8, 13245:23, 13246:19, 13246:23, 13246:25, 13247:1, 13248:12, 13254:21
**obligation** [1] - 13320:4
**observations** [1] - 13327:1
**observe** [2] - 13296:2, 13304:19
**observed** [1] - 13301:19
**obviously** [8] -

13245:16, 13251:16, 13258:17, 13274:2, 13335:3, 13365:1, 13365:2, 13365:3
**occurred** [2] - 13318:17, 13328:19
**occurs** [1] - 13287:5
**odd** [1] - 13267:24
**OF** [5] - 13239:1, 13239:2, 13239:8, 13240:5, 13375:22
**offered** [1] - 13324:16
**offering** [2] - 13278:24, 13369:12
**OFFICE** [1] - 13239:14
**officer** [5] - 13333:21, 13336:16, 13337:2, 13345:25, 13365:22
**officers** [9] - 13324:2, 13359:14, 13364:21, 13365:4, 13365:7, 13365:11, 13365:14, 13365:17, 13365:25
**OFFICES** [1] - 13240:5
**Official** [2] - 13240:18, 13376:3
**OFFICIAL** [1] - 13375:22
**offs** [1] - 13289:24
**Ohio** [1] - 13278:22
**older** [2] - 13275:6, 13275:7
**omitted** [2] - 13256:16, 13321:3
**once** [2] - 13269:6, 13302:23
**one** [80] - 13244:15, 13244:17, 13249:10, 13249:22, 13251:2, 13251:5, 13253:6, 13253:18, 13254:20, 13254:25, 13255:2, 13255:19, 13257:11, 13258:11, 13259:9, 13260:16, 13263:1, 13263:4, 13265:2, 13266:20, 13266:23, 13266:24, 13267:4, 13267:9, 13267:20, 13270:15, 13270:21, 13270:25, 13272:9, 13273:18, 13286:3, 13293:2, 13293:12, 13293:14, 13293:21, 13294:4, 13294:10, 13298:16, 13298:17, 13298:21, 13305:5, 13305:17, 13306:17, 13306:19, 13306:21,

13306:23, 13311:4,
13315:3, 13317:12,
13319:22, 13320:2,
13322:14, 13326:15,
13327:13, 13331:21,
13334:6, 13336:24,
13337:14, 13337:16,
13338:3, 13338:18,
13339:15, 13344:18,
13344:21, 13351:9,
13352:6, 13355:11,
13358:2, 13358:12,
13358:18, 13359:19,
13359:22, 13360:3,
13362:19, 13362:21,
13369:16
**one-on-one** [1] -
13272:9
**ones** [2] - 13248:15,
13298:10
**open** [6] - 13251:11,
13274:6, 13323:25,
13364:3, 13364:4,
13364:5
**open-ended** [1] -
13274:6
**opens** [1] - 13253:11
**operate** [1] - 13268:7
**opinion** [1] - 13370:6
**opportunity** [4] -
13248:21, 13251:10,
13260:18, 13375:7
**oppose** [3] -
13244:14, 13273:2,
13287:25
**opposed** [1] -
13251:19
**opposes** [1] -
13243:22
**option** [1] - 13243:13
**Orange** [1] - 13239:21
**order** [9] - 13246:24,
13248:14, 13248:17,
13248:24, 13248:25,
13282:3, 13317:20,
13373:4, 13373:5
**ordered** [1] - 13260:3
**organization** [1] -
13309:17
**organizations** [1] -
13308:22
**orient** [1] - 13322:13
**oriented** [1] -
13305:25
**original** [1] - 13343:18
**outs** [1] - 13255:25
**outside** [16] -
13242:18, 13256:24,
13258:14, 13327:17,
13327:23, 13342:2,

13342:9, 13342:21,
13344:3, 13344:10,
13344:14, 13345:3,
13345:13, 13345:20,
13346:13, 13357:25
**Outside** [1] - 13343:22
**outweighs** [1] -
13251:25
**overheard** [1] -
13369:16
**overreach** [1] -
13300:4
**overruled** [8] -
13273:11, 13281:6,
13290:2, 13290:10,
13303:10, 13342:5,
13347:3, 13348:4
**overthrown** [1] -
13290:7
**overview** [4] -
13332:6, 13346:22,
13346:24, 13347:7
**overwhelming** [1] -
13330:7
**own** [2] - 13257:15,
13317:13

# P

**P.A** [2] - 13240:5,
13240:8
**P.C** [1] - 13240:11
**p.m** [13] - 13338:2,
13338:16, 13338:21,
13338:24, 13339:13,
13341:5, 13341:7,
13362:3, 13363:23,
13371:18, 13372:22,
13372:23, 13375:20
**page** [1] - 13270:25
**PAGE** [1] - 13241:2
**Page** [4] - 13256:11,
13256:13, 13257:12,
13257:18
**panel** [2] - 13262:17,
13321:24
**panorama** [8] -
13291:6, 13296:11,
13296:14, 13296:16,
13297:21, 13304:14,
13305:16, 13325:25
**panoramic** [2] -
13325:16, 13330:2
**papers** [1] - 13244:16
**parameters** [1] -
13266:4
**Park** [1] - 13240:12
**Parler** [2] - 13255:4,
13331:18
**part** [10] - 13259:16,

13259:22, 13316:15,
13317:3, 13320:20,
13329:13, 13351:18,
13357:2, 13358:2,
13374:9
**participated** [1] -
13367:23
**particular** [21] -
13247:1, 13247:2,
13249:11, 13250:8,
13250:12, 13250:23,
13250:25, 13251:18,
13253:8, 13253:12,
13253:14, 13259:19,
13260:9, 13267:3,
13274:3, 13281:2,
13317:1, 13317:17,
13346:14, 13347:10,
13360:18
**particulars** [1] -
13260:1
**parties** [2] - 13245:18,
13318:9
**parts** [1] - 13268:17
**passage** [1] - 13374:8
**patently** [1] -
13257:11
**Pattis** [19] - 13239:20,
13242:10, 13262:23,
13263:16, 13264:20,
13273:5, 13274:5,
13277:25, 13292:20,
13311:1, 13315:23,
13316:9, 13317:12,
13317:22, 13318:12,
13319:25, 13320:5,
13320:18, 13335:3
**PATTIS** [181] -
13239:20, 13263:18,
13263:23, 13264:4,
13264:7, 13264:9,
13264:12, 13264:14,
13264:17, 13266:15,
13269:21, 13269:23,
13271:7, 13271:9,
13272:18, 13272:20,
13273:1, 13273:7,
13273:12, 13273:19,
13273:22, 13274:13,
13274:16, 13274:18,
13274:21, 13274:23,
13274:25, 13275:2,
13277:1, 13277:3,
13277:7, 13277:12,
13277:15, 13277:17,
13277:22, 13277:24,
13278:1, 13278:5,
13278:9, 13279:18,
13279:21, 13280:10,
13280:15, 13281:8,

13281:15, 13281:20,
13281:21, 13283:8,
13283:13, 13284:25,
13285:6, 13285:9,
13285:14, 13285:15,
13286:11, 13286:12,
13286:20, 13286:21,
13287:20, 13288:3,
13288:4, 13288:14,
13288:18, 13288:22,
13288:23, 13289:12,
13289:13, 13290:3,
13290:12, 13290:19,
13290:22, 13290:24,
13291:4, 13291:5,
13291:25, 13292:4,
13292:12, 13292:18,
13292:23, 13292:25,
13293:7, 13296:12,
13296:13, 13297:24,
13298:2, 13298:5,
13299:4, 13301:21,
13301:24, 13301:25,
13303:12, 13303:15,
13303:18, 13303:23,
13303:25, 13304:3,
13304:5, 13304:9,
13304:10, 13305:17,
13305:19, 13305:22,
13305:23, 13309:7,
13309:9, 13309:10,
13310:2, 13310:4,
13310:8, 13310:13,
13310:23, 13311:3,
13311:10, 13311:13,
13311:16, 13311:17,
13311:22, 13311:24,
13311:25, 13312:8,
13312:11, 13312:12,
13312:18, 13312:20,
13312:21, 13313:4,
13313:6, 13313:7,
13313:10, 13313:12,
13313:13, 13313:18,
13313:20, 13313:21,
13314:11, 13314:12,
13314:15, 13314:17,
13314:25, 13315:17,
13315:19, 13315:25,
13317:7, 13318:11,
13318:13, 13319:1,
13319:13, 13320:16,
13322:7, 13322:8,
13322:11, 13322:12,
13322:24, 13323:1,
13323:2, 13323:9,
13323:12, 13323:15,
13323:18, 13323:21,
13324:13, 13324:14,
13324:19, 13324:21,
13324:24, 13325:1,

13325:8, 13325:10,
13325:14, 13325:15,
13325:22, 13325:24,
13327:8, 13327:10,
13327:15, 13327:16,
13328:8, 13328:10,
13328:12, 13328:14,
13330:21
**Pattis's** [4] -
13262:21, 13317:10,
13320:3, 13322:5
**Pattis..................
13266** [1] - 13241:3
**Paul** [1] - 13306:21
**pause** [21] - 13251:9,
13256:7, 13262:14,
13262:16, 13270:4,
13270:20, 13271:6,
13292:1, 13298:24,
13299:7, 13303:11,
13327:12, 13328:7,
13328:9, 13330:22,
13334:4, 13340:17,
13349:16, 13363:17,
13366:3, 13373:23
**PC** [1] - 13239:24
**Peace** [2] - 13275:8,
13275:13
**penal** [3] - 13353:23,
13354:7, 13354:20
**people** [53] -
13250:24, 13271:16,
13278:11, 13287:5,
13288:9, 13291:10,
13292:8, 13294:16,
13295:8, 13295:11,
13296:7, 13296:23,
13296:24, 13296:25,
13297:1, 13297:5,
13297:6, 13297:9,
13298:21, 13298:22,
13300:3, 13300:13,
13300:16, 13301:3,
13301:17, 13302:15,
13302:18, 13304:14,
13307:8, 13307:20,
13307:22, 13308:18,
13313:14, 13329:15,
13329:17, 13330:8,
13330:13, 13330:16,
13339:5, 13339:15,
13339:25, 13340:1,
13342:8, 13348:24,
13359:8, 13359:12,
13359:13, 13360:25,
13361:8, 13361:20,
13363:13, 13363:13,
13372:9
**People's** [1] -
13289:14

**Pepe** [1] - 13305:11
**pepper** [2] - 13336:14, 13360:9
**pepper-spray** [1] - 13336:14
**pepper-sprayed** [1] - 13360:9
**percent** [2] - 13306:24, 13308:6
**Percenters** [1] - 13308:23
**perfect** [1] - 13291:24
**performance** [1] - 13287:8
**perimeter** [1] - 13297:2
**period** [1] - 13245:14
**permissible** [1] - 13346:11
**permission** [7] - 13263:23, 13264:10, 13283:12, 13290:25, 13293:1, 13316:13, 13321:6
**person** [62] - 13249:11, 13249:13, 13249:17, 13249:19, 13249:20, 13249:21, 13249:23, 13249:24, 13250:5, 13250:6, 13250:8, 13250:13, 13250:24, 13251:1, 13251:5, 13251:16, 13251:19, 13253:6, 13253:8, 13253:12, 13253:14, 13260:9, 13263:3, 13263:5, 13263:7, 13263:9, 13263:11, 13263:14, 13264:16, 13264:23, 13266:24, 13267:5, 13271:23, 13272:13, 13273:24, 13274:4, 13274:10, 13274:14, 13274:17, 13274:22, 13275:3, 13275:24, 13278:17, 13279:7, 13279:8, 13279:23, 13294:1, 13298:17, 13298:21, 13300:17, 13301:1, 13301:6, 13305:1, 13314:5, 13336:8, 13337:1, 13337:2, 13339:2, 13350:12
**person's** [9] - 13249:13, 13251:6, 13251:7, 13263:7, 13263:12, 13274:9, 13301:5, 13303:3

**persons** [4] - 13278:15, 13279:3, 13359:3, 13372:1
**Peter** [1] - 13267:19
**PEZZOLA** [1] - 13239:6
**Pezzola** [9] - 13242:6, 13242:15, 13299:18, 13308:16, 13313:8, 13315:8, 13322:19, 13366:13, 13366:21
**ph** [1] - 13343:20
**Philadelphia** [13] - 13244:23, 13331:24, 13349:22, 13349:24, 13350:15, 13350:17, 13351:1, 13351:9, 13351:19, 13352:4, 13352:6, 13371:22, 13372:1
**phone** [4] - 13294:20, 13312:5, 13331:17, 13331:19
**phones** [2] - 13273:19, 13353:25
**photo** [4] - 13259:25, 13260:12, 13320:4, 13320:8
**photograph** [12] - 13259:11, 13275:3, 13292:6, 13292:13, 13293:2, 13293:8, 13298:15, 13316:12, 13320:24, 13321:1, 13321:7, 13321:11
**photographer** [1] - 13308:9
**photographs** [1] - 13282:2
**photos** [8] - 13296:11, 13304:14, 13319:13, 13319:17, 13320:1, 13320:11, 13320:14, 13330:2
**physically** [1] - 13337:7
**pick** [1] - 13262:24
**picked** [1] - 13278:22
**picking** [1] - 13243:8
**picture** [3] - 13310:20, 13318:2, 13318:5
**piece** [1] - 13247:2
**pivot** [2] - 13286:25, 13287:13
**place** [3] - 13282:3, 13293:9, 13338:24
**placed** [1] - 13319:16
**plan** [3] - 13261:21, 13286:6, 13363:13
**planned** [1] - 13263:5

**plans** [1] - 13363:11
**play** [17] - 13263:8, 13263:12, 13297:22, 13298:25, 13301:22, 13304:7, 13313:16, 13313:18, 13322:24, 13323:7, 13323:18, 13340:18, 13341:1, 13364:17, 13373:25, 13374:9, 13374:20
**played** [40] - 13297:25, 13298:4, 13299:3, 13301:23, 13304:8, 13305:18, 13309:8, 13310:3, 13310:12, 13311:15, 13311:23, 13312:10, 13312:19, 13313:5, 13313:11, 13313:19, 13314:10, 13314:16, 13314:24, 13315:18, 13322:25, 13323:8, 13323:20, 13324:20, 13324:25, 13325:9, 13327:9, 13339:12, 13341:2, 13356:15, 13360:21, 13361:2, 13361:18, 13364:19, 13365:20, 13369:3, 13370:16, 13370:21, 13371:5
**playing** [2] - 13364:17, 13365:19
**pleaded** [1] - 13350:21
**PLLC** [1] - 13239:17
**plus** [1] - 13375:12
**point** [48] - 13245:25, 13246:16, 13247:7, 13251:14, 13255:16, 13257:5, 13257:8, 13258:18, 13260:16, 13261:25, 13263:8, 13263:25, 13264:1, 13264:5, 13265:22, 13265:23, 13274:3, 13274:7, 13282:15, 13282:18, 13282:23, 13294:20, 13294:22, 13297:6, 13305:20, 13305:24, 13306:8, 13311:7, 13312:4, 13317:17, 13318:5, 13319:11, 13319:12, 13319:15, 13322:16, 13324:15, 13325:12, 13326:6, 13326:15, 13337:14, 13341:10, 13348:21, 13355:6, 13366:2, 13371:15,

13371:21, 13371:25, 13372:5
**pointed** [8] - 13265:17, 13265:19, 13274:4, 13293:23, 13334:15, 13338:7, 13359:9, 13372:9
**pointing** [2] - 13323:22, 13340:1
**points** [6] - 13263:10, 13278:14, 13278:17, 13278:20, 13283:5, 13302:24
**police** [16] - 13333:20, 13333:21, 13334:21, 13335:10, 13345:25, 13359:14, 13360:6, 13361:25, 13364:21, 13365:4, 13365:7, 13365:11, 13365:14, 13365:17, 13365:22, 13365:25
**popular** [2] - 13299:25, 13300:1
**portion** [2] - 13357:19, 13357:21
**position** [4] - 13252:4, 13252:24, 13262:10, 13295:21
**positioned** [1] - 13262:2
**possesses** [1] - 13302:8
**possibility** [1] - 13246:7
**possibly** [2] - 13292:10, 13303:22
**post** [2] - 13247:10, 13255:3
**posts** [3] - 13331:18, 13336:18
**potentially** [4] - 13250:19, 13297:10, 13297:11, 13297:12
**practical** [1] - 13245:24
**pre** [3] - 13268:8, 13268:15, 13268:17
**pre-printed** [3] - 13268:8, 13268:15, 13268:17
**preceded** [1] - 13258:9
**prejudice** [2] - 13251:25, 13258:2
**preparation** [3] - 13276:13, 13332:11, 13333:14
**preparations** [2] - 13276:17, 13276:18

**prepare** [2] - 13332:23, 13333:15
**prepared** [3] - 13246:12, 13247:6, 13295:25
**preparing** [1] - 13245:12
**presence** [1] - 13242:18
**present** [14] - 13242:7, 13242:8, 13242:9, 13242:10, 13242:11, 13242:12, 13242:13, 13253:10, 13267:10, 13276:16, 13279:14, 13279:25, 13280:11, 13329:12
**preserve** [2] - 13246:23, 13318:16
**preserved** [1] - 13292:17
**President** [1] - 13300:18
**president** [2] - 13356:3, 13356:4
**presumably** [1] - 13244:14
**pretending** [1] - 13263:19
**pretty** [4] - 13326:19, 13349:18, 13349:21, 13351:5
**previous** [1] - 13244:3
**previously** [5] - 13282:8, 13283:15, 13293:9, 13333:20, 13344:10
**primary** [2] - 13331:16, 13331:21
**printed** [4] - 13268:8, 13268:15, 13268:17, 13292:17
**private** [2] - 13255:9, 13367:20
**probative** [6] - 13252:1, 13252:21, 13252:24, 13257:25, 13259:2
**problem** [2] - 13368:15, 13368:20
**problems** [1] - 13368:18
**procedures** [1] - 13244:21
**proceed** [16] - 13261:1, 13262:23, 13274:23, 13293:6, 13311:13, 13311:22, 13312:8, 13312:18, 13313:4, 13313:10,

13392

13314:9, 13322:5,
13324:24, 13325:8,
13331:3, 13340:16
**proceedings** [1] -
13376:1
**Proceedings** [1] -
13240:21
**produced** [3] -
13240:21, 13331:16,
13357:14
**productive** [1] -
13374:11
**proffer** [1] - 13256:2
**proffered** [2] -
13354:6, 13354:8
**prohibit** [1] - 13316:18
**projectiles** [1] -
13336:20
**property** [2] -
13335:16, 13353:3
**propose** [2] -
13260:18, 13358:14
**prosecution** [1] -
13370:17
**prosecutors** [4] -
13276:9, 13276:14,
13332:19, 13337:12
**protected** [8] -
13345:13, 13345:21,
13346:1, 13347:16,
13347:17, 13347:18,
13347:21, 13347:24
**protections** [1] -
13345:4
**protest** [4] - 13300:14,
13319:16, 13342:8,
13342:9
**protested** [1] -
13300:16
**protesting** [1] -
13300:3
**protests** [2] -
13282:15, 13345:13
**Proud** [39] - 13265:3,
13269:11, 13272:23,
13275:12, 13281:4,
13281:22, 13282:7,
13295:16, 13296:2,
13296:3, 13297:16,
13297:18, 13297:20,
13298:8, 13298:15,
13299:14, 13305:3,
13306:6, 13306:7,
13306:10, 13306:18,
13306:19, 13308:11,
13309:13, 13314:1,
13328:22, 13329:1,
13330:15, 13349:22,
13349:24, 13350:17,
13351:9, 13352:4,

13356:4, 13356:5,
13359:4, 13371:22,
13372:1
**provided** [5] -
13303:6, 13303:19,
13319:1, 13320:13,
13356:24
**providing** [2] -
13271:20, 13320:19
**public** [3] - 13251:8,
13251:15
**publish** [2] -
13283:12, 13290:25
**pull** [2] - 13353:12,
13360:13
**pulled** [5] - 13338:9,
13338:10, 13338:11,
13353:5
**punching** [1] -
13345:25
**punting** [1] - 13249:9
**purpose** [6] -
13257:20, 13258:12,
13259:5, 13296:5,
13307:14, 13318:22
**purposes** [3] -
13290:16, 13293:4,
13354:12
**pursuant** [1] -
13263:11
**push** [1] - 13338:20
**pushing** [2] - 13339:3,
13339:5
**put** [13] - 13245:3,
13248:21, 13250:4,
13251:14, 13271:3,
13271:20, 13272:11,
13293:22, 13294:13,
13321:4, 13343:23,
13343:25, 13354:15
**puts** [1] - 13318:4
**putting** [2] - 13247:19,
13251:16

## Q

**quadrennial** [1] -
13284:22
**Quaglin** [2] -
13307:17, 13307:19
**Quantico** [3] -
13345:8, 13346:19,
13347:6
**Quested** [1] - 13308:8
**questioning** [7] -
13254:23, 13254:24,
13255:15, 13256:3,
13259:19, 13261:18,
13345:2
**questions** [13] -

13247:10, 13253:6,
13253:11, 13258:15,
13309:19, 13327:11,
13332:6, 13332:7,
13334:2, 13335:19,
13354:18, 13359:2
**quick** [1] - 13315:24
**quicker** [2] -
13248:14, 13248:15
**quickly** [2] - 13374:8,
13374:16
**quite** [1] - 13317:23
**quote** [2] - 13265:11,
13341:9
**quote-unquote** [2] -
13265:11, 13341:9
**quoting** [1] - 13256:10

## R

**racism** [1] - 13259:7
**racist** [1] - 13257:9
**rack** [6] - 13337:14,
13337:18, 13337:22,
13337:24, 13338:1,
13373:19
**racks** [2] - 13334:25,
13335:14
**Rae** [1] - 13306:21
**raise** [3] - 13262:1,
13263:5, 13319:6
**raised** [4] - 13253:15,
13253:17, 13254:21,
13320:7
**raising** [3] - 13263:18,
13323:3, 13324:5
**rallies** [1] - 13301:17
**rally** [1] - 13301:18
**rallying** [4] -
13282:15, 13282:17,
13282:23, 13283:5
**rape** [1] - 13286:15
**rather** [3] - 13252:17,
13369:9, 13374:7
**Ray** [1] - 13302:1
**re** [2] - 13278:19,
13370:11
**re-ask** [2] - 13278:19,
13370:11
**reach** [1] - 13285:1
**read** [4] - 13253:19,
13256:18, 13284:2,
13284:3
**reading** [1] - 13256:13
**real** [2] - 13282:2,
13323:12
**realized** [2] -
13245:12, 13263:1
**really** [3] - 13250:20,
13259:18, 13319:9

**reason** [7] - 13258:18,
13265:1, 13319:10,
13327:3, 13327:6,
13357:2
**reasonable** [2] -
13243:8, 13246:11
**reasons** [5] -
13261:25, 13280:3,
13300:16, 13316:21,
13319:7
**rebut** [1] - 13257:6
**receive** [1] - 13244:16
**received** [3] -
13343:19, 13345:8,
13347:6
**recess** [5] - 13321:22,
13321:23, 13373:17,
13375:19, 13375:20
**recessed** [1] - 13321:1
**reckoning** [1] -
13294:12
**recognize** [5] -
13260:2, 13278:20,
13295:19, 13295:21,
13310:6
**recollect** [3] -
13360:18, 13361:22,
13361:23
**recollection** [2] -
13270:13, 13363:2
**recollections** [1] -
13270:2
**record** [7] - 13242:2,
13246:21, 13251:8,
13319:14, 13320:8,
13322:2, 13340:15
**recorded** [3] -
13240:21, 13268:13,
13323:13
**recording** [4] -
13316:12, 13316:18,
13316:24, 13316:25
**red** [3] - 13295:4,
13310:10, 13311:18
**redact** [1] - 13260:3
**redactions** [1] -
13260:19
**redirect** [1] - 13260:18
**refer** [2] - 13291:6,
13306:18
**reference** [4] -
13254:17, 13345:10,
13345:14, 13371:2
**referred** [4] -
13278:12, 13327:18,
13342:12, 13359:5
**referring** [8] -
13263:20, 13284:20,
13319:25, 13357:7,
13357:8, 13363:15,

13369:17, 13372:6
**refers** [1] - 13369:4
**reflects** [1] - 13325:18
**reform** [2] - 13360:6,
13362:1
**refresh** [1] - 13368:25
**refreshes** [2] -
13270:2, 13270:13
**regard** [4] - 13249:7,
13249:10, 13253:8,
13253:18
**regarding** [2] -
13242:21, 13247:11
**regardless** [1] -
13354:13
**regards** [1] - 13276:3
**Rehl** [55] - 13242:5,
13242:14, 13261:7,
13307:11, 13331:11,
13331:23, 13334:15,
13334:18, 13334:21,
13335:21, 13336:7,
13336:23, 13339:2,
13340:22, 13348:24,
13349:2, 13349:6,
13349:20, 13349:21,
13349:25, 13350:1,
13350:10, 13351:1,
13351:12, 13351:23,
13352:7, 13352:21,
13353:1, 13353:6,
13353:8, 13353:14,
13353:16, 13355:21,
13356:9, 13359:24,
13360:3, 13360:24,
13361:7, 13361:20,
13362:8, 13362:25,
13363:25, 13366:6,
13366:9, 13366:12,
13366:15, 13366:18,
13366:20, 13367:23,
13368:15, 13368:18,
13368:24, 13371:18,
13372:24, 13373:7
**REHL** [1] - 13239:5
**Rehl's** [6] - 13242:21,
13331:12, 13331:19,
13334:10, 13355:12,
13358:11
**related** [1] - 13276:1
**relationship** [1] -
13256:4
**relatively** [2] -
13245:13, 13256:1
**relevance** [23] -
13250:8, 13254:22,
13259:17, 13265:4,
13265:8, 13279:16,
13285:4, 13285:7,
13286:8, 13286:17,

13393

13287:17, 13288:11,
13288:20, 13290:1,
13290:9, 13303:8,
13310:22, 13310:24,
13341:22, 13343:4,
13347:2, 13348:1,
13367:9
**relevant** [12] -
13255:15, 13256:2,
13257:14, 13259:18,
13259:20, 13263:8,
13263:14, 13273:2,
13273:7, 13278:6,
13319:9
**relied** [1] - 13357:5
**remember** [4] -
13319:21, 13360:5,
13360:11, 13363:8,
13369:6, 13369:19
**remind** [1] - 13283:24
**reordered** [1] -
13256:12
**repeat** [3] - 13295:2,
13347:4, 13363:9
**repeats** [1] - 13285:11
**reply** [6] - 13243:11,
13243:12, 13243:20,
13243:21, 13244:4,
13245:2
**report** [4] - 13284:6,
13287:4, 13287:7,
13287:13
**Reporter** [3] -
13240:17, 13240:18,
13376:3
**REPORTER** [2] -
13371:23, 13375:22
**reporter** [1] -
13315:24
**reporter's** [1] -
13316:2
**reporting** [6] -
13269:2, 13270:6,
13271:17, 13271:18,
13272:9, 13275:25
**reports** [3] - 13268:1,
13268:6, 13282:3
**represent** [2] -
13245:2, 13331:10
**representation** [2] -
13256:16, 13258:17
**representations** [3] -
13249:12, 13258:20,
13320:3
**request** [5] -
13244:22, 13291:3,
13292:16, 13320:11,
13328:12
**requested** [1] -
13354:9

**require** [1] - 13259:6
**reserved** [3] -
13247:10, 13247:16,
13247:20
**residence** [1] -
13255:9
**resolve** [1] - 13246:9
**resolved** [1] - 13246:8
**respect** [5] - 13291:9,
13297:21, 13318:18,
13322:13, 13326:2
**respond** [8] -
13242:21, 13242:24,
13243:1, 13243:3,
13243:5, 13243:23,
13251:3, 13251:10
**responded** [1] -
13244:3
**responds** [1] -
13243:10
**response** [5] -
13244:11, 13249:15,
13316:14, 13317:3,
13370:24
**responsibilities** [5] -
13331:22, 13346:25,
13347:11, 13347:25,
13348:14
**responsibility** [1] -
13269:16
**responsible** [2] -
13266:25, 13275:25
**responsive** [1] -
13259:12
**rest** [1] - 13250:2
**restricted** [2] -
13341:11, 13344:4
**results** [1] - 13331:25
**resumed** [2] -
13262:15, 13322:1
**return** [2] - 13271:1,
13375:19
**Return** [5] - 13266:13,
13274:20, 13311:12,
13345:17, 13355:9,
13358:23, 13375:9
**returned** [5] -
13262:18, 13316:4,
13321:25, 13351:19,
13375:14
**review** [10] -
13261:11, 13299:8,
13302:6, 13304:18,
13306:14, 13316:15,
13317:4, 13327:2,
13361:16, 13371:9
**reviewed** [13] -
13261:6, 13268:1,
13269:10, 13270:2,
13270:8, 13283:15,

13319:2, 13331:17,
13331:19, 13332:13,
13334:1, 13335:8,
13336:5
**reviewing** [3] -
13269:18, 13304:14,
13331:25
**revisit** [1] - 13260:16
**Revolutionary** [1] -
13299:25
**Rhode** [1] - 13312:9
**rid** [1] - 13295:15
**rights** [1] - 13261:16
**riot** [2] - 13284:11,
13301:18
**rise** [4] - 13284:14,
13321:21, 13328:19,
13375:18
**Road** [1] - 13240:2
**Robert** [1] - 13314:14
**rode** [1] - 13351:22
**Roe** [1] - 13278:21
**Roger** [2] - 13240:14,
13242:13
**ROGER** [1] - 13240:15
**Rohde** [9] - 13283:8,
13297:24, 13305:22,
13311:14, 13315:21,
13322:11, 13322:24,
13340:10, 13340:11
**role** [11] - 13267:13,
13269:16, 13276:1,
13276:3, 13280:6,
13280:6, 13280:11,
13280:20, 13280:21,
13280:24, 13297:17
**roll** [1] - 13249:1
**room** [4] - 13295:8,
13316:4, 13328:3,
13375:14
**Room** [2] - 13240:18,
13376:4
**Roots** [5] - 13240:14,
13242:13, 13243:21,
13317:8, 13317:12
**ROOTS** [4] -
13240:15, 13243:25,
13244:2, 13317:9
**Roots's** [3] -
13242:22, 13243:3,
13243:6
**rotten** [2] - 13288:8,
13289:23
**rough** [2] - 13260:4,
13260:7
**rough-around-the-
edges** [1] - 13260:4
**roughly** [3] -
13294:15, 13349:12,
13362:19

**route** [1] - 13289:14
**RPR** [3] - 13240:17,
13375:23, 13376:3
**Rufio** [2] - 13284:3,
13284:5
**Rule** [1] - 13257:24
**rule** [11] - 13260:5,
13260:10, 13316:22,
13316:23, 13317:16,
13318:15, 13319:7,
13319:18, 13321:8,
13321:16
**ruled** [2] - 13245:16,
13261:13
**rules** [12] - 13250:2,
13253:5, 13316:12,
13316:16, 13316:17,
13316:21, 13317:1,
13317:4, 13317:5,
13317:20, 13318:18,
13320:25
**ruling** [4] - 13251:21,
13253:16, 13260:15,
13263:11
**rulings** [1] - 13245:18
**run** [1] - 13250:18
**runs** [1] - 13275:24

# S

**Sabino** [2] - 13240:8,
13242:12
**sake** [1] - 13316:2
**salience** [2] -
13250:12, 13254:18
**saw** [7] - 13254:10,
13300:8, 13329:17,
13361:7, 13361:14,
13361:20, 13362:24
**scaffolding** [4] -
13338:19, 13338:20,
13339:6, 13339:18
**scenario** [1] - 13250:6
**schedule** [2] -
13244:17, 13248:23
**scheduling** [1] -
13245:8
**scope** [10] - 13247:8,
13247:15, 13250:18,
13253:8, 13261:14,
13262:3, 13279:19,
13341:22, 13367:9,
13373:12
**Scott** [2] - 13368:8,
13368:9
**screen** [7] - 13251:16,
13291:13, 13291:15,
13293:3, 13306:16,
13314:19, 13336:23
**seated** [2] - 13262:19,

13316:8
**Second** [1] - 13348:6
**second** [9] - 13257:8,
13259:22, 13263:8,
13263:20, 13314:9,
13338:17, 13362:15,
13362:17, 13373:20
**secret** [2] - 13262:9,
13318:13
**see** [56] - 13244:24,
13245:7, 13246:15,
13248:13, 13248:18,
13253:5, 13263:5,
13266:9, 13271:3,
13271:21, 13275:3,
13283:8, 13285:16,
13288:3, 13292:11,
13296:12, 13298:23,
13299:19, 13300:8,
13300:11, 13301:21,
13303:23, 13304:12,
13304:13, 13306:6,
13306:9, 13308:17,
13310:20, 13312:5,
13318:9, 13322:11,
13323:25, 13324:19,
13325:11, 13325:25,
13337:6, 13348:23,
13349:18, 13352:1,
13364:23, 13365:2,
13365:6, 13365:9,
13365:10, 13365:15,
13365:18, 13365:22,
13365:25, 13368:23,
13371:1, 13374:10,
13374:11, 13374:12,
13375:12, 13375:17
**seeing** [2] - 13270:15,
13305:6
**seek** [1] - 13255:2
**Self** [5] - 13283:21,
13285:17, 13352:14,
13352:20, 13352:21
**Self-Defense** [5] -
13283:21, 13285:17,
13352:14, 13352:20,
13352:21
**Senate** [3] - 13327:20,
13327:22, 13327:23
**send** [4] - 13271:17,
13320:3, 13320:7,
13375:7
**sense** [9] - 13244:7,
13246:18, 13246:21,
13250:22, 13259:21,
13263:2, 13274:7,
13316:19, 13326:14
**sensitive** [1] -
13275:23
**sent** [1] - 13288:24

13394

**sentence** [1] - 13343:22
**separate** [8] - 13258:11, 13258:12, 13267:5, 13269:1, 13271:11, 13272:3, 13294:7, 13357:2
**separated** [2] - 13349:10, 13349:12
**serialize** [1] - 13272:11
**serialized** [1] - 13269:15
**series** [2] - 13245:15, 13269:25
**serious** [1] - 13316:11
**seriously** [1] - 13319:7
**serves** [1] - 13276:8
**session** [5] - 13284:6, 13321:9, 13373:8, 13373:11, 13373:21
**SESSION** [1] - 13239:9
**set** [3] - 13243:4, 13338:20, 13344:7
**seven** [4] - 13294:11, 13306:16, 13332:22, 13332:23
**several** [6] - 13296:11, 13298:21, 13302:3, 13324:15, 13332:11, 13339:14
**shaking** [1] - 13323:22
**shared** [2] - 13292:12, 13318:14
**shields** [2] - 13334:21, 13335:10
**short** [1] - 13245:14
**shorthand** [1] - 13240:21
**shot** [13] - 13291:7, 13296:14, 13296:15, 13296:16, 13297:21, 13304:12, 13305:16, 13305:20, 13306:11, 13306:15, 13308:17, 13308:18, 13310:20
**shots** [1] - 13304:13
**shove** [1] - 13336:16
**show** [17] - 13255:7, 13259:5, 13259:6, 13259:21, 13260:7, 13269:20, 13274:11, 13296:11, 13321:11, 13333:4, 13333:5, 13333:8, 13350:3, 13352:23, 13363:15, 13369:1

**showed** [4] - 13249:13, 13272:14, 13334:18, 13349:1
**showing** [8] - 13250:6, 13255:5, 13257:5, 13257:19, 13270:12, 13293:8, 13324:16
**shown** [4] - 13249:24, 13274:11, 13296:4, 13349:1
**shows** [7] - 13249:21, 13252:23, 13254:25, 13255:22, 13257:10, 13258:14, 13259:24
**sic** [6] - 13287:13, 13293:2, 13321:7, 13353:13, 13354:5, 13364:7
**side** [4] - 13301:9, 13351:7, 13365:13, 13375:12
**sidebar** [3] - 13310:25, 13343:12, 13374:4
**sight** [1] - 13258:2
**signatures** [1] - 13268:24
**signed** [1] - 13354:25
**significance** [3] - 13285:2, 13286:6, 13286:15
**significant** [2] - 13252:22, 13320:20
**similar** [3] - 13250:10, 13294:14, 13356:23
**simple** [1] - 13298:14
**simply** [3] - 13248:22, 13258:1, 13278:17
**sitting** [2] - 13267:10, 13298:10
**situation** [3] - 13286:24, 13287:12, 13318:24
**situations** [1] - 13345:12
**six** [4] - 13266:20, 13294:11, 13332:22, 13332:23
**Sixth** [4] - 13242:21, 13243:1, 13261:16, 13348:7
**sizes** [1] - 13296:19
**slides** [1] - 13245:9
**slow** [2] - 13323:10, 13323:13
**small** [1] - 13256:1
**Smith** [17] - 13239:16, 13242:9, 13248:16, 13249:8, 13253:18,

13253:24, 13254:21, 13256:3, 13256:6, 13256:8, 13258:17, 13258:19, 13259:17, 13263:5, 13265:23, 13274:4, 13274:11
**SMITH** [14] - 13239:17, 13239:20, 13249:2, 13253:19, 13254:2, 13254:5, 13254:8, 13256:5, 13256:9, 13257:24, 13258:5, 13259:4, 13371:11, 13374:20
**Smith's** [4] - 13254:22, 13255:21, 13258:10, 13258:15
**so-called** [2] - 13277:3, 13299:22
**someone** [11] - 13244:22, 13247:11, 13251:19, 13252:1, 13252:22, 13264:2, 13290:4, 13304:20, 13313:22, 13316:22, 13354:5
**sometime** [3] - 13361:15, 13362:24, 13371:17
**sometimes** [1] - 13287:22
**somewhere** [3] - 13255:5, 13339:14, 13374:17
**soon** [1] - 13310:5
**sorry** [27] - 13244:9, 13264:20, 13265:1, 13273:5, 13274:25, 13278:19, 13291:19, 13294:8, 13294:21, 13295:2, 13306:9, 13307:14, 13307:18, 13332:4, 13334:3, 13338:10, 13344:18, 13349:13, 13349:15, 13352:17, 13355:25, 13361:1, 13362:6, 13363:9, 13366:25, 13371:23, 13374:22
**sort** [12] - 13245:8, 13245:18, 13246:21, 13247:3, 13247:21, 13249:8, 13250:3, 13250:13, 13255:6, 13259:17, 13304:24, 13374:14
**sorts** [5] - 13250:19, 13260:3, 13317:17, 13319:7, 13357:21
**sought** [1] - 13293:1

**sound** [2] - 13351:20, 13358:12
**sounding** [1] - 13356:10
**source** [10] - 13271:14, 13271:19, 13271:22, 13272:10, 13272:12, 13275:24, 13275:25, 13276:1, 13279:14, 13309:15
**sources** [15] - 13269:2, 13270:3, 13270:6, 13270:9, 13272:22, 13273:13, 13275:11, 13275:22, 13276:2, 13279:25, 13281:3, 13297:13, 13309:1, 13312:16
**speaking** [3] - 13255:20, 13255:23, 13317:13
**Special** [3] - 13246:3, 13267:9, 13331:8
**special** [1] - 13328:15
**specific** [2] - 13247:3, 13272:25
**specifically** [2] - 13251:23, 13319:9
**specifically-identifying** [1] - 13251:23
**speculation** [9] - 13284:23, 13285:5, 13286:9, 13286:18, 13287:18, 13288:12, 13288:20, 13303:9, 13371:8
**speech** [6] - 13347:16, 13347:17, 13347:18, 13347:22, 13347:24, 13348:3
**spent** [2] - 13281:25, 13282:6
**sphere** [1] - 13251:15
**spirit** [2] - 13318:20, 13318:22
**spot** [1] - 13254:14
**spots** [1] - 13294:14
**spotted** [1] - 13302:3
**spray** [1] - 13336:14
**sprayed** [1] - 13360:9
**spread** [1] - 13298:13
**stadium** [1] - 13296:22
**stage** [1] - 13306:4
**stairs** [4] - 13323:16, 13338:19, 13338:20, 13339:6
**stand** [11] - 13245:15, 13246:3, 13246:5,

13247:10, 13248:4, 13262:15, 13317:11, 13322:1, 13354:15, 13360:23, 13361:7
**standing** [7] - 13261:21, 13295:3, 13295:11, 13312:4, 13334:15, 13334:16, 13349:4
**stands** [2] - 13321:22, 13375:19
**staring** [1] - 13322:18
**started** [2] - 13256:10, 13276:8
**starting** [1] - 13357:8
**starts** [1] - 13357:9
**state** [1] - 13371:8
**statement** [12] - 13257:3, 13263:6, 13272:6, 13343:11, 13345:10, 13345:22, 13353:23, 13354:7, 13354:8, 13369:17, 13370:2, 13370:5
**statements** [2] - 13344:9, 13354:20
**STATES** [3] - 13239:1, 13239:2, 13239:10
**States** [7] - 13239:12, 13242:3, 13288:1, 13288:18, 13316:18, 13322:3, 13376:4
**status** [1] - 13251:7
**stayed** [4] - 13351:3, 13351:14, 13352:9, 13372:24
**steeped** [1] - 13296:1
**stenographic** [1] - 13375:25
**step** [2] - 13316:5, 13375:15
**steps** [3] - 13316:6, 13322:21, 13375:16
**Steven** [2] - 13240:11, 13242:12
**Stewart** [3] - 13283:25, 13363:6, 13363:10
**sticker** [1] - 13314:13
**stickers** [2] - 13318:4, 13319:16
**stickies** [1] - 13321:5
**still** [7] - 13255:20, 13262:2, 13270:21, 13306:8, 13306:11, 13321:10, 13331:2
**stipulation** [1] - 13356:20
**stolen** [1] - 13300:15
**stop** [26] - 13298:6,

13298:7, 13299:5,
13299:6, 13301:24,
13304:9, 13305:22,
13309:9, 13310:8,
13310:9, 13310:10,
13311:16, 13311:24,
13312:11, 13312:20,
13313:6, 13313:12,
13313:20, 13314:11,
13323:1, 13324:13,
13325:22, 13341:3,
13364:24, 13365:25,
13366:4
**stormed** [2] - 13341:8,
13348:19
**storming** [2] -
13289:3, 13289:19
**straight** [1] - 13357:22
**Street** [9] - 13239:14,
13239:17, 13239:21,
13239:24, 13240:5,
13240:9, 13302:4,
13337:19, 13362:19
**strike** - 13366:19
**study** [1] - 13295:22
**stuff** [3] - 13268:23,
13318:4, 13321:11
**subject** [5] - 13250:1,
13268:16, 13271:22,
13345:4
**subsequent** [1] -
13249:9
**suggest** [2] -
13261:22, 13344:3
**suggesting** [2] -
13345:25, 13346:10
**suggestion** [1] -
13257:8
**suggests** [2] -
13259:2, 13287:11
**suit** [2] - 13257:20,
13275:9
**Suite** [2] - 13239:18,
13240:6
**super** [1] - 13317:13
**supporting** [2] -
13300:18, 13300:22
**suppose** [2] -
13245:24, 13267:2
**surely** [1] - 13249:16
**surprise** [1] -
13302:11
**surprised** [1] -
13316:21
**sustain** [8] - 13262:2,
13262:4, 13311:9,
13340:9, 13344:1,
13344:13, 13344:15,
13355:8
**sustained** [30] -

13272:19, 13277:4,
13277:6, 13277:11,
13277:23, 13277:25,
13278:8, 13280:9,
13280:14, 13281:13,
13281:18, 13284:24,
13285:8, 13286:10,
13286:19, 13287:19,
13288:13, 13288:21,
13330:20, 13335:23,
13340:7, 13341:23,
13342:23, 13343:5,
13350:23, 13353:22,
13367:13, 13367:15,
13369:14
**sweatshirt** [1] -
13310:10
**system** [2] - 13269:4,
13271:15

---

# T

**table** [2] - 13267:11,
13298:10
**talks** [1] - 13363:7
**tape** [1] - 13315:20
**Tarrio** [3] - 13242:5,
13242:15, 13283:22
**TARRIO** [1] - 13239:6
**taught** [4] - 13347:17,
13347:23, 13348:2,
13348:5
**teaches** [3] - 13347:9,
13347:10, 13347:14
**team** [7] - 13267:7,
13267:8, 13267:9,
13269:17, 13282:9,
13295:5, 13320:16
**teams** [3] - 13363:7,
13363:14
**technically** [1] -
13247:15
**technique** [1] -
13251:18
**technology** [1] -
13316:12
**Ted** [1] - 13332:3
**tee** [1] - 13259:17
**teed** [5] - 13249:6,
13249:7, 13249:8,
13249:10, 13252:14
**Telegram** [5] -
13250:11, 13254:10,
13331:18, 13363:6,
13363:10
**telephone** [1] -
13262:24
**ten** [2] - 13281:11,
13294:11
**terms** [9] - 13251:22,

13259:2, 13259:16,
13273:2, 13273:7,
13281:2, 13285:6,
13347:18, 13369:4
**terrace** [1] - 13362:7
**territory** [2] - 13274:8,
13296:17
**test** [1] - 13347:20
**tested** [1] - 13348:7
**testified** [20] -
13264:2, 13274:15,
13276:7, 13281:25,
13355:12, 13355:14,
13355:15, 13359:2,
13360:24, 13361:20,
13363:5, 13363:20,
13367:17, 13368:4,
13369:16, 13370:9,
13370:12, 13370:14,
13370:21, 13371:17
**testifies** [1] - 13363:11
**testify** [5] - 13278:10,
13293:23, 13296:1,
13335:4, 13355:19
**testifying** [6] -
13249:18, 13253:9,
13276:13, 13324:17,
13332:9, 13333:17
**testimony** [27] -
13257:7, 13275:10,
13276:20, 13278:3,
13279:1, 13291:9,
13292:7, 13324:15,
13328:11, 13328:15,
13332:8, 13332:19,
13332:24, 13333:5,
13333:9, 13336:4,
13337:13, 13359:18,
13360:25, 13361:5,
13361:15, 13361:17,
13361:18, 13361:19,
13363:2, 13369:17,
13372:10
**tethered** [1] -
13250:23
**text** [6] - 13247:14,
13283:14, 13342:15,
13343:17, 13343:19,
13368:23
**texts** [1] - 13260:1
**THE** [209] - 13239:1,
13239:1, 13239:9,
13242:2, 13242:16,
13243:7, 13243:18,
13244:1, 13244:6,
13244:13, 13244:25,
13245:5, 13246:14,
13247:18, 13248:8,
13248:10, 13249:3,
13252:3, 13252:5,

13252:11, 13252:18,
13252:25, 13253:2,
13253:4, 13253:24,
13254:4, 13254:6,
13254:9, 13254:16,
13255:11, 13255:13,
13256:6, 13257:23,
13258:4, 13258:6,
13259:14, 13260:20,
13260:23, 13261:3,
13261:13, 13261:24,
13262:6, 13262:9,
13262:12, 13262:17,
13262:19, 13263:1,
13263:22, 13263:25,
13264:5, 13264:8,
13264:11, 13264:13,
13264:15, 13264:19,
13265:4, 13265:8,
13265:13, 13265:15,
13265:19, 13265:22,
13266:2, 13266:5,
13266:7, 13266:12,
13269:22, 13271:8,
13272:19, 13273:5,
13273:11, 13273:23,
13274:5, 13274:14,
13274:17, 13274:19,
13274:24, 13277:4,
13277:6, 13277:11,
13277:14, 13277:16,
13277:23, 13277:25,
13278:8, 13279:20,
13280:9, 13280:14,
13281:6, 13281:7,
13281:13, 13281:14,
13281:18, 13283:12,
13284:24, 13285:8,
13286:10, 13286:19,
13287:19, 13288:13,
13288:21, 13290:2,
13290:10, 13290:11,
13290:21, 13291:2,
13292:2, 13292:15,
13292:20, 13292:24,
13293:5, 13298:1,
13303:10, 13303:14,
13303:16, 13303:17,
13303:22, 13303:24,
13304:1, 13304:4,
13310:25, 13311:8,
13311:11, 13315:23,
13316:1, 13316:5,
13316:7, 13317:8,
13317:12, 13317:24,
13318:8, 13318:12,
13318:21, 13319:5,
13319:21, 13320:14,
13320:17, 13321:14,
13321:19, 13321:21,
13321:24, 13322:2,

13322:5, 13325:23,
13327:14, 13330:20,
13330:24, 13331:2,
13335:23, 13340:7,
13340:9, 13340:14,
13341:23, 13342:5,
13342:23, 13343:1,
13343:3, 13343:5,
13343:8, 13343:12,
13343:14, 13343:16,
13343:24, 13344:12,
13344:20, 13344:22,
13344:24, 13345:6,
13345:9, 13345:16,
13347:3, 13347:4,
13348:4, 13348:5,
13350:4, 13350:6,
13350:23, 13353:22,
13353:25, 13354:2,
13354:21, 13355:2,
13355:5, 13356:16,
13357:10, 13357:13,
13357:16, 13357:24,
13358:2, 13358:9,
13358:13, 13358:18,
13358:20, 13358:22,
13367:13, 13369:14,
13370:3, 13371:9,
13371:12, 13371:23,
13373:13, 13373:15,
13374:3, 13374:6,
13374:24, 13375:4,
13375:10, 13375:15,
13375:17, 13375:18
**theory** [5] - 13273:9,
13276:24, 13277:2,
13277:9, 13277:19
**thereafter** [1] -
13318:14
**they've** [3] - 13248:5,
13333:2, 13341:14
**thick** [1] - 13269:25
**thinking** [2] - 13249:6,
13318:1
**Third** [1] - 13348:6
**thirteen** [1] - 13294:12
**Three** [1] - 13308:22
**three** [11] - 13289:20,
13293:14, 13294:10,
13298:22, 13304:18,
13309:19, 13326:20,
13350:1, 13352:13,
13352:16, 13352:25
**threw** [4] - 13311:19,
13326:4, 13326:18,
13335:21
**throughout** [2] -
13317:14, 13359:3
**throw** [4] - 13288:9,
13289:23, 13325:7,

13336:10
**throwing** [3] -
13290:4, 13325:21,
13345:25
**thrown** [2] - 13290:8,
13324:16
**tick** [2] - 13242:17,
13246:8
**tidy** [1] - 13266:18
**time's** [1] - 13292:11
**timeline** [3] -
13337:11, 13373:1
**timestamp** [2] -
13315:19, 13315:21,
13327:8
**timing** [1] - 13245:8
**Timothy** [1] -
13240:17
**TIMOTHY** [2] -
13239:9, 13375:23
**today** [12] - 13246:15,
13246:16, 13246:17,
13247:5, 13249:4,
13278:5, 13302:11,
13332:9, 13332:11,
13332:19, 13336:4,
13371:17
**together** [12] -
13244:8, 13257:4,
13287:5, 13295:11,
13308:18, 13349:18,
13351:5, 13351:16,
13351:20, 13351:22,
13352:11, 13353:6
**Toledo** [1] - 13278:21
**tomatoes** [3] -
13288:8, 13288:9,
13289:23
**tomorrow** [4] -
13244:5, 13246:4,
13246:9, 13246:10
**tonight** [3] - 13244:4,
13246:12, 13248:11
**took** [8] - 13282:3,
13292:6, 13292:9,
13320:24, 13321:1,
13321:6, 13335:10,
13335:12
**tool** [2] - 13253:20,
13265:16
**tools** [3] - 13265:11,
13273:9, 13277:20
**top** [6] - 13258:12,
13269:19, 13322:20,
13323:16, 13324:2,
13332:4
**topics** [1] - 13276:19
**toss** [2] - 13336:18,
13336:20
**tossed** [2] - 13325:19,

13359:13
**Total** [1] - 13285:24
**toward** [1] - 13275:8
**towns** [1] - 13278:22
**track** [1] - 13275:9
**traditionally** [1] -
13341:21
**training** [4] - 13342:1,
13345:8, 13346:18,
13347:6
**transcript** [8] -
13240:21, 13253:20,
13254:14, 13254:17,
13256:11, 13375:25,
13376:1
**TRANSCRIPT** [1] -
13239:8
**transcription** [1] -
13240:21
**transcripts** [1] -
13254:20
**traveled** [3] -
13349:25, 13350:1,
13350:25
**Travis** [1] - 13307:15
**tread** [1] - 13275:7
**Tread** [2] - 13299:23,
13300:23
**treading** [1] - 13274:8
**Trevor** [1] - 13360:9
**trial** [4] - 13263:10,
13269:12, 13317:14,
13357:1
**TRIAL** [1] - 13239:8
**tricky** [1] - 13274:6
**tried** [2] - 13259:17,
13344:7
**troy** [1] - 13307:6
**true** [3] - 13351:21,
13375:24, 13375:25
**Trump** [1] - 13300:11
**truth** [1] - 13280:6
**try** [3] - 13260:21,
13332:7, 13358:15
**trying** [23] - 13248:13,
13256:18, 13276:4,
13290:13, 13294:22,
13321:11, 13324:2,
13324:4, 13340:11,
13341:17, 13343:7,
13343:9, 13343:10,
13344:3, 13344:9,
13346:13, 13357:20,
13357:22, 13360:6,
13360:18, 13362:1,
13365:25, 13374:20
**Tuck** [3] - 13286:4,
13286:5, 13328:1
**Tucker** [1] - 13307:15
**Tucks** [1] - 13286:3

**Tuesday** [2] - 13239:6,
13276:9
**twelve** [1] - 13294:11
**twenty** [1] - 13281:16
**two** [27] - 13242:24,
13243:22, 13243:24,
13245:6, 13248:19,
13249:22, 13255:19,
13258:7, 13263:3,
13267:3, 13276:12,
13278:22, 13294:6,
13294:7, 13294:10,
13306:19, 13307:8,
13311:5, 13311:19,
13317:14, 13320:2,
13320:10, 13326:22,
13343:17, 13367:21,
13374:13
**two-by-four** [2] -
13311:19
**type** [4] - 13304:23,
13333:6, 13335:18,
13346:12
**typically** [1] - 13287:8

## U

**U.S** [7] - 13239:14,
13240:18, 13338:23,
13341:12, 13341:15,
13348:20, 13359:4
**ugly** [2] - 13289:25,
13290:4
**unable** [1] - 13279:2
**unavailable** [6] -
13354:12, 13354:21,
13354:22, 13354:24,
13355:6, 13355:8
**under** [4] - 13257:14,
13300:14, 13317:1,
13355:8
**understood** [7] -
13254:9, 13263:19,
13266:4, 13266:5,
13280:12, 13300:13,
13317:6
**unethical** [1] -
13261:9
**unfair** [1] - 13258:2
**unfamiliar** [1] -
13305:1
**unfortunately** [1] -
13314:18
**unidentified** [1] -
13308:21
**uniquely** [1] -
13284:17
**UNITED** [3] - 13239:1,
13239:2, 13239:10
**United** [7] - 13239:12,

13242:3, 13288:1,
13288:18, 13316:17,
13322:3, 13376:4
**unknown** [1] -
13279:9
**unless** [2] - 13243:14,
13291:1
**unlikely** [1] - 13260:17
**unquote** [2] -
13265:11, 13341:9
**unsure** [1] - 13373:5
**untrue** [1] - 13344:5
**up** [46] - 13242:18,
13244:12, 13245:21,
13247:5, 13248:20,
13249:7, 13249:8,
13249:9, 13249:10,
13249:13, 13249:21,
13249:24, 13250:6,
13251:8, 13252:14,
13252:23, 13259:18,
13262:24, 13263:10,
13264:20, 13266:18,
13275:7, 13284:9,
13301:6, 13301:12,
13302:20, 13312:5,
13313:16, 13318:1,
13318:4, 13320:15,
13321:18, 13325:5,
13331:4, 13336:1,
13338:13, 13338:20,
13339:5, 13346:17,
13347:18, 13360:13,
13367:6, 13367:10,
13374:7, 13374:23
**upper** [1] - 13322:21
**urging** [1] - 13288:9
**useful** [1] - 13303:6

## V

**vague** [2] - 13340:5,
13369:24
**value** [6] - 13252:1,
13252:21, 13252:24,
13257:25, 13264:16
**various** [5] -
13263:10, 13278:14,
13278:20, 13302:23,
13304:14
**versus** [2] - 13259:9,
13338:11
**VI** [1] - 13343:20
**vicinity** [2] - 13308:17,
13349:3
**victory** [1] - 13339:20
**Video** [29] - 13297:25,
13298:4, 13299:3,
13301:23, 13304:8,
13305:18, 13309:8,

13310:3, 13310:12,
13311:15, 13311:23,
13312:10, 13312:19,
13313:5, 13313:11,
13313:19, 13314:10,
13314:16, 13314:24,
13315:18, 13322:25,
13323:8, 13323:20,
13324:20, 13324:25,
13327:9, 13341:2,
13364:19, 13365:20
**video** [61] - 13253:10,
13264:3, 13264:6,
13283:14, 13297:17,
13298:2, 13299:9,
13301:22, 13302:4,
13306:7, 13306:8,
13311:14, 13312:9,
13315:21, 13322:24,
13323:18, 13325:9,
13332:17, 13339:5,
13339:8, 13339:12,
13339:19, 13339:20,
13339:22, 13339:24,
13340:6, 13340:22,
13341:5, 13348:18,
13348:23, 13357:14,
13357:19, 13357:22,
13358:2, 13358:5,
13358:6, 13358:7,
13358:10, 13359:24,
13360:3, 13360:5,
13360:11, 13360:12,
13360:18, 13360:21,
13360:24, 13361:2,
13361:14, 13361:16,
13361:24, 13363:18,
13363:20, 13365:16,
13369:3, 13370:16,
13370:18, 13370:19,
13370:21, 13371:1,
13373:25
**videos** [23] - 13282:2,
13301:19, 13302:3,
13302:6, 13302:8,
13310:18, 13320:14,
13324:16, 13327:2,
13330:2, 13332:13,
13334:1, 13334:12,
13334:18, 13335:7,
13335:8, 13336:1,
13336:5, 13336:7,
13336:22, 13349:2,
13360:15, 13369:16
**videotape** [1] -
13249:21
**view** [5] - 13251:20,
13271:16, 13296:17,
13314:20, 13325:16
**viewing** [2] - 13282:2,

13397

13303:15
**violate** [1] - 13317:19
**violated** [1] - 13261:16
**violation** [4] - 13316:11, 13318:15, 13319:18, 13343:21
**violence** [1] - 13288:16
**violent** [1] - 13287:22
**Virginia** [1] - 13356:4
**virtual** [2] - 13250:22
**virtually** [1] - 13250:11
**Vy** [7] - 13306:25, 13352:18, 13355:22, 13364:11, 13372:7, 13372:16, 13372:24

## W

**wait** [2] - 13244:24, 13304:1
**walking** [3] - 13275:7, 13275:11, 13327:24
**Walter** [1] - 13289:14
**Wang** [1] - 13332:3
**wants** [6] - 13245:10, 13263:12, 13267:5, 13279:17, 13317:16, 13374:9
**War** [2] - 13285:24, 13299:25
**Washington** [11] - 13239:5, 13239:15, 13239:25, 13240:19, 13273:16, 13281:23, 13282:14, 13282:15, 13282:21, 13282:22, 13376:5
**watch** [1] - 13323:12
**watched** [2] - 13297:18, 13348:18
**watching** [2] - 13323:10, 13365:15
**water** [7] - 13324:17, 13325:7, 13325:11, 13326:4, 13326:18, 13335:21, 13336:10
**wave** [2] - 13245:9
**ways** [2] - 13249:24, 13317:17
**wearing** [2] - 13297:5, 13304:23
**Wednesday** [1] - 13276:8
**welcome** [4] - 13262:20, 13266:16, 13322:9, 13322:10
**West** [2] - 13240:9, 13356:4

**west** [2] - 13326:5, 13362:7
**Weston** [1] - 13307:15
**Whalers** [1] - 13295:4
**white** [1] - 13295:5
**whole** [2] - 13255:15, 13268:22
**William** [1] - 13305:11
**winding** [1] - 13325:5
**window** [4] - 13338:23, 13339:9, 13339:10
**windowpane** [1] - 13311:20
**windows** [3] - 13310:5, 13334:19, 13335:8
**withdraw** [1] - 13328:12
**withdrawn** [3] - 13272:21, 13273:2, 13276:6
**Witness** [2] - 13316:6, 13375:16
**WITNESS** [12] - 13241:2, 13281:7, 13281:14, 13290:11, 13292:2, 13298:1, 13303:17, 13303:22, 13325:23, 13347:4, 13348:5, 13373:15
**witness** [22] - 13248:17, 13248:22, 13249:18, 13250:2, 13257:7, 13257:17, 13258:25, 13261:1, 13261:5, 13261:18, 13262:13, 13262:15, 13263:6, 13265:24, 13269:21, 13271:7, 13274:2, 13292:13, 13292:18, 13317:11, 13317:18, 13322:1
**witness's** [4] - 13248:23, 13253:9, 13257:3
**witnesses** [2] - 13333:15, 13354:10
**Wolkind** [2] - 13288:5, 13289:19
**Wolverines** [1] - 13296:22
**woman** [1] - 13310:20
**words** [6] - 13250:11, 13257:9, 13266:23, 13270:14, 13295:22, 13354:24
**world** [1] - 13268:6
**wow** [1] - 13343:24
**wrapped** [1] -

13248:20
**wrest** [1] - 13334:21
**writ** [1] - 13249:14
**write** [2] - 13268:18, 13268:22
**writing** [1] - 13268:15

## Y

**yards** [1] - 13326:20
**year** [1] - 13283:5
**years** [1] - 13276:12
**yellow** [2] - 13293:23, 13299:19
**yesterday** [17] - 13253:20, 13266:19, 13267:25, 13274:4, 13274:12, 13274:15, 13275:4, 13281:25, 13302:5, 13346:18, 13355:11, 13355:14, 13355:17, 13358:5, 13358:8, 13361:14, 13363:21
**yesterday's** [1] - 13256:11
**York** [2] - 13239:18, 13240:13
**young** [3] - 13310:20, 13312:22, 13334:6
**yourself** [5] - 13267:15, 13270:15, 13283:4, 13296:1, 13342:16

## Z

**Zach** [2] - 13307:11, 13362:9
**Zachary** [3] - 13242:5, 13307:23, 13331:10
**zealous** [2] - 13318:20, 13319:11
**zero** [1] - 13258:21
**zoom** [2] - 13291:17, 13291:20
**zooms** [1] - 13297:22