IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Thursday, March 16, 2023
6-DOMINIC J. PEZZOLA,             9:00 a.m.
                    Defendants.
- - - - - - - - - - - - - - - x
_____

TRANSCRIPT OF JURY TRIAL - DAY 49
*** MORNING SESSION ***
HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Nadia Moore, Esq.
                          Conor Mulroe, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111

Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

13938

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

PETER DUBROWSKI:
Direct Examination by Mr. Mulroe.................13945
Cross-Examination by Mr. Smith..................14019
Cross-Examination by Mr. Pattis.................14057

1              **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  This is Criminal Matter 21-175,

3    United States of America v. Defendant 1, Ethan Nordean;

4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;

5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.

6    Pezzola.

7              Present for the Government are Jason McCullough,

8    Erik Kenerson, Conor Mulroe, and Nadia Moore; present for

9    Defendant 1 is Nicholas Smith; present for Defendant 2 are

10   John Hull and Norman Pattis; present for Defendant 3 is

11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan

12   and Sabino Jauregui; present for Defendant 6 are Steven

13   Metcalf and Roger Roots.  Also present are Defendant 1,

14   Mr. Nordean; Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;

15   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.

16             THE COURT:  All right.  Good morning, everyone.

17             Is there anything we need to take up before we

18   bring in the jury?

19             All right.  Seeing nothing, Ms. Harris, will you

20   go ahead and retrieve the jury.

21             And I'll ask the Government to call its next

22   witness.

23             (Brief pause.)

24             (Peter Dubrowski resumed the witness stand.)

25             THE COURT:  While we're waiting, Mr. Pattis, can I

1    ask you -- I just noticed, again -- I didn't go back and

2    check this, but I still have you for a status at 4 -- at

3    10:30 tomorrow.  Have you chatted with the Government about

4    a continuance or what you want to do?

5            MR. PATTIS:  I have, and it was my understanding

6    that my colleague was going to file something, and I'll

7    check on that at lunchtime.

8            THE COURT:  If you want to just -- I mean, I can't

9    recall whether the assigned prosecutor of the case is on

10   this team or not on this team.

11           MR. PATTIS:  No, it's not, and I'm reluctant to

12   use their name without --

13           THE COURT:  Right.

14           MR. PATTIS:  -- them being present in the room.

15   But I can represent to you that I spoke to them two nights

16   ago.  We have received a plea agreement that I'm going to

17   discuss with my client.  We talked about continuing this

18   case to either February [sic] 17th or 18th.  We chose two

19   dates because we weren't sure what the Court's schedule was,

20   and we wanted to pick something that was foreseeably beyond

21   this date.  And I'd ask the Government whether it would

22   consent to filing the motion this time itself, and I was

23   told it would.  So I --

24           THE COURT:  Okay.

25           MR. PATTIS:  I'll double-check it, but it is by

1    consent.

2                THE COURT:  Okay.

3                MR. PATTIS:  And we would -- and the only

4    question, then, that we both wondered is whether the

5    defendant would have to appear.  And I said that I recalled

6    your saying last time around that he would because the CARES

7    Act had expired, and if we were going to enter into a plea,

8    his physical presence was required.  That was my

9    recollection.

10               THE COURT:  Okay.  So bottom line is I'll get a

11   motion today?

12               MR. PATTIS:  Yeah, I'll check on it at the lunch

13   break.

14               THE COURT:  Okay.  Perfect.

15               Mr. Roots, did you want to be heard on the phone?

16               (Bench conference:)

17               MR. ROOTS:  Yeah, just --

18               (Return from bench conference.)

19               THE COURT:  Hold on one second.  Mr. Roots, we

20   don't have Ms. Harris here to put on the husher.  So we'll

21   just have to wait until --

22               MR. ROOTS:  Okay.

23               THE COURT:  There's no other way around it.

24               MR. MCCULLOUGH:  Court's indulgence just to --

25               (Brief pause.)

```
 1                      Thank you, Your Honor.
 2                      (Brief pause.)
 3                      THE DEPUTY CLERK:  Jury panel.
 4                      (Jury returned to jury box.)
 5                      THE COURT:  All right.  Everyone may be seated.
 6                      Welcome back, ladies and gentlemen.
 7                      If I can just have counsel at sidebar for one
 8        brief moment.
 9                      (Bench conference:)
10                      THE COURT:  Mr. Roots?
11                      MR. ROOTS:  Yeah, thank you.
12                      I'm probably not the right lawyer to make this
13        argument, but because this new witness is already on the
14        stand, obviously -- I believe there was a motion to -- for
15        some directed recross by Mr. Smith yesterday and then there
16        was lots of discussion about the Government needing -- the
17        Government was going to provide the Cellebrite or the
18        technological proof that Agent Miller's statements were
19        based on some new knowledge that she had, and my
20        understanding is they have not provided that.  So I think
21        that Ms. Miller needs to be back on the stand for some
22        recross.
23                      THE COURT:  Mr. Roots, first of all, the parties
24        to whom -- for whom that has -- I mean, that's why I asked
25        the question.  And I'll just say the parties pertaining to
```

```
 1    those issues haven't raised that issue.  And so we're going
 2    to proceed with this witness.
 3                  (Return from bench conference.)
 4              THE COURT:  Mr. Mulroe, you may proceed.  The
 5    Government should call its next witness.
 6              MR. MULROE:  Thank you, Your Honor.  The United
 7    States calls Agent Peter Dubrowski.
 8              THE COURT:  All right.  And I see we have another
 9    demonstrative.  Is there a -- is this the same one --
10              MR. MULROE:  It's the same from his last
11    testimony, Your Honor.
12              THE COURT:  Okay.
13              THE DEPUTY CLERK:  Your Honor, is Mr. Dubrowski
14    still under oath?
15              THE COURT:  Yes.  Agent Dubrowski, you remain
16    under oath.
17              THE WITNESS:  Understood.  Thank you.
18              MS. HERNANDEZ:  Your Honor, the defense cannot see
19    the demonstrative.  I know, at other times, you've post- --
20    you put it up on an easel in the back.
21              MR. MULROE:  And as I said, Your Honor, this is
22    the same one and I've provided copies to defense counsel.
23              THE COURT:  All right.  Very well.  I mean, you
24    have a copy of it; correct?
25              MS. HERNANDEZ:  I understand, but if there's
```

13944

1    something that's going to be done during the --

2              MR. MULROE:  Your Honor, I can represent we will

3    not be manipulating or doing anything else to the

4    demonstrative.

5              THE COURT:  All right.  There we go.  And if they

6    do, I would pause the proceedings to allow any counsel who

7    needed to see what was being done --

8              MS. HERNANDEZ:  So --

9              THE COURT:  -- was done, but it's not being done.

10   So you may proceed, Mr. --

11             MS. HERNANDEZ:  The last time --

12             THE COURT:  -- Mulroe.

13             MS. HERNANDEZ:  -- we were there, I had put some

14   stickies on the demonstrative --

15             THE COURT:  Ms. Hernandez, please.  Please,

16   there's -- if there's no objection and -- the Government is

17   saying they're not going to do anything to the

18   demonstrative.

19             MS. HERNANDEZ:  Well, there is an objection,

20   because the last time this exhibit was before the jury, I

21   had put some stickies on it --

22             THE COURT:  Right.

23             MS. HERNANDEZ:  -- and they're gone.

24             THE COURT:  What is your objection right now,

25   Ms. Hernandez?

1          MS. HERNANDEZ:  This is not the same -- this is

2     not in the same format as the last time this exhibit was

3     before the jury.

4          THE COURT:  Your objection is overruled.

5          You may proceed.

6          MR. MULROE:  Thank you, Your Honor.

7                      DIRECT EXAMINATION

8     BY MR. MULROE:

9     Q.  Good morning, Agent.

10    A.  Good morning.

11    Q.  Now, last time you were with us testifying about the

12    Telegram chats and other communications, remind us, was

13    there a particular date at which your testimony concluded?

14    A.  Midnight on January 6th.

15    Q.  And then on the day of January 6th itself, did the

16    defendants and other members of the chats remain active in

17    those chat groups?

18    A.  Yes.

19    Q.  Is it your understanding that for the time period from

20    the morning until, kind of, while the riot was taking place,

21    that Agent Miller's testimony covered those messages?

22    A.  Yes.

23    Q.  Did you review other messages starting on January 6th,

24    sort of, at the -- while the riot was wrapping up and

25    continuing forward from there?

1    A.  Yes.

2    Q.  Did some of the same Telegram chat groups stay active

3    during that time frame?

4    A.  They did.

5    Q.  Did the Ministry of Self-Defense leaders group stay

6    active?

7    A.  It did.

8    Q.  Did the Ministry of Self-Defense members group stay

9    active?

10   A.  It did.

11   Q.  Did the Boots on Ground group stay active --

12   A.  It did.

13   Q.  -- for a period of time?

14   A.  Yes.

15   Q.  And some of the others, as well?

16   A.  Yes.

17   Q.  All right.  Agent, I'd like to walk you through some of

18   the messages following the attack on the Capitol.  And to do

19   that, let me ask first -- we saw a series of exhibits during

20   your first testimony; is that correct?

21   A.  Yes.

22   Q.  Did you review another set of exhibits that was prepared

23   for use during your second piece of testimony here?

24   A.  I did.

25              MR. MULROE:  And, Your Honor, and Madam Deputy,

1    and defense counsel, I'm going to run through a list of

2    exhibits.   These are the ones that were discussed already.

3    BY MR. MULROE:

4    Q.   But, Agent, have you reviewed, in preparation for your

5    testimony, exhibits that are marked Government

6    Exhibit-500-88, 500-91, 500-92, 500-94, 500-97, 500-98,

7    500-104, 500-105, 500-107, 509-39, 509-41, 509-42, 510-48,

8    510-50, 510-51, 510-52, 512-13, 512-18, 512-19, 514-58,

9    514-59, 514-60, 514-61, 515-4, 515-6, 532-2, 544-3, 544-4,

10   545-3, 547-7, 547-8?   You review all those exhibits?

11   A.   Yes.

12   Q.   And to the best of your knowledge, does each of those

13   exhibits fairly and accurately depict messages from the

14   Telegram and other chat groups that you reviewed as part of

15   the investigation?

16   A.   Yes.

17   Q.   Now, Agent, were the defendants' social media pages

18   still active after January 6th?

19   A.   Certain of them, yes.

20   Q.   And did you review a limited set of exhibits depicting

21   posts or other content from the defendants' Parler accounts?

22   A.   Yes.

23   Q.   Do those exhib- -- do those include exhibits marked

24   600-64, 600-66, 600-70, 600-72, 600-75, 600-76, 601-41,

25   602-52, 602-53, 602-58, and 603-64?

1    A.   Yes.

2    Q.   And did each of those exhibits fairly and accurately

3    depict Parler content from the accounts belonging to some of

4    these defendants in the time period following the riot on

5    January 6th?

6    A.   Yes.

7              MR. MULROE:  Your Honor, at this time, pursuant to

8    the Court's prior rulings and subject to any other

9    objections they might raise, we would move to admit all

10   those exhibits.

11             THE COURT:  All right.  They'll be --

12             MS. HERNANDEZ:  Subject to the prior objections,

13   Your Honor.

14             THE COURT:  All right.  Subject to prior

15   objections and any other objections a defendant may make,

16   they'll be conditionally admitted.

17   BY MR. MULROE:

18   Q.   Agent, I want to pick things up in the late

19   afternoon/early evening of January 6th.

20             MR. MULROE:  Madam Deputy, could we have the

21   podium for the witness and the jury, please.

22             (Brief pause.)

23             Court's indulgence one moment.

24             (Brief pause.)

25   BY MR. MULROE:

1    Q.  So Agent, I'm showing you 512-13.  And just to reorient

2    us to the chats, which group are we in here?

3    A.  This is the Boots on Ground chat.

4    Q.  And remind us.  What was the Boots on Ground chat?

5    A.  It was a chat that was created shortly before

6    January 6th following Mr. Tarrio's arrest.  It was meant to

7    group together all of the Proud Boys who were present in

8    D.C. for January 6th.

9    Q.  Did Boots on Ground include a number of members of the

10   Ministry of Self-Defense?

11   A.  Yes.

12   Q.  Did it include any other people beside MOSD members?

13   A.  It did.

14   Q.  Some other Proud Boys?

15   A.  Yes.

16   Q.  What's the date of the exhibit we see, 512-13?

17   A.  This is on January 6th, 2021.

18   Q.  And at the time that the messages begin, 5:07:44 p.m.,

19   are you generally aware of what the state of affairs was on

20   the Capitol grounds at that time?

21   A.  Yes.  The building was being cleared.

22   Q.  Walk us through the messages, please, beginning at

23   5:07:44?

24   A.  Sure.  At 5:07:44, Captain Trump, who is Zachary Rehl,

25   says "Can't get back into the area."

1    Then there's an empty message from El Jefe.

2    Then at 5:08:28, Captain Trump says "Males" --

3    which I read as "makes" -- "sense.  We all did literally

4    take the Capitol building.  LOL.  That was not what I

5    expected to happen today," with a crying/smiling emoji.

6    "All from us showing up and starting some chants and getting

7    the normies all riled up."

8    Q.  And you've mentioned Ministry of Self-Defense.  Remind

9    us.  Was there a leadership structure in place in MOSD that

10    was evident from your review of the chat groups?

11    A.  Yes.

12    Q.  And you don't need to give us every detail of it, but

13    generally speaking, what did that leadership structure

14    consist of?

15    A.  Generally speaking, MOSD was divided into a marketing

16    team, which was on top of the pyramid.  That was Enrique

17    Tarrio, Joe Biggs, and Ethan Nordean.  Underneath that,

18    there was an operations team.  That was John Stewart, Zach

19    Rehl, and a third Proud Boy.  And below them, there were

20    regional leaders who managed other stuff.

21    Q.  So in the time period following the attack on the

22    Capitol, did any of the MOSD leaders address the group about

23    what happened?

24    A.  Yes, several did.

25    Q.  I'm showing you first Exhibit-510-50.  So which chat

13951

1    group are we in?

2    A.  This is the MOSD members chat.

3    Q.  And what date is this exhibit?

4    A.  This is January 7th, 2021.

5    Q.  Read for us, please, just the first two messages on this

6    exhibit starting at 1:13:10 p.m.

7    A.  Sure.  At 1:13, a member with the name Michael Priest

8    says "@NobleLead" -- who's Enrique Tarrio -- "need to

9    speak."

10          And then at 1:13:49, PDX Sergeant says "Yeah, a

11   good pick-me-up would be good for the boys."

12   Q.  Following this exchange, Agent, did Enrique Tarrio, in

13   fact, address the boys in the Ministry of Self-Defense?

14   A.  Yes.

15   Q.  Showing you 510-51.  Are we still on January 7th?

16   A.  We are.

17   Q.  Pick us up at 1:41:27, please.

18   A.  Enrique Tarrio says "Okay, motherfuckers."

19          A member named NH Prez Warlock says question mark.

20          Tarrio then says "Proud of y'all."

21          NH Prez Warlock says "Uhuru."

22          Tarrio says "But we're going to be the fuck dolls

23   of the government for a little."

24          And then Noble Beard the Immortal, who's Jeremy

25   Bertino, says "Yeah, that we are.  The decision not to wear

1    colors was the best one this organization has ever made."

2           After that, President Elect Leo Kuznetsov says "I

3    thought we already were."

4           Michael Priest then says "@NobleLead" -- Tarrio --

5    "we need to speak in Miami."

6           And then Tarrio says "Let's chill out for a sec

7    while we reassess."

8    Q.  Other than Enrique Tarrio telling the group "Proud of

9    y'all," did any of the other MOSD leaders express pride

10   about what happened on January 6th?

11   A.  Yes.

12   Q.  Showing you 510-52.  Are we in the same chat here?

13   A.  Yes.

14   Q.  On the same day?

15   A.  Yes.

16   Q.  Just about an hour later after the ones we just saw?

17   A.  Yes.

18   Q.  Start us at 2:47:24, please, with the message from

19   E-Geezy.

20   A.  E-Geezy says "Have faith, brothers.  We did our part

21   yesterday.  POYB U.S."

22          Then there's a laughing emoji from a member named

23   Kbsman2, an empty message from Joshuas Maxstud.

24          And then Zach Rehl says "I find this hard to

25   believe now.  I'm proud as fuck what we accomplished

1    yesterday, but we need to start planning, and we are

2    starting planning, for a Biden presidency."

3    Q.  Let me ask you, Agent.  Overall, in your review of all

4    these chats -- you showed us Tarrio saying "Proud of y'all"

5    to the members.  Did you see any messages anywhere where he

6    expressed disapproval for what any member of MOSD did on

7    January 6th?

8    A.  Not that I can think of, no.

9    Q.  And you showed us Zachary Rehl saying he was "proud as

10    fuck at what we accomplished."  Did you see any messages

11    where Zachary Rehl expressed disapproval of what any of the

12    members of the group had done on January 6th?

13          MR. PATTIS:  Objection.  Argumentative.  May we be

14    heard, Judge?

15          (Bench conference:)

16          MR. PATTIS:  It's assuming a fact not in evidence.

17    "What we did"?  The allegation that the Government is

18    seeking to prove was that there was a conspiracy, the

19    conspiracy resulted in the violence, and that's what they're

20    here to prove.  This last question and the question before

21    it assumes that fact has been proven and established.  So

22    I'd ask the Government -- or I would ask the Court to direct

23    the Government to rephrase that question.  And it might be

24    rephrased along the lines "disapproval of what occurred,"

25    but what they did and what they accomplished is assuming the

1    fact to be proven here.

2            THE COURT:  I mean, it -- is your objection to the

3    phrase "members of the group"?

4            MR. PATTIS:  "What we accomplished" -- what they

5    did that -- the inference that they've -- they had a -- they

6    had done something that day.  We will argue that the

7    group -- that there was a riot that day, but they -- and

8    they were -- that they were free rioters in that, but they

9    didn't accomplish it; they didn't plan it; and I think that

10   this is assuming a fact to be proven in this case, the

11   central fact.

12           THE COURT:  I mean, I think the, you know -- what

13   members of the group had done -- that -- I mean, they all

14   did things that day; right?  Now, the question is whether

15   they did them as a group or did them -- I mean, that's the

16   central question, whether there --

17           MR. PATTIS:  Correct.

18           THE COURT:  -- was a conspiracy.

19           MR. PATTIS:  And I think they -- and I think --

20           THE COURT:  So --

21           MR. PATTIS:  -- these questions are bordering on

22   argumentative.

23           THE COURT:  I don't --

24           MS. HERNANDEZ:  I'm sorry.  Also -- this is Carmen

25   Hernandez for Mr. Rehl.  This -- except for Mr. Rehl, the

1    other three people, as far as I know, were not there.  So

2    when Mr. Rehl says "what we accomplished," it's not clear

3    what he's talking about.  So on that -- the vagueness of the

4    question, I also object.

5           THE COURT:  Okay.

6           MS. HERNANDEZ:  And I wanted to ask one question

7    of the Court.  Obviously, I've objected to all of these on

8    hearsay grounds, the -- not what my client said but what

9    others said, because this is -- as I have -- for two

10   reasons: I don't believe the Government has proved the

11   conspiracy; and, two, some of these statements are after the

12   conspiracy.  But what -- I just want the record to be clear,

13   the Court does not -- my objections are preserved.  I don't

14   need to object as each of these come up.

15          THE COURT:  Correct.  Your objections are

16   preserved.

17          Mr. -- I think Mr. Pattis has a point, I guess, in

18   terms of what -- I think to say -- if you rephrase the

19   question as "members of the group," then I think we're clear

20   of any objection.

21          MR. MULROE:  Your Honor, at this point, I don't

22   even remember how the question was phrased.  I would note

23   that Zachary Rehl says "what we accomplished."

24          THE COURT:  Right.  I just happen -- I understand

25   that.  I happen to have the realtime.  So I think you just

13956

1    said, "What the group accomplished."  I -- the objection, as

2    I understand it, is alleviated if you just rephrase the

3    question as what members of the group accomplished or did.

4              I mean, the reality is they all did things that

5    day, Mr. Pattis.  So asking about what the members of the

6    group did, I think, is fair, but I take your very delicate

7    objection.

8              MR. PATTIS:  Thank you, Judge.

9              THE COURT:  All right.

10             (Return from bench conference.)

11   BY MR. MULROE:

12   Q.  So Agent, in your review of all the Telegram chats, did

13   you find any instances of Zachary Rehl expressing any

14   disapproval for what any members of the group had done on

15   January 6th?

16   A.  No.

17   Q.  What about Ethan Nordean?  Any suggestion that he didn't

18   like the things that members had done?

19   A.  No.

20   Q.  What about Biggs?

21   A.  No.

22   Q.  And Dominic Pezzola, not a leader of the group; correct?

23   A.  Correct.

24   Q.  Any expressions of regret or disapproval from him?

25   A.  No.

1    Q.  Outside of the Ministry of Self-Defense chats, was there

2    any similar type of expressions in any of the other Proud

3    Boys group chats you saw?

4    A.  Yes.

5    Q.  Showing you 514-58.  Remind us.  What is this chat?

6    A.  This is the Official Presidents chat.  It's a large

7    Telegram chat for presidents of individual Proud Boys

8    chapters.

9    Q.  And what's the date and time of this message?

10   A.  This is January 7th, 2021, at 3:12 in the morning.

11   Q.  Kind of late night following the riot?

12   A.  Yes.

13   Q.  What does Enrique Tarrio send to Proud Boys presidents

14   at that time?

15   A.  He says "Well, we made some noise today."

16   Q.  Agent, I want to walk through some other post-riot

17   statements and do this, kind of, defendant by defendant.  So

18   let me ask you first regarding Enrique Tarrio.  Was he

19   active on Parler after the attack on the Capitol?

20   A.  Yes.

21   Q.  Showing you first Government Exhibit-600-64.  We have

22   Parler posts here?

23   A.  Yes.

24   Q.  What's the date and time?

25   A.  This is on January 6th, 2021, at 11:14 at night.

1    Q.  And at 11:14, did he post a video?

2    A.  He did.

3            MR. MULROE:  Play the video.

4            (Video played.)

5    BY MR. MULROE:

6    Q.  Agent, were you able to tell who is pictured in the

7    video?

8    A.  Yes.  That's Enrique Tarrio.

9    Q.  Was there a caption posted to Parler with this video?

10   A.  Yes.

11   Q.  What does the caption say?

12   A.  "Premonition."

13   Q.  Showing you 600-66.  Another Parler post?

14   A.  Yes.

15   Q.  Date and time?

16   A.  January 7th, 2021, at 11:55 a.m.

17   Q.  Please read us what Tarrio posted to Parler at that

18   time.

19   A.  "The pressure from the media, the communist left, and

20   the establishment right are going to come down on you.

21   You're not wrong.  Never apologize.  You are the resistance.

22   You are precious.  You are hope.  I am with you.  We're all

23   with you.  You make this country great.  Never stop

24   fighting."

25   Q.  Had we seen references to fighting earlier in Tarrio's

1    communications?

2    A.  Yes.

3    Q.  Showing you 600-72.  Still in Parler?

4    A.  Yes.

5    Q.  What's the date and time of this post?

6    A.  January 9th, 2021, at 3:41 in the morning.

7    Q.  Read us the post, please.

8    A.  "Biden isn't preaching unity.  He's preaching

9    acceleration and gulags.  His war was never on Trump.  His

10   war was always about us.  The president was just in the way.

11   As crazy as the 6th was, it shows don't fucking tread on

12   us."

13   Q.  And then, Agent, we see the word "deleted" in brackets

14   at the end of that post.  What does that mean?

15   A.  That means the Parler records indicated that post had

16   been deleted.

17              MR. SMITH:  Objection.  Misstates the testimony.

18              THE COURT:  Let me hear you at the phones.

19              (Bench conference:)

20              MR. SMITH:  Your Honor, the first point is this is

21   not within the scope of Mr. Dubrowski's testimony.  He's

22   testified that he doesn't -- he has no technical awareness

23   of what deletions mean.  He testified that in his first

24   round of testimony.  He -- second, it's -- that's --

25   Officer -- the Government's witness, Cain, did not testify

 1   that this means it's deleted.  That wasn't the testimony.

 2   So it's outside the scope.  It's inconsistent with what

 3   Dubrowski testified before.

 4          THE COURT:  Well --

 5          MR. MULROE:  Your Honor --

 6          THE COURT:  Well --

 7          MR. MULROE:  Your Honor --

 8          THE COURT:  Go ahead, Mr. --

 9          MR. MULROE:  So I think Mr. Smith is confused.

10   These are Parler records.  These are not extracted from

11   phones.  These are obtained by legal process to the provider

12   and the provider sends us records, as Mr. Smith has seen,

13   that tells you whether it's deleted or not.  It says

14   "Deleted."  The records -- Agent Camiliere testified about

15   that.  That's accurate.  It's within the scope.

16          THE COURT:  All right.  The objection's overruled.

17   You may proceed.

18          (Return from bench conference.)

19   BY MR. MULROE:

20   Q.  So what does that "Deleted" mean, Agent?

21   A.  It means this post was deleted.

22   Q.  I'm showing you 600-75.  What's the date and time?

23   A.  January 9th, 2021, at 3:28 in the afternoon.

24   Q.  What does Enrique Tarrio post to Parler at that time?

25   A.  "I'm not denouncing shit.  I'm done denouncing anything

13961

1    on the right.  I'm done giving concessions.  Not a single

2    ounce of virtue signaling will be shown.  So you can fuck

3    right off.  Denounce this dick."

4    Q.  Let me ask you next about Ethan Nordean.  I'm showing

5    you 514-60.  Which chat are we in?

6    A.  This is in Official Presidents chat.

7    Q.  What's the date?

8    A.  January 11th, 2021, at 4:59 in the afternoon.

9    Q.  What does Ethan Nordean send to the presidents chat at

10   that time?

11   A.  "I might get arrested when I land, but I regret

12   nothing."

13   Q.  Now, Agent, are you aware of Ethan Nordean's travel

14   arrangements following January 6th?

15   A.  Yes.

16   Q.  What was happening on January 11th around 5:00 p.m.?

17   A.  He was flying back to Seattle.

18   Q.  In the extraction of Ethan Nordean's cell phone, were

19   any video files recovered?

20   A.  Yes.

21   Q.  Did any of those video files discuss January 6th?

22   A.  Yes.

23   Q.  And did any of those video files express feelings about

24   what happened on January 6th?

25   A.  They did.

13962

```
1    Q.  I'm going to come back to those in a bit, Agent.
2             I want to move on next to Joe Biggs.  Now, remind
3    us -- you may have testified before, but did the FBI ever
4    get its hands on the phone that Joe Biggs was using on
5    January 6th?
6    A.  No.
7    Q.  Did the FBI get a copy of a Google cloud backup account
8    belonging to Biggs?
9    A.  We did.
10   Q.  And did that account contain any multimedia files
11   created by Biggs or depicting Biggs after January 6th?
12   A.  Yes.
13   Q.  Tell us about that.
14   A.  We located a podcast by Joe Biggs that was saved on his
15   Google drive.
16   Q.  Do you happen to remember the name of the -- the file
17   name of the podcast?
18   A.  Yes.
19   Q.  What was it?
20   A.  "Civil War."
21   Q.  About -- well, let me ask you first, did you review the
22   "Civil War" podcast file?
23   A.  Yes.
24   Q.  About how long was it?
25   A.  It's just over an hour.
```

1    Q.  And what's the general format of it?

2    A.  It's a conversation between him and one other

3    individual.

4    Q.  Did you review clips from the entire podcast that were

5    prepared for exhibits today?

6    A.  Yes.

7    Q.  And did those include the following clips?  611B, 611C,

8    611D, 611H, 611J, 611K, 611L, and 611M.

9    A.  Yes.

10   Q.  Each of those clips fairly and accurately depict

11   portions of the podcast video recovered from Joe Biggs's

12   Google account?

13   A.  Yes.

14            MR. MULROE:  Your Honor, at this time, and

15   pursuant to prior ruling, we would move to admit those

16   clips.

17            THE COURT:  All right.

18            MS. HERNANDEZ:  Your Honor, Mr. Rehl would object

19   and request a limiting instruction.

20            THE COURT:  The objection's overruled and --

21            MS. HERNANDEZ:  I think the --

22            THE COURT:  -- you may proceed.  The -- and the

23   clips will be admitted.

24            MR. MULROE:  And, Your Honor, I would just ask, to

25   move things along a little more smoothly, Ms. Hernandez's

1    objections are --

2              MR. PATTIS:  Objection.  Decorum, Judge.

3              MR. MULROE:  They are preserved for the record.

4              THE COURT:  Mr. Pattis -- let me just hear counsel

5    at sidebar for one moment.

6              (Bench conference:)

7              THE COURT:  Ms. Hernandez, I've already said your

8    objections are preserved and, actually, I was going to say

9    this before anyway, but in order to make absolutely sure

10   that's the case, you -- I think Mr. Nordean -- everything

11   that he had laid out as an objection, we talked about.  With

12   regard to yours, if you want to go ahead and put on the

13   record somewhere -- make a part of the record the document

14   you filed with the various objections, I think that makes

15   sense because I -- as of right now, that's not technically

16   part of the record, but requesting limiting instructions --

17   we've been around and around and around this.  And so

18   it's -- it is inappropriate for you to jump in and request a

19   limiting instruction in the middle of this direct

20   examination when we've been through this 100 times and I've

21   expressed repeatedly that I will give you a limiting

22   instruction as to certain of these statements.  But the fact

23   that a particular statement is coming in because it's

24   another defendant's statement, that doesn't get you the

25   limiting instruction automatically.  Again, we've been

1    around and around this.  But there's no reason for you to

2    interject in the middle of the direct.

3            MS. HERNANDEZ:  So Federal Rule of Evidence 105

4    requires the Court to give a limiting instruction at the

5    time.  I -- this particular set of exhibits is to

6    Mr. Biggs's podcast.  If the Court will recall, the Court

7    gave a limiting instruction with respect to Mr. Bertino's

8    podcasts.  So again, under Rule 105, I need to ask for the

9    limiting instruction at the time that the evidence is being

10   introduced.

11           THE COURT:  Is there -- I guess we have treated

12   certain types of -- so -- all right.  Look, let's put it

13   this way.  It's -- is -- we'll take this up at the next

14   break and I will identify these pod- -- if you want, we'll

15   carve out just like we carved out the other podcasts -- I

16   can't remember which defendant it was --

17           MS. HERNANDEZ:  It was Bertino.

18           THE COURT:  -- Bertino -- and say they are -- and

19   I'll give the exact same instruction; that they're --

20   that -- I think that is correct, although I'll just have --

21   at a break, the Government should look and see, these

22   particular statements, when they were given, whether they

23   agree that limiting instruction is appropriate.

24           MS. HERNANDEZ:  And, Your Honor, I think the

25   objection that Mr. Smith made was to decorum because

1    Mr. Mulroe was about to do a speaking objection which the

2    Court has indicated is inappropriate.

3              THE COURT:  It was -- I'll give -- it was

4    Mr. Pattis, and I don't think -- I mean, he was going to

5    respond to what you had said.  So I don't think there was

6    any decorum violation at that point.

7              But, Mr. Pattis, what did you want to say?

8              MR. PATTIS:  Only -- I did the "decorum" thing not

9    out of any disrespect for Mr. Mulroe, but I think we're all

10   tired, a little chippy, and a little bit on edge, and I

11   think we are verging into speaking objections.  So I made

12   that -- I did that because, frankly, I'm a drunk at the bar

13   and if we're going to have speaking objections, I'm going to

14   start having fun in here, and I don't think that anyone

15   wants that to happen.

16             THE COURT:  No, we don't want you to have fun,

17   Mr. Pattis.  That's for sure.

18             (Laughter.)

19             All right.  So look, if -- again, if there's

20   something special about these, we'll talk about a limiting

21   instruction and whether that's appropriate at a break.

22             But, Mr. Mulroe, you may proceed.

23             (Return from bench conference.)

24   BY MR. MULROE:

25   Q.  All right.  Agent, let's get to the "Civil War" clips

1    starting with 611B.

2                    (Video played.)

3    BY MR. MULROE:

4    Q.  Podcast continue from there, Agent?

5    A.  Yes.

6    Q.  Showing you 611C.

7                    (Video played.)

8                    MR. MULROE:  Showing you next 611D.

9                    (Video played.)

10   BY MR. MULROE:

11   Q.  Agent, are you aware generally of other communications

12   you've reviewed making reference to the founding fathers of

13   the country?

14   A.  Yes.

15   Q.  Showing you 611H.

16                   (Video played.)

17                   MR. MULROE:  Showing you next 611J.

18                   MS. HERNANDEZ:  Your Honor, could we have a --

19   (indicating.)

20                   (Bench conference:)

21                   MS. HERNANDEZ:  I'm sorry.  Does the Court

22   understand that that other person is some radio personality

23   that's not a member of the Proud Boys?  The other person in

24   that video.

25                   THE COURT:  I don't have any understanding.  I

 1    just rule on objections.

 2              MS. HERNANDEZ:  Well --

 3              THE COURT:  All right.  Ms. Hernandez, what is it?

 4              MS. HERNANDEZ:  I -- this is a very prejudicial

 5    video -- set of videos.  I understand the Court ruled.  I

 6    just think, as it comes out, it's even clearer, the 403

 7    prejudice --

 8              THE COURT:  I'm sorry.  We --

 9              MS. HERNANDEZ:  -- the 403 prejudice is --

10              THE COURT:  We've all --

11              MS. HERNANDEZ:  -- even clearer.

12              THE COURT:  You all have had these -- we've had

13    these clips a long time, Ms. Hernandez.

14              MS. HERNANDEZ:  And --

15              THE COURT:  The Government may proceed.

16              MS. HERNANDEZ:  Okay.

17              (Return from bench conference.)

18    BY MR. MULROE:

19    Q.  I think we were about to play 611J, Agent.

20              (Video played.)

21    BY MR. MULROE:

22    Q.  Did Joe Biggs use the phrase "stand up" there?

23    A.  Yes.

24    Q.  Said "It could be a figurative."  He's not sure what it

25    means?

1    A.  Yes.

2    Q.  Playing you 611K.

3            (Video played.)

4            MR. MULROE:  Playing 611L.

5            (Video played.)

6            MR. MULROE:  Lastly, Agent, playing 611M, as in

7    "Michael."

8            (Video played.)

9    BY MR. MULROE:

10   Q.  That phrase at the end there, Agent, "That's the time to

11   stand up," is that the same phrase, "stand up," that he used

12   earlier?

13   A.  Yes.

14   Q.  I want to move on from the podcasts and move on from Joe

15   Biggs to Zachary Rehl.  Did you review communications and

16   social media activity by Zachary Rehl following January 6th?

17   A.  Yes.

18   Q.  Showing you 545-3.  What type of communication do we

19   have here?

20   A.  These are direct texts between Mr. Rehl and a contact

21   saved in his phone as Mom.

22   Q.  What's the date?

23   A.  January 6th, 2021.

24   Q.  And had we seen texts between Zachary Rehl and Mom in

25   your first testimony?

1  A.  Yes.

2  Q.  References to Proud Boys and the -- November rally?

3  A.  Yes.

4  Q.  Tell us, please, the messages that are exchanged between

5  Zachary Rehl and Mom the evening of January 6th.

6  A.  At 7:52, Mom says "You okay, sweetheart?"  With some

7  emojis.

8          And then at 9:25, Rehl says "I'm okay,"

9  exclamation mark.  "Seems like our raid of the Capitol set

10  off a chain reaction of events throughout the country.  I'm

11  so fucking proud."

12  Q.  What's the word he used to describe what they did at the

13  Capitol?

14  A.  A "raid."

15  Q.  And what's the word he used to describe his feelings

16  about that?

17  A.  "Proud."

18  Q.  Showing you 602-52.  What do we have here?

19  A.  This is Mr. Rehl's Parler account.

20  Q.  What's the date of the post?

21  A.  January 6th, 2021.

22  Q.  And what does Zachary Rehl post to his Parler account at

23  6:18:51 p.m. the evening of the 6th?

24  A.  So at 6:18, he posts a photo looking towards the

25  National [sic] Monument taken from what appears to be inside

1    the restricted area at the Capitol, and then after that --

2                MS. HERNANDEZ:  Objection to "what appears to be,"

3    Your Honor.

4                THE COURT:  Overruled.

5                THE WITNESS:  And then after that, he posts a

6    caption for the picture.

7    BY MR. MULROE:

8    Q.  What is the caption?

9    A.  "This is what patriotism looks like.  Today was indeed a

10   historical day, for sure.  I will never forget this for as

11   long as I live.  Keep the fight up, America.  When

12   government fears its people, you have freedom; when people

13   fear government, you have tyranny."

14   Q.  And any indication in the Parler records what, if

15   anything, happened to that post after he posted it?

16   A.  It was deleted.

17   Q.  Deleted?

18   A.  Yes.

19   Q.  Showing you 602-53.  More Parler activity by Zachary

20   Rehl?

21   A.  Yes.

22   Q.  What's the date and time?

23   A.  This is January 7th, 2021, at 3:08 in the morning.

24   Q.  What does he post on the early morning of the 7th?

25   A.  He says "Some dumbass thinks that today wasn't a

1    historical day.  Shut up, child.  Maybe you will learn to

2    take a history class.  Otherwise, STFU.  Seriously, stop

3    being an idiot."

4    Q.  And does he post a video after that?

5    A.  Yes.

6              MR. MULROE:  Playing the video.

7              (Video played.)

8    BY MR. MULROE:

9    Q.  Now, remind us, Agent.  Being a Parler post, is this --

10             (Video played.)

11             MR. MULROE:  Apologies.

12   BY MR. MULROE:

13   Q.  Being a Parler post, is this a private communication or

14   a public communication?

15   A.  Public.

16   Q.  Any further content on Parler following the video from

17   Zachary Rehl?

18   A.  Yes.  At 3:22, he says "It all started over a USA chant.

19   I love this country.  The silent majority is no longer

20   silent."

21   Q.  Showing you 509-39.  Which chat group are we in?

22   A.  This is the MOSD leaders chat.

23   Q.  And what's the date and time?

24   A.  January 7th, 2021, also at, you know, 3:38 in the

25   morning.

1    Q.  So how does that compare to the time of the Parler post

2    by Zachary Rehl that we just looked at?

3    A.  It's immediately afterwards.

4    Q.  What does he send to the New MOSD group immediately

5    after posting that to Parler?

6    A.  He says "You guys might like this.  It's how it all

7    started.  LOL."  And then there's a Parler link to that

8    video.  And he says "If please share" with three

9    crying/laughing emojis.  "This is my video.  Ha-ha-ha."

10    Q.  And is this -- looking at the name of the exhibit and

11    the exhibit number, is this from the MOSD leaders or members

12    group?

13    A.  Leaders.

14    Q.  Showing you 512-18.  Which chat group is this?

15    A.  This is Boots on Ground.

16    Q.  Right around the same date and time?

17    A.  Yes.

18    Q.  What does Zachary Rehl send to Boots on Ground at

19    3:43 a.m. on the 7th?

20    A.  He says "You guys might like this.  It's how it all

21    started.  LOL," with the same Parler link.

22    Q.  Agent, let me now ask you, generally, among

23    communications by these defendants and other members of the

24    chat groups, were there any reactions expressed that were

25    less than celebratory in nature?

1    A.  Yes.  There were conversations about how people wished

2    that January 6th had gone further.

3    Q.  Showing you 509-37.  Is this the members or the leaders

4    MOSD group?

5    A.  This is the leaders chat.

6    Q.  Date and time?

7    A.  This is January 6th, 2021, starting at 6:07 in the

8    evening.

9    Q.  Walk us through the conversation among the MOSD leaders

10   at that time.

11   A.  Bertino says "We failed.  The House is meeting again.

12   That woman died for nothing."

13        Donohoe says "If you Philly dudes don't welcome me

14   and the Beard, we are going to burn it down in Minecraft."

15        Bertino says "Burn it down."

16        Rehl says "Where you" -- slur -- "at" and tags

17   Ethan Nordean and Joe Biggs.

18        Biggs says "Rufio is at same place as last night.

19   I'm long gone."

20        Stewart says "Out of D.C.?"

21        Then Rehl says "Ah, shit.  Forgot you had to roll.

22   Was hoping to have some celebratory beers with y'all after

23   this epic fucking day.  I'll drink one for you."

24        Then Biggs says "we will one day.  This day lives

25   in infamy or the ages."

1      And then Donohoe says "Yeah, I feel like a

2  complete warrior.  I stood on that front line the entire

3  time and pushed it twice.  Thank God we were not wearing

4  colors.  We should never wear colors ever again for any

5  event, only for meet-ups."

6      And then about 12 minutes later, there's another

7  run of messages from Donohoe that says "Stop right there.

8  All of what you said doesn't matter.  We stormed the Capitol

9  unarmed and took it over unarmed.  The people are fucking

10  done."

11  Q.  Just scrolling back up briefly, Agent, to the message

12  from Joe Biggs at 6:40:08 p.m., that phrase "this day lives

13  in infamy or the ages," is that a phrase that is familiar to

14  you?

15  A.  A day that lives in infamy, yes.

16  Q.  Where is that from?

17  A.  It's how President Roosevelt described Pearl Harbor.

18  Q.  And the message from Charles Donohoe at 7:10:18, "Thank

19  God we were not wearing colors," remind us, from your

20  earlier testimony, had there been communications within the

21  group prior to January 6th about whether or not to wear

22  colors?

23  A.  There had been, yes.

24  Q.  And what was the --

25  A.  The decision was not to wear colors.

1    Q.  So this whole exchange started with Bertino saying "We

2    failed"; correct?

3    A.  Yes.

4    Q.  I want to continue from there to 509-40.  Date and time?

5    A.  This is January 7th, 2021, at 9:22 in the morning.

6    Q.  Walk us through the messages in the MOSD leaders group,

7    please.

8    A.  Stewart says "I don't think there ever was really a

9    plan.  I know I had no input if there was.  We were caught

10   off guard, for sure."

11          Bertino says "LMFAO.  There was definitely not

12   enough planning for this rally.  We were busy trying to set

13   this thing up."

14          Donohoe said "Well, for starters, there was only,

15   like, 20 MOSD guys even there.  Everybody bailed."

16          Bertino says "Yes, not enough people."

17          Yutyut -- Donohoe says "I'm not sure if that's

18   possible."

19          A user named Twisted Zack says "It is very

20   possible.  Just need time to plan."

21          Then Stewart says "We will have to get ourselves

22   in order, though, or dudes are going to stop coming out."

23          Rehl says "That's depressing to read after

24   everything that went on yesterday."

25          And then there's --

1   Q.  And do we have an audio message from John Stewart at

2   9:55:17?

3   A.  Yes.

4              MR. MULROE:  Playing the audio.

5              (Audio played.)

6   BY MR. MULROE:

7   Q.  And then does Bertino respond to that?

8   A.  Yes.  He says "Everything you just said times 1" -- with

9   a bunch of -- it looks -- 10 million.

10  Q.  Agent, outside the MOSD chats, in any of the other Proud

11  Boys leadership chats broadly, nationally, any other

12  expressions about how things might have gone differently on

13  January 6th?

14  A.  Yes.

15  Q.  Showing you 514-59.  Which chat are we in?

16  A.  We're back in presidents.

17  Q.  What's the date and time?

18  A.  January 7th, 2021, at 12:49 in the afternoon.

19  Q.  Walk us through this exchange between John Stewart and

20  Enrique Tarrio, please.

21  A.  Mr. Stewart says "The worst part of yesterday was the

22  failure if [sic] the normie-cons to follow through."

23              Then Tarrio says "Yep, they had no plan."

24              Stewart says "They still expect someone else to

25  save them."

 1          Tarrio then says "They should have sat in.  God
 2     didn't put me there for a reason.  We would still be there."
 3     Q.  If we go to the MOSD members group, Agent,
 4     Exhibit-510-48, do we have a message -- video message from
 5     Jeremy Bertino to start off this exchange?
 6     A.  Yes.
 7               MR. MULROE:  Playing the video.
 8               (Video played.)
 9     BY MR. MULROE:
10     Q.  And what's the message from Joshuas Maxstud following
11     that?
12     A.  He says "I am not the noblest of beards, but I do have a
13     beard.  I think we have arrived at a major fork in the road.
14     We either continue to escalate and go the 19 -- the 1776
15     proper route, or we reconsider and try something else.  If
16     we go full 1776, people are going to die and lives are going
17     to be ruined.  Maybe that's what it takes.  I don't know.
18     The fact that people are trying to say that Antifa
19     instigated the Capitol ish tells me that they aren't on
20     board with what happened today."
21     Q.  Does Bertino respond to that with a video note?
22     A.  Yes.
23               MR. MULROE:  Playing the video.
24               (Video played.)
25     BY MR. MULROE:

1    Q.   Now, the message from Joshuas Maxstud that elicited that

2    response from Bertino used the phrase "1776."  Had we seen

3    references to 1776 in the messages that preceded the attack

4    on the Capitol?

5    A.   Yes.

6    Q.   Had we ever heard Enrique Tarrio use that term in the

7    elders chat?

8    A.   Yes.

9    Q.   Showing you 500-74.  Do you remember this one from your

10   first testimony?

11   A.   I do.

12   Q.   What's the message from Enrique Tarrio to the elders

13   here?

14   A.   He says "Whispers 1776."

15   Q.   And remind us the context of this message.

16   A.   This was in the middle of a conversation about starting

17   the Ministry of Self-Defense.

18   Q.   Showing you 603-64.  Do we have a Parler post from Biggs

19   here?

20   A.   Yes.

21   Q.   Date and time?

22   A.   January 6th, 2021, at 8:22 p.m.

23   Q.   What does he post?

24   A.   He posts "RIP America.  1776 to 2021."

25   Q.   And just in general terms, are you aware of what, if

1    anything, was happening at the Capitol at 8:22 or around

2    8:22 on the 6th?

3    A.  Yes.  The Senate had been called back into session.

4    Q.  Resuming certification proceedings?

5    A.  Yes.

6    Q.  Showing you 512-19.  Which chat group?

7    A.  This is Boots on Ground.

8    Q.  Date and time?

9    A.  January 7th, 2021, at 8:44 in the morning.

10   Q.  Walk us through the messages, please.

11   A.  Jersey Templar Second says "Brothers, just a reminder.

12   Don't post any video here or on social media with the

13   building.  The feds are going to be looking everywhere to

14   identify us.  We embarrassed the fuck out of them.  Be

15   smart.  Anyone who does needs to be put in line.  Be smart.

16   We are now domestic terrorists."

17   Q.  I'm going to scroll down just a bit to the message from

18   turtles, et cetera, at 2:12:07.  Would you read us that

19   message and the ones that follow.

20   A.  There is an arrow that says "Just in:  FBI's digital

21   media team is currently hunting down U.S. Capitol protesters

22   on social media websites.  Acting AG Rosen says some

23   participants, quote, will be charged today, closed quote,

24   and more arrests to come," with a tag to SidneyPowell1.

25   Q.  And after that?

1    A.  Zach Rehl says "Great news.  Everyone shoulda held the

2    Capitol.  This is out of control.  They literally are using

3    this as a reason why they should certify fraudulent votes.

4    It's like a set-up or cop-out.  I don't like it."

5    Q.  Agent, at the end --

6            MS. HERNANDEZ:  I'm sorry.  What number was that?

7            MR. MULROE:  512-19.

8            MS. HERNANDEZ:  Thank you.

9    BY MR. MULROE:

10   Q.  Agent, at the end there, Zachary Rehl said "Everyone

11   shoulda held the Capitol."

12           So I want to stay with Zachary Rehl for a moment.

13   Did you find any similar sentiments in any side chats of

14   Zachary Rehl's?

15   A.  Yes.

16   Q.  Showing you 547-8.  What group is this?

17   A.  This is a group text between Mr. Rehl and four other

18   individuals.

19   Q.  Date and time?

20   A.  January 7th, 2021, starting at 10:26 in the morning.

21   Q.  Walk us through the messages.

22   A.  Mr. Rehl begins saying "Trump basically conceded.  We

23   lost our country.  We shoulda held the Capitol."

24           Then an individual named Damon says "Not much he

25   could do now anyway.  They cut him off to almost all

1    communications.  He can enjoy his life in Florida and dig up

2    shit on Biden.  Ha-ha."

3            Then Mr. Rehl says "Once Pence turned his back, he

4    was fucked, but was hoping we all sent a message yesterday.

5    I get -- I guess that was the message to bend the knee.

6    It's depressing."

7    Q.  Showing you 544-3.  Is this another Zachary Rehl small

8    group chat?

9    A.  Yes.  This is a small Telegram chat titled Philly PB

10   E-board.

11   Q.  Are we still in the morning of January 7th?

12   A.  Yes.

13   Q.  Walk us through the messages beginning at 11:24:18 a.m.

14   A.  Mr. Rehl says "Looking back, it sucked.  We shoulda held

15   the Capitol.  After Trump conceding today, it all seemed

16   like a waste."

17           And then a member with the username Rod Venezuela

18   says "Yeah.  I just said that one [sic] the main chat.  We

19   should have attacked the Capitol today, not yesterday.  Burn

20   that shit to the ground.  They should have let them finish

21   the counting, and when they didn't accepted [sic] the

22   challenges, rush in and set fire to that shit."

23           Rehl then says "Yup."

24   Q.  And staying in the Philly PB E-board chat with

25   Exhibit-544-4, are we in the afternoon of January 7th now?

1    A.  Yes.

2    Q.  Read us Zachary Rehl's messages to the group starting at

3    1:05:56 p.m.

4    A.  He says "The reason why it feels like a waste is because

5    of -- instead of all these politicians getting scared and

6    realizing they need to answer for this fraud, they are all

7    turning on Trump and cucking.  They are doubling down on

8    their actions.  Everybody shoulda showed up armed and took

9    the country back the right way.  And fuck you, FBI.  Yeah,

10   I'm mad."

11   Q.  Now, Agent, when you testified earlier, you showed us

12   communications involving feelings toward police; correct?

13   A.  Yes.

14   Q.  Were there other communications after January 6th that

15   also dealt with the topic of law enforcement officers?

16   A.  Yes.

17   Q.  Were there messages that also expressed views about

18   other public officials, like politicians?

19   A.  Yes.

20   Q.  Showing you 602-58.  What do we have here?

21   A.  This is an excerpt from Mr. Rehl's Parler account.

22   Q.  What's the first post at 3:32 a.m. on January 8th?

23   A.  It's a link to a tweet.

24   Q.  And did you visit that tweet?

25   A.  Yes.

1    Q.  Summarize generally for us what was posted there.

2    A.  It's a short --

3              MS. HERNANDEZ:  Objection as to summarizing, Your

4    Honor.  Best evidence.

5              THE COURT:  Let me hear you at sidebar,

6    Ms. Hernandez.

7              (Bench conference:)

8              THE COURT:  Would you rather -- Ms. Hernandez,

9    would you -- I don't know what, if you click -- this tweet

10   is.  But you would rather the actual tweet be in evidence?

11             MS. HERNANDEZ:  So my understanding is he is going

12   to go to the actual tweet.  That's what I understood his

13   question to be:  "Before we go to the tweet, can you

14   summarize?"  That's why I'm objecting.

15             THE COURT:  All right.  Mr. Mulroe, the tweet's

16   going to come in, too?

17             MR. MULROE:  No, Your Honor.  I wasn't going to

18   go -- it's just a speech by a politician.  I didn't think it

19   was worth the time to show it.

20             THE COURT:  So is there really an objection to him

21   describing the tweet as a politician's speech?

22             MS. HERNANDEZ:  Who's the politician?

23             THE COURT:  He's not going to say, apparently.

24             MR. MULROE:  I think it was the then Governor of

25   Maryland.  I forget his name, to be honest.  It's a

1    Republican politician.

2            MS. HERNANDEZ:  I know who it was.  It's --

3            THE COURT:  Larry Hogan.

4            MS. HERNANDEZ:  It's Governor Hogan who gave

5    that -- who gave the speech.

6            THE COURT:  Is there an objection, Ms. Hernandez,

7    to him describing that?

8            MS. HERNANDEZ:  Well, I'm -- again, I'm not sure

9    what he's going to, you know -- I'm not sure how he's going

10   to go ahead -- I think it -- I -- since I'm not sure what

11   he's going to say, I guess I would prefer that it be played,

12   Your Honor.

13           MR. MULROE:  He's -- I expect he'll testify that

14   it was a speech by Governor Hogan saying, basically, it

15   would be better for the country for Donald Trump to be

16   removed from office.

17           MS HERNANDEZ:  Well, I think the best evidence is,

18   if they have it available, they should play it.  I don't

19   think summarizing is necessary or appropriate.

20           MR. MULROE:  Your Honor, I -- if she had raised

21   this earlier, we could have downloaded it and marked it as

22   an exhibit.  I think that the technology is such that I can

23   probably visit the website of the link.  It still is up.

24   But I just think this is, you know --

25           THE COURT:  I mean --

```
1         MS. HERNANDEZ:  I didn't know what they -- that
2    they weren't going to play it and they were going to
3    summarize it.  Other, you know -- I just think it's -- best
4    evidence rule.
5              THE COURT:  All right.  Mr. Mulroe, I --
6              MR. MULROE:  I can do it, Your Honor.
7              THE COURT:  All right.  Very well.
8              (Return from bench conference.)
9    BY MR. MULROE:
10   Q.  All right.  Agent, rather than having you summarize the
11   tweet, we're going to see if we can visit the tweet.
12   A.  All right.
13   Q.  Sound good?
14             (Brief pause.)
15             MR. MULROE:  Court's indulgence while the Internet
16   reconnects.
17             (Brief pause.)
18             MR. MCCULLOUGH:  We can accommodate Ms. Hernandez.
19             (Brief pause.)
20             MS. HERNANDEZ:  I'm sorry, Your Honor.
21             MR. MULROE:  Mr. McCullough is two for two on the
22   tech this week.
23             (Brief pause.)
24             MS. HERNANDEZ:  Just for the record, it's not
25   about accommodating me.  It's about accommodating the Rules
```

 1    of Evidence.

 2                   (Brief pause.)

 3                   (Video played.)

 4    BY MR. MULROE:

 5    Q.   So Agent, why don't -- tell us first, what account is

 6    the tweet posted by?

 7    A.   Evan McMurry.

 8    Q.   And what is the date and time that the tweet was posted?

 9    A.   January 7th, 2021, at 1:32 p.m.

10    Q.   And what is the text of the tweet?

11    A.   "Breaking:  Republican Governor Larry Hogan:  There's no

12    question that America would be better off if the president

13    would resign or be removed from office and if Mike Pence

14    would conduct a peaceful transition of power over the next

15    13 days."

16    Q.   All right.

17                   MR. MULROE:  Let's play the video.

18                   (Video played.)

19                   MR. MULROE:  Your Honor, if Ms. Hernandez wants

20    this entered as an exhibit, we can do it.  It's going to

21    just take some time.  We can do it during a break.  I'll

22    defer to her on that.

23                   THE COURT:  You can continue your examination.

24    We'll talk about that later.

25    BY MR. MULROE:

1    Q.  Is that the tweet that you saw, Agent?

2    A.  Yes.

3    Q.  Then returning to Exhibit-602-58, what was Zachary

4    Rehl's reaction to that tweet?

5    A.  "They deserve to be tarred and feathered.  These cops

6    turning on us are also what they called, quote, turncoats.

7    Just saying."

8    Q.  Staying with attitudes toward cops and staying with

9    Zachary Rehl, showing you 547-7.  Now, what chat group are

10   we in here?

11   A.  This is back in that five-person direct text message.

12   Q.  What's the date?

13   A.  January 6th, 2021.

14   Q.  And, Agent, this one looks a little different.  Would

15   you explain to us what we see here on the screen.

16   A.  This is the member Damon who we saw earlier adding a

17   laugh reaction to the quote -- the text "We all got maced.

18   Cops paid for that mistake."

19   Q.  So is this a feature of certain phones that you can

20   react to text messages?

21   A.  Yes.

22   Q.  And what, if anything, does that imply about the message

23   "We all got maced.  Cops paid for that mistake"?

24              MR. JAUREGUI:  Objection, Judge.  Speculation as

25   to what that means.

1    THE COURT:  Sustained.

2  BY MR. MULROE:

3  Q.  Agent, if you are reacting to a message, does that mean

4  that the message came before or after the reaction?

5  A.  Before.

6  Q.  Did you review this entire text chain on Zachary Rehl's

7  phone extraction?

8  A.  Yes.

9  Q.  Were you able to find the message that came before?  In

10 other words, the message "We all got maced.  Cops paid for

11 that mistake" that Damon was reacting to.

12 A.  I could not.

13 Q.  Did you review all the messages from all the people in

14 the group?

15 A.  Yes.

16 Q.  And was it apparent, based on their messages, whether

17 any of them were present at the Capitol on January 6th?

18 A.  Yes.  Mr. Rehl.

19 Q.  Was it apparent whether any others were?

20 A.  No.

21 Q.  Showing you 601-41.  We have Parler here?

22 A.  Yes.

23 Q.  Whose Parler account?

24 A.  Mr. Nordean's.

25 Q.  What's the date and time?

1    A.   January 8th, 2021, at 5:39 p.m.

2    Q.   Walk us through the posts starting at that time, please.

3    A.   There's a picture of Mr. Nordean followed by "violent

4    extremist."

5         Then at 5:39, there's a picture of a police

6    officer spraying something onto a protester with the caption

7    "The honorable oath-breakers.  If you feel bad for the

8    police, you are part of the problem.  They care more about

9    federal property, our property, than protecting and serving

10   the people.  Back the black and yellow."

11   Q.   Agent, did you conduct any other further investigation

12   or research involving this photo that Mr. Nordean posted?

13   A.   I did.

14   Q.   Tell the jury what you did.

15   A.   I took this picture and I did a reverse image search of

16   the photograph itself to -- specifically using the bottom

17   right-hand quadrant, the portion with the protester, to pull

18   back other results containing the full image.

19        MR. MULROE:  Madam Deputy, could we have the

20   screen just for the witness for a moment.

21   BY MR. MULROE:

22   Q.   Agent, showing you 601-41A, do you recognize this?

23   A.   I do.

24   Q.   What is this?

25   A.   This is the AFP photograph that can -- that my search

1    revealed.

2    Q.  And showing you 601-41B, what is this?

3    A.  This is a side-by-side comparison of the face of the

4    police officer in those two pictures.

5    Q.  And 601-41A, just to go back for a moment, is that a

6    true and accurate reproduction of the photo that you found

7    when you did your reverse image search?

8    A.  Yes.

9            MR. MULROE:  Move to admit 601-41A and 601-41B.

10            MR. SMITH:  No objection.

11            THE COURT:  All right.  They'll be admitted.  And

12    permission to publish.

13    BY MR. MULROE:

14    Q.  All right.  So we're first staying on 601-41, the

15    Nordean Parler post.  And so this is what Nordean posted;

16    correct?  The photo of the officer spraying?

17    A.  Yes.

18    Q.  Showing you 601-41A, what is this photo?

19    A.  This is the AFP photograph.

20    Q.  And was this -- well, you say AFP.  What's AFP?

21    A.  I'm sorry.  This is the photograph by -- I believe it's

22    the Association -- I'm not sure what it stands for.  It's a

23    photograph service.  They do wire news photographs for large

24    news events.

25    Q.  And was this version of the photo posted in just a

1  single outlet or in multiple outlets?

2  A.  Multiple outlets.

3  Q.  601-41B, you said, is a side-by-side comparison?

4  A.  Yes.

5  Q.  And which is which?

6  A.  The left is the original photograph.  The right is the

7  one Mr. Nordean posted.

8  Q.  Now, just to be clear, Agent, is there any specific

9  evidence that Mr. Nordean is the one who altered the photo

10  to make it look like the officer was smiling?

11  A.  No.

12  Q.  In the messages that we went through during your first

13  testimony, did we see discussion of misinformation among the

14  Proud Boys?

15  A.  Yes.

16  Q.  Showing you 515-4.  Remind us, what is the OG Pickleback

17  Crew chat?

18  A.  This is the Telegram chat that contains both Proud Boys

19  and non-Proud Boys.  Specifically, it includes, among

20  others, Mr. Tarrio, Mr. Nordean, and Mr. Biggs.

21  Q.  Walk us through the messages in the Pickleback chat

22  starting at 6:10 p.m. on January 13th.

23  A.  A user named Planet shares a link that says "New video

24  statement from President Trump posted to the White House

25  YouTube page.  Watch it before it's deleted."  Then Planet

1    says "@TriggerCityPrez, My fellow Americans."

2        After that, Mr. Nordean says "Ugh.  Nothing

3    burger.  No excuse for violence?  Ever?  Nah, I'm good."

4    Q.  Now, Agent, I'm not going to attempt to click on it, but

5    let me ask you, did you visit the YouTube link that user

6    Planet posted?

7    A.  Yes.

8    Q.  And did you watch it?

9    A.  Yes.

10   Q.  And did you review a clipped portion of that speech for

11   use in court here?

12   A.  Yes.

13   Q.  Would that be Government Exhibit-515-4 -- let me do

14   this.

15        MR. MULROE:  Could we have the screen just for the

16   witness, please.

17   BY MR. MULROE:

18   Q.  Agent, I'm going to play just a few seconds for you of

19   what is actually marked Government 515-4A.

20        (Audio played.)

21   BY MR. MULROE:

22   Q.  Do you recognize the clip of about 25 seconds that's

23   marked Government-515-4A?

24   A.  Yes.

25   Q.  Is this a portion of the speech linked into the

```
 1    Pickleback chat there?

 2    A.  Yes.

 3              MR. MULROE:  Move to admit 515-4A.

 4              MR. SMITH:  No objection.

 5              THE COURT:  All right.  It will be admitted.  And

 6    permission to publish.

 7              MR. MULROE:  All right.  Playing the clip.

 8              (Video played.)

 9    BY MR. MULROE:

10    Q.  And, Agent, what did Ethan Nordean post or send as the

11    final message following the sharing of that clip?

12    A.  "No excuse for violence?  Ever?  Nah, I'm good."

13    Q.  Agent, did your review of the evidence reveal any other

14    statements in any other form by Mr. Nordean that appear to

15    make reference to that speech?

16    A.  Yes.

17              MR. MULROE:  Screen just for the witness, please.

18    BY MR. MULROE:

19    Q.  Showing you the first few seconds of Government

20    Exhibit-407D.

21              (Video played.)

22    BY MR. MULROE:

23    Q.  Do you recognize 407D?

24    A.  Yes.

25    Q.  What is this?
```

1    A.  This is a video with Mr. Nordean.

2    Q.  Was it extracted from his phone, so far as you know?

3    A.  Yes.

4            MR. MULROE:  I move to admit 407D.

5            MR. SMITH:  No objection.

6            THE COURT:  All right.  It will be admitted.  And

7    permission to publish.

8            MS. HERNANDEZ:  Your Honor, as to this series of

9    videos, I'm going to be requesting a limiting instruction

10   under Rule 105.

11           THE COURT:  All right.  Very well.

12           You may proceed.

13           MR. MULROE:  Thank you, Your Honor.

14           (Video played.)

15   BY MR. MULROE:

16   Q.  Was there any other expression in the chats showing

17   Mr. Nordean's feelings toward Donald Trump in the time

18   period after January 6th?

19   A.  Yes.

20   Q.  Showing you 500-97.  Which chat are we in here?

21   A.  This is Skull and Bones, the Proud Boys elders chat.

22   Q.  Date and time?

23   A.  January 20th, 2021, at 2:28 p.m.

24   Q.  What does Ethan Nordean send to his fellow elders

25   starting at 2:28:49?

1    A.   He says "Fucking disgusting.  I'm so pissed RN.  What a

2    load of shit this whole thing has been.  All Trump did was

3    get us to reveal ourselves to the enemy basically buck-naked

4    and unarmed against this new regime.  Fuck Trump.  Fuck that

5    cocksucker."

6    Q.   And looking at the date of January 20th and the time of

7    2:28 p.m., Agent, are you aware of what, if anything, was

8    going on government-wise at that time?

9    A.   Yes, this is two-and-a-half hours after President Biden

10   was inaugurated.

11   Q.   Inauguration Day, January 20th?

12   A.   Yes.

13   Q.   Showing you 500-98.  Are we still on Inauguration Day?

14   A.   Yes.

15   Q.   Walk us through the messages in Skull and Bones starting

16   at 2:31:05.

17   A.   Mr. Nordean says "I don't feel like we even made a

18   dent."

19        A user named Chris Philips says "Nope.  We didn't.

20   But we made friends and made connections that will be

21   helpful in life.  It sucks, but I'm trying to see the silver

22   lining in all of it."

23        Mr. Nordean says "Yeah, that could have happened

24   in a lot of ways, but we truly believed in that fucker.

25   Some guys are in jail because they followed him.

1          Mr. Philips says "Yes, it's awful."

2          Then Mr. Nordean says "I get we should be thankful

3     for what we've created, but I'm disgusted that I had such a

4     loyalty to Trump and have lost everything for it.  Fuck that

5     guy."

6     Q.  Returning briefly to the Pickleback chat with Government

7     515-6, are we still on Inauguration Day here, January 20th?

8     A.  Yes.

9     Q.  Still in the afternoon, shortly after the oath of

10    office?

11    A.  Yes.

12    Q.  What does Ethan Nordean send to the Pickleback Crew at

13    2:39:03 p.m.?

14    A.  He says "All right.  I'm going to say it.  Fuck Trump.

15    Fuck him more than Biden.  I've followed this guy for four

16    years and given everything and lost it all.  Yes, he woke us

17    up, but he led us to believe some great justice was upon us

18    and it never happened.  Now I've got some of my good friends

19    and myself facing jail time because we followed this guy's

20    lead and never questioned it.  We are now and have always

21    been on our own.  So glad he was able to pardon a bunch of

22    degenerates as his last move and shit on us on the way out.

23    Fuck you, Trump.  You left us on he [sic] battlefield bloody

24    and alone."

25    Q.  Let me ask you about this phrase, Agent:  "So glad he

1    was able to pardon a bunch of degenerates as his last move."

2              When does the presidential pardon power --

3              MR. JAUREGUI:  Objection --

4    BY MR. MULROE:

5    Q.  -- end?

6              MR. JAUREGUI:  -- Judge.  Relevance.  Outside the

7    scope.

8              THE COURT:  Sustained.

9    BY MR. MULROE:

10   Q.  Were any Proud Boys pardoned by Donald Trump?

11             MS. HERNANDEZ:  Objection.  Relevance.

12             THE COURT:  Overruled.

13             THE WITNESS:  No.

14   BY MR. MULROE:

15   Q.  Were any other people pardoned by Donald --

16             MR. JAUREGUI:  Objection.  Same one as before.

17   Relevance.  Outside the scope.

18             THE COURT:  Sustained.

19   BY MR. MULROE:

20   Q.  Agent, earlier, we saw a chat from Enrique Tarrio saying

21   "Let's chill out for a sec while we reassess."

22             Let me ask you, was there any discussion broadly

23   in the chats about what direction the Proud Boys as an

24   organization ought to move in following the events of

25   January 6th?

1      MS. HERNANDEZ:  Objection to the vagueness.

2 "Broadly."

3      THE COURT:  Overruled.

4      THE WITNESS:  Yes, there were conversations about

5 whether the organization should, sort of, double down on the

6 rally boy behavior or take a step back.

7 BY MR. MULROE:

8 Q.  And did any of these defendants take sides in that

9 debate?

10 A.  Yes.

11 Q.  Showing you 5- --

12      MR. PATTIS:  Excuse me.  Judge, may I speak to the

13 Government for a moment briefly?

14      THE COURT:  Yes.

15      (Brief pause.)

16      MR. PATTIS:  Thank you.

17 BY MR. MULROE:

18 Q.  All right.  Agent, showing you 500-992.  Which chat are

19 we in?

20 A.  This is Skull and Bones, the elders chat.

21 Q.  For the top leaders of the Proud Boys?

22 A.  Yes.

23 Q.  What's the date?

24 A.  January 12th, 2021.

25 Q.  And just orient us to the context of the message we're

1    about to see.

2    A.  This is in the middle of conversations that we were just

3    discussing about the future direction of the Proud Boys.

4    Q.  All right.  What does Ethan Nordean say at 4:53:45?

5    A.  "Heath is sowing tons of doubt into this club at a time

6    where we need to be strong and smart.  If anyone here thinks

7    doing nothing is going to take us off the radar of our

8    enemies, you're fooling yourselves.  I've tried this before.

9    It doesn't work.  And for guys like us on the West Coast,

10   our lives are being destroyed due to inaction and government

11   control.  I'm not saying we need to gear up and go to war,

12   but the Heaths in this club will never call the shots as

13   long as I'm around."

14   Q.  Continuing to 500-94.  Date and time?

15   A.  This is January 13th, 2021, starting at 11:18 p.m.

16   Q.  Read the messages.

17   A.  Chris Philips PB says "So, uh, we going to announce

18   official ban on rallies for a minimum of three months?"

19        Mr. Tarrio says "I'll type it up tomorrow."

20        Then Mr. Nordean says "I think standby order for

21   two weeks.  We don't know what's going down and we may need

22   to get involved with shit depending on if things get crazy

23   or, maybe, we don't do anything at all, but a full-blown ban

24   for three months sends a message to the whole club that we

25   are scared.  We need to show boldness and confidence but

1    also remain still for the moment."

2    Q.  Was this debate limited to the elders chat or did it

3    take place in any of the other national leadership chats?

4    A.  It was posted elsewhere.

5    Q.  Showing you 514-61.  Are we in the president chat here?

6    A.  We are.

7    Q.  Please walk us through the messages beginning on

8    January 23rd, 2021, with Spam Tacos at 6:56:54 p.m.

9    A.  Spam Tacos says "The fact that the rally boys put every

10   member of this club at risk and have no remorse of that fact

11   is disgusting, womanlike behavior.  To expect anyone to

12   listen to people that make the same retarded mistakes over

13   and over even when half the presidents are against it is

14   insane.  @Noble Lead" -- Tarrio --  "I just saw you mention

15   making two clubs, but we're not going to have to.  One club

16   is going to be formed in jail."

17          Mr. Nordean then says "I'm not sure what some of

18   you want.  You want to be in a club where we watch what's

19   going around -- on around us and do nothing?  Is that proud?

20   Read our manifesto.  Have you read The Death of the West?

21   This attitude is exactly why we are where we are in this

22   country.  People were too afraid to stand up and didn't want

23   to risk their comfortable lives to preserve what men before

24   us died for.  This club has never not been active in the

25   fight to preserve our Western values.  If you want to blame

1    guys like me, fine, but it doesn't change the fact that we

2    are all slowly losing our freedoms one day at a time, Proud

3    Boy or not.  I guess you will have to figure out who you're

4    going to be amidst all of this and if you can live with

5    yourself after all is said and done.  We've all agreed to a

6    stand-down, but some of you fucks can't ever be satisfied.

7    I have zero fucks to give you."

8    Q.  Does it continue with an audio message from a Miguel H?

9    A.  Yes.

10   Q.  And in the interest of time, does he basically say,

11   "Hey, let's all be friends"?

12   A.  Yes.

13   Q.  Does Ethan Nordean then send a message at 7:12:35 p.m.?

14   A.  Yes.

15              MR. MULROE:  Playing the message.

16              (Audio played.)

17   BY MR. MULROE:

18   Q.  Agent, I want to move on to the final topic I'd like to

19   cover with you about reactions to law enforcement response.

20              THE COURT:  Mr. Mulroe, if this is a -- I see you

21   pivoting and we're due for a break for the court reporter.

22              MR. MULROE:  Yes, Your Honor.

23              THE COURT:  So, maybe, this is a good time to take

24   10 minutes.

25              Ladies and gentlemen, I'm going to just pause for

1    10 minutes.

2            (Jury returned to jury room.)

3            THE COURT:  All right.  Everyone may be seated.

4            Agent, you may step down.

5            (Witness steps down.)

6            THE COURT:  And we'll be in recess for 10 minutes.

7            THE DEPUTY CLERK:  All rise.  This Honorable Court

8    stands in recess for 10 minutes.

9            (Brief recess taken.)

10           THE DEPUTY CLERK:  Jury panel.

11           (Jury returned to jury box.)

12           THE DEPUTY CLERK:  You may be seated.

13           (Peter Dubrowski resumed the witness stand.)

14           (Brief pause.)

15           THE DEPUTY CLERK:  All rise.  This Honorable Court

16    is again in session.  The Honorable Timothy J. Kelly is

17    presiding.  Please be seated and come to order.

18           We are back on the record in criminal matter

19    21-175, United States of America v. Ethan Nordean, et al.

20           THE COURT:  Mr. Mulroe, you may proceed.

21    BY MR. MULROE:

22    Q.  Agent, before the break, we saw a reference by Enrique

23    Tarrio to becoming the fuck dolls of the government for a

24    little, and we saw a reference by Ethan Nordean about facing

25    jail time.  Was there any further discussion in the chats

1    about the law enforcement response to January 6th?

2    A.  Yes.

3          MR. MULROE:  Ms. Harris, if we can have the screen

4    for the jury, please, show the witness and the jury --

5          THE DEPUTY CLERK:  I don't think your laptop is

6    connected.

7          MR. MULROE:  Oh.  Thank you, Ms. Harris.

8          THE DEPUTY CLERK:  You're welcome.

9    BY MR. MULROE:

10   Q.  Agent, I'm going to show you Government Exhibit-509-41.

11   Which chat are we in here?

12   A.  This is the MOSD leaders chat.

13   Q.  Date and time?

14   A.  January 8th, 2021, at 7:23 a.m.

15   Q.  Walk us through the messages, please.

16   A.  Aaron Wolkind says "They got Nick," and then posts a

17   link to a Parler post with the caption "Need this echoed.

18   Our journalist Nick Ochs has been arrested in Hawaii for

19   covering the Stop the Steal event in D.C."

20   Q.  I want to pause there.  And we'll come back to this one.

21   But is Nick Ochs a name that you are familiar with, Agent?

22   A.  Yes.

23   Q.  Was he in any of the chats that we've been going

24   through?

25   A.  Yes, the elders chat.

1    Q.  Was he himself an elder?

2    A.  Yes.

3    Q.  Going to the elders chat, Skull and Bones, with

4    Exhibit-500-88, is this around the same date and time,

5    approximately?

6    A.  Yes, a bit earlier.

7    Q.  What do we see in the elders chat on January 7th at

8    6:14:26 p.m. and following it?

9    A.  There's a system message showing Mr. Tarrio removing a

10   specific Telegram handle from the chat.  That Telegram

11   handle is Mr. Ochs's handle.  And he says "Gonna remove him

12   for safety."

13   Q.  Going to Tarrio's Parler account with 600-70, what does

14   Enrique Tarrio post on January 8th?

15   A.  He says "We, the people," and then shortly after links a

16   GiveSendGo fundraiser for Free Nick.

17   Q.  And staying in Parler with 600-76, another post on the

18   same topic?

19   A.  Yes.

20   Q.  What does Enrique Tarrio post on January 9th at

21   5:43 p.m.?

22   A.  He says "Our friend Nick is a veteran, a former employee

23   for Fox, and an outstanding journalist.  He was arrested for

24   covering the Stop the Steal rally.  Please help out in any

25   way that you can.  #FreeNick."

1    Q.  Now, Tarrio refers to Nick Ochs as a journalist who was

2    arrested for covering the rally.  During your first

3    testimony, did we see any exhibits showing a conversation

4    between Mr. Ochs and Mr. Tarrio about January 6th?

5    A.  Yes.

6    Q.  I'm going to show you what's already in evidence as

7    500-79.  Which chat is this here?

8    A.  This is the elders chat.

9    Q.  And do we have a video message from Nick Ochs at

10   3:30 p.m. on January 3rd?

11   A.  Yes.

12              MR. MULROE:  Playing the video.

13              Court's indulgence.

14              (Brief pause.)

15   BY MR. MULROE:

16   Q.  Well, we can see the transcript.  What is Nick Ochs

17   asking at the top of this exhibit?

18   A.  He says "Greetings, El-dars.  So who's all going to this

19   D.C. thing out of us?  Me, Rufio, Enrique.  Anybody else?"

20   Q.  And then is Biggs's name sent out?

21   A.  Yes.

22   Q.  And then at the end at 4:29, does Enrique Tarrio make a

23   comment about those who would not be joining them?

24   A.  Yes.

25              MR. MULROE:  Playing the video.

```
 1                    (Video played.)
 2      BY MR. MULROE:
 3      Q.  All right.  I want to return to one we had up a moment
 4      ago, 509-41.  And after Jeremy Bertino reacts to the news of
 5      Nick Ochs being arrested, how does the conversation proceed
 6      from there starting at 10:31 a.m. with John Stewart?
 7      A.  John Stewart says "It's probably time to clean up the
 8      chats from D.C.  We don't need the Boots on the Ground one."
 9              Mr. Bertino then has an audio message.
10                    (Audio played.)
11              THE WITNESS:  After that, there's a series of
12      messages between Mr. Stewart, Mr. Bertino, and Mr. Wolkind
13      discussing the best method to delete that chat.  It ends at
14      12:17 a.m. -- I'm sorry, 12:17 p.m., that should say -- with
15      John Stewart saying "The messages are still there.  We need
16      to get everyone to leave that chat.  Tons of shit we don't
17      need anyone seeing in there."
18      BY MR. MULROE:
19      Q.  And you're referring to the bottom two messages about
20      needing "everyone to leave the chat and tons of shit we
21      don't need anyone seeing in there."  Those should be p.m.
22      instead of a.m. --
23      A.  Yes.
24      Q.  Continuing in the MOSD leaders group with 509-42, what's
25      the date and time?
```

1    A.   January 13th, 2021.

2    Q.   And do we have efforts here to do something?

3    A.   Yes.   These are --

4    Q.   What's that?

5    A.   -- discussions about nuking this chat.

6    Q.   Remind us.   What is nuking?

7    A.   Deleting the chat.

8    Q.   Going to Exhibit 500-91.   Are we back in the elders

9    chat, Skull and Bones here?

10   A.   Yes.

11   Q.   What's the conversation between Enrique Tarrio and Ethan

12   Nordean starting at 4:28:24 on January 11th?

13   A.   It starts with an empty message from Mr. Nordean.

14            And then Mr. Tarrio says "They're coming for you.

15   Lock down your Telegram."

16            Mr. Nordean says "Thanks for the confidence

17   boost."

18            And Mr. Tarrio says "That's what I'm here for."

19   Q.   As time went by, were charges filed against certain

20   Proud Boys?

21   A.   Yes.

22   Q.   Showing you 500-104.   Are we in elders?

23   A.   We are.

24   Q.   January 30th?

25   A.   Yes.

1    Q.  Tell us the messages beginning at 2:13 a.m. from Enrique

2    Tarrio.

3    A.  Mr. Tarrio posts a link to a tweet which reads "Just in:

4    The Justice Department announced conspiracy charges against

5    two members of the far-right Proud Boys who allegedly

6    participated in the insurrection at the U.S. Capitol."

7    At 2 -- I'm sorry.  "These are the first conspiracy charges

8    stemming from the Capitol attack."

9            At 2:16, another elder, Angel Valentine, says

10   "Will Biggs be next?"

11           And then Mr. Tarrio says "I don't know because it

12   needs umph.  In Spazzo and Pepe's case, they had a lot."

13   Q.  And the tweet making reference to two Proud Boys members

14   being charged with conspiracy, do you know who those two

15   conspiracy charges were against?

16   A.  Yes.

17   Q.  Who?

18   A.  Mr. Pezzola and another individual, Pepe.

19   Q.  And Spazzo, the nickname that Enrique Tarrio mentions

20   there, do you know who that refers to?

21   A.  Mr. Pezzola.

22   Q.  And Pepe is just Pepe?

23   A.  Yes.

24   Q.  Going to 500-105, date and time?

25   A.  This is January 31st, 2021, at 9:04 p.m.

1    Q.  What does Enrique Tarrio send to the elders at that

2    time?

3    A.  He says "Hey, brother" -- well, he posts this message

4    which says "Hey, brother.  Last night, the news broke that

5    I've been indicted for conspiracy on top of the two

6    misdemeanors I was originally charged with.  I want you to

7    know I never hurt anyone or destroyed any property."  He

8    gives the name of a lawyer and says "He's setting up local

9    counsel for me in D.C.  My lawyer also mentioned a 501(c)(4)

10   to help with fundraising.  Keep up the good fight.  I'm a

11   Proud Boy for life, boss, and I'm with you 100 percent.

12   Uhuru."  He then tells the group "Do not forward."

13   Q.  After that?

14   A.  Mr. Ochs says "One of the two in the news?"

15        Mr. Tarrio says "Yeah.  Just checked my archives."

16   Q.  And the final word in the 9:04:26 message, Uhuru, is

17   that one that we've seen before?

18   A.  Yes.

19   Q.  And does this message from -- "one of the two in the

20   news" contain any assurances to Enrique Tarrio?

21   A.  That he's a Proud Boy for life.

22   Q.  And?

23   A.  And he's with him 100 percent.

24   Q.  Going to 532-2, what do we have here?

25   A.  These are direct text messages between Mr. Bertino and

14011

1    Mr. Donohoe.

2    Q.  Date and time?

3    A.  February 3rd, 2021.

4    Q.  Pick us up at 12:44:34, please.

5    A.  Mr. Donohoe says "Let me call you in 15 when I go on

6    lunch."

7            Then Mr. Bertino says "Remove Rufio from MOSD.

8    ASAP."

9            Mr. Donohoe then says "Done."

10           And Mr. Bertino says "Okay."

11   Q.  Showing you 500-107.  Are we on February 3rd?

12   A.  Yes.

13   Q.  Walk us through the messages starting at 12:24:57 from

14   Enrique Tarrio.

15   A.  Mr. Tarrio says "They're going to pick up Rufio in two

16   hours."

17           Mr. Philips says "Who is 'they'?  The feds?"

18           Mr. Tarrio says "Yep.  He just called me.  He's

19   keeping his phone away, but we need to remove him."

20           And then there's a system message showing

21   Mr. Tarrio removing Mr. Nordean from the chat.

22   Q.  Now, Tarrio said he's keeping his phone away.  Agent,

23   did the FBI, in fact, seize Ethan Nordean's cell phone?

24   A.  Yes.

25   Q.  Was it extracted?

1    A.  Yes.

2    Q.  Did that phone contain some of the messages that we've

3    gone through in your testimony both the last time and this

4    time?

5    A.  Yes.

6    Q.  Did the phone contain other things besides Telegram and

7    text messages?

8    A.  Yes.

9    Q.  Did you locate in the phone, or in the extraction, your

10   review of it, any, kind of, selfie-style videos of Nordean

11   making reference to January 6th?

12   A.  We did.

13   Q.  Were you able to tell whether those were attached to any

14   particular Telegram or other communications?

15   A.  We could not.

16   Q.  Were these what we call orphaned files?

17   A.  Yes.

18   Q.  And what does that mean?

19   A.  It just means that we --

20          MR. JAUREGUI:  Objection, Judge.  He's not

21   qualified as a computer forensic --

22          THE COURT:  Hold on, sir.  Sir, I understand

23   your -- it's an objection.  Let me hear you at the phone.

24          (Bench conference:)

25          MR. JAUREGUI:  Judge, this person is not qualified

1    as a computer forensic expert to testify as to these

2    matters.

3         THE COURT:  All right.  Isn't he able, though, to

4    just say, "We weren't able to recover something"?  I mean,

5    that's not technical; is it?

6         MR. JAUREGUI:  And that's why I didn't object to

7    the first few questions, but now he's getting into the

8    technical aspects of an extraction in a phone, and that's

9    something that Kate Cain should have testified to, not this

10   agent.

11        THE COURT:  Mr. Mulroe, what's your response to

12   that?

13        MR. MULROE:  I think Agent Cain did already

14   testify comprehensively to this.  I wasn't going to go into

15   all the tech stuff.  I really just wanted the reminder of

16   what "orphan" means as, you know, a term of art because it's

17   been a while since they've heard it, but it's not a central

18   point.

19        THE COURT:  Is there an objection to him just

20   saying what "orphan" -- I mean, "orphan" just means we can't

21   recover it; right?  There's nothing further technical to

22   what he's going to say; is that fair?

23        MR. MULROE:  Yeah, it -- and I expect he'll

24   testify that it means that the chat that it would have gone

25   with is not on the phone.

1     MR. JAUREGUI:  Judge, if -- I don't remember

2     Cain -- Kate Cain getting into that specifically as to

3     Nordean's phone.  That's why I objected.  I just don't want

4     this witness testifying to any technical aspects of a phone.

5     THE COURT:  All right.  I think it's technical to

6     say -- I don't think there's anything particularly technical

7     to just say it's not on the phone which is all he's going to

8     say.  I mean, he can't say, "It was delete-" -- you know --

9     I mean -- anyway, I -- as long as we stick to that, I think

10    it's fine.

11    MR. JAUREGUI:  Yes, sir.

12    THE COURT:  All right.  Very well.

13    (Return from bench conference.)

14    BY MR. MULROE:

15    Q.  So Agent, remind us, please.  What does it mean to say

16    that a file is orphaned?

17    A.  It means we found the file on the phone, but we couldn't

18    link it to a specific chat.

19    MR. MULROE:  If we could have the screen just for

20    the witness, please.

21    BY MR. MULROE:

22    Q.  I'm going to show you, Agent, two video files.  The

23    first is marked for identification 407B.

24    (Video played.)

25    BY MR. MULROE:

14015

```
 1     Q.  Got a look at it?

 2     A.  Yes.

 3     Q.  The second is marked 407C.

 4             (Video played.)

 5     BY MR. MULROE:

 6     Q.  Got a look at it?

 7     A.  Yes.

 8     Q.  Are those fair and accurate copies of the orphaned

 9     videos that were found on Mr. Nordean's phone?

10     A.  Yes.

11             MR. MULROE:  Move to admit 407B and C.

12             THE COURT:  All right.

13             MS. HERNANDEZ:  Objection.  Limiting instruction

14     will be requested.

15             THE COURT:  Ms. Hernandez, can I hear you at

16     sidebar for a moment.

17             (Bench conference:)

18             THE COURT:  Ms. Hernandez -- well, Ms. Hernandez,

19     I did consult the rule since we had this discussion and you

20     don't have to request the limiting instruction now.  The

21     rule doesn't say anything about that.  So I'd ask you, if

22     you have requests for limiting instruction, to hold those

23     for breaks outside the presence of the jury, especially

24     given what Mr. Smith has just mentioned.  You may proceed --

25             MR. MULROE:  Your Honor -- and, Your Honor, I just
```

1    want to note, it's getting to the point where I think this

2    might be willful.  She has made this objection 100 times.  I

3    think, at this point, it's interrupting the flow of the

4    direct.  She knows it's not --

5            MR. JAUREGUI:  Judge, he's too loud, Judge.

6    Mr. Mulroe's too loud.

7            THE COURT:  All right.

8            MR. MULROE:  And, Your Honor, I think it's meant

9    to signal to the jury, "My client has nothing to do with

10   it."  It's not a proper way of making an objection.

11           THE COURT:  Well, I'm telling her right now.

12           Ms. Hernandez, I don't want to hear -- the rule

13   doesn't require it -- and I did look at that during the

14   break -- the rule doesn't require it, and I don't want to

15   hear any request for a limiting instruction in front of this

16   jury anymore.  Do you understand?

17           MS. HERNANDEZ:  I understand, Your Honor.  I

18   object to Mr. Mulroe suggesting bad faith on my part.

19   That's just completely unprofessional.  I also, Your

20   Honor -- you've raised your voice a little bit at me when --

21   two seconds -- when -- until now, I understood that I was

22   supposed to make the objection.  I know, under Rule 0 --

23   105, the Court is required to give the instruction at the

24   time -- the limiting instruction at the time that it's --

25   at -- in connection with the particular item.  So I don't

1    know how that can happen if it's not -- if the

2    instruction -- if the objection is not made

3    contemporaneously, but I'm happy to wait until the break to

4    do it, but I just -- I'm just saying --

5              THE COURT:  I'm ordering you to wait until the

6    break.

7              MS. HERNANDEZ:  I hear the Court, number one, but

8    I think it's not appropriate for the Court to raise your

9    voice at me at this moment when, until this moment, you

10   hadn't said anything, but -- and I also completely object to

11   Mr. Mulroe pulling this, I would say -- because the last

12   time he did this, he -- you -- he ended up -- or the Court

13   ended up suggesting that Mr. Sabino [sic] was -- should be

14   sanctioned or something and it was all as a result of

15   Mr. Mulroe's making --

16             THE COURT:  I'm not --

17             MS. HERNANDEZ:  -- these --

18             THE COURT:  Ms. Hernandez --

19             MS. HERNANDEZ:  -- objections.

20             THE COURT:  -- I'm sorry, but I -- we have to move

21   on because it's prejudicing the Government and Mr. Nordean

22   to have us be doing this right now.  I understand.  You've

23   made your record.  I'm not -- but I'm ordering you not to

24   request any further limiting instruction in front of the

25   jury.

```
 1                    Mr. Mulroe, you may proceed.
 2                    (Return from bench conference.)
 3                    MR. MULROE:  Thank you, Your Honor.
 4        BY MR. MULROE:
 5        Q.  So Agent, you had testified those are true and accurate
 6        copies; correct?
 7        A.  Yes.
 8                    MR. MULROE:  And I apologize, Ms. Harris.  Were
 9        the exhibits admitted?
10                    THE DEPUTY CLERK:  Judge --
11                    THE COURT:  They will be admitted.  And permission
12        to publish.
13                    THE DEPUTY CLERK:  Okay.  Thank you.
14        BY MR. MULROE:
15        Q.  So Agent, remind us, again, where did these videos come
16        from?
17        A.  Mr. Nordean's phone.
18        Q.  I'm showing you first 407B.
19                    (Video played.)
20                    MR. MULROE:  I'm going to get my volume up and
21        start it over.  Apologies.
22                    (Video played.)
23        BY MR. MULROE:
24        Q.  Is there another video that followed that one, Agent?
25        A.  Yes.
```

1    Q.  Showing you 407C.

2              (Video played.)

3              MR. MULROE:  Nothing further.

4              THE COURT:  All right.  Very well.

5              Cross-examination?

6                        CROSS-EXAMINATION

7    BY MR. SMITH:

8    Q.  Just bear with me for one second, Agent.  I didn't

9    realize the cross -- the direct was going to end right

10   there.  So -- good afternoon, Agent.  I presume you remember

11   who I am.  I'm representing Ethan Nordean.

12   A.  Yes.

13   Q.  Okay.  So we just watched a clip.  Let's start -- I was

14   planning on starting from the beginning of your direct, but

15   I'll just start with the last moment.

16              We just watched a clip of a very intoxicated Ethan

17   Nordean; correct?

18   A.  It would appear that way.

19   Q.  Yeah.  And we heard him say that he stormed the Capitol;

20   right?

21   A.  Yes.

22   Q.  And we heard him say 1776; right?

23   A.  Yes.

24   Q.  I think you testified the last time you were here that

25   the phrase "storming the Capitol" was used by hundreds or

1    thousands of rioters or protesters at the January 6th

2    events?

3    A.  I don't recall giving that testimony.

4    Q.  Do you know that many protesters used the phrase

5    "storming the Capitol" in and around the Capitol on

6    January 6th?

7    A.  I don't know about what other protesters were doing.

8    Q.  You haven't reviewed any other evidence indicating --

9    seeing people using that phrase?

10   A.  I have seen other people use the phrase.  I just can't

11   give you quantity.

12   Q.  Would you say it's more than 100, probably?

13   A.  Sure.

14   Q.  Okay.  And the term "1776," I think you -- did you

15   testify the first time you were here that that is a, kind

16   of, catch phrase used by a lot of the protesters who were at

17   the events on January 6th?

18   A.  Again, I don't think I talked about January 6th the last

19   time I was here.

20   Q.  You were testifying about protesters who did ultimately

21   appear at the Capitol on January 6th?

22   A.  In the chats, yes.

23   Q.  Yes.  And 1776, in your understanding, is a, kind of,

24   catch phrase among the protesters who were protesting the

25   election on January 6th?

1    A.  It was used often in the chats.

2    Q.  A kind of shorthand?

3    A.  Yes.

4    Q.  Okay.  So in your view as an investigator in that

5    case -- in this case, was the significance of what we just

6    watched showing pre-planning on Mr. Nordean's part regarding

7    the events on January 6th or was it an attempt to humiliate

8    a defendant with a drunk video of him?

9              MR. MULROE:  Objection.

10             THE COURT:  Sustained.

11   BY MR. SMITH:

12   Q.  Was it an attempt to humiliate the defendant?

13             MR. MULROE:  Objection.

14             THE COURT:  Sustained.

15   BY MR. SMITH:

16   Q.  What is your understanding of the significance of that

17   video clip we just watched?

18             MR. MULROE:  Objection.

19             THE COURT:  Sustained.

20             MR. SMITH:  Would Your Honor like a foundation to

21   be laid?

22   BY MR. SMITH:

23   Q.  Sir, are you -- did you help review evidence in this

24   case before the Government created exhibits?

25             MR. MULROE:  Your Honor, can we go to sidebar?

```
 1                    THE COURT:  We -- yes.
 2                    MR. SMITH:  Your Honor, I'll just move on, if
 3      that's --
 4      BY MR. SMITH:
 5      Q.  So Agent, you were asked at the beginning of your direct
 6      whether Nordean disapproved of certain Telegram chats sent
 7      on January 6th on the day they were sent.  Do you remember
 8      that question?
 9      A.  I remember being asked if there were messages of
10      disapproval.  Yes.
11      Q.  Yes.  And do you remember that Mr. Nordean was one of
12      those?
13      A.  Yes.
14      Q.  Yes.  Okay.  So you understand that Mr. Nordean's phone
15      was off during the events of January 6th; correct?
16      A.  Yes.  My understanding is it was off.
17      Q.  Okay.  So is it meaningless to ask whether a person
18      whose phone is off disapproved of a chat on the day his
19      phone is off?
20                    MR. MULROE:  Objection.  Misstates.  It was about
21      disapproving conduct -- disapproving conduct --
22                    MS. HERNANDEZ:  Objection.
23                    MR. JAUREGUI:  Objection.  Decorum.  Speaking
24      objection.
25                    MR. SMITH:  The question was whether it's
```

1    meaningless, Your Honor.  That's all.

2                THE COURT:  Sustained.

3                MR. SMITH:  Okay.

4    BY MR. SMITH:

5    Q.  What do you -- how do you view -- how do you understand

6    an individual would object to a text or a chat on a day when

7    his phone is off?

8                MR. MULROE:  Same objection.  Misstates the

9    earlier testimony.

10               THE COURT:  Well -- overruled.

11               THE WITNESS:  I'm sorry.  Could you give me the

12   question one more time.

13   BY MR. SMITH:

14   Q.  How do you -- you were asked about whether Mr. Nordean

15   objected or voiced disapproval of certain Telegram chats on

16   the day of January 6th; right?

17   A.  Yes.

18   Q.  And then you testified that his phone was off during the

19   events of January 6th; correct?

20   A.  Yes.

21   Q.  So what is your understanding of how Mr. Nordean would

22   express disapproval of chats through Telegram if his phone

23   is not working?

24   A.  So Mr. Nordean would have had an opportunity to make

25   those comments at some point when his phone was turned back

1    on, would be my understanding.

2    Q.  Okay.  Did you understand the question to be whether

3    Mr. Nordean objected on the day of January 6th to chats?

4    A.  I understood the question to be whether there were any

5    messages of disapproval by specific individuals.

6    Q.  Okay.  So Agent, you testified about -- going to come

7    up -- bring this up on the screen.

8            MR. SMITH:  This is going to be Government

9    Exhibit-601-40.  I'm going to bring this up for the jury,

10   Ms. Harris.  Thank you.

11           THE DEPUTY CLERK:  You said 601-40, Government's?

12           MR. SMITH:  Correct.

13   BY MR. SMITH:

14   Q.  Agent, can you see that Parler exhibit?

15   A.  Yes.

16   Q.  So first, you were asked whether -- this is a Parler

17   post from Mr. Nordean on January 8th; correct?

18   A.  Yes.

19   Q.  And you testified that you took an image of one of the

20   police officers in this Parler post and ran a Google image

21   search; correct?

22   A.  Yes.

23   Q.  And I think that I'm going to move on to Government

24   Exhibit-601-41A which is in evidence.  You testified that

25   this was the correct image that was taken by some media

1    outlet; correct?

2    A.   This was the image I found, yes.

3    Q.   Okay.  And then I think -- just moving on to the next

4    exhibit, 601-41B, you testified that there was a difference

5    between the two images where the second one, which was in

6    Mr. Nordean's Parler post, has the police officer smiling;

7    the first one does not show the officer smiling; correct?

8    A.   Yes.

9    Q.   And you testified that when you did a Google image

10    search, you could not find the one I've drawn a yellow line

11    over, which is the one where the police officer is smiling;

12    correct?

13    A.   I don't believe I was asked that.

14    Q.   Oh.  So when you ran the Google image search, were you

15    able to find a website or -- a website where this police

16    officer was seen smiling?

17    A.   When I originally ran it, I only found the picture on

18    the left.  Subsequent searches found a very small number of

19    instances of this picture on the right being used.

20    Q.   Okay.

21    A.   But not in a media outlet format.

22    Q.   Okay.  And did you find the dates when the -- when you

23    did find some hits for the smiling image, did you find dates

24    on when those were posted on the Internet?

25    A.   I did not.

1    Q.  You did not?

2         Okay.  And then the final question you were asked

3    about was whether the Proud Boys use misinformation; right?

4    A.  Whether there were references to misinformation in other

5    messages which -- yes.

6    Q.  Okay.  So I think --

7         MR. SMITH:  With the Government's permission, I'm

8    going to bring up a Google image search, but -- in just one

9    moment here.

10        (Brief pause.)

11        So Your Honor, permission to publish a Google

12   search inquiry.

13        THE COURT:  Permission's granted.

14        THE DEPUTY CLERK:  Do you have an exhibit number?

15        MR. SMITH:  This is -- it's a demonstrative.

16        THE DEPUTY CLERK:  Okay.  Can I have a number for

17   your demonstrative?

18        MR. SMITH:  Nordean Demonstrative -- you could say

19   Nordean Exhibit-5.

20        MR. MULROE:  And, Your Honor, we don't object.  We

21   just ask that it be narrated so that the record's clear what

22   is taking place.

23        THE DEPUTY CLERK:  5?

24        MR. SMITH:  Yes.

25        THE DEPUTY CLERK:  Thank you.

1    BY MR. SMITH:

2    Q.  So Agent, can you see this Google search field?

3    A.  Yes.

4    Q.  So I'm going to go through the image search, but I need

5    to find the image and then ask you if it's the same as the

6    one you were looking at.

7    A.  Okay.

8    Q.  Okay.  So if you watch what I'm doing here.

9             (Brief pause.)

10            Now, I'm going to pull up a site that's dated

11   January 8th, 2021.  And do you see an image here that

12   says -- it looks -- do you know what a meme is?

13   A.  Yes.

14   Q.  Okay.  So first, can you see where it says "Posted"?

15   A.  Yes.

16   Q.  And it says January 8th, 2021; right?

17   A.  Yes.

18   Q.  Okay.  And then it says --

19            THE COURT:  Mr. Smith, can you just identify the

20   site where you are, again, so -- just for the record.

21            MR. SMITH:  Sure.  This appears to be a site

22   called 9GAG.com.

23   BY MR. SMITH:

24   Q.  So does this -- I'm drawing a circle around this police

25   officer.  Does he appear to be smiling there?

1    A.   Yes.   This looks like the image from Parler.

2    Q.   Okay.   And can you see this indication that says 11K

3    below the image?

4    A.   Yes.

5    Q.   Does that appear to mean that there are 11,000 likes on

6    that image?

7    A.   I have never used this site, but that would be my

8    understanding.

9    Q.   Okay.   And so -- the catch phrase above this is "Get a

10    job that makes you happy"; right?

11    A.   Yes.

12    Q.   And then it says -- there's a person who says "Me:" --

13    and it appears to suggest that whoever created this is

14    celebrating police officers shooting -- spraying; correct?

15    A.   My characterization of the meme would differ from yours,

16    but --

17    Q.   Okay.

18    A.   This appears to be ironic.

19    Q.   Okay.   So if we just go back one step here -- just keep

20    watching this.   Let me go to images.   And then we click on

21    the one that says Reddit.   Now, do you see where it says --

22    there's an indication at the top of the screen --

23              MR. SMITH:   Your Honor, this is Reddit.com that

24    we're looking at right now.

25    BY MR. SMITH:

1    Q.  There's an indication at the top of the screen that says

2    "Two years ago"; correct?

3    A.  Yes.

4    Q.  And, again, this appears to be the same image that we

5    were looking at?

6    A.  Yes.

7    Q.  Okay.  And do you see this indication that there

8    are 1,000 -- 1.9K up or down?

9    A.  Yes.

10   Q.  Does that appear to be 1,000 -- or nearly 2,000, sort

11   of, interactions with this image?

12   A.  Yes.

13   Q.  Okay.  So I'm just going to go back to the exhibit we

14   were referring to here and bring up 601-40.

15              MR. SMITH:  Ms. Harris, I'm bringing up Government

16   Exhibit- --

17              THE DEPUTY CLERK:  (Indicating.)

18              MR. SMITH:  Thank you.

19   BY MR. SMITH:

20   Q.  So which day does -- so this is a post from Mr. Nordean

21   on January 8th; correct?

22   A.  Yes.

23   Q.  Okay.  And the smiling police officer image was posted

24   at 5:30 in the evening; correct?

25   A.  Yes.

1    Q.   Okay.  And 5:30 in the evening -- Mr. Nordean lives on

2    the West Coast; correct?

3    A.   Yes.

4    Q.   So that would be 8:39 p.m. East Coast time?

5            MR. MULROE:  Objection.  Well, could we go to the

6    phones?  I'll withdraw the objection.

7            THE COURT:  Withdraw?

8            MR. MULROE:  (Indicates affirmatively.)

9            THE COURT:  All right.

10   BY MR. SMITH:

11   Q.   So I think you testified that you didn't have any

12   specific information indicating that Mr. Nordean altered the

13   photograph here; correct?

14   A.   Yes.

15   Q.   Okay.  So when you testified that the Proud Boys use

16   misinformation, what was your understanding about how

17   that -- how misinformation relates to what would be

18   copy-pasting a photograph off the Internet?

19           MR. MULROE:  Objection.  Relevance.

20           THE COURT:  Overruled.

21           THE WITNESS:  My recollection is the question was

22   whether we'd seen references to the use of misinformation,

23   which we had.

24   BY MR. SMITH:

25   Q.   And that question immediately followed your testimony

1    about the derivation of this image; correct?

2    A.  Yes.

3    Q.  So was there some sort of conceptual connection between

4    the use of misinformation and your testimony about this

5    image?

6              MR. MULROE:  Objection.

7              THE COURT:  Sustained.

8    BY MR. SMITH:

9    Q.  Do you want -- what do you understand is the link

10    between misinformation and the use of this meme?

11              MR. MULROE:  Objection.

12              THE COURT:  Sustained.

13              MR. SMITH:  Your Honor, he testified that the

14    Proud Boys used misinformation and he --

15              THE COURT:  No, he --

16              MR. SMITH:  So Your Honor, it's okay.  I -- Your

17    Honor --

18              MR. MULROE:  I would like a brief sidebar, Your

19    Honor.

20              THE COURT:  All right.

21              (Bench conference:)

22              THE COURT:  Mr. Mulroe?

23              MR. MULROE:  Thank you, Your Honor.  And --

24              THE COURT:  Very briefly.

25              MR. MULROE:  I think this is the second time that

1    Mr. Smith has attempted to ask questions of this type.  The

2    objections have been sustained.  We didn't have a sidebar

3    the first time because he wanted to just move on.  But I

4    want to make clear, the objection's that the witness's

5    understanding of why he was asked certain questions is

6    absolutely irrelevant, and to ask that question on cross is

7    just to make arguments.  So I don't think he should continue

8    to take that style of cross.

9              THE COURT:  I -- that's why I sustained the

10   objection, but I don't want to belabor this because

11   Mr. Smith wants to move on.

12             (Return from bench conference.)

13   BY MR. SMITH:

14   Q.  Okay.  Agent, I'm going to bring up Government

15   Exhibit-514-60.  Can you see this -- do you see this

16   exhibit, Agent?

17   A.  Yes.

18   Q.  Okay.  You -- it says -- there's a post -- there's a

19   chat in the Official Presidents chat on January 11th from

20   Rufio Panman at around 5:00 p.m.  He says "I might get

21   arrested when I land, but I regret nothing."  Do you recall

22   testifying about that?

23   A.  Yes.

24   Q.  Okay.  So at this point on January 11th, it's your

25   understanding that the Government had begun investigating

1    and arresting protesters who were at the Capitol on

2    January 6th; correct?

3    A.  Yes.

4    Q.  Okay.  And the Government had begun a -- those arrests

5    for hundreds -- or over 1,000 people who had entered the

6    building that day; correct?

7    A.  I don't believe hundreds had been arrested by the 11th.

8    Q.  Let me make clear.  They had begun a process of

9    arresting hundreds of people who were in the Capitol

10   building that day?

11   A.  We had begun an investigation that would lead to that,

12   yes.

13   Q.  And people had -- so the Government began arresting some

14   of those protesters inside and outside the building by

15   January 11th; correct?

16   A.  Yes.

17   Q.  Okay.  Were all of those protesters arrested for

18   conspiracy?

19          MR. MULROE:  Objection.

20          THE COURT:  Sustained.

21   BY MR. SMITH:

22   Q.  Is it your understanding that those protesters were

23   arrested for an array of crimes?

24   A.  Yes.

25   Q.  Okay.  So might Mr. Nordean's fear of being arrested

1    have something to do with what actually happened on the day

2    of January 6th?

3                  MR. MULROE:  Objection.  Speculation as to what

4    Nordean is thinking.

5                  MR. SMITH:  If he -- Your Honor --

6                  THE COURT:  Sustained as to that question.

7    BY MR. SMITH:

8    Q.  Is it your understanding that people could have been

9    arrested for any number of things, including trespass, on

10   January 6th?

11   A.  Yes.

12   Q.  Okay.  So you do not read this statement as an

13   indication that Mr. Nordean had planned what happened on

14   January 6th?

15                 MR. MULROE:  Objection.

16                 THE COURT:  Sustained.

17   BY MR. SMITH:

18   Q.  Do you see evidence of planning in the defendant's fear

19   of being arrested in this text?

20                 MR. MULROE:  Objection.

21                 THE COURT:  Overruled.

22                 THE WITNESS:  I see here a fear of being arrested.

23   I don't know what that fear was from.

24   BY MR. SMITH:

25   Q.  Thank you.

1          So I'm going to bring up Government Exhibit-515-6.

2    This is a chat from Rufio Panman in OG Pickleback Crew on

3    January 20th.  Do you recall testifying about this one,

4    Agent?

5    A.  Yes.

6    Q.  And essentially, his message is "Eff Trump, eff him more

7    than Biden," and so on?

8    A.  Yes.

9    Q.  And down -- I believe, down in this text, it says "Now,

10    I've got some of my good friends and myself facing jail time

11    because we followed this guy's lead"; right?

12    A.  Yes.

13    Q.  Again, similar to my last question, a person who had

14    been at the Capitol on January 6th and who had entered the

15    building could face potential jail time or arrest for an

16    array of bad acts; correct?

17    A.  Yes.

18    Q.  Do you see any evidence in this text message indicating

19    that Mr. Nordean had planned the cause of what would

20    ultimately lead to jail time for him?

21    A.  No.

22    Q.  Okay.  So I'm going to bring up Government

23    Exhibit-509-40.  Do you remember testifying about this

24    thread, Agent?

25    A.  Yes.

14036

1    Q.    Okay.  So at 9:00 a.m. -- we're at 9:00 a.m. on

2    January 7th; right?

3    A.    Yes.

4    Q.    And the first message is from Johnny Blackbeard?

5    A.    Yes.

6    Q.    That's John Stewart?

7    A.    Yes.

8    Q.    Now, John Stewart, I think -- was he one of the --

9    you -- strike that.

10          You've broken down some of the Proud Boys in this

11   case to leaders and followers; right?

12   A.    I've discussed the MOSD leadership.

13   Q.    Okay.  So was Mr. Stewart a member of the leadership?

14   A.    Yes, he was part of the operations team.

15   Q.    Okay.  So -- can you read that message here.

16   (Indicating.)

17   A.    "I don't think there ever was really a plan.  I know I

18   had no input if there was.  We were caught off guard, for

19   sure."

20   Q.    So do you understand that -- now, you've testified at

21   various points in this case that sometimes the users of the

22   chats would not speak sincerely in the chats; right?

23   A.    I can't recall a specific instance of that, but I -- I

24   can't recall a specific instance of that.

25   Q.    Do you regard this as a specific -- this chat as a

1    specific instance of that?

2    A.  No.

3    Q.  So when one of the leaders is saying "I don't think

4    there ever really was a plan," that should be taken as a

5    sincere message, based on your review of the evidence?

6    A.  I don't know what Mr. Stewart was thinking in this

7    moment, but that is the message.

8    Q.  Okay.  And that's one day after the events of

9    January 6th, obviously?

10   A.  Yes.

11   Q.  Okay.  And then there's another message here from -- at

12   9:23 a.m. from Noble Beard the Immortal; right?

13   A.  Yes.

14   Q.  And that is Jeremy Bertino?

15   A.  It is.

16   Q.  Okay.  So can you read his chat?

17   A.  "There was definitely not enough planning for this

18   rally.  We were busy trying to set this thing up."

19   Q.  Again, do you have any reason to believe that that

20   statement was an insincere or coded statement?

21   A.  No.

22   Q.  Okay.  So when he -- when Mr. -- when -- based on your

23   review of the chats, when Mr. Bertino refers to "this

24   rally," what do you think he's referring to?

25   A.  Based on the context, January 6th.

1    Q.  Well, when you say "January 6th," a lot of things

2    happened that day.

3            When he says "this rally," do you think he's

4    referring to anything in particular, based on your review of

5    the evidence, or just everything that happened that day?

6    A.  I would take it to be the riot at the Capitol, but it

7    just says "this rally."

8    Q.  Based on your review of the chats, do you understand

9    that Jeremy Bertino had some understanding of planning for

10   January 6th?

11   A.  He was a leader that was involved in MOSD discussions.

12   Q.  So he would naturally have an understanding of planning

13   that day?

14   A.  I'm not sure you can get to "naturally," but he was a

15   leader.

16   Q.  So he should have an understanding of the plan?

17   A.  I don't under- -- I don't have information about how --

18   Q.  Only based on your review of his communications in the

19   chats.

20   A.  Based on my [sic] communications, he was involved in

21   planning, yes.

22   Q.  Involved in planning on -- what happened actually on the

23   day of January 6th?

24   A.  Yes.

25   Q.  Okay.  So there's another message here from Johnny

1    Blackbeard at 9:55 a.m.; right?

2    A.  Yes.

3    Q.  And Johnny Blackbeard we just identified as Mr. Stewart?

4    A.  Yes.

5    Q.  So this is a couple of minutes after -- oops.  Let's go

6    back here.  So at 9:22, Mr. Stewart says "I don't think

7    there ever really was a plan"; right?

8    A.  Mm-hmm.

9    Q.  Okay.  And then we look at Mr. Stewart's message just a

10   few minutes later; right?

11   A.  Yes.

12   Q.  And he says "You know, the normies, they stopped 25

13   percent of the way in.  That fucking building should be

14   still occupied right now."

15          Do you see that?

16   A.  Yes.

17   Q.  So this was the same individual who said there was no

18   plan; right?

19   A.  Yes.

20   Q.  So we can infer from that that the facts he just states

21   right there were not part of the plan; right?

22          MR. MULROE:  Objection to relevance.  What the

23   witness thinks we can infer.

24          MR. SMITH:  Based on his understanding of -- he's

25   the reviewer of --

1    THE COURT:  He can answer it based on his review

2    of the chats -- of the --

3    THE WITNESS:  Based on my review of the chats,

4    Mr. Stewart's comment at the top of this thread is about the

5    fact that once the normies got into the building, there was

6    no plan about where to go next.

7    BY MR. SMITH:

8    Q.  Wait.  So when you said "based on my review" of this

9    chat, did you mean Mr. Stewart's first chat in the thread or

10   did you mean the last one?

11   A.  Oh, I'm sorry.  There it is.  Yes.  Like -- the

12   discussion is there wasn't a plan; they stopped 25 percent

13   of the way into the building.

14   Q.  So just -- I know this is obnoxious to keep asking you

15   to be more specific.  But when you say "they discuss," are

16   you referring to the top chat, Mr. Stewart's chat here where

17   he says "I don't think there ever was a plan" or are you

18   referring to that -- his comment in the 9:55 a.m. chat?

19   A.  I think both are directed to the same core observation

20   he's making, which is that once the normies got inside,

21   there was no plan about how to go the rest of the way.

22   Q.  So I think we agreed in the first chat that Mr. Stewart

23   says "I don't think there ever really was a plan"?

24   A.  Yes.

25   Q.  A plan at all; right?

1    A.  The chat says "a plan."

2    Q.  Right.  And then he says "I don't know -- I know I had

3    no input, if there was"; right?

4    A.  Yes.

5    Q.  Okay.  So just a few minutes later, he says "The

6    normies, they stopped 25 percent of the way in.  That

7    fucking building should still be occupied right now"; right?

8    A.  Yes.

9    Q.  So if the same individual is saying "I don't think there

10   ever was a plan" -- right -- "and if there was one I did not

11   have any input in it," says -- goes on to say they -- "The

12   normies stopped 25 percent of the way in.  That fucking

13   building should still be occupied right now" -- if the same

14   individual is saying both of those things --

15   A.  Yes.

16   Q.  -- one may infer that if that individual had no input

17   and he had no knowledge of a plan, that the things he's

18   referring to here are not part of a plan as he understood

19   it; right?

20   A.  One may infer that.

21   Q.  Okay.  And this -- Mr. Stewart, again, was a leader of

22   what the Government is characterizing as a conspiracy;

23   correct?

24   A.  He was a leader in MOSD.

25   Q.  Okay.  You testified that Mr. Tarrio -- I don't -- I'm

1    not going to have this chat handy, but you said -- you

2    testified that Mr. Tarrio sent a chat before January 6th in

3    which he referenced 1776.  He might have whispered it?

4    A.  Yes.

5    Q.  He -- so he sends a chat -- maybe, it's a voice note

6    where he whispers "1776"?

7    A.  The text says "Whispers 1776."

8    Q.  Oh.  And do you remember roughly what time period that

9    was or --

10   A.  It was mid-December.  It was in the same conversation in

11   the elders chat where he was laying out the Ministry of

12   Self-Defense.

13   Q.  Okay.  And I think we went through this at the

14   beginning, but in -- I think you testified that, maybe --

15   many people invoked the phrase -- the term "1776" among the

16   crowd that descended on the Capitol on January 6th?

17   A.  Sure.

18   Q.  Okay.  So can -- do you -- based on your review of the

19   chats, do you infer that within Tarrio's mention of the term

20   "1776," he, sort of, encapsulated the plan for storming the

21   Capitol?

22            MR. MULROE:  Object to the relevance, what the

23   agent might infer.

24            MR. SMITH:  Just based on his review of the --

25            THE COURT:  He can answer, if he can -- he can

1    answer the question, if he knows.

2            THE WITNESS:  I can't make an inference from that

3    single chat, no.

4    BY MR. SMITH:

5    Q.  Okay.  So you do not -- it's not your understanding,

6    based on your review of the chats, that the word -- the term

7    "1776" is a kind of code word that conveys a plan?

8    A.  I don't believe so, no.

9    Q.  Okay.  Is it any kind of code word?

10   A.  No.

11   Q.  Okay.  Does it mean something to them or --

12           MR. MULROE:  Objection.  He's asking the witness

13   to speculate and infer.

14           THE COURT:  I -- if the witness can answer based

15   on his review of the texts.

16           THE WITNESS:  I think "1776" often is invoked in

17   the chats I have reviewed with revolutionary connotations,

18   but that is as far as I would be comfortable taking it.

19   BY MR. SMITH:

20   Q.  Okay.  I'm going to bring up Government Exhibit-500-92.

21   Just a couple more of these and then we'll be done.

22           Agent, you testified about this chat where Rufio

23   Panman at 5 -- 4:53 p.m. in the Skull and Bones chat on

24   January 12th makes some comments about someone named Heath?

25   A.  Yes.

1    Q.  And Mr. Nordean says at the end of the chat "I'm not

2    saying we need to gear up and go to war, but the" --

3               THE COURT REPORTER:  Mr. Smith, (indicating.)

4               MR. SMITH:  Sorry about that.

5    BY MR. SMITH:

6    Q.  "I'm not saying we need to gear up and go to war, but

7    the Heaths in this club will never call the shots as long as

8    I'm around"?

9    A.  Yes.

10   Q.  And he says "Our lives are being destroyed due to

11   inaction and government control"; right?

12   A.  Yes.

13   Q.  Okay.  I'm just going to bring up one more and then I'm

14   going to ask you a question about both of those.  I'm going

15   to bring up Government Exhibit-500-94.  So here is a chat

16   from January 13th in Skull and Bones where Rufio Panman says

17   "I think a standby order for two weeks" -- essentially would

18   be okay.  Later on, he says "But a full-blown ban for three

19   months sends a message to the whole club that we are

20   scared"; right?

21   A.  Yes.

22               MR. SMITH:  Okay.  I'm going to bring this down

23   and then bring up Nordean -- a Nordean exhibit which is

24   Nordean-102.  It's an MOSD December 20th chat -- that's the

25   name -- at Page 513.  And I'll bring it up in -- I'll give

1    the -- Mr. Conor [sic] an opportunity to object, just bring

2    it up for the witness first.

3    BY MR. SMITH:

4    Q.  So I'm just going to focus you on two chats here.

5              (Brief pause.)

6              So I'll just draw lines next to them.  Do you see

7    those two chats I've drawn lines next to?

8    A.  Yes.

9    Q.  Okay.  And does -- did -- do they appear to be -- I'm

10   not going to read the content.  But do they appear to be

11   chats from January 21st, 2021?

12   A.  Yes.

13             MR. SMITH:  Okay.  So Your Honor -- can Your Honor

14   see these ones?

15             THE COURT:  Yes, I can.

16             MR. SMITH:  Okay.  We'll move the first one in as

17   an 803(3), a statement of future intent.

18             THE COURT:  All right.  Is there objection?

19             MR. MULROE:  I would dispute that basis, but we

20   don't object to the messages coming in.

21             THE COURT:  All right.  So if there's no

22   objection, there's no objection.  You may proceed.

23             THE DEPUTY CLERK:  Can you confirm the number,

24   please.

25             MR. SMITH:  It's Nordean Exhibit-102.

1          THE DEPUTY CLERK:  Thank you.

2          MR. SMITH:  And then the -- if you want to note,

3     the PDF name is MOSD December 20th and the page number's

4     413.

5          THE DEPUTY CLERK:  I don't need all that.

6     BY MR. SMITH:

7     Q.  Okay.  So Agent, does it look like there's a chat from

8     Rufio Panman on January 21st, 2021, saying "We are about to

9     put a three-month ban on rallies"?

10    A.  Yes.

11    Q.  "And I bet a lot of the dudes aren't going to rally

12    anymore, period"?

13    A.  Yes.

14    Q.  Okay.  Just a couple more chats here.

15         MR. SMITH:  I'm going to bring up -- I am going to

16    bring up the same exhibit at Page 403, and I'll ask the

17    witness to identify this and we'll give Mr. Mulroe an

18    opportunity to object.

19    BY MR. SMITH:

20    Q.  So Agent, do you see these chats between Captain Trump

21    on January 20th and Rufio Panman on January 20th?

22    A.  Yes.

23         MR. SMITH:  Okay.  So Your Honor, I'm going to

24    draw a line next to the first one.  And the bases for

25    admission for these two are excited utterance and

1    present-sense impression.

2           MR. MULROE:  We object.

3           THE COURT:  Yeah, I'm sure.  Let's go to the

4    sidebar.

5           (Bench conference:)

6           MR. SMITH:  So Your Honor, I'll make the argument

7    here.

8           So at 10:37:05 in the first chat at UTC-8, Captain

9    Trump posts the affidavit for Biggs where he says "They're

10   making it seem like the Capitol shit was planned"; then

11   immediately afterwards -- or as soon as, I guess, the

12   next -- very next message, Mr. Nordean responds to that by

13   saying "What the fuck?"  Now, he's obviously responding to

14   the content of that message, that information that he just

15   learned.  That is an excited utterance.  It's made in

16   response to the information that's being relayed in the

17   first statement.  So that's the first basis of admission,

18   excited utterance, and then the -- we have to show the first

19   statement under 106 to show what he's reacting to.

20          The second is present-sense impression.  He's

21   being copied with an affidavit for Biggs.  As he's reviewing

22   it, he says "What the fuck," or the -- at least the

23   information in that.

24          And then, Your Honor, the third basis for

25   admission is Rule 106.  Your Honor ruled that this would

1    be -- that the first chat would be admissible as a part of a

2    Government exhibit.  It was already introduced.  So the way

3    we would bring this in, Your Honor, is the same way that 106

4    material has come in earlier in the case which is through

5    cross.  So we would show that -- the Government's exhibit --

6              THE COURT:  Okay.

7              MR. SMITH:  -- and then just add the first chat.

8              THE COURT:  Mr. Smith -- well, let me hear from

9    Mr. Mulroe in response.

10             MR. MULROE:  Your Honor, I think you've already

11   decided the 106 procedural issue in that the time to do that

12   was earlier --

13             THE COURT:  Right.  Put the 106 issue aside,

14   because I already -- the -- it's not coming in under 106

15   right now, but --

16             MR. MULROE:  Yeah --

17             THE COURT:  -- go ahead.

18             MR. MULROE:  -- the hearsay exceptions are

19   interesting.  I would love to see a case where somebody --

20             MS. HERNANDEZ:  So Your Honor, we can --

21             THE COURT:  Ms. --

22             MS. HERNANDEZ:  Your Honor, Mr. Mulroe's voice is

23   being heard.

24             THE COURT:  All right.  All right.  Go ahead.

25             MR. MULROE:  I would love to see a case where an

1    excited utterance is found where somebody takes out their

2    phone and types something.  That would be new to me, and

3    it's possible, but I don't think either of those are a valid

4    reason to let this in.  So we object.

5             THE COURT:  Mr. Smith, how much more do you have

6    on your cross?

7             MR. SMITH:  This would be it, Your Honor.  We just

8    want to go through this.

9             THE COURT:  It's a shame that you didn't -- it's a

10   creative argument, but --

11            MR. SMITH:  Your Honor, I would just note that the

12   Government's objection wasn't -- didn't have content.  He

13   said, "It's interesting and I don't know whether there's

14   case law indicating that an excited utterance could come

15   through a chat," but, Your Honor, there's no citation to

16   case law; there was no content to the argument.  It's just

17   saying, "That's interesting."  So we think, Your Honor --

18            THE COURT:  Right.

19            MR. SMITH:  -- that's effectively --

20            THE COURT:  Right, right, but it's a -- there's no

21   content to your argument either other than --

22            MR. SMITH:  No --

23            THE COURT:  -- other than, "Well, I'm citing a

24   rule."

25            MR. SMITH:  No, no, no, no, Your Honor.  We're

1    making an argument that there -- here is the -- there's

2    someone texting Mr. Nordean information.  Mr. Nordean is

3    reacting to it in an excited fashion.  I think everyone can

4    agree "What the fuck" is an expression of surprise, and

5    that's the excited utterance.

6            THE COURT:  For example, I don't know whether

7    he -- I don't know the time between when he read the

8    information and when he responded.  I have no way of knowing

9    that.

10           MR. SMITH:  And, Your Honor, we don't either

11   because there's a -- the -- Cain -- Inspector Cain testified

12   that there aren't read stamps in this version of Telegram.

13           THE COURT:  Right.

14           MR. SMITH:  But, Your Honor, we think -- if this

15   was a marginal issue for the Court, we'd say, "Well,

16   consistent with the line is that the Government has

17   introduced just those chats from Mr. Nordean without showing

18   what he was referring to."  And Your Honor said, "Well, in

19   fairness, that would be the way that it would be done

20   normally."  So it -- Your Honor, if you throw that into the

21   balance, just being able to show the jury what Mr. Nordean

22   was talking about in an exhibit they've already seen -- I

23   mean, they -- the Court has allowed the Government to show

24   drunk videos of him and all this stuff --

25           THE COURT:  I understand.  I understand what I've

```
 1     done.
 2            Mr. Pattis, I see your hand up.
 3            MR. PATTIS:  Not that Mr. Smith would ever need
 4     assistance from me, and I don't want to be accused of
 5     out-royaling the king, but I'm not aware of any temporal
 6     limitation on an excited utterance.  The law is that it has
 7     to be under the influence of an event that is startling.
 8     And I've seen cases and been involved in criminal cases
 9     where statements made 8 to 10 to 15 minutes later come in if
10     the event that they're reacting to is sufficiently
11     startling.  News of an indictment -- a federal indictment
12     and an arrest, I would suggest, supports the admission of
13     this.
14            THE COURT:  No, but it -- doesn't it have to be
15     immediately following the perception of the event?
16            MR. PATTIS:  The event -- that's where the case
17     law will vary on a jurisdiction -- I didn't prepare this
18     issue.  I can tell you, in other jurisdictions, I've had
19     statements come in 8 to 10 and, in one case, 15 minutes
20     afterward because the event was that startling.
21            THE COURT:  All right.  Here's what I'm going to
22     do just out of an -- just to preserve the time on this.
23     Mr. Smith, we had another issue come up like this in the
24     past where you just, again, out of -- trying to move this
25     along, sort of, deferred to another attorney and being able
```

1    to go down this road.  I'll look at this over lunch, and if

2    I think it's appropriate -- do you object if I -- I'll let

3    someone else do this if I think it's appropriate.  I mean,

4    it's not going to take --

5              MR. SMITH:  Let --

6              THE COURT:  -- either it is or --

7              MR. SMITH:  Let another attorney?  But this is

8    my client.  So the other -- Your Honor, this is --

9              THE COURT:  I understand.  I'm --

10             MR. SMITH:  I'm just trying -- Your Honor, in

11   this -- the Government has already introduced an exhibit

12   where Mr. Nordean is referencing the very text I'm trying to

13   get in.  In fairness, Your Honor, may I just show the

14   juror -- the jury what he was referring to?

15             THE COURT:  In fairness, you may not.  That --

16   I've already -- you made the argument under 106.  I didn't

17   agree with -- I disallowed it under 106, at least if the

18   Government didn't use this again, and tabled the idea of

19   whether -- the question of whether it would --

20             MR. SMITH:  Right.

21             THE COURT:  -- come in later on.

22             MR. SMITH:  Right.

23             THE COURT:  And now, you come in with this with no

24   cases and didn't front this for me at all.  So I mean, if

25   you -- I'm happy to look at it over lunch, but I -- I'm

1    totally unprepared to rule on it, and that's not anyone's

2    fault except yours for not prepping me on it.  I don't know

3    what to tell you.  So I'm going to -- I mean, let's put it

4    this way.  I'm going to deny it for now, but I reserve the

5    right, if I -- I hear what you're saying, but --

6            MR. PATTIS:  Judge, Pattis here.  May we take an

7    early lunch?  We seem to be moving quickly.  And I could --

8    I will benefit -- and probably only a half an hour, maybe,

9    45 minutes.  The lunch break would help me tidy it up a

10   little faster than I think any of us expected.

11           MR. MULROE:  We oppose that, Your Honor.  We

12   need --

13           MS. HERNANDEZ:  Your --

14           MR. MULROE:  -- to keep moving.

15           MS. HERNANDEZ:  Your Honor --

16           MR. PATTIS:  Oh, come on.

17           MS. HERNANDEZ:  -- we could fill in the time.  I

18   found the words you used in the Bertino podcast, the

19   limiting instruction.  If --

20           THE COURT:  Okay.  We can --

21           MR. MULROE:  Your Honor --

22           THE COURT:  Let's --

23           MR. MULROE:  Your Honor, the Government's case is

24   going to be interrupted on Monday by the witness being taken

25   out of order.  We can rest tomorrow if we keep moving.  This

1    is --

2              THE COURT:  All right.

3              MR. MULROE:  -- something he sprung on us.  We

4    should keep going --

5              MR. SMITH:  Your Honor, I didn't spring anything.

6              THE COURT:  Well, no, that's not true, Mr. Smith.

7    I mean, in fairness; right?  If --

8              MR. SMITH:  Judge --

9              THE COURT:  -- you were going to make a creative

10   argument -- I'm not against creative arguments, but it's

11   hard to just rule on them -- I don't think you have -- look,

12   look -- hold on one second.

13             (Brief pause.)

14             MR. SMITH:  I think it's 803(2).

15             THE COURT:  Say again.

16             MR. SMITH:  I think -- if Your Honor's looking at

17   the rule, I think it's 803(2) or (1).  I can't remember if

18   it's (1) or (2).  (1) and (2) are present-sense impression

19   and excited utterance.

20             (Brief pause.)

21             THE COURT:  Well, so excited utterance: a

22   statement related to a startling event or condition made

23   while the declarant was under the stress or excitement that

24   it caused.

25             MR. SMITH:  Yeah.  So Your Honor, what we would

1   say is that we know he's under the stress or the excitement

2   of the cause -- of the suggestion that he pre-planned

3   the Capitol -- because he's type- -- he is typing "What the

4   fuck"; right?  When you say "What the fuck," you are -- that

5   is your mood when you're saying it.  If you type it, you

6   know -- if Your Honor thinks about just texting someone in

7   response to something --

8               MR. MULROE:  Your Honor --

9               MR. SMITH:  Your -- we just hadn't finished, but,

10  Your Honor --

11              THE COURT:  Go ahead.

12              MR. SMITH:  -- this is the type of statement

13  where, when you're texting it, that is, by definition, your

14  mood when you're texting it.  You don't --

15              THE COURT:  Here's what we're going to do.

16  Mr. Smith, I'm going to not allow it right now, but I'll

17  look at it over lunch and I'll consider it, letting -- and

18  if I agree with you, I'll consider either letting you jump

19  back and ask this question or letting another attorney do

20  it, but let's just move on for now.

21              MR. SMITH:  Okay.  Your Honor, but what we're

22  saying is we're going to finish right now, but, Your Honor,

23  on the point about 106, we were -- we tried to get -- I just

24  want the Court to know, we tried to get into

25  post-January 6th texts with this agent before and to go to

14056

1    these messages, but we were told that we couldn't because

2    that was outside the scope before.  So when Your Honor said

3    I didn't try this before; I should have done it before, my

4    idea was to do this through this agent because he is the

5    Telegram witness.  Now, the Government is responding this

6    text came through another witness --

7              THE COURT:  Right.

8              MR. SMITH:  -- but if we were told that

9    Mr. Dubrowski was coming back and would be text- --

10   testifying about January -- post-January 6th messages -- I

11   relied on the fact that he was coming back to bring this

12   out.  I've -- this has been in my cross notes for a very

13   long time.  So I'm not -- I'm just -- I -- there was nothing

14   intentional here.  It was in good faith.  I'm not trying to

15   pull a fast one.  And I just want to show the jury what he's

16   reacting to in a Government exhibit.

17             THE COURT:  All right.  I already ruled on the

18   Rule 106 issue if the Government didn't use it.  We'll talk

19   about whether you get it in because the exhibit is already

20   in, but Rule 106 is temporal.  So I said I would consider

21   that.  I'm not -- what -- let's -- if you have no further

22   questions, let's move on.  I'll look at this over lunch and,

23   again, I'll consider letting you come back and ask it, but

24   I -- I'm not going to -- but for now, I'm going to ask you

25   to move on.  And if this is the last question, we'll move to

```
 1    Mr. Pattis --
 2              MR. SMITH:  Okay.
 3              THE COURT:  -- ask- -- starting to ask his
 4    questions.
 5              MR. SMITH:  Okay.  Thank you, Your Honor.
 6              THE COURT:  Very well.
 7              (Return from bench conference.)
 8    BY MR. SMITH:
 9    Q.  I'm sorry about that, Agent.  I was going to ask you
10    about some texts on the screen.  I might come back and ask
11    you about them later.  And I'm going to let the next lawyer
12    go now.
13    A.  Got it.
14              MR. SMITH:  Thanks.
15                       CROSS-EXAMINATION
16    BY MR. PATTIS:
17    Q.  Welcome back, Agent.  How are you?
18    A.  Thank you.  I'm fine.
19    Q.  Last time, I think you were here for six or seven days.
20    I'll do my best to get you out of here today.
21    A.  That would be great.  Thank you.
22    Q.  Maybe, even before lunch.  Let's see how it goes.
23              MR. PATTIS:  May we replay Government's
24    Exhibit-407C, please.
25              (Video played.)
```

1    BY MR. PATTIS:

2    Q.  So that's a, sort of, intoxicated utterance?

3    A.  Yes.

4    Q.  Piece of rhetoric?

5    A.  Yes.

6    Q.  And you -- I think you told us last time you were here,

7    among the things you studied as an undergraduate were

8    persuasive communications; correct?

9    A.  Yes.

10   Q.  And rhetoric, you understand to be -- that's the study

11   of speaking, writing, use of metaphors, figures of speech

12   that are significant, in an attempt to persuade; correct?

13   A.  Yes.

14   Q.  And 1776 as a concept or as a -- as a rhetorical device

15   is commonly used these days, is it not?

16   A.  Sure.

17   Q.  Commonly used at the time of -- in 2021, as well;

18   correct?

19   A.  Yes.

20   Q.  And in your review of materials, you had heard people

21   say things like, the answer to 1984 is 1776.  You'd heard

22   that before?

23   A.  I'm not sure I had heard that before, but I understand

24   the thrust of it.

25   Q.  1984 being a book that George Orwell wrote about

1    totalitarianism and a surveillant society in which people's

2    freedoms were extinguished; correct?

3    A.  Yes.

4    Q.  And in the chats that you've extinguished [sic], you saw

5    echoes of a lot of those views, people fearing that somehow

6    we had lost our freedoms; correct?

7    A.  Yes.

8    Q.  And you certainly saw echoes of those sort of rhetorical

9    devices in the messages we reviewed today; correct?

10   A.  I saw similar references, yes.

11   Q.  I'd like you to date another piece of rhetoric for me:

12   "These are the times that try men's souls.  The summer

13   soldier and the sunshine patriot will, in this crisis,

14   shrink from the service of their country."  You recognize

15   that language?

16   A.  I could use a refresher.

17   Q.  That was from Thomas Paine.

18   A.  There you go.

19   Q.  He wrote it in -- guess the year.

20   A.  I'm going to guess 1776.

21   Q.  To rally Washington's soldiers after a devastating

22   winter of defeat early in?

23   A.  The Revolutionary War.

24   Q.  When we rebelled against?

25   A.  The United Kingdom.

14060

1    MR. MULROE:  Your Honor, I'm going to object on

2    relevance, 403, and ask that we get to the facts of this

3    case.

4    MR. PATTIS:  We're getting to the -- we're right

5    in them, Judge.

6    THE COURT:  Let's get to something relevant.

7    BY MR. PATTIS:

8    Q.  The rhetoric that you were exposed to by the Government

9    here was drenched in discussions about tyranny -- the need

10   to overcome tyranny; correct?

11   A.  There were references to tyranny, yes.

12   Q.  Those were the facts of this case introduced by this

13   man; correct, just moments ago?

14   A.  Yes.

15   Q.  Who's objecting to discussing what he put on for the

16   jury in this case.

17   MR. MULROE:  Your Honor, this is inappropriate.  I

18   object.

19   THE COURT:  Sustained.

20   BY MR. PATTIS:

21   Q.  The fact of the matter is -- and let me read you another

22   piece from Paine:  "But he that stands by it now" -- his

23   country -- "deserves the love and thanks of men and women."

24   That's --

25   MR. MULROE:  Can I have a sidebar, Your Honor?

```
 1              THE COURT:  No sidebar.  The objection's
 2    sustained.
 3              Mr. Pattis, please move on.
 4    BY MR. PATTIS:
 5    Q.  Let's take a look at Joe Biggs -- 611, shall we?  Let's
 6    start with 611B.
 7              (Video played.)
 8              MR. PATTIS:  Can we stop for a minute.
 9    BY MR. PATTIS:
10    Q.  Putin, China.  This is Joe Biggs talking about this
11    country sinking into tyranny; correct?
12    A.  No, I took that to be a reference to the adversaries of
13    the United States witnessing how weak we were.
14    Q.  How we do what?
15    A.  How weak we were, I believe is where he started.
16    Q.  What was that word again?
17    A.  Which word?
18    Q.  I still don't understand you.
19              MR. PATTIS:  Can we play a little more of 611B,
20    please.
21              (Video played.)
22              MR. PATTIS:  Stop right there.
23    BY MR. PATTIS:
24    Q.  "A group of unarmed Americans took one of the highest
25    buildings there were"; correct?
```

14062

```
1    A.   That's what he says, yes.

2    Q.   Sort of the same position that Washington's troops were

3    in when Paine wrote those words in 1776 opposing the most

4    powerful empire in the world; correct?

5    A.   Yes.

6    Q.   I mean, you know your history; right?  And they were

7    revolting over a tax on tea and a tax on paper.  Taxation

8    without representation; correct?

9              MR. MULROE:  Objection.

10             THE COURT:  Sustained.

11             MR. PATTIS:  Okay.  Let's continue with Biggs.

12             (Video played.)

13             MR. PATTIS:  Can we stop for a minute.

14   BY MR. PATTIS:

15   Q.   That -- what he said was "They knew it was in their

16   interests," referring to law enforcement; correct?

17   A.   Yes.

18   Q.   To let who in?

19   A.   The rioters.

20   Q.   No.  "Those people."

21   A.   Oh, I'm sorry.

22   Q.   "These people"; correct?

23   A.   Yes.

24   Q.   He didn't say "us"; correct?

25   A.   No.
```

1  Q.  He was describing the rioters in general; correct?

2  A.  Yes.

3          MR. PATTIS:  Please continue.

4          (Video played.)

5          MR. PATTIS:  Now, stop for a moment.

6  BY MR. PATTIS:

7  Q.  We both agree that's ugly language, ugly rhetoric;

8  correct?

9  A.  Yes.

10  Q.  Not -- but it's not unlawful language and unlawful

11  rhetoric; is it?

12          MR. MULROE:  Object to relevance.  And it calls

13  for a legal conclusion.

14          MR. PATTIS:  I claim the question, given the

15  context of the speech acts that these men are being

16  prosecuted for --

17          MR. MULROE:  Object to the --

18          MR. PATTIS:  -- and the character --

19          MR. MULROE:  -- characterization --

20          MR. PATTIS:  -- of the --

21          MR. MULROE:  -- of speech acts.

22          MR. PATTIS:  -- and the character of the

23  Government's evidence.

24          THE COURT:  Stop.  The objection to the particular

25  question is sustained.

1    BY MR. PATTIS:

2    Q.  Did that sound like evidence of planning a conspiracy to

3    you?  Planning to overthrow the government?

4    A.  No.

5            MR. PATTIS:  Please continue.

6            (Video played.)

7            MR. PATTIS:  Stop there for a moment.

8    BY MR. PATTIS:

9    Q.  You were aware in -- as you conducted this

10   investigation, in January of 2021 there were a lot of people

11   who thought the election had been stolen?

12   A.  Yes.

13   Q.  They were angry?

14   A.  Yes.

15   Q.  The rally on January 6th was a Stop the Steal rally?

16   A.  That was its stated intent.

17   Q.  The president was speaking just before the first breach?

18   A.  Yes.

19   Q.  About the stolen election?

20   A.  Yes.

21   Q.  And he was urging people to go to the Capitol?

22   A.  I -- yeah, that was the part of the speech.

23   Q.  To march to the Capitol; correct?

24   A.  Yes.

25   Q.  To fight like hell; correct?  Those were his words.

1    A.  I'll trust you on that.  I don't have it memorized.

2    Q.  Because if they didn't, they wouldn't have a country

3    anymore.  That was the President of the United States

4    speaking.

5    A.  Yes.

6    Q.  The highest -- the commander in chief of the armed

7    forces, the top guy in the country; correct?

8    A.  Yes.

9    Q.  Some people refer to him as the leader of the free

10   world?

11   A.  Yes.

12          MR. PATTIS:  Can we continue with Biggs, 611C,

13   please.

14          (Video played.)

15          MR. PATTIS:  Can you stop for a moment.

16   BY MR. PATTIS:

17   Q.  How do you think King George reacted to the Boston Tea

18   Party?  Were those domestic terrorists that destroyed the

19   act -- the tea in the harbor that day?

20          MR. MULROE:  Your Honor, I'd object to this and

21   ask for an admonition of counsel.

22          MR. PATTIS:  I don't need an admonition, Judge.

23   I'm talking about the evidence the Government provided in

24   this case and what it means for this jury right here, right

25   now.

```
 1                THE COURT:  Sir, let me just -- let's go to the
 2       phones.
 3                (Bench conference:)
 4                THE COURT:  Mr. Pattis, what -- why do we have to
 5       keep talking about history?
 6                MR. PATTIS:  Because we live in it, for starters.
 7       The Government has chosen to make a lot out of 1776.  My
 8       view -- this case impinges on core First Amendment values,
 9       including the right to petition for redress of grievances,
10       the right to petition -- to assemble peaceably, the right to
11       speak freely, and the line that the Government has crossed
12       in this case by prosecuting in the manner it did places at
13       risk any person who has expressed dissent to the prevailing
14       orthodox --
15                THE COURT:  Mr. Pattis --
16                MR. PATTIS:  -- in this country, and that's not
17       what this country stands for --
18                THE COURT:  Mr. Pattis --
19                MR. PATTIS:  -- and it's not what it --
20                THE COURT:  Mr. Pattis --
21                MR. PATTIS:  -- ever stood --
22                THE COURT:  All right.  I've heard from --
23                MR. PATTIS:  -- for.
24                THE COURT:  Mr. Pattis, to the extent -- you're
25       allowed to color within the lines within the Rules of
```

1    Evidence.  Part of it --

2              MR. PATTIS:  I mean, I'm --

3              THE COURT:  -- you've -- hold on, Mr. Pattis.

4    You've made a big point -- many points about how you think

5    the Government has crossed the line here and -- but on the

6    other hand, you've repeatedly said, "Geez, I wish politics

7    weren't in this case."  You -- what is happening now, okay,

8    is a -- is political speechifying that is being -- sort of,

9    masquerading as cross-examination.

10             MR. PATTIS:  No --

11             THE COURT:  So Mr. Pattis --

12             MR. PATTIS:  -- that certainly --

13             THE COURT:  Mr. Pattis --

14             MR. PATTIS:  I'm sorry I cut you off.

15             THE COURT:  -- I'm going to let you make your --

16   some of these points, but we don't need to go through the

17   history lesson.  Let's focus on the evidence in this case.

18             MR. PATTIS:  May I be heard briefly, sir?

19             THE COURT:  Yes.

20             MR. PATTIS:  I didn't want this case to become a

21   political case, and I warned against it early during jury

22   selection, but in my view the Government transformed it into

23   one.  And so I understand your rulings, but I just want the

24   record to be clear that I don't think that I'm doing

25   something that -- I -- this is not the defense I intended to

1    put on when the case began.  I intended to defend a

2    conspiracy, but now I think we are defending core American

3    values.

4              THE COURT:  You're going to focus your

5    cross-examination on the evidence in the case.

6              MR. PATTIS:  And I think I am, but I hear you --

7              THE COURT:  All right.

8              MR. PATTIS:  -- and I understand you.

9              THE COURT:  All right.

10             MR. PATTIS:  Thank you, sir.

11             THE COURT:  All right.

12             (Return from bench conference.)

13   BY MR. PATTIS:

14   Q.  So we were talking moments ago about 1776 as a

15   rhetorical device.  Can -- and we were commenting on

16   Mr. Biggs.

17             MR. PATTIS:  Let's go back to 611C, please.  Can

18   we resume playing that.

19             (Video played.)

20             MR. PATTIS:  Can you stop there.

21   BY MR. PATTIS:

22   Q.  Did Mr. Biggs just say "Behind every blade of grass,

23   there is a Trump supporter"?

24   A.  Yes.

25             MR. PATTIS:  Can we go to 611D, please.

```
 1                    (Video played.)

 2              MR. PATTIS:  So sir -- can we stop.

 3    BY MR. PATTIS:

 4    Q.  Our founding fathers, the evidence -- according to

 5    Mr. Biggs, were considered to be terrorists.  Were the

 6    members of the Boston Tea Party terrorists?

 7    A.  I have no information about that.

 8              MR. PATTIS:  Can we go to 611H, please.

 9              (Video played.)

10              MR. PATTIS:  Can you stop that for a moment.

11    BY MR. PATTIS

12    Q.  The deplorables, that's a concept that Hillary Clinton

13    introduced us to in the 2016 election; correct?

14    A.  Yes.

15    Q.  By referring to those who were supporting Donald Trump

16    as deplorables; correct?

17    A.  I don't remember the context.

18              MR. PATTIS:  Can we go in -- to 611J, please.

19              (Video played.)

20              MR. PATTIS:  Can you stop, please.

21    BY MR. PATTIS:

22    Q.  When he said "Something sparked that, I don't know who,

23    I have no idea," do you know what he was referring to?

24    A.  Based on the context, I presume the beginning of the

25    riot.
```

1    Q.  He didn't say, "We planned this"?

2    A.  He did not.

3    Q.  "Something sparked this.  I don't know who"; correct?

4    A.  Yes.

5            MR. PATTIS:  Can we continue.

6            (Video played.)

7            MR. PATTIS:  Stop -- can you stop the tape.

8    BY MR. PATTIS:

9    Q.  "We can sit here and point fingers," he said; correct?

10   A.  Yes.

11   Q.  Seeking to make someone responsible for causing an

12   event, the riots on January 6th, 2021.  That's what he was

13   referring to; correct?

14   A.  Yes.

15           MR. PATTIS:  Can you play 611K, please.

16           (Video played.)

17           MR. PATTIS:  Can you stop it for a moment.

18   BY MR. PATTIS:

19   Q.  When he said "There's people everywhere that are pissed

20   off," do you think he was making a comment about the

21   political climate in the country at that time?

22   A.  That seems like a reasonable interpretation.

23           MR. PATTIS:  Continue, please.

24           (Video played.)

25           MR. PATTIS:  Can you stop that for a moment.

1    BY MR. PATTIS:

2    Q.  He says "You're not as untouchable as you think you

3    are."

4            Do you think he's referring, at that point, to

5    Nancy Pelosi and members of the government?

6    A.  It would seem so.

7            MR. PATTIS:  Can we please look at No. 602-52.

8    BY MR. PATTIS:

9    Q.  Take a look at the comment from Mr. Rehl at the bottom

10   of that at 6:20:58.  It ends with the expression "When

11   government fears its people, you have freedom; when people

12   fear the government, you have tyranny"; correct?

13   A.  Yes.

14   Q.  That's from Thomas Jefferson, isn't it?

15   A.  I think it's a close quote, yes.

16   Q.  A man whose memorial we have -- we celebrate not far

17   from this courthouse; correct?

18   A.  There is a memorial, yes.

19   Q.  To a man who uttered those words in revolutionary times;

20   correct?

21   A.  Yes.

22           MR. PATTIS:  May we please see 611M, please.

23           (Video played.)

24           MR. PATTIS:  Stop, please.

25   BY MR. PATTIS:

14072

1   Q.  Mr. Biggs said, in a -- I think you titled -- you said

2   that the -- the title to this file was "Civil War"; correct?

3   In which all these snippets were -- in which the podcast was

4   contained, correct?

5   A.  Yes.

6   Q.  And that was Mr. Biggs just saying he's not advocating

7   for war; correct?

8   A.  I think that was the gentleman on the left.

9            MR. PATTIS:  Okay.  Please continue.

10           (Video played.)

11           MR. PATTIS:  Can you stop there.

12  BY MR. PATTIS:

13  Q.  The day of the riot on January 6th, 2021, the President

14  of the United States was standing in the Ellipse outside the

15  White House telling the American people the election had

16  been stolen; correct?

17  A.  Yes.

18  Q.  If it had been, would that be a time to stand up?

19           MR. MULROE:  Objection.  Relevance.  Calls for

20  speculation.

21           THE COURT:  Sustained.

22           MR. PATTIS:  Now, on this topic of 1776 -- may we

23  see Government's Exhibit-510-48, please.

24  BY MR. PATTIS:

25  Q.  Can we go to -- and we -- let's look at Joshuas Maxstud

```
 1    at 9:29:27.  He says "I think we have arrived at a major
 2    fork in the road.  We either continue to escalate and go to
 3    the 1776 proper route or we reconsider and try something
 4    else"; correct?
 5    A.  Yes.
 6    Q.  "If we go full 1776, people are going to die and lives
 7    are going to be ruined"; correct?
 8    A.  Yes.
 9    Q.  In the actual revolution of 1776, many people did die
10    and lives were ruined, weren't they?
11    A.  Yes.
12              MR. PATTIS:  Can we go to 500-74, please.
13              (Brief pause.)
14    BY MR. PATTIS:
15    Q.  And Tarrio, "Whispers 1776," what's the date on that?
16    A.  December 26th, 2020.
17    Q.  You have no reason to believe he's referring there to a
18    document known as 1776 Returns, do you?
19    A.  I do not.
20    Q.  In fact, that would be impossible, wouldn't it?
21    A.  Based on my present understanding of the timeline, yes.
22    Q.  Because he didn't receive the 1776 document -- 1776
23    Returns document until three, four days later; correct?
24    A.  Yes.
25              MR. PATTIS:  And can we see 528-1, please.
```

```
1                    (Brief pause.)

2              THE DEPUTY CLERK:  528-1?

3              MR. PATTIS:  Yes, ma'am.

4              THE DEPUTY CLERK:  That's not in evidence.

5              MR. PATTIS:  I'm sorry?

6              THE DEPUTY CLERK:  528-1, I don't have an ID for.

7              (Brief pause.)

8              MR. PATTIS:  Oh, okay.  This is --

9              THE DEPUTY CLERK:  That came in under somebody

10   else's --

11             MR. PATTIS:  I'm sorry.  Okay.  5 -- is -- it's --

12   display to the jury, please, Judge?

13             THE DEPUTY CLERK:  Well, this is

14   Government's-528-1.  It might have came in under one of the

15   defendants as a different exhibit number, but it's not --

16             THE COURT:  All right.

17             MR. PATTIS:  I'd move it in at this point, Judge.

18   I've made a mistake, and I'm sorry.

19             THE COURT:  That's all right.  So you're moving in

20   Government's Exhibit-528-1?

21             MR. PATTIS:  Yes, sir.

22             THE COURT:  All right.  Any objection?

23             MR. MULROE:  No, Your Honor.  I thought it was in

24   already.

25             THE COURT:  All right.  It will be admitted.  And
```

1    permission to publish.

2    BY MR. PATTIS:

3    Q.  This is the document that indicates when Mr. Tarrio

4    received from Eryka the 1776 document; correct?

5    A.  Yes.

6    Q.  And the date in the upper right-hand corner is?

7    A.  December 30th, 2020.

8    Q.  Thank you.

9         Now, these individuals in the material that we

10   reviewed, they felt betrayed by President Trump; correct?

11   A.  There were messages supporting that, yes.

12   Q.  And one of them would have been at 500-97?

13       MR. PATTIS:  Please, may we see that.

14       (Brief pause.)

15   BY MR. PATTIS:

16   Q.  "All Trump did was get us to reveal ourselves to the

17   enemy, basically, butt-naked [sic] and unarmed against this

18   new regime."  This is from Rufio; correct?

19   A.  Yes.

20   Q.  And then Rufio goes on in more colorful terms to refer

21   to the president; correct?

22   A.  Yes.

23   Q.  It was your sense, reading this, that these fellows were

24   led to believe something by the commander in chief and then

25   he turned course on them; correct?

```
1    A.  I don't have a sense.  That's just the messages.

2    Q.  So you can't make an inference based on what you've

3    read?

4    A.  I -- an inference as to --

5    Q.  They felt betrayed by Mr. Trump?

6    A.  I think that is the clear thrust of these messages from

7    Mr. Nordean.

8    Q.  That he had talked a mean game but left them at the

9    altar, as it were; correct?

10   A.  Yes.

11   Q.  To pay the bill; correct?

12   A.  Yes.

13             MR. PATTIS:  Can we --

14   BY MR. PATTIS:

15   Q.  And what's more, when Mr. Trump made a -- had a

16   discussion about violence at 515-4A --

17             MR. PATTIS:  May we please have that.

18             (Brief pause.)

19             515-4A, please.

20             (Brief pause.)

21             May I speak to Mr. Mulroe, Judge?

22             THE COURT:  Yes, sir.

23             (Brief pause.)

24             MR. PATTIS:  Thank you, sir.

25             (Brief pause.)
```

```
 1              Well, you know what?  If it's going to be
 2     difficult, I'll just move on, Judge.  I don't want to
 3     torture everyone any more than I usually do.
 4     BY MR. PATTIS:
 5     Q.  You heard Mr. Trump in your -- in the Government's
 6     examination of you talk about there's never an excuse for
 7     violence; correct?
 8     A.  I heard that, yes.
 9     Q.  That we're a nation of laws; correct?
10     A.  Yes.
11     Q.  And then we saw a video of one of the defendants "laws,
12     blah," or some of the words -- an expression to that effect;
13     correct?
14     A.  Yes.
15     Q.  Expressing as -- a profound sense of discontent with
16     what the president had to say?
17     A.  I think that's fair.
18     Q.  And arguably with the state of the country in general;
19     correct?
20     A.  I think that's fair.
21     Q.  Reflecting an attitude of disregard for the law at that
22     point?
23     A.  Yes.
24     Q.  Would that have been similar to an attitude of disregard
25     for the law that the Tea Party folks had in 1776?
```

1          MR. MULROE:  Objection.

2          THE COURT:  Sustained.

3     BY MR. PATTIS:

4     Q.  But the point I'm trying to make, sir, and -- is that

5     these men believed certain rhetoric.  They believed

6     Jefferson's rhetoric, didn't they?

7     A.  I don't know what these individuals believed.

8     Q.  They believed Thomas Paine's rhetoric?

9     A.  I have no way of knowing what they believed.

10    Q.  Based on their -- the emails that you read, you saw that

11    they feared that the country was becoming tyrannical,

12    overcome by tyrants?  You've seen that; correct?

13    A.  I saw those messages.

14    Q.  And let me read to you:  "Tyranny, like hell, is not

15    easily conquered, yet we have this consolation with us that

16    the harder the conflict, the more glorious" --

17         THE COURT:  Sir, the evidence in the case.

18    BY MR. PATTIS:

19    Q.  That's Thomas Paine talking; isn't it?

20    A.  I do not know.

21    Q.  Does it sound right from Thomas --

22         THE COURT:  Sir -- the evidence in the case, sir.

23    BY MR. PATTIS:

24    Q.  The evidence in the case, sir -- that you've reviewed,

25    sir, is that these men were misplaced patriots, weren't

1    they, in their minds?

2    A.   I don't know what that means.

3    Q.   You don't know what that means?

4    A.   Misplaced patriots?

5    Q.   Yeah, their sense of patriotism was misplaced.  Their

6    president had led them to believe an election was stolen and

7    they resorted to historical tropes, 1776 and opposition to

8    tyranny.  They appeared at a protest and they didn't know

9    how it started and then they reacted.  That's what happened;

10   isn't it?

11              MR. MULROE:  Objection.  Cumulative.

12              THE COURT:  Sustained.

13              MR. PATTIS:  Let's return to a closer look at the

14   evidence.  Let's go to 602-53, please.

15              (Brief pause.)

16   BY MR. PATTIS:

17   Q.   This is Zach Rehl speaking?

18   A.   Yes.

19   Q.   "Some dumbass thinks today wasn't a historical day.

20   Shut up, child.  Maybe you will learn to take a history

21   class.  Otherwise, STFU," which we all know what that means:

22   shut up, but not put quite so politely; correct?

23   A.   Yes.

24   Q.   "Seriously, stop being an idiot"; correct?

25   A.   Yes.

1    Q.   Now, in 602-53 --

2              MR. PATTIS:  Let's -- can we play the video again,

3    please.

4              (Video played.)

5              MR. PATTIS:  Okay.  Can we stop that there.

6    BY MR. PATTIS:

7    Q.   Do you recall Mr. Rehl saying "It all started with USA

8    chants"?

9    A.   Yes.

10   Q.   So people were gathered outside the Capitol shortly

11   after Mr. Trump had made his -- concluded his remarks, and

12   they're chanting, "USA, USA, USA"; correct?

13   A.   I'm not the expert on the exact timeline there, but that

14   sounds about right.

15   Q.   And then something snapped?

16   A.   That was the first breach, yes.

17   Q.   And all hell broke loose?

18             MR. MULROE:  Object to scope.

19             MR. PATTIS:  I don't think that's -- well --

20             THE COURT:  Overruled.

21   BY MR. PATTIS:

22   Q.   There never really was a plan.  Mr. Smith showed you

23   that video again at 509-40; correct?

24   A.   That chat?

25   Q.   And in your investigation, did you find any evidence

1  that these men gained financially from their activities that

2  day?

3  A.  Not that I can think of off the top of my head, no.

4  Q.  In fact, they lost everything, didn't they?  They --

5          MR. MULROE:  Objection.

6          THE COURT:  Sustained.

7  BY MR. PATTIS:

8  Q.  "What we obtain cheap, we esteem too lightly."  You've

9  heard those words; correct?

10  A.  I have not.

11  Q.  Okay.  That's Thomas Paine again.

12          THE COURT:  Sir, the evidence in the case.

13  Please --

14          MR. PATTIS:  It is, sir.

15          THE COURT:  -- direct your questions --

16          MR. PATTIS:  I understand --

17          THE COURT:  -- to the evidence --

18          MR. PATTIS:  -- the Court.

19          THE COURT:  -- in the case.

20  BY MR. PATTIS:

21  Q.  Do you follow any athletic teams?

22          MR. MULROE:  Objection.  Relevance.

23          MR. PATTIS:  This -- it is.  I'll tie it up in two

24  questions, and with the Court's indulgence, and then I'll be

25  done and we can have lunch.

 1              THE COURT:  You may proceed.

 2    BY MR. PATTIS:

 3    Q.  Do you follow any athletic teams?

 4    A.  Not particularly closely, no.

 5    Q.  Have you ever cheered at an athletic event?

 6    A.  Yes.

 7    Q.  Have you heard people outside of when -- a game that

 8    their team has won --

 9              THE COURT REPORTER:  I can't hear you.

10              THE COURT:  I can't either.

11    BY MR. PATTIS:

12    Q.  Have you heard people outside, in an excited state of

13    mind at an event that their team won, claim, "We did it"?

14    Have you ever heard that?

15    A.  Yes.

16    Q.  How many of those people actually played the game?

17    A.  None.

18              MR. PATTIS:  Thank you.

19              THE COURT:  All right.  It is 12:30, Mr. Pattis.

20    So I give you that credit, sir.

21              (Laughter.)

22              MR. PATTIS:  Don't get --

23              (Laughter.)

24              THE COURT:  No, not --

25              Ladies and gentlemen, we'll take a one-hour break

1  for lunch.  We'll see you on the other side.

2          (Jury returned to jury room.)

3          THE COURT:  You may step down, sir.

4          (Witness steps down.)

5          THE COURT:  All right.  We'll see everyone at

6  1:30.

7          MR. MULROE:  Your Honor, just very briefly, on the

8  excited utterance point, just --

9          THE COURT:  Yeah.

10         MR. MULROE:  Since the Court's going to consider

11 it over lunch, I think that, you know, we briefed --

12         THE COURT:  Hold on one second.

13         Everyone may be seated.

14         MR. MULROE:  We briefed this as one of the hearsay

15 exceptions in the statements motion that we originally filed

16 back in October, or whatever it was.  So if the Court is

17 inclined, I would direct you to the briefing just for, kind

18 of, a summary of the law.  But I understand that, sort of,

19 the purpose animating the excited utterance exception is

20 that when somebody's in the state of excitement, their

21 faculties of reasoning are so overpowered that they wouldn't

22 have the chance to say something untruthful, essentially,

23 and that's why we can rely on it even without the

24 opportunity for cross-examination.  I think, on the facts of

25 this, Mr. Smith's theory would require Your Honor to find

1    that Ethan Nordean received the message from Zachary Rehl,

2    went into his Telegram, clicked on the link, pulled up the

3    affidavit, read the contents of the affidavit, and then went

4    back into the Telegram and then said "Wow," or whatever it

5    was.  And I just think that that does not raise any

6    plausible inference that he was still in a state of

7    excitement.  I think there was ample opportunity to sit

8    there and decide, do I agree with this or not?  And then

9    register his disgust with it the way he did.  So I don't

10    think it's an excited utterance.

11         THE COURT:  Here's what I'm going to -- Mr. Smith,

12    I'll call on you if I'd like to hear from you.

13         Here's what I want you to think about over lunch.

14    The whole point of excited utterance is to -- is because --

15    is to admit a statement for its truth value.  What truth

16    value it -- does Mr. Smith really need to rely on excited

17    utterance if the statement -- I believe it's "What the

18    eff" -- really doesn't have any truth value; it's just an

19    explanation -- an exclamation?  So think about that over

20    lunch and we will talk about it at 1:30.

21         Ms. Hernandez had her hand up.

22         MS. HERNANDEZ:  So Your Honor, I found the

23    limiting instruction the Court gave on Bertino podcast.  I

24    emailed it to chambers and all the counsel.  Under Rule 105,

25    the request has to be made timely.  We can argue -- we could

1   spend an hour talking about what "timely" is, but -- so I

2   would ask the Court to, at least before this gentleman is

3   off the bench -- off the witness stand, that the Court give

4   it.  And I believe the Bertino limiting instruction was

5   submitted to the Court with -- by agreement from the

6   parties.

7           THE COURT:  Okay.

8           MS. HERNANDEZ:  That's my --

9           THE COURT:  Here's what I recall I said, and this

10  is what I -- this is how I would -- what I would propose to

11  say here:  You have heard statements that Mr. Biggs made on

12  a -- statements that Mr. Biggs made on a podcast and that

13  Mr. Nordean made and recorded videos of on his phone.  You

14  may consider these statements as evidence of Mr. Biggs's and

15  Mr. Nordean's states of mind, including their intent and

16  motive, and not for the state of mind of any other

17  defendant.

18          I think that's roughly what I said for Bertino.

19  In other words, you can consider it as to his state of mind

20  but no other defendant's state of mind, not saying anything

21  else about it.

22          MS. HERNANDEZ:  I believe that's what you said,

23  and I sent you the transcript page.

24          THE COURT:  Okay.

25          MS. HERNANDEZ:  That's -- so I believe it's --

1     that's pretty much what you said.  And, again, I believe you

2     gave that instruction that was submitted by the parties

3     after the parties had conferred on the language.

4          THE COURT:  All right.  Yeah.  I think that makes

5     sense.

6          Mr. Mulroe, any reaction to that?

7          MR. MULROE:  I think that's correct and fine, Your

8     Honor.  I would just point out that the same instruction

9     would probably apply to any number of statements that

10    Zachary Rehl made or Enrique Tarrio made.  I mean, we're not

11    going to ask for that, but --

12         THE COURT:  I -- it --

13         MS. HERNANDEZ:  I will be asking for more limiting

14    instructions.

15         THE COURT:  I -- understood.  And I think if

16    you've -- you've drawn a circle around certain types of

17    statements and want that instruction.  I'll give it.  I'll

18    give it at the end of his testimony.

19         MS. HERNANDEZ:  I thought those were the easiest I

20    could get from the Court.

21         THE COURT:  Right.  I mean, I -- and they --

22    anyway -- all right.

23         Mr. -- anyone else have their hand up here?  No.

24    Mr. Smith, do you want to be heard on your point?

25         MR. SMITH:  Your Honor, I was just going to say

1    that when Mr. Mulroe was speaking, we drafted a motion and

2    emailed it to the Court.  So it's got the case law in it --

3    a request or whatever we want to call these email --

4              THE COURT:  On excited utterance?

5              MR. SMITH:  -- exchange -- yes, Your Honor.

6    And -- well, Rule 106, excited utterance, and the

7    non-hearsay point that Your Honor just made.  So --

8              THE COURT:  All right.

9              MR. SMITH:  Thank you.

10             THE COURT:  I'll take a look at it over lunch.

11             We'll be back at -- it's now 12:36.  So why don't

12   I make it, for you all, so you do get the full hour, 1:45,

13   just a few minutes after --

14             THE DEPUTY CLERK:  All rise.  This Honorable Court

15   stands in recess.

16             (Luncheon recess taken at 12:36 p.m.)

17             * * * * * * * * * * * *

18   <u>**CERTIFICATE OF OFFICIAL COURT REPORTER**</u>

19   **I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify**

20   **that the above and foregoing constitutes a true and accurate**

21   **transcript of my stenographic notes and is a full, true and**

22   **complete transcript of the proceedings to the best of my**

23   **ability, dated this 16th day of March 2023.**

24                          **/s/Timothy R. Miller, RPR, CRR, NJ-CCR**
                             Official Court Reporter
25                           United States Courthouse
                             Room 6722

14088

1

**333 Constitution Avenue, NW**
**Washington, DC 20001**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'** 

**'they'** [1] - 14011:17

**/**

**/s/Timothy** [1] - 14087:24

**0**

**0** [1] - 14016:22
**06511** [1] - 13936:22

**1**

**1** [6] - 13939:3, 13939:9, 13939:13, 13977:8, 14054:18
**1)** [1] - 14054:17
**1,000** [3] - 14029:8, 14029:10, 14033:5
**1-ETHAN** [1] - 13936:4
**1.9K** [1] - 14029:8
**10** [7] - 13977:9, 14002:24, 14003:1, 14003:6, 14003:8, 14051:9, 14051:19
**100** [5] - 13964:20, 14010:11, 14010:23, 14016:2, 14020:12
**10003** [1] - 13936:18
**10016** [1] - 13937:13
**1014** [1] - 13937:9
**105** [5] - 13965:3, 13965:8, 13995:10, 14016:23, 14084:24
**106** [12] - 14047:19, 14047:25, 14048:3, 14048:11, 14048:13, 14048:14, 14052:16, 14052:17, 14055:23, 14056:18, 14056:20, 14087:6
**10:26** [1] - 13981:20
**10:30** [1] - 13940:3
**10:31** [1] - 14007:6
**10:37:05** [1] - 14047:8
**11,000** [1] - 14028:5
**113** [1] - 13937:15
**11:14** [2] - 13957:25, 13958:1
**11:18** [1] - 14000:15
**11:24:18** [1] - 13982:13
**11:55** [1] - 13958:16
**11K** [1] - 14028:2
**11th** [7] - 13961:8, 13961:16, 14008:12, 14032:19, 14032:24,

14033:7, 14033:15
**12** [1] - 13975:6
**12:17** [2] - 14007:14
**12:24:57** [1] - 14011:13
**12:30** [1] - 14082:19
**12:36** [2] - 14087:11, 14087:16
**12:44:34** [1] - 14011:4
**12:49** [1] - 13977:18
**12th** [2] - 13999:24, 14043:24
**13** [1] - 13987:15
**13th** [4] - 13992:22, 14000:15, 14008:1, 14044:16
**1420** [1] - 13936:24
**15** [3] - 14011:5, 14051:9, 14051:19
**153** [1] - 13937:5
**16** [1] - 13936:6
**16th** [1] - 14087:23
**1776** [33] - 13978:14, 13978:16, 13979:2, 13979:3, 13979:14, 13979:24, 14019:22, 14020:14, 14020:23, 14042:3, 14042:6, 14042:7, 14042:15, 14042:20, 14043:7, 14043:16, 14058:14, 14058:21, 14059:20, 14062:3, 14066:7, 14068:14, 14072:22, 14073:3, 14073:6, 14073:9, 14073:15, 14073:18, 14073:22, 14075:4, 14077:25, 14079:7
**17th** [1] - 13940:18
**18th** [1] - 13940:18
**19** [1] - 13978:14
**1984** [2] - 14058:21, 14058:25
**1:05:56** [1] - 13983:3
**1:13** [1] - 13951:7
**1:13:10** [1] - 13951:6
**1:13:49** [1] - 13951:10
**1:21-cr-00175-TJK-1** [1] - 13936:2
**1:21-cr-00175-TJK-2** [1] - 13936:3
**1:21-cr-00175-TJK-3** [1] - 13936:3
**1:21-cr-00175-TJK-5** [1] - 13936:4
**1:21-cr-00175-TJK-6** [1] - 13936:4
**1:30** [2] - 14083:6, 14084:20

**1:32** [1] - 13987:9
**1:41:27** [1] - 13951:17
**1:45** [1] - 14087:12
**1st** [1] - 13936:21

**2**

**2** [5] - 13939:4, 13939:9, 13939:14, 14009:7, 14054:18
**2)** [1] - 14054:18
**2,000** [1] - 14029:10
**2-JOSEPH** [1] - 13936:5
**20** [1] - 13976:15
**20001** [2] - 13937:19, 14088:1
**20005** [1] - 13936:25
**2016** [1] - 14069:13
**202** [3] - 13936:15, 13936:25, 13937:20
**2020** [1] - 14073:16, 14075:7
**2021** [38] - 13949:17, 13951:4, 13957:10, 13957:25, 13958:16, 13959:6, 13960:23, 13961:8, 13969:23, 13970:21, 13971:23, 13972:24, 13974:7, 13976:5, 13977:18, 13979:22, 13979:24, 13980:9, 13980:20, 13987:9, 13988:13, 13990:1, 13995:23, 13999:24, 14000:15, 14001:8, 14004:14, 14008:1, 14009:25, 14011:3, 14027:11, 14027:16, 14045:11, 14046:8, 14058:17, 14064:10, 14070:12, 14072:13
**2023** [2] - 13936:6, 14087:23
**203** [1] - 13936:22
**20530** [1] - 13936:15
**20777** [1] - 13937:3
**209** [1] - 13937:6
**20th** [10] - 13936:17, 13995:23, 13996:6, 13996:11, 13997:7, 14035:3, 14044:24, 14046:3, 14046:21
**21-175** [2] - 13939:2, 14003:19
**21st** [2] - 14045:11, 14046:8
**23rd** [1] - 14001:8
**240** [1] - 13937:3

**25** [5] - 13993:22, 14039:12, 14040:12, 14041:6, 14041:12
**252-7233** [1] - 13936:15
**253-0514** [1] - 13937:13
**26th** [1] - 14073:16
**2:12:07** [1] - 13980:18
**2:13** [1] - 14009:1
**2:16** [1] - 14009:9
**2:28** [2] - 13995:23, 13996:7
**2:28:49** [1] - 13995:25
**2:31:05** [1] - 13996:16
**2:39:03** [1] - 13997:13
**2:47:24** [1] - 13952:18

**3**

**3** [3] - 13939:4, 13939:10, 13939:14
**3-ZACHARY** [1] - 13936:5
**305** [2] - 13937:7, 13937:10
**30th** [2] - 14008:24, 14075:7
**31st** [1] - 14009:25
**33012** [1] - 13937:9
**33014** [1] - 13937:6
**333** [2] - 13937:19, 14088:1
**354-3111** [1] - 13937:20
**383** [1] - 13936:21
**393-3017** [1] - 13936:22
**3:08** [1] - 13971:23
**3:12** [1] - 13957:10
**3:22** [1] - 13972:18
**3:28** [1] - 13960:23
**3:30** [1] - 14006:10
**3:32** [1] - 13983:22
**3:38** [1] - 13972:24
**3:41** [1] - 13959:6
**3:43** [1] - 13973:19
**3rd** [3] - 14006:10, 14011:3, 14011:11

**4**

**4** [1] - 13940:2
**403** [4] - 13968:6, 13968:9, 14046:16, 14060:2
**403-7323** [1] - 13937:7
**407B** [3] - 14014:23, 14015:11, 14018:18
**407C** [2] - 14015:3,

14019:1
**407D** [2] - 13994:23, 13995:4
**413** [1] - 14046:4
**429-6520** [1] - 13936:25
**45** [1] - 14053:9
**472-3391** [1] - 13937:3
**49** [2] - 13936:8, 13937:9
**4:28:24** [1] - 14008:12
**4:29** [1] - 14006:22
**4:53** [1] - 14043:23
**4:53:45** [1] - 14000:4
**4:59** [1] - 13961:8
**4r** [1] - 13936:18
**4th** [1] - 13936:14

**5**

**5** [7] - 13939:5, 13939:11, 13939:15, 13999:11, 14026:23, 14043:23, 14074:11
**5-ENRIQUE** [1] - 13936:6
**500-104** [2] - 13947:7, 14008:22
**500-105** [2] - 13947:7, 14009:24
**500-107** [2] - 13947:7, 14011:11
**500-74** [2] - 13979:9, 14073:12
**500-79** [1] - 14006:7
**500-91** [2] - 13947:6, 14008:8
**500-92** [1] - 13947:6
**500-94** [2] - 13947:6, 14000:14
**500-97** [3] - 13947:6, 13995:20, 14075:12
**500-98** [2] - 13947:6, 13996:13
**500-992** [1] - 13999:18
**501(c)(4** [1] - 14010:9
**509-37** [1] - 13974:3
**509-39** [2] - 13947:7, 13972:21
**509-40** [2] - 13976:4, 14080:23
**509-41** [2] - 13947:7, 14007:4
**509-42** [2] - 13947:7, 14007:24
**510-48** [1] - 13947:7
**510-50** [1] - 13947:8
**510-51** [2] - 13947:8, 13951:15
**510-52** [2] - 13947:8,

14090

13952:12
**512-13** [3] - 13947:8, 13949:1, 13949:16
**512-18** [2] - 13947:8, 13973:14
**512-19** [3] - 13947:8, 13980:6, 13981:7
**513** [1] - 14044:25
**514-58** [2] - 13947:8, 13957:5
**514-59** [2] - 13947:9, 13977:15
**514-60** [2] - 13947:9, 13961:5
**514-61** [2] - 13947:9, 14001:5
**515-4** [2] - 13947:9, 13992:16
**515-4A** [4] - 13993:19, 13994:3, 14076:16, 14076:19
**515-6** [2] - 13947:9, 13997:7
**528-1** [3] - 14073:25, 14074:2, 14074:6
**532-2** [2] - 13947:9, 14010:24
**544-3** [2] - 13947:9, 13982:7
**544-4** [1] - 13947:9
**545-3** [2] - 13947:10, 13969:18
**547-7** [2] - 13947:10, 13988:9
**547-8** [2] - 13947:10, 13981:16
**555** [1] - 13936:14
**59047** [1] - 13937:16
**5:00** [2] - 13961:16, 14032:20
**5:07:44** [3] - 13949:18, 13949:23, 13949:24
**5:08:28** [1] - 13950:2
**5:30** [2] - 14029:24, 14030:1
**5:39** [2] - 13990:1, 13990:5
**5:43** [1] - 14005:21

## 6

**6** [3] - 13939:5, 13939:12, 13939:15
**6-DOMINIC** [1] - 13936:6
**600-64** [1] - 13947:24
**600-66** [2] - 13947:24, 13958:13
**600-70** [2] - 13947:24, 14005:13

**600-72** [2] - 13947:24, 13959:3
**600-75** [2] - 13947:24, 13960:22
**600-76** [2] - 13947:24, 14005:17
**601-40** [2] - 14024:11, 14029:14
**601-41** [3] - 13947:24, 13989:21, 13991:14
**601-41A** [4] - 13990:22, 13991:5, 13991:9, 13991:18
**601-41B** [4] - 13991:2, 13991:9, 13992:3, 14025:4
**602-52** [3] - 13947:25, 13970:18, 14071:7
**602-53** [4] - 13947:25, 13971:19, 14079:14, 14080:1
**602-58** [2] - 13947:25, 13983:20
**603-64** [2] - 13947:25, 13979:18
**611** [1] - 14061:5
**611B** [4] - 13963:7, 13967:1, 14061:6, 14061:19
**611C** [4] - 13963:7, 13967:6, 14065:12, 14068:17
**611D** [3] - 13963:8, 13967:8, 14068:25
**611H** [3] - 13963:8, 13967:15, 14069:8
**611J** [4] - 13963:8, 13967:17, 13968:19, 14069:18
**611K** [3] - 13963:8, 13969:2, 14070:15
**611L** [2] - 13963:8, 13969:4
**611M** [3] - 13963:8, 13969:6, 14071:22
**6175** [1] - 13937:12
**646** [1] - 13937:13
**6722** [2] - 13937:18, 14087:25
**6:07** [1] - 13974:7
**6:10** [1] - 13992:22
**6:14:26** [1] - 14005:8
**6:18** [1] - 13970:24
**6:18:51** [1] - 13970:23
**6:20:58** [1] - 14071:10
**6:40:08** [1] - 13975:12
**6:56:54** [1] - 14001:8
**6th** [69] - 13937:12, 13945:14, 13945:15, 13945:23, 13947:18,

13948:5, 13948:19, 13949:6, 13949:8, 13949:17, 13952:10, 13953:7, 13953:12, 13956:15, 13957:25, 13959:11, 13961:14, 13961:21, 13961:24, 13962:5, 13962:11, 13969:16, 13969:23, 13970:5, 13970:21, 13970:23, 13974:2, 13974:7, 13975:21, 13977:13, 13979:22, 13980:2, 13983:14, 13988:13, 13989:17, 13995:18, 13998:25, 14004:1, 14006:4, 14012:11, 14020:1, 14020:6, 14020:17, 14020:18, 14020:21, 14020:25, 14021:7, 14022:7, 14022:15, 14023:16, 14023:19, 14024:3, 14033:2, 14034:2, 14034:10, 14034:14, 14035:14, 14037:9, 14037:25, 14038:1, 14038:10, 14038:23, 14042:2, 14042:16, 14055:25, 14056:10, 14064:15, 14070:12, 14072:13

## 7

**7** [1] - 13936:17
**7166** [1] - 13937:2
**764-9347** [1] - 13937:16
**775** [1] - 13937:16
**7:10:18** [1] - 13975:18
**7:12:35** [1] - 14002:13
**7:23** [1] - 14004:14
**7:52** [1] - 13970:6
**7th** [17] - 13951:4, 13951:15, 13957:10, 13958:16, 13971:23, 13971:24, 13972:24, 13973:19, 13976:5, 13977:18, 13980:9, 13981:20, 13982:11, 13982:25, 13987:9, 14005:7, 14036:2

## 8

**8** [2] - 14051:9, 14051:19
**803(2** [1] - 14054:17
**803(2)** [1] - 14054:14

**803(3** [1] - 14045:17
**822-2901** [1] - 13937:10
**8:22** [3] - 13979:22, 13980:1, 13980:2
**8:39** [1] - 14030:4
**8:44** [1] - 13980:9
**8th** [8] - 13983:22, 13990:1, 14004:14, 14005:14, 14024:17, 14027:11, 14027:16, 14029:21

## 9

**902-3869** [1] - 13936:19
**917** [1] - 13936:19
**99** [1] - 13937:12
**9:00** [3] - 13936:6, 14036:1
**9:04** [1] - 14009:25
**9:04:26** [1] - 14010:16
**9:22** [2] - 13976:5, 14039:6
**9:23** [1] - 14037:12
**9:25** [1] - 13970:8
**9:29:27** [1] - 14073:1
**9:55** [2] - 14039:1, 14040:18
**9:55:17** [1] - 13977:2
**9GAG.com** [1] - 14027:22
**9th** [2] - 13959:6, 13960:23, 14005:20

## A

**a.m** [15] - 13936:6, 13958:16, 13973:19, 13982:13, 13983:22, 14004:14, 14007:6, 14007:14, 14007:22, 14009:1, 14036:1, 14037:12, 14039:1, 14040:18
**Aaron** [1] - 14004:16
**ability** [1] - 14087:23
**able** [10] - 13958:6, 13989:9, 13997:21, 13998:1, 14012:13, 14013:3, 14013:4, 14025:15, 14050:21, 14051:25
**absolutely** [2] - 13964:9, 14032:6
**acceleration** [1] - 13959:9
**accepted** [1] - 13982:21

**accommodate** [1] - 13986:18
**accommodating** [2] - 13986:25
**accomplish** [1] - 13954:9
**accomplished** [8] - 13952:25, 13953:10, 13953:25, 13954:4, 13955:2, 13955:23, 13956:1, 13956:3
**according** [1] - 14069:4
**account** [9] - 13962:7, 13962:10, 13963:12, 13970:19, 13970:22, 13983:21, 13987:5, 13989:23, 14005:13
**accounts** [2] - 13947:21, 13948:3
**accurate** [5] - 13960:15, 13991:6, 14015:8, 14018:5, 14087:20
**accurately** [3] - 13947:13, 13948:2, 13963:10
**accused** [1] - 14051:4
**act** [1] - 14065:19
**Act** [1] - 13941:7
**acting** [1] - 13980:22
**actions** [1] - 13983:8
**active** [8] - 13945:16, 13946:2, 13946:6, 13946:9, 13946:11, 13947:18, 13957:19, 14001:24
**activities** [1] - 14081:1
**activity** [2] - 13969:16, 13971:19
**acts** [3] - 14035:16, 14063:15, 14063:21
**actual** [3] - 13984:10, 13984:12, 14073:9
**add** [1] - 14048:7
**adding** [1] - 13988:16
**address** [2] - 13950:22, 13951:13
**admissible** [1] - 14048:1
**admission** [4] - 14046:25, 14047:17, 14047:25, 14051:12
**admit** [7] - 13948:9, 13963:15, 13991:9, 13994:3, 13995:4, 14015:11, 14084:15
**admitted** [8] - 13948:16, 13963:23, 13991:11, 13994:5,

13995:6, 14018:9,
14018:11, 14074:25
**admonition** [2] -
14065:21, 14065:22
**adversaries** [1] -
14061:12
**advocating** [1] -
14072:6
**affairs** [1] - 13949:19
**affidavit** [4] - 14047:9,
14047:21, 14084:3
**affirmatively** [1] -
14030:8
**AFP** [4] - 13990:25,
13991:19, 13991:20
**afraid** [1] - 14001:22
**afternoon** [6] -
13960:23, 13961:8,
13977:18, 13982:25,
13997:9, 14019:10
**afternoon/early** [1] -
13948:19
**afterwards** [2] -
13973:3, 14047:11
**AG** [1] - 13980:22
**agent** [7] - 13948:18,
14013:10, 14024:14,
14032:14, 14042:23,
14055:25, 14056:4
**Agent** [74] - 13942:18,
13943:7, 13943:15,
13945:9, 13945:21,
13946:17, 13947:4,
13947:17, 13949:1,
13951:12, 13953:3,
13956:12, 13957:16,
13958:6, 13959:13,
13960:14, 13960:20,
13961:13, 13962:1,
13966:25, 13967:4,
13967:11, 13968:19,
13969:6, 13969:10,
13972:9, 13973:22,
13975:11, 13977:10,
13978:3, 13981:5,
13981:10, 13983:11,
13986:10, 13987:5,
13988:1, 13988:14,
13989:3, 13990:11,
13990:22, 13992:8,
13993:4, 13993:18,
13994:10, 13994:13,
13996:7, 13997:25,
13998:20, 13999:18,
14002:18, 14003:4,
14003:22, 14004:10,
14004:21, 14011:22,
14013:13, 14014:15,
14014:22, 14018:5,
14018:15, 14018:24,

14019:8, 14019:10,
14022:5, 14024:6,
14027:2, 14032:16,
14035:4, 14035:24,
14043:22, 14046:7,
14046:20, 14057:9,
14057:17
**ages** [2] - 13974:25,
13975:13
**ago** [5] - 13940:16,
14007:4, 14029:2,
14060:13, 14068:14
**agree** [6] - 13965:23,
14050:4, 14052:17,
14055:18, 14063:7,
14084:8
**agreed** [2] - 14002:5,
14040:22
**agreement** [2] -
13940:16, 14085:5
**ahead** [1] - 13939:20,
13960:8, 13964:12,
13985:10, 14048:17,
14048:24, 14055:11
**aided** [1] - 13937:21
**al** [1] - 14003:19
**allegation** [1] -
13953:17
**allegedly** [1] - 14009:5
**alleviated** [1] -
13956:2
**allow** [2] - 13944:6,
14055:16
**allowed** [2] -
14050:23, 14066:25
**almost** [1] - 13981:25
**alone** [1] - 13997:24
**altar** [1] - 14076:9
**altered** [2] - 13992:9,
14030:12
**Amendment** [1] -
14066:8
**AMERICA** [1] -
13936:2
**America** [5] - 13939:3,
13971:11, 13979:24,
13987:12, 14003:19
**American** [2] -
14068:2, 14072:15
**Americans** [2] -
13993:1, 14061:24
**amidst** [1] - 14002:4
**ample** [1] - 14084:7
**Angel** [1] - 14009:9
**angry** [1] - 14064:13
**animating** [1] -
14083:19
**announce** [1] -
14000:17
**announced** [1] -

14009:4
**answer** [6] - 13983:6,
14040:1, 14042:25,
14043:1, 14043:14,
14058:21
**Antifa** [1] - 13978:18
**anyway** [4] - 13964:9,
13981:25, 14014:9,
14086:22
**apologies** [2] -
13972:11, 14018:21
**apologize** [2] -
13958:21, 14018:8
**apparent** [2] -
13989:16, 13989:19
**appear** [9] - 13941:5,
13994:14, 14019:18,
14020:21, 14027:25,
14028:5, 14029:10,
14045:9, 14045:10
**APPEARANCES** [2] -
13936:11, 13937:1
**appeared** [1] -
14079:8
**apply** [1] - 14086:9
**appropriate** [4] -
13965:23, 13966:21,
13985:19, 14017:8,
14052:2, 14052:3
**archives** [1] -
14010:15
**area** [2] - 13949:25,
13971:1
**arguably** [1] -
14077:18
**argue** [2] - 13954:6,
14084:25
**argument** [8] -
13942:13, 14047:6,
14049:10, 14049:16,
14049:21, 14050:1,
14052:16, 14054:10
**argumentative** [1] -
13953:13, 13954:22
**arguments** [2] -
14032:7, 14054:10
**armed** [2] - 13983:8,
14065:6
**arrangements** [1] -
13961:14
**array** [2] - 14033:23,
14035:16
**arrest** [3] - 13949:6,
14035:15, 14051:12
**arrested** [13] -
13961:11, 14004:18,
14005:23, 14006:2,
14007:5, 14032:21,
14033:7, 14033:17,
14033:23, 14033:25,

14034:9, 14034:19,
14034:22
**arresting** [3] -
14033:1, 14033:9,
14033:13
**arrests** [2] - 13980:24,
14033:4
**arrived** [2] - 13978:13,
14073:1
**arrow** [1] - 13980:20
**art** [1] - 14013:16
**ASAP** [1] - 14011:8
**aside** [1] - 14048:13
**aspects** [2] - 14013:8,
14014:4
**assemble** [1] -
14066:10
**assigned** [1] -
13940:9
**assistance** [1] -
14051:4
**Association** [1] -
13991:22
**assumes** [1] -
13953:21
**assuming** [3] -
13953:16, 13953:25,
13954:10
**assurances** [1] -
14010:20
**AT** [1] - 13937:15
**athletic** [3] -
14081:21, 14082:3,
14082:5
**attached** [1] -
14012:13
**attack** [5] - 13946:18,
13950:21, 13957:19,
13979:3, 14009:8
**attacked** [1] -
13982:19
**attempt** [4] - 13993:4,
14021:7, 14021:12,
14058:12
**attempted** [1] -
14032:1
**attitude** [3] -
14001:21, 14077:21,
14077:24
**attitudes** [1] - 13988:8
**ATTORNEY** [1] -
13937:15
**attorney** [3] -
14051:25, 14052:7,
14055:19
**ATTORNEY'S** [1] -
13936:14
**audio** [8] - 13977:1,
13977:4, 13977:5,
13993:20, 14002:8,

14034:9, 14034:19,
14034:22
**arresting** [3] -
14033:1, 14033:9,
14033:13

14002:16, 14007:9,
14007:10
**automatically** [1] -
13964:25
**available** [1] -
13985:18
**Avenue** [3] -
13937:12, 13937:19,
14088:1
**aware** [7] - 13949:19,
13961:13, 13967:11,
13979:25, 13996:7,
14051:5, 14064:9
**awareness** [1] -
13959:22
**awful** [1] - 13997:1

## B

**B.A** [1] - 13936:12
**backup** [1] - 13962:7
**bad** [3] - 13990:7,
14016:18, 14035:16
**bailed** [1] - 13976:15
**balance** [1] - 14050:21
**ban** [4] - 14000:18,
14000:23, 14044:18,
14046:9
**bar** [1] - 13966:12
**based** [21] - 13942:19,
13989:16, 14037:5,
14037:22, 14037:25,
14038:4, 14038:8,
14038:18, 14038:20,
14039:24, 14040:1,
14040:3, 14040:8,
14042:18, 14042:24,
14043:6, 14043:14,
14069:24, 14073:21,
14076:2, 14078:10
**bases** [1] - 14046:24
**basis** [3] - 14045:19,
14047:17, 14047:24
**battlefield** [1] -
13997:23
**bear** [1] - 14019:8
**beard** [1] - 13978:13
**Beard** [3] - 13951:24,
13974:14, 14037:12
**beards** [1] - 13978:12
**become** [1] - 14067:20
**becoming** [2] -
14003:23, 14078:11
**beers** [1] - 13974:22
**BEFORE** [1] - 13936:9
**began** [2] - 14033:13,
14068:1
**begin** [1] - 13949:18
**beginning** [8] -
13949:22, 13982:13,

14092

14001:7, 14009:1, 14019:14, 14022:5, 14042:14, 14069:24
**begins** [1] - 13981:22
**begun** [4] - 14032:25, 14033:4, 14033:8, 14033:11
**behavior** [2] - 13999:6, 14001:11
**Behind** [1] - 14068:22
**belabor** [1] - 14032:10
**belonging** [2] - 13948:3, 13962:8
**below** [2] - 13950:19, 14028:3
**Bench** [12] - 13941:16, 13942:9, 13953:15, 13959:19, 13964:6, 13967:20, 13984:7, 14012:24, 14015:17, 14031:21, 14047:5, 14066:3
**bench** [13] - 13941:18, 13943:3, 13956:10, 13960:18, 13966:23, 13968:17, 13986:8, 14014:13, 14018:2, 14032:12, 14057:7, 14068:12, 14085:3
**bend** [1] - 13982:5
**benefit** [1] - 14053:8
**Bertino** [25] - 13951:25, 13965:17, 13965:18, 13974:11, 13974:15, 13976:1, 13976:11, 13976:16, 13977:7, 13978:5, 13978:21, 13979:2, 14007:4, 14007:9, 14007:12, 14010:25, 14011:7, 14011:10, 14037:14, 14037:23, 14038:9, 14053:18, 14084:23, 14085:4, 14085:18
**Bertino's** [1] - 13965:7
**beside** [1] - 13949:12
**best** [8] - 13947:12, 13952:1, 13984:4, 13985:17, 13986:3, 14007:13, 14057:20, 14087:22
**bet** [1] - 14046:11
**betrayed** [2] - 14075:10, 14076:5
**better** [2] - 13985:15, 13987:12
**between** [15] - 13963:2, 13969:20, 13969:24, 13970:4,

14007:8
**bordering** [1] - 13954:21
**boss** [1] - 14010:11
**Boston** [2] - 14065:17, 14069:6
**bottom** [4] - 13941:10, 13990:16, 14007:19, 14071:9
**box** [2] - 13942:4, 14003:11
**Boy** [4] - 13950:19, 14002:3, 14010:11, 14010:21
**boy** [1] - 13999:6
**Boys** [23] - 13949:7, 13949:14, 13957:3, 13957:7, 13957:13, 13967:23, 13970:2, 13977:11, 13992:14, 13992:18, 13992:19, 13995:21, 13998:10, 13998:23, 13999:21, 14000:3, 14008:20, 14009:5, 14009:13, 14026:3, 14030:15, 14031:14, 14036:10
**boys** [3] - 13951:11, 13951:13, 14001:9
**brackets** [1] - 13959:13
**breach** [14] - 14064:17, 14080:16
**break** [12] - 13941:13, 13965:14, 13965:21, 13966:21, 13987:21, 14002:21, 14003:22, 14016:14, 14017:3, 14017:6, 14053:9, 14082:25
**breakers** [1] - 13990:7
**breaking** [1] - 13987:11
**breaks** [1] - 14015:23
**Brief** [21] - 13939:23, 13941:25, 13942:2, 13948:22, 13948:24, 13986:14, 13986:17, 13986:19, 13986:23, 13987:2, 13999:15, 14003:9, 14003:14, 14006:14, 14026:10, 14027:9, 14054:13, 14074:1, 14076:23, 14076:25, 14079:15
**brief** [9] - 13942:8, 14031:18, 14045:5, 14054:20, 14073:13, 14074:7, 14075:14, 14076:18, 14076:20

**briefed** [2] - 14083:11, 14083:14
**briefing** [1] - 14083:17
**briefly** [6] - 13975:11, 13997:6, 13999:13, 14031:24, 14067:18, 14083:7
**bring** [19] - 13939:18, 14024:7, 14024:9, 14026:8, 14029:14, 14032:14, 14035:1, 14035:22, 14043:20, 14044:13, 14044:15, 14044:22, 14044:23, 14044:25, 14045:1, 14046:15, 14046:16, 14048:3, 14056:11
**bringing** [1] - 14029:15
**broadly** [3] - 13977:11, 13998:22, 13999:2
**broke** [2] - 14010:4, 14080:17
**broken** [1] - 14036:10
**brother** [2] - 14010:3, 14010:4
**brothers** [1] - 13952:20
**Brothers** [1] - 13980:11
**buck** [1] - 13996:3
**buck-naked** [1] - 13996:3
**building** [12] - 13949:21, 13950:4, 13980:13, 14033:6, 14033:10, 14033:14, 14035:15, 14039:13, 14040:5, 14040:13, 14041:7, 14041:13
**buildings** [1] - 14061:25
**bunch** [3] - 13977:9, 13997:21, 13998:1
**burger** [1] - 13993:3
**burn** [2] - 13974:14, 13982:19
**Burn** [1] - 13974:15
**busy** [2] - 13976:12, 14037:18
**butt** [1] - 14075:17
**butt-naked** [1] - 14075:17
**BY** [118] - 13945:8, 13947:3, 13948:17, 13948:25, 13956:11, 13958:5, 13960:19, 13966:24, 13967:3, 13967:10, 13968:18,

13968:21, 13969:9, 13971:7, 13972:8, 13972:12, 13977:6, 13978:9, 13978:25, 13981:9, 13986:9, 13987:4, 13987:25, 13989:2, 13990:21, 13991:13, 13993:17, 13993:21, 13994:9, 13994:18, 13994:22, 13995:15, 13998:4, 13998:9, 13998:14, 13998:19, 13999:7, 13999:17, 14002:17, 14003:21, 14004:9, 14006:15, 14007:2, 14007:18, 14014:14, 14014:21, 14014:25, 14015:5, 14018:4, 14018:14, 14018:23, 14019:7, 14021:11, 14021:15, 14021:22, 14022:4, 14023:4, 14023:13, 14024:13, 14027:1, 14027:23, 14028:25, 14029:19, 14030:10, 14030:24, 14031:8, 14032:13, 14033:21, 14034:7, 14034:17, 14034:24, 14040:7, 14043:4, 14043:19, 14044:5, 14045:3, 14046:6, 14046:19, 14057:8, 14057:16, 14058:1, 14060:7, 14060:20, 14061:4, 14061:9, 14061:23, 14062:14, 14063:6, 14064:1, 14064:8, 14065:16, 14068:13, 14068:21, 14069:3, 14069:11, 14069:21, 14070:8, 14070:18, 14071:1, 14071:8, 14071:25, 14072:12, 14072:24, 14073:14, 14075:2, 14075:15, 14076:14, 14077:4, 14078:3, 14078:18, 14078:23, 14079:16, 14080:6, 14080:21, 14081:7, 14081:20, 14082:2, 14082:11

## C

**Cain** [7] - 13959:25, 14013:9, 14013:13, 14014:2, 14050:11
**Camiliere** [1] -

13977:19, 13981:17, 14006:4, 14007:12, 14008:11, 14010:25, 14025:5, 14031:3, 14031:10, 14046:20, 14050:7
**beyond** [1] - 13940:20
**Biden** [6] - 13953:2, 13959:8, 13982:2, 13996:9, 13997:15, 14035:7
**big** [1] - 14067:4
**Biggs** [32] - 13939:4, 13939:14, 13950:17, 13956:20, 13962:2, 13962:4, 13962:8, 13962:11, 13962:14, 13968:22, 13969:15, 13974:17, 13974:18, 13974:24, 13975:12, 13979:18, 13992:20, 14009:10, 14047:9, 14047:21, 14061:5, 14061:10, 14062:11, 14065:12, 14068:16, 14068:22, 14069:5, 14072:1, 14072:6, 14085:11, 14085:12
**BIGGS** [1] - 13936:5
**Biggs's** [4] - 13963:11, 13965:6, 14006:20, 14085:14
**bill** [1] - 14076:11
**bit** [5] - 13962:1, 13966:10, 13980:17, 14005:6, 14016:20
**black** [1] - 13990:10
**Blackbeard** [3] - 14036:4, 14039:1, 14039:3
**blade** [1] - 14068:22
**blah** [1] - 14077:12
**blame** [1] - 14001:25
**bloody** [1] - 13997:23
**blown** [2] - 14000:23, 14044:18
**board** [3] - 13978:20, 13982:10, 13982:24
**boldness** [1] - 14000:25
**Bones** [7] - 13995:21, 13996:15, 13999:20, 14005:3, 14008:9, 14043:23, 14044:16
**book** [1] - 14058:25
**boost** [1] - 14008:17
**Boots** [3] - 13946:11, 13949:3, 13949:4, 13949:9, 13973:15, 13973:18, 13980:7,

13960:14
**cannot** [1] - 13943:18
**Capitol** [37] -
13946:18, 13949:20,
13950:4, 13950:22,
13957:19, 13970:9,
13970:13, 13971:1,
13975:8, 13978:19,
13979:4, 13980:1,
13980:21, 13981:2,
13981:11, 13981:23,
13982:15, 13982:19,
13989:17, 14009:6,
14009:8, 14019:19,
14019:25, 14020:5,
14020:21, 14033:1,
14033:9, 14035:14,
14038:6, 14042:16,
14042:21, 14047:10,
14055:3, 14064:21,
14064:23, 14080:10
**Captain** [4] -
13949:24, 13950:2,
14046:20, 14047:8
**caption** [6] - 13958:9,
13958:11, 13971:6,
13971:8, 13990:6,
14004:17
**care** [1] - 13990:8
**CARES** [1] - 13941:6
**Carmen** [3] - 13937:2,
13939:11, 13954:24
**carve** [1] - 13965:15
**carved** [1] - 13965:15
**case** [36] - 13940:9,
13940:18, 13954:10,
13964:10, 14009:12,
14021:5, 14021:24,
14036:11, 14036:21,
14048:4, 14048:19,
14048:25, 14049:14,
14049:16, 14051:16,
14051:19, 14053:23,
14060:3, 14060:12,
14060:16, 14065:24,
14066:8, 14066:12,
14066:7, 14067:17,
14067:20, 14067:21,
14068:1, 14068:5,
14078:17, 14078:22,
14078:24, 14081:12,
14081:19, 14087:2
**cases** [3] - 14051:8,
14052:24
**catch** [3] - 14020:16,
14020:24, 14028:9
**caught** [2] - 13976:9,
14036:18
**caused** [1] - 14054:24
**causing** [1] -

14070:11
**CCR** [3] - 13937:17,
14087:19, 14087:24
**celebrate** [1] -
14071:16
**celebrating** [1] -
14028:14
**celebratory** [2] -
13973:25, 13974:22
**cell** [2] - 13961:18,
14011:23
**Cellebrite** [1] -
13942:17
**central** [3] - 13954:11,
13954:16, 14013:17
**certain** [10] -
13947:19, 13964:22,
13965:12, 13988:19,
14008:19, 14022:6,
14023:15, 14032:5,
14078:5, 14086:16
**certainly** [2] -
14059:8, 14067:12
**CERTIFICATE** [1] -
14087:18
**certification** [1] -
13980:4
**certify** [2] - 13981:3,
14087:19
**cetera** [1] - 13980:18
**chain** [2] - 13970:10,
13989:6
**challenges** [1] -
13982:22
**chambers** [1] -
14084:24
**chance** [1] - 14083:22
**change** [1] - 14002:1
**chant** [1] - 13972:18
**chanting** [1] -
14080:12
**chants** [2] - 13950:6,
14080:8
**chapters** [1] - 13957:8
**character** [2] -
14063:18, 14063:22
**characterization** [2] -
14028:15, 14063:19
**characterizing** [1] -
14041:22
**charged** [3] -
13980:23, 14009:14,
14010:6
**charges** [4] -
14008:19, 14009:4,
14009:7, 14009:15
**Charles** [1] - 13975:18
**chat** [88] - 13945:17,
13946:2, 13947:14,
13949:3, 13949:4,

13949:5, 13950:10,
13950:25, 13951:2,
13952:12, 13957:5,
13957:6, 13957:7,
13961:5, 13961:6,
13961:9, 13972:21,
13972:22, 13973:14,
13973:24, 13974:5,
13977:15, 13979:7,
13980:6, 13982:8,
13982:9, 13982:18,
13982:24, 13988:9,
13992:17, 13992:18,
13992:21, 13994:1,
13995:20, 13995:21,
13997:6, 13998:20,
13999:18, 13999:20,
14001:2, 14001:5,
14004:11, 14004:12,
14004:25, 14005:3,
14005:7, 14005:10,
14006:7, 14006:8,
14007:13, 14007:16,
14007:20, 14008:5,
14008:7, 14008:9,
14011:21, 14013:24,
14014:18, 14022:18,
14023:6, 14032:19,
14035:2, 14036:25,
14037:16, 14040:9,
14040:16, 14040:18,
14040:22, 14041:1,
14042:1, 14042:2,
14042:5, 14042:11,
14043:3, 14043:22,
14043:23, 14044:1,
14044:15, 14044:24,
14046:7, 14047:8,
14048:1, 14048:7,
14049:15, 14080:24
**chats** [39] - 13945:12,
13945:16, 13949:2,
13953:4, 13956:12,
13957:1, 13957:3,
13977:10, 13977:11,
13981:13, 13995:16,
13998:23, 14001:3,
14003:25, 14004:23,
14007:8, 14020:22,
14021:1, 14022:6,
14023:15, 14023:22,
14024:3, 14036:24,
14037:23, 14038:8,
14038:19, 14040:2,
14040:3, 14042:19,
14043:6, 14043:17,
14045:4, 14045:7,
14045:11, 14046:14,
14046:20, 14050:17,
14059:4
**chatted** [1] - 13940:3

**cheap** [1] - 14081:8
**check** [4] - 13940:2,
13940:7, 13940:25,
13941:12
**checked** [1] -
14010:15
**cheered** [1] - 14082:5
**chief** [2] - 14065:6,
14075:24
**child** [2] - 13972:1,
14079:20
**chill** [2] - 13952:6,
13998:21
**China** [1] - 14061:10
**chippy** [1] - 13966:10
**chose** [1] - 13940:18
**chosen** [1] - 14066:7
**Chris** [2] - 13996:19,
14000:17
**circle** [2] - 14027:24,
14086:16
**citation** [1] - 14049:15
**citing** [1] - 14049:23
**civil** [1] - 13962:20
**Civil** [3] - 13962:22,
13966:25, 14072:2
**claim** [2] - 14063:14,
14082:13
**class** [2] - 13972:2,
14079:21
**clean** [1] - 14007:7
**clear** [9] - 13955:2,
13955:12, 13955:19,
13992:8, 14026:21,
14032:4, 14033:8,
14067:24, 14076:6
**cleared** [1] - 13949:21
**clearer** [2] - 13968:6,
13968:11
**CLERK** [26] - 13939:2,
13942:3, 13943:13,
14003:7, 14003:10,
14003:12, 14003:15,
14004:5, 14004:8,
14018:10, 14018:13,
14024:11, 14026:14,
14026:16, 14026:23,
14026:25, 14029:17,
14045:23, 14046:1,
14046:5, 14074:2,
14074:4, 14074:6,
14074:9, 14074:13,
14087:14
**click** [3] - 13984:9,
13993:4, 14028:20
**clicked** [1] - 14084:2
**client** [4] - 13940:17,
13955:8, 14016:9,
14052:8
**climate** [1] - 14070:21

**Clinton** [1] - 14069:12
**clip** [6] - 13993:22,
13994:7, 13994:11,
14019:13, 14019:16,
14021:17
**clipped** [1] - 13993:10
**clips** [7] - 13963:4,
13963:7, 13963:10,
13963:16, 13963:23,
13966:25, 13968:13
**close** [1] - 14071:15
**closed** [1] - 13980:23
**closely** [1] - 14082:4
**closer** [1] - 14079:13
**cloud** [1] - 13962:7
**club** [9] - 14000:5,
14000:12, 14000:24,
14001:10, 14001:15,
14001:18, 14001:24,
14044:7, 14044:19
**clubs** [1] - 14001:15
**Coast** [3] - 14000:9,
14030:2, 14030:4
**cocksucker** [1] -
13996:5
**code** [2] - 14043:7,
14043:9
**coded** [1] - 14037:20
**colleague** [1] -
13940:6
**color** [1] - 14066:25
**colorful** [1] - 14075:20
**colors** [6] - 13952:1,
13975:4, 13975:19,
13975:22, 13975:25
**COLUMBIA** [1] -
13936:1
**comfortable** [2] -
14001:23, 14043:18
**coming** [7] -
13964:23, 13976:22,
14008:14, 14045:20,
14048:14, 14056:9,
14056:11
**commander** [2] -
14065:6, 14075:24
**comment** [5] -
14006:23, 14040:4,
14040:18, 14070:20,
14071:9
**commenting** [1] -
14068:15
**comments** [2] -
14023:25, 14043:24
**commonly** [2] -
14058:15, 14058:17
**communication** [3] -
13969:18, 13972:13,
13972:14
**communications** [13]

- 13945:12, 13959:1, 13967:11, 13969:15, 13973:23, 13975:20, 13982:1, 13983:12, 13983:14, 14012:14, 14038:18, 14038:20, 14058:8

**communist** [1] - 13958:19

**compare** [1] - 13973:1

**comparison** [2] - 13991:3, 13992:3

**complete** [2] - 13975:2, 14087:22

**completely** [2] - 14016:19, 14017:10

**comprehensively** [1] - 14013:14

**computer** [3] - 13937:21, 14012:21, 14013:1

**computer-aided** [1] - 13937:21

**conceded** [1] - 13981:22

**conceding** [1] - 13982:15

**concept** [2] - 14058:14, 14069:12

**conceptual** [1] - 14031:3

**concessions** [1] - 13961:1

**concluded** [2] - 13945:13, 14080:11

**conclusion** [1] - 14063:13

**condition** [1] - 14054:22

**conditionally** [1] - 13948:16

**conduct** [4] - 13987:14, 13990:11, 14022:21

**conducted** [1] - 14064:9

**conference** [24] - 13941:16, 13941:18, 13942:9, 13943:3, 13953:15, 13956:10, 13959:19, 13960:18, 13964:6, 13966:23, 13967:20, 13968:17, 13984:7, 13986:8, 14012:24, 14014:13, 14015:17, 14018:2, 14031:21, 14032:12, 14047:5, 14057:7, 14066:3, 14068:12

**conferred** [1] -

14086:3

**confidence** [2] - 14000:25, 14008:16

**confirm** [1] - 14045:23

**conflict** [1] - 14078:16

**confused** [1] - 13960:9

**connected** [1] - 14004:6

**connection** [2] - 14016:25, 14031:3

**connections** [1] - 13996:20

**connotations** [1] - 14043:17

**Conor** [3] - 13936:13, 13939:8, 14045:1

**conquered** [1] - 14078:15

**cons** [1] - 13977:22

**consent** [2] - 13940:22, 13941:1

**consider** [7] - 14055:17, 14055:18, 14056:20, 14056:23, 14083:10, 14085:14, 14085:19

**considered** [1] - 14069:5

**consist** [1] - 13950:14

**consistent** [1] - 14050:16

**consolation** [1] - 14078:15

**conspiracy** [14] - 13953:18, 13953:19, 13954:18, 13955:11, 13955:12, 14009:4, 14009:7, 14009:14, 14009:15, 14010:5, 14033:18, 14041:22, 14064:2, 14068:2

**constitutes** [1] - 14087:20

**Constitution** [2] - 13937:19, 14088:1

**consult** [1] - 14015:19

**contact** [1] - 13969:20

**contain** [4] - 13962:10, 14010:20, 14012:2, 14012:6

**contained** [1] - 14072:4

**containing** [1] - 13990:18

**contains** [1] - 13992:18

**contemporaneously** [1] - 14017:3

**content** [8] -

13947:21, 13948:3, 13972:16, 14045:10, 14047:14, 14049:12, 14049:16, 14049:21

**contents** [1] - 14084:3

**context** [6] - 13979:15, 13999:25, 14037:25, 14063:15, 14069:17, 14069:24

**continuance** [1] - 13940:4

**continue** [14] - 13967:4, 13976:4, 13978:14, 13987:23, 14002:8, 14032:7, 14062:11, 14063:3, 14064:5, 14065:12, 14070:5, 14070:23, 14072:9, 14073:2

**CONTINUED** [1] - 13937:1

**continuing** [4] - 13940:17, 13945:25, 14000:14, 14007:24

**control** [3] - 13981:2, 14000:11, 14044:11

**conversation** [7] - 13963:2, 13974:9, 13979:16, 14006:3, 14007:5, 14008:11, 14042:10

**conversations** [3] - 13974:1, 13999:4, 14000:2

**conveys** [1] - 14043:7

**cop** [1] - 13981:4

**cop-out** [1] - 13981:4

**copied** [1] - 14047:21

**copies** [3] - 13943:22, 14015:8, 14018:6

**cops** [5] - 13988:5, 13988:8, 13988:18, 13988:23, 13989:10

**copy** [3] - 13943:24, 13962:7, 14030:18

**copy-pasting** [1] - 14030:18

**core** [3] - 14040:19, 14066:8, 14068:2

**corner** [1] - 14075:6

**correct** [86] - 13943:24, 13946:20, 13954:17, 13955:15, 13956:22, 13956:23, 13965:20, 13976:2, 13983:12, 13991:16, 14018:6, 14019:17, 14022:15, 14023:19, 14024:12, 14024:17, 14024:21, 14024:25,

14025:1, 14025:7, 14025:12, 14028:14, 14029:2, 14029:21, 14029:24, 14030:2, 14030:13, 14031:1, 14033:2, 14033:6, 14033:15, 14035:16, 14041:23, 14058:8, 14058:12, 14058:18, 14059:2, 14059:6, 14059:9, 14060:10, 14060:13, 14061:11, 14061:25, 14062:4, 14062:8, 14062:16, 14062:22, 14062:24, 14063:1, 14063:8, 14064:23, 14064:25, 14065:7, 14069:13, 14069:16, 14070:3, 14070:9, 14070:13, 14071:12, 14071:17, 14071:20, 14072:2, 14072:4, 14072:7, 14072:16, 14073:4, 14073:7, 14073:23, 14075:4, 14075:10, 14075:18, 14075:21, 14075:25, 14076:9, 14076:11, 14077:7, 14077:9, 14077:13, 14077:19, 14078:12, 14079:22, 14079:24, 14080:12, 14080:23, 14081:9, 14086:7

**counsel** [8] - 13942:7, 13943:22, 13944:6, 13947:1, 13964:4, 14010:9, 14065:21, 14084:24

**counting** [1] - 13982:21

**country** [18] - 13958:23, 13967:13, 13970:10, 13972:19, 13981:23, 13983:9, 13985:15, 14001:22, 14059:14, 14060:23, 14061:11, 14065:2, 14065:7, 14066:16, 14066:17, 14070:21, 14077:18, 14078:11

**couple** [3] - 14039:5, 14043:21, 14046:14

**course** [1] - 14075:25

**court** [23] - 13953:22, 13955:7, 13955:13, 13965:4, 13965:6, 13966:2, 13967:21, 13968:5, 13993:11, 14002:21, 14016:23,

14017:7, 14017:8, 14017:12, 14055:24, 14083:16, 14084:23, 14085:2, 14085:3, 14085:5, 14086:20, 14087:2

**COURT** [223] - 13936:1, 13939:16, 13939:25, 13940:8, 13940:13, 13940:24, 13941:2, 13941:10, 13941:14, 13941:19, 13941:23, 13942:5, 13942:10, 13942:23, 13943:4, 13943:8, 13943:12, 13943:15, 13943:23, 13944:5, 13944:9, 13944:12, 13944:15, 13944:22, 13944:24, 13945:4, 13948:11, 13948:14, 13954:2, 13954:12, 13954:18, 13954:20, 13954:23, 13955:5, 13955:15, 13955:24, 13956:9, 13959:18, 13960:4, 13960:6, 13960:8, 13960:16, 13963:17, 13963:20, 13963:22, 13964:4, 13964:7, 13965:11, 13965:18, 13966:3, 13966:16, 13967:25, 13968:3, 13968:8, 13968:10, 13968:12, 13971:4, 13984:5, 13984:8, 13984:15, 13984:20, 13984:23, 13985:3, 13985:6, 13985:25, 13986:5, 13986:7, 13987:23, 13989:1, 13991:11, 13994:5, 13995:6, 13995:11, 13998:8, 13998:12, 13998:18, 13999:3, 13999:14, 14002:20, 14002:23, 14003:3, 14003:6, 14003:20, 14012:22, 14013:3, 14013:11, 14013:19, 14014:5, 14014:12, 14015:12, 14015:15, 14015:18, 14016:7, 14016:11, 14017:5, 14017:16, 14017:18, 14017:20, 14018:11, 14019:4, 14021:10, 14021:14, 14021:19, 14022:1, 14023:2, 14023:10, 14026:13,

14027:19, 14030:7,
14030:9, 14030:20,
14031:7, 14031:12,
14031:15, 14031:20,
14031:22, 14031:24,
14032:9, 14033:20,
14034:6, 14034:16,
14034:21, 14040:1,
14042:25, 14043:14,
14044:3, 14045:15,
14045:18, 14045:21,
14047:3, 14048:6,
14048:8, 14048:13,
14048:17, 14048:21,
14048:24, 14049:5,
14049:9, 14049:18,
14049:20, 14049:23,
14050:6, 14050:13,
14050:25, 14051:14,
14051:21, 14052:6,
14052:9, 14052:15,
14052:21, 14052:23,
14053:20, 14053:22,
14054:2, 14054:6,
14054:9, 14054:15,
14054:21, 14055:11,
14055:15, 14056:7,
14056:17, 14057:3,
14057:6, 14060:6,
14060:19, 14061:1,
14062:10, 14063:24,
14066:1, 14066:4,
14066:15, 14066:18,
14066:20, 14066:22,
14066:24, 14067:3,
14067:11, 14067:13,
14067:15, 14067:19,
14068:4, 14068:7,
14068:9, 14068:11,
14072:21, 14074:16,
14074:19, 14074:22,
14074:25, 14076:22,
14078:2, 14078:17,
14078:22, 14079:12,
14080:20, 14081:6,
14081:12, 14081:15,
14081:17, 14081:19,
14082:1, 14082:9,
14082:10, 14082:19,
14082:24, 14083:3,
14083:5, 14083:9,
14083:12, 14084:11,
14085:7, 14085:9,
14085:24, 14086:4,
14086:12, 14086:15,
14086:21, 14087:4,
14087:8, 14087:10,
14087:18
**Court** [9] - 13937:17,
13937:18, 14003:7,
14003:15, 14050:15,

14050:23, 14081:18,
14087:14, 14087:24
**Court's** [6] - 13941:24,
13948:23, 13986:15,
14006:13, 14081:24,
14083:10
**court's** [2] - 13940:19,
13948:8
**courthouse** [1] -
14071:17
**Courthouse** [2] -
13937:18, 14087:25
**cover** [1] - 14002:19
**covered** [1] -
13945:21
**covering** [3] -
14004:19, 14005:24,
14006:2
**CR** [1] - 13936:2
**crazy** [2] - 13959:11,
14000:22
**created** [5] - 13949:5,
13962:11, 13997:3,
14021:24, 14028:13
**creative** [3] -
14049:10, 14054:9,
14054:10
**credit** [1] - 14082:20
**Crew** [3] - 13992:17,
13997:12, 14035:2
**crimes** [1] - 14033:23
**Criminal** [1] - 13939:2
**criminal** [2] -
14003:18, 14051:8
**crisis** [1] - 14059:13
**cross** [10] - 14019:5,
14019:9, 14032:6,
14032:8, 14048:5,
14049:6, 14056:12,
14067:9, 14068:5,
14083:24
**Cross** [2] - 13938:4,
13938:4
**CROSS** [2] - 14019:6,
14057:15
**Cross-Examination**
[2] - 13938:4,
13938:4
**cross-examination** [4]
- 14019:5, 14067:9,
14068:5, 14083:24
**CROSS-
EXAMINATION** [2] -
14019:6, 14057:15
**crossed** [2] -
14066:11, 14067:5
**crowd** [1] - 14042:16
**CRR** [3] - 13937:17,
14087:19, 14087:24
**crying/laughing** [1] -

13973:9
**crying/smiling** [1] -
13950:5
**CT** [1] - 13936:22
**cucking** [1] - 13983:7
**cumulative** [1] -
14079:11
**cut** [2] - 13981:25,
14067:14

**D**

**D.C** [7] - 13936:5,
13949:8, 13974:20,
14004:19, 14006:19,
14007:8, 14010:9
**Damon** [3] - 13981:24,
13988:16, 13989:11
**dars** [1] - 14006:18
**date** [36] - 13940:21,
13945:13, 13949:16,
13951:3, 13957:9,
13957:24, 13958:15,
13959:5, 13960:22,
13961:7, 13969:22,
13970:20, 13971:22,
13972:23, 13973:16,
13974:6, 13976:4,
13977:17, 13979:21,
13980:8, 13981:19,
13987:8, 13988:12,
13989:25, 13995:22,
13996:6, 13999:23,
14000:14, 14004:13,
14005:4, 14007:25,
14009:24, 14011:2,
14059:11, 14073:15,
14075:6
**dated** [2] - 14027:10,
14087:23
**dates** [3] - 13940:19,
14025:22, 14025:23
**DAVID** [1] - 13936:17
**DAY** [1] - 13936:8
**days** [4] - 13987:15,
14057:19, 14058:15,
14073:23
**DC** [4] - 13936:15,
13936:25, 13937:19,
14088:1
**dealt** [1] - 13983:15
**Death** [1] - 14001:20
**debate** [2] - 13999:9,
14001:2
**December** [5] -
14042:10, 14044:24,
14046:3, 14073:16,
14075:7
**decide** [1] - 14084:8
**decided** [1] -

14048:11
**decision** [2] -
13951:25, 13975:25
**declarant** [1] -
14054:23
**decorum** [5] -
13964:2, 13965:25,
13966:6, 13966:8,
14022:23
**defeat** [1] - 14059:22
**defend** [1] - 14068:1
**defendant** [8] -
13941:5, 13948:15,
13957:17, 13965:16,
14021:8, 14021:12,
14085:17
**Defendant** [15] -
13939:3, 13939:4,
13939:5, 13939:9,
13939:10, 13939:11,
13939:12, 13939:13,
13939:14, 13939:15
**defendant's** [3] -
13964:24, 14034:18,
14085:20
**defendants** [6] -
13945:16, 13948:4,
13973:23, 13999:8,
14074:15, 14077:11
**Defendants** [3] -
13936:7, 13936:16,
13937:2
**defendants'** [2] -
13947:17, 13947:21
**defending** [1] -
14068:2
**defense** [4] -
13943:18, 13943:22,
13947:1, 14067:25
**Defense** [8] - 13946:5,
13946:8, 13949:10,
13950:8, 13951:13,
13957:1, 13979:17,
14042:12
**defer** [1] - 13987:22
**deferred** [1] -
14051:25
**definitely** [2] -
13976:11, 14037:17
**definition** [1] -
14055:13
**degenerates** [2] -
13997:22, 13998:1
**delete** [2] - 14007:13,
14014:8
**deleted** [8] -
13959:13, 13959:16,
13960:1, 13960:13,
13960:21, 13971:16,
13971:17, 13992:25

**Deleted** [2] -
13960:14, 13960:20
**deleting** [1] - 14008:7
**deletions** [1] -
13959:23
**delicate** [1] - 13956:6
**demonstrative** [7] -
13943:9, 13943:19,
13944:4, 13944:14,
13944:18, 14026:15,
14026:17
**Demonstrative** [1] -
14026:18
**denounce** [1] -
13961:3
**denouncing** [2] -
13960:25
**dent** [1] - 13996:18
**deny** [1] - 14053:4
**Department** [1] -
14009:4
**depict** [3] - 13947:13,
13948:3, 13963:10
**depicting** [1] -
13947:20, 13962:11
**deplorables** [2] -
14069:12, 14069:16
**depressing** [2] -
13976:23, 13982:6
**DEPUTY** [26] -
13939:2, 13942:3,
13943:13, 14003:7,
14003:10, 14003:12,
14003:15, 14004:5,
14004:8, 14018:10,
14018:13, 14024:11,
14026:14, 14026:16,
14026:23, 14026:25,
14029:17, 14045:23,
14046:1, 14046:5,
14074:2, 14074:4,
14074:6, 14074:9,
14074:13, 14087:14
**Deputy** [3] - 13946:25,
13948:20, 13990:19
**derivation** [1] -
14031:1
**descended** [1] -
14042:16
**describe** [2] -
13970:12, 13970:15
**described** [1] -
13975:17
**describing** [3] -
13984:21, 13985:7,
14063:1
**deserve** [1] - 13988:5
**deserves** [1] -
14060:23
**destroyed** [4] -

14000:10, 14010:7, 14044:10, 14065:18
**detail** [1] - 13950:12
**devastating** [1] - 14059:21
**device** [2] - 14058:14, 14068:15
**devices** [1] - 14059:9
**dick** [1] - 13961:3
**die** [3] - 13978:16, 14073:6, 14073:9
**died** [2] - 13974:12, 14001:24
**differ** [1] - 14028:15
**difference** [1] - 14025:4
**different** [2] - 13988:14, 14074:15
**differently** [1] - 13977:12
**difficult** [1] - 14077:2
**dig** [1] - 13982:1
**digital** [1] - 13980:20
**direct** [12] - 13953:22, 13964:19, 13965:2, 13969:20, 13988:11, 14010:25, 14016:4, 14019:9, 14019:14, 14022:5, 14081:15, 14083:17
**DIRECT** [1] - 13945:7
**Direct** [1] - 13938:3
**directed** [2] - 13942:15, 14040:19
**direction** [2] - 13998:23, 14000:3
**disallowed** [1] - 14052:17
**disapproval** [9] - 13953:6, 13953:11, 13953:24, 13956:14, 13956:24, 14022:10, 14023:15, 14023:22, 14024:5
**disapproved** [2] - 14022:6, 14022:18
**disapproving** [2] - 14022:21
**discontent** [1] - 14077:15
**discuss** [3] - 13940:17, 13961:21, 14040:15
**discussed** [2] - 13947:2, 14036:12
**discussing** [3] - 14000:3, 14007:13, 14060:15
**discussion** [7] - 13942:16, 13992:13,

13998:22, 14003:25, 14015:19, 14040:12, 14076:16
**discussions** [3] - 14008:5, 14038:11, 14060:9
**disgust** [1] - 14084:9
**disgusted** [1] - 13997:3
**disgusting** [2] - 13996:1, 14001:11
**display** [1] - 14074:12
**dispute** [1] - 14045:19
**disregard** [2] - 14077:21, 14077:24
**disrespect** [1] - 13966:9
**dissent** [1] - 14066:13
**DISTRICT** [3] - 13936:1, 13936:1, 13936:10
**divided** [1] - 13950:15
**document** [6] - 13964:13, 14073:18, 14073:22, 14073:23, 14075:3, 14075:4
**dolls** [2] - 13951:22, 14003:23
**domestic** [2] - 13980:16, 14065:18
**Dominic** [2] - 13939:5, 13956:22
**Donald** [5] - 13985:15, 13995:17, 13998:10, 13998:15, 14069:15
**done** [19] - 13944:1, 13944:7, 13944:9, 13953:12, 13954:6, 13954:13, 13956:14, 13956:18, 13960:25, 13961:1, 13975:10, 14002:5, 14011:9, 14043:21, 14050:19, 14051:1, 14056:3, 14081:25
**Donohoe** [9] - 13974:13, 13975:1, 13975:7, 13975:18, 13976:14, 13976:17, 14011:1, 14011:5, 14011:9
**double** [2] - 13940:25, 13999:5
**double-check** [1] - 13940:25
**doubling** [1] - 13983:7
**doubt** [1] - 14000:5
**down** [20] - 13958:20, 13974:14, 13974:15, 13980:17, 13980:21,

13983:7, 13999:5, 14000:21, 14002:6, 14003:4, 14003:5, 14008:15, 14029:8, 14035:9, 14036:10, 14044:22, 14052:1, 14083:3, 14083:4
**downloaded** [1] - 13985:21
**drafted** [1] - 14087:1
**draw** [2] - 14045:6, 14046:24
**drawing** [1] - 14027:24
**drawn** [3] - 14025:10, 14045:7, 14086:16
**drenched** [1] - 14060:9
**drink** [1] - 13974:23
**drive** [1] - 13962:15
**Drive** [1] - 13937:15
**drunk** [3] - 13966:12, 14021:8, 14050:24
**DUBROWSKI** [1] - 13938:3
**Dubrowski** [7] - 13939:24, 13943:7, 13943:13, 13943:13, 13960:3, 14003:13, 14056:9
**Dubrowski's** [1] - 13959:21
**dudes** [3] - 13974:13, 13976:22, 14046:11
**due** [3] - 14000:10, 14002:21, 14044:10
**dumbass** [2] - 13971:25, 14079:19
**during** [11] - 13944:1, 13946:3, 13946:19, 13946:23, 13987:21, 13992:12, 14006:2, 14016:13, 14022:15, 14023:18, 14067:21

---

# E

**E-board** [2] - 13982:10, 13982:24
**E-Geezy** [1] - 13952:19, 13952:20
**early** [4] - 13971:24, 14053:7, 14059:22, 14067:21
**easel** [1] - 13943:20
**easiest** [1] - 14086:19
**easily** [1] - 14078:15
**East** [3] - 13936:17, 13937:15, 14030:4
**echoed** [1] - 14004:17

**echoes** [2] - 14059:5, 14059:8
**edge** [1] - 13966:10
**Eff** [1] - 14035:6
**eff** [2] - 14035:6, 14084:18
**effect** [1] - 14077:12
**effectively** [1] - 14049:19
**efforts** [1] - 14008:2
**either** [9] - 13940:18, 13978:14, 14049:3, 14049:21, 14050:10, 14052:6, 14055:18, 14073:2, 14082:10
**El** [2] - 13950:1, 14006:18
**El-dars** [1] - 14006:18
**elder** [2] - 14005:1, 14009:9
**elders** [14] - 13979:7, 13979:12, 13995:21, 13995:24, 13999:20, 14001:2, 14004:25, 14005:3, 14005:7, 14006:8, 14008:8, 14008:22, 14010:1, 14042:11
**Elect** [1] - 13952:2
**election** [6] - 14020:25, 14064:11, 14064:19, 14069:13, 14072:15, 14079:6
**elicited** [1] - 13979:1
**Ellipse** [1] - 14072:14
**elsewhere** [1] - 14001:4
**email** [1] - 14087:3
**emailed** [2] - 14084:24, 14087:2
**emails** [1] - 14078:10
**embarrassed** [1] - 13980:14
**emoji** [2] - 13950:5, 13952:22
**emojis** [2] - 13970:7, 13973:9
**empire** [1] - 14062:4
**employee** [1] - 14005:22
**empty** [3] - 13950:1, 13952:23, 14008:13
**encapsulated** [1] - 14042:20
**end** [9] - 13959:14, 13969:10, 13981:5, 13981:10, 13998:5, 14006:22, 14019:9, 14044:1, 14086:18
**ended** [2] - 14017:12,

14017:13
**ends** [2] - 14007:13, 14071:10
**enemies** [1] - 14000:8
**enemy** [2] - 13996:3, 14075:17
**enforcement** [4] - 13983:15, 14002:19, 14004:1, 14062:16
**enjoy** [1] - 13982:1
**Enrique** [26] - 13939:5, 13950:16, 13951:8, 13951:12, 13951:18, 13952:8, 13957:13, 13957:18, 13958:8, 13960:24, 13977:20, 13979:6, 13979:12, 13998:20, 14003:22, 14005:14, 14005:20, 14006:19, 14006:22, 14008:11, 14009:1, 14009:19, 14010:1, 14010:20, 14011:14, 14086:10
**enter** [1] - 13941:7
**entered** [3] - 13987:20, 14033:5, 14035:14
**entire** [3] - 13963:4, 13975:2, 13989:6
**epic** [1] - 13974:23
**Erik** [2] - 13936:12, 13939:8
**Eryka** [1] - 14075:4
**escalate** [2] - 13978:14, 14073:2
**especially** [1] - 14015:23
**Esq** [12] - 13936:12, 13936:12, 13936:13, 13936:13, 13936:16, 13936:20, 13936:23, 13937:2, 13937:4, 13937:8, 13937:11, 13937:14
**essentially** [3] - 14035:6, 14044:17, 14083:22
**established** [1] - 13953:21
**establishment** [1] - 13958:20
**esteem** [1] - 14081:8
**et** [2] - 13980:18, 14003:19
**Ethan** [20] - 13939:3, 13950:17, 13956:17, 13961:4, 13961:9, 13961:13, 13961:18, 13974:17, 13994:10,

13995:24, 13997:12,
14000:4, 14002:13,
14003:19, 14003:24,
14008:11, 14011:23,
14019:11, 14019:16,
14084:1
**Evan** [1] - 13987:7
**evening** [6] -
13948:19, 13970:5,
13970:23, 13974:8,
14029:24, 14030:1
**event** [11] - 13975:5,
14004:19, 14051:7,
14051:10, 14051:15,
14051:16, 14051:20,
14054:22, 14070:12,
14082:5, 14082:13
**events** [9] - 13970:10,
13991:24, 13998:24,
14020:2, 14020:17,
14021:7, 14022:15,
14023:19, 14037:8
**everywhere** [2] -
13980:13, 14070:19
**Evidence** [3] -
13965:3, 13987:1,
14067:1
**evidence** [31] -
13953:16, 13965:9,
13984:4, 13984:10,
13985:17, 13986:4,
13992:9, 13994:13,
14006:6, 14020:8,
14021:23, 14024:24,
14034:18, 14035:18,
14037:5, 14038:5,
14063:23, 14064:2,
14065:23, 14067:17,
14068:5, 14069:4,
14074:4, 14078:17,
14078:22, 14078:24,
14079:14, 14080:25,
14081:12, 14081:17,
14085:14
**evident** [1] - 13950:10
**exact** [2] - 13965:19,
14080:13
**exactly** [1] - 14001:21
**Examination** [3] -
13938:3, 13938:4,
13938:4
**EXAMINATION** [3] -
13945:7, 14019:6,
14057:15
**examination** [7] -
13964:20, 13987:23,
14019:5, 14067:9,
14068:5, 14077:6,
14083:24
**example** [1] - 14050:6

**except** [2] - 13954:25,
14053:2
**exception** [1] -
14083:19
**exceptions** [2] -
14048:18, 14083:15
**excerpt** [1] - 13983:21
**exchange** [5] -
13951:12, 13976:1,
13977:19, 13978:5,
14071:5
**exchanged** [1] -
13970:4
**excited** [18] -
14046:25, 14047:15,
14047:18, 14049:1,
14049:14, 14050:3,
14050:5, 14051:6,
14054:19, 14054:21,
14082:12, 14083:8,
14083:19, 14084:10,
14084:14, 14084:16,
14087:4, 14087:6
**excitement** [4] -
14054:23, 14055:1,
14083:20, 14084:7
**exclamation** [2] -
13970:9, 14084:19
**excuse** [4] - 13993:3,
13994:12, 13999:12,
14077:6
**exhib** [1] - 13947:23
**Exhibit** [2] - 14008:8,
14029:16
**exhibit** [24] -
13944:20, 13945:2,
13949:16, 13951:3,
13951:6, 13973:10,
13973:11, 13985:22,
13987:20, 14006:17,
14024:14, 14025:4,
14026:14, 14029:13,
14032:16, 14044:23,
14046:16, 14048:2,
14048:5, 14050:22,
14052:11, 14056:16,
14056:19, 14074:15
**Exhibit-102** [1] -
14045:25
**Exhibit-407C** [1] -
14057:24
**Exhibit-407D** [1] -
13994:20
**Exhibit-5** [1] -
14026:19
**Exhibit-500-88** [2] -
13947:6, 14005:4
**Exhibit-500-92** [1] -
14043:20
**Exhibit-500-94** [1] -

14044:15
**Exhibit-509-40** [1] -
14035:23
**Exhibit-509-41** [1] -
14004:10
**Exhibit-510-48** [2] -
13978:4, 14072:23
**Exhibit-510-50** [1] -
13950:25
**Exhibit-514-60** [1] -
14032:15
**Exhibit-515-4** [1] -
13993:13
**Exhibit-515-6** [1] -
14035:1
**Exhibit-528-1** [1] -
14074:20
**Exhibit-544-4** [1] -
13982:25
**Exhibit-600-64** [1] -
13957:21
**Exhibit-601-40** [1] -
14024:9
**Exhibit-601-41A** [1] -
14024:24
**Exhibit-602-58** [1] -
13988:3
**exhibits** [15] -
13946:19, 13946:22,
13947:2, 13947:5,
13947:10, 13947:13,
13947:20, 13947:23,
13948:2, 13948:10,
13963:5, 13965:5,
14006:3, 14018:9,
14021:24
**expect** [4] - 13977:24,
13985:13, 14001:11,
14013:23
**expected** [2] -
13950:5, 14053:10
**expert** [2] - 14013:1,
14080:13
**expired** [1] - 13941:7
**explain** [1] - 13988:15
**explanation** [1] -
14084:19
**exposed** [1] - 14060:8
**express** [3] - 13952:9,
13961:23, 14023:22
**expressed** [2] -
13953:6, 13953:11,
13964:21, 13973:24,
13983:17, 14066:13
**expressing** [2] -
13956:13, 14077:15
**expression** [4] -
13995:16, 14050:4,
14071:10, 14077:12
**expressions** [3] -

13956:24, 13957:2,
13977:12
**extent** [1] - 14066:24
**extinguished** [2] -
14059:2, 14059:4
**extracted** [3] -
13960:10, 13995:2,
14011:25
**extraction** [4] -
13961:18, 13989:7,
14012:9, 14013:8
**extremist** [1] -
13990:4

**F**

**face** [2] - 13991:3,
14035:15
**facing** [3] - 13997:19,
14003:24, 14035:10
**fact** [17] - 13951:13,
13953:16, 13953:21,
13954:1, 13954:10,
13954:11, 13964:22,
13978:18, 14001:9,
14001:10, 14002:1,
14011:23, 14040:5,
14056:11, 14060:21,
14073:20, 14081:4
**facts** [4] - 14039:20,
14060:2, 14060:12,
14083:24
**faculties** [1] -
14083:21
**failed** [2] - 13974:11,
13976:2
**failure** [1] - 13977:22
**fair** [5] - 13956:6,
14013:22, 14015:8,
14077:17, 14077:20
**fairly** [3] - 13947:13,
13948:2, 13963:10
**fairness** [4] -
14050:19, 14052:13,
14052:15, 14054:7
**faith** [3] - 13952:20,
14016:18, 14056:14
**familiar** [2] -
13975:13, 14004:21
**far** [5] - 13955:1,
13995:2, 14009:5,
14043:18, 14071:16
**far-right** [1] - 14009:5
**fashion** [1] - 14050:3
**fast** [1] - 14056:15
**faster** [1] - 14053:10
**fathers** [2] - 13967:12,
14069:4
**fault** [1] - 14053:2
**FBI** [4] - 13962:3,

13962:7, 13983:9,
14011:23
**FBI's** [1] - 13980:20
**fear** [6] - 13971:13,
14033:25, 14034:18,
14034:22, 14034:23,
14071:12
**feared** [1] - 14078:11
**fearing** [1] - 14059:5
**fears** [2] - 13971:12,
14071:11
**feathered** [1] -
13988:5
**feature** [1] - 13988:19
**February** [3] -
13940:18, 14011:3,
14011:11
**Federal** [1] - 13965:3
**federal** [2] - 13990:9,
14051:11
**feds** [2] - 13980:13,
14011:17
**feelings** [4] -
13961:23, 13970:15,
13983:12, 13995:17
**fellow** [2] - 13993:1,
13995:24
**fellows** [1] - 14075:23
**felt** [2] - 14075:10,
14076:5
**few** [6] - 13993:18,
13994:19, 14013:7,
14039:10, 14041:5,
14087:13
**field** [1] - 14027:2
**fight** [4] - 13971:11,
14001:25, 14010:10,
14064:25
**fighting** [2] -
13958:24, 13958:25
**figurative** [1] -
13968:24
**figure** [1] - 14002:3
**figures** [1] - 14058:11
**file** [6] - 13940:6,
13962:16, 13962:22,
14014:16, 14014:17,
14072:2
**filed** [3] - 13964:14,
14008:19, 14083:15
**files** [6] - 13961:19,
13961:21, 13961:23,
13962:10, 14012:16,
14014:22
**filing** [1] - 13940:22
**fill** [1] - 14053:17
**final** [4] - 13994:11,
14002:18, 14010:16,
14026:2
**financially** [1] -

14081:1
**fine** [4] - 14002:1,
14014:10, 14057:18,
14086:7
**fingers** [1] - 14070:9
**finish** [2] - 13982:20,
14055:22
**finished** [1] - 14055:9
**fire** [1] - 13982:22
**first** [41] - 13942:23,
13946:19, 13946:20,
13950:25, 13951:5,
13957:18, 13957:21,
13959:20, 13959:23,
13962:21, 13969:25,
13979:10, 13983:22,
13987:5, 13991:14,
13992:12, 13994:19,
14006:2, 14009:7,
14013:7, 14014:23,
14018:18, 14020:15,
14024:16, 14025:7,
14027:14, 14032:3,
14036:4, 14040:9,
14040:22, 14045:2,
14045:16, 14046:24,
14047:8, 14047:17,
14047:18, 14048:1,
14048:7, 14064:17,
14080:16
**First** [1] - 14066:8
**five** [1] - 13988:11
**five-person** [1] -
13988:11
**FL** [2] - 13937:6,
13937:9
**Floor** [2] - 13936:21,
13937:12
**Florida** [1] - 13982:1
**flow** [1] - 14016:3
**flying** [1] - 13961:17
**focus** [3] - 14045:4,
14067:17, 14068:4
**folks** [1] - 14077:25
**follow** [4] - 13977:22,
13980:19, 14081:21,
14082:3
**followed** [7] -
13990:3, 13996:25,
13997:15, 13997:19,
14018:24, 14030:25,
14035:11
**followers** [1] -
14036:11
**following** [15] -
13946:18, 13948:4,
13949:6, 13950:21,
13951:12, 13957:11,
13961:14, 13963:7,
13969:16, 13972:16,

13978:10, 13994:11,
13998:24, 14005:8,
14015:15
**fooling** [1] - 14000:8
**FOR** [1] - 13936:1
**forces** [1] - 14065:7
**foregoing** [1] -
14087:20
**forensic** [2] -
14012:21, 14013:1
**foreseeably** [1] -
13940:20
**forget** [2] - 13971:10,
13984:25
**forgot** [1] - 13974:21
**fork** [2] - 13978:13,
14073:2
**form** [1] - 13994:14
**format** [3] - 13945:2,
13963:1, 14025:21
**formed** [1] - 14001:16
**former** [1] - 14005:22
**forward** [2] -
13945:25, 14010:12
**foundation** [1] -
14021:20
**founding** [2] -
13967:12, 14069:4
**four** [3] - 13981:17,
13997:15, 14073:23
**Fox** [1] - 14005:23
**frame** [1] - 13946:3
**frankly** [1] - 13966:12
**fraud** [1] - 13983:6
**fraudulent** [1] -
13981:3
**Free** [1] - 14005:16
**free** [2] - 13954:8,
14065:9
**freedom** [2] -
13971:12, 14071:11
**freedoms** [3] -
14002:2, 14059:2,
14059:6
**freely** [1] - 14066:11
**FreeNick** [1] -
14005:25
**friend** [1] - 14005:22
**friends** [4] - 13996:20,
13997:18, 14002:11,
14035:10
**front** [4] - 13975:2,
14016:15, 14017:24,
14052:24
**fuck** [18] - 13951:22,
13952:25, 13953:10,
13961:2, 13980:14,
13983:9, 13996:4,
13997:4, 13997:14,
13997:15, 13997:23,

14003:23, 14047:13,
14047:22, 14050:4,
14055:4
**fucked** [1] - 13982:4
**fucker** [1] - 13996:24
**fucking** [7] -
13959:11, 13970:11,
13974:23, 13975:9,
14039:13, 14041:7,
14041:12
**Fucking** [1] - 13996:1
**fucks** [2] - 14002:6,
14002:7
**full** [7] - 13978:16,
13990:18, 14000:23,
14044:18, 14073:6,
14087:12, 14087:21
**full-blown** [2] -
14000:23, 14044:18
**fun** [2] - 13966:14,
13966:16
**fundraiser** [1] -
14005:16
**fundraising** [1] -
14010:10
**future** [2] - 14000:3,
14045:17

## G

**gained** [1] - 14081:1
**game** [3] - 14076:8,
14082:7, 14082:16
**gathered** [1] -
14080:10
**gear** [3] - 14000:11,
14044:2, 14044:6
**Geez** [1] - 14067:6
**Geezy** [2] - 13952:19,
13952:20
**general** [4] - 13963:1,
13979:25, 14063:1,
14077:18
**generally** [6] -
13949:19, 13950:13,
13950:15, 13967:11,
13973:22, 13984:1
**gentleman** [2] -
14072:8, 14085:2
**gentlemen** [3] -
13942:6, 14002:25,
14082:25
**George** [2] -
14058:25, 14065:17
**given** [4] - 13965:22,
13997:16, 14015:24,
14063:14
**GiveSendGo** [1] -
14005:16
**glad** [1] - 13997:21,

13997:25
**glorious** [1] -
14078:16
**God** [3] - 13975:3,
13975:19, 13978:1
**Gonna** [1] - 14005:11
**Google** [9] - 13962:7,
13962:15, 13963:12,
14024:20, 14025:9,
14025:14, 14026:8,
14026:11, 14027:2
**Government** [19] -
13942:17, 13947:5,
13957:21, 13965:21,
13993:13, 13993:19,
13994:19, 14004:10,
14024:8, 14024:23,
14029:15, 14032:14,
14035:1, 14035:22,
14043:20, 14044:15,
14048:2, 14056:16,
14067:22
**government** [42] -
13939:7, 13939:21,
13940:3, 13940:21,
13942:16, 13943:5,
13944:16, 13951:23,
13953:17, 13953:22,
13953:23, 13955:10,
13968:15, 13971:12,
13971:13, 13996:8,
13997:6, 13999:13,
14000:10, 14003:23,
14017:21, 14021:24,
14032:25, 14033:4,
14033:13, 14041:22,
14044:11, 14050:16,
14050:23, 14052:11,
14052:18, 14056:5,
14056:18, 14060:8,
14064:3, 14065:23,
14066:7, 14066:11,
14067:5, 14071:5,
14071:11, 14071:12
**Government's** [5] -
14024:11, 14057:23,
14063:23, 14072:23,
14074:20
**government's** [6] -
13959:25, 14026:7,
14048:5, 14049:12,
14053:23, 14077:5
**Government's-528-1**
[1] - 14074:14
**Government-515-4A**
[1] - 13993:23
**government-wise** [1]
- 13996:8
**Governor** [4] -
13984:24, 13985:4,

13985:14, 13987:11
**granted** [1] - 14026:13
**grass** [1] - 14068:22
**Great** [1] - 13981:1
**great** [3] - 13958:23,
13997:17, 14057:21
**Greetings** [1] -
14006:18
**grievances** [1] -
14066:9
**ground** [1] - 13982:20
**Ground** [8] -
13946:11, 13949:3,
13949:4, 13949:9,
13973:15, 13973:18,
13980:7, 14007:8
**grounds** [2] -
13949:20, 13955:8
**group** [38] - 13946:5,
13946:8, 13946:11,
13949:2, 13949:7,
13950:22, 13951:1,
13952:8, 13953:12,
13954:3, 13954:7,
13954:13, 13954:15,
13955:19, 13956:1,
13956:3, 13956:6,
13956:14, 13956:22,
13957:3, 13972:21,
13973:4, 13973:12,
13973:14, 13974:4,
13975:21, 13976:6,
13978:3, 13980:6,
13981:16, 13981:17,
13982:8, 13983:2,
13988:9, 13989:14,
14007:24, 14010:12,
14061:24
**groups** [5] - 13945:17,
13946:2, 13947:14,
13950:10, 13973:24
**guard** [2] - 13976:10,
14036:18
**guess** [8] - 13955:17,
13965:11, 13982:5,
13985:11, 14002:3,
14047:11, 14059:19,
14059:20
**gulags** [1] - 13959:9
**guy** [3] - 13997:5,
13997:15, 14065:7
**guys** [6] - 13973:6,
13973:20, 13976:15,
13996:25, 14000:9,
14002:1

## H

**ha-ha** [1] - 13982:2
**ha-ha-ha** [1] - 13973:9

**half** [3] - 13996:9, 14001:13, 14053:8
**hand** [6] - 13990:17, 14051:2, 14067:6, 14075:6, 14084:21, 14086:23
**handle** [3] - 14005:10, 14005:11
**hands** [1] - 13962:4
**handy** [1] - 14042:1
**happy** [3] - 14017:3, 14028:10, 14052:25
**harbor** [1] - 14065:19
**Harbor** [1] - 13975:17
**hard** [2] - 13952:24, 14054:11
**harder** [1] - 14078:16
**Harris** [7] - 13939:19, 13941:20, 14004:3, 14004:7, 14018:8, 14024:10, 14029:19
**HASSAN** [1] - 13937:5
**Hassan** [2] - 13937:4, 13939:11
**Haven** [1] - 13936:22
**Hawaii** [1] - 14004:18
**head** [1] - 14081:3
**hear** [13] - 13959:18, 13964:4, 13984:5, 14012:23, 14015:15, 14016:12, 14016:15, 14017:7, 14048:8, 14053:5, 14068:6, 14082:9, 14084:12
**heard** [20] - 13941:15, 13953:14, 13979:6, 14013:17, 14019:19, 14019:22, 14048:23, 14058:20, 14058:21, 14058:23, 14066:22, 14067:18, 14077:5, 14077:8, 14081:9, 14082:7, 14082:12, 14082:14, 14085:11, 14086:24
**hearsay** [4] - 13955:8, 14048:18, 14083:14, 14087:7
**Heath** [2] - 14000:5, 14043:24
**Heaths** [2] - 14000:12, 14044:7
**HELD** [1] - 13936:9
**held** [4] - 13981:1, 13981:11, 13981:23, 13982:14
**hell** [3] - 14064:25, 14078:14, 14080:17
**help** [4] - 14005:24, 14010:10, 14021:23,

14053:9
**helpful** [1] - 13996:21
**hereby** [1] - 14087:19
**HERNANDEZ** [57] - 13943:18, 13943:25, 13944:8, 13944:11, 13944:13, 13944:19, 13944:23, 13945:1, 13948:12, 13954:24, 13955:6, 13963:18, 13963:21, 13965:3, 13965:17, 13965:24, 13967:18, 13967:21, 13968:2, 13968:4, 13968:9, 13968:11, 13968:14, 13968:16, 13971:2, 13981:6, 13981:8, 13984:3, 13984:11, 13984:22, 13985:2, 13985:4, 13985:8, 13985:17, 13986:1, 13986:20, 13986:24, 13995:8, 13998:11, 13999:1, 14015:13, 14016:17, 14017:7, 14017:17, 14017:19, 14022:22, 14048:20, 14048:22, 14053:13, 14053:15, 14053:17, 14084:22, 14085:8, 14085:22, 14085:25, 14086:13, 14086:19
**Hernandez** [19] - 13937:2, 13939:11, 13944:15, 13944:25, 13954:25, 13964:7, 13968:3, 13968:13, 13984:6, 13984:8, 13985:6, 13986:18, 13987:19, 14015:15, 14015:18, 14016:12, 14017:18, 14084:21
**Hernandez's** [1] - 13963:25
**Hialeah** [1] - 13937:9
**highest** [2] - 14061:24, 14065:6
**Highland** [1] - 13937:3
**Hillary** [1] - 14069:12
**himself** [1] - 14005:1
**historical** [4] - 13971:10, 13972:1, 14079:7, 14079:19
**history** [5] - 13972:2, 14062:6, 14066:5, 14067:17, 14079:20
**hits** [1] - 14025:23
**hmm** [1] - 14039:8
**Hogan** [4] - 13985:3,

13985:4, 13985:14, 13987:11
**hold** [6] - 13941:19, 14012:22, 14015:22, 14054:12, 14067:3, 14083:12
**Hollow** [1] - 13937:2
**honest** [1] - 13984:25
**Honor** [97] - 13942:1, 13943:6, 13943:11, 13943:13, 13943:18, 13943:21, 13944:2, 13945:6, 13946:25, 13948:7, 13948:13, 13955:21, 13959:20, 13960:5, 13960:7, 13963:14, 13963:18, 13963:24, 13965:24, 13967:18, 13971:3, 13984:4, 13984:17, 13985:12, 13985:20, 13986:6, 13986:20, 13987:19, 13995:8, 13995:13, 14002:22, 14015:25, 14016:8, 14016:17, 14016:20, 14018:3, 14021:20, 14021:25, 14022:2, 14023:1, 14026:11, 14026:20, 14028:23, 14031:13, 14031:16, 14031:17, 14031:19, 14031:23, 14034:5, 14045:13, 14046:23, 14047:6, 14047:24, 14047:25, 14048:3, 14048:10, 14048:20, 14048:22, 14049:7, 14049:11, 14049:15, 14049:17, 14049:25, 14050:10, 14050:14, 14050:18, 14050:20, 14052:8, 14052:10, 14052:13, 14053:11, 14053:15, 14053:21, 14053:23, 14054:5, 14054:25, 14055:6, 14055:8, 14055:10, 14055:21, 14055:22, 14056:2, 14057:5, 14060:1, 14060:17, 14060:25, 14065:20, 14074:23, 14083:7, 14083:25, 14084:22, 14086:8, 14086:25, 14087:5, 14087:7
**Honor's** [1] - 14054:16
**honorable** [1] - 13990:7
**HONORABLE** [1] -

13936:9
**Honorable** [4] - 14003:7, 14003:15, 14003:16, 14087:14
**hope** [1] - 13958:22
**hoping** [2] - 13974:22, 13982:4
**hour** [6] - 13952:16, 13962:25, 14053:8, 14082:25, 14085:1, 14087:12
**hours** [2] - 13996:9, 14011:16
**House** [3] - 13974:11, 13992:24, 14072:15
**Hull** [2] - 13936:23, 13939:10
**HULL** [1] - 13936:24
**humiliate** [1] - 14021:7, 14021:12
**hundreds** [4] - 14019:25, 14033:5, 14033:7, 14033:9
**hunting** [1] - 13980:21
**hurt** [1] - 14010:7
**husher** [1] - 13941:20

---

## I

**ID** [1] - 14074:6
**idea** [3] - 14052:18, 14056:4, 14069:23
**identification** [1] - 14014:23
**identified** [1] - 14039:3
**identify** [4] - 13965:14, 13980:14, 14027:19, 14046:17
**idiot** [2] - 13972:3, 14079:24
**II** [1] - 13937:11
**image** [22] - 13990:15, 13990:18, 13991:7, 14024:19, 14024:20, 14024:25, 14025:2, 14025:9, 14025:14, 14025:23, 14026:8, 14027:4, 14027:5, 14027:11, 14028:1, 14028:3, 14028:6, 14029:4, 14029:11, 14029:23, 14031:1, 14031:5
**images** [2] - 14025:5, 14028:20
**immediately** [5] - 13973:3, 13973:4, 14030:25, 14047:11, 14051:15

**Immortal** [2] - 13951:24, 14037:12
**impinges** [1] - 14066:8
**imply** [1] - 13988:22
**impossible** [1] - 14073:20
**impression** [3] - 14047:1, 14047:20, 14054:18
**IN** [1] - 13936:1
**inaction** [2] - 14000:10, 14044:11
**inappropriate** [3] - 13964:18, 13966:2, 14060:17
**inaugurated** [1] - 13996:10
**Inauguration** [3] - 13996:11, 13996:13, 13997:7
**inclined** [1] - 14083:17
**include** [4] - 13947:23, 13949:9, 13949:12, 13963:7
**includes** [1] - 13992:19
**including** [3] - 14034:9, 14066:9, 14085:15
**inconsistent** [1] - 13960:2
**indeed** [1] - 13971:9
**indicated** [2] - 13959:15, 13966:2
**indicates** [1] - 14075:3
**Indicates** [1] - 14030:8
**indicating** [8] - 13967:19, 14020:8, 14029:17, 14030:12, 14035:18, 14036:16, 14044:3, 14049:14
**indication** [6] - 13971:14, 14028:2, 14028:22, 14029:1, 14029:7, 14034:13
**indicted** [1] - 14010:5
**indictment** [2] - 14051:11
**individual** [9] - 13957:7, 13963:3, 13981:24, 14009:18, 14023:6, 14039:17, 14041:9, 14041:14, 14041:16
**individuals** [4] - 13981:18, 14024:5,

14075:9, 14078:7
**indulgence** [5] -
13941:24, 13948:23,
13986:15, 14006:13,
14081:24
**infamy** [3] - 13974:25,
13975:13, 13975:15
**infer** [7] - 14039:20,
14039:23, 14041:16,
14041:20, 14042:19,
14042:23, 14043:13
**inference** [5] -
13954:5, 14043:2,
14076:2, 14076:4,
14084:6
**influence** [1] -
14051:7
**information** [8] -
14030:12, 14038:17,
14047:14, 14047:16,
14047:23, 14050:2,
14050:8, 14069:7
**input** [5] - 13976:9,
14036:18, 14041:3,
14041:11, 14041:16
**inquiry** [1] - 14026:12
**insane** [1] - 14001:14
**inside** [3] - 13970:25,
14033:14, 14040:20
**insincere** [1] -
14037:20
**Inspector** [1] -
14050:11
**instance** [3] -
14036:23, 14036:24,
14037:1
**instances** [2] -
13956:13, 14025:19
**instead** [2] - 13983:5,
14007:22
**instigated** [1] -
13978:19
**instruction** [25] -
13963:19, 13964:19,
13964:22, 13964:25,
13965:4, 13965:7,
13965:9, 13965:19,
13965:23, 13966:21,
13995:9, 14015:13,
14015:20, 14015:22,
14016:15, 14016:23,
14016:24, 14017:2,
14017:24, 14053:19,
14084:23, 14085:4,
14086:2, 14086:8,
14086:17
**instructions** [2] -
13964:16, 14086:14
**insurrection** [1] -
14009:6

**intended** [2] -
14067:25, 14068:1
**intent** [3] - 14045:17,
14064:16, 14085:15
**intentional** [1] -
14056:14
**interactions** [1] -
14029:11
**interest** [1] - 14002:10
**interesting** [3] -
14048:19, 14049:13,
14049:17
**interests** [1] -
14062:16
**interject** [1] - 13965:2
**Internet** [3] -
13986:15, 14025:24,
14030:18
**interpretation** [1] -
14070:22
**interrupted** [1] -
14053:24
**interrupting** [1] -
14016:3
**intoxicated** [2] -
14019:16, 14058:2
**introduced** [6] -
13965:10, 14048:2,
14050:17, 14052:11,
14060:12, 14069:13
**investigating** [1] -
14032:25
**investigation** [5] -
13947:15, 13990:11,
14033:11, 14064:10,
14080:25
**investigator** [1] -
14021:4
**invoked** [2] -
14042:15, 14043:16
**involved** [5] -
14000:22, 14038:11,
14038:20, 14038:22,
14051:8
**involving** [2] -
13983:12, 13990:12
**ironic** [1] - 14028:18
**irrelevant** [1] -
14032:6
**ish** [1] - 13978:19
**issue** [7] - 13943:1,
14048:11, 14048:13,
14050:15, 14051:18,
14051:23, 14056:18
**issues** [1] - 13943:1
**item** [1] - 14016:25
**itself** [3] - 13940:22,
13945:15, 13990:16
**IV** [1] - 13936:23

## J

**jail** [7] - 13996:25,
13997:19, 14001:16,
14003:25, 14035:10,
14035:15, 14035:20
**January** [118] -
13945:14, 13945:15,
13945:23, 13947:18,
13948:5, 13948:19,
13949:6, 13949:8,
13949:17, 13951:4,
13951:15, 13952:10,
13953:7, 13953:12,
13956:15, 13957:10,
13957:25, 13958:16,
13959:6, 13960:23,
13961:8, 13961:14,
13961:16, 13961:21,
13961:24, 13962:5,
13962:11, 13969:16,
13969:23, 13970:5,
13970:21, 13971:23,
13972:24, 13974:2,
13974:7, 13975:21,
13976:5, 13977:13,
13977:18, 13979:22,
13980:9, 13981:20,
13982:11, 13982:25,
13983:14, 13983:22,
13987:9, 13988:13,
13989:17, 13990:1,
13992:22, 13995:18,
13995:23, 13996:6,
13996:11, 13997:7,
13998:25, 13999:24,
14000:15, 14001:8,
14004:1, 14004:14,
14005:7, 14005:14,
14005:20, 14006:4,
14006:10, 14008:1,
14008:12, 14008:24,
14009:25, 14012:11,
14020:1, 14020:6,
14020:17, 14020:18,
14020:21, 14020:25,
14021:7, 14022:7,
14022:15, 14023:16,
14023:19, 14024:3,
14024:17, 14027:11,
14027:16, 14029:21,
14032:19, 14032:24,
14033:2, 14033:15,
14034:2, 14034:10,
14034:14, 14035:3,
14035:14, 14036:2,
14037:9, 14037:25,
14038:1, 14038:10,
14038:23, 14042:2,
14042:16, 14043:24,
14044:16, 14045:11,

14046:8, 14046:21,
14055:25, 14056:10,
14064:10, 14064:15,
14070:12, 14072:13
**Jason** [2] - 13936:12,
13939:7
**Jauregui** [2] -
13937:8, 13939:12
**JAUREGUI** [12] -
13937:8, 13988:24,
13998:3, 13998:6,
13998:16, 14012:20,
14012:25, 14013:6,
14014:1, 14014:11,
14016:5, 14022:23
**Jefe** [1] - 13950:1
**Jefferson** [1] -
14071:14
**Jefferson's** [1] -
14078:6
**Jeremy** [5] - 13951:24,
13978:5, 14007:4,
14037:14, 14038:9
**Jersey** [1] - 13980:11
**job** [1] - 14028:10
**Joe** [11] - 13950:17,
13962:2, 13962:4,
13962:14, 13963:11,
13968:22, 13969:14,
13974:17, 13975:12,
14061:5, 14061:10
**John** [10] - 13936:23,
13939:10, 13950:18,
13977:1, 13977:19,
14007:6, 14007:7,
14007:15, 14036:6,
14036:8
**Johnny** [3] - 14036:4,
14038:25, 14039:3
**joining** [1] - 14006:23
**Joseph** [1] - 13939:4
**Joshuas** [4] -
13952:23, 13978:10,
13979:1, 14072:25
**journalist** [3] -
14004:18, 14005:23,
14006:1
**judge** [7] - 13999:12,
14012:25, 14014:1,
14016:5, 14018:10,
14053:6, 14054:8
**Judge** [13] - 13953:14,
13956:8, 13964:2,
13988:24, 13998:6,
14012:20, 14016:5,
14060:5, 14065:22,
14074:12, 14074:17,
14076:21, 14077:2
**JUDGE** [1] - 13936:10
**jump** [2] - 13964:18,

14055:18
**jurisdiction** [1] -
14051:17
**jurisdictions** [1] -
14051:18
**juror** [1] - 14052:14
**Jury** [4] - 13942:4,
14003:2, 14003:11,
14083:2
**jury** [26] - 13939:18,
13939:20, 13942:3,
13942:4, 13944:20,
13945:3, 13948:21,
13990:14, 14003:2,
14003:10, 14003:11,
14004:4, 14015:23,
14016:9, 14016:16,
14017:25, 14024:9,
14050:21, 14052:14,
14056:15, 14060:16,
14065:24, 14067:21,
14074:12, 14083:2
**JURY** [1] - 13936:8
**justice** [1] - 13997:17
**Justice** [1] - 14009:4

## K

**Kate** [2] - 14013:9,
14014:2
**Kbsman2** [1] -
13952:23
**keep** [8] - 13971:11,
14010:10, 14028:19,
14040:14, 14053:14,
14053:25, 14054:4,
14066:5
**keeping** [2] -
14011:19, 14011:22
**KELLY** [1] - 13936:9
**Kelly** [1] - 14003:16
**Kenerson** [2] -
13936:12, 13939:8
**kind** [10] - 13945:20,
13957:11, 13957:17,
14012:10, 14020:15,
14020:23, 14021:2,
14043:7, 14043:9,
14083:17
**King** [1] - 14065:17
**king** [1] - 14051:5
**Kingdom** [1] -
14059:25
**knee** [1] - 13982:5
**knowing** [2] -
14050:8, 14078:9
**knowledge** [3] -
13942:19, 13947:12,
14041:17
**known** [1] - 14073:18

**knows** [2] - 14016:4, 14043:1
**Kuznetsov** [1] - 13952:2

## L

**ladies** [3] - 13942:6, 14002:25, 14082:25
**laid** [2] - 13964:11, 14021:21
**Lake** [1] - 13937:15
**Lakes** [1] - 13937:6
**land** [2] - 13961:11, 14032:21
**language** [4] - 14059:15, 14063:7, 14063:10, 14086:3
**laptop** [1] - 14004:5
**large** [2] - 13957:6, 13991:23
**Larry** [2] - 13985:3, 13987:11
**last** [21] - 13941:6, 13943:10, 13944:11, 13944:20, 13945:2, 13945:11, 13953:20, 13974:18, 13997:22, 13998:1, 14010:4, 14012:3, 14017:11, 14019:15, 14019:24, 14020:18, 14035:13, 14040:10, 14056:25, 14057:19, 14058:6
**lastly** [1] - 13969:6
**late** [2] - 13948:18, 13957:11
**laugh** [1] - 13988:17
**laughing** [1] - 13952:22
**laughter** [3] - 13966:18, 14082:21, 14082:23
**LAW** [3] - 13937:5, 13937:8, 13937:15
**law** [12] - 13983:15, 14002:19, 14004:1, 14049:14, 14049:16, 14051:6, 14051:17, 14062:16, 14077:21, 14077:25, 14083:18, 14087:2
**laws** [2] - 14077:9, 14077:11
**lawyer** [4] - 13942:12, 14010:8, 14010:9, 14057:11
**laying** [1] - 14042:11
**lead** [4] - 13997:20, 14033:11, 14035:11,

14035:20
**Lead** [1] - 14001:14
**leader** [6] - 13956:22, 14038:11, 14038:15, 14041:21, 14041:24, 14065:9
**leaders** [16] - 13946:5, 13950:20, 13950:22, 13952:9, 13972:22, 13973:11, 13973:13, 13974:3, 13974:5, 13974:9, 13976:6, 13999:21, 14004:12, 14007:24, 14036:11, 14037:3
**leadership** [6] - 13950:9, 13950:13, 13977:11, 14001:3, 14036:12, 14036:13
**learn** [2] - 13972:1, 14079:20
**learned** [1] - 14047:15
**least** [3] - 14047:22, 14052:17, 14085:2
**leave** [2] - 14007:16, 14007:20
**led** [3] - 13997:17, 14075:24, 14079:6
**left** [6] - 13958:19, 13992:6, 13997:23, 14025:18, 14072:8, 14076:8
**legal** [2] - 13960:11, 14063:13
**Leo** [1] - 13952:2
**less** [1] - 13973:25
**lesson** [1] - 14067:17
**letting** [4] - 14055:17, 14055:18, 14055:19, 14056:23
**life** [4] - 13982:1, 13996:21, 14010:11, 14010:21
**lightly** [1] - 14081:8
**limitation** [1] - 14051:6
**limited** [2] - 13947:20, 14001:2
**limiting** [21] - 13963:19, 13964:16, 13964:19, 13964:21, 13964:25, 13965:4, 13965:7, 13965:9, 13965:23, 13966:20, 13995:9, 14015:13, 14015:20, 14015:22, 14016:15, 14016:24, 14017:24, 14053:19, 14084:23, 14085:4, 14086:13

**line** [8] - 13941:10, 13975:2, 13980:15, 14025:10, 14046:24, 14050:16, 14066:11, 14067:5
**lines** [4] - 13953:24, 14045:6, 14045:7, 14066:25
**lining** [1] - 13996:22
**link** [11] - 13973:7, 13973:21, 13983:23, 13985:23, 13992:23, 13993:5, 14004:17, 14009:3, 14014:18, 14031:9, 14084:2
**linked** [1] - 13993:25
**links** [1] - 14005:15
**list** [1] - 13947:1
**listen** [1] - 14001:12
**literally** [2] - 13950:3, 13981:2
**live** [3] - 13971:11, 14002:4, 14066:6
**lives** [10] - 13974:24, 13975:12, 13975:15, 13978:16, 14000:10, 14001:23, 14030:1, 14044:10, 14073:6, 14073:10
**Livingston** [1] - 13937:16
**LLC** [1] - 13936:20
**LMFAO** [1] - 13976:11
**load** [1] - 13996:2
**local** [1] - 14010:8
**locate** [1] - 14012:9
**located** [1] - 13962:14
**lock** [1] - 14008:15
**LOL** [3] - 13950:4, 13973:7, 13973:21
**look** [21] - 13965:12, 13965:21, 13966:19, 13992:10, 14015:1, 14015:6, 14016:13, 14039:9, 14046:7, 14052:1, 14052:25, 14054:11, 14054:12, 14055:17, 14056:22, 14061:5, 14071:7, 14071:9, 14072:25, 14079:13, 14087:10
**looked** [1] - 13973:2
**looking** [8] - 13970:24, 13973:10, 13980:13, 13996:6, 14027:6, 14028:24, 14029:5, 14054:16
**Looking** [1] - 13982:14
**looks** [5] - 13971:9,

13977:9, 13988:14, 14027:12, 14028:1
**loose** [1] - 14080:17
**losing** [1] - 14002:2
**lost** [5] - 13981:23, 13997:4, 13997:16, 14059:6, 14081:4
**loud** [2] - 14016:5, 14016:6
**love** [4] - 13972:19, 14048:19, 14048:25, 14060:23
**loyalty** [1] - 13997:4
**lunch** [15] - 13941:12, 14011:6, 14052:1, 14052:25, 14053:7, 14053:9, 14055:17, 14056:22, 14057:22, 14081:25, 14083:1, 14083:11, 14084:13, 14084:20, 14087:10
**Luncheon** [1] - 14087:16
**lunchtime** [1] - 13940:7

## M

**ma'am** [1] - 14074:3
**maced** [3] - 13988:17, 13988:23, 13989:10
**machine** [1] - 13937:21
**mad** [1] - 13983:10
**Madam** [3] - 13946:25, 13948:20, 13990:19
**main** [1] - 13982:18
**major** [2] - 13978:13, 14073:1
**majority** [1] - 13972:19
**Males** [1] - 13950:2
**man** [3] - 14060:13, 14071:16, 14071:19
**managed** [1] - 13950:20
**manifesto** [1] - 14001:20
**manipulating** [1] - 13944:3
**manner** [1] - 14066:12
**March** [2] - 13936:6, 14087:23
**march** [1] - 14064:23
**marginal** [1] - 14050:15
**mark** [2] - 13951:19, 13970:9
**marked** [7] - 13947:5, 13947:23, 13985:21,

13993:19, 13993:23, 14014:23, 14015:3
**marketing** [1] - 13950:15
**Maryland** [1] - 13984:25
**masquerading** [1] - 14067:9
**material** [2] - 14048:4, 14075:9
**materials** [1] - 14058:20
**Matter** [1] - 13939:2
**matter** [3] - 13975:8, 14003:18, 14060:21
**matters** [1] - 14013:2
**Maxstud** [4] - 13952:23, 13978:10, 13979:1, 14072:25
**MCCULLOUGH** [2] - 13941:24, 13986:18
**McCullough** [3] - 13936:12, 13939:7, 13986:21
**MCGUIRE** [1] - 13936:24
**McMurry** [1] - 13987:7
**MD** [1] - 13937:3
**mean** [34] - 13940:8, 13942:24, 13943:23, 13954:2, 13954:12, 13954:13, 13954:15, 13956:4, 13959:14, 13959:23, 13960:20, 13966:4, 13985:25, 13989:3, 14012:18, 14013:4, 14013:20, 14014:8, 14014:9, 14014:15, 14028:5, 14040:9, 14040:10, 14043:11, 14050:23, 14052:3, 14052:24, 14053:3, 14054:7, 14062:6, 14067:2, 14076:8, 14086:10, 14086:21
**meaningless** [2] - 14022:17, 14023:1
**means** [14] - 13959:15, 13960:1, 13960:21, 13968:25, 13988:25, 14012:19, 14013:16, 14013:20, 14013:24, 14014:17, 14065:24, 14079:2, 14079:3, 14079:21
**meant** [2] - 13949:6, 14016:8
**media** [8] - 13947:17, 13958:19, 13969:16,

13980:12, 13980:21, 13980:22, 14024:25, 14025:21
**meet** [1] - 13975:5
**meet-ups** [1] - 13975:5
**meeting** [1] - 13974:11
**member** [9] - 13951:7, 13951:19, 13952:22, 13953:6, 13967:23, 13982:17, 13988:16, 14001:10, 14036:13
**members** [22] - 13945:16, 13946:8, 13949:9, 13949:12, 13951:2, 13953:5, 13953:12, 13954:3, 13954:13, 13955:19, 13956:3, 13956:5, 13956:14, 13956:18, 13973:11, 13973:23, 13974:3, 13978:3, 14009:5, 14009:13, 14069:6, 14071:5
**meme** [1] - 14027:12, 14028:15, 14031:10
**memorial** [2] - 14071:16, 14071:18
**memorized** [1] - 14065:1
**men** [6] - 14001:23, 14060:23, 14063:15, 14078:5, 14078:25, 14081:1
**men's** [1] - 14059:12
**mention** [2] - 14001:14, 14042:19
**mentioned** [3] - 13950:8, 14010:9, 14015:24
**mentions** [1] - 14009:19
**message** [50] - 13950:1, 13952:18, 13952:23, 13957:9, 13975:11, 13975:18, 13977:1, 13978:4, 13978:10, 13979:1, 13979:12, 13979:15, 13980:17, 13980:19, 13982:4, 13982:5, 13988:11, 13988:22, 13989:3, 13989:4, 13989:9, 13989:10, 13994:11, 13999:25, 14000:24, 14002:8, 14002:13, 14002:15, 14005:9, 14006:9, 14007:9, 14008:13,

14010:3, 14010:16, 14010:19, 14011:20, 14035:6, 14035:18, 14036:4, 14036:15, 14037:5, 14037:7, 14037:11, 14038:25, 14039:9, 14044:19, 14047:12, 14047:14, 14084:1
**messages** [46] - 13945:21, 13945:23, 13946:18, 13947:13, 13949:18, 13949:22, 13951:5, 13953:5, 13953:10, 13970:4, 13975:7, 13976:6, 13979:3, 13980:10, 13981:21, 13982:13, 13983:2, 13983:17, 13988:20, 13989:13, 13989:16, 13992:12, 13992:21, 13996:15, 14000:16, 14001:7, 14004:15, 14007:12, 14007:15, 14007:19, 14009:1, 14010:25, 14011:13, 14012:2, 14012:7, 14022:9, 14024:5, 14026:5, 14045:20, 14056:1, 14056:10, 14059:9, 14075:11, 14076:1, 14076:6, 14078:13
**metaphors** [1] - 14058:11
**Metcalf** [2] - 13937:11, 13939:13
**METCALF** [2] - 13937:11
**method** [1] - 14007:13
**Miami** [2] - 13937:6, 13952:5
**Michael** [3] - 13951:7, 13952:4, 13969:7
**mid** [1] - 14042:10
**mid-December** [1] - 14042:10
**middle** [4] - 13964:19, 13965:2, 13979:16, 14000:2
**midnight** [1] - 13945:14
**might** [13] - 13948:9, 13953:23, 13961:11, 13973:6, 13973:20, 13977:12, 14016:2, 14032:20, 14033:25, 14042:3, 14042:23, 14057:10, 14074:14
**Miguel** [1] - 14002:8

**Mike** [1] - 13987:13
**MILLER** [1] - 14087:19
**Miller** [3] - 13937:17, 13942:21, 14087:24
**Miller's** [2] - 13942:18, 13945:21
**million** [1] - 13977:9
**mind** [5] - 14082:13, 14085:15, 14085:16, 14085:19, 14085:20
**minds** [1] - 14079:1
**Minecraft** [1] - 13974:14
**minimum** [1] - 14000:18
**Ministry** [8] - 13946:5, 13946:8, 13949:10, 13950:8, 13951:13, 13957:1, 13979:17, 14042:11
**Mink** [1] - 13937:2
**minute** [2] - 14061:8, 14062:13
**minutes** [12] - 13975:6, 14002:24, 14003:1, 14003:6, 14003:8, 14039:5, 14039:10, 14041:5, 14051:9, 14051:19, 14053:9, 14087:13
**misdemeanors** [1] - 14010:6
**misinformation** [9] - 13992:13, 14026:3, 14026:4, 14030:16, 14030:17, 14030:22, 14031:4, 14031:10, 14031:14
**misplaced** [3] - 14078:25, 14079:4, 14079:5
**misstates** [3] - 13959:17, 14022:20, 14023:8
**mistake** [4] - 13988:18, 13988:23, 13989:11, 14074:18
**mistakes** [1] - 14001:12
**Mom** [4] - 13969:21, 13969:24, 13970:5, 13970:6
**moment** [21] - 13942:8, 13948:23, 13964:5, 13981:12, 13990:20, 13991:5, 13999:13, 14001:1, 14007:3, 14015:16, 14017:9, 14019:15, 14026:9, 14037:7,

14063:5, 14064:7, 14065:15, 14069:10, 14070:17, 14070:25
**moments** [2] - 14060:13, 14068:14
**Monday** [1] - 14053:24
**month** [1] - 14046:9
**months** [3] - 14000:18, 14000:24, 14044:19
**Monument** [1] - 13970:25
**mood** [2] - 14055:5, 14055:14
**Moore** [2] - 13936:13, 13939:8
**morning** [13] - 13939:16, 13945:9, 13945:10, 13945:20, 13957:10, 13959:6, 13971:23, 13971:24, 13972:25, 13976:5, 13980:9, 13981:20, 13982:11
**MORNING** [1] - 13936:9
**MOSD** [24] - 13949:12, 13950:9, 13950:15, 13950:22, 13951:2, 13952:9, 13953:6, 13972:22, 13973:4, 13973:11, 13974:4, 13974:9, 13976:6, 13976:15, 13977:10, 13978:3, 14004:12, 14007:24, 14011:7, 14036:12, 14038:11, 14041:24, 14044:24, 14046:3
**most** [1] - 14062:3
**motherfuckers** [1] - 13951:18
**motion** [5] - 13940:22, 13941:11, 13942:14, 14083:15, 14087:1
**motive** [1] - 14085:16
**move** [28] - 13948:9, 13962:2, 13963:15, 13963:25, 13969:14, 13991:9, 13994:3, 13995:4, 13997:22, 13998:1, 13998:24, 14002:18, 14015:11, 14017:20, 14022:2, 14024:23, 14032:3, 14032:11, 14045:16, 14051:24, 14055:20, 14056:22, 14056:25, 14061:3, 14074:17, 14077:2

**moving** [5] - 14025:3, 14053:7, 14053:14, 14053:25, 14074:19
**MR** [403] - 13940:5, 13940:11, 13940:14, 13940:25, 13941:3, 13941:12, 13941:17, 13941:22, 13941:24, 13942:11, 13943:6, 13943:10, 13943:21, 13944:2, 13945:6, 13945:8, 13946:25, 13947:3, 13948:7, 13948:17, 13948:20, 13948:25, 13953:13, 13953:16, 13954:4, 13954:17, 13954:19, 13954:21, 13955:21, 13955:8, 13956:11, 13958:3, 13958:5, 13959:17, 13959:20, 13960:5, 13960:7, 13960:9, 13960:19, 13963:14, 13963:24, 13964:2, 13964:3, 13966:8, 13966:24, 13967:3, 13967:8, 13967:10, 13967:17, 13968:18, 13968:21, 13969:4, 13969:6, 13969:9, 13971:7, 13972:6, 13972:8, 13972:11, 13972:12, 13977:4, 13977:6, 13978:7, 13978:9, 13978:23, 13978:25, 13981:7, 13981:9, 13984:17, 13984:24, 13985:13, 13985:20, 13986:6, 13986:9, 13986:15, 13986:18, 13986:21, 13987:4, 13987:17, 13987:19, 13987:25, 13988:24, 13989:2, 13990:19, 13990:22, 13991:9, 13991:10, 13991:13, 13993:15, 13993:17, 13993:21, 13994:3, 13994:4, 13994:7, 13994:9, 13994:17, 13994:18, 13994:22, 13995:4, 13995:5, 13995:13, 13995:15, 13998:3, 13998:4, 13998:6, 13998:9, 13998:14, 13998:16, 13998:19, 13999:7, 13999:12, 13999:16, 13999:17, 14002:15, 14002:17, 14002:22,

14003:21, 14004:3,
14004:7, 14004:9,
14006:12, 14006:15,
14006:25, 14007:2,
14007:18, 14012:20,
14012:25, 14013:6,
14013:13, 14013:23,
14014:1, 14014:11,
14014:14, 14014:19,
14014:21, 14014:25,
14015:5, 14015:11,
14015:25, 14016:5,
14016:8, 14018:3,
14018:4, 14018:8,
14018:14, 14018:20,
14018:23, 14019:3,
14019:7, 14021:9,
14021:11, 14021:13,
14021:15, 14021:18,
14021:20, 14021:22,
14021:25, 14022:2,
14022:4, 14022:20,
14022:23, 14022:25,
14023:1, 14023:4,
14023:8, 14023:13,
14024:8, 14024:12,
14024:13, 14026:7,
14026:15, 14026:18,
14026:20, 14026:24,
14027:1, 14027:21,
14027:23, 14028:23,
14028:25, 14029:15,
14029:18, 14029:19,
14030:5, 14030:8,
14030:10, 14030:19,
14030:24, 14031:6,
14031:8, 14031:11,
14031:13, 14031:16,
14031:18, 14031:23,
14031:25, 14032:13,
14033:19, 14033:21,
14034:3, 14034:5,
14034:7, 14034:15,
14034:17, 14034:20,
14034:24, 14039:22,
14039:24, 14040:7,
14042:22, 14042:24,
14043:4, 14043:12,
14043:19, 14044:4,
14044:5, 14044:22,
14045:3, 14045:13,
14045:16, 14045:19,
14045:25, 14046:2,
14046:6, 14046:15,
14046:19, 14046:23,
14047:2, 14047:6,
14048:7, 14048:10,
14048:16, 14048:18,
14048:25, 14049:7,
14049:11, 14049:19,
14049:22, 14049:25,

14050:10, 14050:14,
14051:3, 14051:16,
14052:5, 14052:7,
14052:10, 14052:20,
14052:22, 14053:6,
14053:11, 14053:14,
14053:16, 14053:21,
14053:23, 14054:3,
14054:5, 14054:8,
14054:14, 14054:16,
14054:25, 14055:8,
14055:9, 14055:12,
14055:21, 14056:8,
14057:2, 14057:5,
14057:8, 14057:14,
14057:16, 14057:23,
14058:1, 14060:1,
14060:4, 14060:7,
14060:17, 14060:20,
14060:25, 14061:4,
14061:8, 14061:9,
14061:19, 14061:22,
14061:23, 14062:9,
14062:11, 14062:13,
14062:14, 14063:3,
14063:5, 14063:6,
14063:12, 14063:14,
14063:17, 14063:18,
14063:19, 14063:20,
14063:21, 14063:22,
14064:1, 14064:5,
14064:7, 14064:8,
14065:12, 14065:15,
14065:16, 14065:20,
14065:22, 14066:6,
14066:16, 14066:19,
14066:21, 14066:23,
14067:2, 14067:10,
14067:12, 14067:14,
14067:18, 14067:20,
14068:6, 14068:8,
14068:10, 14068:13,
14068:17, 14068:20,
14068:21, 14068:25,
14069:2, 14069:3,
14069:8, 14069:10,
14069:11, 14069:18,
14069:20, 14069:21,
14070:5, 14070:7,
14070:8, 14070:15,
14070:17, 14070:18,
14070:23, 14070:25,
14071:1, 14071:7,
14071:8, 14071:22,
14071:24, 14071:25,
14072:9, 14072:11,
14072:12, 14072:19,
14072:22, 14072:24,
14073:12, 14073:14,
14073:25, 14074:3,
14074:5, 14074:8,

14074:11, 14074:17,
14074:21, 14074:23,
14075:2, 14075:13,
14075:15, 14076:13,
14076:14, 14076:17,
14076:24, 14077:4,
14078:1, 14078:3,
14078:18, 14078:23,
14079:11, 14079:13,
14079:16, 14080:2,
14080:5, 14080:6,
14080:18, 14080:19,
14080:21, 14081:5,
14081:7, 14081:14,
14081:16, 14081:18,
14081:20, 14081:22,
14081:23, 14082:2,
14082:11, 14082:18,
14082:22, 14083:7,
14083:10, 14083:14,
14086:7, 14086:25,
14087:5, 14087:9
**MS** [57] - 13943:18,
13943:25, 13944:8,
13944:11, 13944:13,
13944:19, 13944:23,
13945:1, 13948:12,
13954:24, 13955:6,
13963:18, 13963:21,
13965:3, 13965:17,
13965:24, 13967:18,
13967:21, 13968:2,
13968:4, 13968:9,
13968:11, 13968:14,
13968:16, 13971:2,
13981:6, 13981:8,
13984:3, 13984:11,
13984:22, 13985:2,
13985:4, 13985:8,
13985:17, 13986:1,
13986:20, 13986:24,
13995:8, 13998:11,
13999:1, 14015:13,
14016:17, 14017:7,
14017:17, 14017:19,
14022:22, 14048:20,
14048:22, 14053:13,
14053:15, 14053:17,
14084:22, 14085:8,
14085:22, 14085:25,
14086:13, 14086:19
**MT** [1] - 13937:16
**Mulroe** [21] -
13936:13, 13939:8,
13943:4, 13944:12,
13966:1, 13966:9,
13966:22, 13984:15,
13986:5, 14002:20,
14003:20, 14013:11,
14016:18, 14017:11,
14018:1, 14031:22,

14046:17, 14048:9,
14076:21, 14086:6,
14087:1
**MULROE** [164] -
13943:6, 13943:10,
13943:21, 13944:2,
13945:6, 13945:8,
13946:25, 13947:3,
13948:7, 13948:17,
13948:20, 13948:25,
13955:21, 13956:11,
13958:3, 13958:5,
13960:5, 13960:7,
13960:9, 13960:19,
13963:14, 13963:24,
13964:3, 13966:24,
13967:3, 13967:8,
13967:10, 13967:17,
13968:18, 13968:21,
13969:4, 13969:6,
13969:9, 13971:7,
13972:6, 13972:8,
13972:11, 13972:12,
13977:4, 13977:6,
13978:7, 13978:9,
13978:23, 13978:25,
13981:7, 13981:9,
13984:17, 13984:24,
13985:13, 13985:20,
13986:6, 13986:9,
13986:15, 13986:21,
13987:4, 13987:17,
13987:19, 13987:25,
13989:2, 13990:19,
13990:21, 13991:9,
13991:13, 13993:15,
13993:17, 13993:21,
13994:3, 13994:7,
13994:9, 13994:17,
13994:18, 13994:22,
13995:4, 13995:13,
13995:15, 13998:4,
13998:9, 13998:14,
13998:19, 13999:7,
13999:17, 14002:15,
14002:17, 14002:22,
14003:21, 14004:3,
14004:7, 14004:9,
14006:12, 14006:15,
14006:25, 14007:2,
14007:18, 14013:13,
14013:23, 14014:14,
14014:19, 14014:21,
14014:25, 14015:5,
14015:11, 14015:25,
14016:8, 14018:3,
14018:4, 14018:8,
14018:14, 14018:20,
14018:23, 14019:3,
14021:9, 14021:13,
14021:18, 14021:25,

14022:20, 14023:8,
14026:20, 14030:5,
14030:8, 14030:19,
14031:6, 14031:11,
14031:18, 14031:23,
14031:25, 14033:19,
14034:3, 14034:15,
14034:20, 14039:22,
14042:22, 14043:12,
14045:19, 14047:2,
14048:10, 14048:16,
14048:18, 14048:25,
14053:11, 14053:14,
14053:21, 14053:23,
14054:3, 14055:8,
14060:1, 14060:17,
14060:25, 14062:9,
14063:12, 14063:17,
14063:19, 14063:21,
14065:20, 14072:19,
14074:23, 14078:1,
14079:11, 14080:18,
14081:5, 14081:22,
14083:7, 14083:10,
14083:14, 14086:7
**Mulroe's** [3] -
14016:6, 14017:15,
14048:22
**Mulroe.................
13945** [1] - 13938:3
**multimedia** [1] -
13962:10
**multiple** [2] - 13992:1,
13992:2

## N

**Nadia** [2] - 13936:13,
13939:8
**nah** [2] - 13993:3,
13994:12
**naked** [2] - 13996:3,
14075:17
**name** [11] - 13940:12,
13951:7, 13962:16,
13962:17, 13973:10,
13984:25, 14004:21,
14006:20, 14010:8,
14044:25, 14046:3
**named** [7] - 13951:19,
13952:22, 13976:19,
13981:24, 13992:23,
13996:19, 14043:24
**Nancy** [1] - 14071:5
**narrated** [1] -
14026:21
**nation** [1] - 14077:9
**national** [1] - 14001:3
**National** [1] -
13970:25

**nationally** [1] - 13977:11
**naturally** [2] - 14038:12, 14038:14
**nature** [1] - 13973:25
**Nayib** [2] - 13937:4, 13939:11
**NAYIB** [1] - 13937:5
**nearly** [1] - 14029:10
**necessary** [1] - 13985:19
**need** [29] - 13939:17, 13950:12, 13951:8, 13952:5, 13953:1, 13955:14, 13965:8, 13976:20, 13983:6, 14000:6, 14000:11, 14000:21, 14000:25, 14004:17, 14007:8, 14007:15, 14007:17, 14007:21, 14011:19, 14027:4, 14044:2, 14044:6, 14046:5, 14051:3, 14053:12, 14060:9, 14065:22, 14067:16, 14084:16
**needed** [1] - 13944:7
**needing** [2] - 13942:16, 14007:20
**needs** [3] - 13942:21, 13980:15, 14009:12
**never** [14] - 13958:21, 13958:23, 13959:9, 13971:10, 13975:4, 13997:18, 13997:20, 14000:12, 14001:24, 14010:7, 14028:7, 14044:7, 14077:6, 14080:22
**New** [5] - 13936:18, 13936:22, 13937:13, 13973:4, 13992:23
**new** [5] - 13942:13, 13942:19, 13996:4, 14049:2, 14075:18
**news** [8] - 13981:1, 13991:23, 13991:24, 14007:4, 14010:4, 14010:14, 14010:20, 14051:11
**next** [17] - 13939:21, 13943:5, 13961:4, 13962:2, 13965:13, 13967:8, 13967:17, 13987:14, 14009:10, 14025:3, 14040:6, 14045:6, 14045:7, 14046:24, 14047:12, 14057:11
**NH** [2] - 13951:19,

13951:21
**Nicholas** [2] - 13936:16, 13939:9
**Nick** [9] - 14004:16, 14004:18, 14004:21, 14005:16, 14005:22, 14006:1, 14006:9, 14006:16, 14007:5
**nickname** [1] - 14009:19
**night** [4] - 13957:11, 13957:25, 13974:18, 14010:4
**nights** [1] - 13940:15
**NJ** [3] - 13937:17, 14087:19, 14087:24
**NJ-CCR** [3] - 13937:17, 14087:19, 14087:24
**Noble** [3] - 13951:24, 14001:14, 14037:12
**NobleLead** [2] - 13951:8, 13952:4
**noblest** [1] - 13978:12
**noise** [1] - 13957:15
**non** [2] - 13992:19, 14087:7
**non-hearsay** [1] - 14087:7
**non-Proud** [1] - 13992:19
**none** [1] - 14082:17
**Nordean** [66] - 13939:3, 13939:14, 13950:17, 13956:17, 13961:4, 13961:9, 13964:10, 13974:17, 13990:3, 13990:12, 13991:15, 13992:7, 13992:9, 13992:20, 13993:2, 13994:10, 13994:14, 13995:1, 13995:24, 13996:17, 13996:23, 13997:2, 13997:12, 14000:4, 14000:20, 14001:17, 14002:13, 14003:19, 14003:24, 14008:12, 14008:13, 14008:16, 14011:21, 14012:10, 14017:21, 14019:11, 14019:17, 14022:6, 14022:11, 14023:14, 14023:21, 14023:24, 14024:3, 14024:17, 14026:18, 14026:19, 14029:20, 14030:1, 14030:12, 14034:4, 14034:13, 14035:19, 14044:1, 14044:23,

14045:25, 14047:12, 14050:2, 14050:17, 14050:21, 14052:12, 14076:7, 14084:1, 14085:13
**NORDEAN** [1] - 13936:4
**Nordean's** [13] - 13961:13, 13961:18, 13989:24, 13995:17, 14011:23, 14014:3, 14015:9, 14018:17, 14021:6, 14022:14, 14025:6, 14033:25, 14085:15
**Nordean-102** [1] - 14044:24
**normally** [1] - 14050:20
**Norman** [2] - 13936:20, 13939:10
**normie** [1] - 13977:22
**normie-cons** [1] - 13977:22
**normies** [6] - 13950:7, 14039:12, 14040:5, 14040:20, 14041:6, 14041:12
**Nos** [1] - 13936:2
**note** [6] - 13955:22, 13978:21, 14016:1, 14042:5, 14046:2, 14049:11
**notes** [2] - 14056:12, 14087:21
**nothing** [11] - 13939:19, 13961:12, 13974:12, 13993:2, 14000:7, 14001:19, 14013:21, 14016:9, 14019:3, 14032:21, 14056:13
**noticed** [1] - 13940:1
**November** [1] - 13970:2
**nuking** [2] - 14008:5, 14008:6
**number** [11] - 13949:9, 13973:11, 13981:6, 14017:7, 14025:18, 14026:14, 14026:16, 14034:9, 14045:23, 14074:15, 14086:9
**number's** [1] - 14046:3
**NW** [5] - 13936:14, 13936:24, 13937:5, 13937:19, 14088:1
**NY** [2] - 13936:18,

13937:13

---

# O

**oath** [4] - 13943:14, 13943:16, 13990:7, 13997:9
**oath-breakers** [1] - 13990:7
**object** [21] - 13955:4, 13955:14, 13963:18, 14013:6, 14016:18, 14017:10, 14023:6, 14026:20, 14042:22, 14045:1, 14045:20, 14046:18, 14047:2, 14049:4, 14052:2, 14060:1, 14060:18, 14063:12, 14063:17, 14065:20, 14080:18
**objected** [4] - 13955:7, 14014:3, 14023:15, 14024:3
**objecting** [2] - 13984:14, 14060:15
**objection** [66] - 13944:16, 13944:19, 13944:24, 13945:4, 13953:13, 13954:2, 13955:20, 13956:1, 13956:7, 13959:17, 13964:2, 13964:11, 13965:25, 13966:1, 13971:2, 13984:3, 13984:20, 13985:6, 13988:24, 13991:10, 13994:4, 13995:5, 13998:3, 13998:11, 13998:16, 13999:1, 14012:20, 14012:23, 14013:19, 14015:13, 14016:2, 14016:10, 14016:22, 14017:2, 14021:9, 14021:13, 14021:18, 14022:20, 14022:22, 14022:23, 14022:24, 14023:8, 14030:5, 14030:6, 14030:19, 14031:6, 14031:11, 14032:10, 14033:19, 14034:3, 14034:15, 14034:20, 14039:22, 14043:12, 14045:18, 14045:22, 14049:12, 14062:9, 14063:24, 14072:19, 14074:22, 14078:1, 14079:11, 14081:5, 14081:22
**objection's** [4] - 13960:16, 13963:20,

14032:4, 14061:1
**objections** [14] - 13948:9, 13948:12, 13948:15, 13955:13, 13955:15, 13964:1, 13964:8, 13964:14, 13966:11, 13966:13, 13968:1, 14017:19, 14032:2
**obnoxious** [1] - 14040:14
**observation** [1] - 14040:19
**obtain** [1] - 14081:8
**obtained** [1] - 13960:11
**obviously** [4] - 13942:14, 13955:7, 14037:9, 14047:13
**occupied** [3] - 14039:14, 14041:7, 14041:13
**occurred** [1] - 13953:24
**Ochs** [8] - 14004:18, 14004:21, 14006:1, 14006:4, 14006:9, 14006:16, 14007:5, 14010:14
**Ochs's** [1] - 14005:11
**October** [1] - 14083:16
**OF** [5] - 13936:1, 13936:2, 13936:8, 13937:5, 14087:18
**OFFICE** [1] - 13936:14
**office** [3] - 13985:16, 13987:13, 13997:10
**officer** [10] - 13990:6, 13991:4, 13991:16, 13992:10, 14025:6, 14025:7, 14025:11, 14025:16, 14027:25, 14029:23
**Officer** [1] - 13959:25
**officers** [3] - 13983:15, 14024:20, 14028:14
**OFFICES** [1] - 13937:5
**Official** [5] - 13937:18, 13957:6, 13961:6, 14032:19, 14087:24
**OFFICIAL** [1] - 14087:18
**official** [1] - 14000:18
**officials** [1] - 13983:18
**often** [2] - 14021:1, 14043:16

14105

**OG** [2] - 13992:16, 14035:2
**Once** [1] - 13982:3
**once** [2] - 14040:5, 14040:20
**one** [61] - 13941:19, 13942:7, 13943:9, 13943:22, 13948:23, 13952:1, 13955:6, 13963:2, 13964:5, 13974:23, 13974:24, 13979:9, 13982:18, 13988:14, 13992:7, 13992:9, 13998:16, 14001:15, 14002:2, 14004:20, 14007:3, 14007:8, 14010:14, 14010:17, 14010:19, 14017:7, 14018:24, 14019:8, 14022:11, 14023:12, 14024:19, 14025:5, 14025:7, 14025:10, 14025:11, 14026:8, 14027:6, 14028:19, 14028:21, 14035:3, 14036:8, 14037:3, 14037:8, 14040:10, 14041:10, 14041:16, 14041:20, 14044:13, 14045:16, 14046:24, 14051:19, 14054:12, 14056:15, 14061:24, 14067:23, 14074:14, 14075:12, 14077:11, 14082:25, 14083:12, 14083:14
**one-hour** [1] - 14082:25
**ones** [4] - 13947:2, 13952:16, 13980:19, 14045:14
**oops** [1] - 14039:5
**operations** [2] - 13950:18, 14036:14
**opportunity** [5] - 14023:24, 14045:1, 14046:18, 14083:24, 14084:7
**oppose** [1] - 14053:11
**opposing** [1] - 14062:3
**opposition** [1] - 14079:7
**Orange** [1] - 13936:21
**order** [6] - 13964:9, 13976:22, 14000:20, 14003:17, 14044:17, 14053:25
**ordering** [2] - 14017:5, 14017:23

**organization** [3] - 13952:1, 13998:24, 13999:5
**orient** [1] - 13999:25
**original** [1] - 13992:6
**originally** [3] - 14010:6, 14025:17, 14083:15
**orphan** [1] - 14013:16, 14013:20
**orphaned** [3] - 14012:16, 14014:16, 14015:8
**orthodox** [1] - 14066:14
**Orwell** [1] - 14058:25
**otherwise** [2] - 13972:2, 14079:21
**ought** [1] - 13998:24
**ounce** [1] - 13961:2
**ourselves** [3] - 13976:21, 13996:3, 14078:19, 14081:11
**out-royaling** [1] - 14051:5
**outlet** [3] - 13992:1, 14025:1, 14025:21
**outlets** [2] - 13992:1, 13992:2
**outside** [12] - 13957:1, 13960:2, 13977:10, 13998:6, 13998:17, 14015:23, 14033:14, 14056:2, 14072:14, 14080:10, 14082:7, 14082:12
**outstanding** [1] - 14005:23
**overall** [1] - 13953:3
**overcome** [2] - 14060:10, 14078:12
**overpowered** [1] - 14083:21
**overruled** [10] - 13945:4, 13960:16, 13963:20, 13971:4, 13998:12, 13999:3, 14023:10, 14030:20, 14034:21, 14080:20
**overthrow** [1] - 14064:3
**own** [1] - 13997:21

## P

**P.A** [2] - 13937:5, 13937:8
**P.C** [1] - 13937:11
**p.m** [26] - 13949:18, 13951:6, 13961:16,

13970:23, 13975:12, 13979:22, 13983:3, 13987:9, 13990:1, 13992:22, 13995:23, 13996:7, 13997:13, 14000:15, 14001:8, 14002:13, 14005:8, 14005:21, 14006:10, 14007:14, 14007:21, 14009:25, 14030:4, 14032:20, 14043:23, 14087:16
**Page** [2] - 14044:25, 14046:16
**PAGE** [1] - 13938:2
**page** [3] - 13992:25, 14046:3, 14085:23
**pages** [1] - 13947:17
**paid** [3] - 13988:18, 13988:23, 13989:10
**Paine** [5] - 14059:17, 14060:22, 14062:3, 14078:19, 14081:11
**Paine's** [1] - 14078:8
**panel** [2] - 13942:3, 14003:10
**Panman** [6] - 14032:20, 14035:2, 14043:23, 14044:16, 14046:8, 14046:21
**paper** [1] - 14062:7
**pardon** [3] - 13997:21, 13998:1, 13998:2
**pardoned** [2] - 13998:10, 13998:15
**Park** [1] - 13937:12
**Parler** [35] - 13947:21, 13948:3, 13957:19, 13957:22, 13958:9, 13958:13, 13958:17, 13959:3, 13959:15, 13960:10, 13960:24, 13970:19, 13970:22, 13971:14, 13971:19, 13972:9, 13972:13, 13972:16, 13973:1, 13973:5, 13973:7, 13973:21, 13979:18, 13983:21, 13989:21, 13989:23, 13991:15, 14004:17, 14005:13, 14005:17, 14024:14, 14024:16, 14024:20, 14025:6, 14028:1
**part** [14] - 13947:14, 13952:20, 13964:13, 13964:16, 13977:21, 13990:8, 14016:18, 14021:6, 14036:14, 14039:21, 14041:18,

14048:1, 14064:22, 14067:1
**participants** [1] - 13980:23
**participated** [1] - 14009:6
**particular** [8] - 13945:13, 13964:23, 13965:5, 13965:22, 14012:14, 14016:25, 14038:4, 14063:24
**particularly** [2] - 14014:6, 14082:12
**parties** [5] - 13942:23, 13942:25, 14085:6, 14086:2, 14086:3
**Party** [3] - 14065:18, 14069:6, 14077:23
**past** [1] - 14051:24
**pasting** [1] - 14030:18
**patriot** [1] - 14059:13
**patriotism** [2] - 13971:9, 14079:5
**patriots** [2] - 14078:25, 14079:4
**Pattis** [22] - 13936:20, 13939:10, 13939:25, 13955:17, 13956:5, 13964:4, 13966:4, 13966:7, 13966:17, 14051:2, 14053:6, 14057:1, 14061:3, 14066:4, 14066:15, 14066:18, 14066:20, 14066:24, 14067:3, 14067:11, 14067:13, 14082:19
**PATTIS** [135] - 13936:20, 13940:5, 13940:11, 13940:14, 13940:25, 13941:3, 13941:12, 13953:13, 13953:16, 13954:4, 13954:17, 13954:19, 13954:21, 13956:8, 13964:2, 13966:8, 13999:12, 13999:16, 14051:3, 14051:16, 14053:6, 14053:16, 14057:16, 14057:23, 14058:1, 14060:4, 14060:7, 14060:20, 14061:4, 14061:8, 14061:9, 14061:19, 14061:22, 14061:23, 14062:11, 14062:13, 14062:14, 14063:3, 14063:6, 14063:14, 14063:18, 14063:20, 14063:22,

14064:1, 14064:5, 14064:7, 14064:8, 14065:12, 14065:15, 14065:16, 14065:22, 14066:6, 14066:16, 14066:19, 14066:21, 14066:23, 14067:2, 14067:10, 14067:12, 14067:14, 14067:18, 14067:20, 14068:6, 14068:8, 14068:10, 14068:13, 14068:17, 14068:20, 14068:21, 14068:25, 14069:2, 14069:3, 14069:8, 14069:10, 14069:11, 14069:18, 14069:20, 14069:21, 14070:5, 14070:7, 14070:8, 14070:15, 14070:17, 14070:18, 14070:23, 14070:25, 14071:1, 14071:7, 14071:8, 14071:22, 14071:24, 14071:25, 14072:9, 14072:11, 14072:12, 14072:22, 14072:24, 14073:12, 14073:14, 14073:25, 14074:3, 14074:5, 14074:8, 14074:11, 14074:17, 14074:21, 14075:2, 14075:13, 14075:15, 14076:13, 14076:14, 14076:17, 14076:24, 14077:4, 14078:3, 14078:18, 14078:23, 14079:13, 14079:16, 14080:2, 14080:5, 14080:6, 14080:19, 14080:21, 14081:7, 14081:14, 14081:16, 14081:18, 14081:20, 14081:23, 14082:2, 14082:11, 14082:18, 14082:22
**Pattis.................. 14057** [1] - 13938:4
**pause** [30] - 13939:23, 13941:25, 13942:2, 13944:6, 13948:22, 13948:24, 13986:14, 13986:17, 13986:19, 13986:23, 13987:2, 13999:15, 14002:25, 14003:14, 14004:20, 14006:14, 14026:10, 14027:9, 14045:5, 14054:13, 14054:20, 14073:13, 14074:1, 14074:7, 14075:14,

14076:18, 14076:20, 14076:23, 14076:25, 14079:15
**pay** [1] - 14076:11
**PB** [3] - 13982:9, 13982:24, 14000:17
**PC** [1] - 13936:24
**PDF** [1] - 14046:3
**PDX** [1] - 13951:10
**peaceably** [1] - 14066:10
**peaceful** [1] - 13987:14
**Pearl** [1] - 13975:17
**Pelosi** [1] - 14071:5
**Pence** [2] - 13982:3, 13987:13
**people** [39] - 13949:12, 13955:1, 13971:12, 13974:1, 13975:9, 13976:16, 13978:16, 13978:18, 13989:13, 13990:10, 13998:15, 14001:12, 14001:22, 14005:15, 14020:9, 14020:10, 14033:5, 14033:9, 14033:13, 14034:8, 14042:15, 14058:20, 14059:5, 14062:20, 14062:22, 14064:10, 14064:21, 14065:9, 14070:19, 14071:11, 14072:15, 14073:6, 14073:9, 14080:10, 14082:7, 14082:12, 14082:16
**people's** [1] - 14059:1
**Pepe** [3] - 14009:18, 14009:22
**Pepe's** [1] - 14009:12
**percent** [6] - 14010:11, 14010:23, 14039:13, 14040:12, 14041:6, 14041:12
**perception** [1] - 14051:15
**perfect** [1] - 13941:14
**period** [7] - 13945:19, 13946:13, 13948:4, 13950:21, 13995:18, 14042:8, 14046:12
**permission** [7] - 13991:12, 13994:6, 13995:7, 14018:11, 14026:7, 14026:11, 14075:1
**permission's** [1] - 14026:13
**person** [8] - 13967:22,

13967:23, 13988:11, 14012:25, 14022:17, 14028:12, 14035:13, 14066:13
**personality** [1] - 13967:22
**persuade** [1] - 14058:12
**persuasive** [1] - 14058:8
**pertaining** [1] - 13942:25
**PETER** [1] - 13938:3
**Peter** [3] - 13939:24, 13943:7, 14003:13
**petition** [2] - 14066:9, 14066:10
**PEZZOLA** [1] - 13936:6
**Pezzola** [5] - 13939:6, 13939:15, 13956:22, 14009:18, 14009:21
**Philips** [4] - 13996:19, 13997:1, 14000:17, 14011:17
**Philly** [3] - 13974:13, 13982:9, 13982:24
**phone** [30] - 13941:15, 13961:18, 13962:4, 13969:21, 13989:7, 13995:2, 14011:19, 14011:22, 14011:23, 14012:2, 14012:6, 14012:9, 14012:23, 14013:8, 14013:25, 14014:3, 14014:4, 14014:7, 14014:17, 14015:9, 14018:17, 14022:14, 14022:18, 14022:19, 14023:7, 14023:18, 14023:22, 14023:25, 14049:2, 14085:13
**phones** [5] - 13959:18, 13960:11, 13988:19, 14030:6, 14066:2
**photo** [7] - 13970:24, 13990:12, 13991:6, 13991:16, 13991:18, 13991:25, 13992:9
**photograph** [8] - 13990:16, 13990:25, 13991:19, 13991:21, 13991:23, 13992:6, 14030:13, 14030:18
**photographs** [1] - 13991:23
**phrase** [16] - 13954:3, 13968:22, 13969:10,

13969:11, 13975:12, 13975:13, 13979:2, 13997:25, 14019:25, 14020:4, 14020:9, 14020:10, 14020:16, 14020:24, 14028:9, 14042:15
**phrased** [1] - 13955:22
**physical** [1] - 13941:8
**pick** [6] - 13940:20, 13948:18, 13951:11, 13951:17, 14011:4, 14011:15
**pick-me-up** [1] - 13951:11
**Pickleback** [6] - 13992:16, 13992:21, 13994:1, 13997:6, 13997:12, 14035:2
**picture** [6] - 13971:6, 13990:3, 13990:5, 13990:15, 14025:17, 14025:19
**pictured** [1] - 13958:6
**pictures** [1] - 13991:4
**piece** [4] - 13946:23, 14058:4, 14059:11, 14060:22
**pissed** [2] - 13996:1, 14070:19
**pivoting** [1] - 14002:21
**place** [5] - 13945:20, 13950:9, 13974:18, 14001:3, 14026:22
**places** [1] - 14066:12
**plan** [23] - 13954:9, 13976:9, 13976:20, 13977:23, 14036:17, 14037:4, 14038:16, 14039:7, 14039:18, 14039:21, 14040:6, 14040:12, 14040:17, 14040:21, 14040:23, 14040:25, 14041:1, 14041:10, 14041:17, 14041:18, 14042:20, 14043:7, 14080:22
**planet** [2] - 13992:23, 13993:6
**Planet** [1] - 13992:25
**planned** [7] - 14034:13, 14035:19, 14047:10, 14055:2, 14070:1
**planning** [13] - 13953:1, 13953:2, 13976:12, 14019:14, 14021:6, 14034:18,

14037:17, 14038:9, 14038:12, 14038:21, 14038:22, 14064:2, 14064:3
**plausible** [1] - 14084:6
**play** [9] - 13958:3, 13968:19, 13985:18, 13986:2, 13987:17, 13993:18, 14061:19, 14070:15, 14080:2
**played** [47] - 13958:4, 13967:2, 13967:7, 13967:9, 13967:16, 13968:20, 13969:3, 13969:5, 13969:8, 13972:7, 13972:10, 13977:5, 13978:8, 13978:24, 13985:11, 13987:3, 13987:18, 13993:20, 13994:8, 13994:21, 13995:14, 14002:16, 14007:1, 14007:10, 14014:24, 14015:4, 14018:19, 14018:22, 14019:2, 14057:25, 14061:7, 14061:21, 14062:12, 14063:4, 14064:6, 14065:14, 14068:19, 14069:1, 14069:9, 14069:19, 14070:6, 14070:16, 14070:24, 14071:23, 14072:10, 14080:4, 14082:16
**playing** [12] - 13969:2, 13969:4, 13969:6, 13972:6, 13977:4, 13978:7, 13978:23, 13994:7, 14002:15, 14006:12, 14006:25, 14068:18
**plea** [2] - 13940:16, 13941:7
**PLLC** [1] - 13936:17
**pod** [1] - 13965:14
**podcast** [11] - 13962:14, 13962:17, 13962:22, 13963:4, 13963:11, 13965:6, 13967:4, 14053:18, 14072:3, 14084:23, 14085:12
**podcasts** [3] - 13965:8, 13965:15, 13969:14
**podium** [1] - 13948:21
**point** [21] - 13955:17, 13955:21, 13959:20, 13966:6, 14013:18,

14016:1, 14016:3, 14023:25, 14032:24, 14055:23, 14067:4, 14070:9, 14071:4, 14074:17, 14077:22, 14078:4, 14083:8, 14084:14, 14086:8, 14086:24, 14087:7
**points** [3] - 14036:21, 14067:4, 14067:16
**police** [11] - 13983:12, 13990:5, 13990:8, 13991:4, 14024:20, 14025:6, 14025:11, 14025:15, 14027:24, 14028:14, 14029:23
**politely** [1] - 14079:22
**political** [3] - 14067:8, 14067:21, 14070:21
**politician** [3] - 13984:18, 13984:22, 13985:1
**politician's** [1] - 13984:21
**politicians** [2] - 13983:5, 13983:18
**politics** [1] - 14067:6
**portion** [3] - 13990:17, 13993:10, 13993:25
**portions** [1] - 13963:11
**position** [1] - 14062:2
**possible** [3] - 13976:18, 13976:20, 14049:3
**post** [35] - 13943:19, 13957:16, 13958:1, 13958:13, 13959:5, 13959:7, 13959:14, 13959:15, 13960:21, 13960:24, 13970:20, 13970:22, 13971:15, 13971:24, 13972:4, 13972:9, 13972:13, 13973:1, 13979:18, 13979:23, 13980:12, 13983:22, 13991:15, 13994:10, 14004:17, 14005:14, 14005:17, 14005:20, 14024:17, 14024:20, 14025:6, 14029:20, 14032:18, 14055:25, 14056:10
**post-January** [2] - 14055:25, 14056:10
**post-riot** [1] - 13957:16
**Posted** [1] - 14027:14
**posted** [15] - 13958:9, 13958:17, 13971:15,

13984:1, 13987:6, 13987:8, 13990:12, 13991:15, 13991:25, 13992:7, 13992:24, 13993:6, 14001:4, 14025:24, 14029:23
**posting** [1] - 13973:5
**posts** [10] - 13947:21, 13957:22, 13970:24, 13971:5, 13979:24, 13990:2, 14004:16, 14009:3, 14010:3, 14047:9
**potential** [1] - 14035:15
**power** [2] - 13987:14, 13998:2
**powerful** [1] - 14062:4
**POYB** [1] - 13952:21
**pre** [2] - 14021:6, 14055:2
**pre-planned** [1] - 14055:2
**pre-planning** [1] - 14021:6
**preaching** [2] - 13959:8
**preceded** [1] - 13979:3
**precious** [1] - 13958:22
**prefer** [1] - 13985:11
**prejudice** [2] - 13968:7, 13968:9
**prejudicial** [1] - 13968:4
**prejudicing** [1] - 14017:21
**premonition** [1] - 13958:12
**preparation** [1] - 13947:4
**prepare** [1] - 14051:17
**prepared** [2] - 13946:22, 13963:5
**prepping** [1] - 14053:2
**presence** [2] - 13941:8, 14015:23
**present** [14] - 13939:7, 13939:8, 13939:9, 13939:10, 13939:11, 13939:12, 13939:13, 13940:14, 13949:7, 13989:17, 14047:1, 14047:20, 14054:18, 14073:21
**present-sense** [3] - 14047:1, 14047:20, 14054:18
**preserve** [3] -

13984:1, 14001:25, 14051:22
**preserved** [4] - 13955:13, 13955:16, 13964:3, 13964:8
**presidency** [1] - 13953:2
**president** [7] - 13959:10, 13987:12, 14001:5, 14064:17, 14075:21, 14077:16, 14079:6
**President** [7] - 13952:2, 13975:17, 13992:24, 13996:9, 14065:3, 14072:13, 14075:10
**presidential** [1] - 13998:2
**Presidents** [3] - 13957:6, 13961:6, 14032:19
**presidents** [5] - 13957:7, 13957:13, 13961:9, 13977:16, 14001:13
**presiding** [1] - 14003:17
**pressure** [1] - 13958:19
**presume** [2] - 14019:10, 14069:24
**pretty** [1] - 14086:1
**prevailing** [1] - 14066:13
**Prez** [2] - 13951:19, 13951:21
**pride** [1] - 13952:9
**Priest** [2] - 13951:7, 13952:4
**private** [1] - 13972:13
**problem** [1] - 13990:8
**procedural** [1] - 14048:11
**proceed** [15] - 13943:2, 13943:4, 13944:10, 13945:5, 13960:17, 13963:22, 13966:22, 13968:15, 13995:12, 14003:20, 14007:5, 14015:24, 14018:1, 14045:22, 14082:1
**proceedings** [3] - 13944:6, 13980:4, 14087:22
**Proceedings** [1] - 13937:21
**process** [2] - 13960:11, 14033:8

**produced** [1] - 13937:21
**profound** [1] - 14077:15
**proof** [1] - 13942:18
**proper** [3] - 13978:15, 14016:10, 14073:3
**property** [3] - 13990:9, 14010:7
**propose** [1] - 14085:10
**prosecuted** [1] - 14063:16
**prosecuting** [1] - 14066:12
**prosecutor** [1] - 13940:9
**protecting** [1] - 13990:9
**protest** [1] - 14079:8
**protester** [2] - 13990:6, 13990:17
**protesters** [11] - 13980:21, 14020:1, 14020:4, 14020:7, 14020:16, 14020:20, 14020:24, 14033:1, 14033:14, 14033:17, 14033:22
**protesting** [1] - 14020:24
**Proud** [30] - 13949:7, 13949:14, 13950:19, 13951:20, 13952:8, 13953:4, 13957:2, 13957:7, 13957:13, 13967:23, 13970:2, 13977:10, 13992:14, 13992:18, 13992:19, 13995:21, 13998:10, 13998:23, 13999:21, 14000:3, 14002:2, 14008:20, 14009:5, 14009:13, 14010:11, 14010:21, 14026:3, 14030:15, 14031:14, 14036:10
**proud** [5] - 13952:25, 13953:9, 13970:11, 13970:17, 14001:19
**prove** [1] - 13953:18, 13953:20
**proved** [1] - 13955:10
**proven** [3] - 13953:21, 13954:1, 13954:10
**provide** [1] - 13942:17
**provided** [3] - 13942:20, 13943:22, 14065:23
**provider** [2] -

13960:11, 13960:12
**public** [3] - 13972:14, 13972:15, 13983:18
**publish** [6] - 13991:12, 13994:6, 13995:7, 14018:12, 14026:11, 14075:1
**pull** [3] - 13990:17, 14027:10, 14056:15
**pulled** [1] - 14084:2
**pulling** [1] - 14017:11
**purpose** [1] - 14083:19
**pursuant** [2] - 13948:7, 13963:15
**pushed** [1] - 13975:3
**put** [15] - 13941:20, 13943:20, 13944:13, 13944:21, 13964:12, 13965:12, 13978:2, 13980:15, 14001:9, 14046:9, 14048:13, 14053:3, 14060:15, 14068:1, 14079:22
**Putin** [1] - 14061:10
**pyramid** [1] - 13950:16

# Q

**quadrant** [1] - 13990:17
**qualified** [2] - 14012:21, 14012:25
**quantity** [1] - 14020:11
**questioned** [1] - 13997:20
**questions** [8] - 13954:21, 14013:7, 14032:1, 14032:5, 14056:22, 14057:4, 14081:15, 14081:24
**quickly** [1] - 14053:7
**quite** [1] - 14079:22
**quote** [5] - 13980:23, 13988:6, 13988:17, 14071:15

# R

**radar** [1] - 14000:7
**radio** [1] - 13967:22
**raid** [2] - 13970:9, 13970:14
**raise** [3] - 13948:9, 14017:8, 14084:5
**raised** [3] - 13943:1, 13985:20, 14016:20
**rallies** [2] - 14000:18,

14046:9
**rally** [14] - 13970:2, 13976:12, 13999:6, 14001:9, 14005:24, 14006:2, 14037:18, 14037:24, 14038:3, 14038:7, 14046:11, 14059:21, 14064:15
**ran** [3] - 14024:20, 14025:14, 14025:17
**rather** [3] - 13984:8, 13984:10, 13986:10
**react** [1] - 13988:20
**reacted** [2] - 14065:17, 14079:9
**reacting** [6] - 13989:3, 13989:11, 14047:19, 14050:3, 14051:10, 14056:16
**reaction** [5] - 13970:10, 13988:4, 13988:17, 13989:4, 14086:6
**reactions** [2] - 13973:24, 14002:19
**reacts** [1] - 14007:4
**read** [21] - 13950:3, 13951:5, 13958:17, 13959:7, 13976:23, 13980:18, 13983:2, 14000:16, 14001:20, 14034:12, 14036:15, 14037:16, 14045:10, 14050:7, 14050:12, 14060:21, 14076:3, 14078:10, 14078:14, 14084:3
**reading** [1] - 14075:23
**reads** [1] - 14009:3
**reality** [1] - 13956:4
**realize** [1] - 14019:9
**realizing** [1] - 13983:6
**really** [10] - 13976:8, 13984:20, 14013:15, 14036:17, 14037:4, 14039:7, 14040:23, 14080:22, 14084:16, 14084:18
**realtime** [1] - 13955:25
**reason** [7] - 13965:1, 13978:2, 13981:3, 13983:4, 14037:19, 14049:4, 14073:17
**reasonable** [1] - 14070:22
**reasoning** [1] - 14083:21
**reasons** [1] - 13955:10

14108

**reassess** [2] - 13952:7, 13998:21
**rebelled** [1] - 14059:24
**recalled** [1] - 13941:5
**receive** [1] - 14073:22
**received** [3] - 13940:16, 14075:4, 14084:1
**recess** [5] - 14003:6, 14003:8, 14003:9, 14087:15, 14087:16
**recognize** [4] - 13990:22, 13993:22, 13994:23, 14059:14
**recollection** [2] - 13941:9, 14030:21
**reconnects** [1] - 13986:16
**reconsider** [2] - 13978:15, 14073:3
**record** [10] - 13955:12, 13964:3, 13964:13, 13964:16, 13986:24, 14003:18, 14017:23, 14027:20, 14067:24
**record's** [1] - 14026:21
**recorded** [2] - 13937:21, 14085:13
**records** [5] - 13959:15, 13960:10, 13960:12, 13960:14, 13971:14
**recover** [2] - 14013:4, 14013:21
**recovered** [2] - 13961:19, 13963:11
**recross** [2] - 13942:15, 13942:22
**Reddit** [1] - 14028:21
**Reddit.com** [1] - 14028:23
**redress** [1] - 14066:9
**refer** [2] - 14065:9, 14075:20
**reference** [7] - 13967:12, 13994:15, 14003:22, 14003:24, 14009:13, 14012:11, 14061:12
**referenced** [1] - 14042:3
**references** [7] - 13958:25, 13970:2, 13979:3, 14026:4, 14030:22, 14059:10, 14060:11
**referencing** [1] -

14052:12
**referring** [15] - 14007:19, 14029:14, 14037:24, 14038:4, 14040:16, 14040:18, 14041:18, 14050:18, 14052:14, 14062:16, 14069:15, 14069:23, 14070:13, 14071:4, 14073:17
**refers** [3] - 14006:1, 14009:20, 14037:23
**reflecting** [1] - 14077:21
**refresher** [1] - 14059:16
**regard** [2] - 13964:12, 14036:25
**regarding** [2] - 13957:18, 14021:6
**regime** [2] - 13996:4, 14075:18
**regional** [1] - 13950:20
**register** [1] - 14084:9
**regret** [3] - 13956:24, 13961:11, 14032:21
**REHL** [1] - 13936:5
**Rehl** [43] - 13939:4, 13939:14, 13949:24, 13950:19, 13952:24, 13953:9, 13953:11, 13954:25, 13955:2, 13955:23, 13956:13, 13963:18, 13969:15, 13969:16, 13969:20, 13969:24, 13970:5, 13970:8, 13970:22, 13971:20, 13972:17, 13973:2, 13973:18, 13974:16, 13974:21, 13976:23, 13981:1, 13981:10, 13981:12, 13981:17, 13981:22, 13982:3, 13982:7, 13982:14, 13982:23, 13988:9, 13989:18, 14071:9, 14079:17, 14080:7, 14084:1, 14086:10
**Rehl's** [6] - 13970:19, 13981:14, 13983:2, 13983:21, 13988:4, 13989:6
**related** [1] - 14054:22
**relates** [1] - 14030:17
**relayed** [1] - 14047:16
**relevance** [10] - 13998:6, 13998:11, 13998:17, 14030:19,

14039:22, 14042:22, 14060:2, 14063:12, 14072:19, 14081:22
**relevant** [1] - 14060:6
**relied** [1] - 14056:11
**reluctant** [1] - 13940:11
**rely** [2] - 14083:23, 14084:16
**remain** [3] - 13943:15, 13945:16, 14001:1
**remarks** [1] - 14080:11
**remember** [13] - 13955:22, 13962:16, 13965:16, 13979:9, 14014:1, 14019:10, 14022:7, 14022:9, 14022:11, 14035:23, 14042:8, 14054:17, 14069:17
**remind** [12] - 13945:12, 13949:4, 13950:8, 13957:5, 13962:2, 13972:9, 13975:19, 13979:15, 13992:16, 14008:6, 14014:15, 14018:15
**reminder** [2] - 13980:11, 14013:15
**remorse** [1] - 14001:10
**remove** [3] - 14005:11, 14011:7, 14011:19
**removed** [2] - 13985:16, 13987:13
**removing** [1] - 14005:9, 14011:21
**reorient** [1] - 13949:1
**repeatedly** [2] - 13964:21, 14067:6
**rephrase** [3] - 13953:23, 13955:18, 13956:2
**rephrased** [1] - 13953:24
**replay** [1] - 14057:23
**REPORTER** [3] - 14044:3, 14082:9, 14087:18
**Reporter** [3] - 13937:17, 13937:18, 14087:24
**reporter** [1] - 14002:21
**represent** [2] - 13940:15, 13944:2
**representation** [1] - 14062:8

**representing** [1] - 14019:11
**reproduction** [1] - 13991:6
**Republican** [2] - 13985:1, 13987:11
**request** [7] - 13963:19, 13964:18, 14015:20, 14016:15, 14017:24, 14084:25, 14087:3
**requested** [1] - 14015:14
**requesting** [2] - 13964:16, 13995:9
**requests** [1] - 14015:22
**require** [3] - 14016:13, 14016:14, 14083:25
**required** [2] - 13941:8, 14016:23
**requires** [1] - 13965:4
**research** [1] - 13990:12
**reserve** [1] - 14053:4
**resign** [1] - 13987:13
**resistance** [1] - 13958:21
**resorted** [1] - 14079:7
**respect** [1] - 13965:7
**respond** [3] - 13966:5, 13977:7, 13978:21
**responded** [1] - 14050:8
**responding** [2] - 14047:13, 14056:5
**responds** [1] - 14047:12
**response** [7] - 13979:2, 14002:19, 14004:1, 14013:11, 14047:16, 14048:9, 14055:7
**responsible** [1] - 14070:11
**rest** [2] - 14040:21, 14053:25
**restricted** [1] - 13971:1
**result** [1] - 14017:14
**resulted** [1] - 13953:19
**results** [1] - 13990:18
**resume** [1] - 14068:18
**resumed** [2] - 13939:24, 14003:13
**resuming** [1] - 13980:4
**retarded** [1] - 14001:12

**retrieve** [1] - 13939:20
**return** [2] - 14007:3, 14079:13
**Return** [12] - 13941:18, 13943:3, 13956:10, 13960:18, 13966:23, 13968:17, 13986:8, 14014:13, 14018:2, 14032:12, 14057:7, 14068:12
**returned** [4] - 13942:4, 14003:2, 14003:11, 14083:2
**returning** [2] - 13988:3, 13997:6
**Returns** [2] - 14073:18, 14073:23
**reveal** [3] - 13994:13, 13996:3, 14075:16
**revealed** [1] - 13991:1
**reverse** [2] - 13990:15, 13991:7
**review** [29] - 13945:23, 13946:22, 13947:10, 13947:20, 13950:10, 13953:3, 13956:12, 13962:21, 13963:4, 13969:15, 13989:6, 13989:13, 13993:10, 13994:13, 14012:10, 14021:23, 14037:5, 14037:23, 14038:4, 14038:8, 14038:18, 14040:1, 14040:3, 14040:8, 14042:18, 14042:24, 14043:6, 14043:15, 14058:20
**reviewed** [8] - 13947:4, 13947:14, 13967:12, 14020:8, 14043:17, 14059:9, 14075:10, 14078:24
**reviewer** [1] - 14039:25
**reviewing** [1] - 14047:21
**revolting** [1] - 14062:7
**revolution** [1] - 14073:9
**Revolutionary** [1] - 14059:23
**revolutionary** [2] - 14043:17, 14071:19
**rhetoric** [9] - 14058:4, 14058:10, 14059:11, 14060:8, 14063:7, 14063:11, 14078:5, 14078:6, 14078:8
**rhetorical** [3] -

14109

14058:14, 14059:8,
14068:15
**right-hand** [2] -
13990:17, 14075:6
**riled** [1] - 13950:7
**riot** [9] - 13945:20,
13945:24, 13948:4,
13954:7, 13957:11,
13957:16, 14038:6,
14069:25, 14072:13
**rioters** [4] - 13954:8,
14020:1, 14062:19,
14063:1
**riots** [1] - 14070:12
**RIP** [1] - 13979:24
**rise** [3] - 14003:7,
14003:15, 14087:14
**risk** [3] - 14001:10,
14001:23, 14066:13
**RN** [1] - 13996:1
**road** [3] - 13978:13,
14052:1, 14073:2
**Road** [1] - 13937:2
**Rod** [1] - 13982:17
**Roger** [2] - 13937:14,
13939:13
**ROGER** [1] - 13937:15
**roll** [1] - 13974:21
**room** [3] - 13940:14,
14003:2, 14083:2
**Room** [2] - 13937:18,
14087:25
**Roosevelt** [1] -
13975:17
**Roots** [6] - 13937:14,
13939:13, 13941:15,
13941:19, 13942:10,
13942:23
**ROOTS** [4] -
13937:15, 13941:17,
13941:22, 13942:11
**Rosen** [1] - 13980:22
**roughly** [2] - 14042:8,
14085:18
**round** [1] - 13959:24
**route** [2] - 13978:15,
14073:3
**royaling** [1] - 14051:5
**RPR** [3] - 13937:17,
14087:19, 14087:24
**Rufio** [12] - 13974:18,
14006:19, 14011:7,
14011:15, 14032:20,
14035:2, 14043:22,
14044:16, 14046:8,
14046:21, 14075:18,
14075:20
**ruined** [3] - 13978:17,
14073:7, 14073:10
**Rule** [9] - 13965:3,

13965:8, 13995:10,
14016:22, 14047:25,
14056:18, 14056:20,
14084:24, 14087:6
**rule** [10] - 13968:1,
13986:4, 14015:19,
14015:21, 14016:12,
14016:14, 14049:24,
14053:1, 14054:11,
14054:17
**ruled** [3] - 13968:5,
14047:25, 14056:17
**Rules** [2] - 13986:25,
14066:25
**ruling** [1] - 13963:15
**rulings** [2] - 13948:8,
14067:23
**run** [2] - 13947:1,
13975:7
**rush** [1] - 13982:22

---

## S

**Sabino** [3] - 13937:8,
13939:12, 14017:13
**safety** [1] - 14005:12
**sanctioned** [1] -
14017:14
**sat** [1] - 13978:1
**satisfied** [1] - 14002:6
**save** [1] - 13977:25
**saved** [2] - 13962:14,
13969:21
**saw** [15] - 13946:19,
13952:16, 13957:3,
13988:1, 13988:16,
13998:20, 14001:14,
14003:22, 14003:24,
14059:4, 14059:8,
14059:10, 14077:11,
14078:10, 14078:13
**scared** [3] - 13983:5,
14000:25, 14004:20
**schedule** [1] -
13940:19
**scope** [7] - 13959:21,
13960:2, 13960:15,
13998:7, 13998:17,
14056:2, 14080:18
**screen** [10] -
13988:15, 13990:20,
13993:15, 13994:17,
14004:3, 14014:19,
14024:7, 14028:22,
14029:1, 14057:10
**scroll** [1] - 13980:17
**scrolling** [1] -
13975:11
**search** [10] -
13990:15, 13990:25,

13991:7, 14024:21,
14025:10, 14025:14,
14026:8, 14026:12,
14027:2, 14027:4
**searches** [1] -
14025:18
**seated** [5] - 13942:5,
14003:3, 14003:12,
14003:17, 14083:13
**Seattle** [1] - 13961:17
**sec** [2] - 13952:6,
13998:21
**Second** [1] - 13980:11
**second** [10] -
13941:19, 13946:23,
13959:24, 14015:3,
14019:8, 14025:5,
14031:25, 14047:20,
14054:12, 14083:12
**seconds** [4] -
13993:18, 13993:22,
13994:19, 14016:21
**see** [43] - 13943:8,
13943:18, 13944:7,
13949:16, 13953:5,
13953:10, 13959:13,
13965:21, 13986:11,
13988:15, 13992:13,
13996:21, 14000:1,
14002:20, 14005:7,
14006:3, 14006:16,
14024:14, 14027:2,
14027:11, 14027:14,
14028:2, 14028:21,
14029:7, 14032:15,
14034:18, 14034:22,
14035:18, 14039:15,
14045:6, 14045:14,
14046:20, 14048:19,
14048:25, 14051:2,
14057:22, 14071:22,
14072:23, 14073:25,
14075:13, 14083:1,
14083:5
**seeing** [4] - 13939:19,
14007:17, 14007:21,
14020:9
**seeking** [2] -
13953:18, 14070:11
**seem** [3] - 14047:10,
14053:7, 14071:6
**seize** [1] - 14011:23
**selection** [1] -
14067:22
**Self** [8] - 13946:5,
13946:8, 13949:10,
13950:8, 13951:13,
13957:1, 13979:17,
14042:12
**Self-Defense** [8] -

13946:5, 13946:8,
13949:10, 13950:8,
13951:13, 13957:1,
13979:17, 14042:12
**selfie** [1] - 14012:10
**selfie-style** [1] -
14012:10
**Senate** [1] - 13980:3
**send** [9] - 13957:13,
13961:9, 13973:4,
13973:18, 13994:10,
13995:24, 13997:12,
14002:13, 14010:1
**sends** [4] - 13960:12,
14000:24, 14042:5,
14044:19
**sense** [10] - 13950:3,
13964:15, 14047:1,
14047:20, 14054:18,
14075:23, 14076:1,
14077:15, 14079:5,
14086:5
**sent** [6] - 13982:4,
14006:20, 14022:6,
14022:7, 14042:2,
14085:23
**sentiments** [1] -
13981:13
**Sergeant** [1] -
13951:10
**series** [3] - 13946:19,
13995:8, 14007:11
**seriously** [2] -
13972:2, 14079:24
**service** [2] - 13991:23,
14059:14
**serving** [1] - 13990:9
**SESSION** [1] -
13936:9
**session** [2] - 13980:3,
14003:16
**set** [9] - 13946:22,
13947:20, 13965:5,
13968:5, 13970:9,
13976:12, 13981:4,
13982:22, 14037:18
**set-up** [1] - 13981:4
**setting** [1] - 14010:8
**seven** [1] - 14057:19
**several** [1] - 13950:24
**shall** [1] - 14061:5
**shame** [1] - 14049:9
**share** [1] - 13973:8
**shares** [1] - 13992:23
**sharing** [1] - 13994:11
**shit** [11] - 13960:25,
13974:21, 13982:2,
13982:20, 13982:22,
13996:2, 13997:22,
14000:22, 14007:16,

14007:20, 14047:10
**shooting** [1] -
14028:14
**short** [1] - 13984:2
**shorthand** [2] -
13937:21, 14021:2
**shortly** [4] - 13949:5,
13997:9, 14005:15,
14080:10
**shots** [2] - 14000:12,
14044:7
**shoulda** [5] - 13981:1,
13981:11, 13981:23,
13982:14, 13983:8
**show** [14] - 13984:19,
14000:25, 14004:4,
14004:10, 14006:6,
14014:22, 14025:7,
14047:18, 14047:19,
14048:5, 14050:21,
14050:23, 14052:13,
14056:15
**showed** [5] - 13953:4,
13953:9, 13983:8,
13983:11, 14080:22
**showing** [50] -
13949:1, 13950:6,
13950:25, 13951:15,
13952:12, 13957:5,
13957:21, 13958:13,
13959:3, 13960:22,
13961:4, 13967:6,
13967:8, 13967:15,
13967:17, 13969:18,
13970:18, 13971:19,
13972:21, 13973:14,
13974:3, 13977:15,
13979:9, 13979:18,
13980:6, 13981:16,
13982:7, 13983:20,
13988:9, 13989:21,
13990:22, 13991:2,
13991:18, 13992:16,
13994:19, 13995:16,
13995:20, 13996:13,
13999:11, 13999:18,
14001:5, 14005:9,
14006:3, 14008:22,
14011:11, 14011:20,
14018:18, 14019:1,
14021:6, 14050:17
**shown** [1] - 13961:2
**shows** [1] - 13959:11
**shrink** [1] - 14059:14
**shut** [3] - 13972:1,
14079:20, 14079:22
**sic** [11] - 13940:18,
13970:25, 13977:22,
13982:18, 13982:21,
13997:23, 14017:13,

14110

14038:20, 14045:1,
14059:4, 14075:17
**side** [6] - 13981:13,
13991:3, 13992:3,
14083:1
**side-by-side** [2] -
13991:3, 13992:3
**sidebar** [10] - 13942:7,
13964:5, 13984:5,
14015:16, 14021:25,
14031:18, 14032:2,
14047:4, 14060:25,
14061:1
**sides** [1] - 13999:8
**SidneyPowell1** [1] -
13980:24
**signal** [1] - 14016:9
**signaling** [1] -
13961:2
**significance** [2] -
14021:5, 14021:16
**significant** [1] -
14058:12
**silent** [2] - 13972:19,
13972:20
**silver** [1] - 13996:21
**similar** [5] - 13957:2,
13981:13, 14035:13,
14059:10, 14077:24
**sincere** [1] - 14037:5
**sincerely** [1] -
14036:22
**single** [3] - 13961:1,
13992:1, 14043:3
**sinking** [1] - 14061:11
**sit** [2] - 14070:9,
14084:7
**site** [4] - 14027:10,
14027:20, 14027:21,
14028:7
**six** [1] - 14057:19
**Skull** [7] - 13995:21,
13996:15, 13999:20,
14005:3, 14008:9,
14043:23, 14044:16
**slowly** [1] - 14002:2
**slur** [1] - 13974:16
**small** [3] - 13982:7,
13982:9, 14025:18
**smart** [3] - 13980:15,
14000:6
**smiling** [8] -
13992:10, 14025:6,
14025:7, 14025:11,
14025:16, 14025:23,
14027:25, 14029:23
**Smith** [21] - 13936:16,
13939:9, 13942:15,
13960:9, 13960:12,
13965:25, 14015:24,

14027:19, 14032:1,
14032:11, 14044:3,
14048:8, 14049:5,
14051:3, 14051:23,
14054:6, 14055:16,
14080:22, 14084:11,
14084:16, 14086:24
**SMITH** [91] -
13936:17, 13936:20,
13959:17, 13959:20,
13991:10, 13994:4,
13995:5, 14019:7,
14021:11, 14021:15,
14021:20, 14021:22,
14022:2, 14022:4,
14022:25, 14023:3,
14023:4, 14023:13,
14024:8, 14024:12,
14024:13, 14026:7,
14026:15, 14026:18,
14026:24, 14027:1,
14027:21, 14027:23,
14028:23, 14028:25,
14029:15, 14029:18,
14029:19, 14030:10,
14030:24, 14031:8,
14031:13, 14031:16,
14032:13, 14033:21,
14034:5, 14034:7,
14034:17, 14034:24,
14039:24, 14040:7,
14042:24, 14043:4,
14043:19, 14044:4,
14044:5, 14044:22,
14045:3, 14045:13,
14045:16, 14045:25,
14046:2, 14046:6,
14046:15, 14046:19,
14046:23, 14047:6,
14048:7, 14049:7,
14049:11, 14049:19,
14049:22, 14049:25,
14050:10, 14050:14,
14052:5, 14052:7,
14052:10, 14052:20,
14052:22, 14054:5,
14054:8, 14054:14,
14054:16, 14054:25,
14055:9, 14055:12,
14055:21, 14056:8,
14057:2, 14057:5,
14057:8, 14057:14,
14086:25, 14087:5,
14087:9
**Smith's** [1] - 14083:25
**Smith**..................
**14019** [1] - 13938:4
**smoothly** [1] -
13963:25
**snapped** [1] -

14080:15
**snippets** [1] - 14072:3
**social** [4] - 13947:17,
13969:16, 13980:12,
13980:22
**society** [1] - 14059:1
**soldier** [1] - 14059:13
**soldiers** [1] -
14059:21
**someone** [6] -
13977:24, 14043:24,
14050:2, 14052:3,
14055:6, 14070:11
**sometimes** [1] -
14036:21
**somewhere** [1] -
13964:13
**soon** [1] - 14047:11
**sorry** [18] - 13954:24,
13967:21, 13968:8,
13981:6, 13986:20,
13991:21, 14007:14,
14009:7, 14017:20,
14023:11, 14040:11,
14044:4, 14057:9,
14062:21, 14067:14,
14074:5, 14074:11,
14074:18
**sort** [11] - 13945:24,
13999:5, 14029:10,
14031:3, 14042:20,
14051:25, 14058:2,
14059:8, 14062:2,
14067:8, 14083:18
**souls** [1] - 14059:12
**sound** [3] - 13986:13,
14064:2, 14078:21
**sounds** [1] - 14080:14
**sowing** [1] - 14000:5
**Spam** [1] - 14001:8
**spam** [1] - 14001:9
**sparked** [2] -
14069:22, 14070:3
**Spazzo** [2] - 14009:12,
14009:19
**speaking** [11] -
13950:13, 13950:15,
13966:1, 13966:11,
13966:13, 14022:23,
14058:11, 14064:17,
14065:4, 14079:17,
14087:1
**special** [1] - 13966:20
**specific** [10] -
13992:8, 14005:10,
14014:18, 14024:5,
14030:12, 14036:23,
14036:24, 14036:25,
14037:1, 14040:15
**specifically** [3] -

13990:16, 13992:19,
14014:2
**speculate** [1] -
14043:13
**speculation** [3] -
13988:24, 14034:3,
14072:20
**speech** [11] -
13984:18, 13984:21,
13985:5, 13985:14,
13993:10, 13993:25,
13994:15, 14058:11,
14063:15, 14063:21,
14064:22
**speechifying** [1] -
14067:8
**spend** [1] - 14085:1
**spraying** [3] -
13990:6, 13991:16,
14028:14
**spring** [1] - 14054:5
**sprung** [1] - 14054:3
**stamps** [1] - 14050:12
**stand** [11] - 13939:24,
13942:14, 13942:21,
13968:22, 13969:11,
14001:22, 14002:6,
14003:13, 14072:18,
14085:3
**stand-down** [1] -
14002:6
**standby** [2] -
14000:20, 14044:17
**standing** [1] -
14072:14
**stands** [5] - 13991:22,
14003:8, 14060:22,
14066:17, 14087:15
**start** [8] - 13952:18,
13953:1, 13966:14,
13978:5, 14018:21,
14019:13, 14019:15,
14061:6
**started** [7] - 13972:18,
13973:7, 13973:21,
13976:1, 14061:15,
14079:9, 14080:7
**starters** [2] -
13976:14, 14066:6
**starting** [19] -
13945:23, 13950:6,
13951:6, 13953:2,
13967:1, 13974:7,
13979:16, 13981:20,
13983:2, 13990:2,
13992:22, 13995:25,
13996:15, 14000:15,
14007:6, 14008:12,
14011:13, 14019:14,
14057:3

**startling** [4] - 14051:7,
14051:11, 14051:20,
14054:22
**starts** [1] - 14008:13
**state** [8] - 13949:19,
14077:18, 14082:12,
14083:20, 14084:6,
14085:16, 14085:19,
14085:20
**statement** [13] -
13964:23, 13964:24,
13992:24, 14034:12,
14037:20, 14045:17,
14047:17, 14047:19,
14054:22, 14055:12,
14084:15, 14084:17
**statements** [14] -
13942:18, 13955:11,
13957:17, 13964:22,
13965:22, 13994:14,
14051:9, 14051:19,
14083:15, 14085:11,
14085:12, 14085:14,
14086:9, 14086:17
**STATES** [3] - 13936:1,
13936:2, 13936:10
**states** [2] - 14039:20,
14085:15
**States** [8] - 13936:12,
13939:3, 13943:7,
14003:19, 14061:13,
14065:3, 14072:14,
14087:25
**status** [1] - 13940:2
**stay** [5] - 13946:2,
13946:5, 13946:8,
13946:11, 13981:12
**staying** [5] - 13982:24,
13988:8, 13991:14,
14005:17
**Steal** [3] - 14004:19,
14005:24, 14064:15
**stemming** [1] -
14009:8
**stenographic** [1] -
14087:21
**step** [4] - 13999:6,
14003:4, 14028:19,
14083:3
**steps** [2] - 14003:5,
14083:4
**Steven** [2] - 13937:11,
13939:12
**Stewart** [20] -
13950:18, 13974:20,
13976:8, 13976:21,
13977:1, 13977:19,
13977:21, 13977:24,
14007:6, 14007:7,
14007:12, 14007:15,

14036:6, 14036:8, 14036:13, 14037:6, 14039:3, 14039:6, 14040:22, 14041:21
**Stewart's** [4] - 14039:9, 14040:4, 14040:9, 14040:16
**STFU** [2] - 13972:2, 14079:21
**stick** [1] - 14014:9
**stickies** [2] - 13944:14, 13944:21
**still** [19] - 13940:2, 13943:14, 13947:18, 13951:15, 13959:3, 13977:24, 13978:2, 13982:11, 13985:23, 13996:13, 13997:7, 13997:9, 14001:1, 14007:15, 14039:14, 14041:7, 14041:13, 14061:18, 14084:6
**stolen** [4] - 14064:11, 14064:19, 14072:16, 14079:6
**stood** [2] - 13975:2, 14066:21
**stop** [22] - 13958:23, 13972:2, 13976:22, 14061:8, 14061:22, 14062:13, 14063:5, 14063:24, 14064:7, 14065:15, 14068:20, 14069:2, 14069:10, 14069:20, 14070:7, 14070:17, 14070:25, 14071:24, 14072:11, 14079:24, 14080:5
**Stop** [4] - 13975:7, 14004:19, 14005:24, 14064:15
**stopped** [4] - 14039:12, 14040:12, 14041:6, 14041:12
**stormed** [2] - 13975:8, 14019:19
**storming** [3] - 14019:25, 14020:5, 14042:20
**Street** [6] - 13936:14, 13936:17, 13936:21, 13936:24, 13937:5, 13937:9
**stress** [2] - 14054:23, 14055:1
**strike** [1] - 14036:9
**strong** [1] - 14000:6
**structure** [2] - 13950:9, 13950:13
**studied** [1] - 14058:7

**study** [1] - 14058:10
**stuff** [3] - 13950:20, 14013:15, 14050:24
**style** [2] - 14012:10, 14032:8
**subject** [3] - 13948:8, 13948:12, 13948:14
**submitted** [2] - 14085:5, 14086:2
**subsequent** [1] - 14025:18
**sucked** [1] - 13982:14
**sucks** [1] - 13996:21
**sufficiently** [1] - 14051:10
**suggest** [2] - 14028:13, 14051:12
**suggesting** [2] - 14016:18, 14017:13
**suggestion** [2] - 13956:17, 14055:2
**Suite** [2] - 13936:18, 13937:6
**summarize** [4] - 13984:1, 13984:14, 13986:3, 13986:10
**summarizing** [2] - 13984:3, 13985:19
**summary** [1] - 14083:18
**summer** [1] - 14059:12
**sunshine** [1] - 14059:13
**supporter** [1] - 14068:23
**supporting** [2] - 14069:15, 14075:11
**supports** [1] - 14051:12
**supposed** [1] - 14016:22
**surprise** [1] - 14050:4
**surveillant** [1] - 14059:1
**sustained** [22] - 13989:1, 13998:8, 13998:18, 14021:10, 14021:14, 14021:19, 14023:2, 14031:7, 14031:12, 14032:2, 14032:9, 14033:20, 14034:6, 14034:16, 14060:19, 14061:2, 14062:10, 14063:25, 14072:21, 14078:2, 14079:12, 14081:6
**sweetheart** [1] - 13970:6
**system** [2] - 14005:9,

14011:20

**T**

**tabled** [1] - 14052:18
**Tacos** [2] - 14001:8, 14001:9
**tag** [1] - 13980:24
**tags** [1] - 13974:16
**tape** [1] - 14070:7
**tarred** [1] - 13988:5
**Tarrio** [53] - 13939:5, 13939:15, 13950:17, 13951:8, 13951:12, 13951:18, 13951:20, 13951:22, 13952:4, 13952:6, 13952:8, 13953:4, 13957:13, 13957:18, 13958:8, 13958:17, 13960:24, 13977:20, 13977:23, 13978:1, 13979:6, 13979:12, 13992:20, 13998:20, 14000:19, 14001:14, 14003:23, 14005:9, 14005:14, 14005:20, 14006:1, 14006:4, 14006:22, 14008:11, 14008:14, 14008:18, 14009:2, 14009:3, 14009:11, 14009:19, 14010:1, 14010:15, 14010:20, 14011:14, 14011:15, 14011:18, 14011:21, 14011:22, 14041:25, 14042:2, 14073:15, 14075:3, 14086:10
**TARRIO** [1] - 13936:6
**Tarrio's** [4] - 13949:6, 13958:25, 14005:13, 14042:19
**tax** [1] - 14062:7
**taxation** [1] - 14062:7
**tea** [2] - 14062:7, 14065:19
**Tea** [3] - 14065:17, 14069:6, 14077:25
**team** [8] - 13940:10, 13950:16, 13950:18, 13980:21, 14036:14, 14082:8, 14082:13
**teams** [2] - 14081:21, 14082:3
**tech** [2] - 13986:22, 14013:15
**technical** [7] - 13959:22, 14013:5, 14013:8, 14013:21, 14014:4, 14014:5,

14014:6
**technically** [1] - 13964:15
**technological** [1] - 13942:18
**technology** [1] - 13985:22
**Telegram** [19] - 13945:12, 13946:2, 13947:14, 13956:12, 13957:7, 13982:9, 13992:18, 14005:10, 14008:15, 14012:6, 14012:14, 14022:6, 14023:15, 14023:22, 14050:12, 14056:5, 14084:2, 14084:4
**Templar** [1] - 13980:11
**temporal** [2] - 14051:5, 14056:20
**term** [6] - 13979:6, 14013:16, 14020:14, 14042:15, 14042:19, 14043:6
**terms** [3] - 13955:18, 13979:25, 14075:20
**terrorists** [4] - 13980:16, 14065:18, 14069:5, 14069:6
**testified** [24] - 13959:22, 13959:23, 13960:3, 13960:14, 13962:3, 13983:11, 14013:9, 14018:5, 14019:24, 14023:18, 14024:6, 14024:19, 14024:24, 14025:4, 14025:9, 14030:11, 14030:15, 14031:13, 14036:20, 14041:25, 14042:2, 14042:14, 14043:22, 14050:11
**testify** [6] - 13959:25, 13985:13, 14013:1, 14013:14, 14013:24, 14020:15
**testifying** [7] - 13945:11, 14014:4, 14020:20, 14032:22, 14035:3, 14035:23, 14056:10
**testimony** [21] - 13943:11, 13945:13, 13945:21, 13946:20, 13946:23, 13947:5, 13959:17, 13959:21, 13959:24, 13960:1, 13969:25, 13975:20, 13979:10, 13992:13,

14006:3, 14012:3, 14020:3, 14023:9, 14030:25, 14031:4, 14086:18
**text** [16] - 13981:17, 13987:10, 13988:11, 13988:17, 13988:20, 13989:6, 14010:25, 14012:7, 14023:6, 14034:19, 14035:9, 14035:18, 14042:7, 14052:12, 14056:6, 14056:9
**texting** [4] - 14050:2, 14055:6, 14055:13, 14055:14
**texts** [5] - 13969:20, 13969:24, 14043:15, 14055:25, 14057:10
**thankful** [1] - 13997:2
**THE** [261] - 13936:1, 13936:1, 13936:9, 13939:2, 13939:16, 13939:25, 13940:8, 13940:13, 13940:24, 13941:2, 13941:10, 13941:14, 13941:19, 13941:23, 13942:3, 13942:5, 13942:10, 13942:23, 13943:4, 13943:8, 13943:12, 13943:13, 13943:15, 13943:17, 13943:23, 13944:5, 13944:9, 13944:12, 13944:15, 13944:22, 13944:24, 13945:4, 13948:11, 13948:14, 13954:2, 13954:12, 13954:18, 13954:20, 13954:23, 13955:5, 13955:15, 13955:24, 13956:9, 13956:10, 13956:19, 13960:4, 13960:6, 13960:8, 13960:16, 13963:17, 13963:20, 13963:22, 13964:4, 13964:7, 13965:11, 13965:18, 13966:3, 13966:16, 13967:25, 13968:3, 13968:8, 13968:10, 13968:12, 13968:15, 13971:4, 13971:5, 13984:5, 13984:8, 13984:15, 13984:20, 13984:23, 13985:3, 13985:6, 13985:25, 13986:5, 13986:7, 13987:23, 13989:1, 13991:11, 13994:5,

14112

13995:6, 13995:11, 13998:8, 13998:12, 13998:13, 13998:18, 13999:3, 13999:4, 13999:14, 14002:20, 14002:23, 14003:3, 14003:6, 14003:7, 14003:10, 14003:12, 14003:15, 14003:20, 14004:5, 14004:8, 14007:11, 14012:22, 14013:3, 14013:11, 14013:19, 14014:5, 14014:12, 14015:12, 14015:15, 14015:18, 14016:7, 14016:11, 14017:5, 14017:16, 14017:18, 14017:20, 14018:10, 14018:11, 14018:13, 14019:4, 14021:10, 14021:14, 14021:19, 14022:1, 14023:2, 14023:10, 14023:11, 14024:11, 14026:13, 14026:14, 14026:16, 14026:23, 14026:25, 14027:19, 14029:17, 14030:7, 14030:9, 14030:20, 14030:21, 14031:7, 14031:12, 14031:15, 14031:20, 14031:22, 14031:24, 14032:9, 14033:20, 14034:6, 14034:16, 14034:21, 14034:22, 14040:1, 14040:3, 14042:25, 14043:2, 14043:14, 14043:16, 14044:3, 14045:15, 14045:18, 14045:21, 14045:23, 14046:1, 14046:5, 14047:3, 14048:6, 14048:8, 14048:13, 14048:17, 14048:21, 14048:24, 14049:5, 14049:9, 14049:18, 14049:20, 14049:23, 14050:6, 14050:13, 14050:25, 14051:14, 14051:21, 14052:6, 14052:9, 14052:15, 14052:21, 14052:23, 14053:20, 14053:22, 14054:2, 14054:6, 14054:9, 14054:15, 14054:21, 14055:11, 14055:15, 14056:7, 14056:17, 14057:3, 14057:6, 14060:6, 14060:19, 14061:1,

14062:10, 14063:24, 14066:1, 14066:4, 14066:15, 14066:18, 14066:20, 14066:22, 14066:24, 14067:3, 14067:11, 14067:13, 14067:15, 14067:19, 14068:4, 14068:7, 14068:9, 14068:11, 14072:21, 14074:2, 14074:4, 14074:6, 14074:9, 14074:13, 14074:16, 14074:19, 14074:22, 14074:25, 14076:22, 14078:2, 14078:17, 14078:22, 14079:12, 14080:20, 14081:6, 14081:12, 14081:15, 14081:17, 14081:19, 14082:1, 14082:9, 14082:10, 14082:19, 14082:24, 14083:3, 14083:5, 14083:9, 14083:12, 14084:11, 14085:7, 14085:9, 14085:24, 14086:4, 14086:12, 14086:15, 14086:21, 14087:4, 14087:8, 14087:10, 14087:14

**theory** [1] - 14083:25
**they've** [3] - 13954:5, 14013:17, 14050:22
**thinking** [2] - 14034:4, 14037:6
**thinks** [5] - 13971:25, 14000:6, 14039:23, 14055:6, 14079:19
**third** [2] - 13950:19, 14047:24
**Thomas** [6] - 14059:17, 14071:14, 14078:8, 14078:19, 14078:21, 14081:11
**thousands** [1] - 14020:1
**thread** [3] - 14035:24, 14040:4, 14040:9
**three** [7] - 13955:1, 13973:8, 14000:18, 14000:24, 14044:18, 14046:9, 14073:23
**three-month** [1] - 14046:9
**throughout** [1] - 13970:10
**throw** [1] - 14050:20
**thrust** [2] - 14058:24, 14076:6
**Thursday** [1] -

13936:6
**tidy** [1] - 14053:9
**tie** [1] - 14081:23
**timeline** [2] - 14073:21, 14080:13
**timely** [2] - 14084:25, 14085:1
**Timothy** [2] - 13937:17, 14003:16
**TIMOTHY** [2] - 13936:9, 14087:19
**tired** [1] - 13966:10
**title** [1] - 14072:2
**titled** [2] - 13982:9, 14072:1
**today** [13] - 13941:11, 13950:5, 13957:15, 13963:5, 13971:9, 13971:25, 13978:20, 13980:23, 13982:15, 13982:19, 14057:20, 14059:9, 14079:19
**together** [1] - 13949:7
**tomorrow** [3] - 13940:3, 14000:19, 14053:25
**tons** [3] - 14000:5, 14007:16, 14007:20
**took** [4] - 13975:9, 13983:8, 13990:15, 14024:19, 14061:12, 14061:24
**top** [10] - 13950:16, 13999:21, 14006:17, 14010:5, 14028:22, 14029:1, 14040:4, 14040:16, 14065:7, 14081:3
**topic** [4] - 13983:15, 14002:18, 14005:18, 14072:22
**torture** [1] - 14077:3
**totalitarianism** [1] - 14059:1
**totally** [1] - 14053:1
**toward** [3] - 13983:12, 13988:8, 13995:17
**towards** [1] - 13970:24
**transcript** [5] - 13937:21, 14006:16, 14085:23, 14087:21, 14087:22
**TRANSCRIPT** [1] - 13936:8
**transcription** [1] - 13937:21
**transformed** [1] - 14067:22
**transition** [1] -

13987:14
**travel** [1] - 13961:13
**tread** [1] - 13959:11
**treated** [1] - 13965:11
**trespass** [1] - 14034:9
**TRIAL** [1] - 13936:8
**tried** [3] - 14000:8, 14055:23, 14055:24
**TriggerCityPrez** [1] - 13993:1
**troops** [1] - 14062:2
**tropes** [1] - 14079:7
**true** [5] - 13991:6, 14018:5, 14054:6, 14087:20, 14087:21
**truly** [1] - 13996:24
**Trump** [26] - 13949:24, 13950:2, 13959:9, 13981:22, 13982:15, 13983:7, 13985:15, 13992:24, 13995:17, 13996:2, 13996:4, 13997:4, 13997:14, 13997:23, 13998:10, 14035:6, 14046:20, 14047:9, 14068:23, 14069:15, 14075:10, 14075:16, 14076:5, 14076:15, 14077:5, 14080:11
**trust** [1] - 14065:1
**truth** [3] - 14084:15, 14084:18
**try** [4] - 13978:15, 14056:3, 14059:12, 14073:3
**trying** [9] - 13976:12, 13978:18, 13996:21, 14037:18, 14051:24, 14052:10, 14052:12, 14056:14, 14078:4
**turncoats** [1] - 13988:6
**turned** [3] - 13982:3, 14023:25, 14075:25
**turning** [2] - 13983:7, 13988:6
**turtles** [1] - 13980:18
**tweet** [16] - 13983:23, 13983:24, 13984:9, 13984:10, 13984:12, 13984:13, 13984:21, 13986:11, 13987:6, 13987:8, 13987:10, 13988:1, 13988:4, 14009:3, 14009:13
**tweet's** [1] - 13984:15
**twice** [1] - 13975:3
**Twisted** [1] - 13976:19
**two** [27] - 13940:15,

13940:18, 13951:5, 13955:9, 13955:11, 13986:21, 13991:4, 13996:9, 14000:21, 14001:15, 14007:19, 14009:5, 14009:13, 14009:14, 14010:5, 14010:14, 14010:19, 14011:15, 14014:22, 14016:21, 14025:5, 14044:17, 14045:4, 14045:7, 14046:25, 14081:23
**Two** [1] - 14029:2
**two-and-a-half** [1] - 13996:9
**type** [7] - 13957:2, 13969:18, 14000:19, 14032:1, 14055:3, 14055:5, 14055:12
**types** [3] - 13965:12, 14049:2, 14086:16
**typing** [1] - 14055:3
**tyrannical** [1] - 14078:11
**tyranny** [7] - 13971:13, 14060:9, 14060:10, 14060:11, 14061:11, 14071:12, 14079:8
**Tyranny** [1] - 14078:14
**tyrants** [1] - 14078:12

---

**U**

**U.S** [5] - 13936:14, 13937:18, 13952:21, 13980:21, 14009:6
**Ugh** [1] - 13993:2
**ugly** [2] - 14063:7
**Uhuru** [3] - 13951:21, 14010:12, 14010:16
**ultimately** [2] - 14020:20, 14035:20
**umph** [1] - 14009:12
**unarmed** [5] - 13975:9, 13996:4, 14061:24, 14075:17
**under** [16] - 13943:14, 13943:16, 13965:8, 13995:10, 14016:22, 14038:17, 14047:19, 14048:14, 14051:7, 14052:16, 14052:17, 14054:23, 14055:1, 14074:9, 14074:14, 14084:24
**undergraduate** [1] - 14058:7

**underneath** [1] - 13950:17
**understood** [6] - 13943:17, 13984:12, 14016:21, 14024:4, 14041:18, 14086:15
**UNITED** [3] - 13936:1, 13936:2, 13936:10
**United** [9] - 13936:12, 13939:3, 13943:6, 14003:19, 14059:25, 14061:13, 14065:3, 14072:14, 14087:25
**unity** [1] - 13959:8
**unlawful** [2] - 14063:10
**unprepared** [1] - 14053:1
**unprofessional** [1] - 14016:19
**untouchable** [1] - 14071:2
**untruthful** [1] - 14083:22
**up** [66] - 13939:17, 13943:20, 13945:24, 13948:18, 13950:6, 13950:7, 13951:11, 13951:17, 13955:14, 13965:13, 13968:22, 13969:11, 13971:11, 13972:1, 13975:11, 13976:13, 13981:4, 13982:1, 13983:8, 13985:23, 13997:17, 14000:11, 14000:19, 14001:22, 14007:3, 14007:7, 14010:8, 14010:10, 14011:4, 14011:15, 14017:12, 14017:13, 14018:20, 14024:7, 14024:9, 14026:8, 14027:10, 14029:8, 14029:14, 14029:15, 14032:14, 14035:1, 14035:22, 14037:18, 14043:20, 14044:2, 14044:6, 14044:13, 14044:15, 14044:23, 14044:25, 14045:2, 14046:15, 14046:16, 14051:2, 14051:23, 14053:9, 14072:18, 14079:20, 14079:22, 14081:23, 14084:2, 14084:21, 14086:23
**upper** [1] - 14075:6
**ups** [1] - 13975:5
**urging** [1] - 14064:21

**USA** [5] - 13972:18, 14080:7, 14080:12
**user** [4] - 13976:19, 13992:23, 13993:5, 13996:19
**username** [1] - 13982:17
**users** [1] - 14036:21
**UTC-8** [1] - 14047:8
**utterance** [17] - 14046:25, 14047:15, 14047:18, 14049:1, 14049:14, 14050:5, 14051:6, 14054:19, 14054:21, 14058:2, 14083:8, 14083:19, 14084:10, 14084:14, 14084:17, 14087:4, 14087:6
**uttered** [1] - 14071:19

## V

**vagueness** [2] - 13955:3, 13999:1
**Valentine** [1] - 14009:9
**valid** [1] - 14049:3
**value** [3] - 14084:15, 14084:16, 14084:18
**values** [3] - 14001:25, 14066:8, 14068:3
**various** [2] - 13964:14, 14036:21
**vary** [1] - 14051:17
**Venezuela** [1] - 13982:17
**verging** [1] - 13966:11
**version** [2] - 13991:25, 14050:12
**veteran** [1] - 14005:22
**video** [37] - 13958:1, 13958:3, 13958:7, 13958:9, 13961:19, 13961:21, 13961:23, 13963:11, 13967:24, 13968:5, 13972:4, 13972:6, 13972:10, 13972:16, 13973:8, 13973:9, 13978:4, 13978:7, 13978:21, 13978:23, 13980:12, 13987:17, 13992:23, 13995:1, 14006:9, 14006:12, 14006:25, 14014:22, 14014:24, 14018:24, 14021:8, 14021:17, 14069:9, 14069:19, 14077:11, 14080:2, 14080:23

**Video** [37] - 13958:4, 13967:2, 13967:7, 13967:9, 13967:16, 13968:20, 13969:3, 13969:5, 13969:8, 13972:7, 13978:8, 13978:24, 13987:3, 13987:18, 13994:8, 13994:21, 13995:14, 14007:1, 14015:4, 14018:19, 14018:22, 14019:2, 14057:25, 14061:7, 14061:21, 14062:12, 14063:4, 14064:6, 14065:14, 14068:19, 14069:1, 14070:6, 14070:16, 14070:24, 14071:23, 14072:10, 14080:4
**videos** [7] - 13968:5, 13995:9, 14012:10, 14015:9, 14018:15, 14050:24, 14085:13
**view** [1] - 14021:4, 14023:5, 14066:8, 14067:22
**views** [2] - 13983:17, 14059:5
**violation** [1] - 13966:6
**violence** [5] - 13953:19, 13993:3, 13994:12, 14076:16, 14077:7
**violent** [1] - 13990:3
**virtue** [1] - 13961:2
**visit** [4] - 13983:24, 13985:23, 13986:11, 13993:5
**voice** [4] - 14016:20, 14017:9, 14042:5, 14048:22
**voiced** [1] - 14023:15
**volume** [1] - 14018:20
**votes** [1] - 13981:3

## W

**wait** [4] - 13941:21, 14017:3, 14017:5, 14040:8
**waiting** [1] - 13939:25
**walk** [15] - 13946:17, 13949:22, 13957:16, 13974:9, 13976:6, 13977:19, 13980:10, 13981:21, 13982:13, 13990:2, 13992:21, 13996:15, 14001:7, 14004:15, 14011:13
**wants** [3] - 13966:15,

13987:19, 14032:11
**War** [5] - 13962:20, 13962:22, 13966:25, 14059:23, 14072:2
**war** [6] - 13959:9, 13959:10, 14000:11, 14044:2, 14044:6, 14072:7
**Warlock** [2] - 13951:19, 13951:21
**warned** [1] - 14067:21
**warrior** [1] - 13975:2
**Washington** [5] - 13936:5, 13936:15, 13936:25, 13937:19, 14088:1
**Washington's** [2] - 14059:21, 14062:2
**waste** [2] - 13982:16, 13983:4
**watch** [4] - 13992:25, 13993:8, 14001:18, 14027:8
**watched** [4] - 14019:13, 14019:16, 14021:6, 14021:17
**watching** [1] - 14028:20
**ways** [1] - 13996:24
**weak** [2] - 14061:13, 14061:15
**wear** [4] - 13951:25, 13975:4, 13975:21, 13975:25
**wearing** [2] - 13975:3, 13975:19
**website** [3] - 13985:23, 14025:15
**websites** [1] - 13980:22
**week** [1] - 13986:22
**weeks** [2] - 14000:21, 14044:17
**welcome** [4] - 13942:6, 13974:13, 14004:8, 14057:17
**West** [4] - 13937:9, 14000:9, 14001:20, 14030:2
**Western** [1] - 14001:25
**whispered** [1] - 14042:3
**Whispers** [2] - 13979:14, 14073:15
**whispers** [2] - 14042:6, 14042:7
**White** [3] - 13992:24, 14072:15
**whole** [5] - 13976:1,

13996:2, 14000:24, 14044:19, 14084:14
**willful** [1] - 14016:2
**winter** [1] - 14059:22
**wire** [1] - 13991:23
**wise** [1] - 13996:8
**wish** [1] - 14067:6
**wished** [1] - 13974:1
**withdraw** [2] - 14030:6, 14030:7
**WITNESS** [12] - 13938:2, 13943:17, 13971:5, 13998:13, 13999:4, 14007:11, 14023:11, 14030:21, 14034:22, 14040:3, 14043:2, 14043:16
**Witness** [3] - 14003:5, 14083:4
**witness** [23] - 13939:22, 13939:24, 13942:13, 13943:2, 13943:5, 13948:21, 13959:25, 13990:20, 13993:16, 13994:17, 14003:13, 14004:4, 14014:4, 14014:20, 14039:23, 14043:12, 14043:14, 14045:2, 14046:17, 14053:24, 14056:5, 14056:6, 14085:3
**witness's** [1] - 14032:4
**witnessing** [1] - 14061:13
**woke** [1] - 13997:16
**Wolkind** [2] - 14004:16, 14007:12
**woman** [1] - 13974:12
**womanlike** [1] - 14001:11
**women** [1] - 14060:23
**won** [2] - 14082:8, 14082:13
**wondered** [1] - 13941:4
**word** [9] - 13959:13, 13970:12, 13970:15, 14010:16, 14043:6, 14043:7, 14043:9, 14061:16, 14061:17
**words** [8] - 13989:10, 14053:18, 14062:3, 14064:25, 14071:19, 14077:12, 14081:9, 14085:19
**world** [2] - 14062:4, 14065:10
**worst** [1] - 13977:21

14114

**worth** [1] - 13984:19
**Wow** [1] - 14084:4
**wrapping** [1] - 13945:24
**writing** [1] - 14058:11
**wrote** [3] - 14058:25, 14059:19, 14062:3

## Y

**y'all** [4] - 13951:20, 13952:9, 13953:4, 13974:22
**year** [1] - 14059:19
**years** [2] - 13997:16, 14029:2
**yellow** [2] - 13990:10, 14025:10
**yesterday** [7] - 13942:15, 13952:21, 13953:1, 13976:24, 13977:21, 13982:4, 13982:19
**York** [2] - 13936:18, 13937:13
**yourself** [1] - 14002:5
**yourselves** [1] - 14000:8
**YouTube** [2] - 13992:25, 13993:5
**Yup** [1] - 13982:23
**Yutyut** [1] - 13976:17

## Z

**Zach** [4] - 13950:18, 13952:24, 13981:1, 14079:17
**Zachary** [25] - 13939:4, 13949:24, 13953:9, 13953:11, 13955:23, 13956:13, 13969:15, 13969:16, 13969:24, 13970:5, 13970:22, 13971:19, 13972:17, 13973:2, 13973:18, 13981:10, 13981:12, 13981:14, 13982:7, 13983:2, 13988:3, 13988:9, 13989:6, 14084:1, 14086:10
**Zack** [1] - 13976:19
**zero** [1] - 14002:7