```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          CR Nos. 1:21-cr-00175-TJK-1
                                          1:21-cr-00175-TJK-2
v.                                        1:21-cr-00175-TJK-3
                                          1:21-cr-00175-TJK-5
1-ETHAN NORDEAN                           1:21-cr-00175-TJK-6
2-JOSEPH R. BIGGS
3-ZACHARY REHL                    Washington, D.C.
5-ENRIQUE TARRIO                  Thursday, April 20, 2023
6-DOMINIC J. PEZZOLA,             9:15 a.m.
                       Defendants.
- - - - - - - - - - - - - - - - x
```

---

```
            TRANSCRIPT OF JURY TRIAL - DAY 68
                 *** MORNING SESSION ***
        HELD BEFORE THE HONORABLE TIMOTHY J. KELLY
                UNITED STATES DISTRICT JUDGE
```

---

APPEARANCES:

```
For the United States:    Jason B.A. McCullough, Esq.
                          Erik M. Kenerson, Esq.
                          Nadia Moore, Esq.
                          Conor Mulroe, Esq.
                          U.S. ATTORNEY'S OFFICE
                          555 4th Street, NW
                          Washington, DC 20530
                          (202) 252-7233

For the Defendants:       Nicholas D. Smith, Esq.
                          DAVID B. SMITH, PLLC
                          7 East 20th Street
                          Suite 4r
                          New York, NY 10003
                          (917) 902-3869

                          Norman A. Pattis, Esq.
                          PATTIS & SMITH, LLC
                          383 Orange Street
                          1st Floor
                          New Haven, CT 06511
                          (203) 393-3017

                          John D. Hull, IV, Esq.
                          HULL MCGUIRE PC
                          1420 N Street, NW
                          Washington, DC 20005
                          (202) 429-6520
```

APPEARANCES CONTINUED:

For the Defendants:        Carmen D. Hernandez, Esq.
                           7166 Mink Hollow Road
                           Highland, MD 20777
                           (240) 472-3391

                           Nayib Hassan, Esq.
                           LAW OFFICES OF NAYIB HASSAN, P.A.
                           6175 NW 153 Street
                           Suite 209
                           Miami Lakes, FL 33014
                           (305) 403-7323

                           Sabino Jauregui, Esq.
                           JAUREGUI LAW, P.A.
                           1014 West 49 Street
                           Hialeah, FL 33012
                           (305) 822-2901

                           Steven A. Metcalf, II, Esq.
                           METCALF & METCALF, P.C.
                           99 Park Avenue
                           6th Floor
                           New York, NY 10016
                           (646) 253-0514

                           Roger I. Roots, Esq.
                           ROGER ROOTS, ATTORNEY AT LAW
                           113 Lake Drive East
                           Livingston, MT 59047
                           (775) 764-9347

Court Reporter:            Timothy R. Miller, RPR, CRR, NJ-CCR
                           Official Court Reporter
                           U.S. Courthouse, Room 6722
                           333 Constitution Avenue, NW
                           Washington, DC 20001
                           (202) 354-3111


Proceedings recorded by machine shorthand; transcript
produced by computer-aided transcription.

# C O N T E N T S

**WITNESS:**                                                    **PAGE:**

DOMINIC PEZZOLA:
Direct Examination by Mr. Metcalf................19210
Direct Examination by Ms. Hernandez.............19222
Direct Examination by Mr. Pattis................19224
Cross-Examination by Mr. Kenerson...............19230

```
1                    P R O C E E D I N G S
2            THE DEPUTY CLERK:  This is Criminal Matter 21-175,
3    United States of America v. Defendant 1, Ethan Nordean;
4    Defendant 2, Joseph R. Biggs; Defendant 3, Zachary Rehl;
5    Defendant 5, Enrique Tarrio; and Defendant 6, Dominic J.
6    Pezzola.
7            Present for the Government are Jason McCullough,
8    Erik Kenerson, Conor Mulroe and Nadia Moore; present for
9    Defendant 1 is Nicholas Smith; present for Defendant 2 are
10   John Hull and Norman Pattis; present for Defendant 3 is
11   Carmen Hernandez; present for Defendant 5 are Nayib Hassan
12   and Sabino Jauregui; present for Defendant 6 are Steven
13   Metcalf and Roger Roots.  Also present are Defendant 1,
14   Mr. Nordean, Defendant 2, Mr. Biggs; Defendant 3, Mr. Rehl;
15   Defendant 5, Mr. Tarrio; and Defendant 6, Mr. Pezzola.
16           THE COURT:  All right.  Well, good morning to
17   everyone.
18           The parties have put a number of different issues
19   on the agenda to try to tick through.  I think I agree with
20   the Government that, for the most part, I'll take them up on
21   the other side of trying to complete the testimony and using
22   the jury's time as efficiently as we can.
23           We don't have the jury until 10:00 o'clock, so I'm
24   going to quickly -- one of the issues that was outstanding
25   that was on the -- and that was on the list that
```

```
 1    Ms. Hernandez ticked -- sent around on email was just the
 2    issue of Fischer and the impact of Fischer on the jury
 3    instructions.  So I'm going to lay out an oral ruling on
 4    that right now, and then there's another matter that, I
 5    think, we do need to take up before the -- we begin with the
 6    jury, and then I think most of the other things we can pick
 7    up on the other side of where we are on all of that.
 8             So as far as Fischer goes, before me are two
 9    motions relating to the D.C. Circuit's recent -- and
10    fractured -- decision in United States v. Fischer which is
11    2023 WL 2817988.  It's a D.C. Circuit opinion from April
12    7th, 2023.
13             MS. HERNANDEZ:  It seems like yesterday, Your
14    Honor, that it was --
15             THE COURT:  In that case, the Circuit reversed the
16    District Court's dismissal of 18 United States Code
17    1512(c)(2) counts in three January 6th cases.  The District
18    Court had concluded that the statute's actus reus, quote,
19    "requires that the defendant have taken some action with
20    respect to a document, record, or other object in order to
21    corruptly obstruct, impede, or influence an official
22    proceeding."  That was United States v. Miller, 589 F. Supp.
23    3d 60 at 78, a D.D.C. case from 2022, Judge Nichols.
24             A majority of the panel, Judges Pan and Walker,
25    disagreed with the District Court and reversed its judgment.
```

1    But those two judges parted ways on what to do with the

2    element of 1512(c)(2) requiring that a defendant acted

3    corruptly.  Judge Pan concluded that a -- that ruling on a

4    precise definition for "corruptly" was unnecessary and

5    unwise, because the District Court did not reach the issue

6    because it wasn't, in her view, thoroughly briefed and the

7    court could otherwise find that the indictment adequately

8    stated an offense.  Judge Walker, on the other hand,

9    resolved that a defendant's act is only corrupt under

10    Section 1512(c)(2) if the defendant takes the action --

11    takes an action, quote, "with an intent to procure an

12    unlawful benefit either for himself or some other person."

13    This reading, he contended, quote, "resolves otherwise

14    compelling structural arguments for affirming the District

15    Court as well as the defendant's vagueness concerns," closed

16    quote.  Judge Katsas, on the other hand, dissented from the

17    majority outright, instead endorsing an, quote,

18    "evidence-focused interpretation," closed quote, of

19    1512(c)(2)'s actus reus that -- it was a more

20    evidence-focused interpretation, although it wasn't

21    precisely -- it was slight- -- it was more broad than what

22    the District Court had endorsed.

23          Defendant Nordean, joined by Defendant Tarrio,

24    asks me to instruct the jury on the definition of

25    "corruptly" in 18 United States Code Section 1512(c)(2) in

1    the way endorsed by Judge Walker in his concurring opinion,

2    or else dismiss both 1512 counts in the indictment.  And

3    Defendant Rehl, joined by Defendants Biggs and Tarrio,

4    separately move to dismiss Counts 2 and 3.

5          To start, Nordean argues that Judge Walker's

6    opinion is binding on me under Marks v. United States, 430

7    United States Code -- U.S. 188, a Supreme Court case from

8    1997, a position does -- Judge Walker also says, quote,

9    "may" be correct.  The Marks rule provides that, quote,

10   "when the Supreme Court issues fragmented opinions, the

11   opinion of the Justices concurring in the judgment on the

12   narrowest grounds should be regarded as the Court's

13   holding," closed quote.  That's King v. Palmer, 950 F.2d 771

14   at 780, a D.C. Circuit case from 1991 that is quoting Marks

15   at 193.  So Nordean argues I must instruct the jury in this

16   case using Judge Walker's definition of "corruptly."  And so

17   I've already indicated as we discussed the jury instructions

18   in the case, I disagree with that.

19          To start, authority for applying the Marks rule to

20   Circuit opinions, as opposed to Supreme Court opinions, is

21   scarce.  It does not appear the D.C. Circuit has ever done

22   so, and Judge Walker himself questioned whether a future

23   panel would apply it here.  Instead [sic], he, quote,

24   "expressed no opinion about whether it should," closed

25   quote, noting that the rule, quote, "has generated

 1   considerable confusion."

 2          But even assuming the Marks rule should apply

 3   here, I'm not convinced that Judge Walker's concurrence is,

 4   quote, "the opinion," quote, "concurring in the judgment on

 5   the narrowest grounds," closed quote.  As the Circuit has

 6   explained, quote, "one opinion can be meaningfully regarded

 7   as narrower than another," closed quote, open quote, "only

 8   when one opinion is a logical subset of other, broader

 9   opinions."  That's the King case I mentioned before at 781.

10   Put another way, quote, "The narrowest opinion must

11   represent a common denominator of the court's reasoning,"

12   closed quote; meaning, it, open quote, "must embody a

13   position implicitly approved by at least a majority of the

14   judges who support the judgment," closed quote.

15          The posture of this case is critical to applying

16   the D.C. Circuit's "logical subset" test for Marks.  Here,

17   the Fischer court reviewed only a motion to dismiss under

18   Rule 12 for failure to state an offense.  So to hold, as the

19   court did, that the defendants' indictments stated an

20   offense under Section 1512(c)(2), it needed to conclude only

21   that the statute applied to defendants' alleged conduct and

22   that the indictments state essential facts constituting the

23   offense charged.  That's from Judge Pan's lead opinion,

24   citing Hamling v. United States, 418 U.S. 87 at 117, a

25   Supreme Court case from 1975, and Federal Rule of Criminal

1    Procedure 7(c)(1).

2            Judge Pan did just that in her lead opinion.

3    After concluding that the District Court erred in

4    constraining the actus reus of 1512(c)(2) to obstructive

5    acts taken, quote, "with respect to a document, record, or

6    other object," closed quote, she examined several prevailing

7    definitions of "corruptly."  She included [sic] that under

8    each of the formulations, "corrupt intent exists at least

9    when an obstructive action is independently lawful [sic],"

10   closed quote.  She also noted that even if Section

11   1512(c)(2) requires an [sic], quote, "additional element,"

12   closed quote, that a defendant intends to confer an unlawful

13   benefit on himself or a third party, the defendants'

14   "alleged intentions of helping their preferred candidate" --

15   in that case -- "overturn the election results would

16   suffice," closed quote.  So she said, the sufficiency of the

17   indictments in this case does not turn on the precise

18   definition of "corruptly."

19           So for that reason, Judge Pan's ruling on

20   "corruptly" was decidedly narrow: an indictment adequately

21   alleges that a defendant's obstructive conduct was corrupt

22   at least when it states that a defendant committed unlawful

23   acts with the intent to confer a benefit on another person.

24   Beyond that, the opinion takes no position on the reach of

25   "corruptly," ultimately, including on whether either or both

1    of those conditions is necessary or sufficient.

2    Judge Walker's opinion sweeps much broader,

3    conclusively deciding that to act corruptly is, quote, "to

4    act with an intent to procure an unlawful benefit either for

5    himself or for some other person," closed quote, apparently

6    with [sic] regard to whether the defendant used

7    independently lawful or unlawful means.  That's his

8    concurrence at Page 17.  His opinion, thus, reaches beyond

9    the defendants charged in Fischer, its companion cases, and

10   those similarly situated to any defendant charged with

11   1512(c)(2) in any context.

12   Now, as the D.C. Circuit applies the Marks rule at

13   least to Supreme Court opinions, Judge Pan's decision is the

14   logical subset of Judge Walker's, not the other way around,

15   in my view.  For a ruling to prevail under Marks, it most --

16   it "must embody a position implicitly improved [sic] by the

17   majority of judges who support the judgment."  That's King,

18   again, at 781.  The only gloss on the meaning of "corruptly"

19   on which Judge Pan -- Judges Pan and Walker agree and is

20   necessary to support the judgment is that the Fischer

21   defendants' actions, as alleged in that indictment, would be

22   corrupt.  But beyond that, Judge Pan's silence on what else

23   may or may not be enough to satisfy Section 1512(c)(2)'s

24   requirement that a defendant act corruptly is not, quote,

25   "implicit approval," closed quote, of Judge Walker's views

1    on the matter.

2           Judge Walker's contrary view, and Mr. Nordean's

3    reliance on the same, doesn't persuade me otherwise.  Judge

4    Walker says, for -- I mean, I'm sorry, Mr. Nordean says, for

5    example, that he reads (c)(2) to cover only some of the

6    conceivable defendants the lead opinion might allow a court

7    to convict.  But the lead opinion -- at least with respect

8    to the "corruptly" element -- does not allow a court to

9    convict any defendant beyond those charged in the Fischer

10   cases or those charged with sufficiently analogous conduct.

11   Rather, it takes no position on what a court might do in

12   circumstances beyond those charged.  Consider further Judge

13   Walker's observation that, quote, "if a defendant is guilty

14   under his approach, he will be guilty under the lead

15   opinion's, but some of the defendants guilty under the lead

16   opinion's approach will not be guilty under his approach."

17   As I read it, the lead opinion does not really articulate an

18   approach and it takes no position on the viability of

19   1512(c)(2) charges against defendants beyond those charged

20   in that case.  Judge Walker's opinion, though, does.

21          So to summarize, I agree with Judge Walker and

22   Nordean that Judge Pan's lead opinion must take some

23   position on the meaning of the word "corruptly" because,

24   under the circumstances, I agree that without taking a

25   position, the lead opinion would not conclude, as it does,

1    that the indictments should be upheld.  But I part ways with

2    what that position is.  In this Circuit, and consistent with

3    Judge Pan's lead opinion, a defendant acts corruptly at

4    least where he commits an unlawful act with the intent to

5    unlawfully benefit himself or another person.  But whether

6    either or both of those conditions are necessary remains an

7    open question in this Circuit.  Therefore, I'll deny

8    Mr. Nordean's motion to the extent it argues I'm bound to

9    instruct the jury on 1512(c)(2)'s "corruptly" element

10   consistent with Judge Walker's concurrence.

11          So I'll now turn to Mr. Rehl's motion to dismiss

12   and Mr. Nordean's alternative argument for dismissal, both

13   of which I will also deny.  Nordean and Rehl would have me

14   find that Judge Katsas's dissent controls.  They argue that

15   Judge Walker set a condition precedent to his concurrence

16   whereby he would only join Judge -- lead -- Judge Pan's lead

17   opinion if she agreed with his definition of "corruptly."

18   But Judge Pan did not agree with that definition, and so

19   defendants contend that Judge Walker, in fact, dissented,

20   creating a new majority and requiring me to dismiss Counts 2

21   and 3 in this case.

22          But judicial opinions are not contracts, and

23   judgments are not open to interpretation depending on how a

24   lower court -- at least judgments -- judgments and who

25   joined the judgment and who did not, that question is not

1    open to interpretation depending on how a lower court reads

2    clues scattered throughout a fractured opinion, nor do

3    appellate judges, obviously, write opinions in a vacuum.

4    Judge Walker was well aware that Judge Pan would not accede

5    to his limited definition of "corruptly" when she [sic]

6    concurred in the judgment.  So I cannot conclude that the

7    language in Judge Walker's concurrence somehow unraveled the

8    judgment Fischer announced.  The judgment in Fischer is the

9    judgment, and this Court is powerless to hold otherwise.

10   The D.C. Circuit signaled as much in the King case I've

11   mentioned earlier, noting that, quote, "it did not think it

12   was free to combine a dissent with a concurrence to form a

13   Marks majority."  And in any event, defendants' position

14   would surely surprise Judge Walker, who called the District

15   Court's decision to dismiss the 1512(c)(2) counts a mistake.

16   So I will deny the motions to dismiss on that basis.

17          Finally, Judge -- Mr. Rehl argues that the

18   fractured opinion in Fischer is evidence that the statute is

19   unconstitutionally vague.  Specifically, he contends that

20   when three appellate judges, after briefing and argument and

21   months of consideration, are unable to reach agreement on

22   what conduct with what requisite intent is prohibited by

23   1512(c)(2), there can be no doubt that it crosses the line

24   into unconstitutional vagueness.  I think this argument

25   misses the mark entirely.  As I've outlined in detail above,

1    a panel majority agreed on the conduct 1512(c)(2)

2    encompasses, and it can hardly be the case that a statute is

3    unconstitutionally vague merely because an opinion draws a

4    dissent.  And it's not the case that the Fischer panel was

5    unable to agree on a definition for "corruptly."  Rather,

6    it's that the judges didn't agree that it was necessary to

7    resolve that issue to sustain the judgment.  So for that

8    reason, Rehl's intertwined vagueness and rule-of-lenity

9    arguments fail.  So too, his freestanding Fifth Amendment

10   Due Process Clause and Sixth Amendment arguments are

11   unavailing.  Fischer did not change the status quo on the

12   meaning of "corruptly" that has existed since I first

13   declined to dismiss the indictment along the lines that

14   Mr. Rehl argues here, and he has not persuaded me to revisit

15   that ruling.

16          Finally, I and other judges have given jury

17   instructions that define "corruptly" in a broader way than

18   Judge Walker would without reference to the issue of

19   obtaining a benefit -- an unlawful benefit.  For all the

20   reasons we've discussed during the charging conference in

21   this case, Judge Walker's concurrence didn't persuade me to

22   adopt his view that "corruptly" must include the aspect of

23   obtaining a benefit.  But at least in this case, and in the

24   posture we are in right now with the issue not squarely

25   resolved by the Circuit, I have crafted an instruction, as

1    we've talked about, that I think is appropriate and

2    references the concept.

3              So that is my ruling on the Fischer motions.

4    There is one other issue that I need to raise with the

5    parties under seal.

6              So Ms. Harris, if we can proceed to close the

7    courtroom, I will discuss it with the parties.  And if you

8    can do what we need to do to close the -- any feed from the

9    courtroom to anywhere else and make sure that we do that, it

10   would be appropriate.

11             (Brief pause.)

12             We'll take all the time we need to ensure that

13   that occurs.

14             (Brief pause.)

15             (Following proceedings under seal:)

16   ███████████████████████████████████████████████████████

17   ███████

18   ████████████████████████████████████████████████████

19   ███████████████████████████

20   █████████████████████████████████████████████████████

21   ██████████████████████████████████████████████████

22   ██████████████████████████████████████

23   ████████████████████████████████████

24   ███████████████████████████████████

25   ████████████████████████████████████████████████████████





19184







19187















19194







19197























1  ███████████████████████████

2  ███████████████████████

3  █████████████████████████████████

4         (Following proceedings in open court:)

5         THE DEPUTY CLERK:  We're back live, Judge Kelly.

6         THE COURT:  Thank you, Ms. Harris.  All right.

7  And I want to make sure -- could some member of -- could

8  defense counsel gather the defense counsel who are not

9  present.

10        MR. METCALF:  Yes.

11        THE COURT:  I don't want to bring in the jury

12 without all of you here.

13        MR. SMITH:  Your Honor, may I ask one scheduling

14 question while we're waiting?  So if we were somehow to get

15 to closing arguments today and the Government were to wrap

16 up with less than about an hour-and-a-half left in the day,

17 we would just request that the defense be allowed to have a

18 block of an hour-and-a-half without splitting between days.

19        THE COURT:  So you know, we have -- there are --

20 let me put it this way.  There are a bunch of outstanding

21 things we need to nail -- I mean, I have to instruct the

22 jury before you close, and I don't even have certain

23 aspects -- unless, Mr. Kenerson, you got them to me before

24 you came to court today --

25        MR. KENERSON:  I did not.

1          THE COURT:  Okay.  I'm not being critical.  I'm

2     just saying I have to finalize the instructions before you

3     close and they're not finalized, so take this for what it's

4     worth.

5          MR. SMITH:  And, Your Honor, if tomorrow, somehow,

6     this case, being what it is, we, you know -- the Government

7     closes and we end at around 4:00, even if we're closing at

8     5:00, we would just ask for just one one-and-a-half-hour --

9          THE COURT:  I've taken Mr. Pattis's point and I'm

10    not going to -- I'm -- let's see where we are at the end of

11    today.  Okay?

12         MR. SMITH:  Okay.  Thank you, Your Honor.

13         THE DEPUTY CLERK:  Are we ready for the jury?

14         (Brief pause.)

15         THE COURT:  All right.  Oh, I'm sorry.

16    Ms. Harris, yes.  I'm sorry.  This is -- my mistake.

17    Please.

18         (Brief pause.)

19         THE DEPUTY CLERK:  Jury panel.

20         (Jury returned to jury box.)

21         THE COURT:  Everyone may be seated.

22         Ladies and gentlemen, before we begin, just a

23    couple of scheduling matters.

24         We do expect closing arguments to begin as soon as

25    tomorrow, just to give you that update.  And also, if any of

1    you, at any point, need a break, just raise your hand.  I'll

2    try to keep a lookout, but I'll take a hand raised all the

3    way up as a request to take a break, and we'll do that.  All

4    right?

5            Very well.  Mr. Metcalf, you may proceed, sir.

6            MR. METCALF:  Thank you, Your Honor.

7                        DIRECT EXAMINATION

8    BY MR. METCALF:

9    Q.  All right.  Dom, let's wrap this up as quickly as we can

10   today.

11           Before you hired me, did there come a time you met

12   with the FBI?

13   A.  Yes, a couple of times.

14   Q.  Explain what happened during those times.

15   A.  So I met with them in March, I believe, 2021.

16   Q.  Shortly after you were first arrested?

17   A.  Shortly after I was first arrested.  I was incarcerated.

18   The first -- I'm not sure how you want me to --

19   Q.  How many times did you meet with them?

20   A.  Twice.

21   Q.  Okay.  So explain the first meeting.

22   A.  Okay.

23           The first meeting -- so the first meeting, they

24   asked me to tell them everything I knew, and I did.  I

25   wasn't in the organization for any longer than a month.  My

1    knowledge was very minimal at best.

2    Q.  Did you give them -- were you 100 percent truthful

3    during that meeting?

4    A.  I was 100 percent truthful during that meeting, yes.

5    Q.  And then what happened between that -- the first meeting

6    and the second meeting?

7    A.  Well, during the first meeting, I would say I felt I was

8    being led to believe that -- that I -- that the FBI thought

9    I was holding back and wasn't telling them everything.  And

10   I basically felt like, you know, my conditions at the jail

11   wouldn't improve unless I gave them more, and the conditions

12   were really extremely bad.

13   Q.  So then did you lie to them at the second meeting?

14   A.  Should I explain the conditions first so it, kind of,

15   paints a picture around things or --

16   Q.  Let's get into just -- before you explain --

17   A.  Okay.

18   Q.  -- did you lie to the FBI --

19   A.  Yes, I did.

20   Q.  -- at the second meeting?

21   A.  Second meeting, I told them a story that wasn't true.

22   Q.  And the story that you told them that wasn't true

23   involved other Proud Boys?

24   A.  It did.  It did.  So the story was -- and if you'll all

25   recollect from some of the videos we've seen -- when

```
 1    Mr. Biggs was near the Peace Circle area and a man in a red
 2    hat came up and put his arm around him, the story that was
 3    being circulated at the time, I should say, was that
 4    Mr. Biggs had a gun on him and he threatened the other man
 5    to go attack the front gate, which was a total fabrication.
 6    Q.  Why did you lie to the FBI, then?
 7    A.  So the situations in the D.C. Jail are dire, to say the
 8    least.  It's referred to as the D.C. gulag.  So I was placed
 9    in solitary confinement for several months at a time, 23
10    hours a day in a cell with nothing but, you know, my
11    thoughts and a Bible.  We got out, maybe, one hour a day
12    for -- and in that one hour, you had just enough time to,
13    maybe, make one phone call; take a shower; if you could,
14    socialize with whoever else was out at that time just, you
15    know -- just to get some human interaction and, maybe, heat
16    up some food.  On top of that, the moment I was placed in
17    the D.C. Jail -- so I'm going to give a little background
18    history about my medical issues.  I was injured in my early
19    30s.  My spine was crushed.  So I had to have a surgery
20    where they installed titanium rods and screws into my back
21    to stabilize it.  So my doctor put me on a medication called
22    Cymbalta which is -- it's a mood stabilizer, a
23    psychiatric-type drug, but it also doubles as a pain -- as a
24    back pain medication because, apparently, it raises
25    serotonin levels, or whatever, and makes you deal with the
```

```
 1    pain better.  So I was put on that for chronic pain.  I was
 2    also on a medication called pantoprazole which was -- I have
 3    what's called Barrett's esophagus, which is erosion of the
 4    esophagus, so I take that.  It's, like, the strongest
 5    medication you can take to control that, because if it's
 6    left untreated you can actually develop cancer of the
 7    esophagus.  So when I got to the D.C. Jail, they completely
 8    cut me off my meds.  I don't know if any of you have ever
 9    been familiar with these types of medications, but being
10    completely cut off of a psych medication like that is
11    catastrophic to your health.
12    Q.  Do you go through withdrawals?
13    A.  You go through serious withdrawals.  You are ill.  You
14    have -- you're dizzy.  You're lethargic.  You're -- you
15    have, like, brain zaps.  You're nauseous.  You can't sleep,
16    but you can't get out of bed.  And you can actually, from
17    what I heard, have a stroke from actually being cut off
18    these medications like that.  So I was in a bad shape.  And
19    plus, I was cut off my reflux meds.  So my acid reflux was
20    really bad, constant burning.  I couldn't eat anything
21    because everything made me sick.  So I was in a rough shape.
22    I was in rough shape.
23    Q.  What about your foot?
24    A.  I also went into incarceration with an injury to my foot
25    that required surgery.  It was a bone spur or something and
```

1   surgery needed to happen or else I was going to have

2   permanent damage.  So that was ignored this whole time, too,

3   and now I have permanent damage in my foot.

4   Q.  Let me ask you this, Dom.  After the first meeting with

5   the FBI, did you get your medicine?

6   A.  Well, let me just finish these conditions a little bit.

7   There's a few more things that, I think, would, kind of,

8   paint a better picture, too.

9           I wasn't allowed to shave or have a haircut for

10  over a year.  The COVID restrictions restricted my attorneys

11  from coming in, so I had no attorney contact.  I had no

12  discovery.

13          MR. KENERSON:  Objection.

14          THE COURT:  Sustained.

15          MR. KENERSON:  Move to strike the last two

16  portions.

17          THE COURT:  I will strike it, the last two

18  sentences.  Mr. Metcalf, why don't you ask questions and

19  Mr. Pezzola can answer those questions.

20          MR. METCALF:  Absolutely, Your Honor.

21  BY MR. METCALF:

22  Q.  Dom, after you -- after the first meeting with the FBI,

23  did you get your medication?

24  A.  I did.

25  Q.  Did you get cortisone shots in your foot after that?

1    A.  Not at that time, no.  It was after the second meeting I

2    started getting those.

3    Q.  Okay.  And did there ever come -- did there come a

4    third -- before that, did you feel pressured to lie to the

5    FBI?

6              MR. KENERSON:  Objection.  Leading.

7              THE COURT:  Sustained.

8    BY MR. METCALF:

9    Q.  Did there come a third meeting?

10   A.  Yeah, I -- well, back to the second meeting, I

11   actually -- I absolutely felt that I was being twisted,

12   manipulated, coerced into --

13             MR. KENERSON:  Objection.  Non-responsive.

14             THE COURT:  Sustained.  The question was, "Did

15   there come a third meeting?"

16   BY MR. METCALF:

17   Q.  Did there come a third meeting?

18   A.  There did come a third meeting.

19   Q.  What happened at that meeting?

20   A.  The third meeting, I had been -- after the second

21   meeting, when I told them that story, I was transferred to a

22   place that was a lot better.  We weren't locked down 23

23   hours a day anymore.  We had our own pod where everyone was

24   out all day.  We got to go outside.  I'm allergic to soy, so

25   I wasn't -- I was getting real food instead of, you know,

1    the strict soy diet they were feeding me in D.C. that I

2    couldn't eat, so I was either starving or having to live on

3    commissary.

4              MR. KENERSON:  Objection.  Non-responsive.  Move

5    to strike the last comment.

6              THE COURT:  Sustained.  And I will strike the last

7    sentence.  Again, the question was, "What happened at the

8    meeting?"

9    BY MR. METCALF:

10   Q.  What happened at the --

11   A.  I mean, I'm just trying to explain --

12   Q.  Yeah.  No, you could --

13   A.  Okay.

14   Q.  Let's answer the question first.  What happened at

15   the --

16   A.  Okay.  What --

17   Q.  -- third meeting?

18   A.  -- happened at that meeting was I -- well, we've got to

19   go back just a little bit to explain.

20             THE COURT:  Sir, the way this works is your

21   attorney asks questions; you answer the questions.

22             So Mr. Metcalf, you may pose your question.

23             THE WITNESS:  Okay.

24   BY MR. METCALF:

25   Q.  Okay.  So you were transferred to a different facility.

```
 1    How much -- what happened at that facility before -- or that
 2    led up to the third meeting?
 3              MR. KENERSON:  Objection.  Relevance.
 4              (Bench conference:)
 5              MR. METCALF:  (Inaudible.)
 6              THE COURT REPORTER:  Hang on.  Can you give me a
 7    few words?
 8              THE DEPUTY CLERK:  Test, test.
 9              THE COURT REPORTER:  All right.  Okay.  I'm sorry.
10              THE COURT:  That's okay.
11         Mr. Metcalf, if you can just -- we'll just start
12    over, because the court reporter couldn't hear us.  So
13    what's the relevance?
14              MR. METCALF:  That's fine, Your Honor.  I did that
15    to just streamline the process.  He apparently isn't -- my
16    own client's not answering my own questions.  So I just went
17    back a little bit to be able to just get through this.
18              THE COURT:  But what is --
19              MR. METCALF:  Well, the relevance of the third
20    meeting is that at that meeting, he corrected the statement
21    with the FBI.
22              THE COURT:  Okay.  So do -- so the question should
23    be, "What happened at the third meeting," then; right?
24              MR. METCALF:  And I asked him that and he
25    didn't --
```

 1              THE COURT:  No --

 2              MR. METCALF:  -- answer it.

 3              THE COURT:  No, you asked what led up to it or

 4      something like that.  So --

 5              MR. METCALF:  I asked it before that, and then he

 6      wouldn't answer.  He's trying to say that there was

 7      something that led to it.  So that's why I went --

 8              THE COURT:  All right.  So just go into the third

 9      meeting.  Just -- I mean, I think if you want to get

10      specific answers -- we'll see if Mr. Kenerson objects, but

11      he may not object if you lead him to the things you want to

12      have him answer -- well, depending on what those things are.

13      We'll see.  All right.

14              MR. METCALF:  Understood.

15              (Return from bench conference.)

16      BY MR. METCALF:

17      Q.  So what happened after the second meeting that you

18      believe led to the third meeting?

19              MR. KENERSON:  Same objection.

20              THE COURT:  Same -- sustained.  Same -- sustained.

21      BY MR. METCALF:

22      Q.  All right.  So Dom, you have to say -- we have to go

23      straight to it.  What happened at the third meeting?

24      A.  The third meeting, the FBI had asked me if I was still

25      interested in cooperating and taking a plea, doing work with

1    them.  I told them absolutely not.

2    Q.  And what about your lie?

3    A.  We retracted it.  I said it never happened.  I had just

4    said that to get out of the situation I was in.

5    Q.  Did you explain any of the reasons as to why you told

6    the lie, or is there anything else that you could think of

7    that factored into why you told the lie in the second

8    meeting?

9    A.  The treatment and the conditions were -- it was akin to

10   being tortured and -- I mean, I had a conversation with one

11   of the COs, and I asked him --

12              MR. KENERSON:  Objection.  Non-responsive and

13   relevance.

14              MR. METCALF:  I could ask another question that

15   doesn't have to do with --

16              THE COURT:  All right.

17              MR. METCALF:  -- another statement being --

18              THE COURT:  Sustained as to the narrative answer.

19          Mr. -- you may pose your next question,

20   Mr. Metcalf.

21              MR. METCALF:  Thank you.

22   BY MR. METCALF:

23   Q.  Do you feel that these conditions were somehow -- do you

24   feel that you were under these conditions in some sort of

25   way and did that have anything to do with you -- your choice

1    to take a plea or not?

2    A.  It's kind of a tough question to understand.

3    Q.  Okay.  So do you feel that -- how about this?  Did your

4    situation get better after you told the lie?

5    A.  It improved drastically, yes.

6    Q.  How so?

7    A.  I was moved to a new facility where I wasn't locked down

8    23 hours a day anymore.  I was able to go outside.  I was

9    able to see my family for visits who I hadn't seen in a very

10   long time.  I was getting healthy food that I wasn't

11   allergic to and it wasn't making me sick.  And I had no

12   problems getting my medications.  I was getting a month's

13   worth at a time that I could give to myself.  And I was also

14   having -- well, I'll leave that part out.

15   Q.  And just to be clear, I was only with you for the third

16   meeting; right?

17   A.  That's correct.

18   Q.  If Officer Ode was here right now, what would you say to

19   him?

20                 MR. KENERSON:  Objection.

21                 THE COURT:  Sustained.

22   BY MR. METCALF:

23   Q.  Do you feel that -- is there anything else you want this

24   jury to know, Dom --

25                 MR. KENERSON:  Objection.

```
1    BY MR. METCALF:

2    Q.  -- about your actions?

3              MR. KENERSON:  Calls for a narrative.

4              THE COURT:  Sustained.

5    BY MR. METCALF:

6    Q.  If you could pay for that window, would you pay for that

7    window?

8              MR. KENERSON:  Objection.  Relevance.

9              THE COURT:  Sustained.

10             MR. METCALF:  I have nothing further.

11             THE COURT:  All right.  Let me hear counsel at

12   sidebar for a moment.

13             (Bench conference:)

14             THE COURT:  Mr. Jauregui, didn't you say you had

15   direct?

16             MR. JAUREGUI:  No, Your Honor.  I don't.

17             THE COURT:  Oh.  You don't?  Okay.  I'm looking at

18   you and you're looking at me quizzically and that's why I

19   was looking at you.

20             Ms. Hernandez -- oh, Ms. Hernandez, it was you.

21   I'm so sorry.

22             MS. HERNANDEZ:  Just very short.

23             THE COURT:  Okay.  Very well.

24             MR. PATTIS:  Judge, I -- while she does that, may

25   I consider whether to ask a question or two on the gun?
```

```
 1    It --
 2              THE COURT:  Yes.
 3              MR. PATTIS:  It didn't come in quite as
 4    anticipated, and I'm trying to evaluate the cost and benefit
 5    of that in real time.
 6              THE COURT:  I understand.
 7              MR. PATTIS:  Thank you.
 8              (Return from bench conference.)
 9              MS. HERNANDEZ:  I'm sorry.  I didn't see --
10              THE COURT:  Oh, no, I'm sorry.  You may proceed.
11                        DIRECT EXAMINATION
12    BY MS. HERNANDEZ:
13    Q.  Good morning.
14    A.  Good morning, Ms. Hernandez.
15    Q.  I just had a couple of questions.
16              Yesterday, you mentioned at some point, after
17    January 6th you went to Philadelphia, or to the suburbs of
18    Philadelphia.  And I just wanted to clarify.  Did you or did
19    you not at any time go to Philadelphia to meet with
20    Mr. Rehl?
21    A.  No, I never actually went into Philadelphia.  We were
22    out in the -- about an hour outside.
23    Q.  So those comments were not about Mr. Rehl at all?
24    A.  I had no idea who Mr. Rehl was.
25    Q.  Okay.  And then I -- you also said something about --
```

1   did you have a radio or something while you were in D.C. on

2   January 6th?

3   A.  Yes, we always carry radios.

4   Q.  Did any of those radios connect with Mr. Rehl or not?

5   A.  No.  Matthew Greene, I believe, testified that --

6               MR. KENERSON:  Objection to what Matthew Greene

7   testified.

8               THE COURT:  Sustained.

9               THE WITNESS:  Okay.

10  BY MS. HERNANDEZ:

11  Q.  So from your knowledge.

12  A.  From my knowledge, the person who programmed them only

13  programmed them for the four or five people that we were

14  with.

15              MR. KENERSON:  Objection.  Foundation.  Hearsay.

16              THE COURT:  Well, if you can ask the --

17              MS. HERNANDEZ:  He said --

18              THE COURT:  Sustained as to --

19              MS. HERNANDEZ:  -- from his knowledge.

20              THE COURT:  Sustained as to foundation.

21  BY MS. HERNANDEZ:

22  Q.  Okay.  So you had access to this radio?

23  A.  Yes.

24  Q.  And who else had access to it on that radio link?

25  A.  It was myself, Matthew Greene, Aaron, Arthur, and

1    William Pepe.

2    Q.  Okay.  Did Mr. Rehl have any access to that radio

3    frequency?

4    A.  We were on our own channel completely.

5            MS. HERNANDEZ:  Okay.  That's all.  Thank you,

6    Your Honor.

7            Thank you.

8            THE COURT:  Very well.

9            MR. PATTIS:  And just for etiquette, Judge, this

10    is direct, not cross --

11            THE COURT:  Correct.

12            MR. PATTIS:  -- am I correct on that?

13            THE COURT:  Yes.

14            MR. PATTIS:  Okay.

15                    DIRECT EXAMINATION

16    BY MR. PATTIS:

17    Q.  Good morning, Mr. Pezzola.  How are you?

18    A.  Good morning, Mr. Pattis.  I'm fine.

19    Q.  I wanted to just focus a couple of questions on this lie

20    you told the FBI.  What did you tell them?

21    A.  I told them -- well, it was a story that I came to hear,

22    and the story was that Mr. Biggs had a gun at that point

23    near the Peace Circle.  And when the individual with the red

24    hat came up and put his shoulder -- his arm around his

25    shoulder, that Mr. Biggs actually threatened him with the

1    gun and told him he needed to prove his manhood by attacking

2    the front gate, and I was supposed to say that I saw it.

3    Q.  And this individual with the red hat on who had his arm

4    around Mr. Biggs, do you know that person's name?

5    A.  That's Ryan Samsel.

6    Q.  Did you see that person while you were locked up?

7    A.  He was placed right next to me, yes.

8    Q.  And is he the one that told you that story?

9    A.  He is.

10   Q.  Just to be clear, did you see Mr. Biggs with a gun on

11   January 6th, 2021?

12   A.  No, I don't recollect seeing Mr. Biggs at all.

13   Q.  Did Mr. Biggs, to your knowledge, possess a weapon on

14   January 6th, 2021?

15   A.  No, he didn't.

16   Q.  Why would you tell such a lie, then?

17   A.  I was in a dire situation, desperate to make my

18   conditions improve.

19   Q.  Have you told the truth here today about Mr. Biggs?

20   A.  I have.

21   Q.  Are you shading anything in expectation of gain?

22   A.  No.

23            MR. PATTIS:  Thank you, sir.

24            THE COURT:  All right.

25            MR. PATTIS:  Judge, may we be heard briefly at

1    sidebar?

2              THE COURT:  Yes.

3              (Bench conference:)

4              MR. PATTIS:  Would the Court consider giving that

5    limiting instruction or -- at this point?  Because of the --

6    it's a gun.  I mean --

7              THE COURT:  Is there any objection from the

8    Government?

9              MR. KENERSON:  No.

10             THE COURT:  All right.  I will give it right now.

11             MR. PATTIS:  Thank you.

12             THE COURT:  And then, just to be clear, we'll

13   proceed with the Government's cross-examination, yes?  Okay.

14   All right.

15             (Return from bench conference.)

16             THE COURT:  Ladies and gentlemen, I have a quick

17   instruction for you.

18             You've heard evidence regarding -- you've heard

19   evidence about Mr. Pezzola's statement regarding a gun.  No

20   party contends that there was, in fact, a gun.  You may

21   consider Mr. Pezzola's statement in evaluating his

22   credibility and for no other purpose.

23             MR. METCALF:  Brief sidebar?

24             (Bench conference:)

25             MR. METCALF:  Your Honor, at this point, the

1    cross-examination's going to begin.  I don't have any

2    materials at all from the Government.  And I just want to

3    place that on the record.

4              THE COURT:  All right.  Mr. Kenerson?

5              MR. KENERSON:  If the Court will give me a few

6    minutes, there's a USAfx folder staged.  I can add

7    Mr. Metcalf and other counsel to it and get started.

8    They're not -- it's not a lot.  I don't -- and I think that

9    it's -- there's Mr. Pezzola's Parler return, which we may or

10   may not actually show him, and there's a couple of videos

11   that were previously on the Government's exhibit list that

12   are not yet in evidence.

13             THE COURT:  All right.  Here's what -- I mean,

14   here's what I'm going to do just because I want to be

15   sensitive to the break issue and all the rest.  So let's

16   just take a brief break.  We'll let the jury -- and we'll

17   allow you to not only provide it to Mr. Metcalf but describe

18   to him what it is.  I mean, there may be some exhibits you

19   can just play him so he can -- play for him so he can see

20   it.  So we'll take a brief break so --

21             MS. HERNANDEZ:  Your Honor -- I mean, I can ask

22   Mr. Kenerson later.  But do -- any of these materials going

23   to show the -- Mr. Rehl or any of the other defendants?

24             THE COURT:  Well, this is precisely, and at least

25   in part, what we're going to take a break for.  So we're

```
 1    going to do that.
 2                 (Return from bench conference.)
 3                 THE COURT:  All right.  Ladies and gentlemen,
 4    we're going to take a brief break before cross-examination
 5    begins.  Mrs. Harris will bring you back to the jury room
 6    and we'll have you back very shortly.
 7                 (Jury returned to jury room.)
 8                 THE COURT:  All right.  Sir, you can either step
 9    down or remain there, whatever you would like.  I'll be back
10    in about 10 minutes and we'll proceed with
11    cross-examination.
12                 THE DEPUTY CLERK:  All rise.  This Honorable Court
13    stands in recess for 10 minutes.
14                 (Brief recess taken.)
15                 THE DEPUTY CLERK:  We're back on the record in
16    Criminal Matter 21-175, United States of America v. Ethan
17    Nordean, et al.
18                 THE COURT:  All right.  Very well.  Are we ready
19    to proceed?
20                 MR. KENERSON:  From the Government's perspective,
21    yes.
22                 THE COURT:  Mr. Metcalf?
23                 MR. METCALF:  Yes, Your Honor.
24                 THE COURT:  All right.  Let's bring in the jury
25    and we will proceed.
```

1        MR. METCALF:  Oh, wait, Your Honor.

2        THE COURT:  Oh.

3        MR. METCALF:  We're missing Ms. Hernandez.

4        THE COURT:  Thank you for pointing that out.

5        MR. PATTIS:  May I be excused?

6        THE COURT:  You may, sir.

7        (Brief pause.)

8        MS. HERNANDEZ:  Your Honor, I'm sorry.  Could we

9   have a minute?  I just -- we're all still downloading the

10  materials.  I don't know if it affects any of us.  I'm just

11  letting the Court know.  Maybe Mr. Kenerson could tell us,

12  because I don't know if our clients are on any of these

13  videos.

14        THE COURT:  Can you make a representation on that,

15  Mr. Kenerson.

16        MR. KENERSON:  So of the two videos that were in

17  the materials, one I don't plan to use.  The -- that's the

18  one labeled -- now, I don't remember the number.  Something

19  ending in a C, as in "cat."  The other one, 275A, I do plan

20  to use.  It shows the aftermath of Mr. Bertino's stabbing.

21  I remember, from Mr. Bertino's testimony, that Mr. Biggs was

22  in that area.  I don't know whether he's captured on there

23  or not, but I don't plan to highlight him if he is.

24        THE COURT:  All right.  But Mr. Rehl was not?

25        MR. KENERSON:  Correct.

```
1              MS. HERNANDEZ:  And on other materials --

2              THE COURT REPORTER:  (Indicating.)

3              THE COURT:  Yeah.

4              MS. HERNANDEZ:  On any of the other materials,

5    Erik?

6              MR. KENERSON:  There -- Mr. Pezzola's Parler

7    returns are included.  He interacts on Parler with posts

8    made by a number of the defendants, but not by Mr. Rehl.

9              MS. HERNANDEZ:  Thank you.

10             (Brief pause.)

11             THE DEPUTY CLERK:  Jury panel.

12             (Jury returned to jury box.)

13             THE COURT:  All right.  Everyone may be seated.

14             Welcome back, ladies and gentlemen.

15             And, Mr. Kenerson, if you'll proceed with

16   cross-examination.

17             MR. KENERSON:  Thank you, Your Honor.

18                        CROSS-EXAMINATION

19   BY MR. KENERSON:

20   Q.  Good -- I think it's still morning -- good morning,

21   Mr. Pezzola.

22   A.  Good morning, Mr. Kenerson.

23   Q.  You were in the Marine Corps at one point in your life;

24   correct?

25   A.  True.
```

1    Q.   How long were you in the Marines?

2    A.   About six years.

3    Q.   When did you leave?

4    A.   I believe I was discharged 2004.

5    Q.   Now, your time in the Marines shaped your character

6    going forward; correct?

7    A.   A strong part of it, yes.

8    Q.   Had a large part in turning you into the man you are

9    today?

10   A.   No, I've always -- my grandfather's responsible for

11   turning me into the man I am today.

12   Q.   Understood.  Marines played a part, though?

13   A.   A part.

14   Q.   One of the things Marines teach you is loyalty; correct?

15   A.   "Always faithful" is the slogan.  So I guess you --

16   that's fair to say.

17   Q.   They -- one of the things they taught you was

18   commitment?

19   A.   Commitment to the country, to the Corps, yes.

20   Q.   One of the things they taught you was honor?

21   A.   Absolutely.

22   Q.   They taught you how to be a leader?

23   A.   How to lead and how to follow.

24   Q.   And in the Marines, chain of command is important;

25   correct?

1    A.   Absolutely.

2    Q.   While you were in the Marines, you were in the infantry?

3    A.   I was.

4    Q.   Part of what you were trained to do is to work with your

5    fellow Marines to accomplish a goal; correct?

6    A.   Yes.

7    Q.   If you're out in the field, you would often have to

8    adapt to a changing situation on the ground; correct?

9    A.   Yeah, that -- without saying, yes.

10   Q.   And that would be true even if you couldn't get ahold of

11   the higher-ups while you're out in the field; correct?

12   A.   Every Marine is basically taught to be a -- to be able

13   to function in the position ahead of them in case something

14   happens to the person ahead of them, yes.

15   Q.   Understood.  So if you're out on some mission on behalf

16   of the Marines and something unexpected comes up, you need

17   to figure out how to adapt to the situation and still

18   accomplish the goal you were sent out to accomplish;

19   correct?

20   A.   Yes, the more senior person in the -- whatever group

21   would assume command.

22   Q.   Now, after you left the military, you were someone who

23   was dedicated to accomplishing the goals you set out for

24   yourself; correct?

25   A.   My dedication was pretty much solely to my family and my

1    business.

2    Q.  So you were committed to supporting your family;

3    correct?

4    A.  Of course.

5    Q.  And part of that was committed to growing and being

6    successful at your business; correct?

7    A.  Yes.  That's right.

8    Q.  And part of being a successful businessman is making

9    sure you honor your commitments; correct?

10   A.  I don't know any successful businessmen who don't.

11   Q.  And so if you took a job, for example, you would do the

12   job well?

13   A.  Absolutely.

14   Q.  You would make sure you get it done on time?

15   A.  Yes.

16   Q.  You would make sure that you're committed, as it were,

17   to finishing the job that you said you would do; correct?

18   A.  Absolutely.  Yes.

19   Q.  Just a couple more questions about your background,

20   Mr. Pezzola.

21        You said your time in the military ended in about

22   2004; is that right?

23   A.  I believe so, yes.  It's been over 20 years.  So it's a

24   little foggy.

25   Q.  And in between leaving the Marine Corps in 2004, 2005,

1    whenever it was, and January 6th, you never served in law

2    enforcement; is that right?

3    A.  Law enforcement?

4    Q.  Yes.

5    A.  No.  Part of the reason I joined Marine Corps was

6    because I was interested in becoming a law enforcement

7    officer.  So my -- done some research, but never joined, no.

8    Q.  So you were never a police officer in Rochester?

9    A.  No.

10   Q.  Or anywhere else, for that matter?

11   A.  No, sir.

12   Q.  And in between leaving the service and January 6th -- I

13   want to make sure I understood your background right -- you

14   worked at least part of that time as an electrician; is that

15   right?

16   A.  That's right.

17   Q.  And then the other part was your flooring business?

18   A.  Yes.

19   Q.  Any other jobs other than those two?

20   A.  I worked a couple security jobs for some side money.

21   That was probably about it.

22   Q.  And now, during your time in the military, Mr. Pezzola,

23   you never were actually sent overseas to guard an embassy;

24   is that right?

25   A.  No.  I was severely injured before my unit deployed and

1    I had to have surgery, so I wasn't deployable.

2    Q.  And I think what you testified was that you never got to

3    go to war; correct?

4    A.  I don't know if that was my exact words, but that's

5    correct.

6    Q.  And in addition to never actually guarding an embassy

7    overseas, you were never stationed to guard a government

8    building here in the United States during a protest, were

9    you?

10   A.  Actually, I was -- well, not during a protest, but it

11   was right after 9/11.  I had armed security patrol of my

12   base that I was on.

13          THE COURT:  Mr. Pezzola, if you could keep your

14   mouth close to the microphone.  Sometimes at the end of the

15   sentence, I can't quite hear it.

16          THE WITNESS:  Okay.

17   BY MR. KENERSON:

18   Q.  Mr. Pezzola, when you were in the Marines, you were

19   counseled at least nine times for your failure to attend

20   drills; is that right?

21   A.  That's correct.

22   Q.  And you never were a police officer, so you were never

23   trained in the police use of force prior to January 6th; is

24   that right?

25   A.  No, but I have a very good explanation for why I was not

1    at those drills.

2    Q.  Mr. Pezzola, my question was about your training in law

3    enforcement tactics.

4    A.  No, but I was trying to explain the previous question.

5    Q.  Understood.  But my question now is about your training

6    in law enforcement tactics.

7    A.  No.  I've said no.

8    Q.  And in addition to not being trained in how police use

9    force, you've never received training of when it's

10   appropriate for law enforcement officers to use force

11   themselves, have you?

12   A.  I had -- I have some basic foundational background of

13   military police enforcement, not civilian, no.

14   Q.  Military police enforcement from your time in the

15   Marines; correct?

16   A.  We would have platoon- and squad-level on-the-job

17   training, I guess you would call it, where it would be, you

18   know, a platoon leader, a squad leader would hand out some

19   literature, have a small tutorial or a lecture just to give

20   us a heads-up of what may be expected from us if the

21   situation arose, but other than a basic foundation, it

22   wasn't too in-depth, no.

23   Q.  Understood.  So I just want to make sure -- well, so I

24   want to make sure I understand.  You -- while you were in

25   the Marine Corps -- so 1990- -- did you say it was 1997?

1    1998?

2    A.   '8, I -- '8 to '04, I think.

3    Q.   Okay.  So sometime while you were on the job with the

4    Marines between 1998 and 2004, you would sometimes get, kind

5    of, handouts to know what might be expected should a

6    situation arise?

7    A.   Just -- yeah, just they wanted us to have a basic

8    foundation.  It's not really something you can really train

9    for, but it's something you can be taught, what the basics

10   are, you know?

11   Q.   Understood.  So you got, kind of, a classroom or

12   handout-based education on the basics but no actual

13   experience in the --

14   A.   Yeah, more like an in-field school circle.

15   Q.   And no training on anything like that between 2004, when

16   you left the Marines, and January 6th, 2021; correct?

17   A.   No.

18   Q.   Now, you said earlier one of the things that you learned

19   in the Marines was honor; correct?

20   A.   Yes.

21   Q.   You would agree with me that it is not honorable to

22   accuse someone of something they didn't do; correct?

23   A.   No, it's absolutely not.

24   Q.   Now, I want to ask you a couple of questions about where

25   Mr. Metcalf ended and where Mr. Pattis asked you.

1          When you spoke to the FBI in February and March of

2    2021, you did have legal representation; correct?

3    A.  That's correct.

4    Q.  And you testified you were incarcerated.  But you had a

5    chance to challenge that incarceration; correct?

6    A.  They were all denied.  Yes.

7    Q.  But you had a chance to challenge it?

8    A.  I did.

9    Q.  You were held at the central treatment facility of the

10   D.C. Jail -- or D.C. Department of Corrections at that

11   point; correct?

12   A.  That's right.

13   Q.  That's actually a separate building from the D.C. Jail;

14   correct?

15   A.  They're connected somehow.  I'm not sure.

16   Q.  Now, you met with the FBI in March of 2021; correct?

17   A.  That's what I'm being told.  The timeline's pretty hazy

18   for me.  So --

19   Q.  Well, within a couple of months of January 6th; correct?

20   A.  Right.

21   Q.  Okay.  So you meet with the FBI within a couple of

22   months of January 6th.  Your testimony on direct was that

23   you were moved to a new facility; correct?

24   A.  That's right.

25   Q.  And so a couple of months from January 6th is March

```
 1    2021.  You're aware you were moved to that new facility
 2    in -- excuse me, February of 2022; correct?
 3    A.  Right.  It was almost a year later.
 4    Q.  So March turns to April, April to May, May to June, June
 5    to July --
 6              MR. METCALF:  Your Honor, object.  We know the
 7    months.
 8              THE COURT:  Overruled.
 9    BY MR. KENERSON:
10    Q.  -- July to August, August to September, September to
11    October, October to November, November to December, December
12    to January, January to February.  That's when you were
13    moved; correct?
14    A.  Yeah, that sounds right.
15    Q.  But your testimony on direct was you believed that you
16    were moved because of the lie that you had told about
17    Mr. Biggs?
18    A.  I believed I was moved because the Government was
19    believing that I was still going to cooperate.
20    Q.  So it didn't have anything to do with the lie you told
21    about Mr. Biggs?
22    A.  It did.  The whole cooperation structure was based on
23    that lie.
24    Q.  So you believed that the Government still wanted to tell
25    you to lie about Mr. Biggs?
```

```
 1    A.  I believe they -- due to the evidence they reviewed,

 2    they knew it wasn't true, but they were still interested in

 3    hearing more about it.

 4    Q.  That's your testimony.

 5            Mr. Pezzola, you're under oath today; correct?

 6    A.  Yes, I am.

 7    Q.  You took that oath to tell the truth, the whole truth,

 8    nothing but the truth?

 9    A.  I sure did.

10    Q.  You're also aware that, when you speak to the FBI,

11    they're trying to gather information to conduct a criminal

12    investigation; correct?

13    A.  That's -- I suppose that's their job.

14    Q.  As part of that, they speak to witnesses?

15    A.  Do they speak to witnesses?

16    Q.  I'm asking you.

17    A.  Does the FBI speak to witnesses?

18    Q.  Yes.

19    A.  I'm not an FBI agent.  Couldn't tell you.

20    Q.  They spoke to you; correct?

21    A.  They spoke to me, yes.

22    Q.  And you're aware that sometimes they use the information

23    they gather from people to decide whether a crime was

24    committed; correct?

25            MR. METCALF:  Your Honor, objection.  Relevance.
```

```
 1          He's not an expert in what the FBI does either.
 2                    THE COURT:  Overruled.
 3                    THE WITNESS:  I'm sorry.  Could you repeat the
 4     question?
 5     BY MR. KENERSON:
 6     Q.  You're aware that the FBI sometimes uses the information
 7     they gather from interviews to decide whether a crime was
 8     committed; correct?
 9                    MR. METCALF:  Your Honor, personal knowledge.
10     Objection.
11                    THE COURT:  He can -- the witness can answer if he
12     knows.
13                    THE WITNESS:  I'm aware the FBI often lies to
14     people to get what they want.
15     BY MR. KENERSON:
16     Q.  Mr. Pezzola, you're aware that the FBI uses the
17     information they gather from people to conduct their
18     investigation; correct?
19     A.  The answer I gave you is all I know.
20     Q.  So you're refusing to answer that question --
21     A.  I'm not refusing to answer --
22                    MR. METCALF:  Objection as to --
23                    THE WITNESS:  I just --
24                    MR. METCALF:  -- the characterization --
25                    THE COURT:  Gentlemen, first of all, we can't have
```

1    more than one person speaking at a time.  So --

2              MR. METCALF:  Objection as to form.

3              THE COURT:  All right.  Mr. Kenerson, re-ask your

4    question, please.

5    BY MR. KENERSON:

6    Q.  Mr. Pezzola, you're aware that the FBI uses the

7    information it gathers from people to conduct its

8    investigations; correct?

9    A.  No, I'm not --

10             MR. METCALF:  Your Honor --

11             THE WITNESS:  -- aware.

12             MR. METCALF:  -- objection.  Asked and answered.

13             THE COURT:  Overruled.

14             THE WITNESS:  I'm not aware.  I'm not an FBI

15   agent.  I don't know how it works.  This is my first ever

16   time being involved with law enforcement in my 43 years of

17   life.

18   BY MR. KENERSON:

19   Q.  Well, anyway, you -- Mr. Pezzola, when you met with the

20   FBI, you were informed they were conducting an

21   investigation; correct?

22             MR. METCALF:  Objection.  Hearsay.

23             THE COURT:  Overruled.

24             MR. METCALF:  "Informed."

25             THE COURT:  Overruled.

1      THE WITNESS:  Look, I -- my thought was that there

2  was an investigation going on to the events of January 6th.

3  Of course.

4  BY MR. KENERSON:

5  Q.  And when you met with the FBI that second time, you

6  thought, according to you, you had to tell them something to

7  get yourself out of the situation you were in; correct?

8  A.  Correct, but I was -- also felt -- I was being led to

9  believe that these men were creating a story about me, too,

10  and were going to throw me under the bus, as well.

11  Q.  Mr. Pezzola, you thought that you had to tell the FBI

12  something to get out of -- from under your situation; is

13  that right?

14  A.  That's what I testified to, yes.

15  Q.  And you were aware that whatever information you would

16  use [sic], the FBI might use that information to decide

17  whether to arrest someone else; correct?

18  A.  To decide to arrest someone else?

19  Q.  To decide whether to arrest someone else.

20  A.  I have no idea how the FBI uses their information.

21  Q.  And what you decided to do when you talked to the FBI

22  was tell them information you knew to be false about someone

23  else's criminal involvement; correct?

24  A.  Yes.  I said I did.

25  Q.  You said -- what you said; that at the Peace Circle, you

```
 1    saw -- a group of Proud Boys, led in part by Joe Biggs, was
 2    harassing a young Black boy in a Black Lives Matter shirt
 3    who was just setting up a camera.  That's what you said;
 4    correct?
 5    A.  It wasn't a Black boy.  It was a white boy wearing a
 6    Black Lives Matter -- from what I remember.  So I don't --
 7    Q.  You had --
 8    A.  I don't believe that's correct, no.
 9    Q.  You had not, in fact, seen that happening at all?
10    A.  No, I didn't.  I wasn't even there.
11    Q.  You said you saw Ryan Samsel come up to defend that boy;
12    correct?
13    A.  I believe so.
14    Q.  And you did not, in fact, see that?
15    A.  Wasn't there.
16    Q.  You said you saw that Mr. Biggs pushed Ryan Samsel and
17    there was a scuffle; correct?
18    A.  That's what I said.  It's all part of the story I was
19    being fed.
20    Q.  You then said that you saw Mr. Biggs lift up his flannel
21    shirt revealing a pistol in his waistband; correct?
22    A.  Correct.
23    Q.  You went so far as to say it looked like a
24    nine-millimeter Beretta to you; correct?
25    A.  That was the exact words I was told in the story.
```

1    Q.  You said you ushered the kid with the BLM shirt out of

2    the area yourself; correct?

3    A.  That doesn't sound familiar, but if it's on there, sure.

4    Q.  According to you, Mr. Samsel, then, came back?

5    A.  Came back?

6    Q.  Came back.

7    A.  I don't remember.  I mean, it's possible.  I mean, a lot

8    of these details are very fuzzy.  It's a long time ago.

9    Q.  You said that Mr. Biggs accused him of being Antifa;

10   correct?

11   A.  I believe so, yeah.

12   Q.  You said that Mr. Biggs told Samsel, if he wasn't

13   Antifa, he should prove it by pushing down police

14   barricades; correct?

15   A.  Yeah, I think I testified that he needed to prove his

16   manhood or something, but it was along the same lines, yeah;

17   like I said, the story is so old, and I didn't get a chance

18   to review it.

19   Q.  Mr. Pezzola, you've been provided a copy of your

20   statements; correct?

21   A.  Just recently.  I didn't get a chance to go over them.

22   Q.  You then told the FBI that Mr. Biggs assigned a couple

23   of Proud Boys to assist Ryan Samsel in what he was doing;

24   correct?

25   A.  I don't remember saying that, but if you say so.

1    Q.   None of what we just went over was accurate; correct?

2    A.   I was not there for any of that.

3    Q.   And you decided to provide the FBI, knowing they were

4    conducting an investigation into January 6th, with that

5    false information; correct?

6    A.   Yes.   Like I said, I was being led to believe that

7    the -- my treatment and conditions were being conducted at

8    the hands of the FBI.

9    Q.   Who told you that?

10             MR. PATTIS:   Objection.

11             THE WITNESS:   A corrections officer.

12             MR. METCALF:   Objection.   Hearsay.

13             THE COURT:   Let me hear you at the phones.

14             (Bench conference:)

15             THE COURT:   Mr. Metcalf, what's your objection?

16             MR. METCALF:   My objection would be hearsay.

17             THE COURT:   Well, is it -- I mean, we all know

18    this was false.   So it's not really for the truth of the

19    matter asserted.   And I guess the question is -- from the

20    Government's perspective, is -- it seems like if he's

21    saying -- at one point, he said, "I was being fed this," or

22    something like that, and if the Government wants to make

23    clear that it wasn't the FBI that was feeding him this,

24    don't they get to ask that question?

25             MR. PATTIS:   (Indicating.)

```
 1                    THE COURT:  Mr. Pattis?
 2                    MR. PATTIS:  I think the attorney-client privilege
 3        is what I'm concerned about, and it's being opened -- the
 4        Government suggested that they would call the lawyer in its
 5        rebuttal and that answer -- it could well have been from the
 6        lawyer.
 7                    THE COURT:  Okay.
 8                    MR. PATTIS:  And so -- and I had an independent
 9        basis for objecting.  He's not my client, but --
10                    THE COURT:  Right.
11                    MR. PATTIS:  -- you know, I certainly wouldn't
12        object on Mr. Biggs's behalf to a leading question about
13        whether the FBI ever did that.
14                    THE COURT:  I understand.
15                    Mr. Kenerson, why don't you re-ask the question
16        just to make sure we're not treading into attorney-client,
17        but other than that I think it's a -- there's no objection.
18                    MR. METCALF:  (Indicating.)
19                    THE COURT:  Mr. Metcalf?
20                    MR. METCALF:  Your Honor, I have the same
21        concerns, just for the record, that it would --
22                    THE COURT:  Right.
23                    MR. METCALF:  -- lead over towards attorney-client
24        privilege.
25                    THE COURT:  So Mr. Kenerson's going to re-ask the
```

1  question to make sure it excludes anything that an attorney

2  might have told him so we don't draw that into it

3  inadvertently.

4          All right.  Mr. Kenerson, you may proceed.

5          (Return from bench conference.)

6  BY MR. KENERSON:

7  Q.  Mr. Pezzola, no FBI agent told you that your jail

8  conditions were connected to what you told them; correct?

9  A.  No, but I can explain how I came to that thought.  I had

10  asked one of the COs there --

11  Q.  Mr. Pezzola, no FBI agent told you that; correct?

12  A.  I said no, but I can tell you that the reason I said

13  that was because I had asked one of the corrections officers

14  there when the cruel and unusual punishment was going to

15  stop and he said, "When the FBI says so."

16  Q.  What was the name of that CO?

17  A.  Corporal Hayes.  Same one that beat Ryan Samsel.

18  Q.  Did you witness that?

19  A.  I saw him the next morning.  I saw his face.  He looked

20  like he went through a windshield.

21  Q.  Did you witness Corporal Hayes beat Ryan Samsel?

22          MR. METCALF:  Your Honor, what's the relevance of

23  this?

24          THE COURT:  Overruled.  Overruled.

25          MR. METCALF:  Okay.

1              THE WITNESS:  I did not witness it, but all I can

2      say is we were all in solitary confinement.  So the only

3      person that could have beat him was a CO.

4      BY MR. KENERSON:

5      Q.  So you're testifying to things you didn't see again,

6      aren't you?

7      A.  I'm testifying to the aftermath of what I seen, and it

8      was gruesome.

9      Q.  You did not see Corporal Hayes beat Ryan Samsel?

10     A.  I just said I didn't.

11             MR. METCALF:  Your Honor, asked and answered.

12             THE COURT:  It's been asked and answered.

13     BY MR. KENERSON:

14     Q.  Mr. Pezzola, when you talked to the FBI and told them a

15     lie, you didn't just minimize your own conduct, did you?

16     A.  Did I minimize my own conduct?

17     Q.  You didn't just minimize your own conduct.

18     A.  Can you ask it in another way?  I'm not quite sure I

19     understand.

20     Q.  Sure.

21             You falsely incriminated someone else; correct?

22     A.  Someone else?  I don't recollect.

23     Q.  You told the FBI Joe Biggs committed a crime he didn't

24     commit.

25     A.  Oh --

```
 1                MR. METCALF:  Your Honor, this is --
 2                THE WITNESS:  -- right.
 3                MR. METCALF:  -- asked and answered already.
 4                THE COURT:  All right.  Overruled, but let's move
 5       on, Counsel.
 6                THE WITNESS:  I thought you meant someone else
 7       besides that, but yes, I've testified multiple times that I
 8       said that.
 9       BY MR. KENERSON:
10       Q.  And you were willing to try to put other people in
11       further jeopardy if you thought it served your own aims at
12       that point; correct?
13                MR. METCALF:  Your Honor, objection.  Calls for
14       speculation.
15                THE COURT:  I'm just going to sustain an objection
16       as to asked and answered.
17                MR. METCALF:  That, too.
18       BY MR. KENERSON:
19       Q.  Mr. Pezzola, do you feel bad about having done that?
20       A.  Of course I do.
21       Q.  You also smashed the window of the Capitol building with
22       a stolen Capitol Police riot shield?
23                MR. PATTIS:  Objection.  Assumes facts not in
24       evidence.
25                THE COURT:  I mean, I'm going to --
```

1          MR. METCALF:  And also, calls for a legal

2     conclusion.

3          THE COURT:  Sustained as to the form of the

4     question.

5     BY MR. KENERSON:

6     Q.  You also smashed the window to the Capitol building with

7     a Capitol Police riot shield; correct?

8          MR. METCALF:  Your Honor, I can't even hear the

9     question, and he -- it calls for a legal conclusion with the

10    word "stolen."

11         THE COURT:  It -- that question didn't have that

12    word.  The -- your -- so the question -- you may answer the

13    question, sir.

14    BY MR. KENERSON:

15    Q.  You smashed the window to the Capitol with a Capitol

16    Police riot shield; correct?

17    A.  Yes, I admitted I had, and I also said that it was one

18    pane, it was under $1,000, and it's a misdemeanor.

19    Q.  You're very interested in that $1,000, aren't you?

20    A.  Of course I am.  I don't want to be blamed for a felony

21    when it wasn't.

22    Q.  We'll get to the details on that in a moment.  But fair

23    to say that the video of that got a lot of attention?

24    A.  Not by my doing.

25    Q.  It was discussed a lot in the chats?

```
1    A.  Couldn't tell you.  I erased -- I deleted, I think, my
2    account soon after.
3    Q.  You went on the run after January 6th as a result?
4              MR. METCALF:  Objection.
5              THE COURT:  Overruled.
6              THE WITNESS:  I needed to buy some time.  Yes.
7    BY MR. KENERSON:
8    Q.  And after January 6th, Enrique Tarrio reached out to you
9    to tell you not to state you were with the Proud Boys;
10   correct?
11   A.  He had reached out to Jeremy Bertino and --
12             MR. METCALF:  Your Honor, objection.  I'm sorry.
13   I had a drink before I objected.  Objection as to hearsay.
14             (Laughter.)
15             THE COURT:  Okay.
16             MR. METCALF:  What Enrique Tarrio's told him.
17             THE COURT:  All right.  The objection is
18   overruled.
19             THE WITNESS:  I'm sorry.  Where were we?
20             THE COURT:  Mr. Metcalf -- do you need any water,
21   Mr. Metcalf?
22             (Laughter.)
23             MR. PATTIS:  New objection, Judge.  911.
24             (Laughter.)
25   BY MR. KENERSON:
```

1  Q.  After January 6th, Mr. Tarrio told you to state you were

2  not with the Proud Boys; correct?

3  A.  I believe he had messaged Mr. Bertino to tell him to let

4  me know that.

5  Q.  You, in fact, heard Enrique Tarrio's voice say that on a

6  voice note that was sent to you; correct?

7  A.  It was a forwarded message.  It was sent to Mr. Bertino

8  who forwarded it to me.

9  Q.  But it was Enrique Tarrio's voice saying that about you;

10  correct?

11         MR. METCALF:  Objection.  Lack of foundation.

12         THE COURT:  Overruled.

13         THE WITNESS:  It was his voice, but it wasn't

14  directed towards me.  It was directed towards Mr. Bertino to

15  relay a message to me.

16  BY MR. KENERSON:

17  Q.  To not say you were part of the Proud Boys; correct?

18  A.  Correct.

19  Q.  You testified that you were not a national Proud Boys

20  leader?

21  A.  I was not.

22  Q.  You were not in the Ministry of Self-Defense leadership

23  chats?

24  A.  Nope.

25  Q.  You were not an elder?

1   A.   No.

2   Q.   You were not a chapter president?

3   A.   Didn't even know my chapter president.

4   Q.   You were not in that Ministry of Self-Defense call that

5   they had on Zoom that we watched here in court?

6   A.   No.  The first time I've seen it was here in court.

7   Q.   Your testimony on direct was that you did not meet many

8   of your co-defendants until court; is that right?

9   A.   I didn't meet any of my co-defendants until I met them

10  in court except for Mr. Tarrio, but I wouldn't really say a

11  meeting.  It was a couple pictures, but I, kind of, relate

12  it to -- I mean, I -- can I explain?

13  Q.   (Indicating.)

14  A.   I just -- okay.  I, kind of, associate it with, when I

15  was in high school, I met Muhammad Ali and I talked to him

16  and had some pictures taken with him, shook his hand.  I

17  say, yeah, I met him, but I don't say I know him.

18  Q.   So at one point, you thought of Mr. Tarrio, kind of,

19  like a celebrity; correct?

20  A.   Of course.

21  Q.   So to sum up, you were not privy to the discussions of

22  the MOSD leadership chat; correct?

23  A.   No.

24  Q.   You were not privy to the MOSD membership chat from

25  before you joined; correct?

1    A.  Yeah, I believe I joined -- I was put in there late at

2    night on January 2nd, so I was only in there for, like,

3    three days.

4    Q.  So up until January 2nd, 2021, anything that happened in

5    that chat you were not privy to; correct?

6    A.  No, I had no idea what happened.

7    Q.  And you don't know the contents of any private

8    discussions between your co-defendants and themselves;

9    correct?

10   A.  No, I don't.

11   Q.  You don't know the contents of any private discussions

12   between your co-defendants and any other Ministry of

13   Self-Defense leaders; correct?

14   A.  No, I do not.

15   Q.  But one of the first things that you testified to when

16   you took the stand two days ago was that you were testifying

17   to prove there was no conspiracy; right?

18   A.  Between me and those guys, yes.

19   Q.  You don't know anything about what happened before you

20   joined the Ministry of Self-Defense?

21   A.  No, but my testimony was to state that there was no

22   conspiracy between me and my co-defendants, because I didn't

23   even know them.

24   Q.  You also testified yesterday that you didn't know why

25   your phone was taken on January 9th; right?

1    A.  Yeah, in that particular instance, I was, kind of, in a

2    frenzy, and one of the guys suggested that he hang on to it

3    for me, and I just, kind of, let it happen.

4    Q.  You actually told the FBI that that was because

5    Ronie [ph] and Publius [ph] had said you were a leader and

6    you shouldn't have your phone; correct?

7    A.  They said that, but I just -- it was just bullshit.  I

8    mean, how could I be a leader?  I was in the organization

9    for less than a month.

10   Q.  Your testimony yesterday, though, was that you don't

11   know?

12   A.  Did I say I don't know?

13   Q.  That's what I'm asking you.

14   A.  No -- about why they took my phone?

15   Q.  Correct.

16   A.  Well, like I said, I haven't read those statements in

17   over two years.  So I'm just going off the best of my

18   recollection.

19   Q.  All right.  Mr. Pezzola, we'll come back to January 6th

20   in a moment.

21          Let's go back to 2020, to what led you to join the

22   Proud Boys.  Fair to say, prior to COVID hitting, you were

23   not very into politics?

24   A.  I'm sorry?

25   Q.  Fair to say, prior to COVID hitting, you were not very

1    into politics?

2    A.  Not too much, no.  I had a very active life.

3    Q.  Once COVID hit, you became consumed by politics?

4    A.  I came -- yeah, I became consumed by the policies that

5    were destroying my business.

6    Q.  And the politics of what was going on in 2020 is part of

7    what made you want to join the Proud Boys; correct?

8    A.  Fair to say.

9    Q.  Not just the politics of what you thought was destroying

10   your business, but what you perceived to be happening to the

11   country writ large; correct?

12   A.  It more had to do with what I seen happening to innocent

13   protesters and the abuse they were taking.

14   Q.  By the time of the 2020 election, you were not a Proud

15   Boy at that point?

16   A.  No.

17   Q.  But still, you learned that there was going to be a

18   rally here in Washington, D.C. to support the president in

19   November?

20   A.  I learned that directly from President Trump, his

21   account.

22   Q.  So you came down here?

23   A.  By myself in the middle of the night.  Yes, I drove

24   down.

25   Q.  You rented a car to do that?

1    A.   Yep.

2    Q.   You were still not a Proud Boy at that point?

3    A.   No, I was not.

4    Q.   But you wanted to meet Proud Boys; correct?

5    A.   I did.

6    Q.   While you were here, you met several Proud Boys?

7    A.   Yes.

8    Q.   And eventually, you got put in contact with the Central

9    New York chapter; right?

10   A.   I did.

11   Q.   So you do your vetting meetings; right?

12   A.   Yeah.  They did.

13   Q.   And after the vetting meetings, you went to a protest in

14   the Hudson Valley area?

15   A.   It was supposed to be a protest, but it was lame.  There

16   was only a couple of people that showed up, so it was really

17   nothing.

18   Q.   Okay.  But that's, like, a three, three-and-a-half-hour

19   drive from you?

20   A.   It's more like a five-hour drive.

21   Q.   Five-hour drive?

22   A.   Yeah.

23   Q.   And a few of you also went to that from Central New

24   York.  Ronie went; correct?

25   A.   Yes.

1    Q.  Reaper went?

2    A.  I believe so.

3    Q.  And you met some of the Proud Boys from the Hudson

4    Valley chapter there, as well; correct?

5    A.  Yeah, we had the first degree ceremony, whatever it was,

6    at a local bar there.

7    Q.  So -- Pepe was there?

8    A.  Pepe was there.

9    Q.  Guy you know as Merx [ph] was there?

10    A.  The guy who I later learned was Merx [ph] was there,

11    yeah.

12    Q.  Patriot was there?

13    A.  Patriot?  The name sounds familiar, but I couldn't point

14    him out if I had to.

15    Q.  Hooks was there?

16    A.  Hooks was there.  Yeah, I believe Hooks was there.  I

17    mean, I -- at that time, I didn't know who they were, so I

18    don't know if they were there.  I think that was just --

19    those were people that I associated being with that chapter

20    later at the time.

21    Q.  Back in February of 2021, you told the FBI all those

22    people were there; correct?

23    A.  If you say so.

24    Q.  You took your first degree oath after that protest?

25    A.  Yes.

1    Q.  And sometime after that, you were contacted by someone

2    named Brian who was the president of Western New York; is

3    that right?

4    A.  Yeah.

5    Q.  They invited you to a rally in Buffalo?

6    A.  There was a rally in Buffalo, yep.

7    Q.  You went?

8    A.  I did go.

9    Q.  At that rally, you got into a fight?

10   A.  I did.

11   Q.  That was the first time you had met Brian; correct?

12   A.  Yeah.

13   Q.  And all of this was after the November 14th rally here

14   in D.C.; right?

15   A.  I believe so.

16   Q.  Well, you weren't a Proud Boy yet November 14th; right?

17   A.  No, I wasn't, but I'm just -- I'm not sure of the time

18   frame of that Buffalo thing.

19   Q.  I see.  Well, also before -- well, in between

20   November 14th and December 12th, you went to another meet-up

21   of the Western New York Proud Boys; correct?

22   A.  14th -- between what dates?

23   Q.  Between November -- between the November rally and the

24   December rally.

25   A.  I'm not sure if I met them before the December rally.  I

1    can't recall.  I know I met them around that time.  I'm not

2    sure when it was.

3    Q.  Do you recall -- you were a second degree at the time of

4    the second -- of the December rally; correct?

5    A.  No, I wasn't.  I was a first degree.

6    Q.  You were just first degree?

7            When did you get your second degree?

8    A.  I got my second degree after December in -- because -- I

9    remember, because it was with the New York -- the Rochester

10   chapter.  So that's why I was pretty sure I didn't meet them

11   beforehand.

12   Q.  Okay.  It was after, though -- you had gone to this

13   rally in Buffalo.  You had another meet-up with them.  At

14   that other meet-up, you asked them if you could get your

15   second degree; right?

16   A.  Yeah.

17   Q.  And they decided, "Yeah, we'll give you a second

18   degree"?

19   A.  Yes.

20   Q.  That was still within about a month or so of you having

21   joined the Proud Boys; correct?

22   A.  Yeah, those guys were -- they weren't rally boys.  They

23   were party boys.  They just -- they didn't care about

24   status, structure, anything like that.  They were just there

25   to hang out, have a good time.  So they didn't -- it didn't

1    matter how long you'd been in.  If you wanted it, you got

2    it.

3    Q.  So let me ask you a little bit about degrees.  You

4    testified yesterday that the degrees went by senior- -- or,

5    maybe, it was two days ago -- but you testified that the

6    degrees went by seniority; correct?

7    A.  I believe it was more just, like, a status symbol of how

8    long you've been around, basically.

9    Q.  But when you spoke to the FBI that first time around,

10   you said fourth degree was combat; correct?

11   A.  That's what I had perceived it to be, but I've since

12   learned that there's other ways.

13   Q.  But as of when you spoke to the FBI in February 2021,

14   you perceived fourth degree to be combat?

15   A.  That's fair to say.

16   Q.  And fair to say as well that in the -- in between when

17   you joined in November of 2020 and when you met with the FBI

18   in February of 2021, you thought it was combat for that time

19   period, as well?

20   A.  I'm sorry?

21   Q.  Sure.

22   A.  Yeah, clarify that, please.

23   Q.  You just testified that in February of 2021, you thought

24   the fourth degree was combat?

25   A.  Right.

1    Q.  Fair to say that from whenever you joined the Proud Boys

2    until that point, you thought it was combat, as well?

3    A.  I had heard stories about people getting other things --

4    getting fourth degree through other measures, but most

5    people seemed to get it through some kind of altercation

6    with Antifa.

7    Q.  And that's what you understood in November, December,

8    January 2021?

9            MR. METCALF:  Objection, Your Honor.  Asked and

10   answered already.

11           THE COURT:  Overruled.

12           THE WITNESS:  Could you repeat that.

13   BY MR. KENERSON:

14   Q.  That's what you understood in November, December, and

15   January 2021 that, generally speaking, a fourth degree was

16   combat?

17   A.  I assumed it was probably the most common way it was

18   achieved.

19   Q.  Now, you wanted to impress national leadership of the

20   Proud Boys; correct?

21   A.  No, I didn't.

22   Q.  You followed -- well, you followed Enrique Tarrio on

23   Parler; correct?

24   A.  He was the chairman.

25   Q.  You followed Joe Biggs on Parler?

1    A.  Not until much later.

2            MR. PATTIS:  Judge, a brief word with

3    Mr. Kenerson?

4            (Brief pause.)

5            Thank you.

6    BY MR. KENERSON:

7    Q.  You followed Joe Biggs on Parler?

8    A.  I -- like I said, much later.  The only reason I really

9    ended up following the other guys is because, maybe, Enrique

10   would repost something of theirs and I thought it was cool

11   or funny and I'm like, "Let me check this guy out."

12   Q.  You followed Ethan Nordean, as well; correct?

13   A.  Yeah, much later.

14   Q.  You replied to many of Enrique Tarrio's posts on Parler

15   within minutes of him having posted them; correct?

16   A.  It's possible.

17           MR. KENERSON:  Ms. Rohde, can we have 604-11,

18   please.

19   BY MR. KENERSON:

20   Q.  So for example, Mr. Pezzola, on November 28th of 2020,

21   Mr. Tarrio posted a photo and then "Band of Brothers.

22   Brotherhood of the banned."  Within approximately a minute,

23   you had responded "Uhuru, boss"; correct?

24   A.  Yeah, I was a big fan of the Band of Brothers series and

25   I just thought that was really cool.

1     MR. KENERSON:  Can we have 604-12, as well.

2   BY MR. KENERSON:

3   Q.  And at 7:22:18 p.m. on November 28th, Mr. Tarrio says

4   he's going to have an AMA session at 35,000 feet.  And you

5   respond within about five minutes to tell him you're going

6   to be getting a first degree this weekend; correct?

7   A.  Yeah.  Like I said, work was slow, and I was probably on

8   my phone more than usual.

9   Q.  And with respect to Mr. Tarrio, when you finally went to

10  D.C. on December 12th, you tried to get the best seat in the

11  house for when he spoke; correct?

12  A.  I always try to get the best seat in the house wherever

13  I am.

14  Q.  You just testified a few minutes ago you that you viewed

15  him, kind of, like a celebrity at that point; is that right?

16  A.  That's fair to say.

17  Q.  So you came back to D.C. on December 12th; correct?

18  A.  11th.

19  Q.  11th.  Thank you.

20      You came back to D.C. on December 11th.  You were

21  wearing an FAFO T-shirt?

22  A.  That was on the 12th.

23  Q.  That was on the 12th?

24  A.  Right.

25  Q.  You mugged for the cameras; correct?

19266

1    A.  Did I mug for them?

2    Q.  Yes.

3    A.  No, that's not correct.

4    Q.  No?

5            MR. KENERSON:  Can we have Rehl-37, please.

6            THE DEPUTY CLERK:  You said Rehl-37?

7            MR. KENERSON:  Rehl-37.

8            THE DEPUTY CLERK:  I don't have that as Rehl-37.

9    Rehl-37 --

10           MR. KENERSON:  Well, Ms. Rohde, can we try

11   Government-1906 and -- just for the witness.

12   BY MR. KENERSON:

13   Q.  Mr. Pezzola, that's a photo of you from December 12th?

14   A.  That is.

15   Q.  Fairly and accurately depict how you looked on

16   December 12th?

17   A.  It's accurate.

18           MR. KENERSON:  Move for admission of

19   Government's-1906.

20           THE COURT:  All right.  It will be admitted.  And

21   permission to publish.

22   BY MR. KENERSON:

23   Q.  You wouldn't describe that as mugging for the camera?

24   A.  No, I wouldn't describe that as mugging for the camera.

25   I describe that as how I usually stand.  And if you can see

1    from the people around me, we were staring up at the sky

2    because a helicopter went by that we thought might have been

3    Marine One.  And I had smoke in my eyes, so that's why I'm

4    making that face.

5    Q.  That guy's looking up in the sky?  (Indicating.)

6    A.  No, but he is and he is, and there's probably a few more

7    behind him.  (Indicating.)

8    Q.  You said you weren't someone who shies away from the

9    camera; correct?

10   A.  That's correct.

11   Q.  Now, this rally was large, upwards of 1,000 people?

12   A.  That's right.

13   Q.  You marched up front with Mr. Nordean and Mr. Tarrio?

14   A.  Yeah, I said that, you know -- I was a first degree

15   here, so technically, you would probably not see a first

16   degree up there, but there was a man in my chapter that they

17   called Mountain.  He was probably 6'5", over 300 pounds,

18   literally looked like a mountain, and he grabbed me and --

19   and pulled me up there and told me he wanted me up front.

20   So that's where I stood.

21   Q.  For this picture; correct?

22   A.  I -- not for that picture.  That's just where I was

23   standing when that picture was taken.

24            MR. METCALF:  Your Honor, I'm sorry.  I'm just

25   having difficulty sometimes hearing counsel and his

 1    questions.

 2              THE COURT:  All right.  Counsel and the witness,

 3    if you'll keep your mouth close to the microphones.

 4              MR. KENERSON:  Will, as always, do my best.

 5              Can we have 601-33, please, Ms. Rohde.

 6    BY MR. KENERSON:

 7    Q.  Mr. Pezzola, this is a photo from later at night around

 8    the December rally; correct?

 9    A.  That's right.

10    Q.  And that is a photo of Mr. Nordean and Mr. Tarrio and

11    some other people; correct?

12    A.  Correct.

13    Q.  That's you up at the front, as well?

14    A.  It is.

15    Q.  And at a separate time, you also marched up front with

16    Mr. Tarrio and Mr. Rehl; correct?

17    A.  I'm sorry.  I missed the --

18    Q.  Sorry.

19              At a separate time, you marched up front with

20    Mr. Tarrio and Mr. Rehl; correct?

21    A.  No, this was all during the same march just -- people

22    were, kind of -- it was -- it's -- fluctuates.  There's no

23    real -- it's not the military.  There's no real order.

24    Like, there's no one taking the orders.  No one's in --

25    really in charge.  Like I said, every man's free to come and

1    go as they please.  No one's a subordinate to anyone else,

2    really.  And, like I said, we were all standing around and

3    Mr. Tarrio ended up coming through and I recognized him and

4    I was like, "Oh, shit, I want to go hear this speech," but I

5    did not know Mr. Nordean at the time.  I had no idea who he

6    was.  I was only a member for, like, a week.

7    Q.  I understand all of that, Mr. Pezzola.  My question was,

8    at a different time, you were up in front with Mr. Tarrio

9    and Mr. Rehl; correct?

10   A.  At a different moment in the same march, yes.

11          MR. KENERSON:  Can we have 540-1, please.

12   BY MR. KENERSON:

13   Q.  That's, again, you up front with Mr. Tarrio and

14   Mr. Rehl; correct?

15   A.  That's correct.

16   Q.  Now, here at the December rally, even as a relatively

17   new member, it was apparent to you who was in charge;

18   correct?

19   A.  I'm sorry?

20   Q.  Even as a relatively new member, it was apparent to you

21   in December who was in charge; is that right?

22   A.  I wouldn't say "in charge."  I just knew who the --

23   technically, the face of the organization was because, like

24   I said, every chapter's autonomous.  So I mean, there is no

25   structure, but usually if there's a president or somebody

1    with you, they'll make the suggestions and people usually

2    follow them.

3    Q.  Well, at this particular rally, you perceived Enrique

4    Tarrio as being one of the people who was in charge;

5    correct?

6    A.  I've always considered him to be a type of a leader in

7    the organization, yes.

8    Q.  You considered Rufio to be one of the people in charge;

9    correct?

10   A.  At this time, I had no idea who Rufio was.

11              MR. HULL:  Your Honor, slower and louder, both

12   counsel and witness.

13              THE COURT:  All right.  You both heard the man.

14              Continue, Mr. Kenerson.

15   BY MR. KENERSON:

16   Q.  You recognized Mr. Biggs as being a person who was in

17   charge at this --

18              MR. PATTIS:  Foundation.  Objection.  Did he

19   recognize him?

20              THE COURT:  It's --

21              MR. PATTIS:  Compound.

22              THE COURT:  Overruled.

23              THE WITNESS:  I had no idea who Mr. Biggs was, and

24   I had no idea what his role was.

25   BY MR. KENERSON:

1  Q.  You told the FBI back in -- February 26th, 2021, that

2  Mr. Biggs was one of the people in charge at this rally;

3  correct?

4  A.  Of this rally?

5  Q.  December rally.

6  A.  I don't believe I did.  Not to my recollection.

7  Q.  You told the FBI that Rufio was one of the people in

8  charge at this rally; correct?

9  A.  Well, you're, kind of, misconstruing what's going on

10  here.  At this point, I didn't know any of these people, but

11  in retrospect I was probably saying, yeah, they were in

12  charge.

13  Q.  And you also recognized that Jeremy Bertino was one of

14  the leaders at this rally; correct?

15  A.  That, I had figured, because I had followed Bertino and

16  he's, kind of, a -- he's, kind of, hard to miss.  He's tall.

17  He's got a huge beard.  So yeah.  And he was loud, always up

18  front, so I figured he was probably somewhere near the

19  leadership.  Yeah.

20  Q.  And, in fact, on this -- on the night of the 12th, you

21  were at the front of the line when Bertino was yelling at

22  police to let the Proud Boys at Antifa; correct?

23  A.  For a short time.  It ended up being nothing.  So I

24  turned around, went back towards the bar.

25  Q.  So you were there when he was telling police to "Move

1    aside and let us handle these motherfuckers"?

2    A.  Yeah, but I don't think I heard him say any of that.  I

3    was there, but -- I mean, I was a little ways away from him.

4    If there's a lot of commotion, you can't really hear what

5    any one person's saying unless you're standing right next to

6    them.

7    Q.  You were also there when Mr. Bertino was stabbed;

8    correct?

9    A.  I was.

10   Q.  You saw a fight break out?

11   A.  I didn't see it, no.

12   Q.  You heard that a fight broke out?

13   A.  I heard that a fight broke out, yes.

14   Q.  You sprang into action; correct?

15   A.  I mean, you make it sound like a superhero-type thing,

16   sprang into action.  I saw a commotion --

17           THE COURT:  I'm sorry.  I'm sorry, sir.  If I can

18   just have counsel not speak while the witness is speaking.

19           You may proceed, sir.

20           THE WITNESS:  I saw a commotion ahead of me and I

21   heard people screaming, "This guy just stabbed a bunch of

22   people."  And then -- and I started running up to see what

23   was going on, and I almost, kind of, ran into him.

24   BY MR. KENERSON:

25   Q.  So you were told that there was a threat and you

19273

```
1    instinctively knew what you needed to do; correct?
2    A.  I always instinctively know what to do when there's a
3    threat.
4              MR. KENERSON:  If we could have just for the
5    witness Government's Exhibit-275A, please.
6    BY MR. KENERSON:
7    Q.  Mr. Pezzola, do you see what's on your screen right now?
8    A.  Yes, sir.
9    Q.  Do you see the date of that?  December 12th, 2021.
10   A.  I do.
11   Q.  And does this appear to be the scene around the area
12   where Mr. Bertino was stabbed?
13   A.  That's right.
14             MR. KENERSON:  Move to admit Government's-275A.
15             THE COURT:  All right.  Without objection, it will
16   be admitted.  And permission to publish.
17             MR. METCALF:  Your Honor, can I just state
18   something for the record real quick on sidebar?
19             THE COURT:  All right.
20             (Bench conference:)
21             MR. METCALF:  Your Honor, I do just want to state
22   for the record that I have not had a chance to review this
23   video yet.  This video was turned over to me during our
24   break.  I tried to download it and pass it over to Attorney
25   Roots, but if I -- if anything does pop up, I just wanted to
```

1    have that for the record, and if I have an objection later

2    on, I would just let the Court know.

3                THE COURT:  All right.  Very well.

4                MR. KENERSON:  I would just also note for the

5    record that this is a clipped portion of Government's

6    Exhibit-275 which has been on our exhibit list for a very

7    long time.

8                THE COURT:  All right.  And it is two minutes --

9    two-and-a-half minutes long about a matter that he already

10   testified to on direct.

11               You may proceed, sir.

12               (Return from bench conference.)

13               MR. KENERSON:  And if we could play just a few

14   seconds, Ms. Rohde.

15               (Video played.)

16               MR. KENERSON:  We can pause right there.

17   BY MR. KENERSON:

18   Q.  This appears to be someone, kind of, running in after

19   Mr. Bertino has been stabbed; correct?

20   A.  Does that appear to be someone running in?

21   Q.  Yes.

22   A.  Who's wearing this camera?

23   Q.  Yes.

24   A.  It appears to be a police body camera.  Yes.

25   Q.  So it appears to be the police coming in after

1    Mr. Bertino was stabbed; correct?

2    A.  Correct.

3              MR. KENERSON:  Okay.  You can keep playing.

4              (Video played.)

5              MR. KENERSON:  Pause it right there.

6    BY MR. KENERSON:

7    Q.  Mr. Bertino is long gone from this area by now; correct?

8    A.  Yeah.  And I actually believe this is the officer that

9    pepper-sprayed me in the eyes.

10             MR. KENERSON:  If we can play this until 31

11   seconds, Ms. Rohde.

12             (Video played.)

13             MR. KENERSON:  If we can go frame by frame here

14   for just a moment.

15             (Video played.)

16             THE WITNESS:  Yeah, I can point out if you want me

17   to.

18   BY MR. KENERSON:

19   Q.  Sure.  Do you see yourself?

20   A.  I'm right there.  (Indicating.)

21   Q.  All right.  And your testimony on direct was that you

22   just put your weight on the guy; correct?

23   A.  I -- I was trying to restrain him.

24   Q.  You punched him.

25   A.  No, I didn't punch him.

```
 1              MR. KENERSON:  Could we play this at about a third
 2    speed, quarter speed.
 3              THE WITNESS:  Let me rephrase.  I don't believe I
 4    punched him.  I don't remember.  If I did, I did.
 5              (Video played.)
 6              MR. KENERSON:  If we can -- sorry.  Ms. Rohde, if
 7    we could stop.  If we could just mute the volume and go back
 8    to about 30 seconds.
 9              (Brief pause.)
10              (Video played.)
11    BY MR. KENERSON:
12    Q.  That's your hand coming up and punching the guy;
13    correct?
14    A.  No, I didn't -- no, he was on the ground.  I didn't
15    punch him.  I think that was just a reaction to me being
16    pepper-sprayed.  The -- my -- you cannot see my fist
17    striking anyone in that video.
18              MR. KENERSON:  Let's let it play.
19              (Video played.)
20              MR. KENERSON:  And we can go back to sound and
21    full speed.
22              MR. METCALF:  Your Honor, objection as to
23    cumulative relevance.  It's already been played.
24              THE COURT:  The part we're about to see has not
25    been played.  So overruled.
```

```
 1                    (Video played.)
 2                MR. KENERSON:  Pause right here.
 3    BY MR. KENERSON:
 4    Q.  That's the guy who was -- who you testified was on the
 5    ground right where you were; correct?
 6    A.  That's the man that attempted to murder four people,
 7    yes.
 8    Q.  And what we saw right before was you raising your fist
 9    up and bringing it down right where we have now seen his
10    body; correct?
11                MR. PATTIS:  Objection.  That's not what we saw.
12                THE COURT:  The question -- Mr. Kenerson can ask
13    the question and the witness can answer it.
14                THE WITNESS:  That's not correct.  You saw a
15    reaction from me after I was pepper-sprayed directly in the
16    eyes.  So I wouldn't even have been able to see where anyone
17    was to punch them.
18                MR. KENERSON:  Let's keep this going -- well, hold
19    up.
20    BY MR. KENERSON:
21    Q.  You wouldn't have been able to see where anyone was to
22    punch them?
23    A.  At the time I got pepper-sprayed, I was coming up off of
24    him.  So I don't believe I could have even been in the
25    vicinity to punch anyone, because he was laying flat on the
```

1    ground.

2                    MR. KENERSON:  Let's go back to 30 seconds --

3    let's go back to about 25 seconds.

4                    (Video played.)

5                    MR. KENERSON:  Stop right here.

6    BY MR. KENERSON:

7    Q.  He's on the ground right now; correct?

8    A.  I believe so.

9    Q.  And you're standing over him, or kneeling over him?

10   A.  It's, kind of -- I mean, this was a chaotic moment, too.

11   It was, kind of, hard to remember, but I do believe I was,

12   maybe, on a knee.

13   Q.  Your testimony on direct was that you were trying to

14   hold him down with your weight; correct?

15   A.  With my arms.

16   Q.  Right.  So you were on him; correct?

17   A.  Not -- I wasn't, like, laying on him, but, you know, I

18   was pushing down.  Yeah.

19   Q.  Yeah.  Your body weight was on him; correct?

20   A.  My body weight was on him.

21   Q.  So you knew where he was?

22   A.  I knew where he was.

23   Q.  He was under you; correct?

24   A.  He was under me and a couple other people, yes.

25                   MR. KENERSON:  Okay.  Let's let this -- and --

1    let's let this play.

2                  (Video played.)

3                  MR. KENERSON:  Pause it right there.

4    BY MR. KENERSON:

5    Q.  Your testimony was that you were standing up and not

6    punching down at the guy?

7    A.  It's clearly obvious at that point I was lifted up into

8    more of a kneeling position, and there's no way I would have

9    been able to punch someone with my fist up here,

10   (indicating) when he's laying on the ground.

11                 MR. KENERSON:  Let's let this play.

12                 (Video played.)

13                 MS. HERNANDEZ:  Objection.  403, Your Honor.

14                 THE COURT:  Overruled.  You may continue,

15   Mr. Kenerson.

16                 (Video played.)

17                 MR. KENERSON:  All right.  We're at the end of the

18   video, anyway.

19   BY MR. KENERSON:

20   Q.  Mr. Pezzola, that officer who came in was the punk-ass

21   5-0 who Maced you?

22   A.  Yes, he was.

23   Q.  You weren't acting alone there; correct?

24   A.  I wasn't under anyone's orders.

25   Q.  That wasn't my question.  You weren't acting alone;

1    correct?

2    A.  I was acting alone.

3    Q.  You were acting alone?

4    A.  I was doing my own thing.  If other people were doing

5    their own thing around me, then it's just a bunch of people

6    doing their own thing.

7    Q.  A bunch of people doing their own thing all trying to

8    hold that guy down; correct?

9    A.  Correct.  And, you know, I just -- I have to say, you

10   know, I've seen multiple instances where it's almost --

11   people feel it's their civic duty to intervene when the

12   police can't be there in time.  It's happened multiple times

13   when someone holds up a grocery store and a civilian stops

14   them.  They're hailed as a hero.

15   Q.  Multiple people all decided to do that at the same time;

16   correct?

17   A.  If you want me to just state what I see, I suppose that

18   they decided.  I don't know what they decided.  I only know

19   what I decided.

20   Q.  Correct.  No one told you to do that; correct?

21   A.  No one told me, no.

22   Q.  No one told them to do that?

23   A.  I don't know.

24   Q.  There wasn't a plan laid out for what to do if Noble

25   Beard was stabbed?

1   A.  Couldn't tell you.

2   Q.  You were never told a plan for what to do if Noble Beard

3   was stabbed?

4   A.  I was never told anything.  I was only a Proud Boy for

5   about a week.

6   Q.  But you knew what your reaction was going to be when it

7   happened; correct?

8                MR. METCALF:  Objection.  Calls for speculation.

9                THE COURT:  It's his own reaction.

10                MR. METCALF:  But him knowing prior --

11                THE COURT:  He can answer the question.

12                MR. KENERSON:  Let me rephrase.

13   BY MR. KENERSON:

14   Q.  Your reaction was to do what you did; correct?

15   A.  My reaction would be always to try to help out if

16   someone just tried to kill four people in -- the best I

17   could, yes.

18   Q.  And all of the other people around you had the same

19   reaction; correct?

20                MS. HERNANDEZ:  Objection as to vagueness, Your

21   Honor.

22   BY MR. KENERSON:

23   Q.  All the other people around you did the same thing;

24   correct?

25                MR. METCALF:  Your Honor, objection as -- speaks

1    for itself --

2             THE COURT:  Okay.

3             THE COURT REPORTER:  I can't hear you.

4             MR. METCALF:  Can I restate that --

5             THE COURT:  You --

6             MR. METCALF:  -- for the court reporter?

7             THE COURT:  Yes.  Let me just hear you -- let me

8    hear you at sidebar very quickly.

9             (Bench conference:)

10            MS. HERNANDEZ:  Some of us --

11            THE COURT:  All right.  Ms. --

12            MS. HERNANDEZ:  The microphone --

13            THE COURT:  Ms. Hernandez, stop talking.  Okay?

14   I'll point to you if I want to hear from you.

15            All right.  Mr. Kenerson, this is here -- you were

16   able to do some of this because it impeaches his direct

17   about what he said happened.  I think, you know, the

18   question of what other people were doing and all the rest of

19   it, it really does not impeach his testimony and it bleeds

20   into 403.  The only reason we're even going into this is

21   because it -- if it -- it has purported value in impeaching

22   his testimony, but these other questions about what other

23   people were doing -- let's move on.  All right?

24            MR. KENERSON:  Okay.

25            THE COURT:  All right.

```
1                    (Return from bench conference.)
2                    THE COURT:  Oh, I'm sorry.  Hold on one second --
3       one additional second.
4                    (Bench conference:)
5                    MS. HERNANDEZ:  Your Honor, I just wanted to
6       clarify.  My client is not anywhere near this at this point.
7       So I --
8                    THE COURT:  All right.
9                    MS. HERNANDEZ:  I understand the Court's ruling,
10      but on top of that my client's not anywhere here.  So when
11      he says "these people," or whatever --
12                   THE COURT:  All right.
13                   MS. HERNANDEZ:  -- without clarifying --
14                   THE COURT:  It --
15                   MS. HERNANDEZ:  Thank you.
16                   THE COURT:  It boggles my mind why we had to come
17      back on that -- on -- under seal for you to -- or not under
18      seal -- but at sidebar for you to mention that, but all
19      right.  Very well.
20                   MS. HERNANDEZ:  I'd like it to come out -- I'd
21      like him to clarify that, because he's been saying "other
22      people, other people" --
23                   THE COURT:  Ms. --
24                   MS. HERNANDEZ:  -- and lumping everybody together.
25                   THE COURT:  We're moving on.
```

```
 1              (Return from bench conference.)
 2   BY MR. KENERSON:
 3   Q.  After this rally, you were excited about having come to
 4   Noble Beard's aid; correct?
 5   A.  Yeah, I felt good about helping someone.
 6   Q.  You went down to North Carolina?
 7   A.  I mean, totally -- I mean, totally unrelated, but yeah,
 8   I went to North Carolina, but it wasn't specifically just to
 9   go see Noble Beard.  That was a sidetrack mission.
10   Q.  But you did see Noble Beard; correct?
11   A.  Saw him for about an hour.
12   Q.  And one of the things you did was deliver that shield
13   that we've seen here in court; correct?
14   A.  Yes, the handmade shield that a guy from my chapter was
15   making for whoever ordered one.
16   Q.  And you and he reminisced about growing up together in
17   Rochester?
18   A.  I didn't grow up together with him.  I never knew him --
19   Q.  Growing up in the same city, in Rochester?
20   A.  Yeah, we talked about how we were from the same
21   neighborhood, had the same friends, attended a couple of the
22   same parties but just never crossed paths.
23   Q.  And you told him about what you had done on
24   December 12th; correct?
25   A.  I did.
```

1    Q.  You had also told Mr. Tarrio, ahead of you going down to

2    North Carolina, that you were coming down to do that;

3    correct?

4    A.  I did, but the only reason I did that was because the

5    kid that was making the shields got sick with COVID.  So he

6    asked me to let Enrique know that we were going to Bertino's

7    to bring the shield.

8    Q.  Okay.  So you sent a message to Enrique to tell him;

9    correct?

10   A.  I just said I did, yes.

11   Q.  That was around New Year's Eve 2020?

12   A.  I believe we stopped at Bertino's house the day of New

13   Year's Eve, yes.

14   Q.  And you had been in the Proud Boys still for about a

15   month at that point?

16   A.  Boy, December -- I think it was, like, December 5th

17   or some -- December 4th to, like, January 6th, or something

18   like that, was my timeline.  So wherever it falls, yeah.

19   Q.  A few weeks?

20   A.  A few weeks.

21   Q.  You were a second degree already at that point?

22   A.  At Bertino's?

23   Q.  Yes.

24   A.  Hmm.  I don't recall.  It's possible.

25   Q.  But after that meeting with Mr. Bertino, he added you to

1    the Ministry of Self-Defense; correct?

2    A.  It was a couple of days later.

3             MR. KENERSON:  Can we have 600-51, please,

4    Ms. Rohde.

5    BY MR. KENERSON:

6    Q.  Mr. Pezzola, that's a photo of you that Enrique Tarrio

7    posted to his Parler on New Year's Eve; correct?

8    A.  That is.

9    Q.  And this is the same Enrique Tarrio that you testified

10   was like a celebrity to you around this point in time?

11   A.  Sure is.

12   Q.  And the caption he put under that was "Lords of War,

13   #J6, #J20"; correct?

14   A.  Yeah, but that was referring to a podcast that he made

15   called J6 J20, I believe.

16   Q.  Mr. Tarrio, you know exactly what Tarrio -- or excuse

17   me -- Mr. Pezzola, you know exactly what Tarrio was

18   referring to with that?

19   A.  No, I found out later.

20   Q.  Your hotel plans fell through by January 6th; right?

21   A.  That's right.

22   Q.  You were in the Ministry of Self-Defense by then?

23   A.  I was.

24   Q.  You asked the MOSD Op chat for suggestions on what to

25   do?

1    A.  I just placed a random chat -- a random message on the

2    site for anyone to answer.  It wasn't specifically directed

3    towards anyone.

4    Q.  It wasn't specifically directed towards anyone, but

5    Mr. Tarrio responded; correct?

6    A.  He did respond.  I, you know -- he's the chairman.  I

7    would imagine he was just trying to help.

8    Q.  And he did try to help; correct?

9    A.  Gave me a suggestion.

10   Q.  Now, when you were added to the Ministry of

11   Self-Defense, you said you were proud as fuck to be there;

12   correct?

13   A.  I was.

14   Q.  You got welcomes from Proud Boys from Philadelphia and

15   North Carolina after you joined?

16   A.  I'm sorry?

17   Q.  You got welcomes from Proud Boys from Philadelphia and

18   North Carolina after you joined?

19   A.  They were just random welcomes.  I had no idea who they

20   were.

21   Q.  I'm going to move to January 6th in a moment, but I want

22   to ask you a few questions about the Proud Boys.

23         You wanted to be a Proud Boy because you thought

24   the country was under attack from radical socialists?

25         THE COURT:  I'm sorry.  I'm so sorry, but, again,

1    I can't have the witness competing with counsel.

2            You may proceed, Mr. Kenerson.

3    BY MR. KENERSON:

4    Q.  Mr. Pezzola, you wanted to become a Proud Boy because

5    you thought this country was under attack by radical

6    socialists; correct?

7    A.  I believed, after everything I witnessed in the summer

8    of 2020 with all the riots and every major city burning to

9    the ground, that the country was at a -- in a pretty bad

10   place, yes.

11   Q.  That's part of the reason you wanted to join the Proud

12   Boys; correct?

13   A.  I wanted to join because I was tired of seeing innocent

14   protesters attacked.

15   Q.  You wanted to join because you felt your flag was under

16   attack by radical socialists; correct?

17   A.  I did not enjoy seeing a flag that I served under, that

18   I know many men have bled and died for to protect our

19   freedoms, was being disrespected, yes.

20   Q.  That was part of the reason you wanted to join the Proud

21   Boys; correct?

22   A.  What reason?  The flag thing?

23   Q.  That your flag was under attack by radical socialists.

24   A.  My flag is sacred to me, yes.

25   Q.  So that's part of the reason you wanted to join the

1    Proud Boys?

2    A.  I said yes.

3    Q.  You thought your family was under attack by radical

4    socialists; correct?

5    A.  I thought their way of living a free life could have

6    possibly been under some threat, yes.

7    Q.  You thought your freedom was under attack by radical

8    socialists; correct?

9    A.  Radical socialists do attack freedom.

10   Q.  That's part of the reason you wanted to join the Proud

11   Boys; correct?

12   A.  I was interested in joining a group of like-minded men

13   who all thought the same and had the same beliefs as me.

14   Q.  The fact that you thought your freedom was under attack

15   by radical socialists is part of the reason you joined the

16   Proud Boys; correct?

17            MR. METCALF:  Your Honor, objection as to

18   relevance and asked and answered.

19            THE COURT:  Overruled.

20            THE WITNESS:  I just answered that.  I'm not sure

21   what you're trying to get out of me.

22   BY MR. KENERSON:

23   Q.  My question is, that's part of the reason you joined the

24   Proud Boys; correct?

25   A.  Was -- what reason?

1    Q.  That you're -- you thought -- your -- you thought your

2    freedom was under attack by radical socialists?

3    A.  I believe --

4             MR. PATTIS:  Objection.

5             THE WITNESS:  -- everyone's freedom was under

6    attack by radical socialists.

7    BY MR. KENERSON:

8    Q.  And that's part of the reason you joined the Proud Boys?

9    A.  I don't know if I directly related the two.  I just

10   thought it was nice to be around people who, kind of,

11   expressed the same opinions as me.

12   Q.  Well --

13            MR. PATTIS:  Objection.  Relevance.  403.

14   Brandenburg.

15            THE COURT:  Overruled.  He can answer the question

16   that has been posed.

17            MR. KENERSON:  Can we have Exhibit No. 23, please,

18   which I believe is in evidence, the scanned version.

19            THE DEPUTY CLERK:  What number was it?

20            MR. KENERSON:  23.

21            THE DEPUTY CLERK:  Government-23?

22            MR. KENERSON:  Yes, Government-23.

23            MR. PATTIS:  While the Government tees that up,

24   may we be heard briefly?

25            (Bench conference:)

```
 1            MR. PATTIS:  I can't believe I'm sitting in an
 2   American courtroom where a person is being impeached because
 3   of his associational interests.
 4            THE COURT:  He's being asked why he joined a
 5   particular group.
 6            MR. PATTIS:  Yes.
 7            THE COURT:  Right.
 8            MR. PATTIS:  And he had -- and these are all for
 9   protected reasons, and this is being used as impeachment.
10   His First Amendment, you know -- if this group is tied to a
11   criminal activity, fine, but he can't be impeached for being
12   a member of a group with ideas.  That's never been the law
13   in this country.
14            THE COURT:  But he testified as to why he joined
15   the group on direct.  And why can't he be cross-examined on
16   those reasons?
17            MR. PATTIS:  He's being -- this is presumably part
18   of an effort to undermine his credibility, and his reasons
19   for joining are irrelevant.
20            THE COURT:  But he -- no.
21            MR. PATTIS:  If the Government is going to argue
22   that this is somehow inculpatory, then we'll move for a
23   mistrial.  You cannot be impeached for your political
24   associations in this country.
25            THE COURT:  You can be impeached for your
```

1    testimony as to a particular topic.  He's testified he

2    joined the Proud Boys for a particular -- for particular

3    reasons on direct, and the Government is allowed to

4    impeach -- to attempt to impeach him and to suggest that

5    he's -- he joined for other reasons.

6         MR. PATTIS:  But that's not what they're saying.

7    They're saying, "You joined for these reasons."  These are

8    permitted reasons.  It's like asking, "Did you become a

9    member of the Republican party?"

10        THE COURT:  No, no, no, no.  No one's disputing

11   that.  The question is whether these impeach the reasons he

12   gave on direct.  My point is -- in other words, someone

13   says -- it's an attack on his truthfulness.  It's not

14   suggesting that Reason A or B or C means you were a

15   criminal.

16        MR. PATTIS:  I think the record will reflect

17   otherwise.  I'll just make a standing 403 objection.  If --

18   and you'll know what I'm referring to.  And the Brandenburg

19   thing was intended not to raise a speaking objection but to

20   alert the Court to the contours of that 403 objection.

21        THE COURT:  I appreciate it.  Again, the question

22   that you objected to was, "Why did you join?"  And, again,

23   he testified -- and this is the same way it came up with

24   Mr. Rehl -- there was questions about why he joined -- on

25   direct, why he --

1          MR. PATTIS:  No, no.

2          THE COURT:  -- joined the --

3          MR. PATTIS:  The questions are particular.

4    "Because you thought the country was attacked by radical

5    socialism, radical socialism, radical socialism, your

6    freedom, your flag, your family, your country."

7          THE COURT:  Yeah.  I mean, it's --

8          MR. PATTIS:  People join political parties for all

9    sorts of reasons.

10         THE COURT:  All right.  It's also -- look, it's

11   also relevant to motive, and I know that's really what you

12   think is not proper, but I have ruled that it is proper.

13         MR. PATTIS:  So I'm just preserving my objection.

14         THE COURT:  Fair enough.  Fair enough.

15         MR. KENERSON:  Can we just note before we go too

16   far down this rabbit hole with anyone else that this

17   document --

18         THE COURT:  Yeah.

19         MR. KENERSON:  -- is in evidence.  We've already

20   litigated all of this.

21         MS. HERNANDEZ:  Yeah, but --

22         THE COURT:  Yep.

23         MS. HERNANDEZ:  -- Your Honor, the -- and I

24   understand Mr. Kenerson is entitled to cross-examine, but

25   the --

1           THE COURT:  Okay.

2           MS. HERNANDEZ:  -- difficulty with this -- the way

3    the questions are coming out is that, because he's

4    cross-examining, he's putting all these thoughts into --

5    political ideas into the record and then Mr. Pezzola's going

6    along.

7           THE COURT:  Right.  Again --

8           MS. HERNANDEZ:  So that becomes problematic

9    because Mr. Pezzola's ideas are becoming showered on every

10   defendant here, whether that's Mr. Rehl's beliefs or not.

11          THE COURT:  It's called cross-examination, and

12   Mr. -- no one has suggested, let alone the attorney whose

13   client is being cross-examined, that Mr. Kenerson doesn't

14   have a good-faith basis to ask these questions.  So he will

15   be permitted to proceed, but it's 12:29, so I'm going to

16   send them to lunch.

17          (Return from bench conference.)

18          THE COURT:  All right.  Ladies and gentlemen, it's

19   12:29.  The lunch hour is upon us.  We'll see you on the

20   other side of lunch.

21          (Jury returned to jury room.)

22          THE COURT:  All right.  I'll see you all at 1:30.

23          THE DEPUTY CLERK:  All rise.  This Honorable Court

24   stands in recess until the return of Court at 1:30.

25          (Luncheon recess taken at 12:30 p.m.)

1                    * * * * * * * * * * * * *

2           **CERTIFICATE OF OFFICIAL COURT REPORTER**

3     I, TIMOTHY R. MILLER, RPR, CRR, NJ-CCR, do hereby certify

4     that the above and foregoing constitutes a true and accurate

5     transcript of my stenographic notes and is a full, true and

6     complete transcript of the proceedings to the best of my

7     ability, dated this 21st day of April 2023.

8                              /s/Timothy R. Miller, RPR, CRR, NJ-CCR
                               Official Court Reporter
9                              United States Courthouse
                               Room 6722
10                             333 Constitution Avenue, NW
                               Washington, DC 20001

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## #

**#J20** [1] - 19286:13

## $

**$1,000** [2] - 19251:18, 19251:19

## '

**'04** [1] - 19237:2

## /

**/s/Timothy** [1] - 19295:8

## 0

**06511** [1] - 19167:22

## 1

**1** [3] - 19170:3, 19170:9, 19170:13
**1,000** [1] - 19267:11
**1-ETHAN** [1] - 19167:4
**10** [2] - 19228:10, 19228:13
**100** [2] - 19211:2, 19211:4
**10003** [1] - 19167:18
**10016** [1] - 19168:13
**1014** [1] - 19168:9
**10:00** [1] - 19170:23
**113** [1] - 19168:15
**117** [1] - 19174:24
**11th** [3] - 19265:18, 19265:19, 19265:20
**12** [1] - 19174:18
**12:29** [2] - 19294:15, 19294:19
**12:30** [1] - 19294:25
**12th** [10] - 19260:20, 19265:10, 19265:17, 19265:22, 19265:23, 19266:13, 19266:16, 19271:20, 19273:9, 19284:24
**1420** [1] - 19167:24
**14th** [4] - 19260:13, 19260:16, 19260:20, 19260:22
**1512** [1] - 19173:2
**1512(c)(2** [12] - 19171:17, 19172:2, 19172:10, 19172:25, 19174:20, 19175:4, 19175:11, 19176:11,

19177:19, 19179:15, 19179:23, 19180:1
**1512(c)(2)'s** [3] - 19172:19, 19176:23, 19178:9
**153** [1] - 19168:5
**17** [1] - 19176:8
**18** [2] - 19171:16, 19172:25
**188** [1] - 19173:7
**193** [1] - 19173:15
**1975** [1] - 19174:25
**1990** [1] - 19236:25
**1991** [1] - 19173:14
**1997** [2] - 19173:8, 19236:25
**1998** [2] - 19237:1, 19237:4
**1:21-cr-00175-TJK-1** [1] - 19167:2
**1:21-cr-00175-TJK-2** [1] - 19167:3
**1:21-cr-00175-TJK-3** [1] - 19167:3
**1:21-cr-00175-TJK-5** [1] - 19167:4
**1:21-cr-00175-TJK-6** [1] - 19167:4
**1:30** [2] - 19294:22, 19294:24
**1st** [1] - 19167:21

## 2

**2** [5] - 19170:4, 19170:9, 19170:14, 19173:4, 19178:20
**2-JOSEPH** [1] - 19167:5
**20** [2] - 19167:6, 19233:23
**20001** [2] - 19168:19, 19295:10
**20005** [1] - 19167:25
**2004** [5] - 19231:4, 19233:22, 19233:25, 19237:4, 19237:15
**2005** [1] - 19233:25
**202** [3] - 19167:15, 19167:25, 19168:20
**2020** [7] - 19256:21, 19257:6, 19257:14, 19262:17, 19264:20, 19285:11, 19288:8
**2021** [16] - 19210:15, 19225:11, 19225:14, 19237:16, 19238:2, 19238:16, 19239:1, 19255:4, 19259:21, 19262:13, 19262:18,

19262:23, 19263:8, 19263:15, 19271:1, 19273:9
**2022** [1] - 19171:23, 19239:2
**2023** [4] - 19167:6, 19171:11, 19171:12, 19295:7
**203** [1] - 19167:22
**20530** [1] - 19167:15
**20777** [1] - 19168:3
**209** [1] - 19168:6
**20th** [1] - 19167:17
**21-175** [2] - 19170:2, 19228:16
**21st** [1] - 19295:7
**23** [5] - 19212:9, 19215:22, 19220:8, 19290:17, 19290:20
**240** [1] - 19168:3
**25** [1] - 19278:3
**252-7233** [1] - 19167:15
**253-0514** [1] - 19168:13
**26th** [1] - 19271:1
**275A** [1] - 19229:19
**2817988** [1] - 19171:11
**28th** [2] - 19264:20, 19265:3
**2nd** [2] - 19255:2, 19255:4

## 3

**3** [5] - 19170:4, 19170:10, 19170:14, 19173:4, 19178:21
**3-ZACHARY** [1] - 19167:5
**30** [2] - 19276:8, 19278:2
**300** [1] - 19267:17
**305** [2] - 19168:7, 19168:10
**30s** [1] - 19212:19
**31** [1] - 19275:10
**33012** [1] - 19168:9
**33014** [1] - 19168:6
**333** [2] - 19168:19, 19295:10
**35,000** [1] - 19265:4
**354-3111** [1] - 19168:20
**383** [1] - 19167:21
**393-3017** [1] - 19167:22
**3d** [1] - 19171:23

## 4

**403** [5] - 19279:13, 19282:20, 19290:13, 19292:17, 19292:20
**403-7323** [1] - 19168:7
**418** [1] - 19174:24
**429-6520** [1] - 19167:25
**43** [1] - 19242:16
**430** [1] - 19173:6
**472-3391** [1] - 19168:3
**49** [1] - 19168:9
**4:00** [1] - 19209:7
**4r** [1] - 19167:18
**4th** [2] - 19167:14, 19285:17

## 5

**5** [3] - 19170:5, 19170:11, 19170:15
**5-0** [1] - 19279:21
**5-ENRIQUE** [1] - 19167:6
**540-1** [1] - 19269:11
**555** [1] - 19167:14
**589** [1] - 19171:22
**59047** [1] - 19168:16
**5:00** [1] - 19209:8
**5th** [1] - 19285:16

## 6

**6** [3] - 19170:5, 19170:12, 19170:15
**6'5** [1] - 19267:17
**6-DOMINIC** [1] - 19167:6
**60** [1] - 19171:23
**600-51** [1] - 19286:3
**601-33** [1] - 19268:5
**604-11** [1] - 19264:17
**604-12** [1] - 19265:1
**6175** [1] - 19168:5
**646** [1] - 19168:13
**6722** [2] - 19168:18, 19295:9
**68** [1] - 19167:8
**6th** [22] - 19168:12, 19171:17, 19222:17, 19223:2, 19225:11, 19225:14, 19234:1, 19234:12, 19235:23, 19237:16, 19238:19, 19238:22, 19238:25, 19243:2, 19246:4, 19252:3, 19252:8, 19253:1, 19256:19, 19285:17, 19286:20,

19287:21

## 7

**7** [1] - 19167:17
**7(c)(1)** [1] - 19175:1
**7166** [1] - 19168:2
**764-9347** [1] - 19168:16
**771** [1] - 19173:13
**775** [1] - 19168:16
**78** [1] - 19171:23
**780** [1] - 19173:14
**781** [2] - 19174:9, 19176:18
**7:22:18** [1] - 19265:3
**7th** [1] - 19171:12

## 8

**8** [2] - 19237:2
**822-2901** [1] - 19168:10
**87** [1] - 19174:24

## 9

**9/11** [1] - 19235:11
**902-3869** [1] - 19167:19
**911** [1] - 19252:23
**917** [1] - 19167:19
**950** [1] - 19173:13
**99** [1] - 19168:12
**9:15** [1] - 19167:6
**9th** [1] - 19255:25

## A

**a.m** [1] - 19167:6
**Aaron** [1] - 19223:25
**ability** [1] - 19295:7
**able** [8] - 19217:17, 19220:8, 19220:9, 19232:12, 19277:16, 19277:21, 19279:9, 19282:16
**absolutely** [8] - 19214:20, 19215:11, 19219:1, 19231:21, 19232:1, 19233:13, 19233:18, 19237:23
**abuse** [1] - 19257:13
**accede** [1] - 19179:4
**access** [16] - 19223:22, 19223:24, 19224:2
**accomplish** [3] - 19232:5, 19232:18
**accomplishing** [1] - 19232:23

**according** [2] - 19243:6, 19245:4
**account** [2] - 19252:2, 19257:21
**accurate** [3] - 19246:1, 19266:17, 19295:4
**accurately** [1] - 19266:15
**accuse** [1] - 19237:22
**accused** [1] - 19245:9
**achieved** [1] - 19263:18
**acid** [1] - 19213:19
**act** [5] - 19172:9, 19176:3, 19176:4, 19176:24, 19178:4
**acted** [1] - 19172:2
**acting** [4] - 19279:23, 19279:25, 19280:2, 19280:3
**action** [6] - 19171:19, 19172:10, 19172:11, 19175:9, 19272:14, 19272:16
**actions** [2] - 19176:21, 19221:2
**active** [1] - 19257:2
**activity** [1] - 19291:11
**acts** [3] - 19175:5, 19175:23, 19178:3
**actual** [1] - 19237:12
**actus** [3] - 19171:18, 19172:19, 19175:4
**adapt** [2] - 19232:8, 19232:17
**add** [1] - 19227:6
**added** [2] - 19285:25, 19287:10
**addition** [2] - 19235:6, 19236:8
**additional** [2] - 19175:11, 19283:3
**adequately** [2] - 19172:7, 19175:20
**admission** [1] - 19266:18
**admit** [1] - 19273:14
**admitted** [3] - 19251:17, 19266:20, 19273:16
**adopt** [1] - 19180:22
**affects** [1] - 19229:10
**affirming** [1] - 19172:14
**aftermath** [2] - 19229:20, 19249:7
**agenda** [1] - 19170:19
**agent** [4] - 19240:19, 19242:15, 19248:7,

19248:11
**ago** [4] - 19245:8, 19255:16, 19262:5, 19265:14
**agree** [8] - 19170:19, 19176:19, 19177:21, 19177:24, 19178:18, 19180:5, 19180:6, 19237:21
**agreed** [2] - 19178:17, 19180:1
**agreement** [1] - 19179:21
**ahead** [4] - 19232:13, 19232:14, 19272:20, 19285:1
**ahold** [1] - 19232:10
**aid** [1] - 19284:4
**aided** [1] - 19168:21
**aims** [1] - 19250:11
**akin** [1] - 19219:9
**al** [1] - 19228:17
**alert** [1] - 19292:20
**Ali** [1] - 19254:15
**alleged** [3] - 19174:21, 19175:14, 19176:21
**alleges** [1] - 19175:21
**allergic** [2] - 19215:24, 19220:11
**allow** [3] - 19177:6, 19177:8, 19227:17
**allowed** [3] - 19208:17, 19214:9, 19292:3
**almost** [3] - 19239:3, 19272:23, 19280:10
**alone** [5] - 19279:23, 19279:25, 19280:2, 19280:3, 19294:12
**altercation** [1] - 19263:5
**alternative** [1] - 19178:12
**AMA** [1] - 19265:4
**Amendment** [3] - 19180:9, 19180:10, 19291:10
**AMERICA** [1] - 19167:2
**America** [2] - 19170:3, 19238:16
**American** [1] - 19291:2
**analogous** [1] - 19177:10
**announced** [1] - 19179:8
**answer** [17] - 19214:19, 19216:14, 19216:21, 19218:2,

19218:6, 19218:12, 19219:18, 19241:11, 19241:19, 19241:20, 19241:21, 19247:5, 19251:12, 19277:13, 19281:11, 19287:2, 19290:15
**answered** [8] - 19242:12, 19249:11, 19249:12, 19250:3, 19250:16, 19263:10, 19289:18, 19289:20
**answering** [1] - 19217:16
**answers** [1] - 19218:10
**anticipated** [1] - 19222:4
**Antifa** [4] - 19245:9, 19245:13, 19263:6, 19271:22
**anyway** [2] - 19242:19, 19279:18
**apparent** [2] - 19269:17, 19269:20
**appear** [3] - 19173:21, 19273:11, 19274:20
**APPEARANCES** [2] - 19167:11, 19168:1
**appellate** [2] - 19179:3, 19179:20
**applied** [1] - 19174:21
**applies** [1] - 19176:12
**apply** [2] - 19173:23, 19174:2
**applying** [2] - 19173:19, 19174:15
**appreciate** [1] - 19292:21
**approach** [4] - 19177:14, 19177:16, 19177:18
**appropriate** [3] - 19181:1, 19181:10, 19236:10
**approval** [1] - 19176:25
**approved** [1] - 19174:13
**April** [5] - 19167:6, 19171:11, 19239:4, 19295:7
**area** [6] - 19212:1, 19229:22, 19245:2, 19258:14, 19273:11, 19275:7
**argue** [2] - 19178:14, 19291:21
**argues** [5] - 19173:5, 19173:15, 19178:8,

19179:17, 19180:14
**argument** [3] - 19178:12, 19179:20, 19179:24
**arguments** [5] - 19172:14, 19180:9, 19180:10, 19208:15, 19209:24
**arise** [1] - 19237:6
**arm** [3] - 19212:2, 19224:24, 19225:3
**armed** [1] - 19235:11
**arms** [1] - 19278:15
**arose** [1] - 19236:21
**arrest** [3] - 19243:17, 19243:18, 19243:19
**arrested** [2] - 19210:16, 19210:17
**Arthur** [1] - 19223:25
**articulate** [1] - 19177:17
**aside** [1] - 19272:1
**aspect** [1] - 19180:22
**aspects** [1] - 19208:23
**ass** [1] - 19279:20
**asserted** [1] - 19246:19
**assigned** [1] - 19245:22
**assist** [1] - 19245:23
**associate** [1] - 19254:14
**associated** [1] - 19259:19
**associational** [1] - 19291:3
**associations** [1] - 19291:24
**assume** [1] - 19232:21
**assumed** [1] - 19263:17
**assumes** [1] - 19250:23
**assuming** [1] - 19174:2
**AT** [1] - 19168:15
**attack** [12] - 19212:5, 19287:24, 19288:5, 19288:16, 19288:23, 19289:3, 19289:7, 19289:9, 19289:14, 19290:2, 19290:6, 19292:13
**attacked** [2] - 19288:14, 19293:4
**attacking** [1] - 19225:1
**attempt** [1] - 19292:4
**attempted** [1] - 19277:6

**attend** [1] - 19235:19
**attended** [1] - 19284:21
**attention** [1] - 19251:23
**Attorney** [1] - 19273:24
**attorney** [7] - 19214:11, 19216:21, 19247:2, 19247:16, 19247:23, 19248:1, 19294:12
**ATTORNEY** [1] - 19168:15
**ATTORNEY'S** [1] - 19167:14
**attorney-client** [3] - 19247:2, 19247:16, 19247:23
**attorneys** [1] - 19214:10
**August** [2] - 19239:10, 19273:19
**authority** [1] - 19173:19
**autonomous** [1] - 19269:24
**Avenue** [3] - 19168:12, 19168:19, 19295:10
**aware** [11] - 19179:4, 19239:1, 19240:10, 19240:22, 19241:6, 19241:13, 19241:16, 19242:6, 19242:11, 19242:14, 19243:15

## B

**B.A** [1] - 19167:12
**background** [4] - 19212:17, 19233:19, 19234:13, 19236:12
**bad** [5] - 19211:12, 19213:18, 19213:20, 19250:19, 19288:9
**Band** [2] - 19264:21, 19264:24
**banned** [1] - 19264:22
**bar** [2] - 19259:6, 19271:24
**Barrett's** [1] - 19213:3
**barricades** [1] - 19245:14
**base** [1] - 19235:12
**based** [2] - 19237:12, 19239:22
**basic** [3] - 19236:12, 19236:21, 19237:7
**basics** [2] - 19237:9, 19237:12

**basis** [3] - 19179:16, 19247:9, 19294:14
**beard** [1] - 19271:17
**Beard** [4] - 19280:25, 19281:2, 19284:9, 19284:10
**Beard's** [1] - 19284:4
**beat** [4] - 19248:17, 19248:21, 19249:3, 19249:9
**became** [2] - 19257:3, 19257:4
**become** [2] - 19288:4, 19292:8
**becomes** [1] - 19294:8
**becoming** [2] - 19234:6, 19294:9
**bed** [1] - 19213:16
**BEFORE** [1] - 19167:9
**beforehand** [1] - 19261:11
**begin** [4] - 19171:5, 19209:22, 19209:24, 19227:1
**begins** [1] - 19228:5
**behalf** [2] - 19232:15, 19247:12
**behind** [1] - 19267:7
**beliefs** [2] - 19289:13, 19294:10
**Bench** [9] - 19217:4, 19221:13, 19226:3, 19226:24, 19246:14, 19273:20, 19282:9, 19283:4, 19290:25
**bench** [9] - 19218:15, 19222:8, 19226:15, 19228:2, 19248:5, 19274:12, 19283:1, 19284:1, 19294:17
**benefit** [9] - 19172:12, 19175:13, 19175:23, 19176:4, 19178:5, 19180:19, 19180:23, 19222:4
**Beretta** [1] - 19244:24
**Bertino** [13] - 19252:11, 19253:3, 19253:7, 19253:14, 19271:13, 19271:15, 19271:21, 19272:7, 19273:12, 19274:19, 19275:1, 19275:7, 19285:25
**Bertino's** [5] - 19229:20, 19229:21, 19285:6, 19285:12, 19285:22
**best** [7] - 19211:1, 19256:17, 19265:10,

19265:12, 19268:4, 19281:16, 19295:6
**better** [4] - 19213:1, 19214:8, 19215:22, 19220:4
**between** [15] - 19208:18, 19211:5, 19233:25, 19234:12, 19237:4, 19237:15, 19255:8, 19255:12, 19255:18, 19255:22, 19260:19, 19260:22, 19260:23, 19262:16
**beyond** [6] - 19175:24, 19176:8, 19176:22, 19177:9, 19177:12, 19177:19
**Bible** [1] - 19212:11
**big** [1] - 19264:24
**BIGGS** [1] - 19167:5
**Biggs** [28] - 19170:4, 19170:14, 19173:3, 19212:1, 19212:4, 19224:22, 19224:25, 19225:4, 19225:10, 19225:12, 19225:13, 19225:19, 19229:21, 19239:17, 19239:21, 19239:25, 19244:1, 19244:16, 19244:20, 19245:9, 19245:12, 19245:22, 19249:23, 19263:25, 19264:7, 19270:16, 19270:23, 19271:2
**Biggs's** [1] - 19247:12
**binding** [1] - 19173:6
**bit** [4] - 19214:6, 19216:19, 19217:17, 19262:3
**Black** [4] - 19244:2, 19244:5, 19244:6
**blamed** [1] - 19251:20
**bled** [1] - 19288:18
**bleeds** [1] - 19282:19
**BLM** [1] - 19245:1
**block** [1] - 19208:18
**body** [4] - 19274:24, 19277:10, 19278:19, 19278:20
**boggles** [1] - 19283:16
**bone** [1] - 19213:25
**boss** [1] - 19264:23
**bound** [1] - 19178:8
**box** [2] - 19209:20, 19230:12
**Boy** [5] - 19257:15, 19258:2, 19260:16, 19281:4, 19287:23,

19288:4
**boy** [5] - 19244:2, 19244:5, 19244:11, 19285:16
**Boys** [29] - 19211:23, 19244:1, 19245:23, 19252:9, 19253:2, 19253:17, 19253:19, 19256:22, 19257:7, 19258:4, 19258:6, 19259:3, 19260:21, 19261:21, 19263:1, 19263:20, 19277:22, 19285:14, 19287:14, 19288:12, 19288:21, 19289:1, 19289:11, 19289:16, 19289:24, 19290:8, 19292:2
**boys** [2] - 19261:22, 19261:23
**brain** [1] - 19213:15
**Brandenburg** [2] - 19290:14, 19292:18
**break** [9] - 19210:1, 19210:3, 19227:15, 19227:16, 19227:20, 19227:25, 19228:4, 19272:10, 19273:24
**Brian** [2] - 19260:2, 19260:11
**brief** [6] - 19226:23, 19227:16, 19227:20, 19228:4, 19230:10, 19264:2
**Brief** [8] - 19181:11, 19181:14, 19209:14, 19209:18, 19228:14, 19229:7, 19264:4, 19276:9
**briefed** [1] - 19172:6
**briefing** [1] - 19179:20
**briefly** [2] - 19225:25, 19290:24
**bring** [4] - 19208:11, 19228:5, 19228:24, 19285:7
**bringing** [1] - 19277:9
**broad** [1] - 19172:21
**broader** [3] - 19174:8, 19176:2, 19180:17
**broke** [2] - 19272:12, 19272:13
**brotherhood** [1] - 19264:22
**Brothers** [2] - 19264:21, 19264:24
**Buffalo** [5] - 19260:5, 19260:6, 19260:18, 19261:13

**building** [4] - 19235:8, 19238:13, 19250:21, 19251:6
**bullshit** [1] - 19256:7
**bunch** [4] - 19208:20, 19272:21, 19280:5, 19280:7
**burning** [2] - 19213:20, 19288:8
**bus** [1] - 19243:10
**business** [5] - 19233:1, 19233:6, 19234:17, 19257:5, 19257:10
**businessman** [1] - 19233:8
**businessmen** [1] - 19233:10
**buy** [1] - 19252:6
**BY** [62] - 19210:8, 19214:21, 19215:8, 19215:16, 19216:9, 19216:24, 19218:16, 19218:21, 19219:22, 19220:22, 19221:1, 19221:5, 19222:12, 19223:10, 19223:21, 19224:16, 19230:19, 19235:17, 19239:9, 19241:5, 19241:15, 19242:5, 19242:18, 19243:4, 19248:6, 19249:4, 19249:13, 19250:9, 19250:18, 19251:5, 19251:14, 19252:7, 19252:25, 19253:16, 19263:13, 19264:6, 19264:19, 19265:2, 19266:12, 19266:22, 19268:6, 19269:12, 19270:15, 19270:25, 19272:24, 19273:6, 19274:17, 19275:6, 19275:18, 19276:11, 19277:3, 19277:20, 19278:6, 19279:4, 19279:19, 19281:13, 19281:22, 19284:2, 19286:5, 19288:3, 19289:22, 19290:7

## C

**c)(2** [1] - 19177:5
**camera** [6] - 19244:3, 19266:23, 19266:24, 19267:9, 19274:22, 19274:24
**cameras** [1] -

19265:25
**cancer** [1] - 19213:6
**candidate** [1] - 19175:14
**cannot** [3] - 19179:6, 19276:16, 19291:23
**Capitol** [6] - 19250:21, 19250:22, 19251:6, 19251:7, 19251:15
**caption** [1] - 19286:12
**captured** [1] - 19229:22
**car** [1] - 19257:25
**care** [1] - 19261:23
**Carmen** [2] - 19168:2, 19170:11
**Carolina** [5] - 19284:6, 19284:8, 19285:2, 19287:15, 19287:18
**carry** [1] - 19223:3
**case** [20] - 19171:15, 19171:23, 19173:7, 19173:14, 19173:16, 19173:18, 19174:9, 19174:15, 19174:25, 19175:15, 19175:17, 19177:20, 19178:21, 19179:10, 19180:2, 19180:4, 19180:21, 19180:23, 19209:6, 19232:13
**cases** [3] - 19171:17, 19176:9, 19177:10
**cat** [1] - 19229:19
**catastrophic** [1] - 19213:11
**CCR** [3] - 19168:17, 19295:3, 19295:8
**celebrity** [3] - 19254:19, 19265:15, 19286:10
**cell** [1] - 19212:10
**Central** [2] - 19258:8, 19258:23
**central** [1] - 19238:9
**ceremony** [1] - 19259:5
**certain** [1] - 19208:22
**certainly** [1] - 19247:11
**CERTIFICATE** [1] - 19295:2
**certify** [1] - 19295:3
**chain** [1] - 19231:24
**chairman** [2] - 19263:24, 19287:6
**challenge** [2] - 19238:5, 19238:7
**chance** [5] - 19238:5, 19238:7, 19245:17,

19245:21, 19273:22
**change** [1] - 19180:11
**changing** [1] -
19232:8
**channel** [1] - 19224:4
**chaotic** [1] - 19278:10
**chapter** [8] - 19254:2,
19254:3, 19258:9,
19259:4, 19259:19,
19261:10, 19267:16,
19284:14
**chapter's** [1] -
19269:24
**character** [1] -
19231:5
**characterization** [1] -
19241:24
**charge** [10] -
19268:25, 19269:17,
19269:21, 19269:22,
19270:4, 19270:8,
19270:17, 19271:2,
19271:8, 19271:12
**charged** [7] -
19174:23, 19176:9,
19176:10, 19177:9,
19177:10, 19177:12,
19177:19
**charges** [1] -
19177:19
**charging** [1] -
19180:20
**chat** [5] - 19254:22,
19254:24, 19255:5,
19286:24, 19287:1
**chats** [2] - 19251:25,
19253:23
**check** [1] - 19264:11
**choice** [1] - 19219:25
**chronic** [1] - 19213:1
**circle** [1] - 19237:14
**Circle** [3] - 19212:1,
19224:23, 19243:25
**Circuit** [6] - 19171:11,
19173:14, 19173:20,
19173:21, 19176:12,
19179:10
**circuit** [5] - 19171:15,
19174:5, 19178:2,
19178:7, 19180:25
**Circuit's** [2] - 19171:9,
19174:16
**circulated** [1] -
19212:3
**circumstances** [2] -
19177:12, 19177:24
**citing** [1] - 19174:24
**city** [2] - 19284:19,
19288:8
**civic** [1] - 19280:11

**civilian** [2] - 19236:13,
19280:13
**clarify** [4] - 19222:18,
19262:22, 19283:6,
19283:21
**clarifying** [1] -
19283:13
**classroom** [1] -
19237:11
**Clause** [1] - 19180:10
**clear** [4] - 19220:15,
19225:10, 19226:12,
19246:23
**clearly** [1] - 19279:7
**CLERK** [13] - 19170:2,
19208:5, 19209:13,
19209:19, 19217:8,
19228:12, 19228:15,
19230:11, 19266:6,
19266:8, 19290:19,
19290:21, 19294:23
**client** [6] - 19247:2,
19247:9, 19247:16,
19247:23, 19283:6,
19294:13
**client's** [2] - 19217:16,
19283:10
**clients** [1] - 19229:12
**clipped** [1] - 19274:5
**close** [6] - 19181:6,
19181:8, 19208:22,
19209:3, 19235:14,
19268:3
**closed** [14] -
19172:15, 19172:18,
19173:13, 19173:24,
19174:5, 19174:7,
19174:12, 19174:14,
19175:6, 19175:10,
19175:12, 19175:16,
19176:5, 19176:25
**closes** [1] - 19209:7
**closing** [3] -
19208:15, 19209:7,
19209:24
**clues** [1] - 19179:2
**co** [5] - 19254:8,
19254:9, 19255:8,
19255:12, 19255:22
**CO** [2] - 19248:16,
19249:3
**co-defendants** [5] -
19254:8, 19254:9,
19255:8, 19255:12,
19255:22
**Code** [3] - 19171:16,
19172:25, 19173:7
**coerced** [1] -
19215:12
**COLUMBIA** [1] -

19167:1
**combat** [6] -
19262:10, 19262:14,
19262:18, 19262:24,
19263:2, 19263:16
**combine** [1] -
19179:12
**coming** [7] -
19214:11, 19269:3,
19274:25, 19276:12,
19277:23, 19285:2,
19294:3
**command** [2] -
19231:24, 19232:21
**comment** [1] -
19216:5
**comments** [1] -
19222:23
**commissary** [1] -
19216:3
**commit** [1] - 19249:24
**commitment** [2] -
19231:18, 19231:19
**commitments** [1] -
19233:9
**commits** [1] - 19178:4
**committed** [7] -
19175:22, 19233:2,
19233:5, 19233:16,
19240:24, 19241:8,
19249:23
**common** [2] -
19174:11, 19263:17
**commotion** [3] -
19272:4, 19272:16,
19272:20
**companion** [1] -
19176:9
**compelling** [1] -
19172:14
**competing** [1] -
19288:1
**complete** [2] -
19170:21, 19295:6
**completely** [3] -
19213:7, 19213:10,
19224:4
**compound** [1] -
19270:21
**computer** [1] -
19168:21
**computer-aided** [1] -
19168:21
**conceivable** [1] -
19177:6
**concept** [1] - 19181:2
**concerned** [1] -
19247:3
**concerns** [2] -
19172:15, 19247:21

**conclude** [3] -
19174:20, 19177:25,
19179:6
**concluded** [2] -
19171:18, 19172:3
**concluding** [1] -
19175:3
**conclusion** [2] -
19251:2, 19251:9
**conclusively** [1] -
19176:3
**concurred** [1] -
19179:6
**concurrence** [7] -
19174:3, 19176:8,
19178:10, 19178:15,
19179:7, 19179:12,
19180:21
**concurring** [3] -
19173:1, 19173:11,
19174:4
**condition** [1] -
19178:15
**conditions** [12] -
19176:1, 19178:6,
19211:10, 19211:11,
19211:14, 19214:6,
19219:9, 19219:23,
19219:24, 19225:18,
19246:7, 19248:8
**conduct** [11] -
19174:21, 19175:21,
19177:10, 19179:22,
19180:1, 19240:11,
19241:17, 19242:7,
19249:15, 19249:16,
19249:17
**conducted** [1] -
19246:7
**conducting** [2] -
19242:20, 19246:4
**confer** [2] - 19175:12,
19175:23
**conference** [19] -
19180:20, 19217:4,
19218:15, 19221:13,
19222:8, 19226:3,
19226:15, 19226:24,
19228:2, 19246:14,
19248:5, 19273:20,
19274:12, 19282:9,
19283:1, 19283:4,
19284:1, 19290:25,
19294:17
**confinement** [2] -
19212:9, 19249:2
**confusion** [1] -
19174:1
**connect** [1] - 19223:4
**connected** [2] -

19238:15, 19248:8
**Conor** [2] - 19167:13,
19170:8
**consider** [4] -
19177:12, 19221:25,
19226:4, 19226:21
**considerable** [1] -
19174:1
**consideration** [1] -
19179:21
**considered** [2] -
19270:6, 19270:8
**consistent** [2] -
19178:2, 19178:10
**conspiracy** [2] -
19255:17, 19255:22
**constant** [1] -
19213:20
**constitutes** [1] -
19295:4
**constituting** [1] -
19174:22
**Constitution** [2] -
19168:19, 19295:10
**constraining** [1] -
19175:4
**consumed** [2] -
19257:3, 19257:4
**contact** [2] -
19214:11, 19258:8
**contacted** [1] -
19260:1
**contend** [1] -
19178:19
**contended** [1] -
19172:13
**contends** [2] -
19179:19, 19226:20
**contents** [2] -
19255:7, 19255:11
**context** [1] - 19176:11
**continue** [2] -
19270:14, 19279:14
**CONTINUED** [1] -
19168:1
**contours** [1] -
19292:20
**contracts** [1] -
19178:22
**contrary** [1] - 19177:2
**control** [1] - 19213:5
**controls** [1] -
19178:14
**conversation** [1] -
19219:10
**convict** [2] - 19177:7,
19177:9
**convinced** [1] -
19174:3
**cool** [2] - 19264:10,

19264:25
**cooperate** [1] -
19239:19
**cooperating** [1] -
19218:25
**cooperation** [1] -
19239:22
**copy** [1] - 19245:19
**Corporal** [3] -
19248:17, 19248:21,
19249:9
**Corps** [5] - 19230:23,
19231:19, 19233:25,
19234:5, 19236:25
**correct** [170] -
19173:9, 19220:17,
19224:11, 19224:12,
19229:25, 19230:24,
19231:6, 19231:14,
19231:25, 19232:5,
19232:8, 19232:11,
19232:19, 19232:24,
19233:3, 19233:6,
19233:9, 19233:17,
19235:3, 19235:5,
19235:21, 19236:15,
19237:16, 19237:19,
19237:22, 19238:2,
19238:3, 19238:5,
19238:11, 19238:14,
19238:16, 19238:19,
19238:23, 19239:2,
19239:13, 19240:5,
19240:12, 19240:20,
19240:24, 19241:8,
19241:18, 19242:8,
19242:21, 19243:7,
19243:8, 19243:17,
19243:23, 19244:4,
19244:8, 19244:12,
19244:17, 19244:21,
19244:22, 19244:24,
19245:2, 19245:10,
19245:14, 19245:20,
19245:24, 19246:1,
19246:5, 19248:8,
19248:11, 19249:21,
19250:12, 19251:7,
19251:16, 19252:10,
19252:2, 19253:6,
19253:10, 19253:17,
19253:18, 19254:19,
19254:22, 19254:25,
19255:5, 19255:9,
19255:13, 19256:6,
19256:15, 19257:7,
19257:11, 19258:4,
19258:24, 19259:4,
19259:22, 19260:11,
19260:21, 19261:4,

19261:21, 19262:6,
19262:10, 19263:20,
19263:23, 19264:12,
19264:15, 19264:23,
19265:6, 19265:11,
19265:17, 19265:25,
19266:3, 19267:9,
19267:10, 19267:21,
19268:8, 19268:11,
19268:12, 19268:16,
19268:20, 19269:9,
19269:14, 19269:15,
19269:18, 19270:5,
19270:9, 19271:3,
19271:8, 19271:14,
19271:22, 19272:8,
19272:14, 19273:1,
19274:19, 19275:1,
19275:2, 19275:7,
19275:22, 19276:13,
19277:5, 19277:10,
19277:14, 19278:7,
19278:14, 19278:16,
19278:19, 19278:23,
19279:23, 19280:1,
19280:8, 19280:9,
19280:16, 19280:20,
19281:7, 19281:14,
19281:19, 19281:24,
19284:4, 19284:10,
19284:13, 19284:24,
19285:3, 19285:9,
19286:1, 19286:7,
19286:13, 19287:5,
19287:8, 19287:12,
19288:6, 19288:12,
19288:16, 19288:21,
19289:4, 19289:8,
19289:11, 19289:16,
19289:24
**corrected** [1] -
19217:20
**corrections** [2] -
19246:11, 19248:13
**Corrections** [1] -
19238:10
**corrupt** [4] - 19172:9,
19175:8, 19175:21,
19176:22
**corruptly** [22] -
19171:21, 19172:3,
19172:4, 19172:25,
19173:16, 19175:7,
19175:18, 19175:20,
19175:25, 19176:3,
19176:18, 19176:24,
19177:8, 19177:23,
19178:3, 19178:9,
19178:17, 19179:5,
19180:5, 19180:12,

19180:17, 19180:22
**cortisone** [1] -
19214:25
**COs** [2] - 19219:11,
19248:10
**cost** [1] - 19222:4
**Counsel** [1] - 19250:5
**counsel** [9] - 19208:8,
19221:11, 19227:7,
19267:25, 19268:2,
19270:12, 19272:18,
19288:1
**counseled** [1] -
19235:19
**country** [9] -
19231:19, 19257:11,
19287:24, 19288:5,
19288:9, 19291:13,
19291:24, 19293:4,
19293:6
**Counts** [2] - 19173:4,
19178:20
**counts** [3] - 19171:17,
19173:2, 19179:15
**couple** [17] -
19209:23, 19210:13,
19222:15, 19224:19,
19227:10, 19233:19,
19234:20, 19237:24,
19238:19, 19238:21,
19238:25, 19245:22,
19254:11, 19258:16,
19278:24, 19284:21,
19286:2
**course** [5] - 19233:4,
19243:3, 19250:20,
19251:20, 19254:20
**court** [21] - 19172:7,
19174:17, 19174:19,
19177:6, 19177:9,
19177:11, 19178:24,
19208:24, 19217:12,
19227:5, 19229:11,
19254:5, 19254:6,
19254:8, 19254:10,
19274:2, 19282:6,
19284:13, 19292:20
**Court** [19] - 19168:17,
19168:18, 19171:18,
19171:25, 19172:5,
19172:15, 19172:22,
19173:7, 19173:10,
19173:20, 19174:25,
19175:3, 19176:13,
19179:9, 19226:4,
19228:12, 19294:23,
19294:24, 19295:8
**COURT** [149] -
19167:1, 19170:16,

19171:15, 19208:6,
19208:11, 19208:19,
19209:1, 19209:9,
19209:15, 19209:21,
19214:14, 19214:17,
19215:7, 19215:14,
19216:6, 19216:20,
19217:6, 19217:9,
19217:10, 19217:18,
19217:22, 19218:1,
19218:3, 19218:8,
19218:20, 19219:16,
19219:18, 19220:21,
19221:4, 19221:9,
19221:11, 19221:14,
19221:17, 19221:23,
19222:2, 19222:6,
19222:10, 19223:8,
19223:16, 19223:18,
19223:20, 19224:8,
19224:11, 19224:13,
19225:24, 19226:2,
19226:7, 19226:10,
19226:12, 19226:16,
19227:4, 19227:13,
19227:24, 19228:3,
19228:8, 19228:18,
19228:22, 19228:24,
19229:2, 19229:4,
19229:6, 19229:14,
19229:24, 19230:2,
19230:3, 19230:13,
19235:13, 19239:8,
19241:2, 19241:11,
19241:25, 19242:3,
19242:13, 19242:23,
19242:25, 19246:13,
19246:15, 19246:17,
19247:1, 19247:7,
19247:10, 19247:14,
19247:19, 19247:22,
19247:25, 19248:24,
19249:12, 19250:4,
19250:15, 19250:25,
19251:3, 19251:11,
19252:5, 19252:15,
19252:17, 19252:20,
19253:12, 19263:11,
19266:20, 19268:2,
19270:13, 19270:20,
19270:22, 19272:17,
19273:15, 19273:19,
19274:3, 19274:8,
19276:24, 19277:12,
19279:14, 19281:9,
19281:11, 19282:2,
19282:3, 19282:5,
19282:7, 19282:11,
19282:13, 19282:25,
19283:2, 19283:8,
19283:12, 19283:14,

19283:16, 19283:23,
19283:25, 19287:25,
19289:19, 19290:15,
19291:4, 19291:7,
19291:14, 19291:20,
19291:25, 19292:10,
19292:21, 19293:2,
19293:7, 19293:10,
19293:14, 19293:18,
19293:22, 19294:1,
19294:7, 19294:11,
19294:18, 19294:22,
19295:2
**court's** [1] - 19174:11
**Court's** [4] - 19171:16,
19173:12, 19179:15,
19283:9
**Courthouse** [2] -
19168:18, 19295:9
**courtroom** [3] -
19181:7, 19181:9,
19291:2
**cover** [1] - 19177:5
**COVID** [5] - 19214:10,
19256:22, 19256:25,
19257:3, 19285:5
**CR** [1] - 19167:2
**crafted** [1] - 19180:25
**creating** [2] -
19178:20, 19243:9
**credibility** [2] -
19226:22, 19291:18
**crime** [3] - 19240:23,
19241:7, 19249:23
**Criminal** [3] - 19170:2,
19174:25, 19228:16
**criminal** [4] -
19240:11, 19243:23,
19291:11, 19292:15
**critical** [2] - 19174:15,
19209:1
**CROSS** [1] - 19230:18
**cross** [11] - 19224:10,
19226:13, 19227:1,
19228:4, 19228:11,
19230:16, 19291:15,
19293:24, 19294:4,
19294:11, 19294:13
**Cross** [1] - 19169:5
**CROSS-**
**EXAMINATION** [1] -
19230:18
**cross-examination** [5]
- 19226:13, 19228:4,
19228:11, 19230:16,
19294:11
**Cross-Examination**
[1] - 19169:5
**cross-examination's**
[1] - 19227:1

**cross-examine** [1] - 19293:24
**cross-examined** [2] - 19291:15, 19294:13
**cross-examining** [1] - 19294:4
**crossed** [1] - 19284:22
**crosses** [1] - 19179:23
**CRR** [3] - 19168:17, 19295:3, 19295:8
**cruel** [1] - 19248:14
**crushed** [1] - 19212:19
**CT** [1] - 19167:22
**cumulative** [1] - 19276:23
**cut** [4] - 19213:8, 19213:10, 19213:17, 19213:19
**Cymbalta** [1] - 19212:22

# D

**D.C** [22] - 19167:5, 19171:9, 19171:11, 19173:14, 19173:21, 19174:16, 19176:12, 19179:10, 19212:7, 19212:8, 19212:17, 19213:7, 19216:1, 19223:1, 19238:10, 19238:13, 19257:18, 19260:14, 19265:10, 19265:17, 19265:20
**D.D.C** [1] - 19171:23
**damage** [2] - 19214:2, 19214:3
**date** [1] - 19273:9
**dated** [1] - 19295:7
**dates** [1] - 19260:22
**DAVID** [1] - 19167:17
**DAY** [1] - 19167:8
**days** [5] - 19208:18, 19255:3, 19255:16, 19262:5, 19286:2
**DC** [4] - 19167:15, 19167:25, 19168:19, 19295:10
**deal** [1] - 19212:25
**December** [23] - 19239:11, 19260:20, 19260:24, 19260:25, 19261:4, 19261:8, 19263:7, 19263:14, 19265:10, 19265:17, 19265:20, 19266:13, 19266:16, 19268:8, 19269:16, 19269:21,

19271:5, 19273:9, 19284:24, 19285:16, 19285:17
**decide** [5] - 19240:23, 19241:7, 19243:16, 19243:18, 19243:19
**decided** [7] - 19243:21, 19246:3, 19261:17, 19280:15, 19280:18, 19280:19
**decidedly** [1] - 19175:20
**deciding** [1] - 19176:3
**decision** [3] - 19171:10, 19176:13, 19179:15
**declined** [1] - 19180:13
**dedicated** [1] - 19232:23
**dedication** [1] - 19232:25
**defend** [1] - 19244:11
**Defendant** [18] - 19170:3, 19170:4, 19170:5, 19170:9, 19170:10, 19170:11, 19170:12, 19170:13, 19170:14, 19170:15, 19172:23, 19173:3
**defendant** [12] - 19171:19, 19172:2, 19172:10, 19175:12, 19175:22, 19176:6, 19176:10, 19176:24, 19177:9, 19177:13, 19178:3, 19294:10
**defendant's** [3] - 19172:9, 19172:15, 19175:21
**Defendants** [4] - 19167:7, 19167:16, 19168:2, 19173:3
**defendants** [12] - 19176:9, 19177:6, 19177:15, 19177:19, 19178:19, 19227:23, 19230:8, 19254:8, 19254:9, 19255:8, 19255:12, 19255:22
**defendants'** [5] - 19174:19, 19174:21, 19175:13, 19176:21, 19179:13
**defense** [3] - 19208:8, 19208:17
**Defense** [7] - 19253:22, 19254:4, 19255:13, 19255:20, 19286:1, 19286:22,

19287:11
**define** [1] - 19180:17
**definition** [8] - 19172:4, 19172:24, 19173:16, 19175:18, 19178:17, 19178:18, 19179:5, 19180:5
**definitions** [1] - 19175:7
**degree** [18] - 19259:5, 19259:24, 19261:3, 19261:5, 19261:6, 19261:7, 19261:8, 19261:15, 19261:18, 19262:10, 19262:14, 19262:24, 19263:4, 19263:15, 19265:6, 19267:14, 19267:16, 19285:21
**degrees** [3] - 19262:3, 19262:4, 19262:6
**deleted** [1] - 19252:1
**deliver** [1] - 19284:12
**denied** [1] - 19238:6
**denominator** [1] - 19174:11
**deny** [3] - 19178:7, 19178:13, 19179:16
**Department** [1] - 19238:10
**depict** [1] - 19266:15
**deployable** [1] - 19235:1
**deployed** [1] - 19234:25
**depth** [1] - 19236:22
**DEPUTY** [13] - 19170:2, 19208:5, 19209:13, 19209:19, 19217:8, 19228:12, 19228:15, 19230:11, 19266:6, 19266:8, 19290:19, 19290:21, 19294:23
**describe** [4] - 19227:17, 19266:23, 19266:24, 19266:25
**desperate** [1] - 19225:17
**destroying** [1] - 19257:5, 19257:9
**detail** [1] - 19179:25
**details** [2] - 19245:8, 19251:22
**develop** [1] - 19213:6
**died** [1] - 19288:18
**diet** [1] - 19216:1
**different** [4] - 19170:18, 19216:25, 19269:8, 19269:10

**difficulty** [2] - 19267:25, 19294:2
**dire** [2] - 19212:7, 19225:17
**DIRECT** [3] - 19210:7, 19222:11, 19224:15
**direct** [13] - 19221:15, 19224:10, 19238:22, 19239:15, 19254:7, 19274:10, 19275:21, 19278:13, 19282:16, 19291:15, 19292:3, 19292:12, 19292:25
**Direct** [3] - 19169:3, 19169:4, 19169:4
**directed** [4] - 19253:14, 19287:2, 19287:4
**directly** [3] - 19257:20, 19277:15, 19290:9
**disagree** [1] - 19173:18
**disagreed** [1] - 19171:25
**discharged** [1] - 19231:4
**discovery** [1] - 19214:12
**discuss** [1] - 19181:7
**discussed** [3] - 19173:17, 19180:20, 19251:25
**discussions** [3] - 19254:21, 19255:8, 19255:11
**dismiss** [8] - 19173:2, 19173:4, 19174:17, 19178:11, 19178:20, 19179:15, 19179:16, 19180:13
**dismissal** [2] - 19171:16, 19178:12
**disputing** [1] - 19292:10
**disrespected** [1] - 19288:19
**dissent** [3] - 19178:14, 19179:12, 19180:4
**dissented** [3] - 19172:16, 19178:19
**District** [8] - 19171:16, 19171:17, 19171:25, 19172:5, 19172:14, 19172:22, 19175:3, 19179:14
**DISTRICT** [3] - 19167:1, 19167:1, 19167:10

**dizzy** [1] - 19213:14
**doctor** [1] - 19212:21
**document** [3] - 19171:20, 19175:5, 19293:17
**Dom** [5] - 19210:9, 19214:4, 19214:22, 19218:22, 19220:24
**DOMINIC** [1] - 19169:3
**Dominic** [1] - 19170:5
**done** [5] - 19173:21, 19233:14, 19234:7, 19250:19, 19284:23
**doubles** [1] - 19212:23
**doubt** [1] - 19179:23
**down** [15] - 19215:22, 19220:7, 19228:9, 19245:13, 19257:22, 19257:24, 19277:9, 19278:14, 19278:18, 19279:6, 19280:8, 19284:6, 19285:1, 19285:2, 19293:16
**download** [1] - 19273:24
**downloading** [1] - 19229:9
**drastically** [1] - 19220:5
**draw** [1] - 19248:2
**draws** [1] - 19180:3
**drills** [2] - 19235:20, 19236:1
**drink** [1] - 19252:13
**Drive** [1] - 19168:15
**drive** [3] - 19258:19, 19258:20, 19258:21
**drove** [1] - 19257:23
**drug** [1] - 19212:23
**due** [1] - 19240:1
**Due** [1] - 19180:10
**during** [10] - 19180:20, 19210:14, 19211:3, 19211:4, 19211:7, 19234:22, 19235:8, 19235:10, 19268:21, 19273:23
**duty** [1] - 19280:11

# E

**early** [1] - 19212:18
**East** [2] - 19167:17, 19168:15
**eat** [2] - 19213:20, 19216:2
**education** [1] - 19237:12

**efficiently** [1] - 19170:22
**effort** [1] - 19291:18
**either** [7] - 19172:12, 19175:25, 19176:4, 19178:6, 19216:2, 19228:8, 19241:1
**elder** [1] - 19253:25
**election** [2] - 19175:15, 19257:14
**electrician** [1] - 19234:14
**element** [4] - 19172:2, 19175:11, 19177:8, 19178:9
**email** [1] - 19171:1
**embassy** [2] - 19234:23, 19235:6
**embody** [2] - 19174:12, 19176:16
**encompasses** [1] - 19180:2
**end** [4] - 19209:7, 19209:10, 19235:14, 19279:17
**ended** [5] - 19233:21, 19237:25, 19264:9, 19269:3, 19271:23
**ending** [1] - 19229:19
**endorsed** [2] - 19172:22, 19173:1
**endorsing** [1] - 19172:17
**enforcement** [9] - 19234:2, 19234:3, 19234:6, 19236:3, 19236:6, 19236:10, 19236:13, 19236:14, 19242:16
**enjoy** [1] - 19288:17
**Enrique** [13] - 19170:5, 19252:8, 19252:16, 19253:5, 19253:9, 19263:22, 19264:9, 19264:14, 19270:3, 19285:6, 19285:8, 19286:6, 19286:9
**ensure** [1] - 19181:12
**entirely** [1] - 19179:25
**entitled** [1] - 19293:24
**erased** [1] - 19252:1
**Erik** [3] - 19167:12, 19170:8, 19230:5
**erosion** [1] - 19213:3
**erred** [1] - 19175:3
**esophagus** [3] - 19213:3, 19213:4, 19213:7
**Esq** [12] - 19167:12,

19167:12, 19167:13, 19167:13, 19167:16, 19167:20, 19167:23, 19168:2, 19168:4, 19168:8, 19168:11, 19168:14
**essential** [1] - 19174:22
**et** [1] - 19228:17
**Ethan** [3] - 19170:3, 19228:16, 19264:12
**etiquette** [1] - 19224:9
**evaluate** [1] - 19222:4
**evaluating** [1] - 19226:21
**Eve** [3] - 19285:11, 19285:13, 19286:7
**event** [1] - 19179:13
**events** [1] - 19243:2
**eventually** [1] - 19258:8
**evidence** [10] - 19172:18, 19172:20, 19179:18, 19226:18, 19226:19, 19227:12, 19240:1, 19250:24, 19290:18, 19293:19
**evidence-focused** [2] - 19172:18, 19172:20
**exact** [2] - 19235:4, 19244:25
**exactly** [2] - 19286:16, 19286:17
**EXAMINATION** [4] - 19210:7, 19222:11, 19224:15, 19230:18
**Examination** [4] - 19169:3, 19169:4, 19169:4, 19169:5
**examination** [5] - 19226:13, 19228:4, 19228:11, 19230:16, 19294:11
**examination's** [1] - 19227:1
**examine** [1] - 19293:24
**examined** [3] - 19175:6, 19291:15, 19294:13
**examining** [1] - 19294:4
**example** [3] - 19177:5, 19233:11, 19264:20
**except** [1] - 19254:10
**excited** [1] - 19284:3
**excludes** [1] - 19248:1
**excuse** [2] - 19239:2, 19286:16

**excused** [1] - 19229:5
**Exhibit** [1] - 19290:17
**exhibit** [2] - 19227:11, 19274:6
**Exhibit-275** [1] - 19274:6
**Exhibit-275A** [1] - 19273:5
**exhibits** [1] - 19227:18
**existed** [1] - 19180:12
**exists** [1] - 19175:8
**expect** [1] - 19209:24
**expectation** [1] - 19225:21
**expected** [2] - 19236:20, 19237:5
**experience** [1] - 19237:13
**expert** [1] - 19241:1
**explain** [10] - 19210:14, 19210:21, 19211:14, 19211:16, 19216:11, 19216:19, 19219:5, 19236:4, 19248:9, 19254:12
**explained** [1] - 19174:6
**explanation** [1] - 19235:25
**expressed** [2] - 19173:24, 19290:11
**extent** [1] - 19178:8
**extremely** [1] - 19211:12
**eyes** [3] - 19267:3, 19275:9, 19277:16

**F**

**F.2d** [1] - 19173:13
**fabrication** [1] - 19212:5
**face** [3] - 19248:19, 19267:4, 19269:23
**facility** [6] - 19216:25, 19217:1, 19220:7, 19238:9, 19238:23, 19239:1
**fact** [7] - 19178:19, 19226:20, 19244:9, 19244:14, 19253:5, 19271:20, 19289:14
**factored** [1] - 19219:7
**facts** [2] - 19174:22, 19250:23
**FAFO** [1] - 19265:21
**fail** [1] - 19180:9
**failure** [2] - 19174:18, 19235:19

**fair** [11] - 19231:16, 19251:22, 19256:22, 19256:25, 19257:8, 19262:15, 19262:16, 19263:1, 19265:16, 19293:14
**fairly** [1] - 19266:15
**faith** [1] - 19294:14
**faithful** [1] - 19231:15
**falls** [1] - 19285:18
**false** [3] - 19243:22, 19246:5, 19246:18
**falsely** [1] - 19249:21
**familiar** [3] - 19213:9, 19245:3, 19259:13
**family** [5] - 19220:9, 19232:25, 19233:2, 19289:3, 19293:6
**fan** [1] - 19264:24
**far** [3] - 19171:8, 19244:23, 19293:16
**FBI** [45] - 19210:12, 19211:8, 19211:18, 19212:6, 19214:5, 19214:22, 19215:5, 19217:21, 19218:24, 19224:20, 19238:1, 19238:16, 19238:21, 19240:10, 19240:17, 19240:19, 19241:1, 19241:6, 19241:13, 19241:16, 19242:6, 19242:14, 19242:20, 19243:5, 19243:11, 19243:16, 19243:20, 19243:21, 19245:22, 19246:3, 19246:8, 19246:23, 19247:13, 19248:7, 19248:11, 19248:15, 19249:14, 19249:23, 19256:4, 19259:21, 19262:9, 19262:13, 19262:17, 19271:1, 19271:7
**February** [8] - 19238:1, 19239:2, 19239:12, 19259:21, 19262:13, 19262:18, 19262:23, 19271:1
**fed** [2] - 19244:19, 19246:21
**Federal** [1] - 19174:25
**feed** [1] - 19181:8
**feeding** [2] - 19216:1, 19246:23
**feet** [1] - 19265:4
**fell** [1] - 19286:20
**fellow** [1] - 19232:5
**felony** [1] - 19251:20
**felt** [6] - 19211:7,

19211:10, 19215:11, 19243:8, 19284:5, 19288:15
**few** [10] - 19214:7, 19217:7, 19227:5, 19258:23, 19265:14, 19267:6, 19274:13, 19285:19, 19285:20, 19287:22
**field** [3] - 19232:7, 19232:11, 19237:14
**Fifth** [1] - 19180:9
**fight** [4] - 19260:9, 19272:10, 19272:12, 19272:13
**figure** [1] - 19232:17
**figured** [2] - 19271:15, 19271:18
**finalize** [1] - 19209:2
**finalized** [1] - 19209:3
**finally** [3] - 19179:17, 19180:16, 19265:9
**fine** [3] - 19217:14, 19224:18, 19291:11
**finish** [1] - 19214:6
**finishing** [1] - 19233:17
**First** [1] - 19291:10
**first** [26] - 19180:12, 19210:16, 19210:17, 19210:18, 19210:21, 19210:23, 19211:5, 19211:7, 19211:14, 19214:4, 19214:22, 19216:14, 19241:25, 19242:15, 19254:6, 19255:15, 19259:5, 19259:24, 19260:11, 19261:5, 19261:6, 19262:9, 19265:6, 19267:14, 19267:15
**Fischer** [14] - 19171:2, 19171:8, 19171:10, 19174:17, 19176:9, 19176:20, 19177:9, 19179:8, 19179:18, 19180:4, 19180:11, 19181:3
**fist** [3] - 19276:16, 19277:8, 19279:9
**five** [4] - 19223:13, 19258:20, 19258:21, 19265:5
**five-hour** [2] - 19258:20, 19258:21
**FL** [2] - 19168:6, 19168:9
**flag** [6] - 19288:15, 19288:17, 19288:22, 19288:23, 19288:24,

19303

19293:6
**flannel** [1] - 19244:20
**flat** [1] - 19277:25
**Floor** [2] - 19167:21, 19168:12
**flooring** [1] - 19234:17
**fluctuates** [1] - 19268:22
**focus** [1] - 19224:19
**focused** [2] - 19172:18, 19172:20
**foggy** [1] - 19233:24
**folder** [1] - 19227:6
**follow** [2] - 19231:23, 19270:2
**followed** [6] - 19263:22, 19263:25, 19264:7, 19264:12, 19271:15
**Following** [2] - 19181:15, 19208:4
**following** [1] - 19264:9
**food** [3] - 19212:16, 19215:25, 19220:10
**foot** [4] - 19213:23, 19213:24, 19214:3, 19214:25
**FOR** [1] - 19167:1
**force** [3] - 19235:23, 19236:9, 19236:10
**foregoing** [1] - 19295:4
**form** [3] - 19179:12, 19242:2, 19251:3
**formulations** [1] - 19175:8
**forward** [1] - 19231:6
**forwarded** [2] - 19253:7, 19253:8
**foundation** [5] - 19223:15, 19223:20, 19236:21, 19237:8, 19253:11, 19270:18
**foundational** [1] - 19236:12
**four** [3] - 19223:13, 19277:6, 19281:16
**fourth** [5] - 19262:10, 19262:14, 19262:24, 19263:4, 19263:15
**fractured** [3] - 19171:10, 19179:2, 19179:18
**fragmented** [1] - 19173:10
**frame** [3] - 19260:18, 19275:13
**free** [3] - 19179:12, 19268:25, 19289:5

**freedom** [6] - 19289:7, 19289:9, 19289:14, 19290:2, 19290:5, 19293:6
**freedoms** [1] - 19288:19
**freestanding** [1] - 19180:9
**frenzy** [1] - 19256:2
**frequency** [1] - 19224:3
**friends** [1] - 19284:21
**front** [11] - 19212:5, 19225:2, 19267:13, 19267:19, 19268:13, 19268:15, 19268:19, 19269:8, 19269:13, 19271:18, 19271:21
**fuck** [1] - 19287:11
**full** [2] - 19276:21, 19295:5
**function** [1] - 19232:13
**funny** [1] - 19264:11
**future** [1] - 19173:22
**fuzzy** [1] - 19245:8

## G

**gain** [1] - 19225:21
**gate** [2] - 19212:5, 19225:2
**gather** [5] - 19208:8, 19240:11, 19240:23, 19241:7, 19241:17
**gathers** [1] - 19242:7
**generally** [1] - 19263:15
**generated** [1] - 19173:25
**gentlemen** [6] - 19209:22, 19226:16, 19228:3, 19230:14, 19241:25, 19294:18
**given** [1] - 19180:16
**gloss** [1] - 19176:18
**goal** [2] - 19232:5, 19232:18
**goals** [1] - 19232:23
**good-faith** [1] - 19294:14
**government** [10] - 19170:7, 19170:20, 19208:15, 19209:6, 19227:2, 19235:7, 19239:18, 19246:22, 19291:21, 19292:3
**Government** [4] - 19226:8, 19239:24, 19247:4, 19290:23

**Government's** [2] - 19273:5, 19274:5
**government's** [4] - 19226:13, 19227:11, 19228:20, 19246:20
**government's-1906** [1] - 19266:19
**Government's-275A** [1] - 19273:14
**Government-1906** [1] - 19266:11
**government-23** [2] - 19290:21, 19290:22
**grabbed** [1] - 19267:18
**grandfather's** [1] - 19231:10
**Greene** [3] - 19223:5, 19223:6, 19223:25
**grocery** [1] - 19280:13
**ground** [7] - 19232:8, 19276:14, 19277:5, 19278:1, 19278:7, 19279:10, 19288:9
**grounds** [2] - 19173:12, 19174:5
**group** [7] - 19232:20, 19244:1, 19289:12, 19291:5, 19291:10, 19291:12, 19291:15
**grow** [1] - 19284:18
**growing** [3] - 19233:5, 19284:16, 19284:19
**gruesome** [1] - 19249:8
**guard** [2] - 19234:23, 19235:7
**guarding** [1] - 19235:6
**guess** [3] - 19231:15, 19236:17, 19246:19
**guilty** [4] - 19177:13, 19177:14, 19177:15, 19177:16
**gulag** [1] - 19212:8
**gun** [8] - 19212:4, 19221:25, 19224:22, 19225:1, 19225:10, 19226:6, 19226:19, 19226:20
**guy** [10] - 19259:9, 19259:10, 19264:11, 19272:21, 19275:22, 19276:12, 19277:4, 19279:6, 19280:8, 19284:14
**guys** [4] - 19255:18, 19256:2, 19261:22, 19264:9

## H

**hailed** [1] - 19280:14
**haircut** [1] - 19214:9
**half** [5] - 19208:16, 19208:18, 19209:8, 19258:18, 19274:9
**Hamling** [1] - 19174:24
**hand** [7] - 19172:8, 19172:16, 19210:1, 19210:2, 19236:18, 19254:16, 19276:12
**handle** [1] - 19272:1
**handmade** [1] - 19284:14
**handout** [1] - 19237:12
**handout-based** [1] - 19237:12
**handouts** [1] - 19237:5
**hands** [1] - 19246:8
**hang** [3] - 19217:6, 19256:2, 19261:25
**harassing** [1] - 19244:2
**hard** [2] - 19271:16, 19278:11
**hardly** [1] - 19180:2
**Harris** [4] - 19181:6, 19208:6, 19209:16, 19228:5
**Hassan** [2] - 19168:4, 19170:11
**HASSAN** [1] - 19168:5
**hat** [3] - 19212:2, 19224:24, 19225:3
**Haven** [1] - 19167:22
**Hayes** [3] - 19248:17, 19248:21, 19249:9
**hazy** [1] - 19238:17
**heads** [1] - 19236:20
**heads-up** [1] - 19236:20
**health** [1] - 19213:11
**healthy** [1] - 19220:10
**hear** [12] - 19217:12, 19221:11, 19224:21, 19235:15, 19246:13, 19251:8, 19269:4, 19272:4, 19282:3, 19282:7, 19282:8, 19282:14
**heard** [12] - 19213:17, 19225:25, 19226:18, 19253:5, 19263:3, 19270:13, 19272:2, 19272:12, 19272:13, 19272:21, 19290:24

**hearing** [2] - 19240:3, 19267:25
**hearsay** [5] - 19223:15, 19242:22, 19246:12, 19246:16, 19252:13
**heat** [1] - 19212:15
**HELD** [1] - 19167:9
**held** [1] - 19238:9
**helicopter** [1] - 19267:2
**help** [3] - 19281:15, 19287:7, 19287:8
**helping** [2] - 19175:14, 19284:5
**hereby** [1] - 19295:3
**HERNANDEZ** [28] - 19171:13, 19221:22, 19222:9, 19222:12, 19223:10, 19223:17, 19223:19, 19223:21, 19224:5, 19227:21, 19229:8, 19230:1, 19230:4, 19230:9, 19279:13, 19281:20, 19282:10, 19282:12, 19283:5, 19283:9, 19283:13, 19283:15, 19283:20, 19283:24, 19293:21, 19293:23, 19294:2, 19294:8
**Hernandez** [8] - 19168:2, 19170:11, 19171:1, 19221:20, 19222:14, 19229:3, 19282:13
**Hernandez.............. 19222** [1] - 19169:4
**hero** [1] - 19280:14
**Hialeah** [1] - 19168:9
**high** [1] - 19254:15
**higher** [1] - 19232:11
**higher-ups** [1] - 19232:11
**Highland** [1] - 19168:3
**highlight** [1] - 19229:23
**himself** [5] - 19172:12, 19173:22, 19175:13, 19176:5, 19178:5
**hired** [1] - 19210:11
**history** [1] - 19212:18
**hit** [1] - 19257:3
**hitting** [2] - 19256:22, 19256:25
**hmm** [1] - 19285:24
**hold** [6] - 19174:18, 19179:9, 19277:18, 19278:14, 19280:8,

19283:2
**holding** [2] -
19173:13, 19211:9
**holds** [1] - 19280:13
**hole** [1] - 19293:16
**Hollow** [1] - 19168:2
**honor** [3] - 19231:20,
19233:9, 19237:19
**Honor** [38] - 19171:14,
19208:13, 19209:5,
19209:12, 19210:6,
19214:20, 19217:14,
19221:16, 19224:6,
19226:25, 19227:21,
19228:23, 19229:1,
19229:8, 19230:17,
19239:6, 19240:25,
19241:9, 19242:10,
19247:20, 19248:22,
19249:11, 19250:1,
19250:13, 19251:8,
19252:12, 19263:9,
19267:24, 19270:11,
19273:17, 19273:21,
19276:22, 19279:13,
19281:21, 19281:25,
19283:5, 19289:17,
19293:23
**honorable** [1] -
19237:21
**HONORABLE** [1] -
19167:9
**Honorable** [2] -
19228:12, 19294:23
**hooks** [2] - 19259:15,
19259:16
**Hooks** [1] - 19259:16
**hotel** [1] - 19286:20
**hour** [11] - 19208:16,
19208:18, 19209:8,
19212:11, 19212:12,
19222:22, 19258:18,
19258:20, 19258:21,
19284:11, 19294:19
**hour-and-a-half** [2] -
19208:16, 19208:18
**hours** [3] - 19212:10,
19215:23, 19220:8
**house** [3] - 19265:11,
19265:12, 19285:12
**Hudson** [2] -
19258:14, 19259:3
**huge** [1] - 19271:17
**Hull** [2] - 19167:23,
19170:10
**HULL** [2] - 19167:24,
19270:11
**human** [1] - 19212:15

## I

**idea** [8] - 19222:24,
19243:20, 19255:6,
19269:5, 19270:10,
19270:23, 19270:24,
19287:19
**ideas** [3] - 19291:12,
19294:5, 19294:9
**ignored** [1] - 19214:2
**II** [1] - 19168:11
**ill** [1] - 19213:13
**imagine** [1] - 19287:7
**impact** [1] - 19171:2
**impeach** [4] -
19282:19, 19292:4,
19292:11
**impeached** [4] -
19291:2, 19291:11,
19291:23, 19291:25
**impeaches** [1] -
19282:16
**impeaching** [1] -
19282:21
**impeachment** [1] -
19291:9
**impede** [1] - 19171:21
**implicit** [1] - 19176:25
**implicitly** [2] -
19174:13, 19176:16
**important** [1] -
19231:24
**impress** [1] -
19263:19
**improve** [2] -
19211:11, 19225:18
**improved** [2] -
19176:16, 19220:5
**IN** [1] - 19167:1
**in-depth** [1] -
19236:22
**in-field** [1] - 19237:14
**inadvertently** [1] -
19248:3
**inaudible** [1] -
19217:5
**incarcerated** [2] -
19210:17, 19238:4
**incarceration** [2] -
19213:24, 19238:5
**include** [1] - 19180:22
**included** [2] -
19175:7, 19230:7
**including** [1] -
19175:25
**incriminated** [1] -
19249:21
**inculpatory** [1] -
19291:22
**independent** [1] -

19247:8
**independently** [2] -
19175:9, 19176:7
**indicated** [1] -
19173:17
**indicating** [8] -
19230:2, 19246:25,
19247:18, 19254:13,
19267:5, 19267:7,
19275:20, 19279:10
**indictment** [5] -
19172:7, 19173:2,
19175:20, 19176:21,
19180:13
**indictments** [4] -
19174:19, 19174:22,
19175:17, 19178:1
**individual** [2] -
19224:23, 19225:3
**infantry** [1] - 19232:2
**influence** [1] -
19171:21
**information** [10] -
19240:11, 19240:22,
19241:6, 19241:17,
19242:7, 19243:15,
19243:16, 19243:20,
19243:22, 19246:5
**informed** [2] -
19242:20, 19242:24
**injured** [2] - 19212:18,
19234:25
**injury** [1] - 19213:24
**innocent** [2] -
19257:12, 19288:13
**installed** [1] -
19212:20
**instance** [1] - 19256:1
**instances** [1] -
19280:10
**instead** [3] -
19172:17, 19173:23,
19215:25
**instinctively** [2] -
19273:1, 19273:2
**instruct** [4] -
19172:24, 19173:15,
19178:9, 19208:21
**instruction** [3] -
19180:25, 19226:5,
19226:17
**instructions** [4] -
19171:3, 19173:17,
19180:17, 19209:2
**intended** [1] -
19292:19
**intends** [1] - 19175:12
**intent** [6] - 19172:11,
19175:8, 19175:23,
19176:4, 19178:4,

19179:22
**intentions** [1] -
19175:14
**interaction** [1] -
19212:15
**interacts** [1] - 19230:7
**interested** [5] -
19218:25, 19234:6,
19240:2, 19251:19,
19289:12
**interests** [1] - 19291:3
**interpretation** [4] -
19172:18, 19172:20,
19178:23, 19179:1
**intertwined** [1] -
19180:8
**intervene** [1] -
19280:11
**interviews** [1] -
19241:7
**investigation** [5] -
19240:12, 19241:18,
19242:21, 19243:2,
19246:4
**investigations** [1] -
19242:8
**invited** [1] - 19260:5
**involved** [2] -
19211:23, 19242:16
**involvement** [1] -
19243:23
**irrelevant** [1] -
19291:19
**issue** [7] - 19171:2,
19172:5, 19180:7,
19180:18, 19180:24,
19181:4, 19227:15
**issues** [4] - 19170:18,
19170:24, 19173:10,
19212:18
**itself** [1] - 19282:1
**IV** [1] - 19167:23

## J

**J20** [1] - 19286:15
**J6** [2] - 19286:13,
19286:15
**Jail** [5] - 19212:7,
19212:17, 19213:7,
19238:10, 19238:13
**jail** [2] - 19211:10,
19248:7
**January** [28] -
19171:17, 19222:17,
19223:2, 19225:11,
19225:14, 19234:1,
19234:12, 19235:23,
19237:16, 19238:19,
19238:22, 19238:25,

19239:12, 19243:2,
19246:4, 19252:3,
19252:8, 19253:1,
19255:2, 19255:4,
19255:25, 19256:19,
19263:8, 19263:15,
19285:17, 19286:20,
19287:21
**Jason** [2] - 19167:12,
19170:7
**Jauregui** [3] -
19168:8, 19170:12,
19221:14
**JAUREGUI** [2] -
19168:8, 19221:16
**jeopardy** [1] -
19250:11
**Jeremy** [2] - 19252:11,
19271:13
**job** [6] - 19233:11,
19233:12, 19233:17,
19236:16, 19237:3,
19240:13
**jobs** [2] - 19234:19,
19234:20
**Joe** [4] - 19244:1,
19249:23, 19263:25,
19264:7
**John** [2] - 19167:23,
19170:10
**join** [11] - 19178:16,
19256:21, 19257:7,
19288:11, 19288:13,
19288:15, 19288:20,
19288:25, 19289:10,
19292:22, 19293:8
**joined** [23] - 19172:23,
19173:3, 19178:25,
19234:5, 19234:7,
19254:25, 19255:1,
19255:20, 19261:21,
19262:17, 19263:1,
19287:15, 19287:18,
19289:15, 19289:23,
19290:8, 19291:4,
19291:14, 19292:2,
19292:5, 19292:7,
19292:24, 19293:2
**joining** [1] - 19289:12,
19291:19
**Joseph** [1] - 19170:4
**JUDGE** [1] - 19167:10
**judge** [4] - 19172:16,
19221:24, 19225:25,
19264:2
**Judge** [42] - 19171:23,
19172:3, 19172:8,
19173:1, 19173:5,
19173:8, 19173:16,
19173:22, 19174:3,

19174:23, 19175:2, 19175:19, 19176:2, 19176:13, 19176:14, 19176:19, 19176:22, 19176:25, 19177:2, 19177:3, 19177:12, 19177:20, 19177:21, 19177:22, 19178:3, 19178:10, 19178:14, 19178:15, 19178:16, 19178:18, 19178:19, 19179:4, 19179:7, 19179:14, 19179:17, 19180:18, 19180:21, 19208:5, 19224:9, 19252:23

**Judges** [2] - 19171:24, 19176:19

**judges** [7] - 19172:1, 19174:14, 19176:17, 19179:3, 19179:20, 19180:6, 19180:16

**judgment** [12] - 19171:25, 19173:11, 19174:4, 19174:14, 19176:17, 19176:20, 19178:25, 19179:6, 19179:8, 19179:9, 19180:7

**judgments** [3] - 19178:23, 19178:24

**judicial** [1] - 19178:22

**July** [2] - 19239:5, 19239:10

**June** [2] - 19239:4

**JURY** [1] - 19167:8

**jury** [21] - 19170:23, 19171:2, 19171:6, 19172:24, 19173:15, 19173:17, 19178:9, 19180:16, 19208:11, 19208:22, 19209:13, 19209:19, 19209:20, 19220:24, 19227:16, 19228:5, 19228:7, 19228:24, 19230:11, 19230:12, 19294:21

**Jury** [4] - 19209:20, 19228:7, 19230:12, 19294:21

**jury's** [1] - 19170:22

**Justices** [1] - 19173:11

## K

**Katsas** [1] - 19172:16

**Katsas's** [1] - 19178:14

**keep** [5] - 19210:2,

19235:13, 19268:3, 19275:3, 19277:18

**KELLY** [1] - 19167:9

**Kelly** [1] - 19208:5

**KENERSON** [105] - 19208:25, 19214:13, 19214:15, 19215:6, 19215:13, 19216:4, 19217:3, 19218:19, 19219:12, 19220:20, 19220:25, 19221:3, 19221:8, 19223:6, 19223:15, 19226:9, 19227:5, 19228:20, 19229:16, 19229:25, 19230:6, 19230:17, 19230:19, 19235:17, 19239:9, 19241:5, 19241:15, 19242:5, 19242:18, 19243:4, 19248:6, 19249:4, 19249:13, 19250:9, 19250:18, 19251:5, 19251:14, 19252:7, 19252:25, 19253:16, 19263:13, 19264:6, 19264:17, 19264:19, 19265:1, 19265:2, 19266:5, 19266:7, 19266:10, 19266:12, 19266:18, 19266:22, 19268:4, 19268:6, 19269:11, 19269:12, 19270:15, 19270:25, 19272:24, 19273:4, 19273:6, 19273:14, 19274:4, 19274:13, 19274:16, 19274:17, 19275:3, 19275:5, 19275:6, 19275:10, 19275:13, 19275:18, 19276:1, 19276:6, 19276:11, 19276:18, 19276:20, 19277:2, 19277:3, 19277:18, 19277:20, 19278:2, 19278:5, 19278:6, 19278:25, 19279:3, 19279:4, 19279:11, 19279:17, 19279:19, 19281:12, 19281:13, 19281:22, 19282:24, 19284:2, 19286:3, 19286:5, 19288:3, 19289:22, 19290:7, 19290:17, 19290:20, 19290:22, 19293:15, 19293:19

**Kenerson** [21] - 19167:12, 19170:8, 19208:23, 19218:10,

19227:4, 19227:22, 19229:11, 19229:15, 19230:15, 19230:22, 19242:3, 19247:15, 19248:4, 19264:3, 19270:14, 19277:12, 19279:15, 19282:15, 19288:2, 19293:24, 19294:13

**Kenerson's** [1] - 19247:25

**Kenerson................. 19230** [1] - 19169:5

**kid** [2] - 19245:1, 19285:5

**kill** [1] - 19281:16

**kind** [21] - 19211:14, 19214:7, 19220:2, 19237:4, 19237:11, 19254:11, 19254:14, 19254:18, 19256:1, 19256:3, 19263:5, 19265:15, 19268:22, 19271:9, 19271:16, 19272:23, 19274:18, 19278:10, 19278:11, 19290:10

**King** [4] - 19173:13, 19174:9, 19176:17, 19179:10

**knee** [1] - 19278:12

**kneeling** [2] - 19278:9, 19279:8

**knowing** [2] - 19246:3, 19281:10

**knowledge** [6] - 19211:1, 19223:11, 19223:12, 19223:19, 19225:13, 19241:9

**knows** [1] - 19241:12

## L

**labeled** [1] - 19229:18

**lack** [1] - 19253:11

**ladies** [5] - 19209:22, 19226:16, 19228:3, 19230:14, 19294:18

**laid** [1] - 19280:24

**Lake** [1] - 19168:15

**Lakes** [1] - 19168:6

**lame** [1] - 19258:15

**language** [1] - 19179:7

**large** [3] - 19231:8, 19257:11, 19267:11

**last** [4] - 19214:15, 19214:17, 19216:5, 19216:6

**late** [1] - 19255:1

**laughter** [3] - 19252:14, 19252:22, 19252:24

**LAW** [3] - 19168:5, 19168:8, 19168:15

**law** [8] - 19234:1, 19234:3, 19234:6, 19236:2, 19236:6, 19236:10, 19242:16, 19291:12

**lawful** [2] - 19175:9, 19176:7

**lawyer** [2] - 19247:4, 19247:6

**lay** [1] - 19171:3

**laying** [3] - 19277:25, 19278:17, 19279:10

**lead** [15] - 19174:23, 19175:2, 19177:6, 19177:7, 19177:14, 19177:15, 19177:17, 19177:22, 19177:25, 19178:3, 19178:16, 19218:11, 19231:23, 19247:23

**leader** [7] - 19231:22, 19236:18, 19253:20, 19256:5, 19256:8, 19270:6

**leaders** [2] - 19255:13, 19271:14

**leadership** [4] - 19253:22, 19254:22, 19263:19, 19271:19

**leading** [2] - 19215:6, 19247:12

**learned** [5] - 19237:18, 19257:17, 19257:20, 19259:10, 19262:12

**least** [12] - 19174:13, 19175:8, 19175:22, 19176:13, 19177:7, 19178:4, 19178:24, 19180:23, 19212:8, 19227:24, 19234:14, 19235:19

**leave** [2] - 19220:14, 19231:3

**leaving** [2] - 19233:25, 19234:12

**lecture** [1] - 19236:19

**led** [9] - 19211:8, 19217:2, 19218:3, 19218:7, 19218:18, 19243:8, 19244:1, 19246:6, 19256:21

**left** [4] - 19208:16, 19213:6, 19232:22, 19237:16

**legal** [3] - 19238:2, 19251:1, 19251:9

**lenity** [1] - 19180:8

**less** [2] - 19208:16, 19256:9

**lethargic** [1] - 19213:14

**letting** [1] - 19229:11

**level** [1] - 19236:16

**levels** [1] - 19212:25

**lie** [15] - 19211:13, 19211:18, 19212:6, 19215:4, 19219:2, 19219:6, 19219:7, 19220:4, 19224:19, 19225:16, 19239:16, 19239:20, 19239:23, 19239:25, 19249:15

**lies** [1] - 19241:13

**life** [4] - 19230:23, 19242:17, 19257:2, 19289:5

**lift** [1] - 19244:20

**lifted** [1] - 19279:7

**like-minded** [1] - 19289:12

**limited** [1] - 19179:5

**limiting** [1] - 19226:5

**line** [2] - 19179:23, 19271:21

**lines** [2] - 19180:13, 19245:16

**link** [1] - 19223:24

**list** [3] - 19170:25, 19227:11, 19274:6

**literally** [1] - 19267:18

**literature** [1] - 19236:19

**litigated** [1] - 19293:20

**live** [2] - 19208:5, 19216:2

**Lives** [2] - 19244:2, 19244:6

**living** [1] - 19289:5

**Livingston** [1] - 19168:16

**LLC** [1] - 19167:20

**local** [1] - 19259:6

**locked** [3] - 19215:22, 19220:7, 19225:6

**logical** [3] - 19174:8, 19174:16, 19176:14

**look** [2] - 19243:1, 19293:10

**looked** [4] - 19244:23, 19248:19, 19266:15, 19267:18

**looking** [4] - 19221:17, 19221:18,

19221:19, 19267:5
**lookout** [1] - 19210:2
**Lords** [1] - 19286:12
**loud** [1] - 19271:17
**louder** [1] - 19270:11
**lower** [2] - 19178:24, 19179:1
**loyalty** [1] - 19231:14
**lumping** [1] - 19283:24
**lunch** [3] - 19294:16, 19294:19, 19294:20
**Luncheon** [1] - 19294:25

# M

**Maced** [1] - 19279:21
**machine** [1] - 19168:21
**major** [1] - 19288:8
**majority** [7] - 19171:24, 19172:17, 19174:13, 19176:17, 19178:20, 19179:13, 19180:1
**man** [7] - 19212:1, 19212:4, 19231:8, 19231:11, 19267:16, 19270:13, 19277:6
**man's** [1] - 19268:25
**manhood** [2] - 19225:1, 19245:16
**manipulated** [1] - 19215:12
**March** [5] - 19210:15, 19238:1, 19238:16, 19238:25, 19239:4
**march** [2] - 19268:21, 19269:10
**marched** [3] - 19267:13, 19268:15, 19268:19
**Marine** [6] - 19230:23, 19232:12, 19233:25, 19234:5, 19236:25, 19267:3
**Marines** [13] - 19231:1, 19231:5, 19231:12, 19231:14, 19231:24, 19232:2, 19232:5, 19232:16, 19235:18, 19236:15, 19237:4, 19237:16, 19237:19
**mark** [1] - 19179:25
**Marks** [9] - 19173:6, 19173:9, 19173:14, 19173:19, 19174:2, 19174:16, 19176:12,

19176:15, 19179:13
**materials** [6] -
19227:2, 19227:22, 19229:10, 19229:17, 19230:1, 19230:4
**matter** [6] - 19171:4, 19177:1, 19234:10, 19246:19, 19262:1, 19274:9
**Matter** [4] - 19170:2, 19228:16, 19244:2, 19244:6
**matters** [1] - 19209:23
**Matthew** [3] - 19223:5, 19223:6, 19223:25
**McCullough** [2] -
19167:12, 19170:7
**MCGUIRE** [1] -
19167:24
**MD** [1] - 19168:3
**mean** [23] - 19177:4, 19208:21, 19216:11, 19218:9, 19219:10, 19226:6, 19227:13, 19227:18, 19227:21, 19245:7, 19246:17, 19250:25, 19254:12, 19256:8, 19259:17, 19269:24, 19272:3, 19272:15, 19278:10, 19284:7, 19293:7
**meaning** [4] -
19174:12, 19176:18, 19177:23, 19180:12
**meaningfully** [1] -
19174:6
**means** [2] - 19176:7, 19292:14
**meant** [1] - 19250:6
**measures** [1] -
19263:4
**medical** [1] - 19212:18
**medication** [6] -
19212:21, 19212:24, 19213:2, 19213:5, 19213:10, 19214:23
**medications** [3] -
19213:9, 19213:18, 19220:12
**medicine** [1] -
19214:5
**meds** [2] - 19213:8, 19213:19
**meet** [10] - 19210:19, 19222:19, 19238:21, 19254:7, 19254:9, 19258:4, 19260:20, 19261:10, 19261:13, 19261:14
**meet-up** [3] -

19260:20, 19261:13, 19261:14
**meeting** [38] -
19210:21, 19210:23, 19211:3, 19211:4, 19211:5, 19211:6, 19211:7, 19211:13, 19211:20, 19211:21, 19214:4, 19214:22, 19215:1, 19215:9, 19215:10, 19215:15, 19215:17, 19215:18, 19215:19, 19215:20, 19215:21, 19216:8, 19216:17, 19216:18, 19217:2, 19217:20, 19217:23, 19218:9, 19218:17, 19218:18, 19218:23, 19218:24, 19219:8, 19220:16, 19254:11, 19285:25
**meetings** [2] -
19258:11, 19258:13
**member** [6] - 19208:7, 19269:6, 19269:17, 19269:20, 19291:12, 19292:9
**membership** [1] -
19254:24
**men** [3] - 19243:9, 19288:18, 19289:12
**mention** [1] -
19283:18
**mentioned** [3] -
19174:9, 19179:11, 19222:16
**merely** [1] - 19180:3
**Merx** [2] - 19259:9, 19259:10
**message** [4] -
19253:7, 19253:15, 19285:8, 19287:1
**messaged** [1] -
19253:3
**met** [14] - 19210:11, 19210:15, 19238:16, 19242:19, 19243:5, 19254:9, 19254:15, 19254:17, 19258:6, 19259:3, 19260:11, 19260:25, 19261:1, 19262:17
**Metcalf** [15] -
19168:11, 19170:13, 19210:5, 19214:18, 19216:22, 19217:11, 19219:20, 19227:7, 19227:17, 19228:22, 19237:25, 19246:15, 19247:19, 19252:20,

19252:21
**METCALF** [72] -
19168:11, 19208:10, 19210:6, 19210:8, 19214:20, 19214:21, 19215:8, 19215:16, 19216:9, 19216:24, 19217:5, 19217:14, 19217:19, 19217:24, 19218:2, 19218:5, 19218:14, 19218:16, 19218:21, 19219:14, 19219:17, 19219:21, 19219:22, 19220:22, 19221:1, 19221:5, 19221:10, 19226:23, 19226:25, 19228:23, 19229:1, 19229:3, 19239:6, 19240:25, 19241:9, 19241:22, 19241:24, 19242:2, 19242:10, 19242:12, 19242:22, 19242:24, 19246:12, 19246:16, 19247:18, 19247:20, 19247:23, 19248:22, 19248:25, 19249:11, 19250:1, 19250:3, 19250:13, 19250:17, 19251:1, 19251:8, 19252:4, 19252:12, 19252:16, 19253:11, 19263:9, 19267:24, 19273:17, 19273:21, 19276:22, 19281:8, 19281:10, 19281:25, 19282:4, 19282:6, 19289:17
**Metcalf.................
19210** [1] - 19169:3
**Miami** [1] - 19168:6
**microphone** [2] -
19235:14, 19282:12
**microphones** [1] -
19268:3
**middle** [1] - 19257:23
**might** [6] - 19177:6, 19177:11, 19237:5, 19243:16, 19248:2, 19267:2
**military** [6] -
19232:22, 19233:21, 19234:22, 19236:13, 19236:14, 19268:23
**Miller** [3] - 19168:17, 19171:22, 19295:8
**MILLER** [1] - 19295:3
**millimeter** [1] -
19244:24
**mind** [1] - 19283:16

**minded** [1] - 19289:12
**minimal** [1] - 19211:1
**minimize** [3] -
19249:15, 19249:16, 19249:17
**Ministry** [7] -
19253:22, 19254:4, 19255:12, 19255:20, 19286:1, 19286:22, 19287:10
**Mink** [1] - 19168:2
**minute** [2] - 19229:9, 19264:22
**minutes** [8] - 19227:6, 19228:10, 19228:13, 19264:15, 19265:5, 19265:14, 19274:8, 19274:9
**misconstruing** [1] -
19271:9
**misdemeanor** [1] -
19251:18
**miss** [1] - 19271:16
**missed** [1] - 19268:17
**misses** [1] - 19179:25
**missing** [1] - 19229:3
**mission** [2] -
19232:15, 19284:9
**mistake** [2] -
19179:15, 19209:16
**mistrial** [1] - 19291:23
**moment** [8] -
19212:16, 19221:12, 19251:22, 19256:20, 19269:10, 19275:14, 19278:10, 19287:21
**money** [1] - 19234:20
**month** [4] - 19210:25, 19256:9, 19261:20, 19285:15
**month's** [1] -
19220:12
**months** [6] -
19179:21, 19212:9, 19238:19, 19238:22, 19238:25, 19239:7
**mood** [1] - 19212:22
**Moore** [2] - 19167:13, 19170:8
**morning** [9] -
19170:16, 19222:13, 19222:14, 19224:17, 19224:18, 19230:20, 19230:22, 19248:19
**MORNING** [1] -
19167:9
**MOSD** [3] - 19254:22, 19254:24, 19286:24
**most** [5] - 19170:20, 19171:6, 19176:15,

19263:4, 19263:17
**motherfuckers** [1] - 19272:1
**motion** [3] - 19174:17, 19178:8, 19178:11
**motions** [3] - 19171:9, 19179:16, 19181:3
**motive** [1] - 19293:11
**Mountain** [1] - 19267:17
**mountain** [1] - 19267:18
**mouth** [2] - 19235:14, 19268:3
**move** [9] - 19173:4, 19214:15, 19216:4, 19250:4, 19266:18, 19273:14, 19282:23, 19287:21, 19291:22
**Move** [1] - 19271:25
**moved** [6] - 19220:7, 19238:23, 19239:1, 19239:13, 19239:16, 19239:18
**moving** [1] - 19283:25
**MR** [217] - 19208:10, 19208:13, 19208:25, 19209:5, 19209:12, 19210:6, 19210:8, 19214:13, 19214:15, 19214:20, 19214:21, 19215:6, 19215:8, 19215:13, 19215:16, 19216:4, 19216:9, 19216:24, 19217:3, 19217:5, 19217:14, 19217:19, 19217:24, 19218:2, 19218:5, 19218:14, 19218:16, 19218:19, 19218:21, 19219:12, 19219:14, 19219:17, 19219:21, 19219:22, 19220:20, 19220:22, 19220:25, 19221:1, 19221:3, 19221:5, 19221:8, 19221:10, 19221:16, 19221:24, 19222:3, 19222:7, 19223:6, 19223:15, 19224:9, 19224:12, 19224:14, 19224:16, 19225:23, 19225:25, 19226:4, 19226:9, 19226:11, 19226:23, 19226:25, 19227:5, 19228:20, 19228:23, 19229:1, 19229:3, 19229:5, 19229:16, 19229:25, 19230:6, 19230:17,

19230:19, 19235:17, 19239:6, 19239:9, 19240:25, 19241:5, 19241:9, 19241:15, 19241:22, 19241:24, 19242:2, 19242:5, 19242:10, 19242:12, 19242:18, 19242:22, 19242:24, 19243:4, 19246:10, 19246:12, 19246:16, 19246:25, 19247:2, 19247:8, 19247:11, 19247:18, 19247:20, 19247:23, 19248:6, 19248:22, 19248:25, 19249:4, 19249:11, 19249:13, 19250:1, 19250:3, 19250:9, 19250:13, 19250:17, 19250:18, 19250:23, 19251:1, 19251:5, 19251:8, 19251:14, 19252:4, 19252:7, 19252:12, 19252:16, 19252:23, 19252:25, 19253:11, 19253:16, 19263:9, 19263:13, 19264:2, 19264:6, 19264:17, 19264:19, 19265:1, 19265:2, 19266:5, 19266:7, 19266:10, 19266:12, 19266:18, 19266:22, 19267:24, 19268:4, 19268:6, 19269:11, 19269:12, 19270:11, 19270:15, 19270:18, 19270:21, 19270:25, 19272:24, 19273:4, 19273:6, 19273:14, 19273:17, 19273:21, 19274:4, 19274:13, 19274:16, 19274:17, 19275:3, 19275:5, 19275:6, 19275:10, 19275:13, 19275:18, 19276:1, 19276:6, 19276:11, 19276:18, 19276:20, 19276:22, 19277:2, 19277:3, 19277:11, 19277:18, 19277:20, 19278:2, 19278:5, 19278:6, 19278:25, 19279:3, 19279:4, 19279:11, 19279:17, 19279:19, 19281:8, 19281:10, 19281:12, 19281:13, 19281:22, 19281:25, 19282:4, 19282:6, 19282:24,

19284:2, 19286:3, 19286:5, 19288:3, 19289:17, 19289:22, 19290:4, 19290:7, 19290:13, 19290:17, 19290:20, 19290:22, 19290:23, 19291:1, 19291:6, 19291:8, 19291:17, 19291:21, 19292:6, 19292:16, 19293:1, 19293:3, 19293:8, 19293:13, 19293:15, 19293:19
**MS** [28] - 19171:13, 19221:22, 19222:9, 19222:12, 19223:10, 19223:17, 19223:19, 19223:21, 19224:5, 19227:21, 19229:8, 19230:1, 19230:4, 19230:9, 19279:13, 19281:20, 19282:10, 19282:12, 19283:5, 19283:9, 19283:13, 19283:15, 19283:20, 19283:24, 19293:21, 19293:23, 19294:2, 19294:8
**MT** [1] - 19168:16
**mug** [1] - 19266:1
**mugged** [1] - 19265:25
**mugging** [2] - 19266:23, 19266:24
**Muhammad** [1] - 19254:15
**Mulroe** [2] - 19167:13, 19170:8
**multiple** [4] - 19250:7, 19280:10, 19280:12, 19280:15
**murder** [1] - 19277:6
**must** [6] - 19173:15, 19174:10, 19174:12, 19176:16, 19177:22, 19180:22
**mute** [1] - 19276:7

## N

**Nadia** [2] - 19167:13, 19170:8
**nail** [1] - 19208:21
**name** [3] - 19225:4, 19248:16, 19259:13
**named** [1] - 19260:2
**narrative** [2] - 19219:18, 19221:3
**narrow** [1] - 19175:20
**narrower** [1] - 19174:7

**narrowest** [3] - 19173:12, 19174:5, 19174:10
**national** [2] - 19253:19, 19263:19
**nauseous** [1] - 19213:15
**Nayib** [2] - 19168:4, 19170:11
**NAYIB** [1] - 19168:5
**near** [4] - 19212:1, 19224:23, 19271:18, 19283:6
**necessary** [4] - 19176:1, 19176:20, 19178:6, 19180:6
**need** [8] - 19171:5, 19181:4, 19181:8, 19181:12, 19208:21, 19210:1, 19232:16, 19252:20
**needed** [6] - 19174:20, 19214:1, 19225:1, 19245:15, 19252:6, 19273:1
**neighborhood** [1] - 19284:21
**never** [17] - 19219:3, 19222:21, 19234:1, 19234:7, 19234:8, 19234:23, 19235:2, 19235:6, 19235:7, 19235:22, 19236:9, 19281:2, 19281:4, 19284:18, 19284:22, 19291:12
**new** [7] - 19178:20, 19220:7, 19238:23, 19239:1, 19252:23, 19269:17, 19269:20
**New** [11] - 19167:18, 19167:22, 19168:13, 19258:9, 19258:23, 19260:2, 19260:21, 19261:9, 19285:11, 19285:12, 19286:7
**next** [4] - 19219:19, 19225:7, 19248:19, 19272:5
**nice** [1] - 19290:10
**Nicholas** [2] - 19167:16, 19170:9
**Nichols** [1] - 19171:23
**night** [4] - 19255:2, 19257:23, 19268:7, 19271:20
**nine** [2] - 19235:19, 19244:24
**nine-millimeter** [1] - 19244:24

**NJ** [3] - 19168:17, 19295:3, 19295:8
**NJ-CCR** [3] - 19168:17, 19295:3, 19295:8
**Noble** [5] - 19280:24, 19281:2, 19284:4, 19284:9, 19284:10
**non** [3] - 19215:13, 19216:4, 19219:12
**non-responsive** [3] - 19215:13, 19216:4, 19219:12
**none** [1] - 19246:1
**NORDEAN** [1] - 19167:4
**Nordean** [13] - 19170:3, 19170:14, 19172:23, 19173:5, 19173:15, 19177:4, 19177:22, 19178:13, 19228:17, 19264:12, 19267:13, 19268:10, 19269:5
**Nordean's** [3] - 19177:2, 19178:8, 19178:12
**Norman** [2] - 19167:20, 19170:10
**North** [5] - 19284:6, 19284:8, 19285:2, 19287:15, 19287:18
**Nos** [1] - 19167:2
**note** [3] - 19253:6, 19274:4, 19293:15
**noted** [1] - 19175:10
**notes** [1] - 19295:5
**nothing** [5] - 19212:10, 19221:10, 19240:8, 19258:17, 19271:23
**noting** [2] - 19173:25, 19179:11
**November** [13] - 19239:11, 19257:19, 19260:13, 19260:16, 19260:20, 19260:23, 19262:17, 19263:7, 19263:14, 19264:20, 19265:3
**number** [4] - 19170:18, 19229:18, 19230:8, 19290:19
**NW** [5] - 19167:14, 19167:24, 19168:5, 19168:19, 19295:10
**NY** [2] - 19167:18, 19168:13

19308

# O

**o'clock** [1] - 19170:23
**oath** [3] - 19240:5, 19240:7, 19259:24
**object** [5] - 19171:20, 19175:6, 19218:11, 19239:6, 19247:12
**objected** [2] - 19252:13, 19292:22
**objecting** [1] - 19247:9
**objection** [50] - 19214:13, 19215:6, 19215:13, 19216:4, 19217:3, 19218:19, 19219:12, 19220:20, 19220:25, 19221:8, 19223:6, 19223:15, 19226:7, 19240:25, 19241:10, 19241:22, 19242:2, 19242:12, 19242:22, 19246:10, 19246:12, 19246:15, 19246:16, 19247:17, 19250:13, 19250:15, 19250:23, 19252:4, 19252:12, 19252:13, 19252:17, 19252:23, 19253:11, 19263:9, 19270:18, 19273:15, 19274:1, 19276:22, 19277:11, 19279:13, 19281:8, 19281:20, 19281:25, 19289:17, 19290:4, 19290:13, 19292:17, 19292:19, 19292:20, 19293:13
**objects** [1] - 19218:10
**observation** [1] - 19177:13
**obstruct** [1] - 19171:21
**obstructive** [3] - 19175:4, 19175:9, 19175:21
**obtaining** [2] - 19180:19, 19180:23
**obvious** [1] - 19279:7
**obviously** [1] - 19179:3
**occurs** [1] - 19181:13
**October** [2] - 19239:11
**Ode** [1] - 19220:18
**OF** [5] - 19167:1, 19167:2, 19167:8, 19168:5, 19295:2
**offense** [4] - 19172:8, 19174:18, 19174:20,

19174:23
**OFFICE** [1] - 19167:14
**Officer** [1] - 19220:18
**officer** [6] - 19234:7, 19234:8, 19235:22, 19246:11, 19275:8, 19279:20
**officers** [2] - 19236:10, 19248:13
**OFFICES** [1] - 19168:5
**OFFICIAL** [1] - 19295:2
**official** [1] - 19171:21
**Official** [2] - 19168:18, 19295:8
**often** [2] - 19232:7, 19241:13
**old** [1] - 19245:17
**on-the-job** [1] - 19236:16
**once** [1] - 19257:3
**one** [44] - 19170:24, 19174:6, 19174:8, 19181:4, 19208:13, 19209:8, 19212:11, 19212:12, 19212:13, 19219:10, 19225:8, 19229:17, 19229:18, 19229:19, 19230:23, 19231:14, 19231:17, 19231:20, 19237:18, 19242:1, 19246:21, 19248:10, 19248:13, 19248:17, 19251:17, 19254:18, 19255:15, 19256:2, 19268:24, 19270:4, 19270:8, 19271:2, 19271:7, 19271:13, 19272:5, 19280:20, 19280:21, 19280:22, 19283:2, 19283:3, 19284:12, 19284:15, 19294:12
**One** [1] - 19267:3
**one's** [3] - 19268:24, 19269:1, 19292:10
**one-and-a-half-hour** [1] - 19209:8
**Op** [1] - 19286:24
**open** [6] - 19174:7, 19174:12, 19178:7, 19178:23, 19179:1, 19208:4
**opened** [1] - 19247:3
**opinion** [25] - 19171:11, 19173:1, 19173:6, 19173:11, 19173:24, 19174:4, 19174:6, 19174:8,

19174:10, 19174:23, 19175:2, 19175:24, 19176:2, 19176:8, 19177:6, 19177:7, 19177:17, 19177:20, 19177:22, 19177:25, 19178:3, 19178:17, 19179:2, 19179:18, 19180:3
**opinion's** [2] - 19177:15, 19177:16
**opinions** [8] - 19173:10, 19173:20, 19174:9, 19176:13, 19178:22, 19179:3, 19290:11
**opposed** [1] - 19173:20
**oral** [1] - 19171:3
**Orange** [1] - 19167:21
**order** [2] - 19171:20, 19268:23
**ordered** [1] - 19284:15
**orders** [2] - 19268:24, 19279:24
**organization** [4] - 19210:25, 19256:8, 19269:23, 19270:7
**otherwise** [5] - 19172:7, 19172:13, 19177:3, 19179:9, 19292:17
**outlined** [1] - 19179:25
**outright** [1] - 19172:17
**outside** [3] - 19215:24, 19220:8, 19222:22
**outstanding** [2] - 19170:24, 19208:20
**overruled** [17] - 19239:8, 19241:2, 19242:13, 19242:23, 19242:25, 19248:24, 19250:4, 19252:5, 19252:18, 19253:12, 19263:11, 19270:22, 19276:25, 19279:14, 19289:19, 19290:15
**overseas** [2] - 19234:23, 19235:7
**overturn** [1] - 19175:15
**own** [13] - 19215:23, 19217:16, 19224:4, 19249:15, 19249:16, 19249:17, 19250:11, 19280:4, 19280:5, 19280:6, 19280:7,

19281:9

# P

**P.A** [2] - 19168:5, 19168:8
**P.C** [1] - 19168:11
**p.m** [2] - 19265:3, 19294:25
**PAGE** [1] - 19169:2
**Page** [1] - 19176:8
**pain** [4] - 19212:23, 19212:24, 19213:1
**paint** [1] - 19214:8
**paints** [1] - 19211:15
**Palmer** [1] - 19173:13
**Pan** [7] - 19171:24, 19172:3, 19175:2, 19176:19, 19178:18, 19179:4
**Pan's** [7] - 19174:23, 19175:19, 19176:13, 19176:22, 19177:22, 19178:3, 19178:16
**pane** [1] - 19251:18
**panel** [6] - 19171:24, 19173:23, 19180:1, 19180:4, 19209:19, 19230:11
**pantoprazole** [1] - 19213:2
**Park** [1] - 19168:12
**Parler** [8] - 19227:9, 19230:6, 19230:7, 19263:23, 19263:25, 19264:7, 19264:14, 19286:7
**part** [28] - 19170:20, 19178:1, 19220:14, 19227:25, 19231:7, 19231:8, 19231:12, 19231:13, 19232:4, 19233:5, 19233:8, 19234:5, 19234:14, 19234:17, 19240:14, 19244:1, 19244:18, 19253:17, 19257:6, 19276:24, 19288:11, 19288:20, 19288:25, 19289:10, 19289:15, 19289:23, 19290:8, 19291:17
**parted** [1] - 19172:1
**particular** [7] - 19256:1, 19270:3, 19291:5, 19292:1, 19292:2, 19293:3
**parties** [5] - 19170:18, 19181:5, 19181:7, 19284:22, 19293:8

**party** [4] - 19175:13, 19226:20, 19261:23, 19292:9
**pass** [1] - 19273:24
**paths** [1] - 19284:22
**patriot** [2] - 19259:12, 19259:13
**patrol** [1] - 19235:11
**Pattis** [5] - 19167:20, 19170:10, 19224:18, 19237:25, 19247:1
**PATTIS** [38] - 19167:20, 19221:24, 19222:3, 19222:7, 19224:9, 19224:12, 19224:14, 19224:16, 19225:23, 19225:25, 19226:4, 19226:11, 19229:5, 19246:10, 19246:25, 19247:2, 19247:8, 19247:11, 19250:23, 19252:23, 19264:2, 19270:18, 19270:21, 19277:11, 19290:4, 19290:13, 19290:23, 19291:1, 19291:6, 19291:8, 19291:17, 19291:21, 19292:6, 19292:16, 19293:1, 19293:3, 19293:8, 19293:13
**Pattis's** [1] - 19209:9
**Pattis.................** **19224** [1] - 19169:4
**pause** [12] - 19181:11, 19181:14, 19209:14, 19209:18, 19229:7, 19230:10, 19264:4, 19274:16, 19275:5, 19276:9, 19277:2, 19279:3
**pay** [2] - 19221:6
**PC** [1] - 19167:24
**Peace** [3] - 19212:1, 19224:23, 19243:25
**people** [40] - 19223:13, 19240:23, 19241:14, 19241:17, 19242:7, 19250:10, 19258:16, 19259:19, 19259:22, 19263:3, 19263:5, 19267:1, 19267:11, 19268:11, 19268:21, 19270:1, 19270:4, 19270:8, 19271:2, 19271:7, 19271:10, 19272:21, 19272:22, 19277:6, 19278:24, 19280:4, 19280:5, 19280:7,

19280:11, 19280:15, 19281:16, 19281:18, 19281:23, 19282:18, 19282:23, 19283:11, 19283:22, 19290:10, 19293:8
**Pepe** [3] - 19224:1, 19259:7, 19259:8
**pepper** [4] - 19275:9, 19276:16, 19277:15, 19277:23
**pepper-sprayed** [4] - 19275:9, 19276:16, 19277:15, 19277:23
**perceived** [4] - 19257:10, 19262:11, 19262:14, 19270:3
**percent** [2] - 19211:2, 19211:4
**period** [1] - 19262:19
**permanent** [2] - 19214:2, 19214:3
**permission** [2] - 19266:21, 19273:16
**permitted** [2] - 19292:8, 19294:15
**person** [12] - 19172:12, 19175:23, 19176:5, 19178:5, 19223:12, 19225:6, 19232:14, 19232:20, 19242:1, 19249:3, 19270:16, 19291:2
**person's** [2] - 19225:4, 19272:5
**personal** [1] - 19241:9
**perspective** [2] - 19228:20, 19246:20
**persuade** [2] - 19177:3, 19180:21
**persuaded** [1] - 19180:14
**PEZZOLA** [2] - 19167:6, 19169:3
**Pezzola** [30] - 19170:6, 19170:15, 19214:19, 19224:17, 19230:21, 19233:20, 19234:22, 19235:13, 19235:18, 19236:2, 19240:5, 19241:16, 19242:6, 19242:19, 19243:11, 19245:19, 19248:7, 19248:11, 19249:14, 19250:19, 19256:19, 19264:20, 19266:13, 19268:7, 19269:7, 19273:7, 19279:20, 19286:6, 19286:17, 19288:4

**Pezzola's** [6] - 19226:19, 19226:21, 19227:9, 19230:6, 19294:5, 19294:9
**ph** [4] - 19256:5, 19259:9, 19259:10
**Philadelphia** [6] - 19222:17, 19222:18, 19222:19, 19222:21, 19287:14, 19287:17
**phone** [5] - 19212:13, 19255:25, 19256:6, 19256:14, 19265:8
**phones** [1] - 19246:13
**photo** [5] - 19264:21, 19266:13, 19268:7, 19268:10, 19286:6
**pick** [1] - 19171:6
**picture** [5] - 19211:15, 19214:8, 19267:21, 19267:22, 19267:23
**pictures** [2] - 19254:11, 19254:16
**pistol** [1] - 19244:21
**place** [3] - 19215:22, 19227:3, 19288:10
**placed** [4] - 19212:8, 19212:16, 19225:7, 19287:1
**plan** [5] - 19229:17, 19229:19, 19229:23, 19280:24, 19281:2
**plans** [1] - 19286:20
**platoon** [2] - 19236:16, 19236:18
**play** [8] - 19227:19, 19274:13, 19275:10, 19276:1, 19276:18, 19279:1, 19279:11
**played** [15] - 19231:12, 19274:15, 19275:4, 19275:12, 19275:15, 19276:5, 19276:10, 19276:19, 19276:23, 19276:25, 19277:1, 19278:4, 19279:2, 19279:12, 19279:16
**playing** [1] - 19275:3
**plea** [2] - 19218:25, 19220:1
**PLLC** [1] - 19167:17
**plus** [1] - 19213:19
**pod** [1] - 19215:23
**podcast** [1] - 19286:14
**point** [25] - 19209:9, 19210:1, 19222:16, 19224:22, 19226:5, 19226:25, 19230:23,

19238:11, 19246:21, 19250:12, 19254:18, 19257:15, 19258:2, 19259:13, 19263:2, 19265:15, 19271:10, 19275:16, 19279:7, 19282:14, 19283:6, 19285:15, 19285:21, 19286:10, 19292:12
**pointing** [1] - 19229:4
**Police** [3] - 19250:22, 19251:7, 19251:16
**police** [12] - 19234:8, 19235:22, 19235:23, 19236:8, 19236:13, 19236:14, 19245:13, 19271:22, 19271:25, 19274:24, 19274:25, 19280:12
**policies** [1] - 19257:4
**political** [3] - 19291:23, 19293:8, 19294:5
**politics** [5] - 19256:23, 19257:1, 19257:3, 19257:6, 19257:9
**pop** [1] - 19273:25
**portion** [1] - 19274:5
**portions** [1] - 19214:16
**pose** [2] - 19216:22, 19219:19
**posed** [1] - 19290:16
**position** [12] - 19173:8, 19174:13, 19175:24, 19176:16, 19177:11, 19177:18, 19177:23, 19177:25, 19178:2, 19179:13, 19232:13, 19279:8
**possess** [1] - 19225:13
**possible** [3] - 19245:7, 19264:16, 19285:24
**possibly** [1] - 19289:6
**posted** [3] - 19264:15, 19264:21, 19286:7
**posts** [2] - 19230:7, 19264:14
**posture** [2] - 19174:15, 19180:24
**pounds** [1] - 19267:17
**powerless** [1] - 19179:9
**precedent** [1] - 19178:15
**precise** [2] - 19172:4, 19175:17

**precisely** [2] - 19172:21, 19227:24
**preferred** [1] - 19175:14
**present** [8] - 19170:7, 19170:8, 19170:9, 19170:10, 19170:11, 19170:12, 19170:13, 19208:9
**preserving** [1] - 19293:13
**president** [5] - 19254:2, 19254:3, 19257:18, 19260:2, 19269:25
**President** [1] - 19257:20
**pressured** [1] - 19215:4
**presumably** [1] - 19291:17
**pretty** [4] - 19232:25, 19238:17, 19261:10, 19288:9
**prevail** [1] - 19176:15
**prevailing** [1] - 19175:6
**previous** [1] - 19236:4
**previously** [1] - 19227:11
**private** [2] - 19255:7, 19255:11
**privilege** [2] - 19247:2, 19247:24
**privy** [3] - 19254:21, 19254:24, 19255:5
**problematic** [1] - 19294:8
**problems** [1] - 19220:12
**Procedure** [1] - 19175:1
**proceed** [13] - 19181:6, 19210:5, 19222:10, 19226:13, 19228:10, 19228:19, 19228:25, 19230:15, 19248:4, 19272:19, 19274:11, 19288:2, 19294:15
**proceeding** [1] - 19171:22
**Proceedings** [1] - 19168:21
**proceedings** [3] - 19181:15, 19208:4, 19295:6
**Process** [1] - 19180:10
**process** [1] -

19217:15
**procure** [2] - 19172:11, 19176:4
**produced** [1] - 19168:21
**programmed** [2] - 19223:12, 19223:13
**prohibited** [1] - 19179:22
**proper** [2] - 19293:12
**protect** [1] - 19288:18
**protected** [1] - 19291:9
**protest** [2] - 19235:8, 19235:10, 19258:13, 19258:15, 19259:24
**protesters** [2] - 19257:13, 19288:14
**proud** [1] - 19287:11
**Proud** [35] - 19211:23, 19244:1, 19245:23, 19252:9, 19253:2, 19253:17, 19253:19, 19256:22, 19257:7, 19257:14, 19258:2, 19258:4, 19258:6, 19259:3, 19260:16, 19260:21, 19261:21, 19263:1, 19263:20, 19271:22, 19281:4, 19285:14, 19287:14, 19287:17, 19287:22, 19287:23, 19288:4, 19288:11, 19288:20, 19289:1, 19289:10, 19289:16, 19289:24, 19290:8, 19292:2
**prove** [4] - 19225:1, 19245:13, 19245:15, 19255:17
**provide** [2] - 19227:17, 19246:3
**provided** [1] - 19245:19
**provides** [1] - 19173:9
**psych** [1] - 19213:10
**psychiatric** [1] - 19212:23
**psychiatric-type** [1] - 19212:23
**publish** [2] - 19266:21, 19273:16
**Publius** [1] - 19256:5
**pulled** [1] - 19267:19
**punch** [6] - 19275:25, 19276:15, 19277:17, 19277:22, 19277:25, 19279:9
**punched** [2] - 19275:24, 19276:4

**punching** [2] - 19276:12, 19279:6
**punishment** [1] - 19248:14
**punk** [1] - 19279:20
**punk-ass** [1] - 19279:20
**purported** [1] - 19282:21
**purpose** [1] - 19226:22
**pushed** [1] - 19244:16
**pushing** [2] - 19245:13, 19278:18
**put** [12] - 19170:18, 19174:10, 19208:20, 19212:2, 19212:21, 19213:1, 19224:24, 19250:10, 19255:1, 19258:8, 19275:22, 19286:12
**putting** [1] - 19294:4

## Q

**quarter** [1] - 19276:2
**questioned** [1] - 19173:22
**questions** [16] - 19214:18, 19214:19, 19216:21, 19217:16, 19222:15, 19224:19, 19233:19, 19237:24, 19268:1, 19282:22, 19287:22, 19292:24, 19293:3, 19294:3, 19294:14
**quick** [2] - 19226:16, 19273:18
**quickly** [3] - 19170:24, 19210:9, 19282:8
**quite** [3] - 19222:3, 19235:15, 19249:18
**quizzically** [1] - 19221:18
**quo** [1] - 19180:11
**quote** [34] - 19171:18, 19172:11, 19172:13, 19172:16, 19172:17, 19172:18, 19173:8, 19173:9, 19173:13, 19173:23, 19173:25, 19174:4, 19174:5, 19174:6, 19174:7, 19174:10, 19174:12, 19174:14, 19175:5, 19175:6, 19175:10, 19175:11, 19175:12, 19175:16, 19176:3, 19176:5, 19176:24,

19176:25, 19177:13, 19179:11
**quoting** [1] - 19173:14

## R

**rabbit** [1] - 19293:16
**radical** [13] - 19287:24, 19288:5, 19288:16, 19288:23, 19289:3, 19289:7, 19289:9, 19289:15, 19290:2, 19290:6, 19293:4, 19293:5
**radio** [4] - 19223:1, 19223:22, 19223:24, 19224:2
**radios** [2] - 19223:3, 19223:4
**raise** [3] - 19181:4, 19210:1, 19292:19
**raised** [1] - 19210:2
**raises** [1] - 19212:24
**raising** [1] - 19277:8
**rally** [21] - 19257:18, 19260:5, 19260:6, 19260:9, 19260:13, 19260:23, 19260:24, 19260:25, 19261:4, 19261:13, 19261:22, 19267:11, 19268:8, 19269:16, 19270:3, 19271:2, 19271:4, 19271:5, 19271:8, 19271:14, 19284:3
**ran** [1] - 19272:23
**random** [3] - 19287:1, 19287:19
**rather** [2] - 19177:11, 19180:5
**re** [3] - 19242:3, 19247:15, 19247:25
**re-ask** [3] - 19242:3, 19247:15, 19247:25
**reach** [3] - 19172:5, 19175:24, 19179:21
**reached** [2] - 19252:8, 19252:11
**reaches** [1] - 19176:8
**reaction** [7] - 19276:15, 19277:15, 19281:6, 19281:9, 19281:14, 19281:15, 19281:19
**read** [2] - 19177:17, 19256:16
**reading** [1] - 19172:13
**reads** [2] - 19177:5, 19179:1
**ready** [2] - 19209:13,

19228:18
**real** [5] - 19215:25, 19222:5, 19268:23, 19273:18
**really** [15] - 19177:17, 19211:12, 19213:20, 19237:8, 19246:18, 19254:10, 19258:16, 19264:8, 19264:25, 19268:25, 19269:2, 19272:4, 19282:19, 19293:11
**reaper** [1] - 19259:1
**reason** [16] - 19175:19, 19180:8, 19234:5, 19248:12, 19264:8, 19282:20, 19285:4, 19288:11, 19288:20, 19288:22, 19288:25, 19289:10, 19289:15, 19289:23, 19289:25, 19290:8
**Reason** [1] - 19292:14
**reasoning** [1] - 19174:11
**reasons** [11] - 19180:20, 19219:5, 19291:9, 19291:16, 19291:18, 19292:3, 19292:5, 19292:7, 19292:8, 19292:11, 19293:9
**rebuttal** [1] - 19247:5
**received** [1] - 19236:9
**recent** [1] - 19171:9
**recently** [1] - 19245:21
**recess** [4] - 19228:13, 19228:14, 19294:24, 19294:25
**recognize** [1] - 19270:19
**recognized** [3] - 19269:3, 19270:16, 19271:13
**recollect** [3] - 19211:25, 19225:12, 19249:22
**recollection** [2] - 19256:18, 19271:6
**record** [11] - 19171:20, 19175:5, 19227:3, 19228:15, 19247:21, 19273:18, 19273:22, 19274:1, 19274:5, 19292:16, 19294:5
**recorded** [1] - 19168:21
**red** [3] - 19212:1,

19224:23, 19225:3
**reference** [1] - 19180:18
**references** [1] - 19181:2
**referred** [1] - 19212:8
**referring** [3] - 19286:14, 19286:18, 19292:18
**reflect** [1] - 19292:16
**reflux** [2] - 19213:19
**refusing** [1] - 19241:20, 19241:21
**regard** [1] - 19176:6
**regarded** [2] - 19173:12, 19174:6
**regarding** [2] - 19226:18, 19226:19
**REHL** [1] - 19167:5
**Rehl** [19] - 19170:4, 19170:14, 19173:3, 19178:13, 19179:17, 19180:14, 19222:20, 19222:23, 19222:24, 19223:4, 19224:2, 19227:23, 19229:24, 19230:8, 19268:16, 19268:20, 19269:9, 19269:14, 19292:24
**Rehl's** [3] - 19178:11, 19180:8, 19294:10
**Rehl-37** [5] - 19266:5, 19266:6, 19266:7, 19266:8, 19266:9
**relate** [1] - 19254:11
**related** [1] - 19290:9
**relating** [1] - 19171:9
**relatively** [2] - 19269:16, 19269:20
**relay** [1] - 19253:15
**relevance** [10] - 19217:3, 19217:13, 19217:19, 19219:13, 19221:8, 19240:25, 19248:22, 19276:23, 19289:18, 19290:13
**relevant** [1] - 19293:11
**reliance** [1] - 19177:3
**remain** [1] - 19228:9
**remains** [1] - 19178:6
**remember** [8] - 19229:18, 19229:21, 19244:6, 19245:7, 19245:25, 19261:9, 19276:4, 19278:11
**reminisced** [1] - 19284:16
**rented** [1] - 19257:25
**repeat** [2] - 19241:3,

19263:12
**rephrase** [2] - 19276:3, 19281:12
**replied** [1] - 19264:14
**REPORTER** [5] - 19217:6, 19217:9, 19230:2, 19282:3, 19295:2
**Reporter** [3] - 19168:17, 19168:18, 19295:8
**reporter** [2] - 19217:12, 19282:6
**repost** [1] - 19264:10
**represent** [1] - 19174:11
**representation** [2] - 19229:14, 19238:2
**Republican** [1] - 19292:9
**request** [2] - 19208:17, 19210:3
**required** [1] - 19213:25
**requirement** [1] - 19176:24
**requires** [2] - 19171:19, 19175:11
**requiring** [2] - 19172:2, 19178:20
**requisite** [1] - 19179:22
**research** [1] - 19234:7
**resolve** [1] - 19180:7
**resolved** [2] - 19172:9, 19180:25
**resolves** [1] - 19172:13
**respect** [4] - 19171:20, 19175:5, 19177:7, 19265:9
**respond** [2] - 19265:5, 19287:6
**responded** [2] - 19264:23, 19287:5
**responsible** [1] - 19231:10
**responsive** [3] - 19215:13, 19216:4, 19219:12
**rest** [2] - 19227:15, 19282:18
**restate** [1] - 19282:4
**restrain** [1] - 19275:23
**restricted** [1] - 19214:10
**restrictions** [1] - 19214:10
**result** [1] - 19252:3
**results** [1] - 19175:15

**retracted** [1] - 19219:3
**retrospect** [1] - 19271:11
**return** [2] - 19227:9, 19294:24
**Return** [9] - 19218:15, 19222:8, 19226:15, 19228:2, 19248:5, 19274:12, 19283:1, 19284:1, 19294:17
**returned** [4] - 19209:20, 19228:7, 19230:12, 19294:21
**returns** [1] - 19230:7
**reus** [3] - 19171:18, 19172:19, 19175:4
**revealing** [1] - 19244:21
**reversed** [2] - 19171:15, 19171:25
**review** [2] - 19245:18, 19273:22
**reviewed** [2] - 19174:17, 19240:1
**revisit** [1] - 19180:14
**riot** [3] - 19250:22, 19251:7, 19251:16
**riots** [1] - 19288:8
**rise** [2] - 19228:12, 19294:23
**Road** [1] - 19168:2
**Rochester** [4] - 19234:8, 19261:9, 19284:17, 19284:19
**rods** [1] - 19212:20
**Roger** [2] - 19168:14, 19170:13
**ROGER** [1] - 19168:15
**Rohde** [7] - 19264:17, 19266:10, 19268:5, 19274:14, 19275:11, 19276:6, 19286:4
**role** [1] - 19270:24
**Ronie** [2] - 19256:5, 19258:24
**Room** [2] - 19168:18, 19295:9
**room** [3] - 19228:5, 19228:7, 19294:21
**Roots** [3] - 19168:14, 19170:13, 19273:25
**ROOTS** [1] - 19168:15
**rough** [2] - 19213:21, 19213:22
**RPR** [3] - 19168:17, 19295:3, 19295:8
**Rufio** [3] - 19270:8, 19270:10, 19271:7
**Rule** [2] - 19174:18, 19174:25

**rule** [6] - 19173:9, 19173:19, 19173:25, 19174:2, 19176:12, 19180:8
**rule-of-lenity** [1] - 19180:8
**ruled** [1] - 19293:12
**ruling** [7] - 19171:3, 19172:3, 19175:19, 19176:15, 19180:15, 19181:3, 19283:9
**run** [1] - 19252:3
**running** [3] - 19272:22, 19274:18, 19274:20
**Ryan** [7] - 19225:5, 19244:11, 19244:16, 19245:23, 19248:17, 19248:21, 19249:9

---

## S

**Sabino** [2] - 19168:8, 19170:12
**sacred** [1] - 19288:24
**Samsel** [9] - 19225:5, 19244:11, 19244:16, 19245:4, 19245:12, 19245:23, 19248:17, 19248:21, 19249:9
**satisfy** [1] - 19176:23
**saw** [14] - 19225:2, 19244:1, 19244:11, 19244:16, 19244:20, 19248:19, 19272:10, 19272:16, 19272:20, 19277:8, 19277:11, 19277:14, 19284:11
**scanned** [1] - 19290:18
**scarce** [1] - 19173:21
**scattered** [1] - 19179:2
**scene** [1] - 19273:11
**scheduling** [2] - 19208:13, 19209:23
**school** [2] - 19237:14, 19254:15
**screaming** [1] - 19272:21
**screen** [1] - 19273:7
**screws** [1] - 19212:20
**scuffle** [1] - 19244:17
**seal** [4] - 19181:5, 19181:15, 19283:17, 19283:18
**seat** [2] - 19265:10, 19265:12
**seated** [2] - 19209:21, 19230:13

**second** [19] - 19211:6, 19211:13, 19211:20, 19211:21, 19215:1, 19215:10, 19215:20, 19218:17, 19219:7, 19243:5, 19261:3, 19261:4, 19261:7, 19261:8, 19261:15, 19261:17, 19283:2, 19283:3, 19285:21
**seconds** [5] - 19274:14, 19275:11, 19276:8, 19278:2, 19278:3
**Section** [5] - 19172:10, 19172:25, 19174:20, 19175:10, 19176:23
**security** [2] - 19234:20, 19235:11
**see** [28] - 19209:10, 19218:10, 19218:13, 19220:9, 19222:9, 19225:6, 19225:10, 19227:19, 19244:14, 19249:5, 19249:9, 19260:19, 19266:25, 19267:15, 19272:11, 19272:22, 19273:7, 19273:9, 19275:19, 19276:16, 19276:24, 19277:16, 19277:21, 19280:17, 19284:9, 19284:10, 19294:19, 19294:22
**seeing** [3] - 19225:12, 19288:13, 19288:17
**Self** [7] - 19253:22, 19254:4, 19255:13, 19255:20, 19286:1, 19286:22, 19287:11
**Self-Defense** [7] - 19253:22, 19254:4, 19255:13, 19255:20, 19286:1, 19286:22, 19287:11
**send** [1] - 19294:16
**senior** [2] - 19232:20, 19262:4
**seniority** [1] - 19262:6
**sensitive** [1] - 19227:15
**sent** [6] - 19171:1, 19232:18, 19234:23, 19253:6, 19253:7, 19285:8
**sentence** [2] - 19216:7, 19235:15
**sentences** [1] - 19214:18

**separate** [3] - 19238:13, 19268:15, 19268:19
**separately** [1] - 19173:4
**September** [2] - 19239:10
**series** [1] - 19264:24
**serious** [1] - 19213:13
**serotonin** [1] - 19212:25
**served** [3] - 19234:1, 19250:11, 19288:17
**service** [1] - 19234:22
**SESSION** [1] - 19167:9
**session** [1] - 19265:4
**set** [2] - 19178:15, 19232:23
**setting** [1] - 19244:3
**several** [3] - 19175:6, 19212:9, 19258:6
**severely** [1] - 19234:25
**shading** [1] - 19225:21
**shape** [3] - 19213:18, 19213:21, 19213:22
**shaped** [1] - 19231:5
**shave** [1] - 19214:9
**shield** [6] - 19250:22, 19251:7, 19251:16, 19284:12, 19284:14, 19285:7
**shields** [1] - 19285:5
**shies** [1] - 19267:8
**shirt** [4] - 19244:2, 19244:21, 19245:1, 19265:21
**shit** [1] - 19269:4
**shook** [1] - 19254:16
**short** [2] - 19221:22, 19271:23
**shorthand** [1] - 19168:21
**shortly** [3] - 19210:16, 19210:17, 19228:6
**shots** [1] - 19214:25
**shoulder** [2] - 19224:24, 19224:25
**show** [2] - 19227:10, 19227:23
**showed** [1] - 19258:16
**shower** [1] - 19212:13
**showered** [1] - 19294:9
**shows** [1] - 19229:20
**sic** [8] - 19173:23, 19175:7, 19175:9, 19175:11, 19176:6,

**sick** [3] - 19213:21, 19220:11, 19285:5
**side** [4] - 19170:21, 19171:7, 19234:20, 19294:20
**sidebar** [6] - 19221:12, 19226:1, 19226:23, 19273:18, 19282:8, 19283:18
**sidetrack** [1] - 19284:9
**signaled** [1] - 19179:10
**silence** [1] - 19176:22
**similarly** [1] - 19176:10
**site** [1] - 19287:2
**sitting** [1] - 19291:1
**situated** [1] - 19176:10
**situation** [5] - 19219:4, 19220:4, 19225:17, 19232:8, 19232:17, 19236:21, 19237:6, 19243:7, 19243:12
**situations** [1] - 19212:7
**six** [1] - 19231:2
**Sixth** [1] - 19180:10
**sky** [2] - 19267:1, 19267:5
**sleep** [1] - 19213:15
**slight** [1] - 19172:21
**slogan** [1] - 19231:15
**slow** [1] - 19265:7
**slower** [1] - 19270:11
**small** [1] - 19236:19
**smashed** [3] - 19250:21, 19251:6, 19251:15
**Smith** [2] - 19167:16, 19170:9
**SMITH** [5] - 19167:17, 19167:20, 19208:13, 19209:5, 19209:12
**smoke** [1] - 19267:3
**socialism** [3] - 19293:5
**socialists** [10] - 19287:24, 19288:6, 19288:16, 19288:23, 19289:4, 19289:8, 19289:9, 19289:15, 19290:2, 19290:6
**socialize** [1] - 19212:14
**solely** [1] - 19232:25

19176:16, 19179:5, 19243:16

**solitary** [2] - 19212:9, 19249:2
**someone** [18] - 19232:22, 19237:22, 19243:17, 19243:18, 19243:19, 19243:22, 19249:21, 19249:22, 19250:6, 19260:1, 19267:8, 19274:18, 19274:20, 19279:9, 19280:13, 19281:16, 19284:5, 19292:12
**sometime** [2] - 19237:3, 19260:1
**sometimes** [5] - 19235:14, 19237:4, 19240:22, 19241:6, 19267:25
**somewhere** [1] - 19271:18
**soon** [2] - 19209:24, 19252:2
**sorry** [24] - 19177:4, 19209:15, 19209:16, 19217:9, 19221:21, 19222:9, 19222:10, 19229:8, 19241:3, 19252:12, 19252:19, 19256:24, 19262:20, 19267:24, 19268:17, 19268:18, 19269:19, 19272:17, 19276:6, 19283:2, 19287:16, 19287:25
**sort** [1] - 19219:24
**sorts** [1] - 19293:9
**sound** [3] - 19245:3, 19272:15, 19276:20
**sounds** [2] - 19239:14, 19259:13
**soy** [2] - 19215:24, 19216:1
**speaking** [4] - 19242:1, 19263:15, 19272:18, 19292:19
**speaks** [1] - 19281:25
**specific** [1] - 19218:10
**specifically** [4] - 19179:19, 19284:8, 19287:2, 19287:4
**speculation** [2] - 19250:14, 19281:8
**speech** [1] - 19269:4
**speed** [3] - 19276:2, 19276:21
**spine** [1] - 19212:19
**splitting** [1] - 19208:18
**sprang** [2] - 19272:14, 19272:16

**sprayed** [4] - 19275:9, 19276:16, 19277:15, 19277:23
**spur** [1] - 19213:25
**squad** [2] - 19236:16, 19236:18
**squad-level** [1] - 19236:16
**squarely** [1] - 19180:24
**stabbed** [7] - 19272:7, 19272:21, 19273:12, 19274:19, 19275:1, 19280:25, 19281:3
**stabbing** [1] - 19229:20
**stabilize** [1] - 19212:21
**stabilizer** [1] - 19212:22
**staged** [1] - 19227:6
**stand** [2] - 19255:16, 19266:25
**standing** [6] - 19267:23, 19269:2, 19272:5, 19278:9, 19279:5, 19292:17
**stands** [2] - 19228:13, 19294:24
**staring** [1] - 19267:1
**start** [3] - 19173:5, 19173:19, 19217:11
**started** [3] - 19215:2, 19227:7, 19272:22
**starving** [1] - 19216:2
**state** [8] - 19174:18, 19174:22, 19252:9, 19253:1, 19255:21, 19273:17, 19273:21, 19280:17
**statement** [4] - 19217:20, 19219:17, 19226:19, 19226:21
**statements** [2] - 19245:20, 19256:16
**states** [1] - 19175:22
**STATES** [3] - 19167:1, 19167:2, 19167:10
**States** [12] - 19167:12, 19170:3, 19171:10, 19171:16, 19171:22, 19172:25, 19173:6, 19173:7, 19174:24, 19228:16, 19235:8, 19295:9
**stationed** [1] - 19235:7
**status** [3] - 19180:11, 19261:24, 19262:7
**statute** [3] - 19174:21,

19179:18, 19180:2
**statute's** [1] - 19171:18
**stenographic** [1] - 19295:5
**step** [1] - 19228:8
**Steven** [2] - 19168:11, 19170:12
**still** [11] - 19218:24, 19229:9, 19230:20, 19232:17, 19239:19, 19239:24, 19240:2, 19257:17, 19258:2, 19261:20, 19285:14
**stolen** [2] - 19250:22, 19251:10
**stood** [1] - 19267:20
**stop** [4] - 19248:15, 19276:7, 19278:5, 19282:13
**stopped** [1] - 19285:12
**stops** [1] - 19280:13
**store** [1] - 19280:13
**stories** [1] - 19263:3
**story** [12] - 19211:21, 19211:22, 19211:24, 19212:2, 19215:21, 19224:21, 19224:22, 19225:8, 19243:9, 19244:18, 19244:25, 19245:17
**straight** [1] - 19218:23
**streamline** [1] - 19217:15
**Street** [6] - 19167:14, 19167:17, 19167:21, 19167:24, 19168:5, 19168:9
**strict** [1] - 19216:1
**strike** [4] - 19214:15, 19214:17, 19216:5, 19216:6
**striking** [1] - 19276:17
**stroke** [1] - 19213:17
**strong** [1] - 19231:7
**strongest** [1] - 19213:4
**structural** [1] - 19172:14
**structure** [3] - 19239:22, 19261:24, 19269:25
**subordinate** [1] - 19269:1
**subset** [3] - 19174:8, 19174:16, 19176:14
**suburbs** [1] - 19222:17
**successful** [3] -

19233:6, 19233:8, 19233:10
**suffice** [1] - 19175:16
**sufficiency** [1] - 19175:16
**sufficient** [1] - 19176:1
**sufficiently** [1] - 19177:10
**suggest** [1] - 19292:4
**suggested** [3] - 19247:4, 19256:2, 19294:12
**suggesting** [1] - 19292:14
**suggestion** [1] - 19287:9
**suggestions** [2] - 19270:1, 19286:24
**Suite** [2] - 19167:18, 19168:6
**sum** [1] - 19254:21
**summarize** [1] - 19177:21
**summer** [1] - 19288:7
**superhero** [1] - 19272:15
**superhero-type** [1] - 19272:15
**Supp** [1] - 19171:22
**support** [4] - 19174:14, 19176:17, 19176:20, 19257:18
**supporting** [1] - 19233:2
**suppose** [2] - 19240:13, 19280:17
**supposed** [2] - 19225:2, 19258:15
**Supreme** [5] - 19173:7, 19173:10, 19173:20, 19174:25, 19176:13
**surely** [1] - 19179:14
**surgery** [4] - 19212:19, 19213:25, 19214:1, 19235:1
**surprise** [1] - 19179:14
**sustain** [2] - 19180:7, 19250:15
**sustained** [14] - 19214:14, 19215:7, 19215:14, 19216:6, 19218:20, 19219:18, 19220:21, 19221:4, 19221:9, 19223:8, 19223:18, 19223:20, 19251:3
**sweeps** [1] - 19176:2

**symbol** [1] - 19262:7

### T

**T-shirt** [1] - 19265:21
**tactics** [2] - 19236:3, 19236:6
**tall** [1] - 19271:16
**TARRIO** [1] - 19167:6
**Tarrio** [27] - 19170:5, 19170:15, 19172:23, 19173:3, 19252:8, 19253:1, 19254:10, 19254:18, 19263:22, 19264:21, 19265:3, 19265:9, 19267:13, 19268:10, 19268:16, 19268:20, 19269:3, 19269:8, 19269:13, 19270:4, 19285:1, 19286:6, 19286:9, 19286:16, 19286:17, 19287:5
**Tarrio's** [4] - 19252:16, 19253:5, 19253:9, 19264:14
**taught** [5] - 19231:17, 19231:20, 19231:22, 19232:12, 19237:9
**teach** [1] - 19231:14
**technically** [2] - 19267:15, 19269:23
**tees** [1] - 19290:23
**test** [3] - 19174:16, 19217:8
**testified** [20] - 19223:5, 19223:7, 19235:2, 19238:4, 19243:14, 19245:15, 19250:7, 19253:19, 19255:15, 19255:24, 19262:4, 19262:5, 19262:23, 19265:14, 19274:10, 19277:4, 19286:9, 19291:14, 19292:1, 19292:23
**testifying** [3] - 19249:5, 19249:7, 19255:16
**testimony** [14] - 19170:21, 19229:21, 19238:22, 19239:15, 19240:4, 19254:7, 19255:21, 19256:10, 19275:21, 19278:13, 19279:5, 19282:19, 19282:22, 19292:1
**THE** [187] - 19167:1, 19167:1, 19167:9, 19170:2, 19170:16,

19171:15, 19208:5,
19208:6, 19208:11,
19208:19, 19209:1,
19209:9, 19209:13,
19209:15, 19209:19,
19209:21, 19214:14,
19214:17, 19215:7,
19215:14, 19216:6,
19216:20, 19216:23,
19217:6, 19217:8,
19217:9, 19217:10,
19217:18, 19217:22,
19218:1, 19218:3,
19218:8, 19218:20,
19219:16, 19219:18,
19220:21, 19221:4,
19221:9, 19221:11,
19221:14, 19221:17,
19221:23, 19222:2,
19222:6, 19222:10,
19223:8, 19223:9,
19223:16, 19223:18,
19223:20, 19224:8,
19224:11, 19224:13,
19225:24, 19226:2,
19226:7, 19226:10,
19226:12, 19226:16,
19227:4, 19227:13,
19227:24, 19228:3,
19228:8, 19228:12,
19228:15, 19228:18,
19228:22, 19228:24,
19229:2, 19229:4,
19229:6, 19229:14,
19229:24, 19230:2,
19230:3, 19230:11,
19230:13, 19235:12,
19235:16, 19239:8,
19241:2, 19241:3,
19241:11, 19241:13,
19241:23, 19241:25,
19242:3, 19242:11,
19242:13, 19242:14,
19242:23, 19242:25,
19243:1, 19246:11,
19246:13, 19246:15,
19246:17, 19247:1,
19247:7, 19247:10,
19247:14, 19247:19,
19247:22, 19247:25,
19248:24, 19249:1,
19249:12, 19250:2,
19250:4, 19250:6,
19250:15, 19250:25,
19251:3, 19251:11,
19252:5, 19252:6,
19252:15, 19252:17,
19252:19, 19252:20,
19253:12, 19253:13,
19263:11, 19263:12,
19266:6, 19266:8,

19266:20, 19268:2,
19270:13, 19270:20,
19270:22, 19270:23,
19272:17, 19272:20,
19273:15, 19273:19,
19274:3, 19274:8,
19275:16, 19276:3,
19276:24, 19277:12,
19277:14, 19279:14,
19281:9, 19281:11,
19282:2, 19282:3,
19282:5, 19282:7,
19282:11, 19282:13,
19282:25, 19283:2,
19283:8, 19283:12,
19283:14, 19283:16,
19283:23, 19283:25,
19287:25, 19289:19,
19289:20, 19290:5,
19290:15, 19290:19,
19290:21, 19291:4,
19291:7, 19291:14,
19291:20, 19291:25,
19292:10, 19292:21,
19293:2, 19293:7,
19293:10, 19293:14,
19293:18, 19293:22,
19294:1, 19294:7,
19294:11, 19294:18,
19294:22, 19294:23

**theirs** [1] - 19264:10
**themselves** [2] -
19236:11, 19255:8
**therefore** [1] - 19178:7
**third** [17] - 19175:13,
19215:4, 19215:9,
19215:15, 19215:17,
19215:18, 19215:20,
19216:17, 19217:2,
19217:19, 19217:23,
19218:8, 19218:18,
19218:23, 19218:24,
19220:15, 19276:1
**thoroughly** [1] -
19172:6
**thoughts** [2] -
19212:11, 19294:4
**threat** [3] - 19272:25,
19273:3, 19289:6
**threatened** [2] -
19212:4, 19224:25
**three** [5] - 19171:17,
19179:20, 19255:3,
19258:18
**three-and-a-half-
hour** [1] - 19258:18
**throughout** [1] -
19179:2
**throw** [1] - 19243:10
**Thursday** [1] -

19167:6
**tick** [1] - 19170:19
**ticked** [1] - 19171:1
**tied** [1] - 19291:10
**timeline** [1] -
19285:18
**timeline's** [1] -
19238:17
**Timothy** [1] -
19168:17
**TIMOTHY** [2] -
19167:9, 19295:3
**tired** [1] - 19288:13
**titanium** [1] -
19212:20
**today** [8] - 19208:15,
19208:24, 19209:11,
19210:10, 19225:19,
19231:9, 19231:11,
19240:5
**together** [3] -
19283:24, 19284:16,
19284:18
**tomorrow** [2] -
19209:5, 19209:25
**took** [5] - 19233:11,
19240:7, 19255:16,
19256:14, 19259:24
**top** [2] - 19212:16,
19283:10
**topic** [1] - 19292:1
**tortured** [1] -
19219:10
**total** [1] - 19212:5
**totally** [2] - 19284:7
**tough** [1] - 19220:2
**towards** [6] -
19247:23, 19253:14,
19271:24, 19287:3,
19287:4
**train** [1] - 19237:8
**trained** [3] - 19232:4,
19235:23, 19236:8
**training** [5] - 19236:2,
19236:5, 19236:9,
19236:17, 19237:15
**transcript** [3] -
19168:21, 19295:5,
19295:6
**TRANSCRIPT** [1] -
19167:8
**transcription** [1] -
19168:21
**transferred** [2] -
19215:21, 19216:25
**treading** [1] -
19247:16
**treatment** [3] -
19219:9, 19238:9,
19246:7

**TRIAL** [1] - 19167:8
**tried** [3] - 19265:10,
19273:24, 19281:16
**true** [7] - 19211:21,
19211:22, 19230:25,
19232:10, 19240:2,
19295:4, 19295:5
**Trump** [1] - 19257:20
**truth** [5] - 19225:19,
19240:7, 19240:8,
19246:18
**truthful** [2] - 19211:2,
19211:4
**truthfulness** [1] -
19292:13
**try** [7] - 19170:19,
19210:2, 19250:10,
19265:12, 19266:10,
19281:15, 19287:8
**trying** [11] - 19170:21,
19216:11, 19218:6,
19222:4, 19236:4,
19240:11, 19275:23,
19278:13, 19280:7,
19287:7, 19289:21
**turn** [2] - 19175:17,
19178:11
**turned** [2] - 19271:24,
19273:23
**turning** [2] - 19231:8,
19231:11
**turns** [1] - 19239:4
**tutorial** [1] - 19236:19
**twice** [1] - 19210:20
**twisted** [1] - 19215:11
**two** [13] - 19171:8,
19172:1, 19214:15,
19214:17, 19221:25,
19229:16, 19234:19,
19255:16, 19256:17,
19262:5, 19274:8,
19274:9, 19290:9
**two-and-a-half** [1] -
19274:9
**type** [3] - 19212:23,
19270:6, 19272:15
**types** [1] - 19213:9

# U

**U.S** [4] - 19167:14,
19168:18, 19173:7,
19174:24
**Uhuru** [1] - 19264:23
**ultimately** [1] -
19175:25
**unable** [2] - 19179:21,
19180:5
**unavailing** [1] -
19180:11

**unconstitutional** [1] -
19179:24
**unconstitutionally** [2]
- 19179:19, 19180:3
**under** [35] - 19172:9,
19173:6, 19174:17,
19174:20, 19175:7,
19176:15, 19177:14,
19177:15, 19177:16,
19177:24, 19181:5,
19181:15, 19219:24,
19240:5, 19243:10,
19243:12, 19251:18,
19278:23, 19278:24,
19279:24, 19283:17,
19286:12, 19287:24,
19288:5, 19288:15,
19288:17, 19288:22,
19289:3, 19289:6,
19289:7, 19289:14,
19290:2, 19290:5
**undermine** [1] -
19291:18
**understood** [9] -
19218:14, 19231:12,
19232:15, 19234:13,
19236:5, 19236:23,
19237:11, 19263:7,
19263:14
**unexpected** [1] -
19232:16
**unit** [1] - 19234:25
**UNITED** [3] - 19167:1,
19167:2, 19167:10
**United** [9] -
19167:12, 19170:3,
19171:10, 19171:16,
19171:22, 19172:25,
19173:6, 19173:7,
19174:24, 19228:16,
19235:8, 19295:9
**unlawful** [7] -
19172:12, 19175:12,
19175:22, 19176:4,
19176:7, 19178:4,
19180:19
**unlawfully** [1] -
19178:5
**unless** [3] - 19208:23,
19211:11, 19272:5
**unnecessary** [1] -
19172:4
**unraveled** [1] -
19179:7
**unrelated** [1] -
19284:7
**untreated** [1] -
19213:6
**unusual** [1] -
19248:14

19314

**unwise** [1] - 19172:5
**up** [53] - 19170:20,
19171:5, 19171:7,
19208:16, 19210:3,
19210:9, 19212:2,
19212:16, 19217:2,
19218:3, 19224:24,
19225:6, 19232:16,
19236:20, 19244:3,
19244:11, 19244:20,
19254:21, 19255:4,
19258:16, 19260:20,
19261:13, 19261:14,
19264:9, 19267:1,
19267:5, 19267:13,
19267:16, 19267:19,
19268:13, 19268:15,
19268:19, 19269:3,
19269:8, 19269:13,
19271:17, 19271:23,
19272:22, 19273:25,
19276:12, 19277:9,
19277:19, 19277:23,
19279:5, 19279:7,
19279:9, 19280:13,
19284:16, 19284:18,
19284:19, 19290:23,
19292:23
**update** [1] - 19209:25
**upheld** [1] - 19178:1
**ups** [1] - 19232:11
**upwards** [1] -
19267:11
**USAfx** [1] - 19227:6
**uses** [4] - 19241:6,
19241:16, 19242:6,
19243:20
**ushered** [1] - 19245:1
**usual** [1] - 19265:8

### V

**vacuum** [1] - 19179:3
**vague** [2] - 19179:19,
19180:3
**vagueness** [4] -
19172:15, 19179:24,
19180:8, 19281:20
**Valley** [2] - 19258:14,
19259:4
**value** [1] - 19282:21
**version** [1] - 19290:18
**vetting** [2] - 19258:11,
19258:13
**viability** [1] - 19177:18
**vicinity** [1] - 19277:25
**video** [5] - 19251:23,
19273:23, 19276:17,
19279:18
**Video** [12] - 19274:15,

19275:4, 19275:12,
19275:15, 19276:5,
19276:10, 19276:19,
19277:1, 19278:4,
19279:2, 19279:12,
19279:16
**videos** [4] - 19211:25,
19227:10, 19229:13,
19229:16
**view** [4] - 19172:6,
19176:15, 19177:2,
19180:22
**viewed** [1] - 19265:14
**views** [1] - 19176:25
**visits** [1] - 19220:9
**voice** [4] - 19253:5,
19253:6, 19253:9,
19253:13
**volume** [1] - 19276:7

### W

**waistband** [1] -
19244:21
**wait** [1] - 19229:1
**waiting** [1] - 19208:14
**Walker** [13] -
19171:24, 19172:8,
19173:1, 19173:8,
19173:22, 19176:19,
19177:4, 19177:21,
19178:15, 19178:19,
19179:4, 19179:14,
19180:18
**Walker's** [12] -
19173:5, 19173:16,
19174:3, 19176:2,
19176:14, 19176:25,
19177:2, 19177:13,
19177:20, 19178:10,
19179:7, 19180:21
**wants** [1] - 19246:22
**war** [1] - 19235:3
**War** [1] - 19286:12
**Washington** [6] -
19167:5, 19167:15,
19167:25, 19168:19,
19257:18, 19295:10
**watched** [1] - 19254:5
**water** [1] - 19252:20
**ways** [4] - 19172:1,
19178:1, 19262:12,
19272:3
**weapon** [1] - 19225:13
**wearing** [3] - 19244:5,
19265:21, 19274:22
**week** [2] - 19269:6,
19281:5
**weekend** [1] - 19265:6
**weeks** [2] - 19285:19,

19285:20
**weight** [4] - 19275:22,
19278:14, 19278:19,
19278:20
**welcome** [1] -
19230:14
**welcomes** [3] -
19287:14, 19287:17,
19287:19
**West** [1] - 19168:9
**Western** [2] - 19260:2,
19260:21
**whereby** [1] -
19178:16
**white** [1] - 19244:5
**whole** [3] - 19214:2,
19239:22, 19240:7
**William** [1] - 19224:1
**willing** [1] - 19250:10
**window** [5] - 19221:6,
19221:7, 19250:21,
19251:6, 19251:15
**windshield** [1] -
19248:20
**withdrawals** [2] -
19213:12, 19213:13
**WITNESS** [25] -
19169:2, 19216:23,
19223:9, 19235:16,
19241:3, 19241:13,
19241:23, 19242:11,
19242:14, 19243:1,
19246:11, 19249:1,
19250:2, 19250:6,
19252:6, 19252:19,
19253:13, 19263:12,
19270:23, 19272:20,
19275:16, 19276:3,
19277:14, 19289:20,
19290:5
**witness** [11] -
19241:11, 19248:18,
19248:21, 19249:1,
19266:11, 19268:2,
19270:12, 19272:18,
19273:5, 19277:13,
19288:1
**witnessed** [1] -
19288:7
**witnesses** [3] -
19240:14, 19240:15,
19240:17
**WL** [1] - 19171:11
**word** [4] - 19177:23,
19251:10, 19251:12,
19264:2
**words** [4] - 19217:7,
19235:4, 19244:25,
19292:12
**works** [2] - 19216:20,

19242:15
**worth** [2] - 19209:4,
19220:13
**wrap** [2] - 19208:15,
19210:9
**writ** [1] - 19257:11
**write** [1] - 19179:3

### Y

**year** [2] - 19214:10,
19239:3
**Year's** [3] - 19285:11,
19285:13, 19286:7
**years** [4] - 19231:2,
19233:23, 19242:16,
19256:17
**yelling** [1] - 19271:21
**yesterday** [5] -
19171:13, 19222:16,
19255:24, 19256:10,
19262:4
**York** [7] - 19167:18,
19168:13, 19258:9,
19258:24, 19260:2,
19260:21, 19261:9
**young** [1] - 19244:2
**yourself** [4] -
19232:24, 19243:7,
19245:2, 19275:19

### Z

**Zachary** [1] - 19170:4
**zaps** [1] - 19213:15
**zoom** [1] - 19254:5