UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

United States of America,

      Plaintiff,

v.

DOMINIC J. PEZZOLA,

      Defendant.

Case No. 1:21-cr-00175-TJK-6

## ORDER

The Court hereby GRANTS the Defendants unopposed Motion to Unseal

Transcripts and Documents. The following items shall be unsealed:

| Date | Description (563) |
|---|---|
| | ECF 564 – sealed pre-trial order |
| 4/3/23 afternoon | Trial transcript |
| 4/4/23 afternoon | Trial transcript |
| 4/5/23 morning | Trial transcript |
| 4/5/23 afternoon | Trial transcript |
| 4/6/23 morning | Trial transcript |
| 4/6/23 afternoon | Trial transcript |
| 4/11/23 morning | Trial transcript |
| 4/13/23 morning | Trial transcript |
| 4/19/23 morning | Trial transcript |
| 4/20/23 morning | Trial transcript |
| 4/20/23 afternoon | Trial transcript |
| 4/21/23 afternoon | Trial transcript |
| 4/24/23 morning | Trial transcript |
| 4/25/23 morning | Trial transcript |
| 4/27/23 morning | Trial transcript |

So ORDERED this 30th day of _March_, 2026.

Hon. Timothy J. Kelly
District Judge